1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JED and ALISA BEHAR,

               Plaintiffs,

    v.

NORTHROP GRUMMAN
CORPORATION and NORTHROP
GRUMMAN SYSTEMS
CORPORATION,

               Defendants.

CASE NO. 2:21-cv-03946-FMO-SK

**ORDER APPROVING JOINT
STIPULATION RE BRIEFING
SCHEDULE ON DEFENDANTS'
MOTION TO DISMISS AND
MOTION TO STRIKE**

1   Having read and reviewed the parties' joint stipulation to continue the briefing
2   schedule on Defendants' Motion to Dismiss and Motion to Strike, the Court finds good
3   cause therein to revise the deadlines for the following reasons:

4   1.   This lawsuit is a proposed class action that seeks to represent several
5   thousand landowners and others who reside in the Canoga Park region, and the First
6   Amended Complaint includes four causes of action and 109 numbered paragraphs.

7   2.   Defendants plan to file multiple motions in this matter.

8   3.   Due to a number of holidays during the month of September, the parties
9   require additional time to prepare the briefing of the issues in this action.

10   4.   Lead trial counsel for Defendants, Patrick W. Dennis, has an already-
11   planned schedule to travel out of state starting October 9, 2021 and returning on October
12   17, 2021.

13   5.   The Court's scheduling conference is set for November 4, 2021, the issues
14   will be fully briefed before that date, and having the motions heard on the same day will
15   result in more efficient use of the Court's resources.

16   6.   No party will suffer any prejudice by continuing the Opposition and Reply
17   deadlines, and the requested extension will not delay the litigation because the parties
18   already initiated the Rule 26(f) process and are planning to serve and respond to
19   discovery.

20   Having found good cause therein, the Court orders:

21   1.   Defendants' Motion to Dismiss and Motion to Strike are due on September
22   15, 2021.

23   2.   Plaintiffs' Opposition briefs to Defendants' Motion to Dismiss and Motion
24   to Strike are due on October 11, 2021.

25   3.   Defendants' Reply briefs in support of Defendants' Motion to Dismiss and
26   Motion to Strike are due on October 20, 2021.

27   4.   The Court will hear argument on Defendants' Motion to Dismiss and
28   Motion to Strike on November 4, 2021 at 10:00 a.m.

5.      If Defendants choose to file an Amended Answer to the First Amended Complaint it will be due 14 days after notice of the Court's action on both the Motion to Dismiss and Motion to Strike.

**IT IS SO ORDERED.**

DATED:  September 10, 2021                                        /s/
                                                        _____
                                                        Hon. Fernando M. Olguin
                                                        United States District Judge