# EXHIBIT 2
# Placeholder for PROPOSED sealed document