# EXHIBIT 3



Northrop Grumman Corporation
101 Continental Boulevard
MS: D12/XE6D21
El Segundo, CA 90245

**Richie Hodges**
310-332-5559
richard.hodges@ngc.com

14 June 2016

Mr. Peter Raftery
California Regional Water Quality Control Board
Los Angeles Region
320 W. 4th Street, Suite 200
Los Angeles, California 90013

Re: Work Plan for Offsite Indoor Air Sampling
    Canoga Park Site, SCP 0843
    8020 Deering Avenue
    Canoga Park, California 91304

Dear Mr. Raftery:

Northrop Grumman Guidance and Electronics Company, Inc. (Northrop Grumman) is submitting the enclosed Work Plan for Offsite Indoor Air Sampling to the California Regional Water Quality Control Board, Los Angeles Region (RWQCB) for your review and approval.

The objective of the proposed indoor air assessment is to further evaluate the potential human health risk to offsite residential occupants via the indoor air migration pathway downgradient of the subject site. Per the meeting between RWQCB, the Office of Environmental Human Hazard Assessment (OEHHA), and Northrop Grumman held on 23 May 2016, Northrop Grumman is proposing to distribute public notification and request for access; perform residential inspections; develop a location specific work plan as an addendum to this work plan; complete two indoor air sampling events in the area where previous vapor intrusion modeling projected a potential risk that may exceed acute and chronic criteria; concurrently collect passive soil gas, vapor probe, and groundwater samples; evaluate and screen the sample data collected; coordinate with RWQCB to mitigate indoor air concentration exceedances, if any are identified in the sample data screening; and analyze and report on the program in the summary indoor air assessment report.

Recommendations from multiple documents, comments, and meetings with RWQCB and OEHHA were used in the development of this work plan, in addition to guidance documents provided by the Department of Toxic Substances Control listed in the references section of this work plan. Northrop Grumman also worked collaboratively with RWQCB and OEHHA to determine the extents of this first phase of indoor air assessment in the residential areas overlying the groundwater TCE plume

NGSC_0025382

Mr. Peter Raftery
14 June 2016
Page 2

downgradient of the subject site.  If the potential human health risk to offsite residential occupants via the indoor air migration pathway is not sufficiently evaluated by this first phase of indoor air assessment, Northrop Grumman will coordinate with RWQCB and OEHHA to provide recommendations for future sampling phases in the summary indoor air assessment report.

If you have any questions or comments, please do not hesitate to contact me at 310-332-5559.

Sincerely,

Richie Hodges
Environmental Remediation Project Manager
on behalf of Northrop Grumman Guidance and Electronics Company, Inc.

Enclosure:  Work Plan for Offsite Indoor Air Sampling

cc:    Mike Shannon – Northrop Grumman Corporation
       Patrick Keddington – Haley & Aldrich, Inc.
       Matthew Nelson – Orion Environmental, Inc.
       Darrell Greenwald – Landowners Ltd
       Phil Bowman – Landowners Ltd
       William Giamela – Coast United Advertising

NGSC_0025383



**Orion Environmental Inc.**
2955 Redondo Avenue          562 988-2755 PHONE
Long Beach, CA 90806          562 988-2759 FAX

**DBA Arctos Environmental**
2332 5th Street, Suite A       510 525-2180 PHONE
Berkeley, CA 94710             510 525-2392 FAX

# Work Plan for
# Offsite Indoor Air Sampling

**Canoga Park Site**
**8020 Deering Avenue**
**Canoga Park, California**

*prepared for:*

Northrop Grumman Guidance and
Electronics Company
101 Continental Boulevard
El Segundo, California 90245

*prepared by:*

Orion Environmental Inc.
2955 Redondo Avenue
Long Beach, California 90806

**June 2016**

S:\Northrop\02CAN\WKP\Work Plan for Offsite Indoor Air Sampling.docx   6/14/16

NGSC_0025384

# STAMP OF CERTIFIED PROFESSIONAL

Orion Environmental Inc. (Orion), on behalf of Northrop Grumman Guidance and Electronics Company, Inc. (Northrop Grumman), has prepared this work plan describing a proposed limited indoor air sampling effort at select residences nearby the subject site.

Orion has prepared this document for the exclusive use of Northrop Grumman as it pertains to the subject property located at 8020 Deering Avenue in Canoga Park, California.  Any use of or reliance on this document by a third party shall be at such party's sole risk.

This document has been prepared under the supervision of Matthew Nelson, a California-registered engineer.  His signature and stamp appear below.

Matthew Nelson, P.E.
Sr. Project Manager
14 June 2016

NGSC_0025385

# TABLE OF CONTENTS

**Section**                                                                                                              **Page**

1.0 INTRODUCTION ............................................................................................................. 1-1

    1.1 Site Background ....................................................................................................... 1-1
    1.2 Site Hydrogeology and Groundwater Elevations ............................................... 1-2
    1.3 Previous Environmental Activities ........................................................................ 1-2
        1.3.1 Soil Remediation ....................................................................................... 1-2
        1.3.2 Groundwater Remediation ...................................................................... 1-3
        1.3.3 Human Health Risk Evaluations ........................................................... 1-5
    1.4 Conceptual Site Model ........................................................................................... 1-6
    1.5 Objectives and Scope of Work .............................................................................. 1-7

2.0 GENERAL SAMPLING PROTOCOL ............................................................................ 2-1

    2.1 Notification and Selection of Properties for Sampling ...................................... 2-1
    2.2 Preliminary Residential Inspections ..................................................................... 2-2
    2.3 Location-Specific Work Plan .................................................................................. 2-2
    2.4 General Site Sampling Strategy .............................................................................. 2-3
        2.4.1 Indoor Air Samples .................................................................................. 2-3
        2.4.2 Penetration Pathway Samples ................................................................ 2-3
        2.4.3 Crawl Space Samples ............................................................................... 2-4
        2.4.4 Outdoor Air Samples ............................................................................... 2-4
        2.4.5 Near-Slab Passive Soil Gas Samples ..................................................... 2-4
        2.4.6 Conceptual Model Confirmation Samples .......................................... 2-5
        2.4.7 Utility Corridor Preferential Pathway Samples ................................. 2-5
    2.5 Sampling Equipment .............................................................................................. 2-6
    2.6 Sampling Procedures .............................................................................................. 2-7
        2.6.1 Passive Sampling Procedures ................................................................. 2-7
        2.6.2 Time-Integrated Sampling Procedures ................................................ 2-9
    2.7 Quality Assurance/Quality Control Samples ..................................................... 2-11
        2.7.1 Field Duplicates ....................................................................................... 2-11
        2.7.2 Field Blanks .............................................................................................. 2-11
        2.7.3 Laboratory Control Samples ................................................................. 2-12

3.0 SAMPLE ANALYSIS AND EVALUATION ................................................................... 3-1

    3.1 Analytical Program .................................................................................................. 3-1
    3.2 Tier 1 Screening ....................................................................................................... 3-2
    3.3 Tier 2 Screening ....................................................................................................... 3-2
    3.4 Tier 3 Screening ....................................................................................................... 3-2
    3.5 Confirmation Sampling Process ............................................................................ 3-3
    3.6 Mitigation Evaluation ............................................................................................. 3-3

NGSC_0025386



# TABLE OF CONTENTS

| Section | Page |
|---|---|

4.0    REPORTING PROGRAM ........................................................................................... 4-1

5.0    SCHEDULE ............................................................................................................... 5-1

6.0    REFERENCES ............................................................................................................ 6-1

## List of Figures

1    Site Location Map
2    Groundwater Trichloroethene (TCE) Plume
3    Priority Area 1 Offsite Indoor Air Investigation
4    Site Conceptual Model

## Appendices

A    Building Survey Form

NGSC_0025387



# 1.0  INTRODUCTION

Orion Environmental Inc. (Orion) has prepared this indoor air sampling work plan on behalf of Northrop Grumman Guidance and Electronics Company, Inc. (Northrop Grumman) for the Canoga Park Site (site) located at 8020 Deering Avenue, Canoga Park California.  The objective of the proposed indoor air assessment is to further evaluate the potential human health risk to offsite residential occupants via the indoor air migration pathway.  Sampling will be performed in phases, as necessary, with priority given to the area where previous vapor intrusion modeling projected a potential risk that may exceed acute and chronic criteria.  In addition, the indoor air sample results will also address risk management decision uncertainties raised by the California Regional Water Quality Control Board, Los Angeles Region (RWQCB), regarding the soil vapor data and human health risk evaluation (HHRE) modeling iterations performed for the site from 2007 through 2015.

This work plan has been developed to present the proposed scope of work for indoor air sampling activities at residential locations downgradient of the site.  In accordance with recommendations offered by the Office of Environmental Health Hazard Assessment (OEHHA), a supporting agency to RWQCB on the project, Northrop Grumman will supplement the work plan with a location-specific work plan that describes the procedures for each property to be sampled.

## 1.1    Site Background

The site is in an industrial and residential area of Canoga Park, a community within the city of Los Angeles (Figure 1).  The site was first developed in the 1960s, and the present manufacturing building was constructed in 1967.  Past manufacturing operations at the building included circuit board production, copper plating, silk screening, photo printing, and chemical stripping.  A four-stage underground clarifier permitted for use as part of the circuit board manufacturing operations was removed in April 2006.

An advertising and printing company currently occupies the site, which includes the building and an asphalt-paved parking lot.  The building has a total area of 29,000 square feet and the lot size for the property is approximately 1.75 acres.  The site is surrounded by light industrial and manufacturing facilities to the north, south, and west, as well as residential properties to the east and southeast.

NGSC_0025388



## 1.2    Site Hydrogeology and Groundwater Elevations

Locally, the site is underlain by approximately 325 feet of Quaternary-age alluvium, as indicated by Geologic Cross Section A–A' of the San Fernando Valley Groundwater Basin Report of the Referee (California State Water Rights Board Referee, 1962).  Underlying the alluvial deposits is non-water-bearing rock of the Tertiary-age Pico Formation.

Based on borehole drilling and lithologic logging at the site, the vadose zone includes interbedded lithologic units with varying permeabilities.  Groundwater is encountered on site in a sandy unit at a depth of approximately 41 feet below ground surface (bgs; 784 feet above mean sea level) and this depth has varied between 38 to 45 feet since 1998.  The depth to water off site gradually decreases in a southeastern direction, currently from approximately 44 feet bgs immediately downgradient of the site to approximately 13 feet bgs at a distance of 1 mile off site.  The most recent groundwater levels measured during the 4th quarter 2015 were generally at or near historical lows.  Groundwater flows southeast with an approximate horizontal gradient ranging from 0.002 to 0.003 foot per foot.

## 1.3    Previous Environmental Activities

Data from previous site investigation and remediation activities indicate that the soil and groundwater beneath the site is impacted by chlorinated volatile organic compounds (VOCs), primarily trichloroethene (TCE).  Additional potential chemicals of concern (COCs) include tetrachloroethene (PCE), 1,1,1-trichloroethane (1,1,1-TCA) and VOC breakdown products such as cis-1,2-dichloroethene (cDCE), trans-1,2-dichloroethene (tDCE), and 1,1-dichloroethene (1,1-DCE).  Data collected from 28 onsite and offsite groundwater monitoring wells indicate that TCE-impacted groundwater extends at least 1 mile downgradient of the site (Figure 2).

### 1.3.1  Soil Remediation

Soil and soil vapor sampling investigations have indicated that VOCs were released to subsurface soils around the former four-stage clarifier.  The lateral and vertical extent of VOC-impacted soil on site was delineated by site investigations summarized in previous reports (Orion, 2004a and 2004b).  Soil remediation was completed by (1) removal of the clarifier and approximately 243 tons of soil at the former source area in April 2006 and (2) operation of a soil vapor extraction (SVE) system from June 2005 to April 2007.

NGSC_0025389



The SVE system extracted approximately 680 pounds of VOCs from the vadose zone.  The system was shut down in April 2007 after soil vapor concentrations reached asymptotic levels.  To evaluate the progress of soil remediation, Orion performed final and rebound soil gas surveys, a confirmation soil sampling program, and an onsite vapor-phase transport risk evaluation.  These activities were summarized in a Confirmation Sampling and Soil Closure Report submitted to RWQCB in July 2007 (Orion, 2007a).

### 1.3.2   Groundwater Remediation

Source area groundwater remediation has been performed using in situ chemical oxidation (ISCO).  Two ISCO pilot tests have been implemented on site to evaluate the effectiveness of ISCO for treating the VOC mass within the saturated zone.

The first ISCO pilot test was completed by Orion in April 2007 and included a series of direct injections of potassium permanganate near the former clarifier using injection wells and direct-push rods (Orion, 2008).  A total of 33,000 gallons of a 2 percent by weight solution of potassium permanganate was injected.  The post-pilot test monitoring and investigation results indicated that residual VOC mass still remained in the low permeability units at the site.  The pilot test results further indicated that low permeability soil limited the delivery of oxidants and inhibited the effectiveness of ISCO in treating VOCs (Orion, 2008).

Haley & Aldrich, Inc. (H&A) performed an extended ISCO recirculation pilot test from September 2011 to April 2012.  The extended pilot test used a network of injection and extraction wells to recirculate sodium permanganate in the target treatment area.  The test was performed to evaluate whether groundwater recirculation would be more effective than direct injection at distributing permanganate and treating VOC mass in lower permeability units.   Approximately 500,000 gallons of groundwater were extracted, treated, and reinjected within the recirculation well network.  From 6 September through 13 October 2011, 10,500 pounds of a concentrated 40 percent solution of sodium permanganate was metered into the recirculation loop.  The recirculation pilot test data indicated that, although shallow and deep groundwater VOC concentrations were reduced, the distribution of permanganate was generally lower in the shallow zone compared to the deep zone.  In addition, the data suggested that VOC mass within the source area was likely greater than previously estimated (H&A, 2012).

NGSC_0025390



During 2012 and 2013, H&A conducted additional site investigation activities using both membrane interface probe and cone penetration testing (CPT) technologies.  Based on the investigation results, Northrop Grumman submitted an interim remedial measure (IRM) work plan in January 2014 to evaluate and potentially treat the chlorinated VOC mass on site within channel sand deposits east of the ISCO recirculation area.  The work plan included a proposed ISCO permanganate injection program based on soil and groundwater concentrations observed during the investigation (H&A, 2014a).

An IRM assessment was completed in April and May 2014.  The results indicated that VOC mass had been depleted in the channel sand deposits beneath the site and the majority of remaining VOC mass at the site appeared to be located in low permeability deposits adjacent to the channel sands.  The depth intervals for the channel sands were identified using a hydraulic profiling tool.  Because the VOC mass appeared to be located in low permeability deposits, H&A recommended that the objective of onsite groundwater remediation be revised to focus on residual VOCs that are slowly diffusing back into the channel sand deposits from the adjacent low permeability zones (H&A, 2014b).

After completing the IRM assessment, Northrop Grumman updated the conceptual site model (CSM) and conducted a remedial technology screening with environmental remediation experts to develop a site-wide groundwater remediation strategy.  The groundwater remediation strategy developed from that screening was to decrease source area concentrations and reduce the mass discharge of VOCs leaving the site to a level where the offsite groundwater plume decreases in spatial extent and monitored natural attenuation becomes feasible due to improved downgradient groundwater quality.  On 14 January 2016, the RWQCB sent a letter to Northrop Grumman noting the importance of stopping the expansion of the plume by implementing plume-wide, active remediation down gradient of the release area (RWQCB, 2016).  Northrop Grumman is currently collecting groundwater data downgradient of the site to evaluate remediation alternatives to address the downgradient TCE plume.

Northrop Grumman has recently completed a third ISCO permanganate injection pilot test.  The pilot test was designed to evaluate whether the implementation of ISCO technology will address residual VOC mass within channel sand deposits, mitigate VOC concentration rebound, and reduce the natural oxidant demand in the source area (H&A, 2014c).  A second phase of the ISCO (Phase II) permanganate pilot test was planned for Q2 2016 to

NGSC_0025391



evaluate whether ISCO Slow Release (ISCO-SR) wax cylinders would effectively mitigate VOC rebound within channel sand deposits over the long term. The results from the first phase of the pilot test indicated that ISCO-SR wax cylinders would not effectively mitigate VOC rebound due to the level of VOC concentrations in the groundwater onsite. Based on these results, Northrop Grumman cancelled Phase II of the pilot test and is currently developing a revised IRM work plan to continue conducting ISCO permanganate injections.

### 1.3.3   Human Health Risk Evaluations

The HHREs performed by Northrop Grumman for both onsite and offsite commercial and residential occupants have been under review, coordination, and refinement with the RWQCB from 2007 through 2013. An evaluation of the potential risk for vapor intrusion to onsite commercial occupants was first presented in the July 2007 Soil Closure Report (Orion, 2007a). Concurrently, an evaluation of the potential risk to offsite commercial and residential occupants from vapor intrusion was submitted to the RWQCB in a June 2007 soil vapor intrusion assessment letter (Orion, 2007b). Modifications and responses to agency comments associated with the above risk projections were conducted and submitted from 2007 through 2013.

In response to on-going uncertainties raised by the RWQCB and review comments issued by OEHHA in 2013 with regard to the CSM, Northrop Grumman voluntarily conducted a year-long supplemental offsite vapor intrusion assessment in accordance with a RWQCB-approved scope of work and associated work plan. Data were collected to address uncertainties regarding vertical and lateral distribution of soil vapor (migration pathways), temporal soil vapor variability, and modeling assumptions presented as part of HHRE's conducted between 2007 and 2013. The results and conclusions of the supplemental assessment were presented in a March 2016 vapor intrusion report and are summarized below (Orion, 2016).

1.    VOC concentrations in vadose zone soil samples were below laboratory detection limits. The only VOC detections in soil were observed in samples collected within the capillary fringe, which supports the assertion that there were no offsite releases associated with historical site operations.

2.    Source-depth soil vapor VOC concentrations directly above the capillary fringe were consistently higher than concentrations found in the overlying vadose zone. These data, and the absence of residual soil matrix VOC concentrations at shallower depths, support the CSM assumption that offsite

NGSC_0025392



soil vapor concentrations are a result of off-gassing from the groundwater VOC plume.

3.  The grab groundwater results indicated that the centerline of the groundwater VOC plume is 300 to 500 feet west of the centerline projected by groundwater wells C-13 and C-14 (Figure 2).

4.  The magnitude of the soil vapor VOC concentrations decreased as a function of distance from the source and from the centerline of the plume.  A comparison of the groundwater and soil vapor data supported the CSM assumption that the soil vapor VOC plume mirrors the underlying groundwater VOC plume.

5.  Minor fluctuations of soil vapor VOC concentrations were observed during the 1-year monitoring period.  These results indicate that temporal and climactic changes have limited impact on offsite exposure potential.

6.  The HHRE found the cumulative incremental lifetime cancer risk and non-carcinogenic hazard index were below the risk management levels typically recognized by the California Environmental Protection Agency (Cal/EPA) for residential sites at 9 out of the 11 offsite sample locations along the plume. Therefore, residual soil vapor concentrations at these nine locations are not projected to pose a health risk to offsite residential occupants.

7.  The HHRE results indicate that the projected chronic and acute offsite vapor intrusion risks associated with the underlying groundwater VOC plume are likely confined to a limited area in the vicinity of vapor wells VP-6 and VP-10. Northrop Grumman has given this area a designation of Priority Area 1 (Orion, 2016; Figure 3).

## 1.4    Conceptual Site Model

Orion reviewed the data obtained during the various site investigation and remediation efforts to characterize the physical, biological, and chemical systems at and downgradient of the site.  These data were used to develop an initial CSM that described the contaminant releases, contaminant migration, and potential environmental receptor exposure to contaminants.  The CSM was subsequently updated as additional data were developed and the updated CSM was included in H&A's Revised Site-Wide Groundwater Remediation Plan (H&A, 2015).  A visual summary of the CSM components is presented on Figure 4, which shows a regional cross-sectional profile view of the dissolved-phase TCE plume.  The CSM was prepared with the following assumptions:

1.  VOCs consisting primarily of chlorinated solvents were released from the former clarifier and associated piping and impacted both soil and groundwater.

NGSC_0025393



2. Metals-impacted soil related to former circuit board manufacturing and copper plating operations has been removed; metals did not impact groundwater.

3. Petroleum hydrocarbons have been detected intermittently in selected groundwater and soil vapor samples during site investigation and groundwater monitoring. Hydrocarbons were not used in historical site operations; therefore, they are not on the list of site-related COCs.

4. VOC-impacted soil remediation was performed on site using an SVE system and vadose zone soil remediation has been completed. Onsite HHRE results indicate that VOCs do not pose a risk to human health for industrial occupants through the indoor air migration pathway.

5. There has never been a documented offsite release of chlorinated VOCs associated with historical site operations. Offsite soil vapor impacts are the result of volatilization of VOCs from the underlying groundwater plume. Investigation results confirm the soil vapor plume mirrors the groundwater plume off site.

6. Groundwater is impacted by dissolved-phase chlorinated VOCs, primarily TCE, in a plume that extends off site more than 1 mile downgradient from the source area.

7. CPT investigation data collected in 2012 during a high resolution site characterization investigation identified the presence of a series of distinct channel sand deposits consisting of coarse sand and gravel beneath the site at approximately 45 to 55 feet bgs (H&A, 2015).

8. Although the majority of mass flux and advective transport beneath the site occurs in the higher permeability channel sands, the finer-grained lower permeability materials adjacent to the channel sands on site contain residual VOC mass that impacts groundwater concentrations (H&A, 2015).

Remediation of source area VOC-impacted groundwater is ongoing and under RWQCB oversight. Northrop Grumman is currently performing additional site investigation activities to assess the treatability of residual VOC mass in low-permeability zones within the source area and to identify the vertical and lateral extents of the downgradient TCE plume. Selection of potential groundwater remediation technologies for the downgradient TCE plume will be implemented based on the investigation results.

## 1.5    Objectives and Scope of Work

Before completing the year-long supplemental offsite vapor intrusion assessment, Northrop Grumman initiated discussions with the RWQCB for the development of an indoor air

NGSC_0025394



sampling program to proactively evaluate areas of potential concern identified as a result of chronic and acute vapor intrusion risk projection modeling. Northrop Grumman has developed a multi-round indoor air sampling program that focuses on residential properties within an area identified as the Phase 1 Area within Priority Area 1 shown on Figure 3. The Phase 1 Area includes residential properties closest to vapor probes VP-6 and VP-10 where TCE soil vapor results were projected above the residential threshold. The program will evaluate the potential risk for vapor intrusion based on TCE soil vapor concentrations observed at vapor points VP-6 and VP-10. Concurrently, Northrop Grumman is coordinating with the RWQCB to develop a notification addressed to residential occupants within the Phase 1 Area outlining the proposed sampling and investigation activities. The notification will serve as a request for access to conduct two rounds of indoor air sampling at all residences within the Phase 1 Area.

The objective of the proposed residential sampling program is to collect air, soil vapor, and groundwater samples from within the Phase 1 Area and more accurately assess the potential human health risk to offsite residential occupants via the indoor air migration pathway. Furthermore, the collection of indoor air and passive soil gas (PSG) samples will reduce and/or eliminate risk management uncertainties inherent in risk modeling projections, including the potential for preferential subsurface pathways. Results from this indoor air sampling program will be used to evaluate the scope and breadth of any subsequent phases needed to assess the potential human health risk to offsite residential occupants.

The following scope of work will be completed to accomplish the objectives:

- ☐ Notification and selection of properties for sampling
  - ☐ Prepare and transmit notifications to property owners within the Phase 1 Area of the proposed sampling program
  - ☐ Obtain access agreements with property owners that agree to allow sampling

- ☐ Indoor air sampling and analysis (includes crawl space sampling; two events)
  - ☐ Perform preliminary building inspections
  - ☐ Prepare location-specific work plan for sampling
  - ☐ Collect samples of indoor air, penetration pathways, and outdoor air
  - ☐ Collect quality assurance/quality control (QA/QC) samples

NGSC_0025395



- ☐ Submit samples to State-certified laboratory for analysis

- ☐ PSG sampling (two events)
  - ☐ Perform location-specific utility survey
  - ☐ Collect near-slab PSG samples
  - ☐ Collect PSG samples along select servicing utility lines
  - ☐ Collect PSG samples at select locations cross-gradient to underlying plume
  - ☐ Submit samples to State-certified laboratory for analysis

- ☐ Soil vapor sampling (two events)
  - ☐ Collect soil vapor samples from existing soil vapor probes within the Phase 1 Area
  - ☐ Submit samples to State-certified laboratory for analysis

- ☐ Groundwater sampling (two events)
  - ☐ Collect groundwater samples from wells within the Phase 1 Area
  - ☐ Submit samples to State-certified laboratory for analysis

- ☐ Data evaluation and reporting
  - ☐ Review analytical results and provide notifications to the RWQCB of exceedances
  - ☐ Conduct confirmation sampling, if required
  - ☐ Meet with the RWQCB to discuss mitigation measures, if required
  - ☐ Prepare summary indoor air assessment report with recommendations for future sampling.

## 2.0  GENERAL SAMPLING PROTOCOL

This section discusses the methods and procedures to be used in the collection of various environmental samples during the investigation.  In an effort to provide a complete data set, sampling activities will (1) take place as two sampling events over a period of several months to account for potential seasonal variation, (2) use a combination of active and passive sampling techniques, and (3) employ sampling techniques to address potential daily and weekly variation within specific environmental media.

### 2.1    Notification and Selection of Properties for Sampling

As discussed previously, Northrop Grumman worked closely with RWQCB and OEHHA to identify Priority Area 1 based on sampling results and modeling from the year-long offsite assessment.  HHRE results at two locations in this area (VP-6 and VP-10) indicated the potential for chronic and acute vapor intrusion risks associated with the underlying groundwater VOC plume.

Priority Area 1 is downgradient of the site and measures approximately 1,000 by 2,400 feet. The Phase 1 Area within Priority Area 1 measures approximately 750 by 1,400 feet (Figure 3).  Based on preliminary estimates, the Phase 1 area includes approximately 75 residential locations.

Northrop Grumman will coordinate with the RWQCB to prepare notices of the proposed sampling.  The notices will be mailed to each property owner in the Phase 1 Area.  The notices will provide background information and request that the owners contact the RWQCB within 30 days to "opt in" for their residences to be sampled.  Northrop Grumman and the RWQCB will meet to evaluate the numbers and distribution of properties that have agreed to provide access.  After concurrence from the RWQCB, Northrop Grumman will contact the owners to obtain access for indoor air sampling.

Simultaneously with initial notification and access efforts, Northrop Grumman will conduct a records review of subsurface utility services for residences in the Phase 1 Area.  The results of this survey will be presented to the RWQCB in conjunction with the above access agreements to assist in the identification of potential preferential pathways (utility services) for characterization within the Phase 1 Area.

NGSC_0025397



## 2.2    Preliminary Residential Inspections

Before indoor air sampling is performed, Northrop Grumman will conduct a preliminary residential inspection at each location where the owner/occupant agrees to participate in the indoor air sampling program.  The preliminary inspection will be conducted using a building survey checklist developed by Department of Toxic Substances Control (DTSC) and included in Appendix A (DTSC, 2011).  Each preliminary inspection will be scheduled at an agreed upon date between Northrop Grumman and the residential occupant.  The completion of the checklist will include a consultation, if possible, with an owner, tenant, or landlord with working knowledge of the building design and storage locations for household cleaning products and other chemicals.

The checklist is designed to evaluate characteristics of the building use and ventilation systems that may impact indoor air quality.  The inspector will document household product inventories that could potentially impact or bias the collection of indoor air samples.  Any identified current or recent chemical usage that may impact VOC concentrations in the air will be included on these forms.

An accompanying sketch of the residential construction and layout will be made during an owner-escorted walk through.  The sketch will document all observed foundation types (slab on grade, crawl spaces, mixed, etc.), potential penetration pathways (e.g., utility closets, piping pass-through, etc.) and/or chemical storage locations.

## 2.3    Location-Specific Work Plan

After conducting the preliminary inspections, Northrop Grumman will prepare a supplemental location-specific work plan.  This work plan will summarize the results of the inspections and will include:

- ☐  Indoor air and penetration pathway sampling locations for each building
- ☐  Outdoor air sampling locations
- ☐  PSG near-slab sampling locations
- ☐  PSG preferential pathway (utility service) sampling locations
- ☐  Copies of the building survey checklists.

NGSC_0025398



## 2.4    General Site Sampling Strategy

The vapor intrusion investigation will focus on the Phase 1 Area (Figure 3).  The general investigation approach for residential properties is described below.

### 2.4.1  Indoor Air Samples

The selection of indoor air sampling locations will be based on identifying areas that are most representative of occupancy and with site-specific building characteristics that might facilitate vapor intrusion (e.g., floor design and slab penetrations).  A minimum of one 24-hour time integrated sample and one 7-day passive sample will be collected at each residence for each round of sampling.

Indoor air samples will be collected under normal occupational conditions including the operation of the heating, ventilation, and air conditioning (HVAC) system.  Indoor air samples are intended to be representative of inhalation exposure point concentrations for the residential occupants.  Therefore, indoor air samples will be collected at approximately 3 feet above the floor.  Records will be maintained to document the breathing zone height for each sampling location.  The proposed indoor air sampling locations and elevations will be summarized in the location-specific work plan.

Some residences may have multiple foundation types.  For those structures with more than one foundation type, at least one indoor air sample will be collected in a location within the structure for each foundation type.  The location-specific work plan will identify the foundation type(s) of each structure.

The building owners and occupants will be advised to temporarily cease activities involving the use of products that typically contain TCE (e.g., painting, waxing, polishing floors, etc.) at least 72 hours before any indoor air sampling event.  Residential occupants will also be requested to maintain their usual operation of the ventilation systems during sampling.

### 2.4.2  Penetration Pathway Samples

Penetration pathways are locations where conduits pierce underlying residential structures (e.g., slab, subflooring etc.) in areas of the residence not routinely occupied for extended periods (e.g., electrical closets).  These areas may be a potential vapor intrusion source to the adjoining routinely occupied areas of the building.  Penetration pathway areas will be

NGSC_0025399

sampled using one 24-hour time integrated sample. This information could be used in consideration of mitigation options for the building, should they be necessary.

### 2.4.3 Crawl Space Samples

Some residences may have crawlspaces or subfloor areas that are generally not accessed by occupants. Where possible, a 24-hour time integrated sample will be collected from below the subfloor area. Proposed sampling locations and structures will be documented in the location-specific work plan.

### 2.4.4 Outdoor Air Samples

Representative outdoor air samples will be collected to compare indoor and outdoor air concentrations, as necessary. Outdoor air samples provide data to quantify potential contributions from external sources. It is anticipated that the outdoor air concentrations can be adequately represented using a limited number of outdoor air samples distributed throughout the properties where indoor air is simultaneously being sampled. A minimum of three outdoor air samples will be collected per residential sampling event (i.e., block of homes). Both 24-hour time integrated and 7-day passive samples will be collected at the three locations. The location and final number of outdoor air samples will be proposed in the location-specific work plan based on the actual number of properties that grant access for sampling.

### 2.4.5 Near-Slab Passive Soil Gas Samples

PSG samples (7-day) will be collected for each residence that Northrop Grumman is granted access. PSG survey results represent the contaminant mass collected from the vapor-phase emanating from a source over the 7-day sampling period. These semi-quantitative results will be used to compare soil gas composition against other investigated environmental media (indoor air, ambient air, etc.). Furthermore, the use of multiple PSG samples surrounding the residence can be used to focus future traditional soil vapor investigations if necessary following the assessment of potential indoor air risks. The location and final number of near-slab PSG samples will be proposed in the location-specific work plan.

NGSC_0025400



### 2.4.6   Conceptual Model Confirmation Samples

A combination of soil vapor probe and groundwater sampling will be used to confirm the following results and conclusions of the supplemental assessment presented in the March 2016 vapor intrusion assessment report (Orion, 2016).

1.   Source-depth soil vapor VOC concentrations directly above the capillary fringe were consistently higher than concentrations found in the overlying vadose zone.  These data, and the absence of residual soil matrix VOC concentrations at shallower depths, support the CSM assumption that offsite soil vapor concentrations are a result of off-gassing from the groundwater VOC plume.

2.   The magnitude of the soil vapor VOC concentrations decreased as a function of distance from the source and from the centerline of the plume.  A comparison of the groundwater and soil vapor data supported the CSM assumption that the soil vapor VOC plume mirrors the underlying groundwater VOC plume.

3.   Minor fluctuations of soil vapor VOC concentrations were observed during the 1-year monitoring period.  These results indicate that temporal and climactic changes have limited impact on offsite exposure potential.

In addition, given the above CSM conclusions and the limited number of soil vapor probes and groundwater monitoring well locations within the Phase 1 Area, a limited number of PSG samples (7-day) will be proposed.  These PSG samples will be used to further demonstrate the attenuation of soil vapor contaminant mass with lateral travel from the centerline of the underlying groundwater contaminant plume.  The RWQCB will be consulted in the development of one or more transects of PSG samples following Northrop Grumman obtaining a complete list of participating residences.  The location and final number of PSG samples will be proposed in the location-specific work plan.

### 2.4.7   Utility Corridor Preferential Pathway Samples

Northrop Grumman will conduct a utility survey of the Phase I Area along with the notification of homeowners.  The purpose of the survey is to identify potential preferential pathways along subsurface structures to residences within the Phase 1 Area.  Sampling priority will be given to those subsurface structures with a direct connection laterally from the centerline of the groundwater contaminant plume to Phase 1 Area residences.  Any such subsurface structures could potentially negate the previously observed attenuation.  The

NGSC_0025401



location and final number of utility corridor PSG samples (7-day) will be proposed in the location-specific work plan.

## 2.5 Sampling Equipment

In an effort to address potential daily and weekly variation within specific environmental media, sampling activities will use a combination of active and passive sampling techniques and field sampling techniques. To accomplish these goals, a set of specialized sampling equipment will be necessary as summarized in this section.

Radiello radial passive samplers (RAD145) for VOC sampling are specifically designed for sampling periods of 24 hours or longer. Radiello passive samplers rely on the diffusion of analytes through a diffusive surface onto an adsorbent. A State-certified analytical laboratory will provide the Radiello samplers consisting of a supporting plate with clip, a cartridge, and a diffusive body. From a technical perspective, the use of the Radiello samplers is considered less invasive and mitigates common sampling anomalies (i.e., regulator failures) occasionally encountered when using more traditional 6-liter (L) Summa canister sampling techniques for longer sampling periods.

An additional set of 24-hour air samples will be collected in 6-L passivated steel Summa canisters. A State-certified analytical laboratory will provide the pre-evacuated Summa canisters. Each pre-evacuated canister will be equipped with a brass plug, vacuum gauge, flow controller, and particulate filter. The use of canisters is a common practice for a 24-hour sampling period. As part of field QA/QC procedures, the sampling duration will be specified so that the laboratory can pre-set and test the flow controller rates in-house before delivery to the site. The flow rate will be set at the laboratory using a Summa canister vacuum of 30 inches of mercury (in. Hg) relative to ambient pressure. If the source of the air sample is at a pressure other than ambient pressure, the canisters will fill faster or slower depending on the sample pressure. By providing the appropriate pressure to the laboratory, the laboratory can simulate the proper pressure and set flow controllers accordingly. A fixed-flow controller will be set to collect 5 L of sample over the 24-hour time interval so that the canister is not completely filled and a net negative pressure is maintained following the sampling period.

PSG samplers are a minimally invasive, easy-to-use technique in the field for identifying volatile and semi volatile organic compounds in the vadose zone. Similar to active soil gas

NGSC_0025402

and other field screening techniques, the simplicity and low cost of passive samplers enables them to be applied in larger numbers.  PSG samplers can (1) facilitate detailed mapping of contamination across a site for the purpose of identifying source areas and release locations, (2) focus subsequent soil and groundwater sampling locations, (3) focus remediation plans, (4) identify vapor intrusion pathways, (5) track groundwater plumes, and (6) monitor remediation progress.  Similar to the Radiello passive samplers, PSG samplers contain two absorbent media specifically designed to trap target volatiles.  An analytical laboratory will provide the PSG samplers consisting of a small vial, suspension wire, and diffusive cap.

## 2.6    Sampling Procedures

Procedures for soil vapor probe sampling are described in the Work Plan Addendum for Supplemental Vapor Intrusion Assessment (Orion, 2014).  Groundwater sampling will be conducted as part of the regular site quarterly, semiannual, or annual groundwater monitoring events.

The remainder of samples will be collected using a combination of passive (Radiello and PSG) and time-integrated (Summa) sampling methods.  The following sections provide a detailed description of the procedures that will be followed for each of these sampling methodologies.

### 2.6.1   Passive Sampling Procedures

For passive samples collected using Radiello samplers, field personnel will use the following procedures:

1.   Unpack the sampler from shipping container and verify that all sampling components are  present and the plastic bag containing the cartridge is sealed.

2.   Assemble the supporting plate and clip for each sampler making sure that the adhesive label pocket is affixed onto the plate in a central position.

3.   Prepare a label for the sampler with a discrete sample number and insert it into the  pocket on the supporting plate.  Indicate the sample number on the chain-of-custody form.  Each sample will be identified by the site identification (J1120 for the Canoga Park site), sample ID, and date.  For example, a sample identification of J1120-R1-082616 would indicate a sample was collected from the Canoga Park site from sample point R1 on 26 August 2016.

NGSC_0025403

4.  Remove the tube from the plastic bag and transfer the cartridge from the tube into the diffusive body taking special care not to touch the cartridge.

5.  Seat the cartridge centrally in the diffusive body so that it is flush to the body and no part of the cartridge is sticking out.

6.  Connect the diffusive body to the supporting plate taking special care not to bend the cartridge. Keeping the diffusive body vertical during this step will prevent the cartridge from becoming unseated.

7.  Promptly secure and suspend the sampler at the specified breathing zone height (refer to site-specific work plan) at the planned sample location. Record the date and start time for the sampling period.

8.  Note and record any conditions that might affect the interpretation of the results under which the sample is taken (e.g., weather conditions, current building ventilation status, etc.).

9.  At the end of the sampling period, return the cartridge to the original tube and affix the label to the tube so that the barcode is parallel to the axis of the tube. Return the tube to the original box. Record the date and end time for the sampling period.

10. Complete the chain-of-custody form and verify that air samples are properly labeled.

11. Return the samplers to the laboratory with the chain-of-custody form. Transport and store the samples at 4 degrees Celsius or less to help minimize back diffusion from the sorbent material.

12. Sample collection in a crawlspace will follow the same procedures except the height at which the sample is collected will be adjusted based on the configuration of the crawlspace.

For passive samples collected using PSG samplers, field personnel will use the following procedures:

1.  Inventory field sampling kit, support equipment, and planned sampling locations before mobilization. A passive sampler consists of a borosilicate glass vial containing hydrophobic adsorbent cartridge with a length of wire attached to the vial for retrieval.

2.  Clear vegetation at each predetermined survey point as needed and create a borehole 12 to 14 inches in depth using a hammer drill with a 1- to 1.5-inch-diameter bit. Then extend the original borehole to a depth of 3 feet using a hammer drill with a ½ inch diameter bit. The upper portion of the boring is then sleeved with a 1-inch-diameter metal sleeve to increase sidewall integrity throughout the sampling interval.

NGSC_0025404



3. Remove the solid plastic shipping cap from the sampler vial and replace it with the provided porous sampling cap. The sampling cap is designed with a hole in the cap covered by a screen mesh to allow air movement but prevent soil from entering the hole.

4. Unwind the suspension wire and insert the sampler vial with the sampling cap facing down into the borehole.

5. Create a small plug for the borehole using aluminum foil and wrap the suspension wire around the plug before plugging the borehole.

6. Complete the surface with soil and place a marker for later sample recovery. In the event the samples are placed under asphalt or concrete, the borehole will be patched using a temporary material to facilitate later recovery.

7. Record the sampler location, discrete sample number, time, date, and other relevant information on a PSG field deployment form. Indicate the sample number on the chain-of-custody. Follow the sample identification procedures listed above in Item 3 of the Radiello passive sampler procedures.

8. Retrieve the samples at the end of the sampling period (7 days).

9. Retrieve the sampler and remove the suspension wire and wipe the outside of the vial clean using gauze cloth. Then remove the sample cap and wipe the vial threads clean using a new gauze cloth and place the shipping cap back on the sampler vial.

10. Write the sample identification number on the shipping cap label and place it into the field sampling kit. Follow the sample identification procedures listed above in Item 3 of the Radiello passive sampler procedures.

11. Record the sampler location, time, date, and other relevant information on a PSG field retrieval form.

12. Fill the borehole with granular bentonite and hydrate in place and complete the surface to match surrounding conditions.

13. Ship the sampling kit and associated passive sampler vials to the contracted laboratory for analysis.

### 2.6.2   Time-Integrated Sampling Procedures

For time-integrated samples collected using passivated Summa canisters, field personnel will use the following procedures:

1. Unpack the canisters from shipping container and verify that all equipment components are present and the canister valve is closed.

NGSC_0025405



2.      Mark each canister with a discrete sample number.  Indicate the sample number and the flow controller serial numbers on the chain-of-custody.  Follow the sample identification procedures listed above in Item 3 of the Radiello passive sampler procedures.

3.      Remove the brass plug from the canister valve, and attach the vacuum gauge tightly.  If using a gauge with a "Tee" fitting, cap the side arm of the "Tee" with the brass plug.

4.      Open and close the canister valve.  The gauge will register the level of vacuum present.  Record this value on the chain-of-custody for the canister.  The initial vacuum of the canister should be greater than 25 in. Hg.  If the canister vacuum is less than 25 in. Hg, do not use it and arrange for a replacement canister.

5.      Verify that the canister valve is closed.  Remove the vacuum gauge and replace the brass plug on the canister valve.

6.      Remove the particulate filter and pre-calibrated flow controller from the packaging and place the particulate filter on the flow controller inlet.

7.      Remove the brass plug from the canister valve and attach the flow controller (with the particulate filter) to the canister valve.

8.      Place the canister at the planned sample location and at the specified breathing zone height.  During sampling, the canisters should be kept out of direct sunlight, upwind of sampled residential structures, and outside of vegetative cover.

9.      Open the valve and the record sampling start time.

10.     Check the canister integrity during the sampling interval.  The flow controller often includes a pressure gauge as part of the hardware.  This gauge should not be used in place of the vacuum gauge used to record pre- and post-vacuum readings, but can provide a general indication of pressure exchange.  If the canister is filling too slowly or too quickly, corrective action may be necessary including adjusting the flow or re-sampling.

11.     At the end of the sampling period, close the valve and record the time, temperature, and final canister pressure.

12.     Remove the flow controller (with the particulate filter) and attach the vacuum gauge.  Open and close the canister valve.  The gauge will register the level of vacuum present at the conclusion of sampling.  Record this value on the chain-of-custody for the canister.  The final pressure of a 6-L canister should range between 4 and 8 in. Hg.  If the final pressure is near ambient (within 1 in. Hg), it must be considered an invalid integrated sample.



13. Remove the vacuum gauge.  Place the brass plug on canister valve and tighten.  It is not necessary to over-tighten the fittings.  Finger tight plus an additional 1/16 turn is adequate.  However, it is essential that all the connections between the canister and the flow controller be tight and immobile by hand.

14. Repackage the sampling hardware.  Complete the chain-of-custody form and verify that air samples are properly labeled.

15. Return the canisters to the laboratory with the chain-of-custody.  Transport and store canisters at ambient temperature, avoiding temperature extremes and direct sunlight.  The canisters will be shipped to the laboratory in the original box.

16. Sample collection in a crawlspace will follow the same procedures except the height at which the sample is collected will be adjusted based on the configuration of the crawlspace.

## 2.7  Quality Assurance/Quality Control Samples

This section discusses additional samples that will be taken concurrently with the other samples to maintain an acceptable level of quality assurance.  QA/QC samples will be shipped to the same analytical laboratory and analyzed using the same preparatory and analytical methods used for the other samples.

### 2.7.1  Field Duplicates

At least one co-located duplicate sample will be collected during each sampling event.  The duplicate samples are intended to evaluate analytical variability between samples.  The duplicate sample will be obtained over the same time interval as the original sample.

### 2.7.2  Field Blanks

At least one field blank sample will be obtained during each sampling event for each type of sample (passive samplers or canisters).  The cartridge/canister of the field blank samplers will remain in their original packaging and will be shipped along with the other samplers to the site and back to the laboratory for analysis.  The methods for sample logging and shipping will be the same as those described above.  The field blank results are intended to verify sample integrity during field sample collection and shipping.

NGSC_0025407



### 2.7.3  Laboratory Control Samples

Laboratory blanks, laboratory control spikes, and analytical surrogates will be provided and analyzed by the laboratory operating the instrument as described in the analytical method protocol.  The laboratory control samples are independent source reference standards used to validate the accuracy of the initial calibration of the instrumentation used to analyze the samples.

NGSC_0025408



# 3.0  SAMPLE ANALYSIS AND EVALUATION

The following sections describe the laboratory analytical program and the tiered screening process that Northrop Grumman will use to evaluate the potential public health impacts associated with measured levels of constituents in indoor air.  Soil vapor probe and groundwater samples will be collected and analyzed as described in Section 2.6.

## 3.1    Analytical Program

Samples will be submitted to a State-certified fixed laboratory and, at a minimum, analyzed for the "Primary Target Compounds" identified in the advisory for active soil gas investigations as published by Cal/EPA (Cal/EPA, 2012).  Passive air samples (Radiello and PSG) will be analyzed using U.S. Environmental Protection Agency (USEPA) Method TO-17 following thermal desorption.  Summa canister samples will be analyzed using USEPA Method TO-15 SIM.  All analyses will be conducted by the following State-certified laboratory:

Eurofins/Calscience
7440 Lincoln Way
Garden Grove, California 92841
(714) 895-5494

Based on historical site operations and groundwater VOC constituents, the primary COCs for this indoor air evaluation are chlorinated solvents including PCE, TCE, 1,1,1-TCA, and their degradation by-products including cDCE, tDCE, and 1,1-DCE. Laboratory QA/QC data will be reported with the sample data.  The table below summarizes the sampling and analytical program:

| Sampling Device | Sample Methodology | Analytical Method |
|---|---|---|
| Radiello radial passive samplers (RAD145) | Passive | Fixed lab for VOCs using USEPA Method TO-17 |
| PSG Vial | Passive | Fixed lab for VOCs using USEPA Method TO-17 |
| 6-L Summa canister | Time-Integrated | Fixed lab for VOCs using USEPA Method TO-15 |

S:\Northrop\02CAN\WKP\Work Plan for Offsite Indoor Air Sampling.docx   6/14/16

NGSC_0025409

The indoor air sampling results will be used to evaluate the potential public health impacts associated with measured levels of constituents in air using the screening process described below.

## 3.2    Tier 1 Screening

Chemicals detected in indoor air will be compared with the outdoor air concentration ranges measured for each chemical.  Indoor air concentrations within or below the outdoor concentration ranges will be reasonably assumed to be background concentrations and not due to vapor intrusion from underlying groundwater.  Indoor air concentrations greater than the outdoor air concentration range will be further evaluated using Tiers 2 and 3 screening criteria as described below.

## 3.3    Tier 2 Screening

Concentrations of TCE which are determined in Tier 1 to be greater than background will be compared with action levels in Human and Ecological Risk Office (HERO) Human Health Risk Assessment Note 5 (Note 5; DTSC, 2014).  HERO Note 5 identifies Interim TCE Indoor Air Response Action Levels under short-term residential and commercial/industrial exposure scenarios.  If the results exceed the residential Accelerated Response Action Level, the RWQCB will be notified within 48 hours of receipt of both indoor and outdoor analytical results.  Data will then be further reviewed and validated, with priority given to higher concentrations, if applicable.  If all of the sampling results are below the residential Accelerated Response Action Level, Northrop Grumman will notify the RWQCB within 1 week of receiving the analytical results and completing the data validation process.

## 3.4    Tier 3 Screening

Concentrations of TCE which are determined in Tier 1 to be greater than background will also be compared with other criteria based on consideration of long-term carcinogenic and non-carcinogenic effects in a residential setting as maintained by Cal/EPA and USEPA.  Air sample results will be compared to the HERO Human Health Risk Assessment Note 3 (Note 3; DTSC, 2016) values published by the DTSC and supplemented by USEPA Regional Screening Levels for carcinogenic and non-carcinogenic exposure.  It is important to note that the HERO Note 3 screening criteria are not intended to identify "unsafe" conditions, but rather to identify residential locations that warrant further evaluation.  However, if the

NGSC_0025410



results are lower than Tier 3 (long-term) screening levels, then it can be reasonably concluded that the reported concentrations do not pose health concerns, and no further action is anticipated.

## 3.5    Confirmation Sampling Process

Indoor air sampling results that exceed the Tier 2 screening levels will be confirmed through an additional follow-up sampling event for each seasonal sampling round as needed. Follow-up sampling events will be conducted during the same period as the associated seasonal sampling round.  Before sampling, a more thorough inspection of the residential locations will be conducted to mitigate the potential that previously unidentified indoor air sources and preferential vapor intrusion pathways have biased the analytical results. Additional sample locations may be added during the confirmation sampling to provide more detailed information on potential sources or pathways.  If necessary, confirmation samples may be analyzed on an accelerated schedule.

After confirmation samples are collected, the data will be evaluated to assess whether the observed concentrations are strictly due to vapor intrusion.  This will include evaluation of other potential indoor sources of the detected chemicals, and comparison of sample results against pathway samples.  For example, if chemical concentrations are absent in pathway samples collected from crawlspaces and subfloor areas or are significantly less than concentrations found inside living spaces, this could indicate that the vapor intrusion pathway is incomplete or insignificant.  If this is the case, then indoor concentrations, if observed, would be originating from other sources and no further action would be anticipated.

If confirmation sampling indicates that vapor intrusion exceeding Tier 2 screening levels is a potential source for the indoor air concentrations, the necessity for mitigation measures and/or further monitoring will be discussed with the RWQCB.

## 3.6    Mitigation Evaluation

The necessity for mitigation measures will be evaluated throughout the implementation of the indoor air sampling program.  If available information collected during the preliminary residential inspection activities demonstrates a potential for vapor intrusion issues that could be readily addressed, pre-emptive mitigation options will be (1) discussed with the RWQCB,

NGSC_0025411



(2) documented in the location-specific work plan, and (3) may even be implemented before sampling.

If confirmation sampling indicates that indoor air concentrations exceed Tier 2 screening levels, the following interim response actions will be considered to mitigate potential short-term TCE exposure:

- ☐ Increasing building pressurization and/or ventilation mechanically with fans or by increasing outdoor air intake of the building ventilation system
- ☐ Installing and operating engineered sub-floor exposure controls (sub-slab and/or crawlspace depressurization)
- ☐ Sealing and/or ventilating potential conduits where vapors may be entering building
- ☐ Installing indoor air purifiers or adsorption systems such as carbon filtration.

Not all of these options will be feasible for every scenario.  Following discussion with and authorization from the RWQCB, the best available control technology alternative will be selected based on the building characteristics and cooperation of the occupants.

For those cases, if any, where confirmation sampling indicates that indoor air concentrations exceed Tier 3 screening levels, the following mitigation measures will be considered to address potential long-term exposures:

- ☐ Sealing and/or ventilating potential conduits where vapors may be entering building
- ☐ Installing vapor barriers beneath buildings with crawlspaces
- ☐ Installing and operating engineered, sub-floor exposure controls (sub-slab and/or crawlspace depressurization).

Remedial alternatives may be developed as a combination of one or more of the remedial technologies listed above.  In addition to the alternatives above, optimization of the operation and maintenance of the HVAC system may be evaluated to further enhance circulation.  Evaluation of remedial alternatives will be based on multiple criteria that include overall protection of human health and environment, long-term or short-term effectiveness, and implementability.  Further evaluation of the long-term alternatives will be addressed, if necessary, in a separate feasibility study submittal to the RWQCB.

NGSC_0025412



# 4.0  REPORTING PROGRAM

An indoor air assessment summary report will be prepared to summarize and document the results. This report will be submitted to the RWQCB for review and will include the following:

☐  Discussion of property selection process

☐  List of properties sampled

☐  Preliminary building inspections including field observations

☐  Sample collection procedures

☐  Analytical results and summary of tiered screening process

☐  Confirmation sampling results, if required

☐  Mitigation evaluation, if required

☐  Conclusions and recommendations regarding the path forward

☐  Figures showing the properties within the Phase 1 Area

☐  Tables summarizing the analytical results

☐  Laboratory analytical reports.

NGSC_0025413



# 5.0  SCHEDULE

This work plan describes a vapor intrusion assessment program proposed by Northrop Grumman to (1) further evaluate the potential human health risk to offsite residential occupants via the indoor air migration pathway within a limited area and (2) address outstanding uncertainties associated with offsite residential risk characterization. Following RWQCB review and approval of this work plan, Northrop Grumman is prepared to initiate public notification and work to obtain site-specific access agreements.  The schedule for field implementation of the sampling program is highly dependent upon granted access and public participation.  Once multiple access agreements are obtained, Northrop Grumman will coordinate site-specific inspection, work plan development, and sampling activities directly with the RWQCB staff.

NGSC_0025414



# 6.0  REFERENCES

California State Water Rights Board Referee, 1962.  Report of Referee, Volume I, Text and Plates, Plate 5A, In the Superior Court of the State of California, No. 650079, July.

California Environmental Protection Agency, 2012.  "Advisory – Active Soil Gas Investigations," Department of Toxic Substances Control, Los Angeles Regional Water Quality Control Board, and San Francisco Regional Water Quality Control Board, April.

Department of Toxic Substances Control, California Environmental Protection Agency, 2011.  "Final Guidance for the Evaluation and Mitigation of Subsurface Vapor Intrusion to Indoor Air (Vapor Intrusion Guidance)," October.

Department of Toxic Substances Control Human and Ecological Risk Office, 2014.  "Human Health Risk Assessment HERO Note 5 - Health-Based Indoor Air Screening Criteria for Trichloroethylene (TCE)," 23 August.

Department of Toxic Substances Control Human and Ecological Risk Office, 2016.  "Human Health Risk Assessment HERO Note 3 – DTSC Modified Screening Levels (DTSC-SLs)," March Quarterly Update.

Haley & Aldrich, Inc., 2012.  "In-situ Chemical Oxidation Recirculation Pilot Test Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00," 5 June.

Haley & Aldrich, Inc., 2014a.  "Interim Remedial Measure Work Plan, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098," 29 January.

Haley & Aldrich, Inc., 2014b.  "Onsite Groundwater Remediation Work Plan, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098," 29 August.

Haley & Aldrich, Inc., 2014c.  "Site-Wide Groundwater Remediation Plan, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098," October.

Haley & Aldrich, Inc., 2015.  "Revised Site-Wide Groundwater Remediation Plan, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098," July.

Orion Environmental Inc., 2004a.  "Report of Soil Gas Survey and Groundwater Investigation, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00," prepared for Landowners Limited Partnership, 27 February.

Orion Environmental Inc., 2004b.  "Soil Vapor Extraction Pilot Test Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00," prepared for Landowners Limited Partnership, 1 June.

NGSC_0025415



Orion Environmental Inc., 2007a.  "Confirmation Sampling and Soil Closure Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00," prepared on behalf of Litton Systems, Inc. for Northrop Grumman, 1 July.

Orion Environmental Inc., 2007b.  "Summary of Soil Vapor Intrusion Assessment Results, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00," prepared on behalf of Litton Systems, Inc. for Northrop Grumman, 1 June.

Orion Environmental Inc., 2008.  "Permanganate Injection Pilot Test Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00," prepared on behalf of Litton Systems, Inc. for Northrop Grumman, 1 May.

Orion Environmental Inc., 2014.  "Work Plan Addendum for Supplemental Vapor Intrusion Assessment, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California," prepared on behalf of Litton Systems, Inc. for Northrop Grumman, 3 March.

Orion Environmental Inc., 2016.  "Offsite Vapor Intrusion Assessment Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00," prepared on behalf of Litton Systems, Inc. for Northrop Grumman, 17 March.

Regional Water Quality Control Board, Los Angeles Region, 2016.  Letter from Peter Raftery to Richie Hodges (Northrop Grumman Corporation), "Approval of Due Date Extension for Site-Wide Groundwater Remediation Plan – Commercial Property Located at 8020 Deering Avenue, Canoga Park, California (SCP No. 0843, Site ID No. 2044T00)," 14 January.

NGSC_0025416



SITE

Winnetka

Canoga Park

SCALE

0        2000        4000 FEET

REFERENCE

7.5 MINUTE USGS TOPOGRAPHIC MAP OF

CANOGA PARK QUADRANGLE, CALIFORNIA - LOS ANGELES CO.

DATE: 2015

SCALE = 1:24,000

**ORION ENVIRONMENTAL**

**8020 DEERING AVENUE, CANOGA PARK**

## SITE LOCATION MAP

| PROJECT NO. | DRAWN BY | CHECKED BY | APPROVED BY |
|---|---|---|---|
| 02CAN | MN | MT | JPG |

| FILE NO. | |
|---|---|
| Site Map.xls | **FIGURE 1** |





NGSC_0025420

A           A''

**Site Conditions**
Former circuit board manufacturing facility
Other operations: silk screening, copper plating
Solvents and metals used in processes
Sources: Former 4-stage clarifier & piping
*Vadose Zone*
SVE operation from June 2006 - April 2007
 - 676 lbs of VOCs removed by SVE
April 2006 clarifier excavation and removal
 - 180 cubic yards of metals-impacted soil
*Saturated Zone*
Wells installed:  21 shallow (10 onsite/11 offsite)
 7 deep (5 onsite/2 offsite)
Permanganate injection pilot test in April 2007
 - 32,000 gallons of 2% KMnO4
Extended Permanganate Recirculation Pilot Test
 - From September 2011 through April 2012
 - 10,500 pounds of 40% NaMnO4

C-22
PCE=1,400
CIS=7,400

C-1
TCE=26
CIS=ND<1

C-4
PCE=10
TCE=50
CIS=0.28J

C-24
PCE=140
TCE=4,500
CIS=ND<10

Excavation Area

C-7
PCE=140
TCE=610
CIS=260

C-20
PCE=0.29J
TCE=54
CIS=ND<1

C-10
PCE=80
TCE=540
CIS=110

C-9
PCE=51
TCE=140
CIS=3.5

C-15
PCE=ND<1
TCE=3.9
CIS=ND<1

C-13
PCE=ND<2.5
TCE=140
CIS=ND<2.5

C-14
PCE=ND<1
TCE=23
CIS=ND<1

Chlorinated Solvent Release

K = 1 ft/day
K = 1,000 ft/day
K = 0.005 ft/day
K = 1 ft/day
K = 0.005 ft/day

GW Flow

TD=105', TD=105'
TD=84'
TD=56.5'
TD=50'
TD=40.5'
TD=39'

Elevation (in feet from mean sea level)

Distance (feet)

Deering   Vortel   Arminta   Elwood   Ingomar   Loma Vista   De Soto   Gazetta   Santicoy   Cogolla   Irondale   Lurine   Valerio   Brown Canyon Wash

**Legend**
**Soil Classification**
Poorly or Well Graded Sands and Gravels (SW/SP/GP)
Clayey or Silty Fine Sands (SC/SM)
Silts and Clays (ML/CL)

C-10 — Boring/Monitoring Well Designation
PCE=80
TCE=540 — December 2013 Groundwater Concentration in µg/l
CIS=110
Groundwater Elevation (September 2015)
Approximate Groundwater Table
Estimated Value, Analyte Detected at Level Less than Reporting Limit and Greater than or Equal to the Method Detection Limit
PCE — Tetrachloroethene
TCE — Trichloroethene
CIS — CIS-1,2-Dichloroethene

**Total Groundwater VOC Concentrations**
<100 µg/l
100 - 1,000 µg/l
1,000 - 20,000 µg/l
>20,000 µg/l

Horizontal Scale  0  250  500
Vertical Scale  0  10  20

Source: Lithological Cross-Section by Haley & Aldrich (2013)

02CANE10502.dwg
10/20/2015   3:27PM

ORION ENVIRONMENTAL INC.
8020 DEERING AVENUE, CANOGA PARK

SITE CONCEPTUAL MODEL

| REVISION | NO. | BY | DATE | DESCRIPTION |
|---|---|---|---|---|
| | 0 | MY | 6/18/06 | RI/DES Meeting |
| | 1 | MY | 2/26/14 | VI Work Plan |
| 2 | 2 | MY | 10/19/15 | VI Report |

REVISIONS

PROJECT NO: 02CAN | DRAWN BY: MY | CHECKED BY: MT | APPROVED BY: JPG
FILE NO: 02CANE10502.DWG | FIGURE 4

ORION

# APPENDIX A

# BUILDING SURVEY FORM

NGSC_0025421

# Residential Survey Form

Date: _____    Site: _____

## PART 1:  General Information

Address: _____

_____

**Occupant Information**

Occupant Name: _____    Interviewed: ☐ Yes ☐ No

Phone: _____    Email: _____

**Consent Access** ☐ Yes ☐ No    Date: _____

**Owner/Landlord Information** (if applicable)

Name: _____    Interviewed: ☐ Yes ☐ No

Phone: _____    Email: _____

**Building Type** (Check appropriate boxes)

☐ Single-Family ☐ Duplex ☐ Condominium/Townhouse ☐ Apartment Building ☐ Mobile Home/ Trailer

Other ☐ _____

**Building Occupancy**

What times / days is building likely to receive ventilation _____

Are the heating / cooling systems routinely operated? ☐ Yes ☐ No

If yes, what times of the day / year? _____

**Building Characteristics**

Year/Decade Built: _____ Number of Stories: _____

Approximate Building Area (square feet):  Total _____ First Floor _____

If there is an attached garage describe its use:_____

**Foundation Type** (Check appropriate boxes)

☐ Slab-on-Grade

☐ Crawl Space – Describe Crawlspace (Access Location, Height, and Vent Locations)

_____

☐ Basement - Characteristics (Check appropriate boxes)

☐ Dirt Floor ☐ Sealed ☐ Wet Surfaces ☐ Sump Pump ☐ Concrete Cracks ☐ Floor Drains

Condition of the Concrete / Floor _____

## PART 2: Factors Impacting Indoor Air Quality

**Questions**

Describe remodeling, painting, or significant cleaning activities that have occurred over the last 6 months (what was done, what area, and when):

_____

# Residential Survey Form

**Date:** _____  **Site:** _____

Describe any open combustion in the building (Smoking/Incense/Candles/Fireplace):
_____

Describe any chemical-infused materials that are regularly brought into the building (including dry cleaned clothes/fabrics or those brought home from work (what/how often):
_____  _____

Have site chemicals of concern been used or stored in building or adjacent garage?

☐ Yes ☐ No

Please list the chemicals_____

Have any significant amounts of volatile chemicals been used recently? ☐ Yes ☐ No

Please list the chemicals_____

Describe any instance of water/groundwater present in the basement/crawlspace (including sumps):

_____

## Observations

What is the temperature relative to outside? _____

What pathways to the subsurface were observed? _____

Are windows and door kept open? _____

Is there evidence of significant negative pressure? _____

Do parts of the indoor environment appear stagnant? _____

Describe any strong odors. _____

**Other Information (**that may be of importance in understanding the indoor air quality in residence):
_____

_____

_____

## Potential Sampling Locations

General notes on potential sample locations and type. Tentative sampling date(s) and preferred times.

_____

_____

_____

NGSC_0025423

# Residential Survey Form

Date: _____  Site: _____

On this page, draw the general floor plan of the building and denote potential locations of sample collection. Indicate locations of doors, windows, indoor air contaminant sources and field instrument readings.

NGSC_0025424

**Residential Survey Form**

Date: _____    Site: _____

## PART 3: Inventory of Potential Indoor Chemical Sources:

Instructions:  List items/products in the building or the attached garage that may contain site compounds of concern.  These should be removed prior to sampling.  List items/products that that give off significant volatiles as these may interfere with chemical analysis.  Include chemicals that may be tracked into the house from an occupant.  This could be chemical usage at work or in an attached workshop/garage.  A portable instrument, such as a photo-ionization detector (PID) can be used to help locate volatile chemicals.

Examples of products that may contain trichloroethene (TCE) or related chemicals include  gun cleaner, rubber cement, solvent degreasers, spot removers, correction fluid, and electrical motor cleaner (also be aware that older products are more likely to contain TCE).

Examples of significant volatile chemical sources include gas powered equipment, gasoline storage cans, oil-based paint, paint thinner, nail polish remover, moth balls, perfumes, scented decorative items, and insecticides.

| Potential chemical source | Location of Product Source | Photograph, ingredients, PID reading? |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

NGSC_0025425

**Residential Survey Form**

**Date:** _____  **Site:** _____

## PART 4:  Building Ventilation Systems

**Type(s) of Cooling/Heating Used** (Check appropriate boxes)

☐ Central Forced Air (ducted)

    ☐ Natural Gas Furnace  ☐ Electric Furnace

    ☐ Air Conditioner?

    ☐ Outdoor Air Intake?

    ☐ Floor Vents on the first floor?

    Location of the Furnace  _____

    Which rooms have air supply _____

    Location of air returns _____

☐ Centrally located wall heater(s)
    Natural Gas or Electric?

    Location(s) _____

☐ Centrally located floor heater(s)
    Natural Gas or Electric?

    Location(s) _____

☐ Electrical Radiators
    Location(s) _____

☐ Water/Steam Radiators
    Location(s) _____

☐ Radiant Floor Heat
    Location(s) _____

☐ Wood Stove(s)
    Location(s) _____

☐ Fireplace
    Location(s) _____

☐ Window / Wall Air Conditioning Units
    Location(s) _____

    Are the outdoor air vents opened (if equipped) _____

☐ Other (specify)_____

Are fans used?

☐ No ☐ Yes, Ceiling fans ☐ Yes, Room Fans ☐ Yes, Kitchen Exhaust ☐ Yes, Bathroom Exhaust

☐ Yes, Attic/Whole house Fans CFM _____

☐ Other (specify)_____

NGSC_0025426

## Residential Survey Form

**Date:** _____    **Site:** _____

**Additional Notes:**

NGSC_0025427