# EXHIBIT 5



**Northrop Grumman Corporation**
101 Continental Boulevard
MS: D12/XE6D21
El Segundo, CA 90245

**Richie Hodges**
310-332-5559
richard.hodges@ngc.com

15 January 2016

Mr. Peter Raftery
California Regional Water Quality Control Board
Los Angeles Region
320 W. 4th Street, Suite 200
Los Angeles, California 90013

Re: 2015 Groundwater Investigation Report
    Canoga Park Site
    8020 Deering Avenue
    Canoga Park, California 91304

Dear Mr. Raftery:

Northrop Grumman Guidance and Electronics Company, Inc. (Northrop Grumman) is submitting the enclosed 2015 Groundwater Investigation Report to the Regional Water Quality Control Board, Los Angeles Region (RWQCB) for your review and approval. The report provides a brief history of the subject site, a summary of the work performed in October 2015 (2015 Investigation), and recommendations resulting from the 2015 investigation. The 2015 investigation was detailed in the Work Plan for Vertical and Lateral Groundwater Investigation submitted to RWQCB on 1 June 2015 and approved by RWQCB in a letter dated 7 June 2015.

In this report, Northrop Grumman is recommending three sonic borings be drilled further downgradient of the subject site and one monitoring well be installed. These recommendations were also included in the Groundwater Investigation Work Plan Addendum, submitted on 11 January 2016, and the Revised Groundwater Investigation Work Plan Addendum (Addendum), submitted to the RWQCB on 13 January 2016. The Addendum was submitted prior to this report to allow RWQCB sufficient time to review and respond to the Addendum prior to work being performed. Work is tentatively scheduled to begin on 19 January 2016.

The 2015 Groundwater Investigation and the additional groundwater investigation proposed in the Addendum are being performed to address email requests from the RWQCB on 3 and 11 February 2015 for additional downgradient plume assessment. The Addendum is part of Northrop Grumman's expedited approach to further investigate and remediate impacts on- and offsite, as detailed in the letter to the RWQCB dated 7 January 2015 with the subject *Request for Extension, Site-Wide Groundwater Remediation Plan*.

NGSC_0139799

Mr. Peter Raftery
13 January 2016
Page 2

The results from the 2015 Groundwater Investigation and from the work detailed in the Addendum will be used to develop a phased-investigation work plan to fully delineate the offsite groundwater plume both laterally and vertically. Northrop Grumman anticipates presenting and reviewing this work plan in a Northrop Grumman Red Team meeting with RWQCB on 22 February 2016.

If you have any questions or comments, please do not hesitate to contact me at 310-332-5559.

Sincerely,

Richie Hodges
Environmental Remediation Project Manager
on behalf of Northrop Grumman Guidance and Electronics Company, Inc.

cc:    Elizabeth Brown – Northrop Grumman Corporation
       Mike Shannon – Northrop Grumman Corporation
       Matthew Nelson – Orion, Inc.
       Darrell Greenwald – Landowners Ltd
       Phil Bowman – Landowners Ltd
       William Giamela – Coast United Advertising

NGSC_0139800



**Orion Environmental Inc.**

☑ 2955 Redondo Avenue          562 988-2755 PHONE
Long Beach, CA 90806          562 988-2759 FAX

**DBA Arctos Environmental**

○ 2332 5th Street, Suite A          510 525-2180 PHONE
Berkeley, CA 94710          510 525-2392 FAX

# 2015 Groundwater Investigation Report

Canoga Park Site
8020 Deering Avenue
Canoga Park, California

*prepared for:*

Northrop Grumman Guidance and
Electronics Company
101 Continental Boulevard
El Segundo, California 90245

*prepared by:*

Orion Environmental Inc.
2955 Redondo Avenue
Long Beach, California 90806

**January 2016**

S:\Northrop\02CAN\RPT\2016-0115-Canoga Park-2015 Groundwater Investigation Report.doc

NGSC_0139801



## STAMP OF CERTIFIED PROFESSIONAL

Orion Environmental Inc. (Orion), on behalf of Northrop Grumman Guidance and Electronics Company, Inc. (Northrop Grumman), has prepared this report summarizing a groundwater investigation conducted at locations within, upgradient, cross gradient, and downgradient of the subject site.

Orion has prepared this document for the exclusive use of Northrop Grumman as it pertains to the subject property located at 8020 Deering Avenue in Canoga Park, California.  Any use of or reliance on this document by a third party shall be at such party's sole risk.

This document has been prepared under the supervision of Matthew J. Nelson, a California-registered engineer.  His signature and stamp appear below.

Matthew J. Nelson, P.E.
R.C.E. No. C74689
15 January 2016

S:\Northrop\02CAN\RPT\2016-0115-Canoga Park-2015 Groundwater Investigation Report.doc

NGSC_0139802



# TABLE OF CONTENTS

| Section | Page |
|---|---|
| 1.0 INTRODUCTION | 1-1 |
| 1.1 Site Background | 1-1 |
| 1.2 Site Hydrogeology and Groundwater Elevations | 1-2 |
| 1.3 Previous Environmental Activities | 1-2 |
| 1.3.1 Soil Remediation | 1-2 |
| 1.3.2 Groundwater Remediation | 1-3 |
| 1.4 Objectives and Scope of Work | 1-5 |
| 2.0 GROUNDWATER INVESTIGATION PROGRAM | 2-1 |
| 2.1 Field Investigation Activities | 2-1 |
| 2.1.1 Deep Lithology Investigation | 2-1 |
| 2.1.2 Lateral and Vertical TCE Groundwater Plume Delineation | 2-3 |
| 2.2 Field Investigation Results | 2-5 |
| 2.2.1 Lithology | 2-5 |
| 2.2.2 Grab Water Sampling | 2-7 |
| 3.0 SUMMARY, CONCLUSIONS, AND RECOMENDATIONS | 3-1 |
| 3.1 Summary and Conclusions | 3-1 |
| 3.2 Recommendations and Path Forward | 3-2 |
| 4.0 REFERENCES | 4-1 |

## List of Tables

1    Soil Physical Properties
2    Groundwater Analytical Results for VOCs

## List of Figures

1    Site Location Map
2    Site Plan
3    Geologic Cross Section A-A'
4    TCE Groundwater Concentrations, 3Q & 4Q 2015 and Proposed Boring Locations
5    Site Plan with TCE Concentrations and Proposed Boring Locations

S:\Northrop\02CAN\RPT\2016-0115-Canoga Park-2015 Groundwater Investigation Report.doc

NGSC_0139803

## Appendices

A       LADPW and LADHS Permits
B       Boring Logs
C       RWQCB E-Mails
D       Field Investigation and General QA/QC Procedures
E       CPT Logs
F       Soil Physical Properties Testing Reports and Chain-of-Custody Forms
G       Hydropunch Laboratory Analytical Reports and Chain-of-Custody Forms
H       Waste Manifests

NGSC_0139804



# 1.0 INTRODUCTION

Northrop Grumman Guidance and Electronics Company, Inc. (Northrop Grumman) retained Orion Environmental Inc. (Orion) to perform a groundwater investigation at locations within, upgradient, cross gradient, and downgradient of the subject site (Figure 1). The groundwater investigation was performed to address requests from the California Regional Water Quality Control Board, Los Angeles Region (RWQCB) for (1) additional downgradient plume assessment (RWQCB, 2015a) and (2) vertical and lateral assessment of the trichloroethene (TCE) groundwater plume to maximum contaminant levels (MCLs) or lower (RWQCB, 2015b).

RWQCB's request for additional downgradient plume assessment was based on results from groundwater samples collected during an offsite soil vapor intrusion assessment in November 2014 (Northrop Grumman, 2015a). The request for vertical and lateral assessment of the TCE plume to MCLs was based on RWQCB review of a 4th quarter 2014 groundwater monitoring report (Haley & Aldrich, Inc. [H&A], 2015a).

The scope of work was implemented in accordance with a June 2015 work plan (Orion, 2015) and comments provided by RWQCB in a 9 June 2015 work plan approval letter (RWQCB, 2015c).

## 1.1    Site Background

The site is in an industrial and residential area of Canoga Park, a community within the city of Los Angeles (Figure 1). The site was first developed in the 1960s, and the present manufacturing building was constructed in 1967. Past manufacturing operations at the building included circuit board production, copper plating, silk screening, photo printing, and chemical stripping. A four-stage underground clarifier was initially permitted for use in 1968 as part of the circuit board manufacturing operations, and was used intermittently for various operations by multiple companies. The clarifier was removed in April 2006.

An advertising and printing company currently occupies the site, which includes the building and an asphalt-paved parking lot. The building has a total area of 29,000 square feet and the lot size for the property is approximately 1.75 acres. The site is surrounded by light industrial and manufacturing facilities to the north, south, and west, and residential properties to the east and southeast (Figure 2).

S:\Northrop\02CAN\RPT\2016-0115-Canoga Park-2015 Groundwater Investigation Report.doc

NGSC_0139805



## 1.2     Site Hydrogeology and Groundwater Elevations

Locally, the site is underlain by approximately 325 feet of Quaternary-age alluvium, as indicated by Geologic Cross Section A–A' of the San Fernando Valley Groundwater Basin Report of the Referee (California State Water Rights Board Referee [CSWRBR], 1962). Underlying the alluvial deposits is non-water-bearing rock of the Tertiary-age Pico formation.

Based on borehole drilling and lithologic logging at the site, the vadose zone includes interbedded lithologic units with varying permeabilities.  Groundwater is encountered on site in a sandy unit at a depth of approximately 41 feet below ground surface (bgs; 784 feet above mean sea level) and has varied between depths of 38 to 45 feet since 1998.  The depth to water off site varies, gradually decreasing in a southeastern direction, currently from approximately 44 feet bgs immediately downgradient of the site to approximately 13 feet bgs 1 mile off site (Figure 3).  The most recent groundwater levels measured during the 3rd quarter 2015 were generally at or near historical lows. Groundwater flows southeast with an approximate horizontal gradient ranging from 0.002 to 0.003 foot per foot.

## 1.3     Previous Environmental Activities

Data from previous site investigation and remediation activities indicate that the soil and groundwater beneath the site is impacted by chlorinated volatile organic compounds (VOCs), primarily TCE and tetrachloroethene.  Additional potential chemicals of concern (COCs) include 1,1,1-trichloroethane and VOC breakdown products such as cis-1,2-dichloroethene and 1,1-dichloroethene.  Data collected from 28 onsite and offsite groundwater monitoring wells indicate that TCE-impacted groundwater extends at least 1 mile downgradient of the site (Figure 2).

### 1.3.1   Soil Remediation

Soil and soil vapor sampling investigations have indicated that VOCs were released to subsurface soils around the former four-stage clarifier.  The lateral and vertical extent of VOC-impacted soil on site was delineated by site investigations summarized in previous reports (Orion, 2004a and 2004b).  Soil remediation was completed by (1) removal of the

NGSC_0139806



clarifier and approximately 243 tons of soil at the former source area in April 2006 and (2) operation of a soil vapor extraction (SVE) system from June 2005 to April 2007.

The SVE system extracted approximately 680 pounds of VOCs from the vadose zone. The system was shut down in April 2007 after soil vapor concentrations reached asymptotic levels. To evaluate the progress of soil remediation, Orion performed final and rebound soil gas surveys, a confirmation soil sampling program, and an onsite vapor-phase risk transport evaluation. These activities were summarized in a Confirmation Sampling and Soil Closure Report submitted to RWQCB in July 2007 (Orion, 2007).

### 1.3.2   Groundwater Remediation

Source area groundwater remediation has been performed using in situ chemical oxidation (ISCO). Two ISCO pilot tests have been implemented on site to evaluate the effectiveness of ISCO for treating the VOC mass within the saturated zone.

The first ISCO pilot test was completed by Orion in April 2007 and included a series of direct injections of potassium permanganate near the former clarifier using injection wells and direct-push rods (Orion, 2008). A total of 33,000 gallons of a 2 percent by weight solution of potassium permanganate was injected. The post-pilot test monitoring and investigation results indicated that residual VOC mass still remained in the low permeability units at the site. The pilot test results further indicated that low permeability soil limited the delivery of oxidants and inhibited the effectiveness of ISCO in treating VOCs (Orion, 2008).

H&A performed an extended ISCO recirculation pilot test from September 2011 to April 2012. The extended pilot test used a network of injection and extraction wells to recirculate sodium permanganate in the target treatment area. The test was performed to evaluate whether groundwater recirculation would be more effective than direct injection at distributing permanganate and treating VOC mass in lower permeability units. Approximately 500,000 gallons of groundwater were extracted, treated, and reinjected within the recirculation well network. From 6 September 2011 through 13 October 2011, 10,500 pounds of a concentrated 40 percent solution of permanganate was metered into the recirculation loop. The recirculation pilot test data indicated that, although shallow and deep groundwater VOC concentrations were reduced, the distribution of permanganate was generally lower in the shallow zone compared to the deep zone. In

NGSC_0139807



addition, VOC mass within the source area was likely greater than previously estimated (H&A, 2012).

During 2012 and 2013, H&A conducted additional site investigation activities using both membrane interface probe and cone penetration testing (CPT) technologies.  Based on the investigation results, Northrop Grumman submitted an interim remedial measure (IRM) work plan in January 2014 to evaluate and potentially treat the chlorinated VOC mass within channel sand deposits east of the ISCO recirculation area.  The work plan included a proposed ISCO permanganate injection program to treat VOC mass within channel sand deposits based on soil and groundwater concentrations observed during the investigation (H&A, 2014a).

An IRM assessment was completed in April and May 2014.  The results indicated that VOC mass had been depleted in the channel sand deposits beneath the site and the majority of remaining VOC mass at the site appeared to be located in low permeability deposits adjacent to the channel sands.  The depth intervals for the channel sands were identified using a hydraulic profiling tool.  Because the VOC mass appeared to be located in low permeability deposits, H&A recommended that the objective of onsite groundwater remediation be revised to focus on residual VOCs that are slowly diffusing back into the channel sand deposits from the adjacent low permeability zones (H&A, 2014b).

After completing the IRM assessment, Northrop Grumman updated the conceptual site model (CSM) and conducted a remedial technology screening with environmental remediation experts to develop a site-wide groundwater remediation strategy.  The groundwater remediation strategy developed from that screening was to decrease source area concentrations and reduce the mass discharge of VOCs leaving the site to a level where the offsite groundwater plume decreases in spatial extent and monitored natural attenuation becomes feasible due to improved downgradient groundwater quality.

Northrop Grumman is currently in the process of conducting a third ISCO permanganate injection pilot test designed to evaluate whether residual VOC mass within channel sand deposits can be further reduced to mitigate rebound and reduce the natural oxidant demand in the source area (H&A, 2014c).  Concurrent with the injection, Northrop Grumman is also moving forward with the installation of infrastructure for a Phase I ISCO slow-release barrier at the upgradient edge of the source area.  Northrop Grumman will

S:\Northrop\02CAN\RPT\2016-0115-Canoga Park-2015 Groundwater Investigation Report.doc

NGSC_0139808



use data collected from the ISCO injection and Phase I barrier installation to evaluate the feasibility of implementing a full-scale remediation program (H&A, 2015b).

## 1.4    Objectives and Scope of Work

The objectives of the investigation were to (1) investigate the presence and thickness of the basal alluvial clay below the coarse-grained units of the saturated zone and (2) assess the lateral and vertical extent of the TCE plume in groundwater.  These objectives were established to address the requests made by the RWQCB.  To accomplish these objectives, Orion performed the following scope of work:

- ☐ Acquired boring permits from the Los Angeles County Department of Health Services (LADHS)
- ☐ Obtained an excavation E-permit with the City of Los Angeles Department of Public Works (LADPW) Bureau of Engineering for drilling borings in public streets
- ☐ Marked boring locations for Underground Service Alert (USA) and cleared each location with a private utility locator using geophysical methods
- ☐ Advanced 20 CPT borings using a direct-push type rig and recorded a continuous physical log of vadose and saturated zone soil
- ☐ Advanced two vertical delineation borings to 150 feet bgs and one vertical delineation boring to 200 feet bgs using a sonic drilling rig and collected continuous soil cores for visual logging using the Unified Soil Classification System (USCS);
- ☐ Advanced hydropunch borings adjacent to CPT and vertical delineation borings and collected grab groundwater samples from coarse-grained zones to delineate the vertical and lateral extent of the VOC plume
- ☐ Submitted the grab groundwater samples for VOC analyses
- ☐ Submitted soil samples for physical properties and chemical analysis
- ☐ Evaluated the field and analytical data and prepared this summary report.

NGSC_0139809



## 2.0  GROUNDWATER INVESTIGATION PROGRAM

The groundwater investigation field program included vertical delineation, CPT, and hydropunch borings as described in the work plan.

### 2.1    Field Investigation Activities

During October 2015, Orion drilled 3 vertical delineation borings, 20 CPT borings, and 21 hydropunch borings.  The borings were drilled under an excavation E-permit issued by the LADPW Bureau of Engineering and a soil boring permit issued by the LADHS.  Copies of the permits are in Appendix A.

Before beginning the field program, Orion marked the proposed locations and notified USA to identify subsurface utilities.  In addition, Pacific Coast Locators, Inc., of La Crescenta, California, conducted a geophysical survey using electromagnetic and ground penetrating radar equipment to identify subsurface utilities at each boring location.

### 2.1.1   Deep Lithology Investigation

From 5 to 16 October 2015, Gregg Drilling & Testing, Inc. (Gregg) of Signal Hill, California, drilled three vertical delineation borings (DB-1 through DB-3) using a D82 limited access sonic rig.  Borings DB-1, DB-2, and DB-3 were advanced at and downgradient of the source area near the centerline of the TCE groundwater plume as shown on Figure 2.  The locations of the vertical delineation borings were selected to evaluate the extent of vertical groundwater impacts and the presence of a basal alluvial clay below the coarse-grained units of the saturated zone.

Before drilling, Gregg personnel hand augered the upper 6 feet at each boring location to check for subsurface utilities.  Boring DB-1 was drilled to 200 feet bgs and borings DB-2 and DB-3 were drilled to 150 feet bgs.

*Field Logging*

Continuous soil cores were recovered at each boring and 5-foot-long sections of 4-inch-diameter soil cores were extruded from the core barrel and laid out for examination and logging.  Core temperatures were monitored using an infrared thermometer and logged on the boring logs.  Headspace readings from the extruded core were measured using a field photoionization detector (PID) in accordance with the procedures described in the work

NGSC_0139810



plan.  Soil was described by noting the approximate grain-size distribution, color, grading, plasticity (if applicable), and other properties in accordance with the USCS visual-manual procedure for description of soils (ASTM International [ASTM], 2009).  Field PID and soil classifications were recorded on a boring log by a California Certified Hydrogeologist. Boring logs for borings DB-1 through DB-3 are in Appendix B.

*Soil Sample Collection*

Soil samples for physical properties testing were collected from select fine-grained soils observed in borings DB-1 through DB-3 starting at approximately 80 feet bgs.  Physical property samples were generally selected to target fine grained layers separating coarser-grained layers and changes in soil type within a larger fine-grained layer.  As fine-grained soils are more reliable for physical properties testing than coarse-grained soils, fine-grained soil types were preferentially chosen for sampling and analysis.

In an e-mail dated 25 September 2015, Northrop Grumman requested that the soil sample collection procedure described in the work plan be adjusted to allow for collection of soil physical properties samples directly from the extruded soil core (Northrop Grumman, 2015b).  RWQCB approved the adjusted soil sample collection procedure in an e-mail dated 29 September 2015 (RWQCB, 2015d).  Copies of the e-mails are included in Appendix C.

Soil samples for physical properties testing were collected directly from the soil core by driving a 2-inch-diameter brass sleeve into the fine-grained soil to be sampled.  A total of 18 soil samples were submitted to PTS Laboratories, Inc., in Santa Fe Springs, California, for testing of the following physical properties:

- ☐ Particle size analysis by ASTM D422/D4464M
- ☐ Total and effective porosity using American Petroleum Institute Recommended Practice (API RP) 40 and ASTM D425
- ☐ Effective and intrinsic permeability and native hydraulic conductivity using API RP 40 and USEPA Method 9100.

Two soil samples were also collected from the soil core of boring DB-1 for chemical analysis using EnCore™ samplers.  The sample depths were selected based on observed elevated PID readings.  The EnCore™ samplers were submitted to Test America Laboratories, a State-certified laboratory in Irvine, California, and analyzed for VOCs using

NGSC_0139811



USEPA Method 8260B.  Field quality assurance/quality control (QA/QC) procedures for sonic drilling and soil sampling are in Appendix D.

### 2.1.2   Lateral and Vertical TCE Groundwater Plume Delineation

From 12 to 23 October 2015, Gregg advanced 21 CPT/hydropunch borings (OHP-1 to OHP-21), in addition to the 3 DB borings, to evaluate location and extent of the TCE groundwater plume (Figure 2).  Before drilling, Gregg personnel hand augered the upper 6 feet at each boring location to check for subsurface utilities.  Lateral delineation borings were advanced using a truck-mounted direct-push CPT rig to depths ranging from approximately 65 to 119 feet bgs.  The expected depth for the lateral delineation borings was 95 to 105 feet bgs; however, some borings met refusal at shallower depths.

The CPT technology measured tip resistance, sleeve resistance, and penetration pore pressure while being advanced into the subsurface.  These data were combined to classify subsurface soil and create soil logs in real time.  Soil properties measured by the CPT were used to categorize the soil into 12 soil behavior types (SBT).  In general, SBT numbers correspond to relative percentage of grain size distribution and higher SBT numbers indicate coarser-grained units (Gregg, 2015).  Soil types indicated by the CPT logs generally included interbedded sandy silt and silty sand, clayey silt and sand, sand, and gravel.  Soil cores were collected from some lateral delineation borings to characterize lithology and correlate to the CPT logs.  Boring logs and CPT logs for the OHP borings are in Appendices B and E, respectively.

CPT logs were used to identify saturated coarse-grained units at each location, except at the DB boring locations where the DB-1 through DB-3 boring logs were used instead. Hydropunch borings were then advanced adjacent to the CPT and DB borings, using the CPT rig, and a hydropunch-type tool was used to collect grab groundwater samples from the coarse-grained units identified.

*Temporary Well Screens*

Saturated coarse-grained units were observed in borings DB-1 through DB-3 at depths deeper than the capabilities of the CPT rig.  In order to collect grab groundwater samples from these deeper saturated coarse-grained units, temporary well screens were installed in the DB borings.  The temporary wells were constructed using 2-inch-diameter Schedule 40 polyvinyl chloride (PVC) casing with 5-foot long, 0.01-inch slotted PVC

NGSC_0139812



screens. The boreholes were backfilled with bentonite chips or pellets to 2 feet below the screen interval and filter pack was placed from 2 feet below the screen to 2 feet above the screen. An 8- to 10-foot bentonite seal was installed above the filter pack and allowed to set for a minimum of 2 hours before sampling. The remaining borehole above the bentonite seal was backfilled with a Portland cement grout containing up to 5 percent bentonite. The table below summarizes the temporary well screens that were installed:

| Boring ID | Temporary Well Screen Interval (feet) |
| --- | --- |
| DB-1 | 121.5 to 126.5 |
| | 137 to 142 |
| DB-2 | 112 to 117 |
| DB-3 | 135 to 140 |

Temporary wells installed in borings DB-2 and DB-3 were bailed and purged to remove fines and drilling water before sampling. After sampling, the temporary well at DB-2 was pulled and the borehole was backfilled with a cement/bentonite grout. Due to the drilling schedule, the temporary well at DB-3 was not removed immediately after sampling. On 23 October 2015, Gregg pressure grouted and overdrilled the upper 10 feet of the temporary well in DB-3 and grouted to the surface with a cement/bentonite grout.

Due to issues during well installation, additional development was needed for the temporary wells installed in boring DB-1. On 12 and 15 October 2015, Confluence Environmental, Inc., of Sacramento, California, bailed, surged, and purged the temporary wells in boring DB-1. However, an insufficient amount of purge water was removed due to limited recharge in each temporary well. On 19 and 20 October 2015, Gregg attempted to develop the temporary wells installed in boring DB-1. Before beginning development, Gregg poured a solution of Aqua-Clear PFD, a liquid polymer dispersant used to remove mud and sediment from the filter pack, into each temporary well. Gregg then proceeded to bail, surge, and purge each temporary well in boring DB-1. Even though recharge at each temporary well remained low after development, groundwater samples were collected and submitted for VOC analysis. Additional development of the temporary wells in DB-1 is planned for first quarter 2016 in an attempt to collect more representative samples before these temporary wells are abandoned.

Grab groundwater sample depths are indicated on the boring logs (Appendix B). A total of 69 grab groundwater samples were collected and analyzed by an onsite mobile laboratory

NGSC_0139813

operated by H&P Mobile Geochemistry, Inc., of Carlsbad, California. The groundwater samples were analyzed for VOCs using USEPA Method 8260B. Field QA/QC procedures for direct push drilling and soil and grab groundwater sampling are in Appendix D.

## 2.2    Field Investigation Results

### 2.2.1  Lithology

*Sonic Borings*

In general, lithology observed from the ground surface to approximately 60 feet bgs at boring DB-1 and 80 feet bgs at borings DB-2 and DB-3 consisted of sand and gravel interbedded with sandy silt and silty or clayey sand. Clay layers were occasionally encountered within this interval at each boring. A greater amount of well-graded sand and gravel was encountered at boring DB-3 relative to borings DB-1 and DB-2. The distribution of gravel sizes observed in these borings ranged from fine- to approximately 3-inch-diameter gravel of various lithologic origins, including sedimentary, igneous, and metamorphic rock types. From approximately 60 to 80 feet bgs to total depth, the lithology at borings DB-1 through DB-3 generally consisted of sandy silt and silty sand interbedded with sandy lean clay and sandy elastic silt. Sand and gravel beds were also observed at greater depths at borings DB-2 and DB-3, and boring DB-3 contained relatively thick sand layers (approximately 10 feet) throughout the boring.

Lithology observed at borings DB-1 through DB-3 were consistent with the primary water-bearing materials of the San Fernando Groundwater Basin, which consist of unconsolidated to semi-consolidated gravel, sand, and clay (California Department of Water Resources, 2005). Previously, Northrop Grumman's conceptual site model included an assumption that a basal alluvial clay was present deeper than 80 feet bgs based on a cross section generated by the CSWRBR (CSWRBR, 1962). Overall, soil observed at borings DB-1 and DB-2 from approximately 60 to 150 feet bgs (boring DB-2) and to 200 feet bgs (boring DB-1) consisted of finer-grained soils relative to shallow depths. However, rather than a continuous clay bed, alternating beds of silts and silty sands were frequently encountered as well as occasional sand units, within the clay. At boring DB-3, multiple sand and gravel beds with an approximate 10-foot thickness were encountered throughout the boring with the deepest occurring from approximately 135 to 142 feet bgs.

S:\Northrop\02CAN\RPT\2016-0115-Canoga Park-2015 Groundwater Investigation Report.doc

NGSC_0139814



*Soil Samples for Physical Analyses*

Physical properties samples were collected at each boring from approximately 80 to 150 bgs.  The following table summarizes averages and ranges for the physical properties tested:

| Parameter | Average | Minimum | Maximum |
| --- | --- | --- | --- |
| Total Porosity (percent) | 35 | 29 | 49 |
| Effective Porosity (percent) | 4.0 | 1.8 | 10 |
| Vertical Hydraulic Conductivity (feet/day) | 8.1E-3 | 1.9E-3 | 2.6E-2 |
| Effective Permeability to Water (md)[a] | 2.8 | 0.64 | 9.1 |
| Intrinsic Permeability to Water ($cm^2$)[b] | 2.8E-11 | 6.3E-12 | 8.9E-11 |

(a)    md – millidarcy.
(b)    $cm^2$ – centimeters squared.

The very low effective porosity values measured in these samples are consistent with the fine-grained soil types selected for analysis.  Low effective porosity indicates that most pore spaces are disconnected and fluid flow is inhibited.  This is confirmed by the low hydraulic conductivity values, which are representative of clays and silts (average is 8.1E-3 feet per day).  These low hydraulic conductivity layers observed from 80 to 150 feet bgs in borings DB-1 through DB-3 will limit vertical migration between the interbedded coarser-grained layers.  A summary of physical properties testing results are in Table 1 and laboratory analytical reports are in Appendix F.

*Correlation of Lithology and Cross Section A-A'*

CPT borings OHP-2 and OHP-3 were adjacent to sonic borings DB-2 and DB-3, respectively.  The CPT logs were generally consistent with sonic boring logs in distinguishing fine- and coarse-grained units.  Overall, the CPT logs often indicated a higher percentage of silt units compared to the higher frequency of clay units observed in soil cores collected during sonic drilling.  The CPT may have mischaracterized soil behavior based on the heterogenous mix of grain sizes observed in most soils encountered.  The CPT logs were correlated to sonic boring logs by grouping the SBTs into three categories based on USCS classification.  The following table summarizes these groupings:

NGSC_0139815



| General Soil Description | USCS Symbol | SBT Numbers |
|---|---|---|
| Clays and elastic silts | CH, CL, MH | 1, 2, 3, 4, 11 |
| Silts, sandy silts, silty sands, clayey sands | ML, SM, SC | 5, 6, 12 |
| Sands and gravels | SP, SW, GP, GW | 7, 8, 9, 10 |

Sonic borings and select CPT logs are shown on cross section A-A' (Figure 3).  Where possible, the lithology plotted on cross section A-A' was based on soil logged from sonic boring logs.  The relatively large-diameter sonic soil cores and continuous soil sampling from the surface to total depth led to more accurate and detailed soil classification at these locations.  Soil lithology from CPT borings was used in areas where sonic borings were not advanced.  As shown on cross section A-A', the previous borings drilled between borings DB-3 and OHP-16 were not advanced deep enough to infer continuity between deeper soil units.

### 2.2.2  Grab Water Sampling

Grab groundwater samples were collected from 3 vertical delineation borings (DB-1 through DB-3) and 21 lateral delineation borings (OHP-1 through OHP-21).  The groundwater VOC data are summarized in Table 2 and shown on Figures 3, 4, and 5.  Laboratory analytical reports and chain-of-custody forms are in Appendix G.

*Onsite Source Area*

Borings DB-1 and OHP-1 were drilled in the southwest corner of the site (Figure 5).  These locations included two grab samples (OHP-1) and two temporary wells samples (DB-1) as summarized in the following table:

| Boring ID | Sample Depth (feet bgs) | TCE (µg/l)[a] |
|---|---|---|
| OHP-1 | 60.5-63.5 | 940,000 |
| OHP-1 | 101-102 | 60,000 |
| DB-1 | 121.5-126.5 | 110 |
| DB-1 | 137-142 | 260 |

(a)  µg/l – micrograms per liter

The highest groundwater TCE concentration observed during the investigation was in the grab sample collected from boring OHP-1 at 63.5 feet bgs (940,000 µg/l).  This sample was collected from a 2-foot-thick silty sand with gravel zone located between two sandy

NGSC_0139816



lean clays.  The 63.5-foot sample had field PID readings greater than 1,000 parts per million by volume (ppmv).  The next grab groundwater sample from boring OHP-1 was collected at 102 feet bgs and contained a TCE concentration of 60,000 µg/l.  Because the TCE groundwater concentration did not correlate with the very low PID readings noted at 102 feet bgs (1.1 ppmv) in boring DB-1, the 60,000 µg/l concentration is presently considered an anomaly, and confirmation sampling will be performed to assess concentrations in this interval.  Furthermore, elevated TCE concentrations were not observed at similar depths in nearby borings (Figure 3).  The anomalous datum is therefore suspected to be the result of cross contamination from shallower groundwater that was carried down the borehole during the boring/sampling process and contaminated the groundwater sample taken at the target sampling depth.

TCE concentrations in the temporary wells installed at DB-1 and screened from 121.5 to 126.5 and 137 to 142 feet bgs were 110 and 260 µg/l, respectively.  These results are also considered anomalous and may not be representative of groundwater at these depths due to (1) insufficient well development, as discussed in Section 2.1.2, or (2) cross contamination carried down from shallower depths during the drilling and well installation process.  Further development and sampling of these two temporary wells is scheduled and will be used to verify these data.

*Mid-Plume Vertical Assessment*

Two vertical delineation borings (DB-2 and DB-3) were drilled along the centerline of the TCE groundwater plume approximately 1,000 and 2,000 feet downgradient of the source area.  These borings were paired with adjacent CPT borings OHP-2 and OHP-3.

Borings DB-2 and OHP-2 were also near existing well cluster C-10 and C-20 (Figures 3 and 4).  As shown in the following table, the TCE results in DB-2 and OHP-2 were consistent with the concentrations observed at wells C-10 and C-20.  The results also showed that TCE concentrations decrease with depth and appear to be delineated vertically.  The TCE concentration of 9.4 µg/l at 117 feet exceeded the MCL of 5 µg/l, which was used in this investigation as the delineation target.

NGSC_0139817



| Location ID | Sample Depth (feet bgs) | TCE (µg/l) |
|---|---|---|
| 1,000 Feet Dowgradient at Well Cluster C-10/C-20 | | |
| C-10 | 24-54 | 600 |
| C-20 | 73-83 | 54[a] |
| OHP-2 | 65-67 | 42 |
| OHP-2 | 93-94 | ND<1 |
| DB-2 | 112-117 | 9.4 |

(a) Data is from December 2014.

Borings DB-3 and OHP-3 were drilled approximately 2,000 feet downgradient of the source area and just west of existing well C-9. Three grab groundwater samples and one temporary well sample were collected between 53 and 140 feet bgs. The following table summarizes the sample depths and results. The results show that VOC impact extends deeper than well C-9, but was delineated vertically by a grab water sample at 93.5 feet and the temporary well at 140 feet.

| Location ID | Sample Depth (feet bgs) | TCE (µg/l) |
|---|---|---|
| 2,000 Feet Dowgradient of Source Area | | |
| C-9 | 19-49 | 190 |
| OHP-3 | 53-54 | 670 |
| OHP-3 | 63-64 | 430 |
| OHP-3 | 92.5-93.5 | 2.3 |
| DB-3 | 135-140 | ND<1 |

### *Upgradient and Cross Gradient of Plume*

Boring OHP-4 was drilled and sampled upgradient of the TCE plume. The results from two grab water samples were below the MCL and confirmed upgradient delineation of the lateral and vertical extent of the TCE plume.

| Location ID | Sample Depth (feet bgs) | TCE (µg/l) |
|---|---|---|
| Upgradient | | |
| OHP-4 | 51-54 | 3.8 |
| OHP-4 | 93.5-94.5 | ND<1 |

Five cross gradient borings (OHP-6 through OHP-10) were drilled along the western side of the TCE groundwater plume. TCE concentrations in grab groundwater samples were at or below the MCL, except for boring OHP-7. However, as shown on Figure 4, boring OHP-8 was located farther west of the plume and delineated the western cross gradient

NGSC_0139818



lateral and vertical extent of the TCE plume.  The following table summarizes the results for selected borings.

| Location ID | Sample Depth (feet bgs) | TCE (μg/l) |
|---|---|---|
| Cross Gradient (West) | | |
| OHP-6 | 51-52 | ND<1 |
| OHP-6 | 58-59 | 0.3 |
| OHP-6 | 94.5-95.5 | ND<1 |
| OHP-8 | 31.5-34 | 3.3 |
| OHP-8 | 37.5-39 | 4.2 |
| OHP-8 | 94.5-96 | 5.0 |
| OHP-10 | 43.5-45 | ND<1 |
| OHP-10 | 64-65 | ND<1 |
| OHP-10 | 87-88 | 0.3 |

Four cross gradient borings (OHP-11 through OHP-14) were drilled along the eastern side of the TCE groundwater plume.  TCE concentrations in grab groundwater samples were below the MCL at all depths and indicate that the lateral and vertical extent of the TCE groundwater plume has been delineated to the east.  The following table summarizes the results for selected borings.

| Location ID | Sample Depth (feet bgs) | TCE (μg/l) |
|---|---|---|
| Cross Gradient (East) | | |
| OHP-11 | 52.5-53.5 | ND<1 |
| OHP-13 | 19-20 | 0.2 |
| OHP-13 | 27-28 | ND<1 |
| OHP-13 | 62-63 | ND<1 |
| OHP-13 | 78-79 | ND<1 |
| OHP-13 | 105-106 | 0.4 |

*Downgradient Area of Plume*

Borings OHP-15, OHP-16, and OHP-17 were advanced downgradient of wells C-14 and C-18, which are the farthest downgradient wells from the site.  TCE concentrations in grab groundwater samples collected at borings OHP-16 and OHP-17 were at least 20 times greater than the MCL for TCE (100 μg/l) at all depths sampled.  Based on these results, contingency borings OHP-18 through OHP-21 were advanced farther downgradient as described in the work plan.  The TCE concentrations at the four contingency borings also exceeded the MCL.  The maximum concentration of TCE found in these borings occurred in boring OHP-18 at 67 feet bgs, as summarized in the following table.

S:\Northrop\02CAN\RPT\2016-0115-Canoga Park-2015 Groundwater Investigation Report.doc

NGSC_0139819



| Location ID | Sample Depth (feet bgs) | TCE (µg/l) |
|---|---|---|
| Downgradient | | |
| OHP-18 | 20.5-22 | 53 |
| OHP-18 | 56-57 | 110 |
| OHP-18 | 67-68 | 1,100 |
| OHP-18 | 94-95 | 260 |

The highest downgradient groundwater TCE concentrations are predominantly within a coarse-grained unit from approximately 50 to 70 feet bgs. A finer grained unit was observed below this zone that separates it from the next coarse-grained unit. TCE concentrations in the next coarse-grained unit were approximately one order of magnitude less than the unit above it.

S:\Northrop\02CAN\RPT\2016-0115-Canoga Park-2015 Groundwater Investigation Report.doc

NGSC_0139820



# 3.0  SUMMARY, CONCLUSIONS, AND RECOMENDATIONS

The field program investigated the presence of a basal clay layer at greater depths than previous investigations and assessed the lateral and vertical extent of the TCE groundwater plume.  The following sections present the conclusions and recommendations developed from the investigation results.

## 3.1    Summary and Conclusions

The results of the groundwater investigation support the following conclusions:

*Lithology*

1.    A basal alluvial clay was not observed below 80 feet bgs.  However, the soils observed at depths greater than 60 feet bgs at borings DB-1 and DB-2 were generally finer grained, relative to shallower depths, and consisted of alternating beds of silts/clays and silty sands with occasional sand units.

2.    Physical properties samples collected from 80 to 150 feet bgs in borings DB-1 through DB-3 had an average hydraulic conductivity of 8.1E-3 feet per day.  These low hydraulic conductivity layers restrict vertical migration between the interbedded coarser-grained layers within this zone.

3.    Existing lithologic data between borings DB-3 and OHP-16 along cross section A-A' (Figure 3) are not deep enough to assess continuity between soil units observed in the upgradient and downgradient portions of the TCE groundwater plume.  Deeper lithologic data are needed in this area to evaluate the lateral migration of downgradient impacts.

*Lateral and Vertical Extent of TCE Plume*

4.    Grab groundwater TCE concentrations at upgradient and cross gradient borings on the western and eastern sides of the plume were below the MCL. These data indicate that the lateral and vertical extent of the TCE groundwater plume has been delineated in these areas.

5.    In the source area, an elevated groundwater TCE concentration was detected at 102 feet bgs at boring OHP-1 (60,000 µg/l).  Other borings downgradient of this location did not encounter high PID readings or TCE concentrations at similar depths.  The elevated concentration at 102 feet bgs is likely an anomaly resulting from cross contamination from shallower depths.  Confirmation sampling will be performed to verify the TCE concentration detected at this depth.

S:\Northrop\02CAN\RPT\2016-0115-Canoga Park-2015 Groundwater Investigation Report.doc

NGSC_0139821



6.  Groundwater flow at the site appears to be dominated by lateral movement within coarse-grained high conductivity units. VOC concentrations in grab groundwater samples were used to infer hydraulic connection between units where insufficient boring data are available. Grab groundwater sample results indicate that, in the mid-plume area (borings DB-2 and DB-3), TCE concentrations decrease appreciably at depths greater than approximately 80 feet bgs.

7.  Groundwater concentrations observed in the mid-plume area indicate that the centerline of the TCE groundwater plume is approximately 300 to 500 feet farther west than previously understood.

8.  Groundwater TCE concentrations above the MCL were detected in downgradient borings (OHP-18 through OHP-21) at depths up to approximately 100 feet bgs. Borings advanced in this area generally encountered thick sand and gravel units from approximately 50 to 100 feet bgs. These units may correspond to the sand and gravel units encountered in the upper 60 to 70 feet bgs in the vicinity of the site.

9.  TCE concentrations in grab groundwater samples in the downgradient area of the plume are greater than the MCL. The lateral and vertical extent of TCE in this area was not defined.

## 3.2    Recommendations and Path Forward

Based on the results of this program, additional investigation is needed to fill data gaps and address the objectives of the work plan (Orion, 2015). Northrop Grumman proposes to conduct additional investigation in the mid-plume area before addressing the remaining data gaps. Data for the mid-plume lithology and groundwater conditions are needed to understand the lateral and vertical migration of VOCs along the centerline of the TCE groundwater plume.

In the mid-plume and downgradient areas, Northrop Grumman proposes three deep borings (DB-4, DB-5, and DB-6; Figures 3 and 4) to a total depth of 150 feet bgs with paired hydropunch borings (OHP-22, OHP-23, and OHP-24) to collect grab groundwater samples from saturated coarse-grained units. In deep boring DB-6, Northrop Grumman proposes the installation of a permanent monitoring well to monitor concentrations detected in borings OHP-18 and OHP-19 (Figures 3 and 4). The deep borings, hydropunch borings, and monitoring well were proposed in a work plan addendum submitted to the RWQCB on 13 January 2016 (Orion, 2016).

NGSC_0139822



The additional investigation work proposed above will be conducted during the first quarter 2016 pending approval by RWQCB and driller availability.  Upon completion of the additional investigation, Northrop Grumman will evaluate the data and prepare a summary report with conclusions and recommendations.

Once the lateral and vertical migration pathways along the centerline of the plume are understood, the site conceptual model will be re-evaluated and additional investigation will be proposed as necessary to fill remaining data gaps.

NGSC_0139823



# 4.0  REFERENCES

ASTM International, 2009.  "ASTM D2488-09a, Standard Practice for Description and Identification of Soils (Visual-Manual Procedure)."

California Department of Water Resources, "California Department of Water Resources Bulletin 118, Individual Basin Descriptions, San Fernando Valley Groundwater Basin," 2005.

California State Water Rights Board Referee, 1962.  *Report of Referee, Volume I, Text and Plates, Plate 5A, In the Superior Court of the State of California, No. 650079*, July.

Gregg Drilling and Testing, Inc., 2015.  "Cone Penetration Testing (CPT) Procedure," 5 February.

Haley & Aldrich, Inc., 2012.  "In-situ Chemical Oxidation Recirculation Pilot Test Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00," 5 June.

Haley & Aldrich, Inc., 2014a.  "Interim Remedial Measure Work Plan, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098," 29 January.

Haley & Aldrich, Inc., 2014b.  "Onsite Groundwater Remediation Work Plan, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098," 29 August.

Haley & Aldrich, Inc., 2014c.  "Site-Wide Groundwater Remediation Plan, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098," October.

Haley & Aldrich, Inc., 2015a.  "4th Quarter 2014 Groundwater Monitoring and Remediation Status Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00," 30 January.

Haley & Aldrich, Inc., 2015b.  "Revised Site-Wide Groundwater Remediation Plan, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098," July.

Orion Environmental Inc., 2004a.  "Report of Soil Gas Survey and Groundwater Investigation, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00," prepared for Landowners Limited Partnership, 27 February.

Orion Environmental Inc., 2004b.  "Soil Vapor Extraction Pilot Test Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00," prepared for Landowners Limited Partnership, 1 June.

NGSC_0139824



Orion Environmental Inc., 2007.  "Confirmation Sampling and Soil Closure Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00," prepared on behalf of Litton Systems, Inc. for Northrop Grumman, 1 July.

Orion Environmental Inc., 2008.  "Permanganate Injection Pilot Test Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00," prepared on behalf of Litton Systems, Inc. for Northrop Grumman, 1 May.

Orion Environmental Inc., 2015.  "Work Plan for Vertical and Lateral Groundwater Investigation, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California," prepared for Northrop Grumman Guidance and Electronics Company, 1 June.

Orion Environmental Inc., 2016.  "Revised Groundwater Investigation Work Plan Addendum, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California," prepared for Northrop Grumman Guidance and Electronics Company, 13 January.

Northrop Grumman Guidance and Electronics Company, Inc., 2015a.  E-mail from Steve Mulligan to Peter Raftery (Regional Water Quality Control Board, Los Angeles Region), "Initial Results of Supplemental Offsite Soil Vapor Intrusion Assessment – Canoga Park," 23 January.

Northrop Grumman Guidance and Electronics Company, Inc., 2015b.  E-mail from Steve Mulligan to Peter Raftery (Regional Water Quality Control Board, Los Angeles Region), "Canoga Park Site Vertical and Lateral W Investigation Schedule and Field Procedure Update," 25 September.

Regional Water Quality Control Board, Los Angeles Region, 2015a.  Letter from Peter Raftery to Joseph P. Kwan (Northrop Grumman Corporation), "Request for Additional Distal Groundwater Contaminant Plume Assessment – Commercial Property Located at 8020 Deering Avenue, Canoga Park, California (SCP No. 0843, Site ID No. 2044T00)," 3 February.

Regional Water Quality Control Board, Los Angeles Region, 2015b.  Letter from Peter Raftery to Joseph P. Kwan (Northrop Grumman Corporation), "Comments on 4th Quarter 2014 Groundwater Monitoring and Remediation Status Report – Commercial Property Located at 8020 Deering Avenue, Canoga Park, California (SCP No. 0843, Site ID No. 2044T00)," 11 February.

Regional Water Quality Control Board, Los Angeles Region, 2015c.  Letter from Peter Raftery to Joseph P. Kwan (Northrop Grumman Corporation), "Approval of Vertical and Lateral Groundwater Investigation Work Plan – Commercial Property Located at 8020 Deering Avenue, Canoga Park, California (SCP No. 0843, Site ID No. 2044T00)," 9 June.

NGSC_0139825



Regional Water Quality Control Board, Los Angeles Region, 2015d.  E-mail from Peter Raftery to Steve Mulligan (Northrop Grumman Corporation), "EXT: RE: Canoga Site Vertical and Lateral GW Investigation Schedule and Field Procedure Update," 29 September.

NGSC_0139826

# TABLE 1

## SOIL PHYSICAL PROPERTIES
## CANOGA PARK SITE

| Boring ID | Sample Date | Depth (feet) | Sample Orientation[a] | Porosity[b] Total (%V$_b$) | Porosity[b] Effective (%V$_b$) | Native Hydraulic Conductivity[c] (cm/s) | Native Hydraulic Conductivity[c] (ft/day) | Effective Permeability to Water[d] (millidarcy) | Intrinsic Permeability to Water[e] (cm$^2$) | Particle Size Distribution[f] Sand (% wt.) | Particle Size Distribution[f] Silt (% wt.) | Particle Size Distribution[f] Clay (% wt.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DB-1 | 10/6/15 | 90 | Vertical | 39.0 | 3.6 | 5.21E-06 | 1.48E-02 | 5.12 | 5.05E-11 | 12.53 | 48.71 | 38.75 |
|  | 10/7/15 | 111 | Vertical | 28.5 | 3.8 | 1.51E-06 | 4.28E-03 | 1.47 | 1.45E-11 | 40.63 | 38.88 | 20.48 |
|  | 10/7/15 | 114 | Vertical | 30.0 | 2.5 | 1.93E-06 | 5.47E-03 | 1.92 | 1.90E-11 | 24.93 | 48.77 | 26.30 |
|  | 10/7/15 | 131 | Vertical | 29.2 | 3.3 | 2.16E-06 | 6.12E-03 | 2.15 | 2.13E-11 | 57.73 | 24.73 | 17.53 |
|  | 10/7/15 | 147.5 | Vertical | 40.4 | 2.0 | 3.12E-06 | 8.84E-03 | 3.11 | 3.07E-11 | 9.40 | 54.95 | 35.66 |
|  | 10/7/15 | 158 | Vertical | 44.0 | 4.2 | 3.25E-06 | 9.21E-03 | 3.22 | 3.17E-11 | 2.10 | 64.40 | 33.50 |
| DB-2 | 10/13/15 | 91 | Vertical | 28.9 | 4.2 | 1.18E-06 | 3.34E-03 | 1.16 | 1.15E-11 | 49.37 | 31.91 | 18.72 |
|  | 10/13/15 | 99.5 | Vertical | 29.9 | 3.9 | 6.79E-06 | 1.92E-02 | 6.67 | 6.58E-11 | 35.54 | 46.25 | 18.22 |
|  | 10/13/15 | 118 | Vertical | 32.0 | 9.0 | 1.27E-06 | 3.60E-03 | 1.25 | 1.23E-11 | 39.25 | 41.26 | 19.49 |
|  | 10/14/15 | 134 | Vertical | 35.9 | 1.8 | 6.52E-07 | 1.85E-03 | 0.64 | 6.30E-12 | 27.36 | 44.63 | 28.01 |
|  | 10/14/15 | 141 | Vertical | 35.0 | 3.6 | 1.63E-06 | 4.62E-03 | 1.59 | 1.56E-11 | 22.20 | 54.48 | 23.32 |
|  | 10/14/15 | 149 | Vertical | 48.9 | 3.2 | 4.46E-06 | 1.26E-02 | 4.30 | 4.25E-11 | 0.00 | 56.07 | 43.93 |
| DB-3 | 10/15/15 | 78.5 | Vertical | 33.2 | 3.5 | 1.76E-06 | 4.99E-03 | 1.69 | 1.67E-11 | 29.11 | 51.34 | 19.55 |
|  | 10/15/15 | 83.5 | Vertical | 37.5 | 3.4 | 1.66E-06 | 4.71E-03 | 1.60 | 1.58E-11 | 11.32 | 69.89 | 18.78 |
|  | 10/15/15 | 105 | Vertical | 29.3 | 10.2 | 3.03E-06 | 8.59E-03 | 2.93 | 2.90E-11 | 41.77 | 42.61 | 15.62 |
|  | 10/15/15 | 129 | Vertical | 34.8 | 3.3 | 1.09E-06 | 3.09E-03 | 1.08 | 1.07E-11 | 17.74 | 48.86 | 33.39 |
|  | 10/15/15 | 144 | Vertical | 31.3 | 4.2 | 9.07E-06 | 2.57E-02 | 9.05 | 8.94E-11 | 48.07 | 31.04 | 20.89 |
|  | 10/15/15 | 150 | Vertical | 33.5 | 2.5 | 1.63E-06 | 4.62E-03 | 1.61 | 1.59E-11 | 13.95 | 56.35 | 29.70 |

(a)  Sample orientation can be either horizontal or vertical.

(b)  Porosity analyzed using API Method RP 40 or Modified ASTM D425 and reported in percent bulk volume (%V$_b$).

(c)  Hydraulic conductivity analyzed using API Method RP 40 or EPA Method 9100 and reported in centimeters per second (cm/s) and feet per day (ft/day).

(d)  Effective permeability to water analyzed using API Method RP 40 or EPA Method 9100 and reported in millidarcy.

(e)  Intrinsic permeability to water analyzed using API Method RP 40 or EPA Method 9100 and reported in centimeters squared (cm$^2$).

(f)  Particle size analyzed using ASTM Method D422 or D4464M and reported in percent weight (% wt.).

NGSC_0139827

**TABLE 2**

**GROUNDWATER ANALYTICAL RESULTS FOR VOCs**
**CANOGA PARK SITE**

| Boring ID | Sample Depth Interval (feet BGS) | Sample Date | Volatile Organic Compounds (µg/l)[a] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | PCE | TCE | cis-1,2-DCE | Vinyl Chloride | 1,1,1-TCA | 1,1-DCE | Chloroform |
| DB-1 | 121.5-126.5 | 10/20/15 | 5.0 | 110 | 1.4 | ND<2[b] | 1.5 | 3.1 | ND<2 |
| | 137-142 | 10/20/15 | 8.8 | 260 | 6.4 | ND<2 | 5.9 | 2.2 | ND<2 |
| DB-2 | 112-117 | 10/13/15 | 0.5 | 9.4 | 0.6 | ND<1 | ND<1 | ND<1 | 0.5 |
| DB-3 | 135-140 | 10/19/15 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| OHP-1 | 60.5-63.5 | 10/13/15 | 12,000 | 940,000 | 7,200 | ND<10,000 | 180,000 | 35,000 | ND<10,000 |
| | 101-102 | 10/14/15 | 2,800 | 60,000 | ND<2,000 | ND<2,000 | 9,400 | ND<2,000 | ND<2,000 |
| OHP-2 | 65-67 | 10/20/15 | 2.2 | 42 | 2.6 | ND<5 | ND<5 | ND<5 | ND<5 |
| | 93-94 | 10/20/15 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| OHP-3 | 53-54 | 10/20/15 | 43 | 670 | 21 | ND<10 | ND<10 | 7.0 | ND<10 |
| | 63-64 | 10/20/15 | 16 | 430 | 11 | ND<10 | ND<10 | 6.0 | ND<10 |
| | 92.5-93.5 | 10/20/15 | 0.4 | 2.3 | ND<1 | ND<1 | 0.3 | ND<1 | ND<1 |
| OHP-4 | 51-54 | 10/12/15 | ND<1 | 3.8 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| | 93.5-94.5 | 10/13/15 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| OHP-5 | 49-50 | 10/14/15 | 2.5 | 20 | ND<1 | ND<1 | 2.6 | ND<1 | ND<1 |
| | 55-56 | 10/14/15 | 49 | 610 | ND<50 | ND<50 | 55 | ND<50 | ND<50 |
| OHP-6 | 51-52 | 10/16/15 | 0.3 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| | 58-59 | 10/16/15 | ND<1 | 0.3 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| | 94.5-95.5 | 10/16/15 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| OHP-7 | 53.5-54.5 | 10/15/15 | 1.7 | 20 | ND<1 | ND<1 | 1.2 | ND<1 | ND<1 |
| | 88-89 | 10/15/15 | 0.7 | 9.7 | ND<1 | ND<1 | 1.0 | ND<1 | ND<1 |
| DUP[c] | 88-89 | 10/15/15 | 1.4 | 17 | ND<1 | ND<1 | 1.4 | ND<1 | ND<1 |
| | 96-97 | 10/15/15 | 2.7 | 33 | ND<1 | ND<1 | 3.8 | ND<1 | ND<1 |
| OHP-8 | 31.5-34 | 10/16/15 | 0.3 | 3.3 | ND<1 | ND<1 | 0.5 | ND<1 | ND<1 |
| | 37.5-39 | 10/16/15 | 0.4 | 4.2 | ND<1 | ND<1 | 0.6 | ND<1 | 0.3 |
| | 94.5-96 | 10/16/15 | 0.5 | 5.0 | ND<1 | ND<1 | 0.7 | ND<1 | ND<1 |
| OHP-9 | 31.5-33 | 10/19/15 | 0.7 | 4.0 | ND<1 | ND<1 | 1.2 | ND<1 | ND<1 |
| | 44-45 | 10/19/15 | ND<1 | 0.3 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| | 76-77 | 10/19/15 | ND<1 | 0.6 | ND<1 | ND<1 | 0.2 | ND<1 | ND<1 |
| | 98-99 | 10/19/15 | ND<1 | 0.6 | ND<1 | ND<1 | 0.2 | ND<1 | ND<1 |
| DUP | 98-99 | 10/19/15 | ND<1 | 0.3 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| OHP-10 | 43.5-45 | 10/21/15 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| | 64-65 | 10/21/15 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| | 87-88 | 10/21/15 | ND<1 | 0.3 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| OHP-11 | 52.5-53.5 | 10/23/15 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| OHP-12 | 61.25-62.5 | 10/19/15 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| | 72.5-73.5 | 10/19/15 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| OHP-13 | 19-20 | 10/22/15 | ND<1 | 0.2 | ND<1 | ND<1 | 0.2 | ND<1 | ND<1 |
| | 27-28 | 10/22/15 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| | 62-63 | 10/22/15 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| | 78-79 | 10/22/15 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| DUP | 78-79 | 10/22/15 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| | 105-106 | 10/22/15 | ND<1 | 0.4 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |

NGSC_0139828

**TABLE 2**

**GROUNDWATER ANALYTICAL RESULTS FOR VOCs**
**CANOGA PARK SITE**

| Boring ID | Sample Depth Interval (feet BGS) | Sample Date | Volatile Organic Compounds ($\mu$g/l)[a] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | PCE | TCE | cis-1,2-DCE | Vinyl Chloride | 1,1,1-TCA | 1,1-DCE | Chloroform |
| OHP-14 | 30-31 | 10/15/15 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| | 49-50 | 10/15/15 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| | 104-105.5 | 10/15/15 | ND<1 | 0.2 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| OHP-15 | 25.5-27 | 10/14/15 | ND<1 | 0.9 | ND<1 | ND<1 | ND<1 | ND<1 | ND<1 |
| | 69-70 | 10/14/15 | ND<1 | 24 | ND<1 | ND<1 | ND<1 | 1.5 | ND<1 |
| | 89.75-90.5 | 10/14/15 | ND<1 | 15 | ND<1 | ND<1 | ND<1 | 0.9 | ND<1 |
| OHP-16 | 28.5-30 | 10/12/15 | ND<1 | 110 | 0.5 | ND<1 | ND<1 | 10 | ND<1 |
| | 67-68 | 10/13/15 | ND<1 | 410 | 0.4 | ND<1 | 2.9 | 7.5 | 0.3 |
| | 81.5-82.5 | 10/13/15 | ND<1 | 200 | 0.3 | ND<1 | 0.9 | 2.6 | ND<1 |
| OHP-16B | 29-30.5 | 10/15/15 | ND<1 | 220 | 0.6 | ND<1 | ND<1 | 9.5 | ND<1 |
| | 67.5-68.5 | 10/15/15 | ND<1 | 350 | 0.4 | ND<1 | 2.4 | 5.9 | 0.3 |
| | 80.5-81.5 | 10/15/15 | ND<1 | 440 | 0.4 | ND<1 | 2.4 | 5.9 | 0.3 |
| OHP-17 | 29-30 | 10/22/15 | ND<10 | 290 | ND<10 | ND<10 | ND<10 | 5.8 | ND<10 |
| DUP | 29-30 | 10/22/15 | ND<10 | 300 | ND<10 | ND<10 | ND<10 | 5.5 | ND<10 |
| | 54.5-55.5 | 10/22/15 | ND<10 | 580 | ND<10 | ND<10 | 5.8 | 8.4 | ND<10 |
| | 72-73 | 10/22/15 | ND<10 | 390 | 17 | ND<10 | ND<10 | 5.6 | ND<10 |
| | 91-92 | 10/22/15 | ND<10 | 250 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| OHP-18 | 20.5-22 | 10/23/15 | ND<10 | 53 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| | 56-57 | 10/23/15 | ND<10 | 110 | 40 | ND<10 | ND<10 | 16 | ND<10 |
| | 67-68 | 10/23/15 | ND<10 | 1,100 | 5.9 | ND<10 | 5.2 | 22 | ND<10 |
| | 94-95 | 10/23/15 | ND<10 | 260 | ND<10 | ND<10 | ND<10 | 6.7 | ND<10 |
| OHP-19 | 52-53 | 10/20/15 | ND<1 | 780 | 4.6 | ND<1 | 14 | 32 | 0.6 |
| DUP | 52-53 | 10/20/15 | ND<10 | 770 | ND<10 | ND<10 | 13 | 29 | ND<10 |
| | 66-67 | 10/20/15 | ND<10 | 580 | 6.4 | ND<10 | ND<10 | 11 | ND<10 |
| | 90-91 | 10/20/15 | ND<10 | 84 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| OHP-20 | 23.5-24.5 | 10/22/15 | ND<10 | 59 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| | 48.5-49.5 | 10/22/15 | ND<10 | 83 | ND<10 | ND<10 | ND<10 | 8.6 | ND<10 |
| | 66.5-67.5 | 10/22/15 | ND<10 | 240 | ND<10 | ND<10 | ND<10 | 7.7 | ND<10 |
| DUP | 66.5-67.5 | 10/22/15 | ND<10 | 340 | 5.4 | ND<10 | ND<10 | 7.0 | ND<10 |
| | 75.5-76.5 | 10/22/15 | ND<10 | 240 | ND<10 | ND<10 | ND<10 | 6.7 | ND<10 |
| | 89.5-90.5 | 10/22/15 | ND<10 | 18 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| OHP-21 | 58-59 | 10/21/15 | ND<10 | 93 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| | 90-91 | 10/21/15 | ND<1 | 12 | ND<1 | ND<1 | ND<1 | 0.3 | ND<1 |

(a)  Volatile organic compounds analyzed using EPA Method 5030/8260B and reported in micrograms per liter ($\mu$g/l) including:

    PCE = tetrachloroethene          cis-1,2-DCE = cis-1,2-dichloroethene
    TCE = trichloroethene            1,1-DCE = 1,1-dichloroethene
    1,1,1-TCA = 1,1,1-trichloroethane
    Other VOCs may have been detected in low concentrations; see laboratory reports for results.

(b)  ND - Not detected at the reporting limit listed.

(c)  DUP - Duplicate sample.

NGSC_0139829



Reference
7.5-minute USGS topographic Map of Canoga Park, California quadrangle.
Date 1952, photorevised 1967
Scale = 1:24,000

02CANI40100.dwg

4/13/2006  5:29 PM

0    1,000    2,000

Scale In Feet

ORION ENVIRONMENTAL INC.

8020 DEERING AVENUE, CANOGA PARK

SITE LOCATION MAP

| PROJECT NO. 02CAN | DRAWN BY MY | CHECKED BY MT | APPROVED BY JPG |
|---|---|---|---|
| FILE NO. 02CANI40100.DWG | | | FIGURE 1 |

NGSC_0139830





NGSC_0139832



NGSC_0139833



NGSC_0139834