# EXHIBIT 10

# National Environmental Inc.

P.O. Box 221091
Newhall, CA 91322
(805) 298-0504
Fax (805) 298-0604

November 25, 1998

**REPORT ON**

**PRELIMINARY SITE INVESTIGATION**

Site Location:
The Transit Authority
8020 Deering Avenue
Canoga Park, CA 91304

Prepared For:

Mr. Joseph Chambers
c/o George Elkins Mortgage Banking Co.
12100 Wilshire Blvd., #300
Los Angeles, CA 90026

Retained By:

George Elkins Mortgage Banking Company
12100 Wilshire Blvd., #300
Los Angeles, CA 90026

NEI Project # 927

_____
Alex T. Feucht
CA Registered Geologist #4433
Geologist

_____
Robert Maikisch
CA Registered Environmental Assessor #2224
Geologist

Pasadena • Santa Clarita • Ventura          TA  1084

NGSC_0068619

## TABLE OF CONTENTS

| | Page # |
|---|---|
| Introduction | 1 |
| Scope of Investigation | 2 |
| Findings: | 3 |
| Geology/Hydrogeology | 3 |
| Action Levels | 4 |
| Analytical Results | 5 |
| Conclusions | 9 |
| Recommendations | 10 |
| Appendix: | |
| Site Location | Map 1 |
| Site Map | Map 2 |
| Local Geology/Hydrogeology | Map 3 |
| Barrel Pad Details | Map 4 |
| Clarifier Details | Map 5 |
| Soil Sampling and Decontamination Protocol | |
| Boring Logs | |
| Laboratory Analytical Results | |
| QA/QC Data for Soil Samples | |
| Chain-of-Custody Documentation | |

i

TA 1085

NGSC_0068620

## INTRODUCTION

National Environmental, Inc. (NEI) has been retained by George Elkins Mortgage Banking Company to conduct a Preliminary Site Investigation on the property located at 8020 Deering Avenue, Canoga Park, CA 91304 (Appendix: Maps 1 and 2), and report the findings.

This investigation was conducted without the oversight of a government agency but in accordance with the "Interim Site Assessment & Cleanup Guidebook". This document was published by the California Regional Water Quality Control Board (RWQCB) in May 1996 to provide standards and protocols for sub-surface investigations of this type. It is intended to assess the chemical contamination of property and potential impact to ground water resources.

The property is currently occupied by The Transit Authority, a company that specializes in customizing new Ford vans, trucks, and sports utility vehicles. In the 1990s it was occupied by Vito's Auto Body and West Coast Drag Racing School Inc. (as Peabody Custom Paint & Auto), who specialized in auto body work. From mid-1970s to 1990 it was occupied by Graphic Technologies, Inc. (Black Copy Co. Inc.), a company that manufactured copier toner and developer. From 1968 to the mid-1970s the property was occupied by Advance Circuitry, a division of Litton Industries that manufactured electronics. The only building on the property was constructed by Roscoe-Canoga Industrial Park with offices, warehouses, and manufacturing facilities.

This investigation was conducted to determine the environmental conditions of shallow soil at the barrel storage pad and clarifier located on the subject property.

The barrel containment pad, near the northeast corner of the building, is 23 feet long and 7 feet wide (see Maps 2 and 4).

1

TA 1086

NGSC_0068621

Rust like stains on the asphalt surface were observed in the area. The asphalt throughout the property, but especially east of the building, is in a degraded condition, with cracks and weathered areas common.

The concrete slab over the clarifier, near the southwest corner of the building, is 15 feet long and 5½ feet wide (see Maps 2 and 5). The clarifier is approximately 7 feet deep with three settlement chambers and a fourth shallower outlet chamber.    According to records, the clarifier had been emptied, cleaned, and decontaminated in 1990.  The clarifier was inspected on October 14, 1998 and found to contain 40 inches of 'liquid', including up to 1½ feet of grey sludge at the bottom and 8 inches of oily substance floating on the surface.  The clarifier was not flowing liquids and did not appear to have been in use recently.

### SCOPE OF INVESTIGATION

The investigation consisted of hand augering borings at the barrel storage pad and at the clarifier, collecting soil samples and analyzing the samples for suspected chemical contamination.  The boring operations were conducted on October 7, 1998.

At the containment berm for the barrel storage pad we hand augered two soil borings to a depth of 2½ feet, collected soil samples at a depth of 2½ feet, and delivered the samples to a California certified laboratory for analyses (Columbia Analytical Services, Inc.(CAS)).  The borings are located near a crack in the pavement running laterally across the center of the pad and at the drain (east) end (Borings B-1 and B-2, Map 4) of the containment berm where surface staining was observed.  The soil encountered while hand augering was silt (see Boring Logs, Appendix).  The samples were analyzed for metals (17 CAM metals required by CCR (California Code of Regulations) Title 22) and total recoverable petroleum hydrocarbons (TRPH, by EPA Method 418.1).

2

TA 1087

NGSC_0068622

At the clarifier we hand augered two soil borings to a depth of 10 feet.  The borings are located near the inlet and outlet of the clarifier (Borings B-3 and B-4, Map 5).  Undisturbed soil samples were collected at depths of 5 and 10 feet, and delivered to a California certified laboratory for analyses.  The 5-foot inlet sample was held by the lab pending results from the 10-foot inlet sample.  The 10-foot inlet sample was analyzed for solvents (VOC or volatile organic compounds, analysis by EPA Method 8260), metals, and TRPH.  The 5-foot outlet sample was analyzed for solvents, metals, and total hydrocarbons.  The 10-foot outlet sample was analyzed for solvents.

The soil borings were backfilled with the native soil/bentonite or concrete to prevent the boring from creating a conduit for migration of possible contaminant into the subsurface.  The surface was restored with the same pre-existing material (concrete at Boring B-1 and asphalt at Borings B-2, B-3, and B-4).

In this report we summarize the findings, develop conclusions, and make recommendations based largely on the laboratory results.

**FINDINGS**

**Geology/Hydrogeology:** The property is located in the Western San Fernando Valley at an elevation of 825 feet above mean sea level (Map 3).  It is underlain by 200-400 feet of Recent and late Pleistocene age Alluvium of the San Fernando Basin.  The depth to ground water is 25-50 feet, with a regional flow direction toward the southeast (Map 3).  The native soil encountered while hand augering for this project is silt (see Boring Logs, Appendix).  Coarser grained sand and gravel, emplaced as fill material during construction of the clarifier and near-by utilities, was also encountered.

3

TA  1088

NGSC_0068623

**Action Levels:** The results of laboratory analyses are summarized in Tables 2 and 3. The tables include columns designated AL for Action Levels. Action level is normally considered the concentration level of a substance at which the lead agency requires action to remediate the media of concern. The lead agency is assumed to be the State RWQCB. The media encountered during this project is soil. Ground water is also of concern because it occurs at a relatively shallow depth, estimated at approximately 25 feet, and thus is easily susceptible to contamination from releases near the surface.

The three different types of analytical analyses performed on the soil samples are governed by different criteria for determining action levels. The action levels for metals (the 17 CAM Metals include antimony (Sb), arsenic (As), barium (Ba), beryllium (Be), cadmium (Cd), chromium (Cr), cobalt (Co), copper (Cu), lead (Pb), mercury (Hg), molybdenum (Mo), nickel (Ni), selenium (Se), silver (Ag), thallium (Th), vanadium (V), and zinc (Zn)) as presented here is 10% of the Total Threshold Limit Concentration (TTLC). This 10% (of TTLC) convention is widely used to determine whether the sample needs to be analyzed for the Soluble Threshold Limit Concentration (STLC). For metal concentrations $\geq$ TTLC the AL would be the STLC listed in Title 22.

The action level for TRPH (EPA Method 418.1) is based on California Regional Water Quality Control Board, Interim Site Assessment & Cleanup Guidebook (Cleanup Guidebook), May 1996, Ch. 4, p. 4-7; listed in Table 4-1 at 100 parts per million (ppm) for soil samples situated < 20 feet above ground water.

4

TH 1089

NGSC_0068624

The action level for VOC is based on the Cleanup Guidebook, Ch. 5 and Appendix A (summarized below). The RWQCB formula for determining AL employs an attenuation factor (AF) based on the type of soil and the distance or the sample above ground water; and the maximum contaminant level (MCL) for contaminants in drinking water established by the USEPA and the California Department of Health Services. AF is from Table 5-1 in the Cleanup Guidebook. MCL is from Table 2, p. A-8 in the Cleanup Guidebook.

Table 1: AF for Different Distance Above Ground Water and Lithology

| DISTANCE ABOVE GROUND WATER | LITHOLOGY | | | |
|---|---|---|---|---|
| FEET | GRAVEL | SAND | SILT | CLAY |
| 100 | 8 | 15 | 30 | 151 |
| 80 | 5 | 11 | 22 | 109 |
| 60 | 3 | 7 | 13 | 67 |
| 40 | 1 | 3 | 5 | 26 |
| 20 | 1 | 1 | 3 | 13 |
| 10 | 1 | 1 | 1 | 7 |

NOTES: Adapted from the California Regional Water Quality Control Board, Interim Site Assessment & Cleanup Guidebook, May 1996, Ch. 5, p. 5-7, Table 5-1.

AL = AF X MCL (for the contaminant).

**Analytical Results:** The laboratory analytical results from soil samples collected at the barrel pad are summarized in Table 2 and included in the Appendix.

5

TA   1090

NGSC_0068625

| TABLE 2: SUMMARY OF LAB RESULTS-BARREL PAD | | | | |
|---|---|---|---|---|
| Boring | B-1 | B-2 | | |
| Sample | S-1 | S-2 | | |
| Depth | 2½ | 2½ | | |
| Analyte | | | AL (Action Level) | |
| Sb | <10 | <10 | 50 | |
| As | <5 | <5 | 50 | |
| Ba | 140 | 220 | 1,000 | |
| Be | 0.8 | 0.8 | 7.5 | |
| Cd | 2 | 2 | 10 | |
| Cr | 27 | 28 | 50 | |
| Co | 9 | 9 | 800 | |
| Cu | 22 | 22 | 250 | |
| Pb | 7 | 9 | 100 | |
| Hg | <0.1 | <0.1 | 2 | |
| Mo | <10 | <10 | 350 | |
| Ni | 31 | 31 | 200 | |
| Se | <5 | <5 | 10 | |
| Ag | <1 | <1 | 50 | |
| Th | <20 | <20 | 70 | |
| V | 58 | 61 | 240 | |
| Zn | 66 | 68 | 500 | |
| 418.1 | <1 | <1 | 100 | |

6

TA 1091

NGSC_0068626

| TABLE 2 NOTES | |
|---|---|
| Units: | Depth is in feet and Metals and Oil & Grease concentrations are in mg/kg=ppm. |
| Metals: | 17 CAM Metals include antimony (Sb), arsenic (As), barium (Ba), beryllium (Be), cadmium (Cd), chromium (Cr), cobalt (Co), copper (Cu), lead (Pb), mercury (Hg), molybdenum (Mo), nickel (Ni), selenium (Se), silver (Ag), thallium (Th), vanadium (V), and zinc (Zn). |
| 418.1 | EPA Method 418.1 is analysis for total recoverable petroleum hydrocarbons (TRPH). |
| AL | Action Level: for metals as presented here is 10% of the Total Threshold Limit Concentration (TTLC), the convention widely used to determine whether the sample needs to be analyzed for the Soluble Threshold Limit Concentration (STLC); for TRPH (418.1) is based on California Regional Water Quality Control Board, Interim Site Assessment & Cleanup Guidebook, May 1996. |

The concentrations of the analytes is less than the action levels as defined above.

The analytical results from soil samples collected at the clarifier are summarized in Table 3 and included in the Appendix.

| TABLE 3: SUMMARY OF LAB RESULTS-CLARIFIER | | | | | |
|---|---|---|---|---|---|
| Boring | B-3 | B-3 | B-4 | B-4 | |
| Sample | S-3 | S-4 | S-5 | S-6 | |
| Depth | 5 | 10 | 5 | 10 | |
| Analyte | | | | | AL |
| Sb | NA | <10 | <10 | NA | 50 |
| As | NA | <5 | <5 | NA | 50 |
| Ba | NA | 220 | 110 | NA | 1,000 |
| Be | NA | 0.6 | 0.6 | NA | 7.5 |
| Cd | NA | 2 | 2 | NA | 10 |
| Cr | NA | 48 | 22 | NA | 50 |
| Co | NA | 9 | 7 | NA | 800 |
| Cu | NA | 3600 | 20 | NA | 250 |

7

TA   1092

NGSC_0068627

| TABLE 3: SUMMARY OF LAB RESULTS-CLARIFIER | | | | | |
|---|---|---|---|---|---|
| Boring | B-3 | B-3 | B-4 | B-4 | |
| Sample | S-3 | S-4 | S-5 | S-6 | |
| Depth | 5 | 10 | 5 | 10 | |
| Analyte | | | | | AL |
| Pb | NA | 7 | 7 | NA | 100 |
| Hg | NA | <0.1 | <0.1 | NA | 2 |
| Mo | NA | <10 | <10 | NA | 350 |
| Ni | NA | 1100 | 27 | NA | 200 |
| Se | NA | <5 | <5 | NA | 10 |
| Ag | NA | <1 | <1 | NA | 50 |
| Th | NA | <20 | <20 | NA | 70 |
| V | NA | 58 | 50 | NA | 240 |
| Zn | NA | 98 | 56 | NA | 500 |
| 418.1 | NA | 1300 | 39 | NA | 100 |
| 1,2DCE | NA | 64 | 10 | 8 | 12 |
| TCE | NA | 720 | 340 | 160 | 10 |
| PCE | NA | 540 | 130 | 48 | 10 |
| 1,2DCB | NA | 30 | <5 | <5 | 1200 |

8

TA  1093

NGSC_0068628

---

### TABLE 3 NOTES

| | |
|---|---|
| Units: | Depth is in feet, Metals and Oil & Grease concentrations are in mg/kg=ppm, and Volatile Organics concentrations are in µg/kg= parts per billion (ppb). |
| Metals: | 17 CAM Metals include antimony (Sb), arsenic (As), barium (Ba), beryllium (Be), cadmium (Cd), chromium (Cr), cobalt (Co), copper (Cu), lead (Pb), mercury (Hg), molybdenum (Mo), nickel (Ni), selenium (Se), silver (Ag), thallium (Th), vanadium (V), and zinc (Zn). |
| AL | Action Level: for metals as presented here is 10% of the Total Threshold Limit Concentration (TTLC), the convention widely used to determine whether the sample needs to be analyzed for the Soluble Threshold Limit Concentration (STLC); for TRPH (418.1) is based on California Regional Water Quality Control Board, Interim Site Assessment & Cleanup Guidebook, May 1996, p4-7; for VOC is based on California Regional Water Quality Control Board, Interim Site Assessment & Cleanup Guidebook, May 1996, Sec. II, Ch4 and Appendix A. |
| NA = Not analyzed. | |
| 418.1: | EPA Method 418.1 is analysis for total recoverable petroleum hydrocarbons (TRPH). |
| VOC: | Volatile organic compounds analyzed by EPA Method 8260. 1,2DCE = cis-1,2-Dichloroethene. TCE = Trichloroethene. PCE = Tetrachloroethene. 1,2DCB = 1,2-Dichlorobenzene. |

Based on the estimated depth to ground water of 25 feet, the 10-foot samples are 15 feet above the water table. Copper, nickel, and 418.1 exceed the respective AL in the 10-foot inlet sample. From Table 1, for silt AF is 2. From the Cleanup Guidebook, MCL is 6 µg/kg for cis-1,2-Dichloroethene, 5 µg/kg for Trichloroethene and Tetrachloroethene, and 600 µg/kg for 1,2-Dichlorobenzene. Cleanup levels are as follows:

- DCE      $AL_{DCE} = AF_{15} \times MCL_{DCE} = 2 \times 6 = 12$ µg/kg
- TCE      $AL_{TCE} = AF_{15} \times MCL_{TCE} = 2 \times 5 = 10$ µg/kg
- PCE      $AL_{PCE} = AF_{15} \times MCL_{PCE} = 2 \times 5 = 10$ µg/kg
- DCB      $AL_{DCB} = AF_{15} \times MCL_{DCB} = 2 \times 600 = 1200$ µg/kg.

DCE, TCE, and PCE concentrations exceed the respective AL in the 10-foot inlet sample, and TCE and PCE concentrations exceed the respective AL in the 10-foot outlet sample. TCE and PCE concentrations also exceed the respective AL (=15, $AF_{20}=3$) in the 5-foot outlet sample.

### CONCLUSIONS

Based on this investigation concentrations of CAM Metals and total recoverable petroleum hydrocarbons (TRPH) in soil beneath the barrel pad do not exceed the levels that require cleanup.

9

TA 1094

NGSC_0068629

Based on this investigation concentrations of CAM Metals (Cu and Ni), total recoverable petroleum hydrocarbons (TRPH), and solvents (DCE, TCE, and PCE) in soil beneath the clarifier exceed the levels that require cleanup.

## RECOMMENDATIONS

It is recommended that the clarifier be pumped out to prevent possible further soil and ground water impairment.

It is recommended that an investigation be performed to delineate the vertical and lateral extent of the soil and ground water impairment related to the leaking clarifier. This investigation should include analyses of suspected contaminants in soil samples at approximately 20 feet in all directions from the clarifier, and analyses of suspected contaminants in ground water down-gradient and up-gradient from the clarifier. The south end of the building is approximately 8 feet north of clarifier, thus the northward extent of lateral investigation of soil would be limited. The normal procedure for the ground water investigation is to install three or more ground water monitoring wells in a triangular pattern to facilitate triangulation to determine local ground water gradient and flow direction. One of the three wells is to be located up-gradient to determine ground water conditions of water unimpaired by the suspected local source. Up-gradient is suspected to be west or northwest at this location. At least one of the other wells should be located down-gradient of the clarifier to determine ground water impairment from the clarifier.

## LIMITATIONS

This preliminary investigation report has been prepared to impart information of the obvious environmental condition of subsurface soil in the vicinity of barrel pad and clarifier at the subject property. The statements in this report are based upon observations of the apparent conditions of the soil underlying the barrel pad and clarifier at the premises, as stated in the Scope of Investigation. No representation, warranties, or guaranties are

10

TA  1095

NGSC_0068630

given with respect to concealed or latent problems outside the boundaries of the documented investigation.

### CONFIDENTIALITY AGREEMENT

National Environmental, Inc. hereby agrees not to release this report, any portion of this report, or the results of the investigation to any party, except as required by law, without written/verbal consent from the George Elkins Mortgage Banking Co.

11

TA 1096

NGSC_0068631