# EXHIBIT 11



**CEC**
Certified Environmental Consultants, Inc.

# ADDITIONAL SITE ASSESSMENT REPORT FOR COMMERCIAL PROPERTY LOCATED AT 8020 DEERING AVENUE, CANOGA PARK, CALIFORNIA

Prepared for

**LAND OWNERS LIMITED PARTNERSHIP**
**P.O. Box 636**
**Hermosa Beach, CA 90254**

Prepared by

**Certified Environmental Consultants, Inc.**



David R. Johannes, RG, REA, CES
President



CEC Project No. 99-1116
August 17, 1999

WQC 00291

547-A Constitution Ave.  Camarillo, CA 93012  Tel. (805) 388-8970  Fax (805) 388-1479

NGSC_0060430

8020 Deering Avenue
Canoga Park, California

# TABLE OF CONTENTS

1.0  INTRODUCTION                                                    1
   1.1  Purpose                                            1
   1.2  Background                                         1
   1.3  Involved Parties                                   2
   1.4  Scope of Work                                      2
2.0  SITE DESCRIPTION                                                2
3.0  PHYSICAL SETTING                                                3
   3.1  Regional Physiographic Conditions                  3
   3.2  Geological Setting                                 3
   3.3  Site Geology and Hydrogeology                      3
4.0  ADDITIONAL SITE INVESTIGATION                                   4
   4.1  Soil Borings                                       4
   4.2  Soil Sampling                                      4
   4.3  Monitoring Well Construction                       4
   4.4  Ground Water Sampling                              5
   4.5  Surveying Activities                               5
5.0  PUMP-OUT/DISPOSAL OF CLARIFIER CONTENTS                         5
6.0  ADDITIONAL INVESTIGATION FINDINGS                               5
   6.1  Subsurface Conditions                              5
   6.2  Analytical Results                                 6
7.0  DISCUSSION OF FINDINGS                                          6
8.0  LIMITATIONS                                                     7
9.0  REFERENCES                                                      8

TABLES
   Table 1 - Soil Sample Analytical Results
   Table 2 - Ground Water Sample Analytical Results

FIGURES
   Figure 1 - Site Location Map
   Figure 2 - Ground Water Surface Contouring Map
   Figure 3 - PCE Isoconcentration Contouring Map
   Figure 4 - TCE Isoconcentration Contouring Map

APPENDICES
   Appendix A - Site Photographs
   Appendix B - Boring Logs
   Appendix C - Well Permits
   Appendix D - Disposal Manifest
   Appendix E - Laboratory Reports and Chain of Custody Forms

WQC 00292

NGSC_0060431

8020 Deering Avenue
Canoga Park, California

## 1.0    INTRODUCTION

### 1.1    Purpose

The purpose of these additional site assessment activities was to further assess the areal extent of previously reported soil and ground water impacts and probable source area(s) of these impacts.

### 1.2    Background

The subject site is located within an industrially developed area, in the community of Canoga Park, in Los Angeles, California.  The site location is depicted on Figure 1 - Site Location Map.

A previous report by others, Report on Preliminary Site Investigation, Site Location:  The Transit Authority, 8020 Deering Avenue, Canoga Park, CA 91304, National Environmental, Inc. (NEI), dated November 25, 1998, described soil sampling results for a preliminary investigation that was conducted at the site.  Elevated levels of several organic and inorganic compounds were reported for soil samples collected adjacent to the southeast corner (inlet side) of an on-site clarifier.  Nickel, total recoverable petroleum hydrocarbons (TRPH), 1,2-dichloroethene (DCE), trichloroethene (TCE), tetrachloroethene (PCE) and 1,2-dichlorobenzene (1,2-DBE) were identified as potential compounds of concern.

A follow-up investigation subsequently was completed by MSE Environmental, Inc. (MSE). MSE's activities included use of direct-push and hollow-stem auger soil sampling activities, completion of a ground water monitoring well adjacent to the site's clarifier, and collection of a ground water sample from this well.

The results of MSE's site assessment activities indicated low levels of chlorinated solvents were present in soils within roughly 35 feet of the clarifier, and extended to depths of at least 40 feet below grade, where ground water was encountered.  Analysis of the ground water sample indicated dissolved-phase solvents were present at concentrations that exceeded typically applied "action levels".

Based on these findings, the results of the earlier site assessment activities were submitted to the Regional Water Quality Control Board - Los Angeles Region (RWQCB) in MSE's report titled Phase II Environmental Site Assessment Report and Proposed Work Plan for Additional Site Assessment Activities for Commercial Property Located at 8020 Deering Avenue, Canoga Park, City of Los Angeles, California (dated January 19, 1999).  As suggested by the title, MSE's report included a description of proposed additional site assessment activities, and sought the RWQCB's review and approval of the proposed additional work scope.

The previous site work was completed to gather due diligence-type, preliminary environmental screening criteria for an involved lending institution, and was not required by an oversight agency.  Therefore, site investigation activities were performed in compliance with published site assessment guidelines and industry standards, but were not completed under the supervision of agency personnel.

In the RWQCB's transmittal of June 3, 1999, the proposed additional site assessment activities were approved, and an increase in the proposed scope of work was required.  The increase in scope involved

WQC 00293

Deering.rpt

NGSC_0060432

8020 Deering Avenue
Canoga Park, California

collection of additional soil samples from a former drum storage area, sampling the site's clarifier contents, removal/disposal of the clarifier contents, and subsequent inspection of the clarifier walls.

This report provides descriptions of the additional site assessment/disposal activities, which were completed by Certified Environmental Consultants, Inc. (CEC), and discusses the associated analytical results. For reference, the previously reported analytical results and sample locations are included on the herein provided tables and figures.

## 1.3    Involved Parties

This additional investigation was completed by CEC for Land Owners Limited Partnership, as authorized by Mr. Darrell Greenwald's approval of CEC's proposals dated January 21, and July 9, 1999.

## 1.4    Scope of Work

CEC's recent site investigation activities were completed in accordance with the requirements stipulated in the RWQCB's June 3, 1999 transmittal, and subsequent personal communications with RWQCB personnel. CEC's scope of work included:

- Advancing three additional soil borings (C-1, C-2 and C-3) to depths of roughly 60 feet below ground surface (bgs);
- Collecting representative soil samples from each of the borings at 5-foot intervals;
- Completing these three borings as 2-inch-diameter ground water monitoring wells;
- Developing the new wells, and subsequently purging and sampling the new wells and the previously installed well (M-1);
- Advancing a fourth soil boring in the former drum storage area to a depth of 25 feet bgs, and collecting soil samples at 5-foot intervals;
- Collecting liquid and sludge samples from the site's clarifier;
- Analyzing selected soil samples, ground water samples, and clarifier content samples at a state-certified analytical laboratory;
- Profiling clarifier contents as a RCRA-waste, based on analytical results, and obtaining pre-approval for disposal;
- Using a vacuum truck to remove the clarifier's contents and pressure-washing rinsate, and transporting these materials to a licensed disposal facility under manifesting procedures;
- Having well head elevations and locations determined by a licensed surveying crew; and
- Evaluating the recent findings and preparing this summary report.

## 2.0    SITE DESCRIPTION

The subject site consists of a rectangle-shaped parcel located along the eastern side of Deering Avenue, in the community of Canoga Park, City of Los Angeles, California (see Figure 1). The site occupies a total area of roughly 80,000 square feet. The northwestern portion of the site is covered by a single-story, "tilt-up" warehouse building, with a slab-on-grade foundation. The southern and eastern edges of the site consist of paved driveway/parking/storage areas.

2

WQC 00294

NGSC_0060433

The site building currently is occupied by an automotive business that specializes in customizing Ford vans and trucks. Several photographs of the site are provided in Appendix A. Site features and general layout are depicted on Figure 2 - Site Sketch.

## 3.0   PHYSICAL SETTING

### 3.1   Regional Physiographic Conditions

The site is located in the San Fernando Valley, in the eastern portion of California's Transverse Ranges Geomorphic Province. The Transverse Ranges Province generally consists of east-west trending, elongate, fault-derived, sequential mountains and valleys, and geologically is quite complex. Structural features in the region generally are related to crustal shortening (compressional forces).

The Transverse Ranges Geomorphic Province is characterized by complexly folded and faulted rock units, primarily consisting of marine and non-marine sedimentary materials, with some localized outcroppings of intrusive (granitic) and extrusive (volcanic) igneous rocks, and associated metamorphic rocks. Formational/mapped units of the Transverse Ranges Province vary in age from Proterozoic to Holocene/Recent (greater than 570 million years old to less than 11,000 years old).

The site's ground surface lies at an elevation of about 825 feet above mean seal level, and regionally slopes gently downward to the southeast. No waterways pass through or flank the site. The nearest mapped surface water is a concrete-lined drainage culvert, which flows southeasterly about 1/2 mile east of the site. Storm water runoff is routed into municipal storm drains that are present in the adjacent street.

### 3.2   Geological Setting

The San Fernando Valley area is underlain by alluvium, predominantly consisting of unconsolidated deposits of silt, sand and gravel derived from the adjacent mountains. The local thickness of this younger alluvial unit is on the order of about 50 feet, or less. The younger alluvium is underlain by older, dissected surficial deposits of cobbles, boulder fanglomerate, gravels and sandstone detritus. Regionally, these Recent-aged deposits typically are unconformably underlain by Pliocene to Pleistocene-aged marine deposits.

Numerous named and unnamed faults have been mapped at on-shore and off-shore locations in the Los Angeles area, and southern California in general is known to be seismically active. However, according to the most recent edition of the Fault Map of California, published by the California Division of Mines and Geology, no known or suspected active faults are present at or adjacent to the site.

### 3.3   Site Geology and Hydrogeology

The entire site and general area are paved, occupied by buildings or covered with professional landscaping. The area's native surface soils could not be observed.

Soils encountered during the site's recent drilling activities consisted of interbedded silts, clays and sands. A silt and clay layer was present from just below the ground surface to depths of about 15 feet. These materials were underlain by a sand interval that was present at depths of roughly 15 to 25 feet bgs. In the

3

WQC 00295

NGSC_0060434

8020 Deering Avenue
Canoga Park, California

deeper borings, this sand interval was underlain by additional silt and clay beds to a depth of 50 feet. A well-graded sand interval was presented from that depth to the total depths drilled (maximum depth of approximately 66 feet bgs). The total thickness of this well-graded sand interval has not been determined. Copies of CEC's recent boring logs are provided in Appendix B.

## 4.0    ADDITIONAL SITE INVESTIGATION

### 4.1    Soil Borings

On June 23, 24 and 25, 1999, four additional soil borings were completed at the site. Three of the additional borings (C-1, C-2 and C-3) were completed at locations roughly 80 to 100 feet from the site's clarifier, at locations assumed to be up-gradient, cross-gradient, and down-gradient, respectively, near the edges of the property. The fourth soil boring (C-4) was completed adjacent to the site's former drum storage area, east of the site building. These boring locations are depicted on the attached figures.

The recent soil borings were drilled with a hollow-stem auger rig operated by JET Drilling, of Simi Valley, California. Borings C-1 through C-3 were drilled to total depths of roughly 60 feet below grade, whereas the C-4 boring was advanced to a total depth of about 25 feet below grade.

Soil cuttings were placed into 55-gallon drums. The drums were stored at the site pending receipt of analytical results and evaluation of disposal options.

### 4.2    Soil Sampling

Undisturbed soil samples were collected at approximately 5-foot intervals using a Modified California Sampler. Upon retrieval from the boring, the bottom-most sample tube was sealed, labeled and placed on ice pending delivery to the laboratory following chain of custody procedures. Soils contained in the second and third sample tubes were screened for physical evidence of chemical impacts, including use of a calibrated organic vapor meter to perform field headspace measurements, and logged in accordance with the Unified Soil Classification System.

### 4.3    Monitoring Well Construction

Following advancement of the C-1 through C-3 borings to the desired depths of about 60 feet, these borings were completed as 2-inch-diameter ground water monitoring wells. The wells were constructed with 30 feet of 0.020-inch slotted well screen, and 30 feet of blank casing to ground surface, where locking caps and traffic-rated well covers were installed. Additional well construction information is provided on the boring logs (see Appendix B). A copy of the Los Angeles County permit for installation of these wells is provided in Appendix C.

On June 25, 1999, the three new wells were developed using winch-operated bailers. At least 10 well volumes were removed from each well. Well development water was placed into 55-gallon drums for temporary on-site storage.

WQC 00296

4

Deering.rpt

NGSC_0060435

8020 Deering Avenue
Canoga Park, California

## 4.4    Ground Water Sampling

On June 28, 1999, the three new wells and the previously installed well (M-1) were purged and sampled. Prior to initiation of purging activities, the water level within each well was measured using an electronic water level meter. Wells then were purged using a bailer until at least three well volumes had been removed, and stable pH, temperature and conductivity measurements had been obtained from periodic purge water measurements.

Following the purging process, ground water samples were collected in a bailer and immediately transferred to laboratory-prepared sample containers. The samples then were sealed, labeled and placed on ice pending delivery to the laboratory following chain of custody procedures.

Field instruments and sampling equipment were washed in a soapy water solution and double rinsed prior to use at each well. Well purge water was placed into 55-gallon drums for temporary on-site storage. Copies of the water sampling logs are maintained on file at CEC's office.

## 4.5    Surveying Activities

Following completion of the soil and ground water sampling activities, the site's well heads and several other control points were professionally surveyed by Yemma Consulting Engineers, of Northridge (and Ventura), California. Surveyed well head elevations and locations subsequently were used to calculate water table elevations, based on the June 28 depth to water measurements. These data then were used in estimating the direction and gradient of ground water flow.

## 5.0    PUMP-OUT/DISPOSAL OF CLARIFIER CONTENTS

On August 12, 1999, the site's clarifier was evacuated using a pressure washer and vacuum truck operated by United Pumping Service, Inc., of City of Industry, California. In addition, the vacuum truck was used to collect the well development and purge water that had been stored in drums.

Following evacuation of the clarifier, water was observed draining into the clarifier from the subsurface (eastern) inlet. It was noted this water was being generated by on-site car washing activities to the east. Therefore, two floor drains in this area of the site were abandoned by filling the inlets with concrete. The additional water that had drained into the clarifier subsequently was vacuumed from the clarifier.

The clarifier/drum contents were transported under Uniform Hazardous Waste Manifest procedures to Demenno-Kerdoon, located in Compton, California, for disposal. A copy of the shipping/disposal manifest is provided in Appendix D.

## 6.0    ADDITIONAL INVESTIGATION FINDINGS

### 6.1    Subsurface Conditions

Based on review of the previous and recent soil boring logs, the site is underlain to depths of at least 66 feet by interbedded silts, clays and sands. Ground water was detected in each of the deeper soil borings at depths of about 40 feet below grade.

Deering.rpt

5

WQC 00297

NGSC_0060436

8020 Deering Avenue
Canoga Park, California

Based on calculated water level elevations, ground water beneath the site flows southeasterly, roughly parallel to the regional topography. As illustrated on Figure 2, the ground water surface has an estimated gradient of approximately 0.00145, based on the June 28 water level measurements.

## 6.2    Analytical Results

Selected soil samples, based on depth interval, stratigraphy and/or field screening results, were analyzed by American Scientific Laboratories, of Los Angeles, California, for halogenated volatile organic compounds (HVOCs) by EPA Method 8010. The analytical results indicated the presence of low levels of one or more chlorinated compounds in all selected samples collected from each of the C-1 through C-3 borings.

HVOCs were not detected in the 5-foot and 10-foot samples collected from the C-4 boring. Therefore, based on discussions with RWQCB personnel, this area was deemed to be adequately assessed, and no additional (deeper) samples were analyzed.

Ground water samples were analyzed by the same laboratory for volatile organic compounds (VOCs), which includes the HVOC suite of analytes, by EPA Method 8260, as had been discussed with the RWQCB's representative, due to the lower detection limits provided by the 8260 method. The analytical results indicated low to moderate levels of PCE and TCE were present in each of the ground water samples that had been collected from the site's four wells. Toluene was detected in the C-1 (up-gradient) ground water sample, and benzene was detected in the C-3 (down-gradient) ground water sample. These compounds were not detected in the samples collected from the site's other wells. Discussion of these results is included in the following section.

Analytical results for previous and recent soil and ground water sampling at the site are summarized in Tables 1 and 2, respectively. Isoconcentration contour lines depicting ground water impacts, based on the recent sampling results, are depicted on Figures 3 and 4. Copies of the recent analytical reports and chain of custody forms are provided in Appendix E. *CONTENTS*
*& CLARIFIER DATA ALSO THERE*

## 7.0    DISCUSSION OF FINDINGS

Results from the recent and previous soil sampling activities at the site's former drum storage area did not detect actionable soil impacts. Therefore, this area of the site appears to have been adequately assessed, and based on these findings, has not contributed to the site's soil and ground water impacts. Therefore, no additional sampling activities in this area of the site are deemed necessary.

Detectable levels of PCE and TCE were present in each of the ground water samples collected from the recently installed wells. These wells were placed near the edges of the property. Based on this finding, it can be concluded the lateral extent of impacted ground water extends beyond the limits of the site, and has not been established.

Given the direction of ground water flow illustrated on Figure 2, and the isoconcentration patterns depicted on Figures 3 and 4, it continues to appear the site's clarifier represents the source area for the soil and ground water contamination that has been detected. However, although observation of the clarifier floor and sidewalls was inhibited by limited access and residual staining, no readily apparent cracks or holes were noted within the clarifier's concrete walls. Therefore, it is possible the soil and

Deering±                                    6

WQC 00298

NGSC_0060437

8020 Deering Avenue
Canoga Park, California

ground water impacts that have been detected at the site are related to leakage along the piping that leads from the now-plugged floor drains. The clayey nature of shallow soils would tend to promote flow of leaked fluids along the base of the piping trench into the clarifier pit. This scenario could explain why the clarifier appears to be the contaminant source, yet appears to be intact.

However, other sources of contamination may exist. The presence of detectable levels of PCE, TCE and Toluene (which was not detected in any of the other well samples) in the C-1 (up-gradient) ground water sample may indicate the presence of additional sources of ground water contamination in the area. In addition, benzene was detected in the C-3 (down-gradient) ground water sample. Yet benzene was not detected in any of the other ground water samples collected at the site. This finding may indicate the presence of an unrelated source of benzene contamination in the area.

Based on the presently available data, it appears the site's soil and ground water impacts relate to historical site activities. This conclusion is supported by the lack of current and/or recent industrial activities/large-scale chemical storage at the site. Although paint thinners and/or degreasing compounds commonly are used at automotive body shops (current and recent site tenants), these compounds typically are not present in quantities sufficient to have impacted the site to the extent that has been documented.

In addition, the natural degradation process followed by multi-halogenated compounds in the subsurface environment involves the systematic degradation of the larger molecules into progressively smaller compounds. This process, since it is related to metabolism of the normally toxic compounds by anaerobic organisms, occurs slowly. In the case of PCE, the expected degradation sequence would be PCE to TCE to DCE to vinyl chloride. The presence of significantly higher levels of TCE than PCE may indicate that much of what was once PCE has been degraded to TCE. The occurrence of low levels of DCE in the M-1 samples is consistent with this process. This scenario would further support the older release conclusion.

## 8.0    LIMITATIONS

No site assessment, no matter how extensive or expensive, can guarantee the detection of all hazardous or otherwise regulated materials at a particular site. Despite the use of reasonable care, CEC may fail to detect the presence of hazardous/regulated substances at a property. In addition, CEC may under or over estimate the amount and/or extent of hazardous/regulated substances present.

CEC assumes no responsibility for conditions that were not readily apparent at the time of its work, or for the accuracy or completeness of information provided or compiled by others. The professional services provided for this report and the related investigation meet the degree of skill and care ordinarily exercised by other environmental professionals in the region practicing under similar conditions and circumstances. No other warranty or guarantee, express or implied, is made.

This report is not a legal opinion. CEC's conclusions, opinions and recommendations are based on its understanding of current regulations and experience with similar projects. If a legal opinion is desired, a qualified environmental attorney should be consulted regarding the site's ownership and/or management requirements and options.

WQC 00299

7

NGSC_0060438

8020 Deering Avenue
Canoga Park, California

This report has been prepared for Land Owners Limited Partnership, to be used solely by its partners and their agents and assignees in evaluating the potential impact, if any, of hazardous/regulated materials at the site. This report is not intended for use by other parties, and may not contain sufficient detail for use by others. Any use of or reliance upon the information by a party other than these parties shall be at the sole risk of such third party, and without legal recourse against CEC, its officers, or employees, regardless of whether such action is based upon contract, tort, statute or otherwise.

## 9.0    REFERENCES

A Compilation of Water Quality Goals; Regional Water Quality Control Board - Central Valley Region; 1993.

Fault Map of California; California Division of Mines and Geology, 1975.

Geologic Map of California; California Division of Mines and Geology, 1977.

Geology of California, 2nd Edition; Robert M. Norris and Robert W. Webb, 1990.

Phase II Environmental Site Assessment Report and Proposed Work Plan for Additional Site Assessment Activities for Commercial Property Located at 8020 Deering Avenue, Canoga Park, City of Los Angeles, California; MSE Environmental, Inc., January 19, 1999.

Report on Preliminary Site Investigation, Site Location: The Transit Authority, 8020 Deering Avenue, Canoga Park, CA 91304; National Environmental, Inc. (NEI), November 25, 1998.

Region 9 Preliminary Remediation Goals (PRGs) 1998; United States Environmental Protection Agency - Region 9, 1999.

WQC 00300

Deering.rpt

NGSC_0060439

**Tables**

WQC 00301

NGSC_0060440

# Table 1
## Soil Sample Analytical Results
## Land Owners Limited Partnership
## 8020 Deering Avenue
## Canoga Park, California

| Sample I.D. | Sample Description/Location (1) | TPHd (2) (ppm) | TPHoil (2) (ppm) | 1,2-DCB (3) (ppm) | 1,3-DCB (3) (ppm) | 1,4-DCB (3) (ppm) | 1,1-DCE (3) (ppm) | 1,2-DCE (3) (ppm) | PCE (3) (ppm) | 1,1,1-TCA (3) (ppm) | TCE (3) (ppm) | Other VOCs (4) (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B-3, 5-4 | Along SE side of clarifier, at a depth of approx. 10 ft. bgs | NA | NA | 0.020 | ND | ND | ND | 0.064 | 0.540 | ND | 0.720 | ND |
| B-4, 5-5 | Along W side of clarifier, at a depth of approx. 5 feet bgs | NA | NA | ND | ND | ND | ND | 0.010 | 0.130 | ND | 0.340 | ND |
| B-4, 5-6 | Along W side of clarifier, at a depth of approx. 10 feet bgs | NA | NA | ND | ND | ND | ND | 0.008 | 0.048 | ND | 0.160 | ND |
| M-1-10 | At previous B-3 location, S edge of clarifier, at a depth of approx. 10 feet bgs | ND | 2,160 | 0.041 | 0.023 | 0.016 | ND | 0.054 | 1,130 | ND | 745 | ND |
| M-1-15 | At previous B-3 location, S edge of clarifier, at a depth of approx. 15 feet bgs | ND | ND | 0.123 | ND | 0.005 | ND | ND | 0.044 | ND | 0.062 | ND |
| M-1-20 | At previous B-3 location, S edge of clarifier, at a depth of approx. 20 feet bgs | ND | ND | 0.070 | ND | ND | ND | ND | 0.020 | ND | 0.037 | ND |
| M-1-30 | At previous B-3 location, S edge of clarifier, at a depth of approx. 30 feet bgs | NA | NA | 0.443 | 0.007 | 0.031 | ND | ND | 0.275 | ND | 0.350 | ND |
| M-1-40 | At previous B-3 location, S edge of clarifier, at a depth of approx. 40 feet bgs | NA | NA | 0.020 | ND | ND | ND | 0.019 | 0.630 | ND | 1.320 | ND |

Case 2:21-cv-03946-HDV-SK   Document 118-1   Filed 12/22/23   Page 13 of 71   Page ID #:1864

WQC 00302

NGSC_0060441

# Table 1
## Soil Sample Analytical Results
## Land Owners Limited Partnership
## 8020 Deering Avenue
## Canoga Park, California

| Sample I.D. | Sample Description/Location (1) | TPHd (2) (ppm) | TPHoil (2) (ppm) | 1,2-DCB (3) (ppm) | 1,3-DCB (3) (ppm) | 1,4-DCB (3) (ppm) | 1,1-DCE (3) (ppm) | 1,2-DCE (3) (ppm) | PCE (3) (ppm) | 1,1,1-TCA (3) (ppm) | TCE (3) (ppm) | Other VOCs (4) (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M-1-51 | At previous B-3 location, S edge of clarifier, at a depth of approx. 51 feet bgs | NA | NA | ND | ND | ND | 1.10 | ND | 1.830 | 0.349 | 38.0 | ND |
| M-1-61 | At previous B-3 location, S edge of clarifier, at a depth of approx. 61 feet bgs | NA | NA | ND | ND | ND | ND | ND | 5.070 | 0.368 | 10.80 | ND |
| M-1-66 | At previous B-3 location, S edge of clarifier, at a depth of approx. 66 feet bgs | NA | NA | ND | ND | ND | ND | ND | 4.30 | 0.657 | 13.10 | ND |
| M-2-10 | SE of clarifier, at a depth of approx. 10 feet bgs | ND | ND | ND | ND | ND | ND | ND | 0.017 | ND | 0.039 | ND |
| M-2-15 | SE of clarifier, at a depth of approx. 15 feet bgs | ND | ND | ND | ND | ND | ND | ND | 0.027 | ND | 0.075 | ND |
| M-2-25 | SE of clarifier, at a depth of approx. 25 feet bgs | NA | NA | 0.013 | ND | ND | ND | 0.031 | 0.30 | ND | 1.550 | ND |
| M-3-10 | SW of clarifier, at a depth of approx. 10 feet bgs | ND | ND | ND | ND | ND | ND | ND | 0.014 | ND | 0.033 | ND |
| M-3-15 | SW of clarifier, at a depth of approx. 15 feet bgs | ND | ND | ND | ND | ND | ND | ND | 0.063 | ND | 0.217 | ND |
| M-3-25 | SW of clarifier, at a depth of approx. 25 feet bgs | NA | NA | 0.008 | ND | ND | ND | 0.007 | 0.150 | ND | 0.70 | ND |

WQC 00303

NGSC_0060442

# Table 1
## Soil Sample Analytical Results
## Land Owners Limited Partnership
## 8020 Deering Avenue
## Canoga Park, California

Case 2:21-cv-03946-HDV-SK   Document 118-1   Filed 12/22/23   Page 15 of 71   Page ID #:1800

| Sample I.D. | Sample Description/Location (1) | TPHd (2) (ppm) | TPHoil (2) (ppm) | 1,2-DCB (3) (ppm) | 1,3-DCB (3) (ppm) | 1,4-DCB (3) (ppm) | 1,1-DCE (3) (ppm) | 1,2-DCE (3) (ppm) | PCE (3) (ppm) | 1,1,1-TCA (3) (ppm) | TCE (3) (ppm) | Other VOCs (4) (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M-4-10 | N of Clarifier at a depth of approx. 10 feet bgs | ND | ND | ND | ND | ND | ND | ND | 0.019 | ND | 0.033 | ND |
| M-4-15 | N of Clarifier at a depth of approx. 15 feet bgs | ND | ND | ND | ND | ND | ND | ND | 0.018 | ND | 0.038 | ND |
| M-4-25 | N of Clarifier at a depth of approx. 25 feet bgs | NA | NA | ND | ND | ND | ND | 0.010 | 0.138 | ND | 0.845 | ND |
| C-1-30 | Landscape area, approx. 100 feet NW of clarifier, depth of about 30 feet bgs | ND | ND | ND | ND | ND | ND | ND | ND | ND | 0.018 | ND |
| C-1-40 | Landscape area, approx. 100 feet NW of clarifier, depth of about 40 feet bgs | ND | ND | ND | ND | ND | ND | ND | 0.014 | ND | 0.177 | ND |
| C-1-60 | Landscape area, approx. 100 feet NW of clarifier, depth of about 60 feet bgs | ND | ND | ND | ND | ND | ND | ND | ND | ND | 0.014 | ND |
| C-2-25 | Driveway, approx. 100 feet W-SW of clarifier, depth of about 25 feet bgs | ND | ND | ND | ND | ND | ND | ND | 0.043 | ND | 0.297 | ND |
| C-2-30 | Driveway, approx. 100 feet W-SW of clarifier, depth of about 30 feet bgs | ND | ND | ND | ND | ND | ND | ND | 0.044 | ND | 0.347 | ND |
| C-2-60 | Driveway, approx. 100 feet W-SW of clarifier, depth of about 60 feet bgs | ND | ND | ND | ND | ND | ND | ND | 0.087 | ND | 0.630 | ND |

WQC 00304

NGSC_0060443

# Table 1
## Soil Sample Analytical Results
## Land Owners Limited Partnership
## 8020 Deering Avenue
## Canoga Park, California

| Sample I.D. | Sample Description/Location (1) | TPHd (2) (ppm) | TPHoil (2) (ppm) | 1,2-DCB (3) (ppm) | 1,3-DCB (3) (ppm) | 1,4-DCB (3) (ppm) | 1,1-DCE (3) (ppm) | 1,2-DCE (3) (ppm) | PCE (3) (ppm) | 1,1,1-TCA (3) (ppm) | TCE (3) (ppm) | Other VOCs (4) (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C-3-30 | Parking Lot, approx. 100 feet SE of the clarifier, depth of about 30 feet bgs | ND | ND | ND | ND | ND | ND | ND | 0.055 | ND | 0.995 | ND |
| C-3-40 | Parking Lot, approx. 100 feet SE of the clarifier, depth of about 40 feet bgs | ND | ND | ND | ND | ND | ND | ND | 0.311 | ND | 2.950 | ND |
| C-3-60 | Parking Lot, approx. 100 feet SE of the clarifier, depth of about 60 feet bgs | ND | ND | ND | ND | ND | ND | ND | 0.053 | ND | 1.050 | ND |
| C-4-5 | Former drum storage area, east side of the building, depth of about 5 feet bgs | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| C-4-10 | Former drum storage area, east side of the building, depth of about 10 feet bgs | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| | Published Site Screening Levels for Soils (5) | 1000 | 10000 | 370 | 41 | 3.0 | 0.052 | 42 | 4.7 | 680 | 2.7 | NA |

Notes:
* "B" sample designations by NEI, "M" sample designations by MSE, "C" sample designations by CEC
(1) See Figure 2 for graphic depiction of approximate sample locations
(2) Total Petroleum Hydrocarbons (diesel range) and Total Petroleum Hydrocarbons (oil range) by EPA Method 8015M
(3) 1,2-Dichlorobenzene, 1,3-Dichlorobenzene, 1,4-Dichlorobenzene, 1,1-Dichloroethene, 1,2-Dichloroethene, Tetrachloroethene, 1,1,1-Trichloroethane and Trichloroethene by EPA Method 8010 and/or 8260
(4) Other EPA Method 8010/8260 analytes, see laboratory report for complete listing of method analytes
(5) TPH levels from Interim Site Assessment & Cleanup Guidebook, Regional Water Quality Control Board - Los Angeles Region, May 1996; VOC levels from Region 9 Preliminary Remediation Goals (for residential setting), United States Environmental Protection Agency - Region 9

ppm = Parts per million by weight
ND = Not Detected, see laboratory reports for method detection limits
NA = Not Analyzed/Not Applicable

NGSC_0060444

WQC 00305

# Table 2
## Ground Water Sample Analytical Results
Land Owners Limited Partnership
8020 Deering Avenue
Canoga Park, California

| Well No./ Elevation (famsl) (1) | Monitoring Date | Free Prod. Thickness (feet) | Ground Water Elev. (famsl) | Benzene (2) (ppb) | Toluene (2) (ppb) | 1,1-DCE (2) (ppb) | 1,2-DCE (2) (ppb) | PCE (2) (ppb) | 1,1,1-TCA (2) (ppb) | TCE (2) (ppb) |
|---|---|---|---|---|---|---|---|---|---|---|
| M-1 | 12/29/98 | ND | 784.90 | NA | NA | 107 | ND | 3,450 | 1,610 | 18,500 |
| M-1 | 6/28/99 | ND | 785.67 | ND | ND | ND | 43 | 1,430 | 277 | 4,280 |
| C-1 | 6/28/99 | ND | 785.80 | ND | 8.6 | ND | ND | 27.6 | ND | 450 |
| C-2 | 6/28/99 | ND | 785.69 | ND | ND | ND | ND | 457 | ND | 4,370 |
| C-3 | 6/28/99 | ND | 785.51 | 17 | ND | ND | ND | 805 | ND | 7,580 |
| Published Site Screening Criteria for Ground Water (3) | | | | 1 | 150 | 6 | 6 | 5 | 5 | 200 |

Explanation:
(1) See Figure 2 for graphic depiction of approximate well locations
(2) Benzene, Toluene, 1,1-Dichloroethene, CIS-1,2,-Dichloroethene, Tetrachloroethene, 1,1,1-Trichloroethane, and Trichloroethene by EPA Method 8260
(3) Maximum Contaminant Levels (MCLs) as listed in a Compilation of Water Quality Goals, California Regional Water Quality Control Board - Central Valley Region, 1993, and/or published by U.S. Environmental Protection Agency

ppb = Parts per billion
ND = Not Detected, see laboratory reports for method detection limits
NA = Not Analyzed/Not Applicable

WQC 00306

NGSC_0060445

Deering tb2

**Figures**

WQC 00307

NGSC_0060446



SCALE 1:24000

CONTOUR INTERVAL 25 FEET

WQC 00308

| DATE:<br>8/13/99 | DRAWN BY:<br>D. Johannes | PROJECT NO.<br>99-1116 | Site Location Map<br>Land Owners Limited Partnership<br>8020 Deering Avenue. Canoga Park, California | FIGURE<br>1 |
|---|---|---|---|---|
| SOURCE: | USGS Canoga Park Quadrangle | | | |

CERTIFIED ENVIRONMENTAL CONSULTANTS, INC.

NGSC_0060447

NGSC_0060448



Ground Water Surface Contouring Map
Land Owners Limited Partnership Property
8020 Deering Avenue, Canoga Park, CA

CERTIFIED ENVIRONMENTAL CONSULTANTS, INC.

| DATE: | DRAWN BY: | PROJECT NO. | FIGURE |
|-------|-----------|-------------|--------|
| 8/12/99 | D. Johannes | 99-1116 | 2 |

SOURCE: Yemma Consulting Engineers/CEC

WQC 00309

Scale In Feet

0          60          120

(All Dimensions and Locations Approximate)

Legend:

B-4   Location of previous soil boring by others;
      "B" designations by NEI, "M" designations by MSE

C-2   Location of ground water monitoring well;
      "M" designation by MSE, "C" designations by CEC

—x—   Chain-link fence

(785.69)   Calculated water table elevation (feet), measured 6/28/99

785.70   Estimated line of equal ground water elevation

Deering Avenue

Driveway/Alley Associated with Adjacent Commercial Property

Lawn

C-1 (785.80)

C-2 (785.69)

M-3

M-4
B-4

B-3/M-1
(785.67)

Clarifier

M-2

Site Building

GROUND WATER

785.75

785.70

785.65

785.60

785.55

Gate

C-3 (785.51)

Adjacent Commercial Building

Paved Driveway/Parking

Property Boundary

Former Drum Storage Area

Gate
C-4
B-1
B-2

Residential Properties



PCE Isoconcentration Contouring Map

Land Owners Limited Partnership Property
8020 Deering Avenue, Canoga Park, CA

**Legend:**

B-4 — Location of previous soil boring by others;
"B" designations by NEI, "M" designations by MSE

C-2 — Location of ground water monitoring well;
"M" designation by MSE, "C" designations by CEC

—×— — Chain-link fence

(0.006) — PCE concentration in ground water (ppm), sampled 6/28/99

0.5 — Estimated line of equal PCE concentration

(All Dimensions and Locations Approximate)

WQC 00310

Scale In Feet

0      60      120

| DATE: | DRAWN BY: | PROJECT NO. | FIGURE |
|---|---|---|---|
| 8/12/99 | D. Johannes | 99-1116 | 3 |

SOURCE: Yemma Consulting Engineers/CEC

CERTIFIED ENVIRONMENTAL CONSULTANTS, INC.



**Driveway/Alley Associated with Adjacent Commercial Property**

Site Building

Former Drum Storage Area

C-1 (0 45)

Lawn

Deering Avenue

C-4   B-1   B-2

Gate

M-4 / B-4   Clarifier (4 28)

B-3/M-1   M-2

M-3

C-2 (4 37)

Gate

C-3 (7 58)

Paved Driveway/Parking

Property Boundary

Residential Properties

**Adjacent Commercial Building**

Scale In Feet

0     60     120

(All Dimensions and Locations Approximate)

**Legend:**

B-4 — Location of previous soil boring by others; "B" designations by NEI, "M" designations by MSE

C-2 — Location of ground water monitoring well; "M" designation by MSE, "C" designations by CEC

—x— Chain-link fence

(4 28) — TCE concentration in ground water (ppm), sampled 6/28/99

3 — Estimated line of equal TCE concentration

| DATE: 8/12/99 | DRAWN BY: D. Johannes | PROJECT NO. 99-1116 | TCE Isoconcentration Contouring Map Land Owners Limited Partnership Property 8020 Deering Avenue, Canoga Park, CA | FIGURE 4 |
| --- | --- | --- | --- | --- |
| SOURCE: | Yemma Consulting Engineers/CEC | | | |

CERTIFIED ENVIRONMENTAL CONSULTANTS, INC.

Case 2:21-cv-03946-HDV-SK   Document 118-1   Filed 12/22/23   Page 22 of 71   Page ID #:1873

WQC 00311

NGSC_0060450

# Appendix A
# Site Photographs

WQC 00312

NGSC_0060451



WQC 00313

**Photographs 1, 2 and 3 - West-southwesterly view of drill rig set up at well C-2 location, showing clarifier in foreground; southeasterly view of drill rig set up at well C-3 location, showing adjacent site/building to the south; and northerly view of drill rig at C-4 location.**

NGSC_0060452

**Appendix B**
**Boring Logs**

WQC 00314

| Boring Log Number: | | | | | C-1 |
|---|---|---|---|---|---|
| Project Name: | | | | | Deering |
| Project Number: | | | | | 99-1116 |
| Boring Location: | | | | | ~100' NW of Clarifier |
| Logged By: | | | | | D. Johannes |
| Date Drilled: | | | | | 6/23/99 |
| Datum: | | | | | Ground Surface (~826 ft.) |

**Certified Environmental Consultants, Inc.**
547-A Constitution Avenue
Camarillo, CA 93012
805-388-8970

| Depth (feet) | USCS Symbol | Sample Descrip. | OVM (ppm) | Well Const. Details | Materials Description | Comments |
|---|---|---|---|---|---|---|
| | | | | | | Grass/Sod at ground surface |
| 5 | CL | C-1-6.5 | ND | | Firm to Stiff, Moist, Medium Brown, Sandy Clay | |
| 10 | | C-1-10 | ND | | | |
| 15 | SM/SW | C-1-15 | ND | | Medium Dense, Moist, Light Brown, Silty to Well-Graded Sand | |
| 20 | | C-1-20 | ND | | (Reddish-Brown) | |
| 25 | | C-1-25 | ND | | (Light Brown) | |
| 30 | CL | C-1-30 | ND | | Stiff, Moist, Light to Medium Brown, Silty to Sandy Clay | |
| 35 | SM | C-1-35 | ND | | Medium Dense, Moist, Light Yellowish-Brown, Silty Sand | |
| 40 | CL | C-1-40 | ND | | Stiff, Moist to Wet, Mottled Gray and Brown, Silty Clay | Ground water detected |
| 45 | SM | C-1-45 | ND | | Dense, Wet, Reddish-Brown, Silty Fine Sand | |

Well Const. Details: blank casing; cement/bentonite grout; 0.020-inch slotted well screen; #3 Monterey sand filter pack

Deering C-1

WQC 00315

NGSC_0060454

**Boring Log Number:   C-1 (continued)**     Page 2 of 2

| Depth (feet) | USCS Symbol | Sample Descrip. | OVM (ppm) | Well Const. Details | | Materials Description | Comments |
|---|---|---|---|---|---|---|---|
| | | • | | 10.020-inch slotted well screen | #3 Monterey sand filter pack | | |
| 50 | SW | ☒ C-1-50 | ND | | | Dense to Very Dense, Wet, Light Brown, Gravelly Well-Graded Sand, with some silty intervals | |
| 55 | | ☒ C-1-55 | ND | | | | |
| 60 | | ☒ C-1-60 | ND | | | | Bottom of boring at 60 feet Ground water encountered at approximately 40 feet Completed as 2-inch-diameter monitoring well |
| 65 | | | | | | | |
| 70 | | | | | | | |
| 75 | | | | | | | |
| 80 | | | | | | | |
| 85 | | | | | | | |
| 90 | | | | | | | |
| 95 | | | | | | | |

REGISTERED GEOLOGIST
DAVID R. JOHANNES
No. 5855
STATE OF CALIFORNIA

Boring C-1

**WQC 00316**

NGSC_0060455

| Boring Log Number: | | | | | C-2 |
|---|---|---|---|---|---|
| Project Name: | | | | | Deering |
| Project Number: | | | | | 99-1116 |
| Boring Location: | | | ~80' W-SW of Clarifier | | |
| Logged By: | | | | | D. Johannes |
| Date Drilled: | | | | | 6/24/99 |
| Datum: | | | Ground Surface (~825 ft.) | | |

**Certified Environmental Consultants, Inc.**
547-A Constitution Avenue
Camarillo, CA 93012
805-388-8970

| Depth (feet) | USCS Symbol | Sample Descrip. | OVM (ppm) | Well Const. Details | | | Materials Description | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Pavement | Approximately 3 inches asphalt |
| 5 | CL | ⊠ C-2-5 | ND | | blank casing | cement/bentonite grout | Stiff, Moist, Medium to Dark Brown, Sandy Clay | |
| 10 | | ⊠ C-2-10 | ND | | | | | |
| 15 | SM | ⊠ C-2-15 | ND | | | | Medium Dense, Moist, Yellowish-Brown, Silty Fine Sand | |
| 20 | SW | ⊠ C-2-20 | ND | | | | Medium Dense, Moist, Light Brown, Well-Graded Sand | |
| | SM | | | | | | Loose, Moist, Yellowish-Brown, Silty Fine Sand | |
| 25 | | ⊠ C-2-25 | ND | | | | | |
| | CL | | | | | | Firm, Moist, Yellowish-Brown, Silty Clay | |
| | SM | | | | | | Loose, Moist, Medium Brown, Silty Sand | |
| 30 | CL | ⊠ C-2-30 | ND | | 0.020-inch slotted well screen | #3 Monterey sand filter pack | Firm, Moist, Yellowish-Brown, Silty to Sandy Clay | |
| 35 | | ⊠ C-2-35 | ND | | | | | |
| 40 | | ⊠ C-2-40 | ND | | | | | Ground water detected |
| 45 | SC | ⊠ C-2-45 | ND | | | | Medium Dense, Wet, Mottled Gray and Brown, Clayey Fine Sand | |

Deering C-2

**WQC 00317**

NGSC_0060456

**Boring Log Number:    C-2 (continued)**    Page 2 of 2

| Depth (feet) | USCS Symbol | Sample Descrip. | OVM (ppm) | Well Const. Details | | Materials Description | Comments |
|---|---|---|---|---|---|---|---|
| | SC | | | 0.020-inch slotted well screen | #3 Monterey sand filter pack | Medium Dense, Wet, Mottled Gray and Brown, Clayey Fine Sand | |
| 50 | SW | C-2-50 | ND | | | Dense, Wet, Light Brown, Well-Graded Sand, with some gravel and trace of fines | |
| | CL | | | | | Firm, Wet, Medium Brown, Sandy Clay | |
| 55 | SW | C-2-55 | ND | | | Dense, Wet, Light Brown, Well-Graded Sand, with some gravel and trace of fines | |
| 60 | | C-2-60 | ND | | | (as above, with silty intervals) | |
| 65 | | | | | | | Bottom of boring at 60 feet Ground water encountered at approximately 40 feet Completed as 2-inch-diameter monitoring well |
| 70 | | | | | | | |
| 75 | | | | | | | |
| 80 | | | | | | | |
| 85 | | | | | | | |
| 90 | | | | | | | |
| 95 | | | | | | | |

REGISTERED GEOLOGIST
DAVID R. JOHANNES
No. 5855
STATE OF CALIFORNIA

Boring C-2

WQC 00318

NGSC_0060457

| Boring Log Number: | | | | C-3 | | Certified Environmental Consultants, Inc. | |
|---|---|---|---|---|---|---|---|
| Project Name: | | | | Deering | | 547-A Constitution Avenue | |
| Project Number: | | | | 99-1116 | | Camarillo, CA 93012 | |
| Boring Location: | | | ~100' SE of Clarifier | | | 805-388-8970 | |
| Logged By: | | | | D. Johannes | | | |
| Date Drilled: | | | | 6/24/99 | | | |
| Datum: | | Ground Surface (~825.5 ft.) | | | | | |
| Depth (feet) | USCS Symbol | Sample Descrip. | OVM (ppm) | Well Const. Details | | Materials Description | Comments |
| | | | | | | Pavement | Approximately 3 inches asphalt |
| 5 | ML | C-3-5 | ND | | cement/bentonite grout / blank casing | Stiff, Moist, Dark Brown, Sandy Silt | |
| 10 | | C-3-10 | ND | | | (Yellowish-Brown) | |
| 15 | SM | C-3-15 | ND | | | Medium Dense, Moist, Yellowish-Brown, Silty Fine Sand | |
| 20 | SW | C-3-20 | ND | | | Medium Dense, Moist, Grayish-Brown, Well-Graded Sand, with some gravel | |
| | ML | | | | | Stiff, Moist, Yellowish-Brown, Sandy Silt | |
| 25 | SM | C-3-25 | ND | | | Medium Dense, Moist, Yellowish-Brown, Silty Fine Sand | |
| 30 | ML | C-3-30 | ND | | 0.020-inch slotted well screen / #3 Monterey sand filter pack | Very Stiff, Moist, Medium Brown, Sandy Silt | |
| 35 | SM | C-3-35 | ND | | | Medium Dense, Moist, Mottled Gray and Brown, Silty Fine Sand | |
| 40 | CL | C-3-40 | ND | | | Stiff, Wet, Mottled Gray and Brown, Sandy Clay | Ground water detected |
| 45 | SC | C-3-45 | ND | | | Medium Dense, Wet, Mottled Gray and Brown, Clayey Fine Sand | |

Deering C-3

WQC 00319

**Boring Log Number:    C-3 (continued)**                                          Page 2 of 2

| Depth (feet) | USCS Symbol | Sample Descrip. | OVM (ppm) | Well Const. Details | Materials Description | Comments |
|---|---|---|---|---|---|---|
| 50 | SC | C-3-50 | ND | | Medium Dense, Wet, Mottled Gray and Brown Clayey Fine Sand | |
| 55 | SW | C-3-55 | ND | 0.020-inch slotted well screen / #3 Monterey sand filter pack | Dense to Very Dense, Wet, Light Brown, Well-Graded Sand, with some gravel | |
| 60 | | C-3-60 | ND | | (as above with silty intervals) | |
| 65 | | | | | | Bottom of boring at 60 feet Ground water encountered at approximately 40 feet Completed as 2-inch-diameter monitoring well |
| 70 | | | | | | |
| 75 | | | | | | |
| 80 | | | | | | |
| 85 | | | | | | |
| 90 | | | | | | |
| 95 | | | | | | |

REGISTERED GEOLOGIST
DAVID R. JOHANNES
No. 5855
STATE OF CALIFORNIA

Boring C-3

WQC 00320

NGSC_0060459

| Boring Log Number: | | | | C-4 |
|---|---|---|---|---|
| Project Name: | | | | Deering |
| Project Number: | | | | 99-1116 |
| Boring Location: Former Drum Stor. Area | | | | |
| Logged By: | | | | D. Johannes |
| Date Drilled: | | | | 6/25/99 |
| Datum: | | | Ground Surface (~825 ft.) | |

**Certified Environmental Consultants, Inc.**
547-A Constitution Avenue
Camarillo, CA 93012
805-388-8970

| Depth (feet) | USCS Symbol | Sample Descrip. | OVM (ppm) | Well Const. Details | Materials Description | Comments |
|---|---|---|---|---|---|---|
| | | | | | Pavement | Approximately 3 inches asphalt |
| 5 | ML | C-4-5 | ND | | Firm, Moist, Medium Brown, Sandy Silt | |
| 10 | SM | C-4-10 | ND | | Loose, Moist, Medium Brown, Silty Fine Sand | |
| 15 | | C-4-15 | ND | | (as above, increased grain size) | |
| 20 | SW | C-4-20 | ND | | Dense, Moist, Light Brown, Well-Graded Sand, with trace of silt | |
| 25 | | C-4-25 | ND | | | Bottom of boring at 25 feet Ground water not encountered Backfilled with hydrated bentonite |
| 30 | | | | | | |
| 35 | | | | | | |
| 40 | | | | | | |
| 45 | | | | | | |

REGISTERED GEOLOGIST
DAVID R. JOHANNES
No. 5855
STATE OF CALIFORNIA

Deering C-4

WQC 00321

NGSC_0060460

# Appendix C
# Well Permits

WQC 00322

## SERVICE APPLICATION AND FEE COLLECTION
### COUNTY OF LOS ANGELES · DEPARTMENT OF HEALTH SERVICES
### PUBLIC HEALTH PROGRAMS · ENVIRONMENTAL MANAGEMENT
### SERVICE REQUEST APPLICATION

### INSTRUCTIONS

1. Check the TYPE OF SERVICE requested and attach the required non-refundable fee to the application. Make money order or check payable to LOS ANGELES COUNTY TREASURER, DO NOT SEND CASH. This application is nontransferable.

| FEE REQUIRED* | | TYPE OF SERVICE |
|---|---|---|
| | ☑ | MONITORING WELL CONSTRUCTION/DESTRUCTION |
| | ☐ | WELL CONSTRUCTION, RENOVATION OR DESTRUCTION PERMIT Complete and attach a Well Permit Application |
| | ☐ | PRIVATE SEWAGE DISPOSAL SYSTEM CONSTRUCTION PERMIT |
| | ☐ | PRIVATE SEWAGE DISPOSAL SYSTEM RENOVATION/EXPANSION |
| | ☐ | INSPECTION OF MOUNTAIN CABIN SITE as required by the United States Forest Service |
| | ☐ | INSPECTION OF EXISTING PRIVATE SEWAGE SYSTEM as required by FHA/VA |
| | ☐ | WATER SUPPLY TEST AND CERTIFICATION as required by U.S. Department of Agriculture |

2. Check with Contact Office stamped below for requirements or information.

3. Complete the required information or deliver the completed application, money order or check with the forms indicated.

to:  County of Los Angeles
Department of Health Services
Public Health Programs
Environmental Management
~~2615 S. Grand Ave. 6th Floor~~
~~Los Angeles, Calif. 90007~~
~~744-3214~~

\* Refer to Schedule of Fees for current fiscal year.

NOTE:    FIELD PERSONNEL CANNOT ACCEPT FEES.

4. Phone Contact Office noted below, after you have received your receipt, to request an inspection.

Service/Job Location Address                                                          Date

Owner/Applicant's Name                          Address                          Phone No.

Contractor's Name                                Address                          Phone No.

Co. Engineer Plan Check No._____  Tract No. _____  Lot No. _____  No. Bedrooms _____
(Complete line above for Private Sewage Disposal System Construction or Renovation Application)

| CONTACT OFFICE | DEPARTMENT STAMP |
|---|---|
| | WQC 00323 |

76S979 - H2124 (Rev 6-87) (1/89)        WHITE: CHIEF COPY        CANARY: APPLICANT COPY        PINK: SENIOR COPY

NGSC_0060462

APPLICATION FOR WELL PERMIT 2525 CORPORATE PL., #150, MONTEREY PARK, CA 91754
ENVIRONMENTAL MANAGEMENT - 2615 S. GRAND AVENUE, LOS ANGELES, CA 90007, ROOM 804
COUNTY OF LOS ANGELES DEPARTMENT OF HEALTH SERVICES

DATE 6/8/99

### DESCRIPTION

**TYPE OF PERMIT (CHECK)**
- [X] NEW WELL CONSTRUCTION
- [ ] RECONSTRUCTION OR RENOVATION
- [ ] DESTRUCTION

**TYPE OF WELL**
- [ ] PRIVATE DOMESTIC
- [ ] PUBLIC DOMESTIC
- [ ] IRRIGATION
- [X] OBSERVATION/MONITORING
- [ ] CATHODIC
- [ ] INDUSTRIAL
- [ ] GRAVEL PACK
- [ ] TEST

TYPE OF CASING: 2" PVC

METHOD OF SEALING OF CASING: BENTONITE GROUT

METHOD OF DESTRUCTION: N/A

### LOCATION

ADDRESS (NUMBER, STREET, AND NEAREST INTERSECTION)
8020 DEERING AVE., CANOGA PARK (SEE FIGURE 1 - ATTACHED)

DIAGRAM (SHOW PROPERTY LINES, STREET, ADDRESS, WELL SITE, SEWERS AND PRIVATE SEWAGE DISPOSAL SYSTEMS ALONG WITH LABELS AND DIMENSIONS)

(SEE FIGURE 2 - ATTACHED)

### APPLICANT

NAME OF WELL DRILLER (PRINT)
JET DRILLING, INC. - TOM JENSEN

TRADE NAME
2380 SHASTA WAY, SUITE A

BUSINESS ADDRESS
SIMI VALLEY, CA  93065

NAME OF WELL OWNER (PRINT)
LAND OWNERS LIMITED PARTNERSHIP

MAILING ADDRESS
P.O. BOX 636

CITY
HERMOSA BCH., CA  90254

I hereby agree to comply in every respect with all regulations of the County Preventive/Public Health Services and with all ordinances and laws of the County of Los Angeles and of the State of California pertaining to well construction, reconstruction and destruction. Upon completion of well and within ten days thereafter, I will furnish the County Preventive/Public Health Services with a complete log of the well, giving date drilled, depth of well, all perforations in casing, and any other data deemed necessary by such County Preventive/Public Health Services.

Applicant's Signature: David R. Johannes, as agent for LOLP

**DISPOSITION OF APPLICATION: (For Sanitarians Use Only)**
- [ ] APPROVED
- [ ] DENIED
- [ ] APPROVED WITH CONDITIONS

If denied or approved with conditions, report reason or conditions here:

| DATE | SANITARIAN |
|------|------------|
| DATE | SECTION CHIEF |

When signed by Section Chief, this application is a permit.

754668 (REV. 12-84)

TOTAL P.02

WQC 00324

NGSC_0060463



SCALE 1:24000

SITE LOCATION MAP

Land Owners Limited

FIGURE 1

DRAWING NUMBER

SCALE: As Above

Source: U.S. Geological Survey

MSE ENVIRONMENTAL, INC.

WQC 00325

NGSC_0060464

Case 2:21-cv-03946-HDV-SK   Document 118-1   Filed 12/22/23   Page 37 of 71   Page ID #:1888

**Legend:**

| | | |
|---|---|---|
| ■ | B-3 | Location of previous hand-auger boring by others |
| ● | M-2 | Location of recently completed MSE boring |
| ◆ | M-1 | Location of recently installed ground water monitoring well |
| ◇ | M-5 | Proposed monitoring well location |

| | | | | |
|---|---|---|---|---|
| MSE Environmental, Inc. | **Scale:** | 1" ≈ 60' | **Site Sketch**<br>Land Owners Limited<br>8020 Deering Avenue<br>Canoga Park, California | **Figure**<br><br>2 |
| | **Proj. #** | 4000-98454 | | |

NGSC_0060465

WQC 00326



WQC 00327

NGSC_0060466

COUNTY OF LOS ANGELES                                                  DEPARTMENT OF HEALTH SERVICES

**RECEIPT/RECIBO**

☐ HARBOR-UCLA MEDICAL CENTER          ☐ RANCHO LOS AMIGOS MEDICAL CENTER

☐ HIGH DESERT HOSPITAL                  ☐ LAC-USC MEDICAL CENTER

☐ KING DREW MEDICAL CENTER             ☑ PUBLIC HEALTH

☐ OLIVE VIEW MEDICAL CENTER                     Water + Sewage

ANY ALTERATION OR ERASURE RENDERS RECEIPT VOID       DATE
CUALQUIER ALTERACION O BORRON HACE ESTE RECIBO NULO   June 9, 1999

RECEIVED FROM Certified Environmental Consultants  $ 399 —

THE AMOUNT OF Three Hundred Ninety nine                        /100

☐ CASH                      ☐ MONEY ORDER #
☑ CHECK # 1977              ☐ VISA    ☐ MASTER CARD #

PATIENT NAME
Three Monitoring Wells Construction

PF #

DATE(S) OF SERVICE                               PAYMENT RECEIVED FOR
                                                ☐ MEDICAL        ☐ PHARMACY
MISCELLANEOUS                                       SERVICES

8020 Deering Avenue

Canoga Park

RECEIVED BY  Cordona              No.

HS-85 78CSOR (9.90) 3.98

WQC 00328

NGSC_0060467

**Appendix D**
**Disposal Manifest**

WQC 00329

NGSC_0060468

State of California—Environmental Protection Agency
Form Approved OMB No. 2050-0039 (Expires 9-30-99)
Please print or type  Form designed for use on elite (12-pitch) typewriter

**See Instructions on back of page 6.**

Department of Toxic Substances Control
Sacramento, California

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No | Manifest Document No | 2 Page 1 | Information in the shaded areas is not required by Federal law |
|---|---|---|---|---|
| | C A D 0 4 4 2 4 1 2 3 1 4 | | 1 of 1 | |

| 3 Generator's Name and Mailing Address | A. State Manifest Document Number |
|---|---|
| LAND OWNERS LIMITED PARTNERSHIP P.O. BOX 636 HERMOSA BEACH, CA 90254 | **99136178** |

4 Generator's Phone ( 310 ) 145-5779

B. State Generator's ID

| 5. Transporter 1 Company Name | 6 US EPA ID Number | C. State Transporter's ID [Reserved] 0003 |
|---|---|---|
| UNITED PUMPING SERVICE, INC. | C A P 0 0 0 0 0 0 0 | D. Transporter's Phone (626)961-9326 |

| 7. Transporter 2 Company Name | 8 US EPA ID Number | E. State Transporter's ID [Reserved] |
|---|---|---|
| | | F. Transporter's Phone |

| 9. Designated Facility Name and Site Address | 10 US EPA ID Number | G. State Facility's ID |
|---|---|---|
| CRIMSON REFLOCON 2000 N. ALAMEDA STREET COMPTON, CA 90222 | C A T 0 6 0 0 0 1 | H. Facility's Phone (310)537-7100 |

| 11 US DOT Description (including Proper Shipping Name, Hazard Class, and ID Number) | 12 Containers | | 13 Total Quantity | 14 Unit Wt/Vol | I. Waste Number |
|---|---|---|---|---|---|
| | No | Type | | | |
| a HAZARDOUS WASTE LIQUID, N.O.S. (BARIUM, LEAD), 9, NA3082, PGIII | 1 | T | 6700 | G | State 135 EPA/Other D005 D008 |
| b | | | | | State EPA/Other |
| c | | | | | State EPA/Other |
| d | | | | | State EPA/Other |

| J. Additional Descriptions for Materials Listed Above | K. Handling Codes for Wastes Listed Above |
|---|---|
| A. CLARIFIER LIQUID WASTE | a ERG #171   b |
| | c   d |

15 Special Handling Instructions and Additional Information
24 HOUR EMERGENCY PHONE # (626)961-9326
WEAR APPROPIATE PROTECTIVE EQUIPMENT & GOGGLES

16 **GENERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment. OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

| 17 Transporter 1 Acknowledgement of Receipt of Materials | | | | |
|---|---|---|---|---|
| Printed/Typed Name FRANK W. GREENO | Signature | Month | Day | Year |

| 18 Transporter 2 Acknowledgement of Receipt of Materials | | | | |
|---|---|---|---|---|
| Printed/Typed Name | Signature | Month | Day | Year |

19 Discrepancy Indication Space

20 Facility Owner or Operator Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

**DO NOT WRITE BELOW THIS LINE.**

WQC 00330

DTSC 8022A (1/99)
EPA 8700—22

NGSC_0060469

# Appendix E
## Laboratory Reports and Chain of Custody Forms

WQC 00331

NGSC_0060470



## AMERICAN SCIENTIFIC LABORATORIES, LLC
*Environmental Testing Services*

Certified Environmental Consultants
547-A Constitution Ave.
Camarillo, CA 93012-8571

Number of Pages: 14
Date Received  : 06/25/99
Date Reported  : 07/07/99

Attn : David Johannes
Phone: 805/388-8970

ASL Job Number:  5523

Project Name    : Deering
Project Number : 99-1116

Enclosed are the results of analyses on 12 samples
analyzed as specified on attached chain of custody.

Checked By _____

Approved By _____
ROJERT G. ARAGHI
LABORATORY DIRECTOR

**WQC 00332**

3225 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700, Fax: (323) 254-7799

Case 2:21-cv-03946-HDV-SK    Document 118-1    Filed 12/22/23    Page 44 of 71    Page ID #:1895

# CEC

## Certified Environmental Consultants, Inc.

547-A Constitution Ave., Camarillo, CA 93012-8571
Telephone 805-388-8970
Facsimile 805-388-1479

**Chain of Custody Form**

Job # 5523

Page 1 of 5

| Project No | 99-1116 | Project Name | DEERING |
|---|---|---|---|

| Project Manager | DAVID JOHANNES |
|---|---|

| Client Name | LAND OWNERS LTD. PARTNERSHIP |
|---|---|

**Analyses Requested**

**Turn-around time**
- ☐ 24 Hr RUSH*
- ☐ 48 Hr RUSH*
- ☒ Normal TAT

*Requires prior approval additional charges apply

| Lab ID # (Lab use only) | Sample ID (As it should appear on report) | Date sampled | Time sampled | Sample matrix | Site location | Containers # and type | GCMS 8260 8240 8010 8242 | 8080 Pesticides PCBs PestPCB | 3015M Diesel Fuel Screen | 3015M Gasoline 8020 Gas/BTEX | 418.1 (TRPH) | Semivolatiles 8270 625 | Metals TTLC(CAM) PP RCRA | Lead Only | pH TDS TSS Conductivity COD | Flashpoint Fluoride Hex Chrome | | HOLD | Remarks/ Special Instructions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C-1-6.5 | 6/23/99 | 8:10 | SOIL | 8020 DEERING | 1 TUBE | | | | | | | | | | | | X | |
| | C-1-10 | | | | | | | | | | | | | | | | | X | |
| | C-1-15 | | | | | | | | | | | | | | | | | X | |
| | C-1-20 | | | | | | | | | | | | | | | | | X | |
| | C-1-25 | | | | | | | | | | | | | | | | | X | |
| 36375 | C-1-30 | | | | | | X | | | | | | | | | | | X | |
| | C-1-35 | | | | | | | | | | | | | | | | | X | |
| 36376 | C-1-40 | | | | | | X | | | | | | | | | | | X | |
| | C-1-45 | | | | | | | | | | | | | | | | | X | |
| | C-1-50 | | 10:15 | | | | | | | | | | | | | | | X | |

| Relinquished by (Sampler's Signature) | Date | Time | Relinquished by | Date | Time |
|---|---|---|---|---|---|
| *[signature]* | 6/23/99 | 2:30 | | | |
| Received by | Date | Time | Received by | Date | Time |
| *[signature]* | 6/25/99 | 2:20 | | | |
| | | | Relinquished by: | Date | Time |
| | | | Received for Laboratory by: | Date | Time |

The delivery of samples and the signature on this chain of custody form constitutes authorization to perform the analyses specified above.

**To be completed by laboratory personnel**

Samples chilled? ☒ Yes ☐ No

Custody seals? ☐ Yes ☒ No

All sample containers intact? ☒ Yes ☐ No

☐ Courier ☐ UPS/Fed Ex ☒ Hand carried

**Sample Disposal**
- ☐ Client will pick up
- ☐ Return to client
- ☒ Lab disposal

Sample Locator No

Laboratory Notes

WQC 00333

NGSC_0060472

Case 2:21-cv-03946-HDV-SK Document 118-1 Filed 12/22/23 Page 45 of 71 Page ID #:1896

# CEC

**Certified Environmental Consultants, Inc.**

547-A Constitution Ave., Camarillo, CA 93012-8571
Telephone 805-388-8970
Facsimile 805-388-1479

Job # 5523

**Chain of Custody Form**

Page 2 of 5

| Project No | 99-1116 | Project Name | DEERING |
| --- | --- | --- | --- |
| Project Manager | DAVID JOHANNES | | |
| Client Name | LAND OWNERS LTD. PARTNERSHIP | | |

**Analyses Requested**

Columns under "Analyses Requested": GCMS 8250 8240 8010 624 2 | 8080 Pesticides PCBs Pest PCB | 80·5M Diesel Fuel Screen | 80·5M Gasoline 8020 Gas BTEX | 413.1 (TPH) | Semivolatiles 8270 625 | Metals TTLC(CAM) PP PCRA | Lead Only | pH TDS TSS Conductivity COD | Flashpoint Fluoride Hex Chrome | | | HOLD

| Lab ID # (Lab use only) | Sample ID (As it should appear on report) | Date sampled | Time sampled | Sample matrix | Site location | Containers: # and type | GCMS 8250 8240 8010 624 2 | 8080 Pesticides PCBs Pest PCB | 80·5M Diesel Fuel Screen | 80·5M Gasoline 8020 Gas BTEX | 413.1 (TPH) | Semivolatiles 8270 625 | Metals TTLC(CAM) PP PCRA | Lead Only | pH TDS TSS Conductivity COD | Flashpoint Fluoride Hex Chrome | | | HOLD | Remarks/ Special Instructions |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | C-1-55 | 6/23/9 | 10:20 | SOIL | 8020 DEERING AV | 1 TUBE | | | | | | | | | | | | | X | |
| 36277 | C-1-60 | ↓ | 10 25 | | | | X | | | | | | | | | | | | | |
| | C-2-5 | 6/24/9 | 8:30 | | | | | | | | | | | | | | | | X | |
| | C-2-10 | | | | | | | | | | | | | | | | | | X | |
| | C-2-15 | | | | | | | | | | | | | | | | | | X | |
| | C-2-20 | | | | | | | | | | | | | | | | | | X | |
| 36278 | C-2-25 | | | | | | X | | | | | | | | | | | | | |
| 36279 | C-2-30 | | | | | | X | | | | | | | | | | | | | |
| | C-2-35 | | ↓ | | | | | | | | | | | | | | | | X | |
| | C-2-40 | ↓ | 10:00 | ↓ | ↓ | ↓ | | | | | | | | | | | | | X | |

**Turn-around time**
- ☐ 24 Hr RUSH*
- ☐ 48 Hr RUSH*
- ☒ Normal TAT
  Requires prior approval and additional charges apply

| Relinquished by (Sampler's Signature) | Date 6/23/9 | Time 2:30 | Relinquished by: | Date | Time |
| --- | --- | --- | --- | --- | --- |
| Received by | Date 6/25/9 | Time 2:30 | Received by: | Date | Time |
| | | | Relinquished by: | Date | Time |
| The delivery of samples and the signature on this chain of custody form constitutes authorization to perform the analyses specified above. | | | Received for Laboratory by: | Date | Time |

**To be completed by laboratory personnel**
Samples chilled? ☒ Yes ☐ No
Custody seals? ☐ Yes ☒ No
All sample containers intact? ☒ Yes ☐ No
☐ Courier ☐ UPS/Fed Ex ☒ Hand carried

**Sample Disposal**
- ☐ Client will pick up
- ☐ Return to client
- ☒ Lab disposal

Sample Locator No

WQC 00334

Laboratory Notes

NGSC_0060473

Case 2:21-cv-03946-HDV-SK   Document 118-1   Filed 12/22/23   Page 46 of 71   Page ID #:1897

Job # 5523

# CEC

## Certified Environmental Consultants, Inc.

547-A Constitution Ave., Camarillo, CA 93012-8571
Telephone  805-388-8970
Facsimile  805-388-1479

**Chain of Custody Form**

| Project No | Project Name | | | | | | |
|---|---|---|---|---|---|---|---|
| 99-1116 | DEERING | | | | | | |

Project Manager: DAVID JOHANNES

Client Name: LAND OWNERS LTD. PARTNERSHIP

**Analyses Requested**

**Turn-around time**
- ☐ 24 Hr RUSH*
- ☐ 48 Hr RUSH*
- ☒ Normal TAT
  * Require prior approval, additional charges apply

| Lab ID # (Lab use only) | Sample ID (As it should appear on report) | Date sampled | Time sampled | Sample matrix | Site location | Containers: # and type | GCMS 8260 524 2 | 8080 Pesticides PCBs Pest PCS | 8015M Diesel Fuel Screen | 8015M Gasoline 8020 Gas BTEX | 418.1 (TPH) | Semivolatiles 8270 625 | Metals TTLC CAM; PP RCRA | Lead Only | pH TDS TSS Conductivity COD | Flashpoint Fluoride Hex Chrome | | HOLD | Remarks/ Special Instructions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C-2-45 | 4/24/11 | 10:10 | SOIL | 8020 DEERING | 1 TUBE | | | | | | | | | | | | X | |
| | C-2-50 | | | | | | | | | | | | | | | | | X | |
| | C-2-55 | | | ↓ | | | | | | | | | | | | | | X | |
| 36880 | C-2-60 | | 10:40 | | | | X | | | | | | | | | | | | |
| | C-3·5 | | 12:30 | | | | | | | | | | | | | | | X | |
| | C-3-10 | | | | | | | | | | | | | | | | | X | |
| | C-3-15 | | | | | | | | | | | | | | | | | X | |
| | C-3-20 | | | | | | | | | | | | | | | | | X | |
| | C-3 25 | | ↓ | | | | | | | | | | | | | | | X | |
| 3688? | C-3-30 | ↓ | 1:25 | ↓ | ↓ | ↓ | X | | | | | | | | | | | | |

| Relinquished by (Sampler's Signature) | Date 4/25/11 | Time 2:30 | Relinquished by: | Date | Time | To be completed by laboratory personnel | Sample Disposal |
|---|---|---|---|---|---|---|---|
| [signature] | | | Received by: | Date | Time | Samples chilled? ☒ Yes ☐ No | ☐ Client will pick up |
| Received by [signature] | Date 6/1/8 | Time 2:30 | | | | Custody seals? ☐ Yes ☒ No | |
| | | | Relinquished by | Date | Time | All sample containers intact? ☒ Yes ☐ No | ☐ Return to client |
| The delivery of samples and the signature on this chain of custody form constitutes authorization to perform the analyses specified above | | | Received for Laboratory by | Date | Time | ☐ Courier  ☐ UPS/Fed Ex  ☒ Hand carried | ☒ Lab disposal |
| | | | | | | | Sample Locator No |

Laboratory Notes

WQC 00335

NGSC_0060474

Case 2:21-cv-03946-HDV-SK   Document 118-1   Filed 12/22/23   Page 47 of 71   Page ID #:1898

# CEC

## Certified Environmental Consultants, Inc.

547-A Constitution Ave., Camarillo, CA 93012-8571
Telephone 805-388-8970
Facsimile 805-388-1479

**Chain of Custody Form**

Job#5525

| Project No | 99-1116 | Project Name | DEERING |
| Project Manager | DAVID JOHANNES | | |
| Client Name | LAND OWNERS LTD. PARTNERSHIP | | |

Analyses Requested

Turn-around time
- ☐ 24 Hr RUSH*
- ☐ 48 Hr RUSH*
- ☒ Normal TAT (Request print approval, additional charges apply)

| Lab ID # (Lab use only) | Sample ID (As it should appear on report) | Date sampled | Time sampled | Sample matrix | Site location | Containers # and type | GCMS 8260 524 2 | 8080 Pesticides PCBs Pest/PCB | 8015M Diesel Fuel Screen (EXTENDED) | 8015M Gasoline 8020 Gas BTEX | 418 1 (TRPH) | Semivolatiles 8270 625 | Metals (TLC/CAM) PP RCRA | Lead Only | pH TDS TSS Conductivity COD | Flashpoint Fluoride Hex Chrome | VCs BY 8260 | HOLD | Remarks/ Special Instructions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C-3.35 | 4/24/11 | 1:35 | SOIL | 80.20 DEERING | 1 TUBE | | | | | | | | | | | | X | |
| 36882 | C-3-40 | | | | | | X | | | | | | | | | | | X | |
| | C-3-45 | | | | | | | | | | | | | | | | | X | |
| | C-3-50 | | | | | | | | | | | | | | | | | X | |
| | C-3-55 | | | | | | | | | | | | | | | | | | |
| | C-3-60 | | | | | | X | | | | | | | | | | | | |
| 36883/36884 | CLAR-1/2 | | 3:00 | LIQ/SLUDGE | | 2 VOA 1 JAR | X | | X | | | | X | | | | X | | |
| 36225 | C-4-5 | 4/25/11 | 11:00 | SOIL | | 1 TUBE | X | | | | | | | | | | | | |
| 36226 | C-4-10 | | | | | | X | | | | | | | | | | | X | |
| | C-4-15 | | 11:20 | | | | | | | | | | | | | | | | |

Champion

To be completed by laboratory personnel
- Samples chilled? ☒ Yes ☐ No
- Custody seals? ☐ Yes ☒ No
- All sample containers intact? ☒ Yes ☐ No
- ☐ Courier ☐ UPS/Fed Ex ☒ Hand carried

Sample Disposal
- ☐ Client will pick up
- ☐ Return to client
- ☒ Lab disposal

| Relinquished by (Sampler's Signature) | Date 4/25/11 | Time 2:30 | Relinquished by: | Date | Time |
| Received by | Date 6/5/11 | Time 2:70 | Received by: | Date | Time |
| | | | Relinquished by: | Date | Time |
| The delivery of samples and the signature on this chain of custody form constitutes authorization to perform the analyses specified above. | | | Received for Laboratory by: | Date | Time |

Sample Locator No

Laboratory Notes

WQC 00336
NGSC_0060475

Case 2:21-cv-03946-HDV-SK   Document 118-1   Filed 12/22/23   Page 48 of 71   Page ID #:1899

# CEC

## Certified Environmental Consultants, Inc.
547-A Constitution Ave., Camarillo, CA 93012-8571
Telephone  805-388-8970
Facsimile  805-388-1479

Job# 5523

**Chain of Custody Form**

Page 5 of 5

| Lab ID # (Lab use only) | Sample ID (As it should appear on report) | Date sampled | Time sampled | Sample matrix | Site location | Containers # and type | GCMS 8260 8240 524 2 | 8080 Pesticides PCBs Pest.PCB | 8015M Diesel Fuel Screen | 8015M Gasoline 8020 Gas BTEX | 418.1 (TPPH) | Semivolatiles 8270 625 | Metals TTLC(CAM), PP RCRA | Lead Only | pH TDS TSS Conductivity COD | Flashpoint Fluoride Hex Chrome | | | HOLD | Remarks/ Special Instructions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C-4-20 | 4/25/91 | 11:30 | SOIL | 8020 DEERING | 1 TUBE | | | | | | | | | | | | | XX | |
| | C-4-25 | ↓ | 11:40 | ↓ | ↓     ↓ | ↓ | | | | | | | | | | | | | X | |

**Project No** 99-1116
**Project Name** DEERING
**Project Manager** DAVID JOHANNES
**Client Name** LAND OWNERS LTD. PARTNERSHIP

**Analyses Requested**

**Turn around time**
☐ 24 Hr RUSH*
☐ 48 Hr RUSH*
☒ Normal TAT
* Requires prior approval; additional charges apply

| Relinquished by (Sampler's Signature) | Date 4/25/91 | Time 2:30 | Relinquished by: | | Date | Time |
| Received by | Date 6/5/91 | Time 2:30 | Received by: | | Date | Time |
| | | | Relinquished by: | | Date | Time |
| The delivery of samples and the signature on this chain of custody form constitutes authorization to perform the analyses specified above. | | | Received for Laboratory by: | | Date | Time |

**To be completed by laboratory personnel**
Samples chilled? ☒ Yes ☐ No
Custody seals? ☐ Yes ☒ No
All sample containers intact? ☒ Yes ☐ No
☐ Courier ☐ UPS/Fed Ex ☒ Hand carried

**Sample Disposal**
☐ Client will pick up
☐ Return to client
☒ Lab disposal

**Sample Locator No**

**Laboratory Notes**

WQC 00337

NGSC_0060476



# AMERICAN SCIENTIFIC LABORATORIES, LLC

*Environmental Testing Services*

## ANALYTICAL RESULTS

ASL Job No: 5523
Project ID: 99-1116
Project Name: Deering

Page: 2

Report To: (CEC)
    Certified Environmental Consultants
    547-A Constitution Ave.
    Camarillo, CA 93012-8571

Attn: David Johannes

Phone: 805/388-8970

Method:         (8010)
                Halogenated Volatiles
Matrix:         Soil
Units:          ug/kg

| Lab ID:<br>Sample No:<br>Date Sampled:<br>Date Extracted:<br>Date Analyzed: | 36875<br>C-1-30<br>06/23/99<br>06/29/99<br>06/29/99 | 36876<br>C-1-40<br>06/23/99<br>06/29/99<br>06/29/99 | 36877<br>C-1-60<br>06/23/99<br>06/29/99<br>06/29/99 | Detection<br>Limit |
|---|---|---|---|---|
| Bromobenzene | ND | ND | ND | 5 |
| Bromodichloromethane | ND | ND | ND | 5 |
| Bromoform | ND | ND | ND | 10 |
| Bromomethane | ND | ND | ND | 10 |
| Carbon Tetrachloride | ND | ND | ND | 5 |
| Chlorobenzene | ND | ND | ND | 5 |
| Chloroethane | ND | ND | ND | 10 |
| Chloroform | ND | ND | ND | 5 |
| Chloromethane | ND | ND | ND | 10 |
| Dibromochloromethane | ND | ND | ND | 5 |
| Dibromomethane | ND | ND | ND | 5 |
| 1,2 Dichlorobenzene | ND | ND | ND | 5 |
| 1,3 Dichlorobenzene | ND | ND | ND | 5 |
| 1,4 Dichlorobenzene | ND | ND | ND | 5 |
| Dichlorodifluoromethane | ND | ND | ND | 10 |
| 1,1 Dichloroethane | ND | ND | ND | 5 |
| 1,2 Dichloroethane | ND | ND | ND | 5 |
| 1,1 Dichloroethene | ND | ND | ND | 5 |
| CIS 1,2 Dichloroethene | ND | ND | ND | 5 |
| TRNS 1,2 Dichloroethene | ND | ND | ND | 5 |
| 1,2 Dichloropropane | ND | ND | ND | 5 |
| CIS 1,3 Dichloropropene | ND | ND | ND | 5 |
| TRNS 1,3 Dichloropropene | ND | ND | ND | 5 |
| Methylene Chloride | ND | ND | ND | 20 |
| 1,1,1,2 Tetrachloroethane | ND | ND | ND | 5 |
| 1,1,2,2 Tetrachloroethane | ND | ND | ND | 5 |
| Tetrachloroethene | ND | 14 | ND | 5 |
| 1,1,1 Trichloroethane | ND | ND | ND | 5 |
| 1,1,2 Trichloroethane | ND | ND | ND | 5 |
| Trichloroethene | 18 | 177 | 14 | 5 |
| Trichlorofluoromethane | ND | ND | ND | 10 |
| 1,2,3 Trichloropropane | ND | ND | ND | 5 |
| Vinyl Chloride | ND | ND | ND | 10 |

**WQC 00338**

(Continued)

ND - Not Detected at The Detection Limit

*3225 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700,  Fax: (323) 254-7799*

NGSC_0060477



# AMERICAN SCIENTIFIC LABORATORIES, LLC
*Environmental Testing Services*

## ANALYTICAL RESULTS

ASL Job No:     5523
Project ID:     99-1116
Project Name:   Deering

Page: 3

### Quality Control Report

| Lab ID: | 36875 | 36876 | 36877 |
|---|---|---|---|
| **Surrogate %REC.** | | | |
| Bromofluorobenzene | 80 | 95 | 70 |

| | Spike %REC. | Spike DUP. %REC. | AVG. RPD |
|---|---|---|---|
| Chlorobenzene | 82 | 82 | < 1 |
| 1,1 Dichloroethene | 82 | 83 | 1.2 |
| Trichloroethene | 82 | 85 | 3.6 |

WQC 00339

ND - Not Detected at The Detection Limit

3225 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700,  Fax: (323) 254-7700

NGSC_0060478



# AMERICAN SCIENTIFIC LABORATORIES, LLC
*Environmental Testing Services*

## ANALYTICAL RESULTS

**ASL Job No:** 5523
**Project ID:** 99-1116
**Project Name:** Deering

**Page:** 4

**Report To:** (CEC)
Certified Environmental Consultants
547-A Constitution Ave.
Camarillo, CA 93012-8571

**Attn:** David Johannes

**Phone:** 805/388-8970

| Method: | (8010) Halogenated Volatiles | |
|---|---|---|
| Matrix: | Soil | |
| Units: | ug/kg | |

| | | Detection |
|---|---|---|
| Lab ID: | 36878 | |
| Sample No: | C-2-25 | |
| Date Sampled: | 06/24/99 | |
| Date Extracted: | 06/30/99 | Detection |
| Date Analyzed: | 06/30/99 | Limit |

| | | Detection Limit |
|---|---|---|
| Bromobenzene | ND | 5 |
| Bromodichloromethane | ND | 5 |
| Bromoform | ND | 10 |
| Bromomethane | ND | 10 |
| Carbon Tetrachloride | ND | 5 |
| Chlorobenzene | ND | 5 |
| Chloroethane | ND | 10 |
| Chloroform | ND | 5 |
| Chloromethane | ND | 10 |
| Dibromochloromethane | ND | 5 |
| Dibromomethane | ND | 5 |
| 1,2 Dichlorobenzene | ND | 5 |
| 1,3 Dichlorobenzene | ND | 5 |
| 1,4 Dichlorobenzene | ND | 5 |
| Dichlorodifluoromethane | ND | 10 |
| 1,1 Dichloroethane | ND | 5 |
| 1,2 Dichloroethane | ND | 5 |
| 1,1 Dichloroethene | ND | 5 |
| CIS 1,2 Dichloroethene | ND | 5 |
| TRNS 1,2 Dichloroethene | ND | 5 |
| 1,2 Dichloropropane | ND | 5 |
| CIS 1,3 Dichloropropene | ND | 5 |
| TRNS 1,3 Dichloropropene | ND | 5 |
| Methylene Chloride | ND | 20 |
| 1,1,1,2 Tetrachloroethane | ND | 5 |
| 1,1,2,2 Tetrachloroethane | ND | 5 |
| Tetrachloroethene | 43 | 5 |
| 1,1,1 Trichloroethane | ND | 5 |
| 1,1,2 Trichloroethane | ND | 5 |
| Trichloroethene | 297 | 5 |
| Trichlorofluoromethane | ND | 10 |
| 1,2,3 Trichloropropane | ND | 5 |
| Vinyl Chloride | ND | 10 |

**WQC 00340**

(Continued)

ND - Not Detected at The Detection Limit

3225 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700, Fax: (323) 254-7799

NGSC_0060479



# AMERICAN SCIENTIFIC LABORATORIES, LLC
*Environmental Testing Services*

## ANALYTICAL RESULTS

ASL Job No: 5523
Project ID: 99-1116
Project Name: Deering

Page: 5

### Quality Control Report

Lab ID: 36878

**Surrogate %REC.**
Bromofluorobenzene                91

|                    | Spike %REC. | Spike DUP. %REC. | AVG. RPD |
|--------------------|-------------|------------------|----------|
| Chlorobenzene      | 96          | 88               | 8.7      |
| 1,1 Dichloroethene | 93          | 90               | 3.3      |
| Trichloroethene    | 104         | 97               | 7        |

WQC 00341

ND - Not Detected at The Detection Limit

8225 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700, Fax: (323) 254-7799

NGSC_0060480



# AMERICAN SCIENTIFIC LABORATORIES, LLC
*Environmental Testing Services*

## ANALYTICAL RESULTS

ASL Job No: 5523
Project ID: 99-1116
Project Name: Deering

Page: 6

Report To: (CEC)
    Certified Environmental Consultants
    547-A Constitution Ave.
    Camarillo, CA 93012-8571

Attn: David Johannes
Phone: 805/388-8970

Method: **(8010)**
**Halogenated Volatiles**
Matrix: Soil
Units: ug/kg

| | 36879 | 36880 | 36881 | 36882 | |
|---|---|---|---|---|---|
| Lab ID: | | | | | |
| Sample No: | C-2-30 | C-2-60 | C-3-30 | C-3-40 | |
| Date Sampled: | 06/24/99 | 06/24/99 | 06/24/99 | 06/24/99 | |
| Date Extracted: | 06/29/99 | 06/29/99 | 06/29/99 | 06/29/99 | Detection |
| Date Analyzed: | 06/29/99 | 06/29/99 | 06/29/99 | 06/29/99 | Limit |
| Bromobenzene | ND | ND | ND | ND | 5 |
| Bromodichloromethane | ND | ND | ND | ND | 5 |
| Bromoform | ND | ND | ND | ND | 10 |
| Bromomethane | ND | ND | ND | ND | 10 |
| Carbon Tetrachloride | ND | ND | ND | ND | 5 |
| Chlorobenzene | ND | ND | ND | ND | 5 |
| Chloroethane | ND | ND | ND | ND | 10 |
| Chloroform | ND | ND | ND | ND | 5 |
| Chloromethane | ND | ND | ND | ND | 10 |
| Dibromochloromethane | ND | ND | ND | ND | 5 |
| Dibromomethane | ND | ND | ND | ND | 5 |
| 1,2 Dichlorobenzene | ND | ND | ND | ND | 5 |
| 1,3 Dichlorobenzene | ND | ND | ND | ND | 5 |
| 1,4 Dichlorobenzene | ND | ND | ND | ND | 5 |
| Dichlorodifluoromethane | ND | ND | ND | ND | 10 |
| 1,1 Dichloroethane | ND | ND | ND | ND | 5 |
| 1,2 Dichloroethane | ND | ND | ND | ND | 5 |
| 1,1 Dichloroethene | ND | ND | ND | ND | 5 |
| CIS 1,2 Dichloroethene | ND | ND | ND | ND | 5 |
| TRNS 1,2 Dichloroethene | ND | ND | ND | ND | 5 |
| 1,2 Dichloropropane | ND | ND | ND | ND | 5 |
| CIS 1,3 Dichloropropene | ND | ND | ND | ND | 5 |
| TRNS 1,3 Dichloropropene | ND | ND | ND | ND | 5 |
| Methylene Chloride | ND | ND | ND | ND | 20 |
| 1,1,1,2 Tetrachloroethane | ND | ND | ND | ND | 5 |
| 1,1,2,2 Tetrachloroethane | ND | ND | ND | ND | 5 |
| Tetrachloroethene | 44 | 87 | 55 | 311 | 5 |
| 1,1,1 Trichloroethane | ND | ND | ND | ND | 5 |
| 1,1,2 Trichloroethane | ND | ND | ND | ND | 5 |
| Trichloroethene | 347 | 630 | 995 | 2950 | 5 |
| Trichlorofluoromethane | ND | ND | ND | ND | 10 |
| 1,2,3 Trichloropropane | ND | ND | ND | ND | 5 |
| Vinyl Chloride | ND | ND | ND | ND | 10 |

(Continued)

**WQC 00342**

ND - Not Detected at The Detection Limit

*3225 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700,  Fax: (323) 254-7799*



# AMERICAN SCIENTIFIC LABORATORIES, LLC
*Environmental Testing Service*

## ANALYTICAL RESULTS

ASL Job No: 5523
Project ID: 99-1116
Project Name: Deering

Page: 7

### Quality Control Report

| Lab ID: | 36879 | 36880 | 36881 | 36882 |
|---|---|---|---|---|
| **Surrogate %REC.** | | | | |
| Bromofluorobenzene | 84 | 92 | 90 | 77 |

| | Spike %REC. | Spike DUP. %REC. | AVG. RPD |
|---|---|---|---|
| Chlorobenzene | 82 | 82 | < 1 |
| 1,1 Dichloroethene | 82 | 83 | 1.2 |
| Trichloroethene | 82 | 85 | 3.6 |

**WQC 00343**

ND - Not Detected at The Detection Limit

5225 San Fernando Road, Los Angeles, California 90065 • (323) 254-7700, Fax: (323) 254-7799

NGSC_0060482



# AMERICAN SCIENTIFIC LABORATORIES, LLC
*Environmental Testing Services*

## ANALYTICAL RESULTS

**ASL Job No:** 5523
**Project ID:** 99-1116
**Project Name:** Deering

**Page:** 8

**Report To:** (CEC)
    Certified Environmental Consultants
    547-A Constitution Ave.
    Camarillo, CA 93012-8571

**Attn:** David Johannes         **Phone:** 805/388-8970

**Method:** (8010) Halogenated Volatiles
**Matrix:** Soil
**Units:** ug/kg

| | Lab ID: 36885 | Lab ID: 36886 | |
|---|---|---|---|
| Sample No: | C-4-5 | C-4-10 | |
| Date Sampled: | 06/24/99 | 06/24/66 | |
| Date Extracted: | 06/29/99 | 06/29/99 | Detection |
| Date Analyzed: | 06/29/99 | 06/29/99 | Limit |
| Bromobenzene | ND | ND | 5 |
| Bromodichloromethane | ND | ND | 5 |
| Bromoform | ND | ND | 10 |
| Bromomethane | ND | ND | 10 |
| Carbon Tetrachloride | ND | ND | 5 |
| Chlorobenzene | ND | ND | 5 |
| Chloroethane | ND | ND | 10 |
| Chloroform | ND | ND | 5 |
| Chloromethane | ND | ND | 10 |
| Dibromochloromethane | ND | ND | 5 |
| Dibromomethane | ND | ND | 5 |
| 1,2 Dichlorobenzene | ND | ND | 5 |
| 1,3 Dichlorobenzene | ND | ND | 5 |
| 1,4 Dichlorobenzene | ND | ND | 5 |
| Dichlorodifluoromethane | ND | ND | 10 |
| 1,1 Dichloroethane | ND | ND | 5 |
| 1,2 Dichloroethane | ND | ND | 5 |
| 1,1 Dichloroethene | ND | ND | 5 |
| CIS 1,2 Dichloroethene | ND | ND | 5 |
| TRNS 1,2 Dichloroethene | ND | ND | 5 |
| 1,2 Dichloropropane | ND | ND | 5 |
| CIS 1,3 Dichloropropene | ND | ND | 5 |
| TRNS 1,3 Dichloropropene | ND | ND | 5 |
| Methylene Chloride | ND | ND | 20 |
| 1,1,1,2 Tetrachloroethane | ND | ND | 5 |
| 1,1,2,2 Tetrachloroethane | ND | ND | 5 |
| Tetrachloroethene | ND | ND | 5 |
| 1,1,1 Trichloroethane | ND | ND | 5 |
| 1,1,2 Trichloroethane | ND | ND | 5 |
| Trichloroethene | ND | ND | 5 |
| Trichlorofluoromethane | ND | ND | 10 |
| 1,2,3 Trichloropropane | ND | ND | 5 |
| Vinyl Chloride | ND | ND | 10 |

(Continued)

**WQC 00344**

ND - Not Detected at The Detection Limit

*3225 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700, Fax: (323) 254-7700*

NGSC_0060483



# AMERICAN SCIENTIFIC LABORATORIES, LLC
*Environmental Testing Service*

## ANALYTICAL RESULTS

ASL Job No: 5523
Project ID: 99-1116
Project Name: Deering

Page: 9

### Quality Control Report

| Lab ID: | 36885 | 36886 |
|---|---|---|
| **Surrogate %REC.** | | |
| Bromofluorobenzene | 87 | 95 |

| | Spike %REC. | Spike DUP. %REC. | AVG. RPD |
|---|---|---|---|
| Chlorobenzene | 82 | 82 | < 1 |
| 1,1 Dichloroethene | 82 | 83 | 1.2 |
| Trichloroethene | 82 | 85 | 3.6 |

**WQC 00345**

ND - Not Detected at The Detection Limit

4225 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700,  Fax: (323) 254-7799

NGSC_0060484



# AMERICAN SCIENTIFIC LABORATORIES, LLC

Environmental ...

## ANALYTICAL RESULTS

ASL Job No: 5523
Project ID: 99-1116
Project Name: Deering

**Page: 10**

Report To: (CEC)
    Certified Environmental Consultants
    547-A Constitution Ave.
    Camarillo, CA 93012-8571

Attn: David Johannes                    Phone: 805/388-8970

| Method: | 8015M[DHSLUFT] |
| | TPH Diesel & Heavy Oil Range Organics |
| Matrix: | Solid Waste |
| Units: | mg/kg |

| | | |
|---|---|---|
| Lab ID: | 36884 | |
| Sample No: | CLAR-2 | |
| Date Sampled: | 06/24/99 | |
| Date Extracted: | 07/02/99 | Detection |
| Date Analyzed: | 07/02/99 | Limit |

| C chain | | |
|---|---|---|
| TPH DRO(C13-C22) | 2180 | 10 |
| TPH ORO(C22+) | 150000 | 50 |

## Quality Control Report

| Lab ID: | 36884 |
|---|---|

| Surrogate %REC. | |
|---|---|
| Chlorobenzene | 118 |

| | Spike %REC. | Spike DUP. %REC. | AVG. RPD |
|---|---|---|---|
| Diesel | 112 | 112 | < 1 |

**WQC 00346**

ND - Not Detected at The Detection Limit

... San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700, Fax: (323) 254-7798

NGSC_0060485



# AMERICAN SCIENTIFIC LABORATORIES, LLC
Environmental

## ANALYTICAL RESULTS

ASL Job No: 5523
Project ID: 99-1116
Project Name: Deering

Page: 11

Report To: (CEC)
    Certified Environmental Consultants
    547-A Constitution Ave.
    Camarillo, CA 93012-8571

Attn: David Johannes                    Phone: 805/388-8970

| Method: | 8260/MTBE |
| | Volatile Organic Compounds & MTBE |
| Matrix: | Liquid Waste |
| Units: | ug/L |

| Lab ID: | 36883 | |
| Sample No: | CLAR-1 | |
| Date Sampled: | 06/24/99 | |
| Date Extracted: | 06/02/99 | Detection |
| Date Analyzed: | 06/02/99 | Limit |

| | | |
|---|---|---|
| Benzene | ND | 200 |
| Bromobenzene | ND | 200 |
| Bromochloromethane | ND | 200 |
| Bromodichloromethane | ND | 200 |
| Bromoform | ND | 1000 |
| Bromomethane | ND | 600 |
| N- Butylbenzene | ND | 200 |
| SEC- Butylbenzene | ND | 200 |
| TERT- Butylbenzene | ND | 200 |
| Carbon Tetrachloride | ND | 200 |
| Chlorobenzene | ND | 200 |
| Chloroethane | ND | 600 |
| Chloroform | ND | 200 |
| Chloromethane | ND | 600 |
| 4- Chlorotoluene | ND | 200 |
| 2- Chlorotoluene | ND | 200 |
| 1,2 Dibromo-3-Chloropropane | ND | 1000 |
| Dibromochloromethane | ND | 200 |
| 1,2 Dibromoethane | ND | 200 |
| Dibromomethane | ND | 200 |
| 1,2 Dichlorobenzene | ND | 200 |
| 1,3 Dichlorobenzene | ND | 200 |
| 1,4 Dichlorobenzene | ND | 200 |
| Dichlorodifluoromethane | ND | 600 |
| 1,1 Dichloroethane | ND | 200 |
| 1,2 Dichloroethane | ND | 200 |
| 1,1 Dichloroethene | ND | 200 |
| CIS 1,2 Dichloroethene | ND | 200 |
| TRNS 1,2 Dichloroethene | ND | 200 |
| 1,2 Dichloropropane | ND | 200 |
| 1,3 Dichloropropane | ND | 200 |
| 2,2 Dichloropropane | ND | 200 |
| 1,1 Dichloropropene | ND | 200 |
| CIS 1,3 Dichloropropene | ND | 200 |
| TRNS 1,3 Dichloropropene | ND | 200 |
| Ethylbenzene | 640 | 200 |
| Hexachlorobutadiene | ND | 600 |
| Isopropylbenzene | ND | 200 |
| P- Isopropyltoluene | 272 | 200 |
| MTBE | ND | 400 |
| Methylene Chloride | ND | 1000 |
| Naphthalene | 220 | 200 |
| (Continued) | | |

**WQC 00347**

ND - Not Detected at The Detection Limit

225 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700, Fax: (323) 254-7706

NGSC_0060486



# AMERICAN SCIENTIFIC LABORATORIES, LLC
*Environmental Test*

## ANALYTICAL RESULTS

ASL Job No: 5523
Project ID: 99-1116
Project Name: Deering

Page: 12

| Lab ID: | 36883 | |
| Sample No: | CLAR-1 | |
| Date Sampled: | 06/24/99 | |
| Date Extracted: | 06/02/99 | Detection |
| Date Analyzed: | 06/02/99 | Limit |

| | | Detection Limit |
|---|---|---|
| N- Propylbenzne | ND | 200 |
| Styrene | ND | 200 |
| 1,1,1,2 Tetrachloroethane | ND | 200 |
| 1,1,2,2 Tetrachloroethane | ND | 200 |
| Tetrachloroethene | 200 | 200 |
| Toluene | 3660 | 200 |
| 1,2,3 Trichlorobenzene | ND | 200 |
| 1,2,4 Trichlorobenzene | ND | 200 |
| 1,1,1 Trichloroethane | ND | 200 |
| 1,1,2 Trichloroethane | ND | 200 |
| Trichloroethene | 220 | 200 |
| Trichlorofluoromethane | ND | 200 |
| 1,2,3 Trichloropropane | ND | 200 |
| 1,2,4 Trimethylbenzene | 1800 | 200 |
| 1,3,5 Trimethylbenzene | 700 | 200 |
| Vinyl Chloride | ND | 600 |
| O- Xylene | 2600 | 200 |
| M-& P- Xylenes | 6020 | 400 |

## Quality Control Report

Lab ID: 36883

**Surrogate %REC.**

| | |
|---|---|
| Bromofluorobenzene | 106 |
| Dibromofluoromethane | 92 |
| Toluene-d8 | 102 |

| | Spike %REC. | Spike DUP. %REC. | AVG. RPD |
|---|---|---|---|
| Benzene | 97 | 98 | 1 |
| Chlorobenzene | 98 | 96 | 2.1 |
| 1,1 Dichloroethene | 101 | 95 | 6.1 |
| Toluene | 99 | 100 | 1 |
| Trichloroethene | 97 | 96 | 1 |

**WQC 00348**

ND - Not Detected at The Detection Limit

225 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700,  Fax: (323) 254-7700



# AMERICAN SCIENTIFIC LABORATORIES, LLC

## ANALYTICAL RESULTS

ASL Job No: 5523
Project ID: 99-1116
Project Name: Deering

Page: 13

Report To: (CEC)
    Certified Environmental Consultants
    547-A Constitution Ave.
    Camarillo, CA 93012-8571

Attn: David Johannes                    Phone: 805/388-8970

Method:          [6010A/7471A]
                 CCR Title 22 Metals
Matrix:          Solid Waste
Units:           mg/kg

Lab ID:              36884
Sample No:           CLAR-2
Date Sampled:        06/24/99
Date Extracted:      06/30/99          Detection
Date Analyzed:       06/30/99          Limit

| | | |
|---|---|---|
| Antimony (Sb) | 4.28 | 0.50 |
| Arsenic (As) | 3.41 | 0.50 |
| Barium (Ba) | 2520 | 0.50 |
| Beryllium (Be) | ND | 0.50 |
| Cadmium (Cd) | ND | 0.50 |
| Chromium (Cr) | 24.2 | 0.50 |
| Cobalt (Co) | 3.29 | 0.50 |
| Copper (Cu) | 98.1 | 0.50 |
| Lead (Pb) | 102 | 0.25 |
| Mercury (Hg) | 1.63 | 0.20 |
| Molybdenum (Mo) | 5.27 | 0.50 |
| Nickel (Ni) | 28.1 | 0.50 |
| Selenium (Se) | 0.78 | 0.50 |
| Silver (Ag) | 0.72 | 0.50 |
| Thallium (Tl) | ND | 0.50 |
| Vanadium (V) | 3.62 | 0.50 |
| Zinc (Zn) | 3070 | 0.50 |

## Quality Control Report

| | LCS %REC. |
|---|---|
| Antimony (Sb) | 91 |
| Arsenic (As) | 93 |
| Barium (Ba) | 97 |
| Beryllium (Be) | 98 |
| (Continued) | |

**WQC 00349**

ND - Not Detected at The Detection Limit

222 South Figueroa Place, Los Angeles, California 90005 • (323) 254-7700, Fax: (323) 254-7799

NGSC_0060488



# AMERICAN SCIENTIFIC LABORATORIES, LLC

## ANALYTICAL RESULTS

ASL Job No:    5523
Project ID:    99-1116
Project Name:  Deering

Page: 14

Lab ID:                          36884

|                    | LCS %REC. |
|--------------------|-----------|
| Cadmium (Cd)       | 94        |
| Chromium (Cr)      | 93        |
| Cobalt (Co)        | 92        |
| Copper (Cu)        | 92        |
| Lead (Pb)          | 89        |
| Mercury (Hg)       | 93        |
| Molybdenum (Mo)    | 87        |
| Nickel (Ni)        | 90        |
| Selenium (Se)      | 91        |
| Silver (Ag)        | 95        |
| Thallium (Tl)      | 92        |
| Vanadium (V)       | 92        |
| Zinc (Zn)          | 94        |

WQC 00350

ND - Not Detected at The Detection Limit

2235 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700, Fax: (323) 254-7799

NGSC_0060489



# AMERICAN SCIENTIFIC LABORATORIES, LLC

Certified Environmental Consultants
547-A Constitution Ave.
Camarillo, CA 93012-8571

Number of Pages: 3
Date Received  : 06/25/99
Date Reported  : 07/08/99

Attn : David Johannes
Phone: 805/388-8970

---

ASL Job Number:  5601

Project Name    : Land Owners Ltd. Partnership
Project Number  : 99-1116

Enclosed are the results of analyses on 1 soil sample
analyzed as specified on attached chain of custody.

Checked By

Approved By

ROJERT G. ARAGHI
LABORATORY DIRECTOR

**WQC 00351**

5225 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700, Fax: (323) 254-7700



NGSC_0060491

Case 2:21-cv-03946-HDV-SK   Document 118-1   Filed 12/22/23   Page 63 of 71   Page ID #:1914

# CEC

**Certified Environmental Consultants, Inc.** Job# 5601

547 A Constitution Ave., Camarillo, CA 93012 8571
Telephone 805-388-8970
Facsimile 805-388-1479

**Chain of Custody Form**

Project No: 71-1116   Project Name: DEERING

Project Manager: DAVID JOHANNES

Client Name: LAND OWNERS LTD. PARTNERSHIP

| Lab ID # | Sample I.D. | Date Sampled | Time Sampled | Sample Matrix | Analysis | Container # and type | | | | VOCs BY 8260 | HOLD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | C-3-35 | 4/24/11 | 1:35 | SOIL | 8020 DEERING | 1 TUBE | X | | | | X |
| 872 | C-3-40 | | | | | | | | | | X |
| | C-3-45 | | | | | | | | | | X |
| | C-3-50 | | | | | | | | | | X |
| | C-3-55 | | | | | | | | | | X |
| 7293 | C-3-60 | ↓ | | ↓ | ↓ | ↓ | X | | | X | X |
| 3/313 4 CLAR-72 | ↓ | 3:00 | LIQ/SLUDGE | | 2 VOA 1 JAR | X | X | X | X | |
| 95 | C-4-5 | 4/25/11 | 11:00 | SOIL | | 1 TUBE | X | | | | X |
| 6 | C-4-10 | | | | | | X | | | | |
| | C-4-15 | ↓ | 11:20 | ↓ | ↓ | ↓ | | | | | X |

Relinquished by: [signature] Date 4/25/11 Time 2:30
Received by: [signature] Date 4/26/11 Time 2

**Turn around time:**
[ ] 24 Hr. RUSH!
[ ] 48 Hr. RUSH!
[X] Normal TAT

WQC 00352



# AMERICAN SCIENTIFIC LABORATORIES, LLC

## ANALYTICAL RESULTS

ASL Job No: 5601
Project ID: 99-1116
Project Name: Land Owners Ltd. Partnership

Page: 2

Report To: (CEC)
    Certified Environmental Consultants
    547-A Constitution Ave.
    Camarillo, CA 93012-8571

Attn: David Johannes                          Phone: 805/388-8970

Method:              (8010)
                     Halogenated Volatiles
Matrix:              Soil
Units:               ug/kg

Lab ID:                    37293
Sample No:                 C-3-60
Date Sampled:              06/24/99
Date Extracted:            07/07/99            Detection
Date Analyzed:             07/07/99             Limit

| Analyte | Result | Detection Limit |
|---|---|---|
| Bromobenzene | ND | 5 |
| Bromodichloromethane | ND | 5 |
| Bromoform | ND | 10 |
| Bromomethane | ND | 10 |
| Carbon Tetrachloride | ND | 5 |
| Chlorobenzene | ND | 5 |
| Chloroethane | ND | 10 |
| Chloroform | ND | 5 |
| Chloromethane | ND | 10 |
| Dibromochloromethane | ND | 5 |
| Dibromomethane | ND | 5 |
| 1,2 Dichlorobenzene | ND | 5 |
| 1,3 Dichlorobenzene | ND | 5 |
| 1,4 Dichlorobenzene | ND | 5 |
| Dichlorodifluoromethane | ND | 10 |
| 1,1 Dichloroethane | ND | 5 |
| 1,2 Dichloroethane | ND | 5 |
| 1,1 Dichloroethene | ND | 5 |
| CIS 1,2 Dichloroethene | ND | 5 |
| TRNS 1,2 Dichloroethene | ND | 5 |
| 1,2 Dichloropropane | ND | 5 |
| CIS 1,3 Dichloropropene | ND | 5 |
| TRNS 1,3 Dichloropropene | ND | 5 |
| Methylene Chloride | ND | 20 |
| 1,1,1,2 Tetrachloroethane | ND | 5 |
| 1,1,2,2 Tetrachloroethane | ND | 5 |
| Tetrachloroethene | 53 | 5 |
| 1,1,1 Trichloroethane | ND | 5 |
| 1,1,2 Trichloroethane | ND | 5 |
| Trichloroethene | 1050 | 5 |
| Trichlorofluoromethane | ND | 10 |
| 1,2,3 Trichloropropane | ND | 5 |
| Vinyl Chloride | ND | 10 |

**WQC 00353**

(Continued)

ND - Not Detected at The Detection Limit

8225 San Fernando Road, Los Angeles, California 90065 • (323) 254-7700, Fax (323) 254-7713

NGSC_0060492



## AMERICAN SCIENTIFIC LABORATORIES, LLC

### ANALYTICAL RESULTS

ASL Job No:    5601
Project ID:    99-1116
Project Name:  Land Owners Ltd. Partnership

Page: 3

---

### Quality Control Report

---

Lab ID:                        37293

**Surrogate %REC.**
Bromofluorobenzene              99

|                     | Spike %REC. | Spike DUP. %REC. | AVG. RPD |
|---------------------|-------------|------------------|----------|
| Chlorobenzene       | 107         | 113              | 5.5      |
| 1,1 Dichloroethene  | 85          | 90               | 5.7      |
| Trichloroethene     | 101         | 108              | 6.7      |

WQC 00354

---

ND - Not Detected at The Detection Limit

3225 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700,  Fax: (323) 254-7799

NGSC_0060493

 AMERICAN SCIENTIFIC LABORATORIES, LLC

Certified Environmental Consultants
547-A Constitution Ave.
Camarillo, CA 93012-8571

Number of Pages: 5
Date Received   : 06/28/99
Date Reported   : 07/06/99

Attn : David Johannes
Phone: 805/388-8970

ASL Job Number:  5540

Project Name    : Land Owners LTD. Partnership
Project Number  : 99-1116

Enclosed are the results of analyses on 4 water samples
analyzed as specified on attached chain of custody.

Checked By _____

Approved By _____
                 ROJERT G. ARAGHI
                 LABORATORY DIRECTOR

**WQC 00355**

8225 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700, Fax (323) 254-7799

NGSC_0060494

Case 2:21-cv-03946-HDV-SK   Document 118-1   Filed 12/22/23   Page 67 of 71   Page ID #:1918

# CEC

## Certified Environmental Consultants, Inc.

547-A Constitution Ave., Camarillo, CA 93012-8571
Telephone 805-388-8970
Facsimile 805-388-1479

5540

**Chain of Custody Form**

Page 1 of 1

| Project No | Project Name |
|---|---|
| 99-1116 | DEERING |

| Project Manager |
|---|
| DAVID JOHANNES |

| Client Name |
|---|
| LAND OWNERS LTD. PARTNERSHIP |

**Analyses Requested**

| Lab ID # (Lab use only) | Sample ID (As it should appear on report) | Date sampled | Time sampled | Sample matrix | Site location | Containers # and type | GCV 5200 8010 8242 | 8080 Pesticides, PCBs, Pest PCB | 8015M Diesel Fuel Screen | 8015M Gasoline 5220 Gas BTEX | 418.1 (TRPH) | Semivolatiles 8270 625 | Metals TTLC CAM, PP, PCPA | Lead Only | pH TDS TSS Conductivity, COD | Flashpoint Fuel Gas Het Chrome | | | | Remarks/ Special Instructions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37002 | C-1 | 6/29/99 | 11:00 | WATER | 5020 DEERING | 2 VOA | X | | | | | | | | | | | | | |
| 37003 | C-2 | ↓ | ↓ | ↓ | ↓ | ↓ | X | | | | | | | | | | | | | |
| 37004 | C-3 | ↓ | ↓ | ↓ | ↓ | ↓ | X | | | | | | | | | | | | | |
| 37005 | M-1 | ↓ | 2:35 | ↓ | ↓ | ↓ | X | | | | | | | | | | | | | |

**Turn around time**
- ☐ 24 Hr RUSH*
- ☐ 48 Hr RUSH*
- ☒ Normal TAT

| Relinquished by (Sampler's Signature) | Date | Time |
|---|---|---|
| David Johannes | 6/29/99 | 3.40 |

| Received by | Date | Time |
|---|---|---|

| Relinquished by | Date | Time |
|---|---|---|
| | | |

| Relinquished by | Date | Time |
|---|---|---|

| Received for Laboratory by | Date | Time |
|---|---|---|
| | 6/18/99 | 3.40 |

The delivery of samples and the signature on this chain of custody form constitutes authorization to perform the analyses specified above.

**To be completed by laboratory personnel**

Samples chilled? ☒ Yes ☐ No
Custody seals? ☐ Yes ☒ No
All sample containers intact? ☒ Yes ☐ No
☐ Courier ☐ UPS/Fed Ex ☒ Hand carried

**Sample Disposal**
- ☐ Client will pick up
- ☐ Return to client
- ☒ Lab disposal

Sample Locator No

Laboratory Notes

WQC 00356

NGSC_0060495



# AMERICAN SCIENTIFIC LABORATORIES, LLC

## ANALYTICAL RESULTS

ASL Job No:     5540
Project ID:     99-1116
Project Name:   Land Owners LTD. Partnership

**Page: 2**

Report To: (CEC)
    Certified Environmental Consultants
    547-A Constitution Ave.
    Camarillo, CA 93012-8571

**Attn:** David Johannes          **Phone:** 805/388-8970

Method:       **8260**
            Volatile Organic Compounds
Matrix:       Water
Units:        ug/L

| | 37002 | 37003 | |
|---|---|---|---|
| Lab ID: | 37002 | 37003 | |
| Sample No: | C-1 | C-2 | |
| Date Sampled: | 06/28/99 | 06/28/99 | |
| Date Extracted: | 06/29/99 | 06/29/99 | Detection |
| Date Analyzed: | 06/29/99 | 06/29/99 | Limit |

| | | | |
|---|---|---|---|
| Benzene | ND | ND | 1.0 |
| Bromobenzene | ND | ND | 1.0 |
| Bromochloromethane | ND | ND | 1.0 |
| Bromodichloromethane | ND | ND | 1.0 |
| Bromoform | ND | ND | 5.0 |
| Bromomethane | ND | ND | 3.0 |
| N- Butylbenzene | ND | ND | 1.0 |
| SEC- Butylbenzene | ND | ND | 1.0 |
| TERT- Butylbenzene | ND | ND | 1.0 |
| Carbon Tetrachloride | ND | ND | 1.0 |
| Chlorobenzene | ND | ND | 1.0 |
| Chloroethane | ND | ND | 3.0 |
| Chloroform | ND | ND | 1.0 |
| Chloromethane | ND | ND | 3.0 |
| 4- Chlorotoluene | ND | ND | 1.0 |
| 2- Chlorotoluene | ND | ND | 1.0 |
| 1,2 Dibromo-3-Chloropropane | ND | ND | 5.0 |
| Dibromochloromethane | ND | ND | 1.0 |
| 1,2 Dibromoethane | ND | ND | 1.0 |
| Dibromomethane | ND | ND | 1.0 |
| 1,2 Dichlorobenzene | ND | ND | 1.0 |
| 1,3 Dichlorobenzene | ND | ND | 1.0 |
| 1,4 Dichlorobenzene | ND | ND | 1.0 |
| Dichlorodifluoromethane | ND | ND | 3.0 |
| 1,1 Dichloroethane | ND | ND | 1.0 |
| 1,2 Dichloroethane | ND | ND | 1.0 |
| 1,1 Dichloroethene | ND | ND | 1.0 |
| CIS 1,2 Dichloroethene | ND | ND | 1.0 |
| TRNS 1,2 Dichloroethene | ND | ND | 1.0 |
| 1,2 Dichloropropane | ND | ND | 1.0 |
| 1,3 Dichloropropane | ND | ND | 1.0 |
| 2,2 Dichloropropane | ND | ND | 1.0 |
| 1,1 Dichloropropene | ND | ND | 1.0 |
| CIS 1,3 Dichloropropene | ND | ND | 1.0 |
| TRNS 1,3 Dichloropropene | ND | ND | 1.0 |
| Ethylbenzene | ND | ND | 1.0 |
| Hexachlorobutadiene | ND | ND | 3.0 |
| Isopropylbenzene | ND | ND | 1.0 |
| P- Isopropyltoluene | ND | ND | 1.0 |
| Methylene Chloride | ND | ND | 5.0 |
| Naphthalene | ND | ND | 1.0 |
| N- Propylbenzne | ND | ND | 1.0 |

(Continued)

ND - Not Detected at The Detection Limit

**WQC 00357**

3225 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700, Fax: (323) 254-7709

NGSC_0060496



# AMERICAN SCIENTIFIC LABORATORIES, LLC

## ANALYTICAL RESULTS

**ASL Job No:** 5540                                                                 **Page:** 3
**Project ID:** 99-1116
**Project Name:** Land Owners LTD. Partnership

| | 37002 | 37003 | |
|---|---|---|---|
| **Lab ID:** | 37002 | 37003 | |
| **Sample No:** | C-1 | C-2 | |
| **Date Sampled:** | 06/28/99 | 06/28/99 | |
| **Date Extracted:** | 06/29/99 | 06/29/99 | **Detection** |
| **Date Analyzed:** | 06/29/99 | 06/29/99 | **Limit** |
| Styrene | ND | ND | 1.0 |
| 1,1,1,2 Tetrachloroethane | ND | ND | 1.0 |
| 1,1,2,2 Tetrachloroethane | ND | ND | 1.0 |
| Tetrachloroethene | 27.6 | 457 | 1.0 |
| Toluene | 8.6 | ND | 1.0 |
| 1,2,3 Trichlorobenzene | ND | ND | 1.0 |
| 1,2,4 Trichlorobenzene | ND | ND | 1.0 |
| 1,1,1 Trichloroethane | ND | ND | 1.0 |
| 1,1,2 Trichloroethane | ND | ND | 1.0 |
| Trichloroethene | 450 | 4370 | 1.0 |
| Trichlorofluoromethane | ND | ND | 1.0 |
| 1,2,3 Trichloropropane | ND | ND | 1.0 |
| 1,2,4 Trimethylbenzene | ND | ND | 1.0 |
| 1,3,5 Trimethylbenzene | ND | ND | 1.0 |
| Vinyl Chloride | ND | ND | 3.0 |
| O- Xylene | ND | ND | 1.0 |
| M-& P- Xylenes | ND | ND | 2.0 |

---

## Quality Control Report

| **Lab ID:** | 37002 | 37003 | |
|---|---|---|---|
| **Surrogate %REC.** | | | |
| Bromofluorobenzene | 97 | 113 | |
| Dibromofluoromethane | 112 | 114 | |
| Toluene-d8 | 92 | 91 | |

| | Spike %REC. | Spike DUP. %REC. | AVG. RPD |
|---|---|---|---|
| Benzene | 117 | 120 | 2.5 |
| Chlorobenzene | 95 | 102 | 7.1 |
| 1,1 Dichloroethene | 80 | 82 | 2.5 |
| Toluene | 99 | 112 | 12.3 |
| Trichloroethene | 92 | 102 | 10.3 |

**WQC 00358**

ND - Not Detected at The Detection Limit

3225 San Fernando Road, Los Angeles, California 90065 • (323) 254-7700, Fax: (323) 254-7799

NGSC_0060497



# AMERICAN SCIENTIFIC LABORATORIES, LLC

*Environmental Testing Services*

## ANALYTICAL RESULTS

**ASL Job No:** 5540                                                          **Page: 4**
**Project ID:** 99-1116
**Project Name:** Land Owners LTD. Partnership

**Report To:** (CEC)
  Certified Environmental Consultants
  547-A Constitution Ave.
  Camarillo, CA 93012-8571

**Attn:** David Johannes                          **Phone:** 805/388-8970

**Method:**                          8260
                                     Volatile Organic Compounds
**Matrix:**                          Water
**Units:**                           ug/L

| Lab ID: | 37004 | 37005 | |
|---|---|---|---|
| Sample No: | C-3 | M-1 | |
| Date Sampled: | 06/28/99 | 06/28/99 | |
| Date Extracted: | 06/30/99 | 06/30/99 | Detection |
| Date Analyzed: | 06/30/99 | 06/30/99 | Limit |
| Benzene | 17 | ND | 10 |
| Bromobenzene | ND | ND | 10 |
| Bromochloromethane | ND | ND | 10 |
| Bromodichloromethane | ND | ND | 10 |
| Bromoform | ND | ND | 50 |
| Bromomethane | ND | ND | 30 |
| N- Butylbenzene | ND | ND | 10 |
| SEC- Butylbenzene | ND | ND | 10 |
| TERT- Butylbenzene | ND | ND | 10 |
| Carbon Tetrachloride | ND | ND | 10 |
| Chlorobenzene | ND | ND | 10 |
| Chloroethane | ND | ND | 30 |
| Chloroform | ND | ND | 10 |
| Chloromethane | ND | ND | 30 |
| 4- Chlorotoluene | ND | ND | 10 |
| 2- Chlorotoluene | ND | ND | 10 |
| 1,2 Dibromo-3-Chloropropane | ND | ND | 50 |
| Dibromochloromethane | ND | ND | 10 |
| 1,2 Dibromoethane | ND | ND | 10 |
| Dibromomethane | ND | ND | 10 |
| 1,2 Dichlorobenzene | ND | ND | 10 |
| 1,3 Dichlorobenzene | ND | ND | 10 |
| 1,4 Dichlorobenzene | ND | ND | 10 |
| Dichlorodifluoromethane | ND | ND | 30 |
| 1,1 Dichloroethane | ND | ND | 10 |
| 1,2 Dichloroethane | ND | ND | 10 |
| 1,1 Dichloroethene | ND | ND | 10 |
| CIS 1,2 Dichloroethene | ND | 43 | 10 |
| TRNS 1,2 Dichloroethene | ND | ND | 10 |
| 1,2 Dichloropropane | ND | ND | 10 |
| 1,3 Dichloropropane | ND | ND | 10 |
| 2,2 Dichloropropane | ND | ND | 10 |
| 1,1 Dichloropropene | ND | ND | 10 |
| CIS 1,3 Dichloropropene | ND | ND | 10 |
| TRNS 1,3 Dichloropropene | ND | ND | 10 |
| Ethylbenzene | ND | ND | 10 |
| Hexachlorobutadiene | ND | ND | 30 |
| Isopropylbenzene | ND | ND | 10 |
| P- Isopropyltoluene | ND | ND | 10 |
| Methylene Chloride | ND | ND | 50 |
| Naphthalene | ND | ND | 10 |
| N- Propylbenzne | ND | ND | 10 |

(Continued)

**WQC 00359**

ND - Not Detected at The Detection Limit

3225 San Fernando Road, Los Angeles, California 90065  •  (323) 254-7700,  Fax: (323) 254-7709

NGSC_0060498



# AMERICAN SCIENTIFIC LABORATORIES, LLC

## ANALYTICAL RESULTS

ASL Job No: 5540
Project ID: 99-1116
Project Name: Land Owners LTD. Partnership

Page: 5

| Lab ID: | 37004 | 37005 | |
|---|---|---|---|
| Sample No: | C-3 | M-1 | |
| Date Sampled: | 06/28/99 | 06/28/99 | |
| Date Extracted: | 06/30/99 | 06/30/99 | Detection |
| Date Analyzed: | 06/30/99 | 06/30/99 | Limit |

| | | | |
|---|---|---|---|
| Styrene | ND | ND | 10 |
| 1,1,1,2 Tetrachloroethane | ND | ND | 10 |
| 1,1,2,2 Tetrachloroethane | ND | ND | 10 |
| Tetrachloroethene | 805 | 1430 | 10 |
| Toluene | ND | ND | 10 |
| 1,2,3 Trichlorobenzene | ND | ND | 10 |
| 1,2,4 Trichlorobenzene | ND | ND | 10 |
| 1,1,1 Trichloroethane | ND | 277 | 10 |
| 1,1,2 Trichloroethane | ND | ND | 10 |
| Trichloroethene | 7580 | 4280 | 10 |
| Trichlorofluoromethane | ND | ND | 10 |
| 1,2,3 Trichloropropane | ND | ND | 10 |
| 1,2,4 Trimethylbenzene | ND | ND | 10 |
| 1,3,5 Trimethylbenzene | ND | ND | 10 |
| Vinyl Chloride | ND | ND | 30 |
| O- Xylene | ND | ND | 10 |
| M-& P- Xylenes | ND | ND | 20 |

## Quality Control Report

| Lab ID: | 37004 | 37005 | |
|---|---|---|---|
| **Surrogate %REC.** | | | |
| Bromofluorobenzene | 112 | 110 | |
| Dibromofluoromethane | 114 | 118 | |
| Toluene-d8 | 91 | 91 | |

| | Spike %REC. | Spike DUP. %REC. | AVG. RPD |
|---|---|---|---|
| Benzene | 119 | 110 | 7.9 |
| Chlorobenzene | 104 | 94 | 10.1 |
| 1,1 Dichloroethene | 80 | 78 | 2.5 |
| Toluene | 109 | 100 | 8.6 |
| Trichloroethene | 76 | 72 | 5.4 |

**WQC 00360**

ND - Not Detected at The Detection Limit

3225 San Fernando Road. Los Angeles. California 90065 • (323) 254-7700. Fax: (323) 254-7799

NGSC_0060499