# EXHIBIT 12
# Volume 1



# Expert Report
# W. Richard Laton, PhD

## JEDIDIAH AND ALISA BEHAR, ET AL.
## vs.
## NORTHROP GRUMMAN CORPORATION, ET AL.

### Case No. 21-3946 HDV (SKx)

**Prepared for:**

The Lanier Law Firm, P.C.
2829 Townsgate Rd., Suite 100
Westlake Village, California 91361

Nidel & Nace, P.L.L.C.
One Church Street Suite 802
Rockville, MD 20850

Environmental Energy & Natural Resources Advocates, PLLC
1921 S Boston Ave.
Tulsa, Oklahoma 74119

Law Office of Gideon Kracov
801 S. Grand Ave., 11th Floor
Los Angeles, CA 90017

**Prepared by:**

Earth Forensics Inc.
12532 Vista Panorama
North Tustin, CA 92705

**Project Number 2021.145**
September 27, 2023

September 27, 2023
Project No: 2021.145
Page 2

## Table of Contents

1.0 INTRODUCTION ..................................................................................................... 8

2.0 QUALIFICATIONS ................................................................................................. 8

3.0 SUMMARY OF OPINIONS .................................................................................. 11

4.0 BACKGROUND .................................................................................................... 12

  4.1 Site Description ................................................................................................... 12

  4.2    Site History .................................................................................................... 13

  4.3    Site Operations .............................................................................................. 14

  4.4    Manufacturing Operations .............................................................................. 15

  4.5 Waste Management ............................................................................................. 16

    4.5.1  Clarifier ...................................................................................................... 16

    4.5.2  Sanitary Sewer Discharge ......................................................................... 17

  4.6 Topography .......................................................................................................... 17

  4.7 Geology ............................................................................................................... 17

  4.8 Hydrogeology ...................................................................................................... 18

  4.9 Aquifer Properties ............................................................................................... 19

    4.9.1    Depth to Groundwater ............................................................................ 19

    4.9.2    Groundwater Gradient ............................................................................ 20

    4.9.3    Aquifer Testing Results .......................................................................... 20

    4.9.4    Groundwater Flow Velocity .................................................................... 20

  4.10 Investigation and Remediation Timeline .......................................................... 21

    4.10.1    Initial Investigations .............................................................................. 21

    4.10.2    Delineation of Off-Site Groundwater Impacts and Groundwater Monitoring ........ 22

    4.10.3    Remedial Activities ................................................................................ 25

  4.11 Conclusion of Background ................................................................................. 27

5.0 CONTAMINANTS OF CONCERN IN GROUNDWATER AND SOIL VAPOR ............... 29

  5.1 Contaminants of Concern (COCs) Description .................................................... 29

  5.2 Groundwater Concentrations Significantly Exceed Regulatory Standards ........................ 32

Earth Forensics, Inc.   12532 Vista Panorama, North Tustin, California 92705   www.earthforensics.com

September 27, 2023
Project No: 2021.145
Page 3

5.3 Groundwater COC concentrations ................................................................................. 32

    5.3.1   TCE Groundwater Results................................................................................... 33

    5.3.2   PCE Groundwater Results ................................................................................... 33

    5.3.3   cis 1,2-DCE Groundwater Results...................................................................... 33

    5.3.4   1,1,1-TCA Groundwater Results ........................................................................ 34

    5.3.5   1,1-Dichloroethene (1,1-DCE) Groundwater Results.......................................... 34

    5.3.6   Vinyl Chloride Groundwater Results................................................................... 34

    5.3.7   Chloroform Groundwater Results........................................................................ 34

5.4 Environmental Screening Levels (ESLs) ..................................................................... 35

5.5 Calculation of Target Groundwater Concentration for TCE.......................................... 35

5.6 Northrop Grumman Plume Mapping Criteria ............................................................... 37

5.7 Conclusion of Contaminants of Concern in Groundwater and Soil Vapor.................... 38

6.0 SOURCE, FATE, AND TRANSPORT.............................................................................. 40

6.1 Source(s) on-Site......................................................................................................... 40

    6.1.1 Soil on-Site ........................................................................................................ 41

    6.1.2 Soil Vapor on-Site ............................................................................................. 42

    6.1.3 Groundwater ...................................................................................................... 42

6.2 Timing of known and unknown on-Site releases.......................................................... 42

6.3 Other Potential off-Site Source(s) ............................................................................... 43

    6.3.1 Dry-Cleaners...................................................................................................... 43

    6.3.2 Others................................................................................................................. 43

6.4 Fate and Transport....................................................................................................... 43

    6.4.1 Groundwater on-Site and off-Site....................................................................... 44

    6.4.2 Soil Vapor on-Site ............................................................................................. 44

    6.4.3 Soil Vapor off-Site............................................................................................. 45

6.5 Conclusion of Source, Fate, and Transport ................................................................. 46

7.0 BIBLIOGRAPHY ............................................................................................................. 47

8.0 MATERIAL CONSIDERED AND RELIED UPON............................................................ 52

9.0 EXHIBITS TO BE USED ................................................................................................. 52

10.0 PUBLICATIONS IN LAST 5 YEARS ............................................................................ 52

Earth Forensics, Inc.    12532 Vista Panorama, North Tustin, California 92705    www.earthforensics.com

September 27, 2023
Project No: 2021.145
Page 4

11.0 TESTIMONY ........................................................................................................................ 52

12.0 COMPENSATION .............................................................................................................. 55

13.0 CONCLUDING REMARKS................................................................................................ 55

Earth Forensics, Inc.    12532 Vista Panorama, North Tustin, California 92705    www.earthforensics.com

September 27, 2023
Project No: 2021.145
Page 5

**FIGURES**

Figure 1: Northrop Grumman Plume with Impacted Residential Parcels
Figure 2: Location Map
Figure 3: Site Map
Figure 4a: Aerial Photos 1960
Figure 4b: Aerial Photos 1965
Figure 4c: Aerial Photos 1968
Figure 4c: Aerial Photos 2020
Figure 5: Timeline
Figure 6: Clarifier Details and Photos
Figure 7: Sewer Lines
Figure 8: USGS Topographic Map
Figure 9: Geology Map
Figure 10: Geological Cross Section
Figure 11: Groundwater Elevation Contours
Figure 12a: NG Well Location Map
Figure 12b: NG Well Location Map (Inset)
Figure 13: TCE Groundwater Plume mapped by NG consultants (5 ug/L)
Figure 14: Environmental Site Investigation wells
Figure 15: Groundwater TCE Maximum Concentrations
Figure 16: Groundwater PCE Maximum Concentrations
Figure 17: Groundwater cis 1,2-DCE Maximum Concentrations
Figure 18: Groundwater 1,1-DCE Maximum Concentrations
Figure 19 Groundwater 1,1,1-TCA Maximum Concentrations
Figure 20: Groundwater Vinyl Chloride Maximum Concentrations
Figure 21: Groundwater Chloroform Maximum Concentrations
Figure 22: TCE Concentrations used for plume mapping
Figure 23: TCE 1.2 µg/L Isoconcentration map
Figure 24: TCE 1.2 ug/L Isoconcentration (adjusted)
Figure 25a: GeoKinetics Soil Vapor Sampling 2003-Total VOC Concentration at 5-feet
Figure 25b: GeoKinetics Soil Vapor Sampling 2003-Total VOC Concentration at 10-feet
Figure 26: Off-Site Environmental Sites and Potential COC sources

**TABLES**

Table 1: Maximum Contaminant Level (Groundwater)
Table 2: California Environmental Screening Levels (ESLs)
Table 3: Attenuation Factors (Adapted from Table 6-1 (page 110) of USEPA, 2015a)

**LIST OF APPENDICES**

Appendix A: Curriculum Vitae
Appendix B: Documents Considered and Relied Upon
Appendix C: Chemical Sampling Database
Appendix D: Historical Aerial Photograph

September 27, 2023
Project No: 2021.145
Page 6

**Common Acronyms**

μg - microgram
μg/kg – micrograms per kilogram
μg/kg – micrograms per kilogram
μg/l - micrograms per liter
μg/m$^3$ - micrograms per cubic meter
AC - granulated activated carbon
AOC - area of concern / area of contamination
AOP - advanced oxidation process
AS – air sparging
AST – above ground storage tank
bgs – below ground surface
cDCE – cis-1,2-dichloroethylene
COC – chemicals of concern
CPT – Cone Penetrometer Test
Cr6$^+$ - hexavalent chromium
CVOC – chlorinated volatile organic compound
DCA – 1,1-dichlorethane
DCE – dichloroethylene
DNAPL – dense non-aqueous phase liquid
EPA – Environmental Protecting Agency
ESA – environmental site assessment
ft - feet
FS – feasibility study
gal – gallon
HPT – Geoprobe hydraulic profiling tool
ISCO – in-Situ chemical oxidation
IRM – interim remedial measure
IWWTP – industrial wastewater treatment plant
LD - land disposal
LNAPL – light non-aqueous phase liquid
LUST - leaking underground storage tank
MCL - maximum contamination levels
MIP – Geoprobe membrane interface probe
mg/kg - milligrams per kilogram
mg/l - milligrams per liter
MOU - memorandum of understanding
MSDS - material safety data sheet
msl – mean sea level
MSSL - maximum soil screening levels
MSWL - municipal solid waste landfill
mZVI – microscale zero-valent iron
NAPL – non-aqueous phase liquid
NCP – National Priorities List
ND - non-detectable
NOD – natural oxidant demand
ONCT – on-Site containment
O&M – operations and maintenance
PA/SI - preliminary assessment/site inspection

September 27, 2023
Project No: 2021.145
Page 7

PAH – polycyclic aromatic
PCE – tetrachlorethylene (perchloroethylene)
PCOC – potential chemicals of concern
PP - priority pollutants
ppb – parts per billion
ppm – parts per million
PQL - practical quantitation limit
PRG - preliminary remediation goals
PS - point source
QA / QC – quality assurance / quality control
RA - remedial action
RCRA – Resource Conservation and Recovery Act
RD - remedial design
RFI - remedial field investigation
RI/FS - remedial investigation/feasibility study
ROD – record of decision
RP - responsible party
SI – site investigation
SVE – soil vapor extraction
SVOC - semi-volatile organic compounds
TCA – 1,1,1-trichloroethane
TCE – trichloroethylene
tDCE – trans-1,2-dichloroethylene
TPH – total petroleum hydrocarbons
TRI - Toxic Release Inventory
USEPA - United States Environmental Protection Agency
USGS – US Geological Survey
UST – underground storage tank
VC – vinyl chloride
VOC – volatile organic compounds

September 27, 2023
Project No: 2021.145
Page 8

## 1.0 INTRODUCTION

I have been retained by the law firms of The Lanier Law Firm; Nidel & Nace, Environmental Energy & Natural Resources Advocates, and Law Office of Gideon Kracov in this matter for the purpose of rendering opinions in the fields of geology, hydrogeology, hydrology and the fate and transport of chemicals of concern (COC) as it relates to *"Northrop Grumman"* or *"Litton Property",* to be referred to as the *"Site"*.  More specifically, I was asked to evaluate and opine on: (1) the scope and nature of the subsurface chemicals of concern ("*COC*") as they relate to the groundwater plume leaving the Site, (2) the source of the groundwater contamination causing the Site plume, (3) the extent to which the subsurface contamination in the Site plume has been impacting the former and current residents in the area.

The opinions in this Expert Report are given to a reasonable degree of scientific certainty.  They are based on my knowledge, skill, experience, training, education, and on the facts and data described in this report and past reports.  My opinions are based on the data that were available to me at the time these opinions were rendered.  Should additional information become available; I reserve the right to update or supplement my opinions.  In addition to references identified, the undersigned is relying on the other expert reports, documents, and testimony submitted in this matter.

## 2.0 QUALIFICATIONS

I am an expert in the field of hydrology, hydrogeology, environmental contamination, and site investigations.  I am a Registered Professional Geologist and Hydrogeologist in the State of California and a Professional Geologist in Alaska, Arizona, Florida, Illinois, Indiana, Minnesota, New York, North Carolina, Oregon, Pennsylvania, Texas, and Washington.  I am a Certified Professional Geologist with the American Institute of Professional Geologists and a Licensed European Geologist.  My educational background that relates to this case is as follows: 1997 – Ph.D. in Hydrogeology, Western Michigan University; 1992 – M.S. in Environmental Earth Science, Western Michigan University; and 1989 – B.A. in Earth Science, St. Cloud State University, Minnesota.

September 27, 2023
Project No: 2021.145
Page 9

My certifications include: California Professional Hydrogeologist (CHG-958), California Professional Geologist (PG-7098); Alaska Professional Geologist (PG-673), Arizona Professional Geologist (PG-42253); Florida Professional Geologist (PG-2618), Illinois Professional Geologist (196.001370); Indiana Professional Geologist (LPG-2191); Minnesota Professional Geologist (PG-44868); New York (PG-001222); North Carolina (PG-2614); Oregon Professional Geologist (G2153); Pennsylvania (PG-5095); Texas Professional Geologist (PG-10018); Washington Professional Geologist and Hydrogeologist (PG/CHg-2517); European Geologist (N-1128), AIPG-Certified Professional Geologist (CPG-10544); and OSHA 40-Hour Hazwoper Supervisor.

I am an Associate Professor of Hydrogeology in the Department of Geological Sciences at California State University, Fullerton, and an Adjunct Associate Professor at Western Michigan University, Department of Geological and Environmental Sciences. This is a continuation of a career that includes years of teaching, consulting, and management experience. I possess extensive knowledge and experience in the areas of earth science, hydrogeology, fate and transport of soil and water contamination, water quality, corrective action, hydrology and surface water, real estate due diligence, site assessment, site investigation, site remediation, groundwater and surface water modeling, wetlands, fluvial/coastal geomorphology, environmental field sampling techniques and well/pipe hydraulics, hydrofracking/well enhancement, waste management, as well as environmental remote sensing, aerial photographic interpretation/analysis and GIS (mapping). My course topics encompass hydrogeology, water quality, environmental sampling, groundwater modeling, well hydraulics, remediation technologies, RCRA/CERCLA compliance, meteorology, oceanography, geology, drilling and well construction, field hydrogeology, borehole, and surface geophysics.

I am also the President/Owner of Earth Forensics, Inc. (EFI). I have provided consulting services for various companies and agencies throughout the United States that have requested input on the above subjects, including natural hazard assessment and mapping. I have worked as a consultant since 1990 on a wide variety of issues and cases, including hydrogeology, hydrology, geology, and soil, soil vapor, and aquifer contamination problems, as well as legal cases involving the fate and transport of various, contaminates (including chlorinated solvents). I have published multiple

September 27, 2023
Project No: 2021.145
Page 10

articles in peer-reviewed journals and given over 116+ presentations and articles in symposia proceedings.

I am an active member of the National Groundwater Association (NGWA), where I was a past chair and board member for the Science and Engineering Division.  I am a past NGWA Ross L. Oliver Award winner and a former McEllhiney Distinguished Lecturer on Water Well Technologies.

I also have been qualified as an expert witness on issues concerning fate and transport hydrogeology, hydrology, geology, soil, soil vapor, aquifer contamination, and the quality of groundwater, including drinking water.  I have testified on the fate and transport of contamination by industrial operations and the historical use, process, management, and storage of chemicals.  I have been retained as an expert in over 100 cases and I have testified over 30 times as an expert witness for cases held in numerous states and federal courts.  I have never failed to qualify as an expert in any litigation.  A list of all cases in which I have testified as an expert at trial or by deposition during the past four years is included in **Section 11.0** and **Appendix A**:  Curriculum Vitae.  A list of all publications I have authored in the past ten years is included in **Section 10.0** and **Appendix A**: Curriculum Vitae.

September 27, 2023
Project No: 2021.145
Page 11

**3.0 SUMMARY OF OPINIONS**

The opinions stated within this Expert Report, including the summary of my opinions set forth below, are based on my education, training, experience, established scientific methods, Site visit on May 17, 2022, documents provided to me by counsel or publicly available (see **Appendix B: Documents Considered and Relied Upon**) and information gathered by myself and staff at Earth Forensics, Inc. (Earth Forensics), and others under my direction and supervision.   The observations, analyses, and opinions presented in this Expert Report are given to a reasonable degree of scientific certainty.

The opinions in this Expert Report are based on the documents made available by counsel and others collected by Earth Forensics (see **Appendix B: Documents Considered and Relied Upon**). As such, these opinions are subject to revision, as new or different information becomes available. I reserve the right to amend or supplement this report when and if the new information is made available to me.

The following represent my opinions in this case:

- 8020 Deering Ave, Canoga Park, City of Los Angeles, California is the source of the Northop Grumman Plume (see **Figure 1**).
- Trichloroethylene (TCE) is the primary COC I have used to delineate the extent of the Northrop Grumman Plume;
- The source of the TCE is past plating, etching and circuit board manufacturing and waste handling operations by Litton that occurred at 8020 Deering Ave.;
- Due to Northrop Grumman's waste disposal practices, TCE has impacted groundwater since early 1968;
- The San Fransico Regional Water Quality Control Board (SFRWQCB) has stated TCE concentrations of 1.2 µg/L in the groundwater could produce a 0.48 µg/m$^3$ indoor air concentration;
- For the purposes of assessing the risk to indoor air, the extent of the Northrop Grumman TCE groundwater Plume is defined at a concentration of 1.2 µg/L;
- The Northrop Grumman Plume is approximately 2.5 miles in length, and up to ¾ mile wide at its widest, and extends to depths of at least 100 feet bgs,
- The extents of the PCE, cis 1,2-DCE, and 1,1-DCE groundwater contamination are all contained within the delineated 1.2 µg/L TCE plume contour;
- There have been multiple remedial actions since 2004, but they have been limited to addressing only the on-Site contamination, and no remedial actions have been employed to address the off-Site Northrop Grumman Plume;

September 27, 2023
Project No: 2021.145
Page 12

- No alternative off-Site sources have been identified that are contributing any significant mass of TCE to the Northrop Grumman Plume;
- The primary off-Site risk driver is vapor intrusion and indoor air exposure to residents;
- The Northrop Grumman Plume underlies 3,787 residential parcels, all of which have been impacted by vapor intrusion and may experience TCE concentrations above acceptable risk levels;
- No discussion within the draft CAO addresses the off-Site vapor intrusion issues associated with the Northrop Grumman TCE Plume;
- Based on the testimony of the project manager for the RWQCB, Northrop Grumman has a plan in place to begin pilot testing of ZVI injection in the off-Site plume, which may or may not prove effective and ultimately be implemented; and,
- The draft CAO clearly states that contamination from the 8020 Deering Ave property extends in groundwater and soil vapor beneath the residential area for several miles and represents a vapor intrusion threat to the residential properties that lie over the Plume.

The remainder of this Report forms and explains the basis of my expert opinions in this matter of hydrology, hydrogeology, contaminant distribution, adequacy of operation and investigations and corrective actions, and data interpretation.  The conclusions that are presented throughout this Report are based not only on the information that is presented in that specific section but also on the background information that is presented in the preceding sections and the information presented in the **Bibliography** and **Appendices B**.

## 4.0 BACKGROUND

This section provides a brief description of the Northrop Grumman (Former Litton Facility) Site at 8020 Deering Avenue, Canoga Park, City of Los Angeles, California ("*Site*"), and the residential area surrounding the Site.  This includes a historical perspective of some of the operations and practices pertaining to on- and off-Site waste handling and the contamination of the environment caused by those practices that have led to the "*Northrop Grumman Plume*".  **Figure 1:** Northrop Grumman Plume with Impacted Residential Parcels shows the Site and the Northrop Grumman Plume boundary as mapped by Earth Forensics, Inc.  Further discussion on the methodology and reason for the 1.2 µg/L TCE contour line can be found in sections 5.5 and 5.6 of this report.

4.1 Site Description

The Site is situated in Canoga Park, a community in Los Angeles.  The Site's location can be seen on **Figure 2**: Location Map.  The 1.75-acre Site is occupied by an advertising and printing

September 27, 2023
Project No: 2021.145
Page 13

company, utilizing a 29,000-square-foot building and an asphalt-paved parking lot (**Figure 3**: Site Map). The Site is surrounded by light industrial and manufacturing facilities to the north, south, and west, with residential properties on the east and southeast. The residential area began to be developed in the mid-1950s (**Figure 4a:** Aerial Photos 1956). By 1965, Deering Ave and the building on the immediate property to the south had been constructed (**Figure 4b**: Aerial Photos 1965). In 1967, the on-Site existing manufacturing building was constructed (**see Figure 4c**: Aerial Photos 1968) (COLADOBS, 1967a). Prior to development of the Site, the area was used for agricultural purposes. In April 2006, an underground clarifier was removed from the Site, as documented by Orion Environmental Inc. (OEI, 2006). As shown on **Figure 3**: Site Map, the clarifier was located on the southern side of the building.

4.2 Site History

The Site history and operations is shown on **Figure 5:** Timeline and discussed below.

- **1967 August** – One Story building constructed by Rosco-Canoga Industrial Park at 8020 Deering Blvd (COLADOBS, 1967b; COLA, 1967a)
- **1967 October** – Litton Industries becomes owner (COLA, 1967b)
- **1967 December** - Litton Industries listed as Owner on Certificate of Occupancy (COLADOBS, 1968)
- **1968 February-March** - Litton Industries applies for and was granted Industrial waste Permit (W-32132) for discharge of wastes from its metal cleaning, etching, printed circuits, and plating wastes (acids and solvents to the sanitary sewer (COLADPW, 1968)
- **1974 March** - Litton Advance Circuity Division Cancels Waste Permit W-37271 (COLADPW, 1972)
- **1974 April** – Litton Sells Property (COLA, 1974)
- **1975 February** - Black Copy listed on Certificate of Occupancy (COLADOBS ,1975a)
- **1991 January** - Peabody Auto Body applies for industrial waste permit (COLADPW ,1991)
- **1991 September** - Auto Body terminated industrial waste permit (LASAN, 1991)
- **1992 August** - Vito's Autobody applies for Industrial Waste Permit (LASAN, 1992)
- **1993 March** - Robert Silver (Auto Body) listed as owner on Certificate of Occupancy (COLADOBS, 1993)
- **1994 February** - Landowners Limited (Auto Body Repair) listed as owner on Certificate of Occupancy (COLADOBS, 1994)
- **1994 December** - Vito's Autobody terminates industrial waste permit (LASAN, 2000a)
- **1995** - Norman Bench Advertising occupies building (LASAN, 1998)
- **1997 December** - Vito's Auto Body cancels industrial waste permit (LASAN, 1992)
- **2001** - Litton was purchased by Northrop Grumman in 2001 (NG, 2001)
- **2006 April** - Clarifier Removal

September 27, 2023
Project No: 2021.145
Page 14

4.3 Site Operations

During its history, several companies co-existed at 8020 Deering Ave during overlapping periods. Wholly owned subsidiaries and Divisions of the Litton Corporation and Litton Industries (Litton) operated on the property from 1967 until possibly 1977 (COLADOBS, 1968; VRI, 2000). These Litton entities include the Advanced Circuit Division (ACD), the Memory Products Division (MPD), and Monroe Calculators (VRI, 2000). Litton stated that ACD operations involved "*Plating, Etching, and Cleaning of circuit boards*" as shown on their Application for Industrial Waste Permit (COLADPW, 1968). Litton operations have also been described by other environmental consultants as involving circuit board manufacturing, copper plating, silk screening, photo printing, chemical stripping, and cleaning (SCSI, 2022; OEI, 2007; H&A, 2016b; GCI, 2020; VRI, 2000). Operations and the use of TCE were described by Litton employees in a 2000 report by Verdict Resource (VRI, 2000):

> "*ACD manufactured circuit boards, which included copper plating production for single and double-sided boards. Don Krueger, Group Controller for Litton Corporation, recalled that a plating line of eight or ten plating tanks were kept onsite. Mr. Bown described ACD's primary processes were silk screening, photo printing, plating, and chemical stripping and cleaning. Various plant operations were performed involving the use of gold and copper sulfate, copper chloride with ammonia base, methylene chloride and trichloroethylene (TCE). No more than 150 to 200 gallons of methylene chloride and one or two drums of TCE were stored onsite at any one time. ACD utilized a clarifier for discharging its acidic industrial liquid waste, according to Rick Jensen*"

Materials & Process Research Associates, Inc. (MPRA) occupied part of the site from about 1970 to 1973. MPRA conducted research for the purpose of "*developing coatings for the Unites States' Navy as well as for pots and pans in a laboratory at the subject site.*" (VRI, 2000). Biojester, Inc. occupied a portion of the property from about 1971 to 1977, and operations included the manufacturing of sewage treatment systems that would produce potable water by adding spores to the sewage. The fiberglass sewage units were sprayed with resin on-Site (VRI, 2000). Reed Industries Inc. operated on a portion of the Site beginning sometime in 1972 until about early 1974. Reed Industries Inc. produced child safety plastic knobs (VRI, 2000).

Black Copy Company (Graphic Technologies, Inc.) occupied the property from at least August 1974 (VRI, 2000; COLADOBS, 1975a; COLADOBS, 1975b) to around 1990 (Seaver, 2002). They manufactured toner and developer for printers and copiers (SCSI, 2022).

September 27, 2023
Project No: 2021.145
Page 15

From approximately 1990 to about the mid-2000s, the Site was occupied by several companies: West Coast Drag Racing School, Peabody Custom Paint & Auto, Vito's Auto Body, the Transit Authority, and Trinity Motor Sports all conducted automotive repair, customization, painting, cleaning, and detailing (NEI, 1998). From around 2005 to the present, several companies (Norman's Bench Advertising, Coast United Advertising, and Coast United-Bench Ad Company) have printed and manufactured advertisement signs for public transportation benches and other venues (SCSI, 2022).

Several other companies have been associated with the Deering Ave property, but little information about when they operated or the type of processes conducted at the Site exists. This includes Licensed Products Company, Inc., Creative Collect Forms, and Tiger Star Bar Company (VRI, 2000).

The property has had several owners since operations on the site began (VRI, 2000):

- October 1967 to April 1974 - Litton Industries
- April 1974 to December 1975 - Christopher Green
- December 1975 to March 1977 – Christopher Green and Sydney N. Floersheim
- March 1977 to February 1979 – Elaine Floersheim
- February 1979 to April 1980- Christopher Green
- April 1980 to Present – Landowners Ltd.

4.4 Manufacturing Operations

Throughout its history, the Site has been engaged in various manufacturing activities, including circuit-board production, copper plating, silk screening, photo printing, and chemical stripping. ACD manufactured circuit boards, which included copper plating production. An employee of Litton, Don Krueger, recalled that a plating line of eight or ten plating tanks was kept on-Site (VRI, 2000). An employee of ACD, Mr. Brown, described its primary Litton processes as silk screening, photo printing, plating, chemical stripping, and cleaning (VRI, 2000). In addition to the above operations, over the years, various Litton plant operations were performed involving the use of gold and copper sulfate, copper chloride with an ammonia base, methylene chloride, and trichloroethylene (TCE) (VRI, 2000).

September 27, 2023
Project No: 2021.145
Page 16

4.5 Waste Management

An application for Industrial Waste Permit W-32132 submitted by Advanced Circuitry Division of Litton Component Division on February 21st, 1968, indicated that a 1,250-gallon clarifier was installed to address the acid and solvents discharge that went into a 10-inch Vitrified Clay Pipe (VCP) sewer line on Deering Ave (COLADPW, 1968). I have found no records of how the solvents used in the various plating processes at the Site were disposed of other than being discharged pursuant to the Waste Permit via pipes to the clarifier and into the sanitary sewer.

### 4.5.1 Clarifier

Around 1968, a 1,250-gallon fiberglass clarifier was installed just south of the building (COLADPW, 1968) (**Figure 3**: Site Map). The permit describes the clarifier as "*3CC-9'D x 3' x 3' B.I. with sample box*". Three (3) cement concrete (cc) 9 feet deep 3 by 3 feet below invert (B.I.) sample box. The National Environmental Preliminary Site Investigation Report describes the clarifier as:

> "…*approximately 7 feet deep with three settlement chambers and a fourth shallower outlet chamber*:" (NEI, 1998)

The original dimensions of the clarifier are further corroborated by a 2000 Permit Information Sheet, which states that the clarifier is "*3 compartment 9X3X3, 607 Gal Below Invert W/Sample Box*" (LASAN, 2000b).

**Figure 6**: Clarifier Details and Photos, show the configuration of the clarifier.

In 2006, Orion Environmental (OEI, 2006) described the clarifier as a four-stage clarifier comprised of four concrete basins eight feet deep (which at the time of installation were originally lined with fiberglass). The first three basins were approximately 3 by 3 feet, with the fourth measuring 2.5 by 2.5 feet (OEI, 2006) (**Figure 6:** Clarifier Details and Photos). This description of the clarifier is consistent with the original clarifier constructed in 1968; however, at some point in time the fiberglass lining was removed. In 2006 the clarifier was removed, exposing its concrete makeup. The clarifier was demolished in 2006.

*4.5.2  Sanitary Sewer Discharge*

The clarifier discharged to the 10-inch VCP sewer line that is approximately 100 feet west on Deering Ave.  The industrial sewage was and is presently conveyed south down Deering Ave to Ingomar Street, where it flows east to DeSoto Ave, then south to Vanowen Street, and ultimately east toward the Los Angeles Sanitation (LASAN) wastewater treatment plant (WTP).  The sewer line through which discharge from Litton was conveyed to the WTP was installed between 1932 and 1967.  The sewer lines are maintained and owned by the LASAN (**Figure 7**: Sewer Lines).

4.6 Topography

The topography near the Site is relatively flat and regionally slopes gently downward to the southeast (**Figure 8:** USGS Topographic Map).  The Site is approximately 825 feet above mean sea level.  The Browns Canyon Wash is located approximately 0.5 miles east of the Site.  The wash is a concrete-lined drainage culvert and generally flows in a southerly direction where its confluences with the Los Angeles River approximately 1.5 miles to the southeast of the Site. Stormwater runoff is routed into municipal storm drains that are present in the adjacent street.

4.7 Geology

The Site is in the eastern portion of California's Transverse Ranges Geomorphic Province.  The Transverse Ranges Province consists of east-west trending, elongate, fault-derived, sequential mountains and valleys.  The region's structural features are generally related to compressional forces.  The Transverse Ranges are characterized by a complex of folded and faulted rock units, primarily consisting of marine and non-marine sedimentary materials, with localized intrusive (granitic) and extrusive (volcanic) igneous rocks and associated metamorphic rocks.  The rock in the transverse ranges varies in age from Proterozoic to Holocene/Recent (greater than 570 million to less than 11,000 years old).

The San Fernando Valley is a depositional trough that has been infilled by alluvial fan, floodplain, and channel deposits originating from the Santa Monica Mountains, Simi Hills, and Santa Susana Mountains to the south, west, and north of the Site, respectively.  The alluvial fan and channel deposits are predominantly composed of layered silt, silty sand, and clay with local interbedded

September 27, 2023
Project No: 2021.145
Page 18

sand and gravel, with the floodplain deposits consisting of clay and thin silt or sand beds (DCDMG, 1997) (**Figure 9**: Geology Map).

The San Fernando Valley area is underlain by alluvium, predominantly composed of unconsolidated deposits of silt, sand, and gravel sourced from the adjacent mountains. The alluvial can be divided into younger and older alluvium. The younger alluvial unit ranges in thickness from up to 50 feet below the ground surface (bgs). The younger alluvium is underlain by older alluvium, composed of dissected surficial deposits of cobbles, boulder fanglomerate, gravels, and sandstone detritus. The Recent-aged alluvial deposits are typically unconformably underlain by Pliocene to Pleistocene-aged (5 million to 12,000-year-old marine deposits). The alluvium directly beneath the Site consists of loose to moderately dense silty sand silt and clay (SCSI, 2022).

4.8 Hydrogeology

The Site is in the San Fernando Valley Groundwater Basin. The Groundwater Basin was adjudicated in 1979. The basin is bounded on the north and northwest by the Santa Susana and the San Gabriel Mountains, on the west by the Simi Hills, on the south by the Santa Monica Mountains and Chalk Hills, and on the east by the San Rafael Hills (DWR, 2004).

The lower Pleistocene Saugus Formation and Pleistocene and Holocene age alluvium are the main water-bearing formations (CSWRB, 1962). The aquifers are predominantly unconfined apart from confining conditions in the Saugus Formation in the western part of the basin (CSWRB, 1962). The Saugus and Alluvial aquifers generally increase in thickness and permeability eastward; because of this, the groundwater municipal wellfields are in the eastern portion of the basin (USGS, 1985), as opposed to the western portion of the basin near the Site.

The Site is underlain by approximately 350 feet of alluvium. The upper 100 feet contain higher percentages of coarse-grained sands and gravels than the lower 250 feet. Beneath the Site, groundwater is approximately 50 feet bgs but decreases in depth as you move to the southeast (SCSI, 2022).

September 27, 2023
Project No: 2021.145
Page 19

The CSWRB report contains a cross-section drawn near the Site that includes a deep boring (approximately 350 feet deep) located north of the Site, as shown on **Figure 10:** Geological Cross-Section, an extensive (approximately 250 feet thick) "*clay*" unit is seen from 100 feet bgs to the top of bedrock at a depth of approximately 350 feet bgs (CSWRB, 1962). In 2015, a deep soil boring (DB-1) was drilled on-Site to a depth of 200 feet bgs. This boring identified alternating beds of silts and silty sands as well as an occasional sand unit within the clay (OEI, 2016a).

Two-channel complexes in the saturated zone have been identified in the source area by investigators.

- A continuous shallow sand/gravel channel system consisting of medium to coarse sand and gravel with some floodplain silt and clay interbedding is located between approximately 35 and 60 feet bgs and ranges from 5 to 10 feet thick. The shallowest and thickest sand and gravel layers occur on the southwest side of 8000 Deering Ave (adjacent property) at OHP-5, where the shallow sand/gravel channel complex occurs from approximately 35 to 57 feet bgs (SCSI, 2022).

- A deep channel of lower permeability interbedded silty sands, silts, and clays with occasional coarser-grained channel deposits exists below 62 feet bgs. Several thin sand and gravel layers were identified in borings at approximately 75 feet bgs and 92 feet bgs, with locally thicker transmissive layers from 62 to 73 feet bgs MIP-33 to MIP-44) (SCSI, 2022).

4.9 Aquifer Properties

The physical properties of underlying aquifers are always important to any project where contaminants have been released into the environment. The following section presents these aquifer properties.

*4.9.1    Depth to Groundwater*

It has been reported that the highest groundwater levels in the basin were recorded in 1944, but due to over-pumping of the aquifer resulted in a significant decline in groundwater elevations throughout the Basin (H&A, 2016a). Groundwater elevations began to stabilize in the eastern portions of the basin between 1960 and 1980, but the western portion of the basin has not recovered

September 27, 2023
Project No: 2021.145
Page 20

to the historical 1944 levels (DCDMG, 1997).  The historical groundwater flow direction in the vicinity of the Site has been to the southeast (**Figure 11:** Groundwater Elevation Contours).  Historically, groundwater depth below the VOC plume has ranged from 40 to 60 feet bgs (H&A, 2016a).  Beneath the Site, in 2022, groundwater was at approximately 50 feet bgs (SCSI, 2022).

### 4.9.2    Groundwater Gradient

The groundwater in the region predominantly flows in a south-southeast direction, following the path towards the Los Angeles River.  In the shallower sections of the Alluvial Aquifer, the horizontal hydraulic gradient varies between 0.0001 and 0.001 feet per foot (ft/ft).  It's important to note that this gradient can be influenced by both local and regional hydraulic stresses.  Factors such as municipal groundwater pumping, the presence of recharge basins, and the implementation of local remedial systems (such as hydraulic control systems) can impact the hydraulic gradient in the area.  Vertical gradients in the area are generally upward, with a range from 0.001 to 0.032 ft/ft (SCSI, 2022).

### 4.9.3    Aquifer Testing Results

Aquifer testing conducted by Haley & Aldrich (H&A) found that hydraulic conductivity values ranged from 465 to 724 feet per day (ft/day) in the shallow extraction well EW-1S.  The well is screened through a sand/gravel zone and other lower permeability layers.  H&A estimated that the hydraulic conductivity for the sand/gravel zone could be as high as 930 to 1,448 ft/day.  (SCSI, 2022).  H&A calculated hydraulic conductivities of the deeper channel deposits in the range of 2 to 14 ft/day near the deeper extraction well EW-1D (screened 68.5 to 83.5 feet bgs) (H&A, 2011).

Several other tests were run to analyze the hydraulic properties of the alluvium beneath the Site.  These included laboratory permeability testing, aquifer tests, tracer tests, and hydraulic profiling tool (HPT) (SCSI, 2022).

### 4.9.4    Groundwater Flow Velocity

Based on the above hydraulic conductivities, effective porosity, and groundwater gradients, there have been multiple published groundwater flow rates.  These have been extended to include the retardation factor of several contaminants of concern (COCs) to gain insight into the possible

September 27, 2023
Project No: 2021.145
Page 21

timing of releases to the environment. Several tracer tests were performed in 2015 and 2016 to evaluate the groundwater flow rate. It was reported that the groundwater velocities ranged from 0.4 to 4.4 ft/day. H&A concluded that velocities of 1 to 2 ft/day in shallow sand/gravel channel deposits were not unreasonable. Groundwater flow is believed to occur primarily in the lateral direction in the coarse-grained, highly transmissive channel deposits, as described by H&A (H&A, 2016a) (SCSI, 2022).

4.10 Investigation and Remediation Timeline

Previous investigations indicate that the soil and groundwater beneath the Site areas of the Northrop Grumman Plume are impacted with volatile organic compounds (VOCs), including tetrachloroethene (PCE), trichloroethene (TCE), 1,1,1-trichloroethane (1,1,1-TCA), and chloroform. The groundwater also contains VOC breakdown products, including cis-1,2-dichloroethene (cis-1,2-DCE) and 1,1-dichloroethene (1,1-DCE). Groundwater is impacted by TCE approximately 2.5 miles downgradient from the Site.

Below is a timeline of the investigations conducted on-Site and off-Site.

*4.10.1  Initial Investigations*

**1998 November** - Preliminary Site Investigation (NEI, 1998)

In 1998, National Environmental Inc. (NEI) conducted a preliminary site investigation. The purpose of the investigation was to determine if the soil had been impacted in the vicinity of the clarifier and barrel storage pad (NEI, 1998). Two soil borings (B-1 and B-2) were advanced near the barrel storage area. Additionally, two soil borings (B-3 and B-4) were advanced near the clarifier. The borings were advanced to a depth of 10 feet bgs. Soil samples were collected at both 5 and 10 feet bgs. The samples collected near the barrel storage area were analyzed for metals. All soil sample results near the barrel storage area were below existing action levels. Samples collected in borings near the clarifier had concentrations above the action levels for copper, nickel, total petroleum hydrocarbons (TPH), DCE, TCE, and PCE. TCE and PCE concentrations in soil were found at concentrations as high as 720 µg/kg and 540 µg/kg,

September 27, 2023
Project No: 2021.145
Page 22

respectively.   NEI recommended an additional investigation *"to delineate the vertical and lateral extent of the soil and ground water impairment related to the leaking clarifier"*.

**1999 January** – Phase II Environmental Site Assessment Report (MSE, 1999a)

In December 1998, MSE Environmental advanced four additional borings (M-1 through M-4) near the clarifier.  The borings were advanced to depths between 25 and 40 feet bgs.  Soil samples were collected at 5-foot intervals.  Additionally, M-1, located just south of the clarifier, was converted to a monitoring well, and one groundwater sample was collected.  TCE and PCE concentrations in soil were found at concentrations as high as 38,000 µg/kg and 5,070 µg/kg, respectively.  TCE and PCE concentrations in groundwater were 18,500 µg/L and 3,450 µg/L, respectively.   The investigation concluded that the soil and groundwater were impacted with chlorinated solvent compounds above respective action levels near the clarifier (MSE, 1999a).

On January 22, 1999, MSE informed the Regional Water Quality Control Board that *"... groundwater action levels have been exceeded.  Based on date, MSE proposed additional site through the installation and sampling of three more wells."* (MSE, 1999b).

**1999 August** – Additional Site Assessment Report (CEC, 1999)

In June 1999, CEC advanced four additional soil borings on-Site, three of the borings (C-1 through C-3) were located approximately 80 to 100 feet up-gradient, cross-gradient, and down-gradient of the clarifier.  The fourth boring (C-4) was near the former drum storage area.  Three of the borings (C-1 through C-3) were drilled to a total depth of 60 feet bgs, while C-4 was drilled to a depth of only 25 feet bgs.  Soil samples were collected at 5-foot intervals.  Borings C-1 through C-3 were converted to monitoring wells.  TCE and PCE concentrations in soil were found at concentrations as high as 2,950 µg/kg and 311 µg/kg, respectively.  TCE and PCE concentrations in groundwater were 7,580 µg/L and 1,430 µg/L, respectively.  CEC concluded that "*the lateral extent of the impacted ground water extends beyond the limit of the site...*" (CEC, 1999).

*4.10.2  Delineation of Off-Site Groundwater Impacts and Groundwater Monitoring*

From 2000 through October 2020, there have been numerous investigations to delineate the spatial extent of the plume emanating from the Site.  A total of 83 monitoring wells have been installed

September 27, 2023
Project No: 2021.145
Page 23

as part of these investigations; however, not all are operational.  Additionally, Northrop Grumman's environmental consultants have utilized Geoprobe® Hydraulic Profiling Tool (HPT), Cone Penetrometer Test (CPT), and Geoprobe® Membrane Interface Probe (MIP) to delineate the fluvial channel deposits and contamination.

Initial groundwater monitoring began in 1998.  Between 1999 and 2003, monitoring was conducted up to three times annually.  From 2004 through 2019, groundwater monitoring was conducted on a quarterly basis.  Beginning in 2020, groundwater has been monitored semi-annually.

**Below are some key investigations; however, the list below is not all-inclusive.**

**2016 January** – 2015 Groundwater Investigation Report (Orion Environmental) (OEI, 2016a)
> In October 2015, Orion conducted an off-Site assessment to explore the existence of a basal clay layer at greater depths compared to previous investigations.  This assessment aimed to better understand the subsurface geology and hydrogeology.  The results of this investigation indicated that the basal alluvial clay layer was not observed below 80 feet bgs.  Samples collected from depths ranging from 80 to 150 feet bgs revealed the presence of low hydraulic conductivity layers.  These low-permeability layers act as barriers, restricting the vertical migration of contaminants through the subsurface.  Instead, the predominant groundwater flow pattern at the Site appears to be lateral movement within coarse-grained, high-conductivity units.  In the source area, specifically at boring OHP-1, elevated levels of TCE were detected in groundwater at a depth of 102 feet bgs, with a concentration of 60,000 µg/L.  This finding suggests that TCE contamination has migrated to considerable depths within the subsurface, highlighting the complexity of addressing groundwater contamination in the affected area.

**2016 March** – Off-Site Assessment Report (Haley Aldrich) (H&A, 2016a)
> In May 2015 and February 2016, off-Site assessments were conducted at 7950 and 7930 Deering Ave, respectively.  These assessments included groundwater sampling within the on-Site channel sand deposits.  Prior to sample collection, CPT borings were advanced to identify the depth intervals of the channel sand deposits.  The primary objective of these assessments was to further investigate the lateral and vertical extent of chlorinated volatile organic compounds (CVOCs) in groundwater within the commercial/industrial area located downgradient of the Site.
>
> The results from these investigations at the 7950 and 7930 Deering Ave properties align with previous findings, indicating that the majority of CVOC mass flux leaving the Site is concentrated within the channel sand deposits, primarily occurring at a depth interval ranging from 45 to 60 feet bgs.  The higher CVOC concentrations were recorded on-Site at locations such as HP14-05 (13,380 µg/L), OHP-1 (1,174,00 µg/L), and the northern part of 8000 Deering Ave at HP13-03 (76,790 µg/L).  Samples collected from the southern

September 27, 2023
Project No: 2021.145
Page 24

portion of the 8000 Deering Ave property, or the 7950 and 7930 Deering Ave properties, ranged from 59 μg/L to 934 μg/L.

**2016 July-**Supplemental Investigation Report (Haley Aldrich) (OEI, 2016b)

In May and June 2016, a supplemental investigation was conducted at 8020 and 8000 Deering Ave to further assess the lateral and vertical extent of CVOCs in groundwater at the Site. This investigation involved using a Cone Penetration Testing/Membrane Interface Probe (CPT/MIP) boring, advanced before sample collection, to identify the depth intervals of channel sand deposits and layers of impacted soil. These borings were designated as HP16-06 through HP16-12. The highest CVOC concentration detected during this investigation was recorded at HP16-06, with a concentration of 8,182 μg/L. The total CVOC concentrations across these 10 sampled locations ranged from 0.32 μg/L to 8,182 μg/L.

**2016 July** – Conceptual Site Model Report (H&A 2016b)

Haley & Aldrich prepared a CSM to summarize Site background, groundwater assessment activities, COCs, and their fate and transport.

**2016 October** – April through August 2016 Groundwater Investigation Summary (OEI, 2016a)

**2022 February**– Conceptual Site Model -Source (SCSI, 2022)

Stantec concluded that there is residual TCE mass in the lower vadose zone at depths of 30 to 50 bgs, which are exposed due to declining groundwater levels. This residual mass (smear zone) has the potential to serve as a source of contamination through the leaching process. This source area is predominantly covered by buildings and pavement, thereby impeding the infiltration of surface water. However, this residual mass trapped within the smear zone could act as a persistent source for the Northrop Grumman Groundwater Plume when groundwater levels increase.

Stantec concluded that the predominant CVOC mass that has migrated from Site releases into the saturated zone is located within fine-grained floodplain deposits, encountered at depths from 60 to 80 feet bgs. This mass is currently contributing to the groundwater contamination in the sand and gravel channel deposits of the Northrop Grumman Plume. In essence, contaminants in these fine-grained deposits are slowly entering the groundwater.

**2022, October** – Cleanup and Abatement Order (CAO) NO. R4-2022-XXXX, to Assess, Cleanup, and Abate Waste Discharged at 8020 Deering Ave, Canoga Park, California.

Los Angeles Water Board determined the following:

*"Dischargers have caused or permitted waste to be discharged or deposited where it is, or probably will be, discharged into the waters of the State, which creates, or threatens to create, a condition of pollution or nuisance. The presence of high levels of contamination in groundwater, the soil matrix, and soil vapor and the threat of vapor intrusion caused by these contaminants constitutes a public nuisance per se*

September 27, 2023
Project No: 2021.145
Page 25

*because the pollution occurred as a result of discharges of wastes in violation of the Water Code."*

*"..... Contamination from the Site extends in groundwater and soil vapor beneath the residential areas for at least two miles."*

*"..... Available information indicates that the contaminants released at the Site were associated with the storage, transfer and use of solvents, acids, and metal wastes used during or discharged from the above-listed manufacturing activities."*

*"The VOC plume boundaries in soil vapor mirror the VOC plume boundary in groundwater."*

Despite being drafted nearly 20 years after the first investigations began, the Draft CAO from 2022 proposed basic remedial actions that would normally be completed early on in the site assessment process, including the following required actions:

- Develop and submit a new Site Conceptual Model (on- and off-Site);
- Develop, submit, and implement a Site Assessment Work Plan(s) to assess, characterize, and delineate the extent of wastes in soil, soil vapor, and groundwater;
- Conduct remedial actions;
- Prepare a Public Participation Plan; and,
- Conduct Quarterly Groundwater Monitoring.

The Site Project manager for the Water Board recently testified that he drafted the Order and that his assessment made as part of the draft order for the Site was accurate (Mexikatzin, 2023).

*4.10.3 Remedial Activities*

There have been several remedial activities since 2004, but they have been limited to contamination on the Site. No remedial actions have been employed to address the off-Site Northrop Grumman Plume. The on-Site remedial actions include the following:

**2004 – Soil Vapor Extraction (SVE) Pilot Test**
The SVE pilot test was conducted using five nested vapor extraction wells (VEW-1 through VEW-5). The nested wells were screened at three depth intervals between 3 to 14 feet bgs, 17 to 27 feet bgs, and 27 to 45 feet bgs (OEI, 2007). The SVE system was constructed between November 2004 and June 2005 (OEI, 2007).

**June 2005 – April 2007 –** SVE System (Site Timeline)
An SVE system operated on-Site from June 2005 until it was shut down in April 2007 after soil vapor concentrations reached asymptotic levels. During its operation, the SVE system extracted an estimated 680 pounds of CVOCs from the unsaturated zone beneath the Site (OEI, 2007; H&A, 2014).

September 27, 2023
Project No: 2021.145
Page 26

**April 2006 – Removal of a clarifier**

In April 2006, a four-stage clarifier (or three-stage with a sample box) was removed from the Site, and approximately 180 cubic yards of metal-impacted soil were excavated (OEI, 2007).

**April 2007 - Potassium Permanganate Injection Pilot Test (NG Site Timeline)**

An injection pilot test was performed in April 2007 (NG, 2008); approximately 32,000 gallons of a 2 percent by-weight solution of potassium permanganate were injected (H&A, 2014). Orion Environmental concluded that the in-situ permanganate treatment effectively eliminated a significant amount of VOC mass in the treatment Site area; however, its efficiency was limited by the heterogeneity of the saturated interval, which created preferential pathways for permanganate delivery. The results of the pilot test showed an initial decrease in VOC concentrations; however, within nine months, monitoring indicated that VOC concentrations had rebounded. Additionally, the MIP data showed that the sorbed VOC mass that had accumulated in the low permeability floodplain deposits was desorbing into the channel deposits (SCSI, 2022).

**September 2011 through April 2012 -ISCO recirculation system construction begins** (NG Site Timeline) (H&A, 2014)

Sodium permanganate injection was conducted in September and October 2011. Groundwater was recirculated beginning in September 2011 through January 2012. An estimated 10,500 pounds of sodium permanganate (2,700 gallons of 40% sodium permanganate solution) were diluted with treated groundwater, with a total of approximately 510,000 gallons of groundwater extracted, treated, and re-injected into the aquifer during and after permanganate injection (CS, 2012). The study indicated the presence of more VOC mass in the subsurface source area than was previously anticipated (SCSI, 2022).

**2014 IRM (H&A) (H&A, 2014)**

In April and May of 2014, an Interim Remedial Measure (IRM) assessment conducted by Haley & Aldrich (H&A, 2014) focused on the on-site channel sand deposits. This assessment involved paired soil and groundwater sampling coupled with an HPT boring to determine the depth intervals of the channel sand deposits. The primary goal of this assessment was to assess whether significant concentrations of CVOCs persisted within the channel sand deposits to the east of the In-Situ Chemical Oxidation (ISCO) pilot test area. Earlier data indicated that within the pilot test area, CVOC mass had been substantially reduced in the channel sand deposits and was mainly concentrated in low-permeability deposits. However, results from the eastward advancement of MIP probes, specifically MIP-5, MIP-7, and MIP-8, suggested the potential presence of additional residual CVOC mass within the channel sand deposits east of the pilot test area. If confirmed, this mass could be effectively treated with direct ISCO injections, which was the proposed IRM. Subsequent soil sampling east of the pilot test area revealed total CVOC concentrations exceeding 2.5 mg/kg in specific locations, further supporting the recommendation for ISCO injections in these areas. The goal of these injections was to reduce CVOC mass in the soil and decrease the Natural Oxidant Demand (NOD) before the installation of the In-Situ Chemical Oxidation-Slow Release (ISCO-SR) barriers.

**2015 ISCO pilot test**

The pilot test included the installation of fourteen (14) 4-inch diameter injection wells (IW-6 to IW-19) 3 feet apart east to west south of the building near the former concrete clarifier.

September 27, 2023
Project No: 2021.145
Page 27

The pilot test was conducted in two phases: an initial sodium permanganate injection into five injection wells and a subsequent slow release of the permanganate cylinders (ISCO-SR) in the 14 IW wells.  A total of 4,700 gallons of 15 percent sodium permanganate were dispersed into five injection wells (IW-7, IW-10, IW-12, IW-15, and IW-18) in October 2015 and subsequent monitoring through March 2016 (SCSI, 2022).  As a result of the higher-than-anticipated VOC concentrations coupled with the relatively quick rebound after the initial injection event, the ISCO-SR cylinders were never installed, and a pilot test still needed to be completed.

**2018 January -Current - Groundwater Treatment System (GWTS)**

A groundwater treatment system consisting of two extraction wells (EW-1S screened 37-62 feet bgs and EW-1D screened 68.5-83.5 feet bgs) and a granulated active carbon (GAC) system, which reinjects treated groundwater via two injection wells (IW-4S and IW-5S, both screened 35-70 feet bgs).  VOC concentrations are generally an order of magnitude lower in extraction well EW-1S than in extraction well EW-1D.  As of March 2023, a total of approximately 18 million gallons of water have been extracted and treated by the GWTS (GCI, 2023b).  VOC mass removed from January 2018 to June 2021 was estimated to be approximately 242 pounds (SCSI, 2022).

**2023 March - Work Plan for Groundwater Treatment System Expansion (GWTS) and Soil Vapor Extraction System**

Recently, a work plan has been submitted to expand the groundwater and soil vapor treatment systems.  Northrop Grumman consultants proposed a combination of hydraulic fracture injections of microscale zero-valent iron (mZVI) and emulsified vegetable oil (EVO) into the source area where most of the VOC mass resides.  Additionally, it is proposed to install an SVE system to target the deep vadose zone (smear zone) and to optimize the existing GWTS to enhance mass removal and further control plume migration downgradient from the source area (GCI, 2023a).

4.11 Conclusion of Background

- The Northrop Grumman Plume is approximately 2.5 miles in length, 3/4 miles wide at its widest, and extends to depths of at least 100 feet bgs;
- In 1967, the on-Site existing manufacturing building was constructed;
- Litton on-Site operations involved plating, etching, and cleaning of circuit boards;
- Advanced Circuitry Division of Litton submitted for an industrial waste permit W-32132 on February 21st, 1968.  The permit indicated that a 1,250-gallon clarifier was installed to address the acid and solvent discharge;
- The clarifier discharged to the 10-inch VCP sewer line;
- The original 1967 underground clarifier was removed from the Site in April 2006;
- The Site is underlain with several hundred feet of alluvium material;
- The Site lies in the San Fernando Valley Groundwater Basin;
- A shallow sand/gravel channel system consisting of medium to coarse sand and gravel with some interbedded silt and clay floodplain deposits is located between approximately 35 and 60 feet bgs.  A deeper channel of lower permeability silty sands, silts, and clays with occasional coarser-grained channel deposits exists at the Site below 62 feet bgs;

September 27, 2023
Project No: 2021.145
Page 28

- The historical groundwater flow direction in the vicinity of the Site has been to the southeast;
- The Northrop-Grumman TCE plume ranges in depth of 40 to 60 feet bgs;
- The depth to groundwater is around 50 feet bgs;
- Groundwater flow is between 142 to 570 ft/yr;
- Soil and groundwater beneath the Site are impacted with VOCs;
- First environmental investigation was November 1998 - Preliminary Site Investigation;
- There have been several remedial actions since 2004, but they have been limited to addressing only the on-Site contamination;
- No remedial actions have been employed to address the off-Site Northrop Grumman Plume;
- Given the manufacturing processes that occurred at 8020 South Deering Ave, the most likely source of the TCE in the Northrop Grumman Plume were the actions of Litton and its circuit board manufacturing activities;
- The Northrop Grumman Plume has been allowed to migrate into off-Site residential areas, thereby affecting thousands of properties; and,
- The recent CAO and its requirements are necessary to fully assess the risk of the Northrop Grumman Plume to off-Site residents.

September 27, 2023
Project No: 2021.145
Page 29

## 5.0 CONTAMINANTS OF CONCERN IN GROUNDWATER AND SOIL VAPOR

5.1 Contaminants of Concern (COCs) Description

The principal Northrop Grumman Plume contaminants of concern (COCs) in groundwater and soil vapor for the purpose of this report are TCE, PCE, cis 1,2-DCE, Vinyl Chloride, 1,1,1-TCA, 1,1-Dichloroethene, and Chloroform.  A short summary of each COC is presented below:

- *Trichloroethylene (TCE)*: TCE is primarily used as a solvent to remove grease from metal parts, particularly in the metal machining and metal plating industries (including circuit board manufacturing).  TCE has been in use for nearly a century.  The largest sources of TCE in groundwater are releases from chemical waste sites (such as the Litton/Northrop Grumman facility in Canoga Park), improper disposal practices, and leaking storage tanks and pipelines.  The major sources of TCE to the environment are landfills and air emissions. TCE is moderately soluble in water and soil.  TCE is denser than water, and free-phase TCE will sink to the bottom of an aquifer as a DNAPL.  TCE can destroy the structure of clayey minerals, making them more permeable to dissolved contaminants.  TCE is not readily degraded in groundwater, although some TCE may naturally degrade under anaerobic conditions.  However, TCE may degrade into compounds that are toxic and more difficult to degrade than TCE, such as dichloroethylene (DCE) and VC.

- *Tetrachlorethylene (PCE)*: PCE has been used as a metal degreaser by military services and industry since the 1940s.  Later, PCE was also used in the dry-cleaning processes.  Due to poor handling and disposal practices, solvents such as PCE and TCE entered the environment through evaporation, leaks, and improper disposal.  Mobility of PCE is described as moderate, with an average solubility in groundwater.  PCE is considered a dense, non-aqueous phase liquid (DNAPL) (denser than and immiscible in water).  In the presence of water, it will form a separate phase.  The half-life degradation rate in groundwater is estimated to be between 1 to 2 years, based on aqueous aerobic biodegradation (Aronson et al., 1998), but may be considerably longer under certain conditions.

- *cis-1,2-Dichloroethylene (1,2-DCE)*: (aka 1,2-DCE; 1,2-Dichloroethene; 1,2-dichloroethylene) is an odorless organic liquid that has two slightly different forms, a "*cis*" form, and a "*trans*" form.  Both the cis and transforms - usually as a mixture -

September 27, 2023
Project No: 2021.145
Page 30

are used as a solvent for waxes and resins, in the extraction of rubber, as a refrigerant, in the manufacture of pharmaceuticals and artificial pearls, in the extraction of oils and fats from fish and meat; and in making other organics (USGS, 1985). The major source of cis-1,2-dichloroethylene in drinking water is discharge from industrial chemical factories. The USEPA has set an MCL of 0.07 mg/L for cis and 0.1 mg/L for trans.

- *1,1,1-TCA: (Methyl chloroform).* 1,1,1-TCA is a colorless liquid that evaporates quickly at room temperature. It is used as a metal degreasing and dry-cleaning solvent and to make other organic chemicals. 1,1,1-TCA can also be found in aerosol spray products found in the home. When 1,1,1-TCA enters the environment, it can seep into soil and groundwater or evaporate into the air. No standards exist for regulating the amount of 1,1,1-TCA allowed in the air of homes. Most people can't smell 1,1,1-TCA until the level exceeds 23,000 ppbv. If you can smell the chemical, the level is too high to be safe. The California Office of Environmental Health Hazard Assessment has established a Public Health Goal (PHG) of 1.0 mg/L and a State MCL of 0.2 mg/L (same as the USEPA) for 1,1,1- trichloroethane (1,1,1-TCA), or methyl chloroform (CASRN 71-55-6) in drinking water.

- *Vinyl Chloride*: (Chlorethene; Chlorethylene; Chloroethene; Chloroethylene; Ethylene monochloride; Monochloroethene; Monochloroethylene; Trovidur; VC; VCM; Vinyl chloride monomer). Vinyl chloride monomer (VCM) is a colorless, gaseous, sweet-smelling organochloride primarily used in producing polyvinyl chloride (PVC), with additional historical usage before the 1970s as an aerosol propellant and refrigerant. Chemical intermediate in producing PVC, automobile upholstery, housewares, and automotive parts; component of tobacco smoke. Formerly used as aerosol spray propellant until 1974, as a refrigerant, and briefly as an inhalational anesthetic. VC toxicity occurs mainly through occupational exposure during the polymerization of VCM into PVC; however, community exposures secondary to industrial spills have occurred. VCM is now classified as an International Agency for Research on Cancer (IARC) Group 1 carcinogen. PVC resins are used widely in building materials, construction, and home furnishings, making PVC resins nearly ubiquitous in our society. In 1975, the newly formed OSHA lowered the VCM permissible exposure limit (PEL) from 500 ppm to 1 ppm with an action

level of 0.5 ppm. The USEPA has set an MCL of 2 µg/L for public drinking water. Whereas California has a state MCL of 0.5 µg/L. This standard is established to reduce the chance of adverse health effects from drinking contaminated water. This level also can be used as a guideline for private drinking water sources. No standards are set for VC allowed in indoor air within homes. The level is too high if you can smell VC in the air. The federal OSHA has set a workplace standard of 2.6 mg/L of VC per cubic meter of air.

- *1,1-DCE*: (1,1-Dichloroethene). 1,1-Dichloroethene is an industrial chemical that is not found naturally in the environment. It is a colorless liquid with a mild, sweet smell. It is also called vinylidene chloride. 1,1-Dichloroethene makes certain plastics, such as flexible films like food wrap and packaging materials. It is also used to make flame retardant coatings for fiber and carpet backings and in piping, coating for steel pipes, and adhesive applications. Under the 1986 USEPA cancer guidelines, 1,1-DCE was assigned to Group C as a possible human carcinogen. The data for 1,1-DCE are inadequate for an assessment of human carcinogenic potential by the oral route, based on the absence of statistically or biologically significant tumors in limited bioassays in rats and mice balanced against the suggestive evidence in male mice in a single bioassay by inhalation and the limited evidence of genotoxicity. The human epidemiological results on the carcinogenicity of 1,1-DCE are too limited to draw useful conclusions. The USEPA sets the MCL for 1,1-DCE as 7 µg/L for drinking water. The California MCL is set at 6 µg/L.

- *Chloroform*: Chloroform may be released into the air due to its formation in the chlorination of drinking water, wastewater, chemical companies, and swimming pools. Other sources include pulp and paper mills, hazardous waste sites, and sanitary landfills. It is also found in wastewater from sewage treatment plants and drinking water to which chlorine has been added. The major effect of acute (short-term) inhalation exposure to chloroform is central nervous system depression. Chronic (long-term) exposure to chloroform by inhalation in humans has resulted in effects on the liver, including hepatitis and jaundice, and central nervous system effects, such as depression and irritability. Chloroform has been shown to be carcinogenic in animals after oral exposure, resulting in an increase in kidney and liver tumors. USEPA has classified chloroform as a Group B2, probable human carcinogen. Chloroform is also known as trichloromethane or methyltrichloride. It is a colorless liquid with a pleasant, nonirritating

September 27, 2023
Project No: 2021.145
Page 32

odor and a slightly sweet taste.  Most of the chloroform found in the environment comes from industry.  It will only burn when it reaches very high temperatures.  Chloroform was one of the first inhaled anesthetics to be used during surgery, but it is not used for anesthesia today.  Nearly all the chloroform made in the US today is used to make other chemicals, but some are sold or traded to other countries.  There is NO Chloroform state or federal MCL for drinking water.

## 5.2 Groundwater Concentrations Significantly Exceed Regulatory Standards

There are various drinking water standards set by both the Federal and State governments.  The USEPA has established maximum contaminant levels (MCLs) for drinking water.  **Table 1**: Maximum Contaminant Level (Groundwater) lists these levels for the COCs at the Northrop Grumman Facility Site.  Groundwater is the primary source of local potable drinking water.  However, the closest drinking water well is more than 10 miles from the Site.  For general comparison, below are the USEPA maximum contaminant levels for drinking water versus concentrations of Site COCs both on- and off-Site.

**Table 1**: Maximum Contaminant Level (Groundwater)

| Chemicals of Concern (COCs) | Federal MCL | CA State MCL | On-Site Maximum | Off-Site Maximum |
|---|---|---|---|---|
| Trichloroethylene (TCE) | 5 μg/L | 5 μg/L | 770,000 μg/L | 370,000 μg/L |
| Tetrachloroethylene (PCE) | 5 μg/L | 5 μg/L | 9,000 μg/L | 9,500 μg/L |
| cis-1,2-Dichloroethylene (1,2-DCE) | 70 μg/L | 70 μg/L | 92,000 μg/L | 7,700 μg/L |
| Vinyl Chloride (VC) | 2 μg/L | 0.5 μg/L | 9,000 μg/L | 3,500 μg/L |
| 1,1,1-TCA | | | 84,000 μg/L | 1,400 μg/L |
| 1,1-Dichloroethene (1,1-DCE) | 0.2 mg/L | 0.2 mg/L | 28,000 μg/L | 9,600 μg/L |
| Chloroform | NA | NA | 100 μg/L | 270 μg/L |

## 5.3 Groundwater COC concentrations

Due to Northrop Grumman's waste disposal practices, TCE has impacted groundwater since early 1968.  That impact has grown to encompass the Northrop Grumman Plume.  TCE in groundwater downgradient of the Former Northrop Grumman Facility was discovered beginning in 1999 (MSE, 1999a).  Due to an expanding groundwater contamination plume, the groundwater monitoring well network has evolved over time.  Monitoring wells and grab samples (hydropunch) have been used

September 27, 2023
Project No: 2021.145
Page 33

to define and monitor the extent of the Northrop Grumman TCE Plume (**Figure 12a:** NG Well Location Map and **Figure 12b**: NG Well Location Map).

Former Northrop Grumman Facility consultants have produced various TCE plume maps for various points in time to show the extent of contamination.  **Figure 13:** Northrop Grumman Plume shows the most current delineation of the plume to a concentration of 5.0 µg/L.  To define the limits of the potential exposure area, I reviewed these TCE plume maps found in prior reports.  I prepared a database of groundwater sampling conducted by Northrop Grumman consultants and data from the environmental sites found on GeoTracker that are within or surrounding the 5.0 µg/L TCE contour, as depicted in (**Figure 14:** Environmental Site Investigation wells).

### 5.3.1   TCE Groundwater Results

TCE concentrations have varied over time in groundwater.  On-Site sampling for TCE began in 1998 and off-Site in 2000.  The range of TCE in all groundwater samples is from non-detect (ND) to 770,000 µg/L.  Samples collected on-Site have ranged from ND to 770,000 µg/L while off-Site concentrations of TCE in groundwater have varied from ND to 370,000 µg/L (**Figure 15**: Maximum TCE Groundwater Concentration).

### 5.3.2   PCE Groundwater Results

PCE concentrations in groundwater have varied over time.  Sampling for PCE began on-Site in 1998 and off-Site in 2000.  The range of PCE in all groundwater samples is from ND to 9,500 µg/L.   Samples collected on-Site have ranged from ND to 9,000 µg/L, while off-Site concentrations of PCE in groundwater have varied from ND to 9,500 µg/L (**Figure 16**: Maximum PCE Groundwater Concentration).

### 5.3.3   cis 1,2-DCE Groundwater Results

cis 1,2-DCE concentrations in groundwater have varied over time.  Sampling for cis 1,2-DCE began on-Site in 1998 and off-Site in 2000.  The range of cis 1,2-DCE in all groundwater samples is from ND to 92,000 µg/L.  Samples collected on-Site have ranged from ND to 92,000 µg/L, while off-Site concentrations of cis 1,2-DCE in groundwater have varied from ND to 7,700 µg/L (**Figure 17**: Maximum cis 1,2-DCE Groundwater Concentration).

September 27, 2023
Project No: 2021.145
Page 34

### 5.3.4    1,1,1-TCA Groundwater Results

1,1,1-TCA concentrations in groundwater have varied through time.  Sampling for 1,1,1-TCA began on-Site in 1998 and off-Site in 2000.  The range of 1,1,1-TCA in all groundwater samples is from ND to 84,000 µg/L.  Samples collected on-Site have ranged from ND to 84,000 µg/L, while off-Site concentrations of 1,1,1-TCA in groundwater have varied from ND to 1,400 µg/L (**Figure 18**: Maximum 1,1,1-TCA Groundwater Concentration).

### 5.3.5    1,1-Dichloroethene (1,1-DCE) Groundwater Results

1,1-Dichloroethene (1,1-DCE) concentrations in groundwater have varied over time.  Sampling for 1,1-Dichloroethene (1,1-DCE) began on-Site in 1998 and off-Site in 2000.  The range of 1,1-Dichloroethene (1,1-DCE) in all groundwater samples is from ND to 28,000 µg/L.  Samples collected on-Site have ranged from ND to 28,000 µg/L, while off-Site concentrations of 1,1-Dichloroethene (1,1-DCE) in groundwater have varied from ND to 9,600 µg/L (**Figure 19**: Maximum 1,1-Dichloroethene (1,1-DCE) Groundwater Concentration).

### 5.3.6    Vinyl Chloride Groundwater Results

Vinyl Chloride concentrations in groundwater have varied over time.  Sampling for vinyl chloride began on-Site in 1998 and off-Site in 2001.  The range of vinyl chloride in all groundwater samples is from ND to 9,000 µg/L.  Samples collected on-Site have ranged from ND to 9,000 µg/L, while off-Site concentrations of vinyl chloride in groundwater have varied from ND to 3,500 µg/L (**Figure 20**: Maximum Vinyl Chloride Groundwater Concentration).

### 5.3.7    Chloroform Groundwater Results

Chloroform concentrations in groundwater have varied over time.  Sampling for chloroform began on-Site in 1998 and off-Site in 2001.  The range of chloroform in all groundwater samples is from ND to 270 µg/L.  Samples collected on-Site have ranged from ND to 100 µg/L, while off-Site concentrations of chloroform in groundwater have varied from ND to 270 µg/L (**Figure 21**: Maximum Chloroform Groundwater Concentration).

September 27, 2023
Project No: 2021.145
Page 35

5.4 Environmental Screening Levels (ESLs)

Since the groundwater impacted by the Northrop Gruman Plume is not presently used for drinking water, the most significant health threat from the Northrop Gruman Plume is vapor intrusion. Vapor intrusion is caused by the volatilization of TCE contamination in the groundwater that travels to the surface and into residences. In 2008, the USEPA Region 9 developed Regional Screening Levels (RSLs) for vapor intrusion based on contaminate concentrations in groundwater and subsequently revised these several times with the latest revision in April 2019. The RSLs are generic, risk-based chemical concentrations developed by USEPA Region 9 for use in the initial screening-level evaluation of a site. While soil vapor detections are not immediately comparable to the indoor air quality guidelines within the DTSC-SL, the USEPA recommends establishing the vapor intrusion screening level (VISL) based on an empirically derived attenuation factor (AF) of 0.03 for risk-based screening of the vapor intrusion pathway from sub-slab and soil vapor to indoor air (USEPA 2015a).

Environmental Screening Levels (ESLs) were revised in January 2019 and are generic, risk-based chemical concentrations developed by the San Francisco Regional Water Control Board (SFRWQCB, 2019). **Table 2:** California Environmental Screening Levels (ESLs) lists the primary COCs and their applicable ESLs for indoor air and the target groundwater concentration that can potentially result in reaching the stated indoor air concentration.

**Table 2**: California Environmental Screening Levels (ESLs)

| Chemicals | Indoor Air ESL ($\mu g/m^3$) | Target Groundwater ($\mu g/L$) @ 25° C |
|---|---|---|
| 1,2-Dichloroethene (cis 1,2-DCE) | 8.3 | NA |
| Tetrachloroethene (PCE) | 0.46 | 0.64 |
| Trichloroethene (TCE) | 0.48 | 1.2 |

5.5 Calculation of Target Groundwater Concentration for TCE

Attenuation is defined as a lessening in amount of, reduction in magnitude, or weakening of a force or value. Vapor intrusion attenuation is the reduction in the concentration of chemicals that occurs during the migration of vapors from the subsurface through a medium into the indoor air of a

September 27, 2023
Project No: 2021.145
Page 36

building.  Attenuation can be affected by many factors: the contaminant of concern, concentration, dilution, physical properties of a barrier (e.g., concrete slab), soil type, driving force, etc.

The attenuation factor (AF) is the ratio of the indoor air concentration to the subsurface concentration (typically soil gas or groundwater).  This ratio is usually less than 1, as the indoor air contaminant concentration should be less than the subsurface concentration if the contaminant measured in the indoor air is the sole result of vapor intrusion and the sample results are representative and reliable.  The building concrete slab, vapor barrier, or other factors should attenuate the concentrations as they enter the structure.  **Table 3:** Attenuation Factors states the AF for vapors from crawl space, sub-slab, soil, and groundwater to IA, based on USEPA (2015a).

**Table 3**: Attenuation Factors (SFRWQCB, 2019 and Adapted from Table 6-1 (page 110) of USEPA, 2015a)

| Media | Attenuation Factor |
|---|---|
| Crawl Space Vapor | 1 |
| Sub-slab Soil Vapor | 0.03 |
| Soil Vapor | 0.03 |
| Groundwater | 0.001 |

The above attenuation factors are set to protect public health under most building occupancy scenarios and should be used for screening sites (USEPA, 2015a and SFRWQCB, 2019).  USEPA has established residential vapor intrusion screening levels (0.48 $\mu g/m^3$) that indicate that groundwater contamination with a concentration as low as 1.2 $\mu g/L$ for TCE has the potential to produce indoor air concentration above applicable screening levels (SFRWQCB, 2019).  Based on these vapor intrusion screening levels and the large extent of the TCE groundwater plume, all residential properties that lie over the mapped Northrop Grumman TCE plume (**Figure 1**) are at risk for vapor intrusion at a level that could adversely affect occupants (USEPA, 2023a; SFRWQCB, 2019).

I used the USEPA Vapor Intrusion Screening Level (VISL) calculator to confirm the target values (USEPA, 2023b) of TCE concentration in groundwater that would produce the 0.48 $\mu g/m^3$ indoor concentration, respectively, given a 0.001 groundwater to indoor air attenuation factor.  The VISL calculations showed that groundwater with TCE concentrations of 1.19 $\mu g/L$ could produce a 0.48

September 27, 2023
Project No: 2021.145
Page 37

µg/m³ indoor concentration.    The San Fransico Regional Water Quality Control Board (SFRWQCB) has stated TCE concentrations of 1.2 µg/L in the groundwater could produce a 0.48 µg/m³ indoor concentration.    This is based on an average groundwater temperature of 25°C. Therefore, the 1.2 µg/L TCE concentration in groundwater is the area of concern because of its potential for vapor intrusion effects on occupants of properties that lie over the Northrop Grumman TCE plume.

5.6 Northrop Grumman Plume Mapping Criteria

To delineate the spatial extents of potentially impacted residents due to the release of TCE from Northrop Grumman, I was tasked to prepare a TCE plume map using available data.  The section below describes the process used to develop the impacted area.

The lowest TCE detected in groundwater samples was 0.2 µg/L.  Detection limits have varied in time and by sampling site location.  Not all laboratory analyses had detection limits as low as 0.2 µg/L.  Therefore, I used a value of 0.2 µg/L for mapping purposes for non-detects (ND) data points.

Based on the known geology, utilities, and contamination sources, I used the maximum concentration at each sampling location to map and contour the groundwater data.  This technique is based on a minimum highest-risk approach to protect human health.  The maximum groundwater concentration was used regardless of depth or type of sample (i.e., grab sample, monitoring well sample, etc.).  Based on my understanding of the COCs, geology, and the depth of the utilities, using the maximum TCE concentration in a shallow groundwater situation is reasonable and appropriate.  **Figure 22**: TCE Concentrations used for plume mapping shows the maximum TCE concentrations that were used at each location to interpolate the spatial extents of the TCE plume.

Consistent with my professional practice and reliable methods used by professional hydrogeologists in my field, I used the "*geostatistical analyst*" an extension in ArcGIS, to interpolate the spatial distribution of TCE concentrations in groundwater using Quantile Krigging, as shown in **Figure 22**.  As discussed in Section 5.5, the TCE groundwater to an indoor target concentration of 1.2 µg/L was contoured to define the extent of impacts.  **Figure 23**: TCE 1.2 µg/L

September 27, 2023
Project No: 2021.145
Page 38

Isoconcentration map shows the location of the 1.2 µg/L TCE concentration isocontour that was derived from the spatial analysis.

I have used the isoconcentration contours created from the dataset to show the extent of the Northrop Grumman TCE Groundwater plume.  Isoconcentration contours are lines of equal concentration of a given chemical (usually the site COCs).  The contours are created by spatially interpolating the given chemical concentrations between sampling points.  Hydrogeologists routinely interpolate concentration contours either by using computer software or by manually drawing contours to define the extent of contaminants.  Hydrogeologists often combine the two approaches to improve accuracy, modifying the computer-based contours and calling on the hydrogeologist's experience and scientific judgment, and capacity to consider real-world information unavailable to the computer software to interpret the data more accurately.  I adjusted the eastern and northern boundaries to incorporate NDs that were within the interpolated 1.2 µg/L contour.  **Figure 24**: TCE 1.2 µg/L Isoconcentration (adjusted) shows these adjustments.

**Figure 1**: Northrop Grumman Plume shows the extent of residential homes above the TCE groundwater plume that presents an ongoing threat to indoor air.  There are 3,787 residential homes located within the 1.2 µg/L TCE concentration area.  This is based on the City of Los Angeles Parcel database. This map is based upon all the data I have reviewed that describes the past and present groundwater TCE concentrations in the area to the south and southeast of the Site.

Because TCE is the primary COC, I have used TCE to delineate the extent of the Northrop-Grumman Plume.  The areas of PCE, cis 1,2-DCE, and 1,1-DCE groundwater contamination are also contained within the delineated 1.2 µg/L TCE plume contour.

5.7 Conclusion of Contaminants of Concern in Groundwater and Soil Vapor
- Site COCs in groundwater and soil vapor are TCE, PCE, cis 1,2-DCE, vinyl chloride, 1,1,1-TCA, 1,1-Dichloroethene, and chloroform;
- Due to Northrop Grumman's waste disposal practices, TCE has impacted groundwater since early 1968;
- TCE in groundwater downgradient of the Former Northrop Grumman Facility was discovered beginning in 1999;
- The Northrop-Grumman Plume is 2.5 miles long and 3/4 miles wide;

September 27, 2023
Project No: 2021.145
Page 39

- Concentrations of TCE on-Site have been as high as 770,000 µg/L;
- Concentrations of TCE off-Site have been as high as 370,000 µg/L;
- USEPA has established residential vapor intrusion screening levels for TCE of 0.48 $\mu g/m^3$;
- San Fransico Regional Water Quality Control Board (SFRWQCB) has stated TCE concentrations of 1.2 µg/L in the groundwater represents a threat capable of producing a 0.48 $\mu g/m^3$ indoor air concentration;
- TCE is the primary COC I have used to delineate the extent of the Northrop Grumman Plume;
- The areas of PCE, cis 1,2-DCE, and 1,1-DCE groundwater contamination are all contained within the delineated 1.2 µg/L TCE plume contour;
- Given the screening levels for TCE discussed above, each residential property within the Northrop Grumman Plume should be assessed for vapor intrusion; and,
- The lack of off-Site remediation has exacerbated the potential long-term exposure to TCE, which will continue into the foreseeable future.

September 27, 2023
Project No: 2021.145
Page 40

**6.0 SOURCE, FATE, AND TRANSPORT**

Contamination of soil and groundwater due to the plating, etching, and cleaning processes involved in circuit board manufacturing is a significant environmental concern at the Site.  TCE, a commonly used solvent in on-Site operations, poses a substantial risk of soil and groundwater pollution.  During plating, TCE-containing solutions may inadvertently spill or leak into the surrounding soil.  At the same time, in the etching, plating, and cleaning processes, TCE can be released as wastewater (as they were released here) through discharges into the sanitary sewer.  These releases and discharges can contribute to soil contamination.  The migration of TCE in soil can contaminate groundwater, jeopardizing the environment and human health.  As a VOC, TCE's vapors can also pose inhalation risks to workers in these industries as well as residents who are exposed from poor waste management.  To mitigate these hazards, strict adherence to environmental regulations, responsible waste management, and the implementation of effective containment and remediation measures are imperative to prevent and address TCE contamination stemming from circuit board manufacturing processes.

6.1 Source(s) on-Site

Multiple documents discuss the source(s) for contamination at the Site.  Contamination likely leaked from floor drains and migrated along piping backfill (CEC, 1999; CARWQCB, 1999).  This is evident by soil vapor sampling conducted beneath the building by GeoKinetics.  **Figure 25a:** GeoKinetics Soil Vapor Sampling 2003-Total Concentration at 5 feet and **Figure 25b**: GeoKinetics Soil Vapor Sampling 2003-Total Concentration at 10 feet show VOC concentrations beneath the building at a depth of 5 and 10 feet bgs.  These results show that some of the highest measured VOC concentrations were found beneath the building slightly northeast of the clarifier.  An on-Site clarifier was used to remove suspended solids before being released to the sanitary sewer.  It is also likely that at the time of their operations wastes generated by Northrop Grumman were disposed of into the sanitary sewer (Gorman, 2023; and Gwinn Depo at pp 165-176).  Thus, the use of the clarifier for wastes generated by circuit board manufacturing also facilitated discharges of chlorinated solvents (PCE and TCE) because of plating activities within the building.

September 27, 2023
Project No: 2021.145
Page 41

As mentioned above, an on-Site clarifier was installed in 1968 to remove suspended solids from the waste stream generated by Litton Industries (COLADPW, 1968).  This clarifier has been the subject of several reports and multiple rounds of sampling (NEI, 1998; MSE, 1999a; OEI, 2006).  This clarifier and piping have been referenced as being a source of release of contaminants to the environment in multiple consultants' reports (CARWQCB, 1999; CEC, 1999; SCSI, 2022).

Any chlorinated solvents that were not captured by the clarifier would be released into the sanitary sewer on Deering Ave.  These solvents that were disposed of into the sanitary sewer would also be a likely discharge source to the environment.  A USEPA study in 2000 concluded that, on average, vitrified clay pipe (VCP) sewer lines could exfiltrate (release) between 11.9 and 49.1 percent of their total wastewater flow (Amick & Burgess, 2000).  Sewer lines are comprised of both the sewer pipe and surrounding gravel-bed materials.  Typically, this gravel-bed material is coarser than the surrounding lithology.  **Figure 7:** Sewer Lines, shows the path of the sewer line and the Northrop Grumman Plume.  The main sewer lines fit well within the mapped TCE plume, thus demonstrating the Sites contribution.

While no Dense Non-Aqueous Phase Liquid (DNAPL) has been visually observed in soil and groundwater samples, the concentrations of TCE in groundwater have been found to be as high as 940,000 µg/L.  These concentrations exceed the USEPA's one percent (12,000 µg/L) solubility (1,200,000 µg/L) rule-of-thumb, indicating the presence of a second phase of solvent in the form of DNAPL (USEPA, 1992).  During secondary source investigation in 2019 and 2020, Orion Environmental determined that DNAPL likely extends beyond the Site southward beneath the building at 8000 Deering Ave.

*6.1.1 Soil on-Site*

Past waste management practices have led to the on-Site contamination of the soil beneath the facility.  The past circuit board plating and etching operation resulted in the release of hazardous waste at the Northrop Grumman Facility into the subsurface through the on-Site plumbing system, the clarifier, and the sewer system (SCSI, 2022).  The soil is still considered a source of Site COCs to the soil vapor and groundwater.

September 27, 2023
Project No: 2021.145
Page 42

*6.1.2 Soil Vapor on-Site*

Soil vapor is of concern for this Site due to the contaminated soils and groundwater beneath the facility. The potential for vapor intrusion into the overlying structure is of concern. VOC discharges associated with the on-Site use of solvents and the historic waste handling procedures have led to the contamination of soils and groundwater, and, therefore, soil vapor is an issue on-Site.

*6.1.3 Groundwater*

The Northrop Grumman Plume is approximately 2.5 miles in length, 3/4 miles wide at its widest, and extends to depths of at least 100 feet beneath the ground surface (OEI, 2017). Investigations completed by multiple consultants, some of which worked directly for Northrop Grumman since 1998, have stated that past Northrop Grumman disposal practices have and continue to contaminate the groundwater within the alluvial aquifer beneath and downgradient of the Site (NEI, 1998; SCSI, 2022). The continual presence of TCE and other Site COCs within the soil is the source of groundwater contamination emanating from the Site. The contaminated groundwater is the source of soil vapor contamination within the Northrop Grumman Plume under the residences.

6.2 Timing of known and unknown on-Site releases

Site contamination is concentrated within the channel sand deposits, primarily occurring at a depth interval ranging from 45 to 60 feet bgs. Wholly owned subsidiaries and Divisions of Litton Industries (Litton) operated on the subject property from 1967 until possibly as late as 1977 (COLADOBS, 1968; VRI, 2000). These Litton entities included the Advanced Circuit Division (ACD), the Memory Products Division (MPD), and Monroe Calculators (VRI, 2000). Litton stated that ACD operations involved "*Plating, Etching, and Cleaning of circuit boards*" as shown on their Application for Industrial Waste Permit (COLADPW, 1968). Litton operations have also been described by other environmental consultants as involving circuit board manufacturing, copper plating, silk screening, photo printing, chemical stripping, and cleaning (SCSI, 2022; OEI, 2007; H&A, 2016b; GCI, 2020; VRI, 2000). It has been documented by others that during the early years of operations (1968-1970), Litton ACD used solvents in their operations. It was during this time that a clarifier was installed along with the associated plumbing. More likely than not,

September 27, 2023
Project No: 2021.145
Page 43

this is the period of time that initial releases of TCE to the environment occurred (Gorman, 2023 and Tonkin, 2023).

6.3 Other Potential off-Site Source(s)

The following sources were investigated, given the property uses around the Site and the Northrop Grumman Plume, to determine if they reasonably represent an alternative source of TCE in the Northrop Grumman Plume.

### 6.3.1 Dry-Cleaners

Based on the size and scope of the Northrop Grumman TCE Plume, there may be other potential sources of small amounts of TCE or PCE contamination.  One potential source for PCE is dry cleaners.  Dry cleaners are known to have used solvents within the dry-cleaning process. Historically, there have been releases to the environment (CARWQCB, 1992; SCVWD, 2007). **Figure 26**: Off-Site Environmental Sites and Potential COC sources show the location of multiple dry cleaners over or near the Northrop Grumman Plume.  Though these are potential sources of PCE contamination, the breakdown of PCE to TCE is not likely a significant contributor to the overall existing Northrop Grumman TCE plume.

### 6.3.2 Others

There is the potential that other manufacturing facilities could have been using chlorinated solvents around the Site.  However, there is no evidence or documentation that such a facility existed.

6.4 Fate and Transport

The factors governing the transport and fate of the Site-specific COCs are primarily the pH and redox conditions of the soil and groundwater system and the soil texture.  Since 1998, the characterization and definition of the Northrop Grumman Plume have developed and evolved significantly based on collected groundwater data.

September 27, 2023
Project No: 2021.145
Page 44

*VOCs / primarily TCE*

While the migration of TCE-impacted groundwater to the south would be expected, pumping at extraction wells, in-situ, and natural attenuation processes would also decrease concentrations (USEPA, 1999).  To date, these remediation processes have not been employed.

Residual TCE mass in the lower vadose zone at depths of 30 to 50 bgs, has been exposed due to declining groundwater levels (SCSI, 2022).  This residual mass (smear zone) has the potential to serve as a source of contamination through the leaching process.  The trapped residual mass within the smear zone could be released and act as a persistent source for the groundwater plume when groundwater levels increase.

Most of the Site CVOC mass that has migrated from releases into the saturated zone is located at depths from 60 to 80 feet bgs.  This mass contributes to groundwater contamination in the sand and gravel channel deposits (SCSI, 2022).

*6.4.1 Groundwater on-Site and off-Site*

VOCs will degrade at specific rates during given lengths of time.  The rate of degradation depends on the presence of microbes in the media, the concentration of VOC, and environmental conditions such as temperature and the percentage of organic matter in the soil and aquifer materials.  The degradation of VOCs in groundwater occurs as a transformation of a parent compound to a daughter compound.  Using the available data in off-Site monitoring wells, the Northrop Grumman Plume has been estimated as moving slower than that of the groundwater.

*6.4.2 Soil Vapor on-Site*

The movement of COCs in soil vapor from secondary sources related to the Northrop Grumman operations occurs by advection and diffusion.  COCs migrate in deeper subsurface soils primarily by diffusion from areas of higher COC concentration to areas with a lower COC concentration (i.e., following a concentration gradient).  The advective flow of COCs is caused by pressure differences (i.e., a pressure gradient) and results in the COCs moving with the airflow from higher to lower pressure areas.  Advective flow in the subsurface can occur near building foundations where the building is under-pressured compared to subsurface soils.

September 27, 2023
Project No: 2021.145
Page 45

*6.4.3 Soil Vapor off-Site*

Preferential pathways may enhance vapor COC transport into the residences in the Northrop Grumman Plume. A preferential pathway (conditions that act as a pathway permitting contamination to migrate at a faster rate than otherwise would be expected) can be established. Numerous studies and guidance documents indicate that utility trenches can facilitate the movement of vapors into structures due to the coarse-grained nature of backfill that surrounds the utilities, even if not in contact with groundwater and/or contaminated soils (USEPA, 2015a; WADOE, 2018). Typically, utilities such as sanitary sewers and storm drains are buried between 6 and 19 feet bgs. Biodegradation can reduce the potential for migration through the soil column and into a building, depending on the distance between a source (such as groundwater beneath the Northrop Grumman Plume). However, given the known groundwater plume and preferential pathways beneath the properties, it is possible that the vapors could migrate well beyond 100 feet (USEPA, 2015b). Indeed, much greater vapor transport distances are consistent with my observations of VOC plumes over 25+ years of experience.

The primary off-Site risk is vapor intrusion exposure to residents. For the vapor intrusion pathway, the inhalation route is the primary means of human exposure. Therefore, the human health risk assessment uses soil vapor and sub-slab vapor exposure concentrations, exposure duration and frequency for building occupants, and the potential toxicity of the vapor-forming chemicals found in the subsurface (e.g., inhalation unit risk and noncancer reference concentration) to characterize risks of cancer and noncancer effects. Buried utilities act as preferential pathways for migrating contaminants both horizontally and vertically. Most utilities are buried from 2 to 10 feet bgs. Utilities are always considered as potential vapor pathways into buildings and should be sampled and monitored. I also experience that preferential pathways can vary from property to property. Thus, often, each homeowner's property must be individually assessed because of this variability.

Using the Los Angeles City parcel database and the mapped Northrop Grumman Plume impact extent, as shown on **Figure 1**, I have identified all the residential parcels within the Plume. The Northrop Grumman Plume underlies 3,787 residential parcels, all of which have been impacted by the threat of vapor intrusion at levels that exceed indoor air screening levels.

September 27, 2023
Project No: 2021.145
Page 46

6.5 Conclusion of Source, Fate, and Transport

- Litton ACD used solvents in their operations;
- The source of the TCE is past plating, etching, and circuit board manufacturing operations;
- TCE was a commonly used solvent in on-Site operations;
- TCE-containing solutions may inadvertently spill or leak into the surrounding soil. Additionally, TCE can be released into the wastewater, which, if not properly managed, can contribute to soil contamination when discharged or leaked;
- Contamination potentially leaked from floor drains and migrated along piping;
- Results show that some of the highest measured VOC concentrations were found beneath the building slightly northeast of the clarifier;
- The USEPA has studied sewer systems and determined that they generally leak;
- Orion Environmental determined that DNAPL likely extends beyond the Site;
- No off-Site sources have been identified that are contributing any significant mass of TCE to the Northrop Grumman Plume;
- The primary off-Site risk is vapor intrusion exposure to residents;
- The Northrop Grumman Plume underlies 3,787 residential parcels, all of which have the potential to be impacted by vapor intrusion above acceptable indoor air levels;
- Each of these properties is at risk from adverse health effects from TCE vapor intrusion; and,
- The lack of off-Site remediation has led to the continued presence of contamination under the residences of Canoga Park, which has increased their risk of vapor intrusion exposure.

September 27, 2023
Project No: 2021.145
Page 47

## 7.0 BIBLIOGRAPHY

Amick, R.S., and Burgess, E.H., 2000. Exfiltration in Sewer Systems. National Risk Management Research Laboratory. U.S. Environmental Protection Agency. December.

Aronson, D., Printup, H., Shuler, K., & Howard, P, 1998. Chemical Fate Half-Lives for Toxics Release Inventory (TRI) Chemicals. July 30.

Calcon Systems (CS), 2012. ISCO Recirculation Pilot Test Report. June 5.

California Department of Water Resources (DWR), 2004. San Fernando Valley Groundwater Basin. *California's Groundwater (Bulletin 118)*. February 27.

California Regional Water Quality Control Board (CARWQBC), 1992. Dry Cleaners – A Major Source of PCE in Ground-Water. March 27.

California Regional Water Quality Control Board (CRWQCB), 1999. Additional Site Assessment Report for Commercial Property Located at 8020 Deering Avenue, Canoga Park, California (SLIC File No.843). September 16.

California State Water Rights Board (CSWRB), 1962. Report Referee Volume I Text and Plates. July.

Certified Environmental Consultants, Inc. (CEC), 1999. Additional Site Assessment Report for Commercial Property Located at 8020 Deering Avenue, Canoga Park, California. August 17

City of Los Angeles (COLA), 1967a. Certificate of Occupancy (NGSC_0082210). August 29.

City of Los Angeles (COLA), 1967b. Corporation Grant Deed- Litton Industries, Inc., a Delaware Corporation. October 9.

City of Los Angeles (COLA), 1974. Quitclaim Deed. April 26.

City of Los Angeles, Department of Building and Safety (COLADOBS), 1967a. Application for Grading Permit and Grading Certificate. March 3.

City of Los Angeles, Department of Building and Safety (COLADOBS), 1967b. Application for Inspection of New Building and Certificate of Occupancy. March 3.

City of Los Angeles, Department of Building and Safety (COLADOBS), 1968. Application to Alter-Repair-Demolish and Certificate of Occupancy. January 10.

City of Los Angeles, Department of Building and Safety (COLADOBS), 1975a. Application to Add-Alter-Repair-Demolish and Certificate of Occupancy. February 14.

September 27, 2023
Project No: 2021.145
Page 48

City of Los Angeles, Department of Building and Safety (COLADOBS), 1975b. Application to Add-Alter-Repair-Demolish and Certificate of Occupancy. March 11.

City of Los Angeles, Department of Building and Safety (COLADOBS), 1993. Application for Inspection to Add-Alter-Repair-Demolish and for Certificate of Occupancy. March 8.

City of Los Angeles, Department of Building and Safety (COLADOBS), 1994. Application for Inspection to Add-Alter-Repair-Demolish and for Certificate of Occupancy. February 10.

City of Los Angeles, Department of Public Works (COLADPW), 1968. Application for Industrial Waste Permit. March 18.

City of Los Angeles, Department of Public Works (COLADPW), 1972. Application for Industrial Waste Permit. June 12.

City of Los Angeles, Department of Public Works (COLADPW), 1991. Application for Industrial Waste Permit (IWBCIS). March 20.

Department of Conservation, Division of Mines of Geology (DCDMG), 1997. Seismic Hazard Zone Report for the Canoga Park 7.5- Minute Quadrangle, Los Angeles, County, California.

Geosyntec Consultants, Inc. (GCI), 2020. Off-Property Vapor Intrusion Investigation Summary Report. July 16.

Geosyntec Consultants, Inc. (GCI), 2023a. Work Plan for Groundwater Treatment System Expansion and Soil Vapor Extraction System Installation. March 16.

Geosyntec Consultants, Inc. (GCI), 2023b. Waste Discharge Requirements Compliance Monitoring Report First Quarter 2023. April 30.

Gorman, 2023.  The Use of Chlorinated Solvents at 8020 Deering Ave, Canoga Park, CA. Expert Report Hugh S. Gorman, PhD. September 27.

Gwinn. 2023.  Deposition of Jeffrey Gwinn. United States District Court Central District of California Western Division,. Jed and Alisa Behar., (Plaintiff) v. Northrop Grumman Corporation and Northrop Grumman Systems Corporation (Defendants). July 27.

Haley & Aldrich, Inc. (H&A), 2011. Request for Increased Flow Rate for ISCO Recirculation Pilot Test System Northrop Grumman Corporation – Canoga Park Site. August 11.

Haley & Aldrich, Inc. (H&A), 2014. Interim Remedial Measure Assessment Report Canoga Park Site. August 6.

Haley & Aldrich, Inc. (H&A), 2016a. Offsite Assessment Report Canoga Park Site, SCP 0843. March 31.

September 27, 2023
Project No: 2021.145
Page 49

Haley & Aldrich, Inc. (H&A), 2016b. Conceptual Site Model Report, July 29.

LASAN, 1991. Permittee Information Sheet. September 30. (1991_09_30_W483045)

LASAN, 1992. Permittee Information Sheet. August 10. (1992_08_10_W491328)

LASAN, 1998. Permittee Information Sheet W-494135. May 22.

LASAN, 2000a. Permittee Information Sheet. NGSC_0082287 - Industrial Waste Management Permittee Info Sheet. April 4.

Mexikatzin, 2023.  Deposition of Akzayakatl Mexikatzin. United States District Court Central District of California Western Division.  Jed and Alisa Behar., (Plaintiff) v. Northrop Grumman Corporation and Northrop Grumman Systems Corporation (Defendants). September 20.

MSE Environmental Inc. (MSE), 1999a. Phase II Environmental Site Assessment Report and Proposed Work Plan for Additional Site Assessment Activities. January 19.

MSE Environmental Inc. (MSE), 1999b. Initial Reporting of Soil and Groundwater Impacts Di covered at Commercial Property Located at 8020 Deering Avenue, Canoga Park, California, and Proposed Additional Site Assessment Activities. January 22.

National Environmental Inc. (NEI), 1998. Report on Preliminary Site Investigation. November 25.

Northrop Grumman (NG), 2001. Northrop Grumman Announces Completion of Merger with Litton Industries Inc. Retrieved from: https://news.northropgrumman.com/news/releases/northrop-grumman-announces-completion-of-merger-with-litton-industries-inc. Accessed in July 2023.

Orion Environmental Inc. (OEI), 2006. Report of Clarifier Removal and Metals Impacted Soil Excavation NGSC_0021189. June 21.

Orion Environmental Inc. (OEI), 2007. Confirmation Sampling and Soil Closure Report. July 1.

Orion Environmental Inc. (OEI), 2008. Permanganate Injection Pilot Test Report. May.

Orion Environmental Inc. (OEI), 2016a. 2015 Groundwater Investigation Report Canoga Park Site. January.

Orion Environmental Inc. (OEI), 2016b. Supplemental Investigation Report Canoga Park Site, SCP 0843 8020 Deering Avenue. August 31.

September 27, 2023
Project No: 2021.145
Page 50

Orion Environmental Inc. (OEI), 2017. Site-Wide Groundwater Remediation Plan Part Two of Two. Canoga Park Site, SCP 0843 8020 Deering Avenue. February 28.

San Francisco Bay Regional Water Quality Control Board (SFRWQCB), 2019. Summary Tables. January 24.

Santa Clara Valley Water District (SCVWD), 2007. Study of Potential for Groundwater Contamination from Past Dry Cleaner Operations in Santa Clara County.

Stantec Consulting Services Inc. (SCSI), 2022. Conceptual Site Model - Source Area. February 8.

Seaver, I., 2002.  Deposition of Ira Seaver. Superior Courts of the State of California for the County of Los Angeles (SCSCCLA), 2002. Landowners, LTD., (Plaintiff) v. Litton Industries, Black Copy, Robert Silver, dba Vito's Autobody, West Coast Corporation, dba Peabody's Custom Paint and Autobody Specialist, David Manaola, Robert Mangola, and Does 1 to 50, inclusive (Defendants). June 18.

Tonkin, 2023.  Expert Report of Matthew J. Tonkin, PhD, in the matter of Jed and Alisa Behar v. Northrop Grumman Corporation and Northrop Grumman Systems Corporation, U.S. District Court, Central District of California, Case No. 2:21-cv-03946-HDV-SK.  September 27.

United States Environmental Protection Agency (USEPA), 1992. Estimating Potential for Occurrence of DNAPL at Superfund Sites. January.

United States Environmental Protection Agency (USEPA), 1999. Monitored Natural Attenuation of Chlorinated Solvents. May.

United States Environmental Protection Agency (USEPA), 2015a. Owser Technical Guide for Assessing and Mitigating the Vapor Intrusion Pathway from Subsurface Vapor Sources to Indoor Air. June.

United States Environmental Protection Agency (USEPA), 2015b. Technical Guide for Addressing Petroleum Vapor Intrusion at Leaking Underground Storage Tank Sites. June.

United States Environmental Protection Agency (USEPA), 2023a. Regional Screening Levels (RSLs) – Generic Tables. Tables as of: May 2023. Retrieved from: https://www.epa.gov/risk/regional-screening-levels-rsls-generic-tables. Accessed in June 2023.

United States Environmental Protection Agency (USEPA), 2023b. Vapor Intrusion Screening Level Calculator. Retrieved from: https://www.epa.gov/vaporintrusion/vapor-intrusion-screening-level-calculator. Accessed in June 2023.

United States Geological Survey (USGS), 1985. "A Conceptual Groundwater Quality Monitoring Network for San Fernando Valley, California." *Water Resources Investigations Report 84-4128*. Setmire, J. G. 1985

September 27, 2023
Project No: 2021.145
Page 51

Verdict Resources, Inc. (VRI), 2000. Historical Land Use and Operations History NGSC_0348748. May 15.

Washington State Department of Ecology (WADOE), 2018. Guidance for Evaluating Soil Vapor Intrusion in Washington State: Investigation and Remedial Action. Review draft October 2009, Revised February 2016 and April 2018.

September 27, 2023
Project No: 2021.145
Page 52

## 8.0 MATERIAL CONSIDERED AND RELIED UPON

See Bibliography Materials and Documents Considered and Relied Upon attached hereto as **Appendix B**.

## 9.0 EXHIBITS TO BE USED

Any of the materials described herein may be used to illustrate my testimony.

## 10.0 PUBLICATIONS IN LAST 5 YEARS

See my curriculum vitae attached hereto as **Appendix A**.

## 11.0 TESTIMONY

Expert Trial Testimony:

CA DTSC v. NL Industries, Inc, et al. (Retained by CA DTSC)
Case No. 2:20-cv-11293-SVW-JPRx
Expert Report: March 13, 2023; Rebuttal Report: April 10, 2023; Deposition: April 26, 2023; Declaration for Trial: May 30, 2023.
Expert Report: July 10, 2023; Deposition: July 20, 2023; Declaration for Trial: August 3-4, 2023.

Edward and Annette Salomon v. Mark Scott, Mark Scott Construction, LLC, Quality Air, Inc., d/b/a Water Furnace Michiana, and McCarty Well Drilling, Inc. (Retained by McCarty Well Drilling)
Case No. 2:15-cv-464; US District Court Northern District of Indiana, Hammond Division
Expert Report: March 24, 2017; Deposition: April 21, 2017; Trial April 20, 2022

City of Pomona v. SQM North American Corporation (Retained by SQMN)
Case No. KC059821; Los Angeles County, Superior Court
Expert Rebuttal Report: November 14, 2011; Trial: June 9, 2015
Expert Rebuttal Report: March 9, 2018; Deposition: April 6, 2018; Trial: May 15 & 16, 2018
Expert Supplemental Rebuttal Report: May 29, 2020
Expert Rebuttal Report: September 11, 2020; Deposition: September 25 and November 19, 2020
Expert Supplemental Report: May 5, 2021. Deposition: July 26, 2021. Trial September 3, 2021

Abarca, Raul Valencia, et al., v. Merck & Co., Inc., et al. (Retained by Abarca, et. al.)
Case No. 1:07-CV-0388; US District Court, Eastern District of California, Fresno, California
Declarations: May 18, 2009; December 2, 2009; March 10, 2010; September 24, 2010; November 19, 2010
Deposition: March 22 and 23, 2010; Trial: February 2-3 & 22-23, 2011

Expert Testimony:

Werner, et al., v. Azirian et al., (Retained by Werner)
Case No. 20SMCV01176. Superior Court of California, County of Los Angeles
Deposition September 8, 2023.

September 27, 2023
Project No: 2021.145
Page 53

Trujillo et al., v. City of Encinitas et al., (Retained by City of Encinitas)
Case No. 37-2021-00015834-cu-or-nc. Superior Court of California, County of San Diego, Central Division
Declaration: March 16, 2023

Harper, et al., v. Techalloy Company, Inc., et al. (Retained by Harper)
Case No. 19-LA-307
Expert Report: February 10, 2023.

Denny et al., v. Amphenol Corp et al. (Retained by Denny)
Case No. 1:19CV-04757-JRS-DLP; US District Court, Southern District of Indiana
Expert Report: September 1, 2022. Expert Rebuttal Report: December 16, 2022. Deposition: January 23, 2023

Romano, et al. v. Northrop Grumman Corp, et al. (Retained by Romano)
Case No. 16-cv-5760; US District Court, Eastern District of New York
Expert Report: October 29, 2021. Deposition: March 15, 2022

Thorp, et al., v. Merced Irrigation District, et al. (Retained by Thorp)
Case No. 18 CV-02763; Superior Court of California, County of Merced
Deposition: July 26, 2022

Woods Cove v. Michael Liikala. (Retained by Woods Cove)
Case No. 20-5685-DRC;
Declaration: August 13, 2022; Mediation: May 16, 2023

Giligan, et al., v. City of Encinitas, et al., (Retained by City of Encinitas)
Case No. 37-2020-00038879-CU-EI-CTL; Superior Court of California, County of San Diego, Central Division
Declaration: March 11, 2022

Preciado, et al., v. San Dieguito Water District, et al. (Retained by City of Encinitas)
Case No. 37-2020-00037766-CU-EI-CTL; Superior Court of California, County of San Diego, Central Division
Declaration: February 15, 2022

Goleta Water District v. Slippery Rock Ranch, LLC. (Retained by Water District)
Case No. 1487005; Superior Court of the State of California, County of Santa Barbara
Expert Report: March 10, 2022.  Deposition: March 18, 2022

Lucy Ludwig-Melendrez et al. v. City of Chula Vista et al., (Retained by City)
Case No. 2019-34737; Superior Court of California, County of San Diego, Central Division
Declaration: November 11, 2020, and January 22, 2021; Deposition: June 7, 2021

Weingarten Realty Investors, et al. v. Brite Cleaners, Inc., et al. (Retained by Weingarten)
Case No. 5:18-cv-971-JD; District Court of Western District of Oklahoma
Declaration: March 29, 2021

September 27, 2023
Project No: 2021.145
Page 54

Stoll v. Ewing et al. (Retained by Ewing)
Case No. 3:17-cv-02226-JSC
Expert Report: November 1, 2021

Lodge et al. v. Barbanell et al. (Retained by Barbanell)
Case No. A265558-58; County of Los Angeles, CA, in the United States District Court
Central District of California – Western Division
Expert Report: May 14, 2021. Declaration: October 18, 2021

TKG Management, Inc., et al. v. Chubb Custom Insurance Company, et al. (Retained by TKG)
Case No. 2:19-cv-10986-AB-AS; United States District Court for the Central District of California
Expert Report: May 11, 2021

Arnold Goldstein v. Exxon Mobil Corp and Torrance Refining Company (Retained by Goldstein)
Case No: 2:17-cv-02477-DSF (SKx); United States District Court for the Central District of California
Declaration: May 30, 2018; Deposition: September 11, 2018
Declaration: May 29, 2019; Deposition: June 27, 2019
Declaration: January 11, 2021; Deposition: February 5, 2021
Declaration: September 5, 2023

Brian Kelly, et al., v. San Bernardino County, et al. (Retained by County)
Case No. CIVDS1818867; Superior Court of the State of California, County of San Bernardino
Declaration: June 18, 2020; Declaration: November 25, 2020

Chan Springdale Property, LLC v. Misak Olgun, Edindale Cleaners. (Retained by M. Olgun)
Case No. 30-2018-00984600-CU-PO-CJC; Superior Court of the State of California, County of Orange
Deposition: March 6, 2020

City of New York v. Gomez &Sullivan Engineers, DPC and Atlantic Testing Laboratories (Retained by the City of New York)
Case No. 451296/2018; Supreme Court of the State of New York, County of New York
Declaration: May 29, 2019; Declaration: October 4, 2019

City of Barstow, et al. v. City of Adelanto, et al. (Retained by Newberry Springs Lakes Association)
Case No: CIV 208568; Superior Court of the State of California, County of Riverside
Declarations: September 28, 2018; October 12, 2018; September 26, 2019; April 2020; June 2021

Goldberg, et al. v. Goss-Jewett Company (Retained by Defense)
Case No. EDCV 14-1872DSF; US District Court Central District of California
Expert Report: April 11, 2016; Expert Rebuttal Report: May 9, 2016; Deposition: June 2, 2016
Expert Report: May 31, 2019; Expert Rebuttal Report: July 1, 2019; Deposition: September 27, 2019
Supplemental Report: June 12, 2020

September 27, 2023
Project No: 2021.145
Page 55

## 12.0 COMPENSATION

For my work in preparing this report, Earth Forensics, Inc., invoices my time at the rate of $350 per hour.  My hourly rate for depositions and trial testimony is $500 per hour.

## 13.0 CONCLUDING REMARKS

This report sets forth my opinions and the information upon which I relied.

Executed this 27[h] day of September 2023, at Santa Ana, California

**Dr. W. Richard Laton,** PG (CA, AK, AZ, FL, IL, IN, MN, NC, NY, OR, PA, TX, WA), CHg (CA, WA), CPG, EG
President of Earth Forensics, Inc.
Principal Consultant, Hydrogeology

**FIGURES**

**earthforensics, inc.**

**Northrop Grumman Plume with Impacted Residential Properties**

Canoga Park, CA

NOTES
Aerial: USGS 2020.

| | | |
|---|---|---|
| Date | September 27, 2023 | Prepared By |
| Project Name | Canoga Park | |
| Project Number | 2021.145 | Figure **01** |

DY

**Number of Impacted Residential Parcels : 3,787**

LEGEND

- Former Litton/ Northrop Grumman Site
- Behar Property
- Northrop Grumman Plume (1.2 µg/L TCE Iso-concentration)
- Impacted Residential Parcels

Scale: 0 — 400 — 800 — 1,600 — 2,400 Feet

N

CALIFORNIA

Former Litton/Northrop Grumman Site

Former Litton/
Northrop Grumman Site

LEGEND

Former Litton/
Northrop Grumman Site

Northrop Grumman Plume
(1.2 µg/L TCE Iso-concentration)

NOTES
Basemap: ESRI, 2023

0    4,000    8,000    16,000
Feet

N

earthforensics, inc.

Location Map

Canoga Park, CA

| Date | September 22, 2023 | Prepared By | DY |
| Project Name | Canoga Park | | |
| Project Number | 2021.145 | Figure | 02 |

Deering Ave

Clarifier

NOTES
Aerial: USGS, 2020

LEGEND

Former Litton/ Northrop Grumman Site

Clarifier

earthforensics, inc.

Site Map

Canoga Park, CA

Date: September 27, 2023    Prepared By: DY

Project Name: Canoga Park

Project Number: 2021.145

Figure: 03

0  15  30    60    90 Feet

N

Historical Aerial Photograph
May 1960

Canoga Park, CA

NOTES
Aerial: UCSB, 1960

LEGEND
Former Litton/ Northrop Grumman Site

earthforensics, inc.

Date: September 27, 2023
Prepared By: DY
Project Name: Canoga Park
Project Number: 2021.145
Figure: 04a



**NOTES**

Aerial: UCSB, 1965

0  80  160  320  480  640
Feet

**earthforensics, inc.**

**Historical Aerial Photograph**
November 1965

Canoga Park, CA

| | |
|---|---|
| Date | September 27, 2023 |
| Project Name | Canoga Park |
| | Prepared By | DY |
| Project Number | 2021.145 |
| Figure | 04b |

**LEGEND**

Former Litton/ Northrop Grumman Site

**Historical Aerial Photograph**
March 1968

Canoga Park, CA

NOTES
Aerial: UCSB, 1968

LEGEND
Former Litton/ Northrop Grumman Site

| | |
|---|---|
| Date | September 27, 2023 |
| Project Name | Canoga Park |
| Project Number | 2021.145 |
| Prepared By | DY |
| Figure | 04c |

earthforensics, inc.

**Historical Aerial Photograph**
April 2020

Canoga Park, CA

NOTES
Aerial: USGS, 2020

LEGEND
☐ Former Litton/ Northrop Grumman Site

Date: September 27, 2023
Prepared By: DY
Project Name: Canoga Park
Project Number: 2021.145
Figure: 04d

earthforensics, inc.

0  80  160  320  480  640 Feet

Case 2:21-cv-03946-HDV-SK   Document 118-2   Filed 12/22/23   Page 65 of 88   Page ID #:1987

CG=Christopher Green
SNF=Sydney N. Floersheim
EF=Elaine Floersheim

First investigation 1998 NEI

**Figure 5: Timeline**
Canoga Park

NOTES
*occupied by serveral auto body realted companies during this time period
**occupied by two printing companies during this time period



Source: 1998 NEI Report Map 5



Source: GeoKinetics NGSC_1381638

Overview photo showing the clarifier being pumped into the storage drums.
Source: GeoKinetics NGSC_1381742

210



**Figure 6: Clarifier Details and Photos**

Canoga Park

LEGEND

Former Litton/ Northrop Grumman Site

Northrop Grumman Plume (1.2 µg/L TCE Iso-concentration)

Year Installed
<1940
1940 - 1960
1960 - 1980
1980 - 2000
>2000

NOTES
Aerial: USGS, 2020.

0   400   800   1,600   2,400 Feet

N

earthforensics, inc.

Canoga Park, CA

Sewer Lines

Date: September 27, 2023
Prepared By: DY

Project Name: Canoga Park

Project Number: 2021.145

Figure: 07

Former Litton/
Northrop Grumman Site

**LEGEND**

Former Litton/ Northrop Grumman Site

Northrop Grumman Plume
(1.2 µg/L TCE Iso-concentration)

**NOTES**
Topo: USGS, 1952 (HTMC, 1986 ed.)

0   400   800   1,600   2,400 Feet

**earthforensics, inc.**

**Topographic Map**

Canoga Park, CA

| Project Number | Project Name | Date |
|---|---|---|
| 2021.145 | Canoga Park | September 27, 2023 |
| Figure | Prepared By | |
| **08** | DY | |

SYMBOL EXPLANATION

Quaternary Surficial Deposits

Contacts
Fault — includes strike-slip, normal, reverse, oblique, and unspecified slip

NOTES

Hitchcock & Wills, 2000. Quaternary Geology of the San Fernando Valley, Los Angeles County, California.

0  500 1,000   2,000   3,000
Feet

N

earthforensics, inc.

Geology Map

Canoga Park, CA

| Date | Prepared By |
|---|---|
| September 27, 2023 | DY |

| Project Name | Figure |
|---|---|
| Canoga Park | |

| Project Number | |
|---|---|
| 2021.145 | 09 |

LEGEND

Former Litton/ Northrop Grumman Site

Northrop Grumman Plume (1.2 µg/L TCE Iso-concentration)

**Figure 10: Geological Cross Section**

Canoga Park

Source: CSWRB, 1962. Report of Referee, City of Los Angeles vs. City of San Fernando

## LEGEND

- WATERSHED BOUNDARY
- WATER COURSE
- BOUNDARY OF VALLEY FILL
- CITY BOUNDARY
- COUNTY BOUNDARY
- LINE OF EQUAL GROUND WATER ELEVATION
- LOCATION OF WELLS WITH WATER LEVEL MEASUREMENTS
- GROUND SURFACE CONTOURS
- IMPEDIMENTS TO GROUND WATER FLOW
- GROUND WATER CASCADES
- QUESTIONABLE IMPEDIMENT OR GROUND WATER CASCADE

Former Litton/ Northrop Grumman Site

**NOTES**

CSWRB, 1962, Report of Referee, City of Los Angeles vs. City of San Fernando

0  500 1,000  2,000  3,000 Feet

N

**earthforensics, inc.**

**Groundwater Elevation Contours**

Canoga Park, CA

| Date | Prepared By |
|---|---|
| September 27, 2023 | DY |

Project Name: Canoga Park

Project Number: 2021.145

Figure: 11

## LEGEND

- Former Litton/ Northrop Grumman Site
- Northrop Grumman Plume (1.2 µg/L TCE Iso-concentration)

**SEE FIGURE 12b**

LEGEND
- Former Litton/ Northrop Grumman Site
- Northrop Grumman Plume (1.2 µg/L TCE Iso-concentration)
- Northrop Grumman Wells

NOTES
USGS, 2020; USGS, 2006; Geotracker, 2023; GAMA, 2023; CEC, 2002

0 300 600 1,200 1,800 2,400 Feet

N

earthforensics, inc.

Northrop Grumman
Well Location Map

Canoga Park, CA

| Date | September 27, 2023 | Prepared By | DY |
| Project Name | Canoga Park | Exhibit | 12a |
| Project Number | 2021.145 | | |

Former Litton/ Northrop Grumman Site

Northrop Grumman Well Location Map

Canoga Park, CA

earthforensics, inc.

NOTES
USGS, 2006; Geotracker, 2023; GAMA, 2023; CEC, 2002

LEGEND
Former Litton/ Northrop Grumman Site
Northrop Grumman Plume (1.2 µg/L TCE Iso-concentration)
Northrop Grumman Wells

Date: September 27, 2023
Project Name: Canoga Park
Project Number: 2021.145
Prepared By: DY
Exhibit: 12b

TCE Groundwater Plume Map by Northrop Grumman Consultants (5 µg/L)

earthforensics, inc.

Project Name: Canoga Park
Project Number: 2021.145
Date: September 27, 2023
Prepared By: DY
Exhibit: 13

Canoga Park, CA

NOTES
Aerial: USGS, 2020.

0  300  600  1,200  1,800  2,400 Feet

N

LEGEND

Former Litton/ Northrop Grumman Site

Northrop Grumman Plume (1.2 µg/L TCE Iso-concentration)

TCE Groundwater Plume by NG Consultants (5 µg/L)

**Groundwater TCE Maximum Concentrations**

Canoga Park, CA

earthforensics, inc.

Exhibit **15**

NOTES

GAMA, 2023; Geotrackers, 2023;
Geosyntec, 2022; USGS, 2020; CEC, 2002.
TCE - Trichloroethene
µg/L - microgram per liter
Maximum Concentration displayed

LEGEND

Former Litton/ Northrop Grumman Site

Northrop Grumman Plume
(1.2 µg/L TCE Iso-concentration)

TCE Concentration (µg/L)

>500,000
100,000 - 500,000
50,000 - 100,000
10,000 - 50,000
1,000 - 10,000
250 - 1,000
50 - 250
5 - 50
1.2 - 5
0 - 1.2
ND

Project Name: Canoga Park
Project Number: 2021.145
Date: September 27, 2023
Prepared By: DY

Groundwater PCE Maximum Concentrations — Canoga Park, CA. earthforensics, inc. Exhibit 16.

Groundwater cis-1,2-DCE Maximum Concentrations

Canoga Park, CA

earthforensics, inc.

**NOTES**
GAMA, 2023; Geotracker, 2023; Geosyntec, 2022; USGS, 2020; CEC, 2002.
cis-1,2-DCE - 1,2-Dichloroethene
µg/L - microgram per liter
Maximum Concentration displayed

**LEGEND**

cis 1,2-DCE Concentration (µg/L)
- ND
- 0 - 70
- 70 - 100
- 100 - 500
- 500 - 1,000
- 1,000 - 10,000
- >10,000

Former Litton/ Northrop Grunman Site

Northrop Grunman Plume (1.2 µg/L TCE Iso-concentration)

cis 1,2-DCE Concentration (µg/L)

| Date | Prepared By |
|---|---|
| September 27, 2023 | DY |

| Project Name | Exhibit |
|---|---|
| Canoga Park | **17** |

| Project Number | |
|---|---|
| 2021.145 | |

Scale: 0  300  600  1,200  1,800  2,400 Feet

Former Litton/ Northrop
Grumman Site

**NOTES**

GAMA, 2023; Geotracker, 2023;
Geosyntec, 2022; USGS, 2020; CEC, 2002.
1,1,1-TCA - 1,1,1-Trichloroethane
µg/L - microgram per liter
Maximum Concentration displayed

**LEGEND**

Former Litton/ Northrop Grumman
Site

Northrop Grumman Plume
(1.2 µg/L TCE iso-concentration)

1,1,1-TCA Concentration (µg/L)

ND
0 - 70
70 - 100
100 - 500
500 - 1,000
1,000 - 10,000
10,000 - 50,000
>50,000

0  300  600  1,200  1,800  2,400
Feet

N

**earthforensics, inc.**

Groundwater 1,1,1-TCA
Maximum
Concentrations

Canoga Park, CA

| Date | September 27, 2023 | Prepared By | Exhibit |
|------|-----|-----|-----|
| Project Name | Canoga Park | | DY |
| Project Number | 2021.145 | | **19** |

Groundwater Vinyl Chloride Maximum Concentration — Canoga Park, CA. Exhibit 20.

**Groundwater Chloroform Maximum Concentration**

Canoga Park, CA

earthforensics, inc.

NOTES
GAMA, 2023; Geotracker, 2023; Geosyntec, 2022; USGS, 2020.
µg/L - microgram per liter
Maximum Concentration displayed

LEGEND
Former Litton/ Northrop Grunman Site
Northrop Grunman Plume (1.2 µg/L TCE iso-concentration)
Chloroform Concentration (µg/L)
ND
0 - 70
70 - 100
100 - 500
500 - 1,000
1,000 - 2,000
>2,000

Former Litton/ Northrop Grunman Site

| Date | September 27, 2023 | Prepared By | DY |
| Project Name | Canoga Park | Exhibit | 21 |
| Project Number | 2021.145 | | |

**LEGEND**

- Former Litton/ Northrop Grumman Site
- Northrop Grumman Plume (1.2 µg/L TCE Iso-concentration)
- Maximum TCE Concentration (June 2023)

NOTES

USGS, 2020

0 300 600 1,200 1,800 2,400 Feet

N

**earthforensics, inc.**

**Concentrations Used for Plume Mapping**

Canoga Park, CA

| Date | Prepared By |
| --- | --- |
| September 27, 2023 | DY |

| Project Name | Exhibit |
| --- | --- |
| Canoga Park | **22** |

| Project Number | |
| --- | --- |
| 2021.145 | |

Former Litton/ Northrop Grumman Site

TCE 1.2 µg/L Isoconcentration Contour (Interpolated)

Canoga Park, CA

Exhibit 23

TCE 1.2 µg/L
Isoconcentration
Contour (Adjusted)

Canoga Park, CA

**earthforensics, inc.**

NOTES
USGS, 2020

LEGEND

Former Litton/ Northrop
Grumman Site

Northrop Grumman Plume
(1.2 µg/L TCE Iso-concentration)

Maximum TCE Concentration
(June 2023)

Date: September 27, 2023
Project Name: Canoga Park
Project Number: 2021.145
Prepared By: DY
Exhibit: 24



Deering Ave

Clarifier

LEGEND

Former Litton/ Northrop Grumman Site

Clarifier

Soil Vapor Total VOC Concentration (ppm)

- 0 - 10
- 10 - 50
- 50 - 100
- 100 - 250
- 250 - 500
- 500 - 600
- 600 - 700
- >700

Soil Vapor Total VOC Concentration

NOTES
Aerial: USGS, 2006; GeoKinetics, 2003;
Data Reported from
January and March 2003

0   15   30      60      90
                         Feet

N

earthforensics, inc.

GeoKinetics Soil Vapor
Sampling 2003-
Total VOC Concentration
at 5 feet

Canoga Park, CA

| Date | September 27, 2023 | Prepared By | DY |
| Project Name | Canoga Park | | |
| Project Number | 2021.145 | Figure | 25a |

Case 2:21-cv-03946-HDV-SK    Document 118-2    Filed 12/22/23    Page 87 of 88    Page ID #:2009

LEGEND

Former Litton/ Northrop Grumman Site

Clarifier

Soil Vapor Total VOC Concentration (ppm)

- >700
- 600 - 700
- 500 - 600
- 250 - 500
- 100 - 250
- 50 - 100
- 10 - 50
- 0 - 10

NOTES

Aerial: USGS, 2006; GeoKinetics, 2003; Data Reported from January and March 2003

Deering Ave

Clarifier

0  15  30    60    90 Feet

N

earthforensics, inc.

**GeoKinetics Soil Vapor Sampling 2003- Total VOC Concentration at 10 feet**

Canoga Park, CA

| Date | Prepared By |
|---|---|
| September 27, 2023 | DY |

| Project Name | Figure |
|---|---|
| Canoga Park | **25b** |
| Project Number | |
| 2021.145 | |

**earthforensics, inc.**

**Off-Site Environmental Sites and Potential COC Sources**

Canoga Park, CA

NOTES
USGS, 2020; Geotracker, 2022

LEGEND
Former Litton/ Northrop Grumman Site
Northrop Grumman Plume (1.2 µg/L TCE Iso-concentration)
TCE Sites
Dry Cleaners (Source: Geotracker, AQMD, Google Search)

| Date | September 27, 2023 | Prepared By | |
| Project Name | Canoga Park | | DY |
| Project Number | 2021.145 | Figure | 26 |