# EXHIBIT 14

# Expert Report of
# Matthew J. Tonkin, PhD

**In the matter of:** *Jed and Alisa Behar v. Northrop Grumman Corporation and Northrop Grumman Systems Corporation*, **U.S. District Court, Central District of California, Case No. 2:21-cv-03946-HDV-SK**



**S.S. PAPADOPULOS & ASSOCIATES, INC.**
Environmental & Water-Resource Consultants

**September 27, 2023**

1801 Rockville Pike, Suite 220, Rockville, Maryland 20852-1649  ●  (301) 718-8900

**REPORT**

$\Sigma^2\Pi$   **S.S. Papadopulos & Associates, Inc.**

# Table of Contents

**Page**

List of Figures ..................................................................................................................... iii

List of Appendices ............................................................................................................... iv

List of Acronyms .................................................................................................................. v

Section 1    Introduction ........................................................................................... 1-1

    1.1 Background ............................................................................................... 1-1

    1.2 My Assignment in this Case ..................................................................... 1-1

    1.3 Methods .................................................................................................... 1-1

    1.4 Summary of Opinions ............................................................................... 1-2

Section 2    Study Area Overview .............................................................................. 2-1

    2.1 Physiography and Climate ......................................................................... 2-1

    2.2 Study Area ................................................................................................ 2-1

    2.3 TCE .......................................................................................................... 2-1

    2.4 Historical Site Operations and Ownership ................................................. 2-2

    2.5 Summary of Other Potential Source Areas ................................................ 2-2

    2.6 Study Area Hydrogeology ......................................................................... 2-3

Section 3    Data Evaluation ...................................................................................... 3-1

    3.1 Introduction .............................................................................................. 3-1

    3.2 Interpreted Groundwater Flow Directions and Rates ................................. 3-1

    3.3 Anticipated Contaminant Migration Directions and Rates .......................... 3-2

    3.4 Groundwater Quality Sampling Data ........................................................ 3-2

    3.5 Estimated Extent and Mass of TCE Contamination in Groundwater .............. 3-3

Section 4    Evidence for the Presence of DNAPL ..................................................... 4-1

    4.1 Introduction .............................................................................................. 4-1

    4.2 Evidence for the Presence of DNAPL ........................................................ 4-1

    4.3 Residual DNAPL vs. Pooled DNAPL ........................................................ 4-2

    4.4 Delineation of DNAPL Source Area .......................................................... 4-2

    4.5 Relevance of the Presence of DNAPL to the Modeled TCE Source Term ..... 4-3



Section 5 Contaminant Transport Modeling.................................................................5-1

 5.1 Introduction.................................................................5-1

 5.2 Software .................................................................5-1

 5.3 Calculation Inputs.................................................................5-1

 5.4 Calculation Results .................................................................5-2

 5.5 Discussion.................................................................5-2

Section 6 References.................................................................6-1

 6.1 Technical References.................................................................6-1

 6.2 Online Resources .................................................................6-5

 6.3 Additional Documents Reviewed or Considered...........................................6-5

**Figures**

**Appendices**

 **S.S. Papadopulos & Associates, Inc.**

# List of Figures

Figure 2-1   Study Area Map

Figure 2-2   General Study Area Land Surface Elevation Map

Figure 2-3   Example Historical Groundwater Elevation Records

Figure 2-4   Example Historical Precipitation Records

Figure 2-5   Location of Manufacturing Facilities in Proximity to 8020 Deering Avenue

Figure 2-6   Canoga Park Class Action Map and Identified Contaminant Sources

Figure 2-7   Schematic Timeline of Investigation Activities: (a) 8020 Deering Avenue, (b) 8000 Deering Avenue, and (c) 7950 and 7930 Deering Avenue

Figure 2-8   Schematic Geologic Cross Section: (a) G-G' and (b) G'-G"

Figure 3-1   Example Groundwater Elevation Contours: (a) San Fernando Valley, circa 1958, (b) Site Scale Prepared by Others, (c) Study Area Scale Prepared by Me, and (d) Study Area Scale Prepared by Others

Figure 3-2   Example Hydraulic Properties of Subsurface Materials (NGSC_2759091)

Figure 3-3   Schematic Timeline of Sampling Infrastructure: 8020 Deering Avenue

Figure 3-4   Schematic Timeline of Sampling Activities: 8020 Deering Avenue

Figure 3-5   Example TCE Concentration Time-Series: Measured

Figure 3-6   Longitudinal Plot Illustrating Vertical Locations of Sampling: (a) Source Area, (b) Plume Centerline and (c) Plume Centerline and Leading Edge Limbs

Figure 3-7   Example Interpolated TCE Concentration Contours: (a) Prepared by Me and (b) Prepared by Others

Figure 4-1   TCE Percent Solubility Map

Figure 4-2   Approximate DNAPL Delineation - Lateral

Figure 4-3   Approximate DNAPL Delineation - Vertical

Figure 5-1   Schematic Illustrations of ATRANS Calculations: (a) Box Diagram and (b) Plume Schematic

Figure 5-2   Schematic Timeline of Remediation Activities for 8020 Deering Avenue

Figure 5-3   Source Term Loading Curve for 8020 Deering Avenue

Figure 5-4   Comparison of TCE Concentration Contours: (a) Sample Data, (b) Sample Data and Mapped Contours, (c) Modeled Contours

Figure 5-5   Scatter Plot of Modeled versus Measured TCE Concentrations

Figure 5-6   Example TCE Concentration Time Series: Measured and Modeled

# List of Appendices

Appendix A    Curriculum Vitae

Appendix B    Documentation for ATRANS

 **S.S. Papadopulos & Associates, Inc.**

# List of Acronyms

| | |
|---|---|
| % | percent |
| 11-DCE | 1,1-dichloroethene |
| 111-TCA | 1,1,1-trichloroethane |
| 2D | two-dimensional |
| 3D | three-dimensional |
| ACD | Advanced Circuitry Division |
| CERCLA | *Comprehensive Environmental Response, Compensation, and Liability Act* |
| cis-DCE | cis-1,2-dichloroethene |
| CVOC | chlorinated volatile organic compound |
| DNAPL | dense nonaqueous phase liquid |
| $ft^3$ | cubic feet |
| ft amsl | feet above mean sea level |
| ft bgs | feet below ground surface |
| ft/d | feet per day |
| ft/yr | feet per year |
| g/mil | gram per milliliter |
| GIS | geographic information system |
| GLS | generalized least squares |
| kg | kilogram |
| L/kg | liter per kilogram |
| LK | logarithmic kriging |
| LUST | Leaking Underground Storage Tank |
| MEUK | multi-event universal kriging |
| µg/L | microgram per liter |
| mg/kg | milligram per kilogram |
| mg/L | milligram per liter |
| NAPL | nonaqueous phase liquid |
| NYSDEC | New York State Department of Environmental Conservation |

$\Sigma^2\Pi$  **S.S. Papadopulos & Associates, Inc.**

| | |
|---|---|
| OK | ordinary kriging |
| PCE | perchloroethene |
| QK | quantile kriging |
| RCRA | *Resource Conservation and Recovery Act of 1979* |
| SSP&A | S.S. Papadopulos & Associates, Inc. |
| SWRCB | California State Water Resources Control Board |
| TCE | trichloroethylene |
| trans-DCE | trans-1,2-dichloroethene |
| UK | universal kriging |
| USDOE | United States Department of Energy |
| USEPA | United States Environmental Protection Agency |
| VCP | Voluntary Cleanup Program |
| VOC | volatile organic compound |

 **S.S. Papadopulos & Associates, Inc.**

# Section 1
# Introduction

## 1.1 Background

I have been retained as a consultant and disclosed as an expert witness to provide affirmative opinions and rebuttal opinions in response to materials and opinions submitted by experts on behalf of plaintiffs in the matter of Jed and Alisa Behar v. Northrop Grumman Corporation and Northrop Grumman Systems Corporation, U.S. District Court, Central District of California, Case No. 2:21-cv-03946-FMO-SK.

I am a Principal Hydrogeologist and President at S.S. Papadopulos & Associates, Inc. (SSP&A). I specialize in synthesizing and evaluating a range of information and data types to support water resources and environmental contamination studies. My expertise includes planning field data collection activities; the evaluation and mapping of environmental data; the design and performance evaluation of remedies for soil, soil vapor, and groundwater; and the development, calibration, and application of computer models for water resource and contamination studies. I have developed and published methods to evaluate, map, and model subsurface contamination, and I have developed and published programs for this purpose (see for example Tonkin et al., 2016; Bedekar et al., 2016). I completed my PhD on the topic of model calibration and the analysis of uncertainty and have provided professional instruction on these and related topics.

My professional experience includes providing consulting support to the U.S. Environmental Protection Agency (USEPA), U.S. Department of Energy (USDOE), New York State Department of Environmental Conservation (NYSDEC), and many other public and private sector clients on the sources, disposition, transport-and-fate, and remediation, of contamination found in soil, soil vapor, groundwater, and present as non-aqueous phase liquid (NAPL). This experience includes sites subject to the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), Resource Conservation and Recovery Act (RCRA), various Voluntary Cleanup Programs (VCPs), and other state and local authorities. A full and true copy of my curriculum vitae is included as **Appendix A** to this report.

## 1.2 My Assignment in this Case

My assignment for this case is as follows:

- To evaluate and interpret the extent of groundwater that is contaminated with chlorinated volatile organic compounds (CVOCs) throughout the Canoga Park area.

- To estimate the order-of-magnitude quantity of TCE present in the subsurface as one line of evidence as to the quantity of TCE that was released historically.

- To determine the most likely geographic location and timing of the primary source(s) of those releases.

## 1.3 Methods

To complete my work, I evaluated various lines of evidence regarding the sources, disposition, transport, and fate of contaminants in soil, soil vapor, and groundwater. This included

reviewing reports and studies regarding the hydrogeology and other characteristics of the study area, together with site-specific technical reports and associated data and technical analyses. I also reviewed documents describing historical manufacturing and other uses of study area properties; descriptions of facility disposal practices; and environmental investigation and remediation reports. I also constructed a database containing readily available environmental data including measured groundwater elevations and groundwater quality sampling results. I used the contents of this database to prepare graphs of groundwater levels and sampled contaminant concentrations at temporary and permanent sampling locations; to prepare maps of groundwater elevation contours depicting approximate directions and rates of groundwater flow; and, to prepare maps depicting the approximate extent of groundwater contaminated by the main CVOC encountered in groundwater throughout the study area, trichloroethylene (TCE). I also reviewed the expert reports of Hugh S. Gorman, PhD, and of W. Richard Laton, PhD.

In addition to the foregoing document review, data processing, and data visualization tasks, I completed contaminant fate-and-transport calculations using a program, ATRANS, that implements fundamental equations recommended by the USEPA among others (see for example, Guyonnet and Neville, 2004) to describe the movement of contaminants dissolved within groundwater. ATRANS computes the time-varying migration of contaminants that are released to, dissolve into, and move within groundwater. These calculations included inputs used to approximate the historical loading of CVOCs to groundwater over time, and other inputs used to describe the transport of contaminants dissolved in groundwater. These inputs are detailed in this report.

At the conclusion of my work, I constructed a series of geographic information system (GIS) files and spreadsheets to prepare figures that compare the outputs of my calculations with maps and graphs of groundwater contamination prepared by myself and by others.

## 1.4 Summary of Opinions

Based on my understanding of the issues to be addressed in this case, the work that I have performed as described in this report, and my experience as a hydrogeologist in the evaluation of the sources, extents, migration, and fate, of contaminants in the subsurface, I have reached the following opinions each of which is correct to a reasonable degree of scientific certainty:

Opinion 1:    Contamination of groundwater throughout the study area is dominated by the CVOC TCE, with lesser contributions from other CVOCs.

Opinion 2:    TCE has been detected in subsurface soils and groundwater on the 8020 Deering Avenue property at concentrations approaching its theoretical solubility, as recently as the last decade, indicating the nearby presence of Dense Non-Aqueous Phase Liquid (DNAPL).

Opinion 3:    Soil and groundwater data from the 8020 Deering Avenue property demonstrate that TCE contamination at concentrations indicative of the nearby presence of DNAPL extends from above the groundwater table to a depth of 80 feet or more below the groundwater table.

 **S.S. Papadopulos & Associates, Inc.**

Opinion 4:    The TCE groundwater plume represents a mass of contamination equivalent to several to many hundreds of kilograms (kg) of pure TCE, which at a specific gravity of 1.465 for TCE represents several to many hundreds of gallons of pure-phase TCE.

Opinion 5:    The primary sources of the TCE contamination found on the 8020 Deering Avenue property include the former clarifier, releases to interior floor drains, and other incidental releases during facility operations.

Opinion 6:    Releases of TCE at and in proximity to the former clarifier occurred in the form of DNAPL, which continues to reside in the subsurface on the property and continues to act as an ongoing source of groundwater contamination downgradient of the 8020 Deering Avenue property.

Opinion 7:    Remediation efforts on and adjacent to the 8020 Deering Avenue property have demonstrated only marginal success, such that soils and groundwater on the property act as an ongoing source of groundwater contamination downgradient of the 8020 Deering Avenue property.

Opinion 8:    Releases of TCE at the 8020 Deering Avenue property occurred between about 1968 and 1975 during which time the facility was operated for the purposes of circuit board manufacture and other electronics operations.

Opinion 9:    The source of the TCE plume identified on Figure 1 of Laton (2023) was the waste products of circuit board manufacturing at 8020 Deering Avenue.

Support for my opinions is provided within this report, together with explanations of the methods that I used to perform calculations. In completing my work, I used methods and followed procedures that I commonly employ in my profession to evaluate the presence, extents, migration, and fate, of contaminants in the subsurface. I understand that if called upon, I may revise or augment these opinions based on new data and information.

My employer, S.S. Papadopulos & Assoc., Inc. (SSP&A) is compensated at the hourly rate of $347.00 for my time on this project, including consulting, report writing, deposition, and appearance at trial.

Date:    September 27, 2023

Signed:

_____

Matthew Tonkin, President

S.S. Papadopulos & Assoc., Inc. (SSP&A)

# Section 2
# Study Area Overview

## 2.1 Physiography and Climate

The Canoga Park groundwater contamination lies within the western portion of the San Fernando Valley region of Los Angeles, California (**Figure 2-1**).  The area exhibits a mixture of residential and commercial land uses within valley areas, surrounded by low uplands (**Figure 2-2**).  The area exhibits a hot summer Mediterranean type climate, with most precipitation occurring at higher altitudes around basin margins during winter months.  Despite intermittent wet periods, the area experiences droughts during which groundwater storage is depleted resulting in declining groundwater elevations (**Figure 2-3**). The trend in recent decades has been toward dryer conditions, which is reflected in historical groundwater elevations that demonstrate a general downward trend (**Figure 2-4**).

## 2.2 Study Area

The study area is located within the western side of the San Fernando Valley, where a plume of TCE and other contaminants is present resulting from historical releases to the subsurface (**Figure 2-5**). The GeoTracker web portal maintained by the California State Water Resources Control Board (SWRCB) identifies TCE as the main groundwater contaminant in the study area; describes historical manufacturing activities at 8020 Deering Avenue; and also states that:

> "… *contaminants released at the site were associated with the storage, transfer and use of solvents, acids, and metal wastes used during circuit board manufacturing.*"

A class action is currently underway in Canoga Park in response to the presence and impacts to soil, groundwater, and soil vapor of this CVOC contamination (**Figure 2-6**).

## 2.3 TCE

TCE is a chemical compound that has been used as an industrial solvent, primarily to remove grease from metal parts during the manufacture of a variety of products (ACC, 2023). TCE production in the U.S. began in the early 1920s, and TCE became the solvent of choice for vapor degreasing in the 1930s (Doherty, 2000).  The main application of TCE during its peak use was in the vapor degreasing of metal parts, including in printed circuit board manufacturing (USEPA, 1990; Sin and Byeon, 2012; USEPA, 2016; ASTDR, 2019).  Use of TCE as a degreaser declined in the 1960s as it was replaced by other CVOCs for this purpose. Although TCE was also used as a dry-cleaning solvent, it was largely replaced in the U.S. by perchloroethene (PCE) by this time (ACC, 2023).  Overall, TCE became less popular during and after the 1970s because of environmental concerns and the availability of other CVOCs (Bakke et al, 2007), and use of TCE in food processing and cosmetics was banned in 1977.  There has been a continuing decline in demand for TCE in the U.S. since its peak in the 1960s and 1970s (IARC, 2014).

Other CVOCs identified within the study area include PCE, cis-1,2-dichloroethene (cis-DCE), trans-1,2-dichloroethene (trans-DCE), 1,1,1-trichloroethane (111-TCA), and 1,1-dichloroethene (11-DCE).  TCE can degrade via aerobic and anaerobic processes (anaerobic reductive dechlorination, anaerobic cometabolic reductive dichlorination, aerobic co-metabolism,

 **S.S. PAPADOPULOS & ASSOCIATES, INC.**

and aerobic direct oxidation) (Bourg et al., 1992). Typically, aerobic degradation processes are more rapid – resulting in shorter half-lives – for TCE than are anaerobic processes (Pant and Pant, 2010; Wu et al., 2022). Under field conditions, ideal degradation rates are often not attained due to inhibition processes and the presence of co-contaminants (e.g., Northwind, 2005, 2010). Both cis-DCE and trans-DCE are products of the degradation of TCE, which itself can occur as a primary contaminant or as a degradation product of PCE. 11-DCE is a degradation product of PCE, TCE, and 111-TCA (USGS, 2006).

## 2.4 Historical Site Operations and Ownership

The property located at 8020 Deering Avenue was originally developed and operated by Advanced Circuitry Division (ACD), a division of Litton Industries, between about 1968 and 1975. ACD manufactured circuit boards, including copper plating, chemical stripping, and cleaning, processes known to use TCE and other chlorinated solvents and to contain chlorinated solvents in its waste rinse water (USEPA, 1990; Craig, 1994; Fleming et al, 2014). Witness accounts document the use of TCE by ACD at the 8020 Deering Avenue property (Verdict Resources, 2000), and the Advanced Circuitry Division of Litton Industries may have discontinued operations at this location earlier than the 1975 property transfer (Verdict Resources, 2000). Other printed circuit board manufacturing facilities owned and operated by Litton Industries are documented to have used TCE as their primary solvent during the same operational time period (MDNR, 2022) and for that use to have resulted in environmental contamination. Other divisions of Litton Industries (Memory Products Division and Monroe Calculators) also occupied the property until 1975. During the period Litton Industries owned and operated the site, a multi-stage underground clarifier was installed to settle-out and remove solids from the liquid waste stream produced by site operations.

The 8020 Deering Avenue property underwent several changes in ownership and operations since that time. Today, the property includes a large building originally constructed in 1967, and an open area comprising an asphalt parking lot (CALEPA/LARWQCB, 2016). The clarifier that had been installed in the late 1960s was removed in 2006, together with surrounding soils containing metals and various volatile organic compounds (VOCs).

## 2.5 Summary of Other Potential Source Areas

The California SWRCB GeoTracker database was reviewed to identify any sites that require cleanup, such as Leaking Underground Storage Tank (LUST) Sites, Department of Defense Sites, and Cleanup Program Sites in the vicinity of the study area TCE groundwater plume (**Figure 2-6**). Several LUST sites have been identified within the footprint of the TCE groundwater plume, however, these sites are typically petroleum-related and not CVOC sources. A-American Storage, located at 7900 Deering Avenue, is the only Cleanup Program Site in the footprint of the TCE groundwater plume. This site was investigated and determined not to be a source of TCE in groundwater (CRWQCB, 1999). Based on this review of the GeoTracker database, the 8020 Deering Avenue property was the sole identified source of TCE to groundwater generating the TCE groundwater plume that is mapped throughout the study area (Figure 1 of Laton, 2023).



## 2.6 Study Area Hydrogeology

General patterns of groundwater flow throughout the San Fernando Valley are determined by natural and anthropogenic sources of recharge and discharge, which within the study area results in a generally southeasterly direction of groundwater flow.  Although groundwater in the area has some potential for potable use, its use has been limited by both natural and anthropogenic water quality concerns.

As noted above, the study area has been the subject of several investigations. **Figures 2-7(a-c)** presents a schematic timeline of investigation activities conducted at the 8020 Deering Avenue property, together with activities conducted at adjacent properties located at 8000 Deering Avenue and at 7950 and 7930 Deering Avenue. A generalized geologic cross section oriented along the centerline of groundwater contamination is presented as **Figure 2-8**.  Groundwater is typically encountered under unconfined (water table) conditions at a depth of about 40 feet in the vicinity of 8020 Deering Avenue.  The schematic section depicts a thick sequence of sandy sediments interspersed by finer silt-clay intervals.  The materials have been described as interbedded fluvial-alluvial sediments arising from the Browns Canyon Wash and ancestral Los Angeles River.  Geologic materials near the 8020 Deering Avenue property have been described as comprised of a shallow channel complex which often demonstrates a higher hydraulic conductivity, and a deeper channel complex which often demonstrates a lower hydraulic conductivity.  However, review of multiple geologic sections such as that presented in **Figures 2-8(a,b)** suggests that moving downgradient from the 8020 Deering Avenue property this distinction may be less evident and that the contamination impacts and migrates through a heterogeneous mixture of sands, gravels, silts, and clays with hydraulic properties that range accordingly.

$\Sigma^2\Pi$   **S.S. Papadopulos & Associates, Inc.**

# Section 3
# Data Evaluation

## 3.1 Introduction

This section of the report describes document reviews and data analyses that I completed to prepare for and support my contaminant transport calculations.

## 3.2 Interpreted Groundwater Flow Directions and Rates

Groundwater levels have been measured in monitoring wells and other devices at and nearby 8020 Deering Avenue since the late 1990s.  The network of monitoring wells at and downgradient of the 8020 Deering Avenue property has grown over time. In particular, the monitoring well network expanded greatly following 2016. As a result of monitoring network expansion, the geographic area over which maps of groundwater elevations and contaminant concentrations can be prepared has also grown.

To interpret directions and rates groundwater flow throughout the study area, I compiled and tabulated available groundwater elevation data. I reviewed these data and prepared a table of measurements spanning from 2004 through 2022 to use as inputs to an algorithm for interpolating data.  In simple terms, kriging is the process of estimating the value of a property at a specific location by interpolating known (sampled) values that are available within the vicinity.  One advantage of kriging versus many other interpolation methods is that in the absence of measurement error or replicates (co-located data) it is an exact interpolator – which means it precisely reproduces the known values at sampled locations. This is accomplished by enforcing a constraint that the sum of the interpolation weights for each known (sampled) value is equivalent to 1.0 when solving the kriging system of equations.  Universal Kriging (UK) is a method for interpolating data that incorporates generalized least squares (GLS) regression, enabling estimation of the underlying trend coefficients.  In the case of groundwater elevation mapping, UK provides an estimate of the direction and magnitude of the slope of the water table – i.e., the hydraulic gradient – which can be used in calculations of contaminant transport (Tonkin and Larson, 2002; Karanovic et al., 2009; Tonkin et al., 2009).

**Figure 3-1** presents four depictions of groundwater elevations encompassing the study area.  **Figure 3-1a** depicts groundwater elevation contours representing conditions throughout the San Fernando Valley during the 1950s. **Figure 3-1b** depicts contours prepared by others to represent conditions close to the 8020 Deering Avenue property. **Figure 3-1c** presents groundwater elevation contours that I prepared for a single year, 2022, using the UK interpolation technique. **Figure 3-1d** presents groundwater elevation contours prepared by Geosyntec for the same year, 2022.  Although the contour intervals on the figures differ – my figure depicts contours every foot (i.e., 1 foot) of elevation change – the general pattern compares well.  For example, the contours suggest that the hydraulic gradient is flatter in the upgradient portion of the study area than in the downgradient portion of the study area.  For purposes of mapping the approximate extent of groundwater contamination presented later in this section, and contaminant transport calculations (presented in **Section 5**), groundwater level mapping provides estimates of anticipated migration directions and typical hydraulic gradients throughout the study area.

 **S.S. Papadopulos & Associates, Inc.**

To obtain similar maps as presented in **Figure 3-1c** for multiple monitoring events, I used a version of the UK interpolation method referred to as multi-event universal kriging (MEUK). MEUK was developed specifically to prepare multiple groundwater elevation contour maps representing a sequence of measurement events, and to estimate the underlying area-wide trends (Tonkin et al., 2016). Using the MEUK technique, I conducted an ensemble analysis of groundwater elevations and derived from that analysis coefficients for the underlying area-wide trend (a) individual for each mapped event and (b) for the ensemble of events, the latter exhibiting a value of 0.0033 feet-per-foot for the slope – i.e., the hydraulic gradient – toward the southeast.

## 3.3 Anticipated Contaminant Migration Directions and Rates

The groundwater elevation maps presented in **Figure 3-1**, and the ensemble of gradient analyses described above, provide evidence for the anticipated migration pathway of the center of mass of dissolved contaminants originating from the 8020 Deering Avenue property as they migrate within groundwater. As noted above, several studies have been undertaken to characterize the subsurface throughout the study area, including studies of the vadose zone (above the groundwater table) and of saturated zone conditions. However, I was unable to identify a single comprehensive compilation of the primary hydraulic properties of subsurface materials that are pertinent to calculations of contaminant transport in groundwater – i.e., the saturated hydraulic conductivity and mobile (or *effective*) porosity. As noted above, geologic sections such as that presented in **Figure 2-8** suggest that the contamination impacts and migrates through a heterogeneous mixture of sands, gravels, silts, and clays with hydraulic properties that range accordingly, such as depicted in **Figure 3-2**. Under such conditions, it has been shown that for mean two-dimensional (2D) flow and migration – often referred to as depth-averaged flow – in heterogeneous but statistically isotropic media, the effective hydraulic conductivity is equal to the geometric mean (Matheron, 1967; Gutjahr et al., 1978; Gelhar and Axness, 1981; Gelhar and Axness, 1983). For statistically anisotropic media the geometric mean is still the starting point for analyses when heterogeneity is not explicitly modeled (Spitz and Moreno, 1996). As such, while hydraulic conductivities may range over orders-of-magnitude, the geometric central tendency is the starting point for calculations.

My review of the available documents, including aquifer tests and the results of profiles obtained during soil vapor studies, suggests that reasonable central tendency values for these parameters are on the order of 60 feet-per-day (ft/d) for the effective hydraulic conductivity, and 20 percent (%) for the mobile (effective) porosity, respectively. From the MEUK analysis described in **Section 3.2**, I obtained an area-wide estimate for the gradient in the easting direction of -0.0025 and of 0.0022 in the northing direction resulting in a bulk hydraulic gradient of about 0.0033 toward the southeast. Using these values together I estimate the typical bulk rate of movement of groundwater and conservative non-reacting dissolved contaminants originating from the 8020 Deering Avenue property to be about 1 ft/d or over 350 feet-per-year (ft/yr). This value is consistent with those values presented by Haley & Aldrich, Inc (2016; Table 2) which represent local rather than plume-wide conditions.

## 3.4 Groundwater Quality Sampling Data

Studies undertaken to characterize the subsurface throughout the study area included sampling of groundwater, soil, and soil vapor, via a network of temporary and permanent sampling

devices that has grown over time. **Figure 3-3** presents a schematic timeline of sampling infrastructure associated with the 8020 Deering Avenue property, and **Figure 3-4** presents a schematic timeline of sampling activities associated with the 8020 Deering Avenue property. These sampling events have resulted in an extensive dataset of contaminant concentrations, with some locations exhibiting time-series concentrations for the main CVOC, TCE, and other contaminants. At some locations, groundwater sampling results extend back about 20 years.

**Figure 3-5** presents example time-series concentration graphs for the main CVOC, TCE, from monitoring wells located (a) close to the 8020 Deering Avenue property, (b) located generally midway along the region of groundwater impacted by TCE and, (c) located further downgradient but within the region of groundwater impacted by TCE. **Figure 3-6** depicts the vertical screen interval of monitoring locations with increasing distance from monitoring well C-1, which is located a short distance upgradient of the former clarifier on the 8020 Deering Avenue property. Three panels are shown on **Figure 3-6**: the first panel (**Figure 3-6a**) depicts screen intervals for monitoring wells close to the 8020 Deering Avenue property; the second panel (**Figure 3-6b**) depicts the screened intervals for monitoring wells located along the approximate centerline of the TCE groundwater contamination; and the third panel (**Figure 3-6c**) depicts the same monitoring well screened intervals as the first panel together with the screened interval of monitoring wells located off the general centerline of TCE groundwater contamination, including the leading-edge limbs. The colors represent the maximum TCE concentration measured at each location and depth interval, with cool colors representing lower TCE concentrations and warm colors representing higher TCE concentrations.

## 3.5 Estimated Extent and Mass of TCE Contamination in Groundwater

I prepared a map depicting the approximate extent of TCE in groundwater throughout the study area to compare with the outputs from my contaminant transport calculations. To accomplish this, I compiled and tabulated available sampling data, reviewed those data, and prepared a table of measurements representing conditions from 2015 through 2022, to use as inputs to an algorithm for interpolating spatial data. Kriging can be performed on the basis of either (a) raw sample results, such as the actual measurements themselves, or (b) transformed values (standardized) input data. Logarithmic Kriging (LK) and Quantile Kriging (QK) are methods for interpolating spatial data using a logarithmic transform and using a uniform score transform of the data, respectively, to mitigate against extrapolation at the margins of and beyond the convex hull of the data that can occur with other interpolation methods (Journel and Deutsch, 1997; Deutsch and Journel, 1992; Reed et al, 2004). The interpolation program that I used incorporates a coordinate transformation which enables the primary axis of symmetry to be curvilinear in a manner similar to that published by others (for example, Domenico and Robins, 1984; Lavenue and Domenico, 1986; Ala and Domenico, 1992; Craig and Heidlauf, 2009; Atteia et al., 2011).

To interpolate sampled TCE concentrations throughout the study area, I used as the coordinate axis of symmetry a line derived from my groundwater level mapping, and I used concentrations of TCE sampled from monitoring well locations and screened intervals that represent the primary lateral and vertical contaminant migration pathways. **Figure 3-7** depicts concentration contours for TCE that were (a) prepared by me using the method described above, and (b) prepared previously by others. Although the contour intervals on the figures differ slightly – the figure prepared by Geosyntec depicts contours at TCE concentrations of 5, 50, and 500

$\Sigma^2\Pi$  S.S. Papadopulos & Associates, Inc.

micrograms per liter (μg/L), whereas my figure depicts additional contours at concentrations of 100 and 1,000 μg/L – the patterns and extents compare well: both figures depict a contiguous region of TCE contamination that extends from 8020 Deering Avenue toward the southeast, trending more easterly with increasing distance from 8020 Deering Avenue.

Using my depiction of the approximate extent of TCE at concentrations greater than 5 μg/L, I estimate that the TCE groundwater plume represents a mass of contamination equivalent to several to many hundreds of kilograms (kg) of pure-phase TCE, which at a specific gravity of 1.465 for TCE represents several to many hundreds of gallons of pure-phase TCE. The magnitude of this estimate is supported by documented efforts at remediation conducted at and adjacent to the 8020 Deering Avenue property which were reported to recover several hundred pounds of VOCs via soil vapor extraction (Orion Environmental, Inc., 2007b).

 **S.S. Papadopulos & Associates, Inc.**

# Section 4
# Evidence for the Presence of DNAPL

## 4.1 Introduction

This section details an evaluation completed to evaluate the dimensions and likely persistence of the source zone used for the contaminant transport calculations.

## 4.2 Evidence for the Presence of DNAPL

The USEPA uses a contaminant ranking system, based on comparing sampled groundwater concentrations to estimated solubilities, to determine the likelihood of DNAPL presence in the subsurface (USEPA, 1993). For a single component DNAPL, if sampled concentrations in groundwater are between 1% and 3% of solubility, the USEPA ranking system suggests that there is a medium likelihood that a separate DNAPL phase is present. If sampled concentrations in groundwater are between 3% and 10% of solubility, the USEPA ranking system suggests that there is a high likelihood that a separate DNAPL phase is present. Various sources list the solubility of TCE, a DNAPL and the primary groundwater contaminant, between about 1,100 milligrams per liter (mg/L) (i.e., 1,100,000 µg/L) and about 1,400 mg/L (i.e., 1,400,000 µg/L) (Schwarzenbach et al., 2003; USEPA, 2022). For this analysis, a mid-range value of 1,280 mg/L was chosen to represent the solubility of TCE. Therefore, measured TCE concentrations greater than 12.8 mg/L (12,800 µg/L) suggest the likely presence of a separate DNAPL phase in the subsurface.

The maximum reported TCE concentration at each groundwater monitoring location was used to calculate the percent TCE solubility (**Figure 4-1**). Two locations had percent TCE solubilities greater than 50% indicating a very high likelihood of the presence of a separate DNAPL phase:[1] (1) hydropunch location OHP-1 (maximum TCE concentration in October 2015 of 940 mg/L or 940,000 µg/L at a depth of 64 feet below ground surface) and (2) monitoring well C-22 (maximum TCE concentration in September 2017 of 770 mg/L or 770,000 µg/L). Both sampling points are located on the 8020 Deering Avenue property south of the former clarifier. Several other monitoring wells located on the 8020 Deering Avenue property have percent TCE solubilities greater than 10%: these include C-21 (maximum TCE concentration in March 2011 of 480 mg/L or 480,000 µg/L), C-26 (maximum TCE concentration in March 2016 of 130 mg/L or 130,000 µg/L), C-31 (maximum TCE concentration in November 2018 of 320 mg/L or 320,000 µg/L), C-37 (maximum TCE concentration in November 2018 of 500 mg/L or 500,000 µg/L) and C-38 (maximum TCE concentration in February 2019 of 180 mg/L or 180,000 µg/L). These monitoring locations indicate that there is a high to very high probability of the presence of a separate DNAPL phase in the subsurface on the 8020 Deering Avenue property.

Soil sampling results were also used to evaluate the likely presence of DNAPL in the vicinity of the 8020 Deering Avenue property. The soil-water distribution coefficient ($K_d$) was calculated from the carbon-water distribution coefficient ($K_{oc}$) and fraction of organic carbon ($f_{oc}$):

---

[1] Based on the assumption of a one component DNAPL. If the DNAPL is multicomponent, then the threshold values used for determining the likelihood of the presence of DNAPL are correspondingly lower.

$\Sigma^2\Pi$   **S.S. Papadopulos & Associates, Inc.**

$$K_d = f_{oc}K_{oc} \qquad\qquad \textbf{Equation 4-1}$$

For this analysis, a $K_d$ of 0.17 liters per kilogram (L/kg) was calculated based on a $K_{oc}$ value of 100 L/kg from the USEPA's CompTox database (USEPA, 2022) and an $F_{oc}$ value of 0.0018.[2]   The equilibrium water concentration for the assumed two-phase system (soil and groundwater) was calculated for each discrete soil sampling result (USEPA, 1992):

$$C_w = \frac{C_s\rho_b}{K_d\rho_b + \theta_w} \qquad\qquad \textbf{Equation 4-2}$$

where $C_w$ is the equilibrium groundwater concentration (mg/L), $C_s$ is the measured soil concentration (milligrams per kilograms [mg/kg]), $\rho_b$ is the bulk density of the soil (1.5 grams per milliliter [g/ml][2]) and $\theta_w$ is the water-filled porosity ($0.27^2$).

One sampling location had calculated equilibrium groundwater concentrations greater than the solubility of TCE (PSB5 at 61 to 63 feet below ground surface [ft bgs] and 75 to 77 ft bgs), indicative of the likely presence of a separate DNAPL phase.  Four locations (PSB7 at 72 to 74 bgs, PSB8 at 82 to 84 ft bgs, PSB10 at 61 ft bgs and SB19-05 at 63.5 ft bgs) had calculated equilibrium groundwater concentrations greater than 500 mg/L.  Two locations (C-22 at 65 ft bgs and C-24 at 75 ft bgs) had calculated equilibrium groundwater concentrations of 480 mg/L.  The soil sample at C-24 (75 ft bgs) coincides with the final screened interval for the monitoring well, where groundwater concentrations indicate the likely presence of DNAPL based on the percent TCE solubility approach.  This in turn suggests that soil concentrations greater than or equal to 160 mg/kg likely indicate the presence of DNAPL at this location.

## 4.3 Residual DNAPL vs. Pooled DNAPL

Contamination can exist in the source zone as: (1) residual DNAPL zones, (2) DNAPL pools, (3) dissolved phase and, (4) sorbed to soil (Mercer and Cohen, 1990).  Residual zones are defined as regions of discontinuous, immobile DNAPL.  Regions of continuous, high-saturation DNAPL are classified as pools.  The measured soil and groundwater concentrations suggest that contamination in the source area exists as dissolved phase, sorbed to the soil and as a separate DNAPL phase.  Review of available boring logs did not indicate that a mobile DNAPL phase was encountered during investigations, suggesting that DNAPL is present as immobile residual.

## 4.4 Delineation of DNAPL Source Area

The horizontal and vertical extent of the DNAPL source was estimated using 3-dimensional (3D) ordinary kriging (OK) on indicator values.  Sampled TCE concentrations were transformed into an indicator value based on its percent solubility of TCE.  Sampled concentrations greater than or equal to 38.4 mg/L (38,400 µg/L – i.e., 3% of TCE solubility) were assigned an indicator value of 1 while sampled concentrations less than 38.4 mg/L were assigned a value of 0.  **Figure 4-2** shows the interpolated horizontal extent of the DNAPL source area based on this approach.  The majority of the DNAPL source area is located on the 8020 Deering Avenue

---

[2] Site specific parameters $f_{oc}$, $\rho_b$ and $\theta_w$ were taken as an average of measured hydraulic properties for the Site (Orion Environmental, Inc., 2007a; 2016; 2018).

$\Sigma^2\Pi$   **S.S. Papadopulos & Associates, Inc.**

property, beneath and south of the former clarifier.  The total pore volume of the DNAPL-impacted source area is on the order of 160,000 cubic feet ($ft^3$).  The total volume of DNAPL present in the subsurface is uncertain but is some fraction of the total estimated DNAPL-impacted pore volume.

DNAPL appears to be found at two depth intervals, and likely extends to connect these intervals: (1) from the water table to approximately 750 feet above mean sea level (ft amsl) and, (2) from approximately 730 ft amsl to 710 ft amsl (**Figure 4-3**). This is consistent with representations of the TCE plume showing a shallow and a deep segment (**Figure 2-8**).

## 4.5 Relevance of the Presence of DNAPL to the Modeled TCE Source Term

The high to very high probability of the presence of DNAPL is important to the conceptual model, contaminant transport calculations and understanding the likely persistence of contamination into the future.  DNAPL acts as a continuing source, such that the loading of TCE to groundwater persists following the initial releases to the subsurface and would not notably decline until partially or wholly successful remediation is implemented to contain, remove, or otherwise reduce TCE loading to groundwater (e.g., Basu et al., 2008; Brusseau et al., 2008; DiFilippo and Brusseau, 2008; DiFilippo et al., 2010; DiFilippo and Brusseau, 2011; ITRC, 2011)

$\Sigma^2\Pi$   **S.S. Papadopulos & Associates, Inc.**

# Section 5
# Contaminant Transport Modeling

## 5.1 Introduction

This section details contaminant transport calculations that I completed to approximate the historical release and migration of TCE within the study area.

## 5.2 Software

I completed contaminant transport calculations using a program that provides an exact mathematical solution to the governing equation for 3D transport within groundwater from a time-varying source of contamination, illustrated schematically in **Figure 5-1**.  Full documentation for the program, referred to as ATRANS, is provided in **Appendix B** to this report.  Since 1993, ATRANS has been extensively used and tested, and has accompanied demonstration transport problems distributed with the most popular transport simulator in the world, MT3D (Zheng, 1999; 2010; Bedekar et al., 2016), of which I am a co-author.  ATRANS was also distributed as companion software for the book "*Applied Contaminant Transport*" (Zheng and Bennett, 1995; 2002). ATRANS generalizes the transport solution that is implemented in the USEPA transport simulation codes Multimedia Exposure Assessment Model (MULTIMED) and BIOSCREEN (Newell et al., 1996). The transport solution used within ATRANS was incorporated into an enhanced version of the USEPA program BIOSCREEN, referred to as BIOSCREEN-AT (Karanovic et al., 2007), replacing the approximate (Domenico) solution for solute transport in 3D media.

ATRANS can simulate advection, dispersion, adsorption, and first order decay which are for most sites the dominant contaminant transport processes in groundwater. The version of ATRANS used for purposes of my evaluation described in this report simulates these transport processes along a piecewise- curvilinear flow and migration pathway, which approach has been previously applied and described in the peer-reviewed literature (Domenico and Robins, 1984; Lavenue and Domenico, 1986; Ala and Domenico, 1992; Craig and Heidlauf, 2009; Atteia et al., 2011).

## 5.3 Calculation Inputs

The use of ATRANS to simulate the transport of contaminants dissolved in groundwater requires several inputs.  The first of these are parameters that describe the underlying groundwater flow field.  For purposes of my calculations, the inputs that describe the directions and rates of groundwater flow are presented in Section 3 (above), and comprise the hydraulic gradient, hydraulic conductivity, and effective porosity. The second group of parameters describe transport processes for the contaminant, TCE.  For purposes of my calculations, the inputs that describe the properties of TCE when dissolved and migrating in groundwater are listed below:

- Distribution coefficient ($K_d$): I derived a value for this parameter of 0.17 based upon site-specific summaries of the fraction of organic carbon ($f_{oc}$) in subsurface geologic media, and published values for the organic carbon/water partitioning coefficient ($K_{oc}$).

 **S.S. Papadopulos & Associates, Inc.**

- Degradation rate: I used a value for this parameter, represented as a rate constant of $9.5x10^{-05}$ per-day, equivalent to a half-life of 20 years for TCE. This value was based on published literature, review of site-specific data on the presence of daughter products from degradation, and comparison of outputs from my transport calculations with measured and mapped TCE concentrations.

- The source loading rate: Development of the TCE source term is detailed below.

At most sites, a time-varying concentration loading function can be presumed, where the source concentration varies over time based upon site operations, release history, and remediation activities. This can be represented by a series of points, and this was the approach that I took for my calculations. Although the strength of the source of contamination to groundwater can follow a complex pattern, at most sites it exhibits three main characteristics. First, there is the time of commencement of impacts to groundwater resulting from the initial release(s) to the subsurface. Second, there is a rise in the contaminant source loading rate as the effect of the release(s) to the subsurface continue and, in the case of DNAPL, grow. Third, there is a reduction in the contaminant source loading rate as remediation activities are implemented and either partially or wholly remove or contain the source of contamination.

Earlier sections of my report summarize the historical site ownership and operations at 8020 Deering Avenue, and investigation activities at 8020 Deering Avenue and neighboring properties. **Figure 5-2** presents a schematic timeline of remediation activities for the 8020 Deering Avenue property. On the basis of the documented property ownership timeline and documented remediation activities, **Figure 5-3** presents a schematic of the derived TCE source loading curve for the 8020 Deering Avenue property. The dates of the initial loading to groundwater, and of the peak loading rate prior to the onset of remediation, were derived from the information presented in this report and in **Figure 5-2**, and from review of TCE concentrations in wells located close to and downgradient of the 8020 Deering Avenue property. The peak magnitude of the TCE source concentration was estimated via a process commencing by assuming a loading concentration equal to 3% of the TCE solubility (i.e., 38,400 µg/L) and comparing outputs of the transport calculations with concentration time-series at wells located throughout the mapped extent of groundwater contaminated by TCE, and with the extent of TCE in groundwater as presented in **Figure 3-7**.

## 5.4 Calculation Results

**Figure 5-4(a-c)** compares the modeled extents of TCE in groundwater as calculated from my transport calculations with the available sample data and with the mapped extents of TCE in groundwater as interpolated from those sample data (and presented previously in **Figure 3-7**). **Figure 5-5** presents a scatter plot that compares concentrations of TCE in groundwater as calculated from my transport calculations with sampled concentrations measured in wells; and **Figure 5-6** presents plots of calculated and measured TCE concentration time-series for a subset of monitoring wells located along the approximate centerline of the TCE groundwater plume.

## 5.5 Discussion

Multiple lines of evidence including available historic facility operation records and multi-media (soil, soil vapor, and groundwater) sampling results, identify pure-phase releases in the vicinity of the location of the former clarifier and other operations at 8020 Deering Avenue as the dominant source of CVOCs to both on-site and off-site groundwater. Analyses of groundwater

levels and hydraulic gradients conducted by myself and by others present groundwater flow and contaminant migration directions and rates that are consistent with the full mapped extent of TCE originating from the 8020 Deering Avenue facility in the vicinity of the former clarifier. Using parameters derived from site-specific data and literature, good correspondence is obtained between a transient semi-analytical model of contaminant transport and the extent of TCE as independently mapped by myself and by others, and sampled concentrations of TCE obtained over two decades from monitoring wells throughout the study area. This correspondence is obtained, despite probable transients in groundwater elevations, hydraulic gradients, and source loading, using a source loading function presented in **Figure 5-3** that was derived on the basis of documented facility operations indicating that releases overwhelmingly occurred between the years 1968 and 1975, during which time the facility was operated for the purposes of circuit board manufacture and other electronics operations – processes known to have used substantial quantities of TCE.

In summary, releases of TCE at the 8020 Deering Avenue property occurred between about 1968 and 1975 during which time the facility was operated for the purposes of circuit board manufacture and other electronics operations, and the source of the TCE identified on Figure 1 of Laton (2023) was the waste products of circuit board manufacturing at 8020 Deering Avenue.

 **S.S. Papadopulos & Associates, Inc.**

# Section 6
# References

## 6.1 Technical References

Agency for Toxic Substances and Disease Registry (ASTDR). 2019. Toxicological Profile for Trichloroethylene. Available online at https://www.atsdr.cdc.gov/toxprofiles/tp19-c2.pdf

Ala, N. K., and P.A. Domenico. 1992. Inverse Analytical Techniques Applied to Coincident Contaminant Distributions at Otis Air Force Base, Massachusetts: *Groundwater* 30 no. 2: 212-218. March.

Atteia, O., S. Huberson, and A. Dupuy. 2011. A Fast Flux Tube-Based Method for Solute-Transport Simulation: *Hydrogeology Journal* 19: 317–328.

Bakke, B., P.A. Stewart, and M.A. Waters. 2007. Uses of and Exposure to Trichloroethylene in U.S. Industry: A Systematic Literature Review: *Journal of Occupational and Environmental Hygiene* 4, no. 5: 375-390.

Basu, N.B., A.D. Fure, and J.W. Jawitz. 2008. Simplified Contaminant Source Depletion Models as Analogs of Multiphase Simulators: *Journal of Contaminant Hydrology*: 97: 87-99

Bedekar, V., E.D. Morway, C.D. Langevin, and M. Tonkin. 2016. MT3D-USGS Version 1: A U.S. Geological Survey Release of MT3DMS Updated with New and Expanded Transport Capabilities for Use with MODFLOW. U.S. Geological Survey Techniques and Methods Report #6-A53, Reston, VA.

Bourg, A., C. Mouvet, and D. Lerner. 1992. A Review of the Attenuation of Trichloroethylene in Soils and Aquifers. *Quarterly Journal of Engineering Geology and Hydrogeology*: 25, no. 4: 359-370.

Brusseau, M., E. DiFilippo, J. Marble, and M. Oostrom. 2008. Mass-Removal and Mass-Flux-Reduction Behavior for Idealized Source Zones with Hydraulically Poorly-Accessible Immiscible Liquid: *Chemosphere* 71, no. 8: 1511-1521.

California Environmental Protection Agency (CALEPA) and Los Angeles Regional Water Quality Control Board (LARWQCB), 2016. FACT SHEET - Commercial Property Site, 8020 Deering Ave., Canoga Park, California, Site Cleanup Program Case No.0843, May.

California Regional Water Quality Control Board (CRWQCB). 1999. Letter to: Mr. Edmund Olson, re: No Further Action – A American Storage 7900 Deering Ave, Canoga Park. July 1.

Craig, E.C. 1994. Printed Circuit Boards. In *Laboratory Manual for Electronics via Waveform Analysis*. New York, NY: Springer New York. 77-82.

Craig, J., and T. Heidlauf. 2009. Coordinate Mapping of Analytical Contaminant Transport Solutions to Non-Uniform Flow Fields: *Advances in Water Resources* 32: 353–360.

Deutsch, C., and A. Journel. 1992. *GSLIB: Geostatistical Software Library and User's Guide*. Oxford University Press. 340 pp.

$\Sigma^2\Pi$   S.S. Papadopulos & Associates, Inc.

DiFilippo, E.L., and M. Brusseau. 2008. Relationship between Mass-Flux Reduction and Source-Zone Mass Removal: Analysis of Field Data: *Journal of Contaminant Hydrology* 98, no. 1-2: 22-35.

DiFilippo, E. and M. Brusseau. 2011. Assessment of a Simple Function to Evaluate the Relationship Between Mass Flux Reduction and Mass Removal for Organic-Liquid Contaminated Source Zones: *Journal of Contaminant Hydrology* 123, no 3-4: 104-113.

DiFilippo, E., K. Carroll, and M. Brusseau. 2010. Impact of Organic-Liquid Distribution and Flow-Field Heterogeneity on Reductions in Mass Flux: *Journal of Contaminant Hydrology* 115, no. 1-4: 14-25.

Doherty, R.E. 2000. A History of the Production and Use of Carbon Tetrachloride, Tetrachloroethylene, Trichloroethylene and 1,1,1-Trichloroethane in the United States: Part 2—Trichloroethylene and 1,1,1-Trichloroethane: *Environmental Forensics* 1, no. 2: 83-93.

Domenico, P.A., and G.A. Robins. 1984. A New Method of Contaminant Plume Analysis. *Groundwater* 23 no. 4: 476-485. July-August.

Expert Report of W. Richard Laton, PhD. 2023. Jedidiah and Alisa Behar, et al. vs. Northrop Grumman Corporation, et al., Case No. 21-3946 FMO (SKx)

Expert Report of Hugh S. Gorman, PhD. 2023. The Use of Chlorinated Solvents at 8020 Deering Ave, Canoga Park, Ca.

Fleming, D.A., S.R. Woskie, J.H. Jones, S.R. Silver, L. Luo, and S.J. Bertke. 2014. Retrospective Assessment of Exposure to Chemicals for a Microelectronics and Business Machine Manufacturing Facility: *Journal of Occupational and Environmental Hygiene* 11, no. 5: 292-305.

Gelhar, L.W., and C.L. Axness. 1981. Stochastic Analysis of Macrodispersion in Three Dimensionally Heterogeneous Aquifers, Report H 8, Hydrology Research Program, New Mexico Institute of Mining and Technology, Socorro, New Mexico.

Gelhar, L.W., and C.L. Axness. 1983. Three-Dimensional Stochastic Analysis of Macrodispersion in Aquifers: *Water Resources Research* 19, no. 1: 161-180.

Geosyntec Consultants Inc. 2022. 2022 Semi-Annual Groundwater Monitoring Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SCP No. 0843, Site ID No. 2044T00. July 15.

Gutjahr, A.L., L.W. Gelhar, A.A. Bakr, and J.R. MacMillan. 1978. Stochastic Analysis of Spatial Variability in Subsurface Flows: 2. Evaluation and Application: *Water Resources Research* 14, no. 5: 953 959.

Guyonnet, D. and C. Neville, 2004. Dimensionless Analysis of Two Analytical Solutions for 3-D Solute Transport in Groundwater: *Journal of Contaminant Hydrology* 75:141-153.

Haley & Aldrich, Inc. 2016. Conceptual Site Model Report, Canoga Park Site, 8020 Deering Avenue Canoga Park, California by Haley & Aldrich, Inc. for Northrop Grumman Guidance and Electronics Company, Inc. El Segundo, California, File No. 37207-203 July.

Σ²Π  **S.S. Papadopulos & Associates, Inc.**

International Agency for Research on Cancer (IARC) Working Group on the Evaluation of Carcinogenic Risks to Humans. 2014. Trichloroethylene, Tetrachloroethylene, and Some Other Chlorinated Agents. Lyon (FR): International Agency for Research on Cancer (IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, No. 106.) Available from: https://www.ncbi.nlm.nih.gov/books/NBK294281/.

Interstate Technology and Regulatory Council (ITRC). 2011. Integrated DNAPL Site Strategy. Available at: https://itrcweb.org/teams/projects/integrated-dnapl-site-strategy.

Journel, A.G., and C.V. Deutsch, 1997. Rank Order Geostatistics: A Proposal for a Unique Coding and Common Processing of Diverse Data: *Geostatistics Wollongong* 96, no. 1: 174-187.

Karanovic, M., C.J. Neville, and C.B. Andrews. 2007. BIOSCREEN-AT: BIOSCREEN with an Exact Analytical Solution: *Groundwater* 45, no. 2: 242-245.

Karanovic, M., M. Tonkin, and D. Wilson, 2009. KT3D_H20: A Program for Kriging Water-Level Data Using Hydrologic Drift Terms: *Ground Water* 45, no. 4: 580-586, July/August.

Lavenue, A.M, and P.A. Domenico. 1986. A Preliminary Assessment of the Regional Dispersivity of Selected Basalt Flows at the Hanford Site, Washington, USA. *Journal of Hydrology* 85, no. 1-2: 151-167.

Matheron, G., 1967. Éléments Pour Une Théorie des Milieux Poreux, Masson et Cie, Paris, France.

Mercer, J.W. and R.H. Cohen. 1990. A Review of Immiscible Fluids in the Subsurface: Properties, Models, Characterization and Remediation: *Journal of Contaminant Hydrology* 6, no. 2: 107-163.

Missouri Department of Natural Resources (MDNR). 2022. Site Description for Litton Systems Inc. Site, 4811 West Kearney Street, Springfield, MO Greene County. June.

Newell, C., R. McLeod and J. Gonzales. 1996. BIOSCREEN, Natural Attenuation Decision Support System, User's Manual Version 1.3. EPA/600/R-96-087. Available from: https://www.epa.gov/water-research/bioscreen-natural-attenuation-decision-support-system.

Northwind, Inc. 2005. Coupling of Realistic Rate Estimates with Genomics for Assessing Contaminant Attenuation and Long-Term Plume Containment – Task 4: Modeling Final Report. NWI-ID-2005-115. Rev 0. Prepared for the US DOE Award #DE-FG07-02ER63510.

Northwind, Inc. 2010. Final Project Report Coupled Biogeochemical Process Evaluation for Conceptualizing Trichloroethylene Co-Metabolism: Co-Metabolic Enzyme Activity Probes and Modeling Co-Metabolism and Attenuation. Prepared for the US DOE Environmental Remediation Science Program Award #DE-FG02-06ER64199.

Orion Environmental, Inc. 2007a. Summary of Soil Vapor Intrusion Assessment Results, 8020 Deering Avenue, Canoga Park, California SLIC No. 843, Site ID No. 2044T00. June 1. 122 pp.

Orion Environmental, Inc. 2007b. Confirmation Sampling and Soil Closure Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. July 1.

Σ²Π   **S.S. Papadopulos & Associates, Inc.**

Orion Environmental, Inc. 2016.  Offsite Vapor Intrusion Assessment Report. March 14.  8279 pp.

Orion Environmental, Inc. 2017. Offsite Well Installation Summary, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  April 12.

Orion Environmental, Inc. 2018.  Supplemental Offsite Vapor Intrusion Assessment Report. February.  749 pp.

Pant, P., and S. Pant. 2010. A Review: Advances in Microbial Remediation of Trichloroethylene (TCE): *Journal of Environmental Sciences* 22, no. 1: 116-126.

Reed, Patrick M., Timothy R. Ellsworth, and Barbara S. Minsker. 2004. Spatial Interpolation Methods for Nonstationary Plume Data: *Ground Water* 42, no. 2: 190-202.

Schwarzenbach, R.P., P.M. Gschwend, and D.M. Imboden.  2003.  *Environmental Organic Chemistry*.  Second Edition. John Wiley & Sons, Inc.

Sin, S., and S-H. Byeon. 2012. Human Health Risk Assessment of Trichloroethylene from Industrial Complex A. Toxicol. Res.: 28, no. 3: 173-178.

Spitz, K., and J. Moreno. 1996. A Practical Guide to Groundwater and Solute Transport Modeling. Wiley. 480 pp. ISBN: 978-0-471-13687-3.

Tonkin, M., S. Dadi, and R. Shannon. 2009.  Collection and Mapping of Water Levels to Assist in the Evaluation of Groundwater Pump-and-Treat Remedy Performance.  SGW-42305, Rev. 0. Prepared for the US Department of Energy, Richland, WA, September 2009.

Tonkin, M.J., J. Kennel, W. Huber, and J. Lambie. 2016.  Multi-Event Universal Kriging (MEUK), Advances in Water Resources: 87: 92–105, January. doi:10.1016/j.advwatres.2015.11.001.

Tonkin, M., and S. Larson. 2002.  Kriging Water Levels with a Regional-Linear and Point-Logarithmic Drift:  *Ground Water* 40, no. 2: 185-193.

U.S. Environmental Protection Agency (USEPA). 1990. *Guides to Pollution Prevention, The Printed Circuit Board Manufacturing Industry*.  EPA/625/7-90/007.  June.

U.S. Environmental Protection Agency (USEPA). 1992. *Estimating Potential for Occurrence of DNAPL at Superfund Sites*.  9355.4-07FS.  January.  9 pp.

U.S. Environmental Protection Agency (USEPA). 1993. *Evaluation of the Likelihood of DNAPL Presence at NPL Sites*. EPA 540R-93-073. 114 pp.

U.S. Geological Survey (USGS). 2006.  *Description, Properties, and Degradation of Selected Volatile Organic Compounds Detected in Ground Water — A Review of Selected Literature*.  Open File Report 2006-1338. 65 pp.

Verdict Resources, Inc. 2000. Historical Land Use and Operations History for 8020 Deering Avenue, Canoga Park, CA 91304.

Wu, Z., Q. Man, H. Niu, H. Lyu, H. Song, R. Li, G. Ren, F. Zhu, C. Peng., B. Li, and X. Ma. 2022. Recent Advances and Trends of Trichloroethylene Biodegradation: A Critical Review. *Frontiers in Microbiology*: 13, https://doi.org/10.3389/fmicb.2022.1053169. December.

 **S.S. Papadopulos & Associates, Inc.**

Zheng, C. and Bennett, G.D. 1995, 2002. Applied Contaminant Transport Modeling: Theory and Practice. Van Nostrand Reinhold. ISBN 0-442-01348-5.

Zheng, C. 1999. MT3D99, A Modular 3D Multispecies Transport Simulator, User's Guide: Bethesda, MD, S.S. Papadopulos & Associates, Inc.

Zheng, C. 2010. MT3DMS v. 5.3 Supplemental User's Guide, Technical Report to the U.S. Army Engineer Research and Development Center: Department of Geological Sciences, University of Alabama, 220 p.

## 6.2 Online Resources

American Chemistry Council, Inc. (ACC). 2023. Trichloroethylene (TCE) - Chemical Safety Facts, https://www.chemicalsafetyfacts.org/chemicals/trichloroethylene-tce/.

U.S. Environmental Protection Agency (USEPA). 2016. Trichloroethylene Fact Sheet, https://www.epa.gov/sites/default/files/2016-09/documents/trichloroethylene.pdf.

U.S. Environmental Protection Agency (USEPA). 2022. *CompTox Chemicals Dashboard*. Available at: https://comptox.epa.gov/dashboard/chemical/properties/DTXSID0021383. Accessed: 9/20/2022.

## 6.3 Additional Documents Reviewed or Considered

*MSDS Material Safety Data Sheets*: KLM Automotive Publishing Inc. [NGSC_0072902 - NGSC_0073344]

NGSC_0617815.xlsx.

NGSC_0683517.xlsx.

NGSC_0684742.xlsx.

NGSC_0935330.xlsm.

NGSC_1187240.xlsx.

United States of America v. Sydney N. Floersheim, d/b/a Floersheim Sales Co. and National Research Co., No. CV 74-484-RF, FTC Docket No. 8721. United States District Court, Central District of California. May 5, 1980. [NGSC_2755062 - NGSC_2755063]

1955. Deeds. J. Blake Koepfli and George J. Heltzer; E. Eanor G. Jess and George J. Heltzer. December 29. [NGSC_0082184 - NGSC_0082185]

1956. Deeds. George J. Heltzer. November 1. [NGSC_0082186 - NGSC_0082199]

1960. Adger Co., et al. Corporation Grant Deed to Roscoe-Canoga Industrial Park. October 21. [NGSC_0082201 - NGSC_0082204]

1967. Burton Crescent Corporation Grant Deed to Litton Industries, Inc.; Roscoe-Canoga Industrial Park Grant Deed to Burton Crescent Corporation. [NGSC_0082228 - NGSC_0082229]

$\Sigma^2\Pi$  S.S. PAPADOPULOS & ASSOCIATES, INC.

1968. Corporation Officer Assuming Post in Division of Litton. Valley News, Van Nuys, California.

1968. Litton Industries, Advanced Circuitry Division, 47-Help Wanted. The Van Nuys News, Van Nuys, California.  [NGSC_2755129]

1968. Litton Industries, Advanced Circuitry Division, 47-Help Wanted. The Van Nuys News, Van Nuys, California.  [NGSC_2755116]

1968. Litton Industries, Advanced Circuitry Division, 47-Help Wanted. The Van Nuys News, Van Nuys, California.  [NGSC_2755115]

1968. Litton Industries, Advanced Circuitry Division, Circuit Boards, Prototype. Valley News, Van Nuys, California.  [NGSC_2755108]

1968. Litton Industries, Advanced Circuitry Division, Electronics, Planner. The Van Nuys News, Van Nuys, California.  [NGSC_2755128]

1971. Advance Notice, Office Equipment and Machines, 8020 Deering Ave., Canoga Park. The Los Angeles Times, Los Angeles, California.  [NGSC_2755110]

1971. Christopher E. Greene Grant Deed to Christopher E. Greene and Sydney N. Floersheim. October 17. [NGSC_0082234]

1971. Electronic Equipment for Sale, 8020 Deering Ave. Canoga Park. The Los Angeles Times, Los Angeles, California.  [NGSC_2755113]

1973. Table 3 - Marine Sanitation Systems. Motor Boating & Sailing.  October.  [NGSC_2755074]

1974. Litton Systems, Inc. Quitclaim Deed to Christopher E. Greene. April 11. [NGSC_0082231 - NGSC_0082233]

1977. Sydney N. Floersheim Quitclaim Deed to Elaine Floersheim. February 11. [NGSC_0082235]

1979. Elaine A. Floersheim Individual Quitclaim Deed to Christopher E. Greene. February 5. [NGSC_0082236]

1979. Trade Names Directory Excerpt, Reed Industries Inc. Second Edition.  [NGSC_2755154]

1980. Christopher E. Greene Individual Quitclaim Deed to Landowners, LTD. January 28. [NGSC_0082238]

1987. Reinspection.  January 8.  [NGSC_0084014]

1987-1990. State of California Health and Welfare Agency Uniform Hazardous Waste Manifests, Graphic Technologies, 8022 Deering Avenue. [NGSC_0082413 - NGSC_0082422]

1990. Standard Industrial/Commercial Single-Tenant Lease-Net. By and Between Landowners LTD. and West Coast Corporation dba Peabody's Custom Paint & Auto Body Specialists. October. [NGSC_0063730 - NGSC_0063749]

1991-1992. State of California Health and Welfare Agency Uniform Hazardous Waste Manifests, Peabodys, 8020 Deering Avenue. [NGSC_0082423 - NGSC_0082427]

 S.S. Papadopulos & Associates, Inc.

1992. Permittee Information Sheet, W-491328, Vito's Autobody, 8020 Deering Av. August 10. [NGSC_0082287 - NGSC_0082291]

1992-1998. State of California Uniform Hazardous Waste Manifests, Vito's Autobody, 8020 Deering Ave, Canoga Park 91304 and Peabody's Auto Body, 8020 Deering Ave, Canoga Park 91303. [NGSC_0073819 - NGSC_0073881]

1998. Hazardous Materials System Business Inventory List, Requestor Response to Hazardous Materials Inventory, Graphic Technologies Corporation, 8022 Deering Ave.  October 9. [NGSC_0068618]

1998. Transit Authority Photos.  [NGSC_0088274 - NGSC_0088307]

1998-2002. State of California Uniform Hazardous Waste Manifests, Transit Authority, 8020 Deering Ave., Canoga Park, CA. [NGSC_0068378 - NGSC_0068457]

2002. Excerpt from Deposition of Ira Seaver. Landowners LTD vs. Litton Industries, et al. and Related Cross-Action. Superior Court of the State of California for the County of Los Angeles. Case No. BC 255187. June 18. [NGSC_0080026 and NGSC_0080045-47]

2002. Excerpt from Deposition of Ira Seaver. Landowners LTD vs. Litton Industries, et al. and Related Cross-Action. Superior Court of the State of California for the County of Los Angeles. Case No. BC 255187. June 18. [NGSC_0080026 and NGSC_0080049-52]

2002. Lease Extension for 8020 Deering Avenue, Canoga Park By and Between The Transit Authority and Landowners LTD. August 5. [NGSC_0063766 - NGSC_0063789]

2003. Excerpt from Deposition of Jacquelyn Luca. Landowners LTD vs. Litton Industries, etc., et al. and Related Cross-Actions. Superior Court of the State of California for the County of Los Angeles. Case No. BC 255 187. February 14. [NGSC_0083361 - 62 and NGSC_0083423 - 25]

2003. Excerpt from Deposition of Jacquelyn Luca. Landowners LTD vs. Litton Industries, etc., et al. and Related Cross-Actions. Superior Court of the State of California for the County of Los Angeles. Case No. BC 255 187. February 14. [NGSC_0083361 - 62 and NGSC_0083439]

2003. Excerpt from Deposition of Robert Russell Silver, Volume II, Landowners LTD vs. Litton Industries, etc., et al. and Related Cross-Actions. Superior Court of the State of California for the County of Los Angeles. Case No. BC 255187. January 13. [NGSC_0085275 and NGSC_0085286 - 87]

2003. Litton Defendants' Trial Brief. Landowners LTD. vs. Litton Industries, et al.; Litton Industries, Inc. vs. Robert Silver and David Silver, dba Vito's Autobody, et al. No. BC 255187. Superior Court of the State of California for the County of Los Angeles. March 27. [NGSC_0054358 - NGSC_0054376]

2005. Amendment to Sale Escrow Instructions and Settlement Agreement by, between, and among Elizabeth A. Chambers, et al. and Landowners, Ltd. [NGSC_0312548 - NGSC_0312566]

2012. Email Correspondence between Travis S. Hammond, Haley & Aldrich Inc., and Miguel Tseng and Jeff Gwinn, Orion Environmental, Regarding:  GW Flow Rates at Canoga Park Site. April 6.  [NGSC_0617814]

 S.S. Papadopulos & Associates, Inc.

2016. Covenant and Environmental Restriction on Property, Former Swiss Cleaners, ASSESSOR'S PARCEL NUMBERS (APN): 2135-016-009, 2135-016-011 and 2135-016-016, 19748 Sherman Way, Los Angeles, CA 91306; 19752 Sherman Way, Los Angeles, CA 91306; and 19743 Enadia Way, Los Angeles, CA 91306, LARWQCB SITE CLEANUP PROGRAM NO. 1149, SITE ID. NO. 2040203, Global ID No. SL0603710919. June 23.

2018. Email Correspondence between Lauren Baerg, Landowners Ltd., and Northrop Grumman, Regarding: Request for Reimbursement-8020 Deering Ave. July 19 - December 27. [NGSC_2811281 - NGSC_2811291]

2018. Email Correspondence between Lauren Baerg, Landowners Ltd., and Northrop Grumman, Regarding: Request for Reimbursement-8020 Deering Ave. July 19 - December 27. [NGSC 2816798 - NGSC 2816807]

2018. Email Correspondence between Shantal Der Boghosian, and Michael D. Shannon, Northrop Grumman, and Lauren Baerg, Regarding: Request for Reimbursement-8020 Deering Ave. November 6 - December 27. [NGSC_2583680 - NGSC_2583689]

2018-2019. Canoga Park December 2018 to May 2019 Property Owner Correspondence.

2019. Email Correspondence between Shantal Der Boghosian, Northrop Grumman, and Lauren Baerg, Regarding: Canoga Park Site - Technical Document Review. February 5 - 8. [NGSC_2583913 - NGSC_2583916]

2019. Email Correspondence between Shantal Der Boghosian, Northrop Grumman, and Lauren Lukaszewicz-Baerg, Regarding: Canoga Park Site- Technical Document Review. January 30 - February 11. [NGSC_0317309 - NGSC_0317315]

2019. Email Correspondence between Stantec, Northrop Grumman, Orion Environmental Inc., and Cermak Legal Regarding: Canoga Park -- Revised Work Plan, Privileged and Confidential, Attorney Work Product. January 21 - 29. [NGSC_2614229 - NGSC_2614241]

2020. Teleconference with OEHHA and LARWQCB Meeting Minutes. May 18 – 9 AM PT.

2021. Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation's Responses and Objections to Plaintiffs' First Set of Interrogatories. Jed and Alisa Behar v. Northrop Grumman Corporation and Northrop Grumman Systems Corporation. 2:21-cv-03946-FMO-SK. United States District, Court Central District of California. June 30.

2022. Declaration of Jeffrey P. Gwinn, PE. October 31.

2023. Notice of Rule 30(b)(6) Deposition of Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation. Jedidiah and Alisa Behar v. Northrop Grumman Corporation and Northrop Grumman Systems Corporation. 21-cv-03946-FMO-SK. United States District, Court Central District of California, Western Division. April 25.

A. D'Angelo & Sons Inc. 1995-1996. Invoices for Vitos Paint and Body Shop. [NGSC_0073700 - NGSC_0073817]

Allen Jr., H.J., and R.E. Todd. 1975. *Fully Additive Process for Manufacturing Printed Circuit Boards. U.S. Patent 3,865,623*. February 11. [NGSC_2764142 - NGSC_2764147]

American Scientific Laboratories LLC. 1999. Analytical Results, ASL Job Number: 5523, Deering. July 7. [NGSC_0084480 - NGSC_0084493]

Arcadis U.S. Inc. 2019. Letter from Ginny Raymond and Robert Ruscitto to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: Long-Term Groundwater Monitoring Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California (SCP No. 0843). May 3.

Association of Engineering Geologists. 1984. Southern California Section Newsletter. [NGSC_2755019 - NGSC_2755024]

Autobody Resources Inc. 1999. Material Safety Data Sheet, Equipment Cleaning Wash Solvent, Product Numbers 100-V; 100. March 31. [NGSC_0068683 - NGSC_0068687]

Baerg, L. 2019. Email to Barbara Bowman-Edwards, Regarding: Landowners: Clarifier Research. July 19. [NGSC_2583760 - NGSC_2583762]

Bakke, B., P.A. Stewart, and M.A. Waters. 2007. Uses of and Exposure to Trichloroethylene in U.S. Industry: A Systematic Literature Review: *Journal of Occupational and Environmental Hygiene* 4, no. 5: 375-390.

Bauer, D.L. 2003. Deposition of David L. Bauer. Landowners LTD. vs. Litton Industries, et al. No. BC 255187. Superior Court of the State of California for the County of Los Angeles. March 18. [NGSC_0083496 - NGSC_0083539]

Biojester Inc. 1971-1972. Articles of Incorporation and Certificate of Amendment of Articles of Incorporation. [NGSC_0082246 - NGSC_0082252]

Black Copy. Applications to Alter-Repair-Demolish, 8020 Deering Ave. [NGSC_0060651 - NGSC_0060652]

Black Copy Company. 1974. Sell Black Copy Toner and Make 100% Markup! The Office. [NGSC_2755073]

Black Copy Company. 1975. Bid for Purchase of Xerographic Toner to the City of San Diego. Resolution No. 214735. November 26. [NGSC_2755075 - NGSC_2755076]

Black Copy Company. 1975. Copying Toner. The Office. [NGSC_2755027]

Black Copy Company. 1975. Free: Your First Carton of Copier Toner. The Office. [NGSC_2755079]

Bourg, A.C.M., C. Mouvet, and D.N. Lerner. 1992. A Review of the Attenuation of Trichloroethylene in Soils and Aquifers: *Quarterly Journal of Engineering Geology* 25: 359-370.

Building News Inc. *City of Los Angeles Plumbing Code, 1971 and 1974 Editions*. [NGSC_0056746 - NGSC_0056753]

California Department of Toxic Substances Control. 1997. *1997 Verification Questionnaire, Vito's Autobody, 8020 Deering Ave, Canoga Park, CA 91304-5010*. June 6.  [NGSC_0073870 - NGSC_0073876]

Certified Environmental Consultants Inc. (CEC). 1999. Additional Site Assessment Report for Commercial Property Located at 8020 Deering Avenue, Canoga Park, California.  August 17.  [NGSC_0075915 - NGSC_0075948 and NGSC_0060430 - NGSC_0060499]

Certified Environmental Consultants Inc. (CEC). 2002. Fax from David Johannes to Glenn Tofani, GeoKinetics, Regarding:  Tabulated Data Regarding 8020 Deering Ave. December 9.  [NGSC_1381535 - NGSC_1381548]

City of Los Angeles. 1996. Letter from Traci Minamide to Division Staff, Regarding:  Waste Process and Unit Operation Code Merger. October 10.    [NGSC_0083937 - NGSC_0083950]

City of Los Angeles. 2003. Letter from Judith A. Wilson to Mitzi Morrissey, Targhee, Inc., Regarding:  Industrial Waste Discharge Permit Information, 8020 and 8022 Deering Av., Canoga Park, CA 91304. January 2.  [NGSC_0083995 - NGSC_0084005]

City of Los Angeles Department of Building and Safety. *8020 Deering Ave Documents*.  [NGSC_0082220 - NGSC_0082227]

City of Los Angeles Department of Health Services. Hazardous Waste Control Program, Inspection - Black Copy Company Inc., 8022 Deering Ave.   [NGSC_0084025 - NGSC_0084026]

City of Los Angeles Department of Health Services. Preventative/Public Health Environmental Management Inspection Notes, Black Copy Company Inc., 8022 Deering Ave.  [NGSC_0084011]

City of Los Angeles Department of Health Services. 1986. Hazardous Waste Control Program, Inspection - Graphic Technologies Corporation, 8022 Deering Ave.   October 17.  [NGSC_0084010 and NGSC_0084019]

City of Los Angeles Department of Public Works. 1992. *Industrial Waste Permit, Vito's Auto Body, 8020 Deering Av, Canoga Park, Permit No. W-491328*. July 1.  [NGSC_0073696 - NGSC_0073697]

City of Los Angeles Department of Public Works. 1996. *Re-Issuance of Industrial Wastewater Permit, Vito's Autobody, 8020 Deering Ave, Canoga Park, Permit No. W-491328*. August 29.  [NGSC_0071921 - NGSC_0071942]

Clark Seif Clark Inc. 2007. Soil and Soil-Gas Sampling and Analysis Report, Swiss Cleaners Project Site, 19752 Sherman Way, Canoga Park, CA 91306.  September 25.

Clark Seif Clark Inc. 2014. Soil Vapor and Radon Sampling Plan, Swiss Cleaners, 19752 Sherman Way, Winnetka, California 91306, SCP No. 1149, Site ID No. 2040203.  May 21.

Clark Seif Clark Inc. 2014. Soil Vapor Extraction System Monitoring and Progress Report, Swiss Cleaners, 19752 Sherman Way, Winnetka, California 91306, SCP No. 1149, Site ID No. 2040203.  February 10.

$\Sigma^2\Pi$  **S.S. PAPADOPULOS & ASSOCIATES, INC.**

Clark Seif Clark Inc. 2016. Letter from Jeffrey L. Bannon to Adnan Siddiqui, Los Angeles Regional Water Quality Control Board, Regarding: Extension Request - Groundwater Well Destruction Report, Former Swiss Cleaners, 19752 Sherman Way, Canoga Park, CA, SCP No. 1149; Site ID No. 2040203. July 28.

Clark Seif Clark Inc. 2016. Monitoring Well Abandonment Report, Former Swiss Cleaners, 19752 Sherman Way, Canoga Park, California 91306, SCP No. 1149, Site ID No. 2040203. September 12.

Coliance. 2003. Email from Stephen Young to Frank Merideth, Regarding: Litton - Pictures Regarding 1990 Cleanout. March 27. [NGSC_0064986 - NGSC_0064992]

County of Los Angeles Department of Health Services. 1986. *Official Notice of Violation, Graphic Technologies Corporation, 8022 Deering Ave.* October 17. [NGSC_0084016 - NGSC_0084017]

County of Los Angeles Department of Health Services. 1988. Hazardous Waste Control Program, Inspection - Graphic Technologies, 8022 Deering Ave. June 20. [NGSC_0084022 - NGSC_0084023]

County of Los Angeles Department of Health Services. 1989. Hazardous Waste Control Program, Inspection - Graphic Technologies Corporation, 8022 Deering Ave. June 15. [NGSC_0084028]

County of Los Angeles Department of Health Services. 1992. *Notice of Violation and Order to Comply, Vito's Auto Body, 8020 Deering Av, Canoga Park 91304 and Small Quantity Generator Contingency Plan*. May 26. [NGSC_0073556 - NGSC_0073559]

County of Los Angeles Fire Department. 1998. *Official Inspection Report, The Transit Authority*. October 29. [NGSC_0084033]

Craig, E.C. 1994. Printed Circuit Boards. In *Laboratory Manual for Electronics via Waveform Analysis*. New York, NY: Springer New York. 77-82.

CSC. 2014. Request for Closure, September 2014 Annual Groundwater Monitoring Report, Soil Vapor and Radon Testing Report, Former Swiss Cleaners, 19752 Sherman Way, Winnetka, California 91306, SLIC No. 1149, Site ID No. 2040203, Global ID No. SL0603710919. December 2.

CSC Targhee Inc. 2010. Workplan to Perform Soil Vapor Testing, Swiss Cleaners, 19752 Sherman Way, Winnetka, California 91306. December 20.

CSC Targhee Inc. 2011. Revised Workplan to Perform Soil Vapor Testing, Swiss Cleaners, 19752 Sherman Way, Winnetka, California 91306. August 24.

CSC Targhee Inc. 2012. Vapor Intrusion Assessment, Former Swiss Cleaners Site, 19752 Sherman Way, Winnetka, CA 91306. January 9. Revised February 15.

CSC Targhee Inc. 2012. Vapor Intrusion Assessment, Former Swiss Cleaners Site, 19752 Sherman Way, Winnetka, CA 91306, SLIC No. 1149, Site ID No. 2040203, Global ID No. SL0603710919. August 13.

CSC Targhee Inc. 2013. Interim Remedial Action Plan, Swiss Cleaners, 19752 Sherman Way, Winnetka, California 91306.  February 6.

CSC Targhee Inc. 2013. Letter from Mark P. Muir to Adnan Siddiqui, Los Angeles Regional Water Quality Control Board, Regarding:  IRAP Addendum, Swiss Cleaners, 19752 Sherman Way, Winnetka, California 91306. April 10.

CSC Targhee Inc. 2013. Soil Vapor Extraction System Monitoring and Progress Report, Swiss Cleaners, 19752 Sherman Way, Winnetka, California 91306, SCP No. 1149, Site ID No. 2040203.  August 9.

Del Mar Analytical. 2003. Laboratory Report, Prepared for: GeoKinetics, Sampled: 03/13/03. March 18.  [NGSC_0064969 - NGSC_0064978]

Diamond, A.S., and S.N. Floersheim. 1981. *Dual Purpose Electrophotographic Magnetic Toner and Process of Making. U.S. Patent 4,288,519*. September 8.  [NGSC_2755093 - NGSC_2755098]

Diamond, A.S., and S.N. Floersheim. 1982. *Dual Purpose Magnetic Toner. U.S. Patent 4,345,013*. August 17.  [NGSC_2755100 - NGSC_2755105]

Doherty, R.E. 2000. A History of the Production and Use of Carbon Tetrachloride, Tetrachloroethylene, Trichloroethylene and 1,1,1-Trichloroethane in the United States: Part 2—Trichloroethylene and 1,1,1-Trichloroethane: *Environmental Forensics* 1, no. 2: 83-93.

Domingo, F., and D. Gammage. 1987. Hazardous Materials Emergency Incident Report, Graphic Technologies, 8022 Deering Ave.  November 30.  [NGSC_0084030 - NGSC_0084031]

Douglas, R.R. 1966. *Welded Circuit Board Technique. U.S. Patent 3,256,586*. June 21.  [NGSC_2755138 - NGSC_2755143]

DuPont Automotive. 2001. Letter from Robert B. Young to Valued Customer, Regarding: Complete Set of Generic Material Safety Data Sheets for DuPont Automotive Refinish and DuPont Industrial Coatings. January.  [NGSC_0068696 - NGSC_0069214]

Fleming, D.A., S.R. Woskie, J.H. Jones, S.R. Silver, L. Luo, and S.J. Bertke. 2014. Retrospective Assessment of Exposure to Chemicals for a Microelectronics and Business Machine Manufacturing Facility: *Journal of Occupational and Environmental Hygiene* 11, no. 5: 292-305.

Freudenberger, R.E. 2003. Deposition of Richard E. Freudenberger. Landowners LTD. vs. Litton Industries, et al. and Related Cross-Action. No. BC 255187. Superior Court of the State of California for the County of Los Angeles. March 26. [NGSC_0053905 - NGSC_0053975]

GeoKinetics. 8020 Deering Avenue, Site Photographs.  [NGSC_1381638 - NGSC_1381743]

GeoKinetics. 8020 Deering Avenue, Site Photographs.  [NGSC_0061451 - NGSC_0061568]

GeoKinetics. Land Owners, Working File, 8020 Deering Avenue, Canoga Park, California.  [NGSC_1381394 - NGSC_1381757]

$\Sigma^2\Pi$   **S.S. Papadopulos & Associates, Inc.**

GeoKinetics. 2002. Letter from Glenn D. Tofani to Mark Rademacher, Rose & Rademacher, Regarding:  Proposal for Completion of Preliminary Soil Vapor Survey at 8020 Deering Avenue, Canoga Park, California. December 20.  [NGSC_1381619 - NGSC_1381638]

GeoKinetics. 2003. 8020 Deering Avenue, Site Photographs.  [NGSC_0061569 - NGSC_0061591]

GeoKinetics. 2003. Documents Regarding Land Owners Site, 8020 Deering Avenue, Canoga Park, California.  March.  [NGSC_0061620 - NGSC_0061660]

GeoKinetics. 2003. Figures. March.  [NGSC_0053800 - NGSC_0053821]

GeoKinetics. 2003. Transmittal from Grace for Glenn Tofani to David Bower, Targhee, Inc., Regarding:  Litton Figures. March 14.  [NGSC_0083926 - NGSC_0083932]

GeoKinetics. 2003. Site Characterization/Remediation Data Package for Land Owners Site, 8020 Deering Avenue, Canoga Park, California.  March 25.  [NGSC_0053761 - NGSC_0053821]

GeoKinetics. 2003. Site Plan with Boring, Monitoring Well and Vapor Probe Locations. Preliminary Figure.  March.  [NGSC_2795105 - NGSC_2795106]

Geosyntec Consultants Inc. 2020. Letter from Theresa Gabris and Matt Thomas to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding:  August 2020 Vapor Intrusion Sampling Results, 8000 and 8020 Deering Avenue, Canoga Park, California. November 10.

Geosyntec Consultants Inc. 2020. Commercial Vapor Intrusion Investigation Work Plan, 8020 and 8000 Deering Avenue, Canoga Park, California.  April.

Geosyntec Consultants Inc. 2020. Off-Property Vapor Intrusion Investigation Summary Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00.  April 30. Revised July 16.

Geosyntec Consultants Inc. 2020. Off-Property Vapor Intrusion Long Term Monitoring Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00.  April 30. Revised July 16.

Geosyntec Consultants Inc. 2020. Letter from Theresa Gabris to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding:  Request for Reporting Extension: 3rd Quarter 2020 Soil Vapor Sampling and First Round 8000/8020 Deering Commercial VI Sampling. October 2.

Geosyntec Consultants Inc. 2020. Letter from Helen Dawson to Renee Purdy, Los Angeles Regional Water Quality Control Board, Regarding:  Response to LARWQCB Comments on the Off-Property Vapor Intrusion Long-Term Monitoring Plan. October 6.

Geosyntec Consultants Inc. 2020. Letter from Helen Dawson to Renee Purdy, Los Angeles Regional Water Quality Control Board, Regarding:  Response to OEHHA Comments on the Off-Property Vapor Intrusion Investigation Summary Report and Off-Property Vapor Intrusion Long-Term Monitoring Plan. April 27.

 **S.S. Papadopulos & Associates, Inc.**

Geosyntec Consultants Inc. 2021. Letter from Theresa Gabris to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding:  Request for Reporting Extension: 8000/8020 Deering Avenue Commercial Vapor Intrusion Investigation Report. March 5.

Geosyntec Consultants Inc. 2022. 2022 Semi-Annual Groundwater Monitoring Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SCP No. 0843, Site ID No. 2044T00.  July 15.

Geosyntec Consultants Inc. 2022. Commercial Vapor Intrusion Investigation and Mitigation Report - February 2022 Sampling Event, Canoga Park Site, 8000 & 8020 Deering Avenue, Canoga Park, California, SCP No. 0843, Site ID No. 2044T00.  August 15.

Geosyntec Consultants Inc. 2022. Commercial Vapor Intrusion Investigation and Mitigation Report, Canoga Park Site, 8000 & 8020 Deering Avenue, Canoga Park, California, SCP No. 0843, Site ID No. 2044T00. Includes Northrop Grumman Response to LARWQCB Comments.  January 31.

Geosyntec Consultants Inc. 2022. Work Plan for On-Property Soil Vapor Characterization, Canoga Park Site, 8000 and 8020 Deering Avenue, Canoga Park, California, SCP No. 0843, Site ID No. 2044T00.  February 15.

Geosyntec Consultants Inc. 2023. 2022 Annual Groundwater Monitoring Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SCP No. 0843, Site ID No. 2044T00. January 13.

Geosyntec Consultants Inc. 2023. Work Plan for Emulsified Vegetable Oil (EVO) and Microscale Zero-Valent Iron (mZVI) Pilot Test, Canoga Park Site, 8000 and 8020 Deering Avenue, Canoga Park, California, SCP No. 0843, Site ID No. 2044T00.  April 2.

Geosyntec Consultants Inc. 2023. Work Plan for Groundwater Treatment System Expansion and Soil Vapor Extraction System Installation, Canoga Park Site, 8000 and 8020 Deering Avenue, Canoga Park, California, SCP No. 0843, Site ID No. 2044T00.  March 16.

Greenwald, D. 2003. Deposition of Darrell Greenwald. Landowners LTD. vs. Litton Industries, et al. No. BC 255187. Volume No. I. Superior Court of the State of California for the County of Los Angeles. January 22. [NGSC_0054108 - NGSC_0054167]

Grow Group Inc. 1995. Waste Thinner Pick-Up Order, Vitos Autobody, 8020 Deering Ave, Canoga Park, CA 91304.  January 24.  [NGSC_0064605 - NGSC_0064609]

Haley & Aldrich Inc. 2011. Report of Waste Discharge, Northrop Grumman Guidance and Electronics Company, Inc., Former Litton Systems, Inc. Facility, 8020 Deering Avenue, Canoga Park, California.  October 13.

Haley & Aldrich Inc. 2012. In-Situ Chemical Oxidation Recirculation Pilot Test Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098. June 5.

Haley & Aldrich Inc. 2012. Membrane Interface Probe Survey Work Plan, Former Litton Systems Inc. Facility, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098.  August 16.

$\Sigma^2\Pi$  **S.S. Papadopulos & Associates, Inc.**

Haley & Aldrich Inc. 2012. Membrane Interface Probe/Cone Penetrometer Testing and Soil Sampling Summary Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098.  November 29.

Haley & Aldrich Inc. 2013. Supplemental Assessment Report, Former Litton Systems Inc. Facility, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098.  June 25.

Haley & Aldrich Inc. 2013. Supplemental Assessment Work Plan, Former Litton Systems Inc. Facility, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098.  March 19.

Haley & Aldrich Inc. 2014. Interim Remedial Measure Assessment Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098.  August.

Haley & Aldrich Inc. 2014. Interim Remedial Measure Work Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098.  January 29.

Haley & Aldrich Inc. 2014. Off-Site Assessment Work Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, Compliance File No. CI-9098.  August.

Haley & Aldrich Inc. 2014. Onsite Groundwater Remediation Work Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  August 29.

Haley & Aldrich Inc. 2014. Site-Wide Groundwater Remediation Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  October.

Haley & Aldrich Inc. 2015. Revised Site-Wide Groundwater Remediation Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  July.

Haley & Aldrich Inc. 2016. Off-Site Assessment Report, 8020 Deering Avenue, Canoga Park, California.  March.

Haley & Aldrich Inc. 2016. Site-Wide Groundwater Remediation Plan, 2016 Revision, Part One of Two, Canoga Park Site, Canoga Park, California.  July.

Haley & Aldrich Inc. 2016. Supplemental Investigation Report, 8020 Deering Avenue, Canoga Park, California.  August.

Haley & Aldrich Inc. 2016. Memorandum from Patrick Keddington and Adrian Fure, Regarding: Supplemental Investigation Work Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SLIC No. 0843, Site ID No 2044T00. March 29.

Hydro Geo Spectrum. 2007. Soil Vapor Investigation, Swiss Cleaners, 19752 Sherman Way, Performed on April 11-14, 2007.  April 14.

IARC Working Group on the Evaluation of Carcinogenic Risks to Humans. 2014. Trichloroethylene, Tetrachloroethylene, and Some Other Chlorinated Agents. Lyon (FR): International Agency for Research on Cancer (IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, No. 106.) Available from: https://www.ncbi.nlm.nih.gov/books/NBK294281/.

ID Environmental Associates Inc. 2015. Public Participation Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California (Compliance File No. Cl-9098).  February 6.

JHA Environmental Inc. 2019. Letter from Stacie L. Aichner to Leah Dellay, Arcadis US Inc., Regarding:  Change Order - Additional Groundwater Monitoring and Sampling Services, Former Northrop Grumman Facility, 8020 Deering Avenue, Canoga Park, CA 91304. September 18.  [NGSC_0936613 - NGSC_0936632]

Jones, K. 2023. Deposition of Kassidy Jones. Jed and Alisa Behar vs. Northrop Grumman Corporation and Northrop Grumman Systems Corporation. Case No. 2:21cv03946 FMO-SK. United States District Court for the Central District of California, Western Division. April 25.

Kessler, S. 1976. *Process for Forming an Anodic Oxide Coating on Metals. U.S. Patent 3,996,115*. December 7.  [NGSC_2755155 - NGSC_2755162]

Kessler, S. 1977. *Chemical Surface Coating Bath. U.S. Patent 4,031,027*. June 21. [NGSC_2755169 - NGSC_2755174]

Kessler, S. 1977. *Protective Coating for Articles. U.S. Patent 4,004,064*. January 18. [NGSC_2755163 - NGSC_2755168]

Kessler, S. 1978. *Protective Coating for Articles. U.S. Patent Re. 29,852*. November 28. [NGSC_2755182 - NGSC_2755187]

Klinger, K.A., and J.M. Sakach Jr. 1969. *Metal Plating of Plastic Materials. U.S. Patent 3,445,350*. May 20.  [NGSC_2754994 - NGSC_2755000]

Landowners Ltd. 1998. Application for Building Permit and Certificate of Occupancy, 8020 Deering Ave.  September 3.  [NGSC_0060664]

Landowners Ltd. 1999. Letter from Thelma B. Greenwald to Mr. Chambers, Transit Authority, Regarding:  Clarifier Cleaned. August 12. [NGSC_0068501 - NGSC_0068502]

Larson, S.P.  Simplicity in Modeling – Use of Analytical Models with PEST.  MODFLOW and More 2006: Managing Ground-Water Systems - Conference Proceedings.

Law Offices of Rose & Rademacher. 2003. Letter from Mark H. Rademacher to Alan R. Maler, Greenberg Traurig LLP, Regarding:  Landowners v. Litton Industries, et al. January 23. [NGSC_2885330 - NGSC_2885331]

Leland, B. 1964. *Method of Treating Polyester Polymer Materials to Improve their Adhesion Characteristics. U.S. Patent 3,142,581*. July 28.  [NGSC_2755118 - NGSC_2755120]

Litton Advanced Circuitry Division. 1972. Application for Industrial Waste Permit, 8020 Deering Avenue, Canoga Park, California 91335, W37271.  June 12.  [NGSC_0082240]

Litton Compotns Division - Advanced Circuitry Division. 1968. Application for Industrial Waste Permit, W-32132.  March 18.  [NGSC_0076796]

Litton Industries. 1968. Application to Alter-Repair-Demolish, 8020 Deering Ave.  January. [NGSC_0082211]

Litton Industries. 1972. Application for Inspection of New Building and for Certificate of Occupancy, 8020 Deering Ave.  January 12.  [NGSC_0082217]

 

Litton Industries Advance Circuitry. 1969. City of Los Angeles, Certificate of Occupancy, 8020 Deering, VN 35655/68.  January 17.  [NGSC_0082216]

Litton Industries Advance Circuity. 1968. Application to Alter-Repair-Demolish, 8020 Deering Ave.  September 25.  [NGSC_0082213 - NGSC_0082214]

Litton Industries Advanced Circuitry Division. 1968. Application to Alter-Repair-Demolish, 8020 Deering Ave.  August 21.  [NGSC_0060645 - NGSC_0060646]

Litton Industries Advanced Circuitry Division. 1969. Application to Alter-Repair-Demolish, 8020 Deering Ave.  July 25.  [NGSC_0060649]

Liu, S., W.B. Mills, and B. Baena.  1995.  Multimedia Exposure Assessment Modeling Including Fate of Transformation Products (MULTIMED-DP 1.0): Implementation, Tests and Users' Manual.  U.S. EPA, Athens, GA. Unpublished Report.

Los Angeles City Fire Department. *Hazardous Waste and Hazardous Materials Management Program Consolidated Permits Issued for 1999, 2000 and 2002, The Transit Authority, 8020 Deering Avenue, Canoga Park, CA 91304. Haz. Waste ID No.: W016283.* [NGSC_0067547 - NGSC_0067550]

Los Angeles Regional Water Quality Control Board. 1998. Letter from J.E. Ross to Messrs. Irv and Stan Ogner, Ogner Motorcars, Inc., Regarding:  Former Ogner Motors - 21555 Roscoe Boulevard, Canoga Park. December 17.

Los Angeles Regional Water Quality Control Board. 1999. Letter from Dennis A. Dickerson and James D. Kuykendall to Edmund C. Olson, Deering Avenue LLC, Regarding:  No Further Action - A-American Storage - 7900 Deering Avenue, Canoga Park, (SLIC NO. 820). July 1.

Los Angeles Regional Water Quality Control Board. 2000. Letter from Dennis A. Dickerson to Mike Bauman, Daimler Chrysler Corporation, Regarding:  Site Closure Letter- Dependable Dodge - 21415 Roscoe Boulevard, Canoga Park, Ca (SLIC NO. 538D). March 21.

Los Angeles Regional Water Quality Control Board. 2005. Letter from Jonathan Bishop to Robert A. Bonanomi, Corbin & Sherman Way Partners, Regarding:  Spills, Leaks, Investigations and Cleanups (SLIC) Oversight Cost Reimbursement Account - Former Swiss Cleaners At 19752 Sherman Way, Canoga Park, California (SLIC No. 1149). September 12.

Los Angeles Regional Water Quality Control Board. 2006. Letter from Jonathan S. Bishop to Hampar Mehterian, Regarding:  Conditional Approval of Groundwater Monitoring Well Destruction and Relocation - Swiss Cleaners, Canoga Park, California (SLIC No. 1149, Site ID No. 2040203). March 8.

Los Angeles Regional Water Quality Control Board. 2007. Email from Noori Alavi to Mr. Bonanomi, Regarding:  Verification Borings/Sampling at Swiss Cleaners. February 13.

Los Angeles Regional Water Quality Control Board. 2008. Letter from Tracy J. Egoscue to Robert Bonanomi, Corbin & Sherman Way Partners, Regarding:  2008 - 2009 Annual Estimation Letter for the Site Cleanup Cost Recovery Program - Swiss Cleaners (Former) at 19752 Sherman Way, Canoga Park, California 90292 (Case No. 1149; Site ID No. 2040203). November 25.

Los Angeles Regional Water Quality Control Board. 2009. Letter from Tracy J. Egoscue to Robert A. Bonanomi, CB Richard Ellis, Inc., Regarding: California Water Code (CWC) Section 13267 Order for Additional Soil Gas and Groundwater Investigation Work Plan at Swiss Cleaners, 19752 Sherman Way, Canoga Park, California (SLIC No. 1149, Site ID No. 2040203). April 29.

Los Angeles Regional Water Quality Control Board. 2009. Letter from Tracy J. Egoscue to Robert A. Bonanomi, CB Richard Ellis, Inc., Regarding: Extension Approval for Submittal of Technical Report Pursuant to California Water Code Section 13267 Order - Swiss Cleaners, 19752 Sherman Way, Canoga Park, California (SLIC No. 1149, Site ID No. 2040203). August 31.

Los Angeles Regional Water Quality Control Board. 2010. Letter from Samuel Unger to Robert A. Bonanomi, CB Richard Ellis, Inc., Regarding: Review of Request for Site Closure and Requirement for Technical Report Pursuant to California Water Code (CWC) Section 13267 Order for Swiss Cleaners, 19752 Sherman Way, Canoga Park, California (SLIC No. 1149, SITE ID NO. 2040203). November 10.

Los Angeles Regional Water Quality Control Board. 2011. Letter from Samuel Unger to Robert A. Bonanomi, CB Richard Ellis, Inc., Regarding: Approval of Work Plan for Additional Site Assessment Pursuant to California Water Code Section 13267. September 28.

Los Angeles Regional Water Quality Control Board. 2011. Letter from Samuel Unger to Robert A. Bonanomi, CB Richard Ellis, Inc., Regarding: Requirements for Workplan for Additional Site Assessment, Pursuant to California Water Code Section 13267. July 18.

Los Angeles Regional Water Quality Control Board. 2013. Letter from Samuel Unger to Robert A. Bonanomi, CB Richard Ellis, Inc., Regarding: Approval of Interim Remedial Action Plan. April 18.

Los Angeles Regional Water Quality Control Board. 2014. Letter from Adnan Siddiqui to Robert A. Bonanomi, CB Richard Ellis, Inc., Regarding: Approval of Reduction in Groundwater Monitoring. April 17.

Los Angeles Regional Water Quality Control Board. 2014. Letter from Adnan Siddiqui to Robert A. Bonanomi, CB Richard Ellis, Inc., Regarding: Approval of Soil Vapor and Radon Sampling Plan. August 27.

Los Angeles Regional Water Quality Control Board. 2016. Letter from Samuel Unger to Robert A. Bonanomi, CB Richard Ellis, Inc., Regarding: Approval of Time Extension for the Submittal of Technical Report. August 12.

Los Angeles Regional Water Quality Control Board. 2016. Letter from Samuel Unger to Robert A. Bonanomi, CB Richard Ellis, Inc., Regarding: No Further Action Determination. July 11.

Los Angeles Regional Water Quality Control Board. 2016. *Notifications of Work, Environmental Investigation and Well Installation Activities*. November.

$\Sigma^2\Pi$  S.S. PAPADOPULOS & ASSOCIATES, INC.

Los Angeles Regional Water Quality Control Board. 2016. Letter from Samuel Unger to Robert A. Bonanomi, CB Richard Ellis, Inc., Regarding: Site Cleanup Program - Notice of Opportunity to Comment on a No Further Action Determination. May 18.

Los Angeles Regional Water Quality Control Board. 2017. *Corrected Map for Notification of Work Dated January 2017, Soil Vapor Monitoring Point Installation and Sampling Activities*. February.

Los Angeles Regional Water Quality Control Board. 2017. *Notifications of Work, Environmental Investigation and Well Installation Activities*. June.

Materials & Process Research Associates Inc. 1970. Articles of Incorporation. July 3. [NGSC_0082241 - NGSC_0082245]

McGrath, T.F. 1975. *Sewage Treatment System. U.S. Patent 3,899,423*. August 12. [NGSC_2755064 - NGSC_2755072]

Miskin, K. 2023. Deposition of Kevin Miskin. Jed and Alisa Behar vs. Northrop Grumman Corporation and Northrop Grumman Systems Corporation. Case No. 2:21cv03947 FMO-SK. United States District Court for the Central District of California, Western Division. July 6.

Missouri Department of Natural Resources. 2022. *Litton Systems Inc. Site, 4811 West Kearney Street, Springfield, MO Greene County*. PUB2750. June.

National Environmental Inc. 1998. Report on Preliminary Site Assessment, The Transit Authority, 8020 Deering Avenue, Canoga Park, CA 91304. October 15. [NGSC_0068506 - NGSC_0068618]

National Environmental Inc. 1998. Report on Preliminary Site Investigation, The Transit Authority, 8020 Deering Avenue, Canoga Park, CA 91304. November 25. [NGSC_0068619 - NGSC_0068663]

Northrop Grumman. 2007. Letter from Joseph P. Kwan to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding: Response to 13 September 2007 Letter Regarding Permanganate Injection Pilot Test Monitoring Results, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. October 15.

Northrop Grumman. 2007. Letter from Joseph P. Kwan to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding: Response to Comments for Summary of Soil Vapor Intrusion Assessment Results, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. September 21.

Northrop Grumman. 2010. Letter from Joseph P. Kwan to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding: Response to RWQCB Comments to Confirmation Sampling and Soil Closure Report dated July 2007, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. March 1.

Northrop Grumman. 2011. Letter from Joseph P. Kwan to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding: Request for Maximum Flow Rate Modification, Regional Board Order No. R4-2005-0030 (Series No. 127), Compliance File No. CI-9098; File No. 06-217, 8020 Deering Avenue, Canoga Park, California. August 31.

Northrop Grumman. 2012. Letter from Joseph P. Kwan to Peter J. Raftery, Los Angeles Regional Water Quality Control Board, Regarding:  Response to the 17 April 2012 Letter, 8020 Deering Avenue, Canoga Park, California, SCP No. 843, Site ID No. 2044T00. July 9.

Northrop Grumman. 2013. Letter from Joseph P. Kwan to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding:  Responses to Office of Environmental Health Hazard Assessment Comments Regarding Revised Offsite Soil Vapor Intrusion Assessment Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. March 21.

Northrop Grumman. 2014. Letter from Joseph P. Kwan to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding:  Response to OEHHA Memorandum for Review of Work Plan Addendum for Supplemental Vapor Intrusion Assessment, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. September 29.

Northrop Grumman. 2015. Letter from Joseph P. Kwan to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding:  Request for Deadline Extension, Submittal of Report for Offsite Assessment, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, Regional Board Order No. R4-2005-0030 (Series No. 127), Compliance File No. CI-9098; File No. 06-217. October 13.

Northrop Grumman. 2015. Letter from Joseph P. Kwan to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding:  Request for Deadline Extension, Submittal of Report for Offsite Investigation, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, Regional Board Order No. R4-2005-0030 (Series No. 127), Compliance File No. CI-9098; File No. 06-217. June 22.

Northrop Grumman. 2015. Letter from Joseph P. Kwan to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding:  Request for Site Access Assistance, Offsite Investigation Work Plan Implementation, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, Regional Board Order No. R4-2005-0030 (Series No. 127), Compliance File No. CI-9098; File No. 06-217. March 6.

Northrop Grumman. 2015. Letter from Joseph P. Kwan to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding:  Response to RWQCB Indoor Air Sampling Work Plan Recommendations, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. June 23.

Northrop Grumman. 2015. Letter from Joseph P. Kwan to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding:  Results for Supplemental Offsite Vapor Intrusion Assessment Sampling, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. July 13.

Northrop Grumman. 2016. Letter from Richie Hodges to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding:  Request for Extension, 2016 Vertical and Lateral Groundwater Investigation Summary Report, Canoga Park Site, SCP 0843, 8020 Deering Avenue, Canoga Park, CA 91304. August 17.

Northrop Grumman. 2016. Letter from Richie Hodges to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding:  Request for Extension, Site-Wide Groundwater Remediation Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California 91304. January 7.

Northrop Grumman. 2016. Letter from Richie Hodges to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding:  Request for Extension, Site-Wide Groundwater Remediation Plan, Part Two of Two, Canoga Park Site, SCP 0843, 8020 Deering Avenue, Canoga Park, CA 91304 December 2.

Northrop Grumman. 2016. Letter from Richie Hodges to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding:  Response to 4 January 2016 Office of Environmental Health Hazard Assessment (OEHHA) Comments on the June 23, 2015, Northrop Grumman Response to Earlier OEHHA Comments Regarding Indoor Air Sampling As Related to Human Health Risk Assessment, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California 91304. February 29.

Northrop Grumman. 2016. Letter from Richie Hodges to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding:  Response to 26 April 2016 Office of Environmental Health Hazard Assessment (OEHHA) Comments on the March 2016, Offsite Vapor Intrusion Assessment Report, Canoga Park Site, SCP 0843, 8020 Deering Avenue, Canoga Park, California 91304. May 31.

Northrop Grumman. 2016. Letter from Richie Hodges to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding:  Response to Comments, Office of Environmental Health Hazard Assessment (OEHHA), Comments on June 2016, Offsite Indoor Air Sampling Work Plan, Canoga Park Site, SCP 0843, 8020 Deering Avenue, Canoga Park, CA 91304. August 17.

Northrop Grumman. 2016. Letter from Richie Hodges to Peter Raftery, Los Angeles Regional Water Quality Control Board, Regarding:  Revised Site-Wide Groundwater Remediation Plan, Addendum Proposal, Canoga Park Site, SCP 0843, 8020 Deering Avenue, Canoga Park, California 91304. May 31.

Northrop Grumman. 2017. Canoga Park SMS Site Review. Presentation.  February 8. [NGSC_1312931 - NGSC_1312949]

Northrop Grumman. 2017. Letter from Michael D. Shannon to Raul Lima, Los Angeles Regional Water Quality Control Board, Regarding:  Request for Extension, Third Quarter 2017 Groundwater Monitoring Report, Former Litton Canoga Park Site, 8020 Deering Avenue, Canoga Park, California 91304. September 15.

Northrop Grumman. 2020. Letter from Shantal Der Boghosian to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding:  Site Status Reporting Frequency, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SCP No. 843, Site ID No. 2044T00. August 18.

Northrop Grumman. 2021. Letter from Michael D. Shannon to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding:  Request for Extension for Providing Response to OEHHA Comments and Revised Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, CA 91304-5010, SCP No. 0843, Site ID No. 2044T00. December 9.

Northrop Grumman. 2022. Letter from Michael D. Shannon to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding:  Notification of Groundwater Well Maintenance Work, Canoga Park Site, 8020 Deering Avenue, Canoga Park, CA 91304-5010, SCP No. 0843, Site ID No. 2044T00. September 26.

Northrop Grumman. 2022. Letter from Michael D. Shannon to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding:  Request for Extension for Submitting an On-Property Soil Vapor Characterization Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, CA 91304-5010, SCP No. 0843, Site ID No. 2044T00. October 4.

Northrop Grumman. 2022. Letter from Michael D. Shannon to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding:  Request for Extension for Submitting an On-Property Soil Vapor Characterization Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, CA 91304-5010, SCP No. 0843, Site ID No. 2044T00. May 20.

Northrop Grumman. 2022. Letter from Michael D. Shannon to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding:  Request for Extension for Submitting the Annual Soil Vapor Long-Term Monitoring Program Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, CA 91304-5010, SCP No. 0843, Site ID No. 2044T00. January 17.

Northrop Grumman. 2023. Letter from Michael D. Shannon to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding:  Follow Up to Meeting, 10 February 2023, Proposed Near-Term Remedial Actions, Canoga Park Site, 8020 Deering Avenue, Canoga Park, CA 91304-5010, SCP No. 0843, Site ID No. 2044T00. February 17.

Orion Environmental Inc. 2004. Bid Documents, Specifications, and Construction Drawings, Clarifier Closure and Soil Vapor Extraction System, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00.  September 21.  [NGSC_0362300 - NGSC_0362375]

Orion Environmental Inc. 2006. Memorandum from Matthew Nelson to Steve Mulligan, ID Environmental Associates, Regarding:  Litton Systems Inc. - Canoga Park, Membrane Interface Probe (MIP) Investigation Results, 8020 Deering Avenue, Canoga Park, California. October 2.

Orion Environmental Inc. 2006. Letter from Miguel Tseng and Jeffrey P. Gwinn to Joohi R. Sood, Northrop Grumman Corporation, Regarding:  Report of Clarifier Removal and Metals-Impacted Soil Excavation, 8020 Deering Avenue in Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. June 21.

 **S.S. Papadopulos & Associates, Inc.**

Orion Environmental Inc. 2006. Letter from Miguel Tseng and Jeffrey P. Gwinn to Joseph P. Kwan, Northrop Grumman Corporation, Regarding:  Work Plan Addendum for Permanganate Injection Pilot Test, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. October 23.

Orion Environmental Inc. 2007. Confirmation Sampling and Soil Closure Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00.  July 1.

Orion Environmental Inc. 2007. Letter from Miguel Tseng and Jeffrey P. Gwinn to Joseph P. Kwan, Northrop Grumman Corporation, Regarding:  Confirmation Soil and Soil Vapor Sampling Work Plan, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. January 31.

Orion Environmental Inc. 2007. Letter from Miguel Tseng and Jeffrey P. Gwinn to Joseph P. Kwan, Northrop Grumman Corporation, Regarding:  Soil Vapor Intrusion Assessment Work Plan, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. March 1.

Orion Environmental Inc. 2007. Letter from Miguel Tseng and Jeffrey P. Gwinn to Joseph Kwan, Northrop Grumman Corporation, Regarding:  Summary of Soil Vapor Intrusion Assessment Results, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. June 1.

Orion Environmental Inc. 2008. Letter from Matthew J. Nelson and Jeffrey P. Gwinn to Los Angeles Regional Water Quality Control Board, Regarding:  2nd Quarter 2008 Monitoring Results for Potassium Permanganate Injection, Regional Board Order No. R4-2005-0030 (Series No. 046), 8020 Deering Avenue, Canoga Park, California, Compliance File No. Cl-9098; File No. 06-217. July 15.

Orion Environmental Inc. 2008. Permanganate Injection Pilot Test Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00.  May 1.

Orion Environmental Inc. 2009. Letter from Miguel C. Tseng and Jeffrey P. Gwinn to Joseph P. Kwan, Northrop Grumman Corporation, Regarding:  Response to OEHHA Comments and Conclusions Regarding the July 2007 Confirmation Sampling and Soil Closure Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. May 1.

Orion Environmental Inc. 2009. Letter from Miguel Tseng and Jeffrey P. Gwinn to Joseph Kwan, Northrop Grumman Corporation, Regarding:  Work Plan for In Situ Chemical Oxidation Recirculation Pilot Test, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. August 31.

Orion Environmental Inc. 2011. Letter from Miguel Tseng and Jeffrey P. Gwinn to Joseph Kwan, Northrop Grumman Corporation, Regarding:  Revised Offsite Soil Vapor Intrusion Assessment Report, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. July 1.

Orion Environmental Inc. 2014. Work Plan Addendum for Supplemental Vapor Intrusion Assessment, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  March 17.

Orion Environmental Inc. 2015. Work Plan for Vertical and Lateral Groundwater Investigation, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  June.

Orion Environmental Inc. 2016. 2015 Groundwater Investigation Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  January 15.

Orion Environmental Inc. 2016. Technical Memorandum, Regarding:  April through August 2016 Groundwater Investigation Summary, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. October 14.

Orion Environmental Inc. 2016. Groundwater Recirculation Work Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  December 22.

Orion Environmental Inc. 2016. Technical Memorandum, Regarding:  January 2016 Groundwater Investigation Summary, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  April 8.

Orion Environmental Inc. 2016. Offsite Vapor Intrusion Assessment Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  March 14.

Orion Environmental Inc. 2016. Offsite Well Installation Work Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  October 24.

Orion Environmental Inc. 2016. Technical Memorandum from Matthew J. Nelson, Regarding: Revised Groundwater Investigation Work Plan Addendum, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. January 13.

Orion Environmental Inc. 2016. Technical Memorandum, Regarding:  Work Plan Addendum for Extended Second Round of Vertical and Lateral Groundwater Investigation, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. August 18.

Orion Environmental Inc. 2016. Technical Memorandum, Regarding:  Work Plan Addendum for Second Round of Vertical and Lateral Groundwater Investigation, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. March 18.

Orion Environmental Inc. 2016. Work Plan Addendum II for Supplemental Vapor Intrusion Assessment, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  October 19.

Orion Environmental Inc. 2016. Work Plan for Offsite Indoor Air Sampling, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  June 14.

Orion Environmental Inc. 2017. Additional Offsite Well Installation Summary, Former Litton Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  December 5.

Orion Environmental Inc. 2017. Letter from Matthew Nelson to Current Resident, Regarding: Indoor Air Sampling. June 2.

Orion Environmental Inc. 2017. Notification and Response Plan, Former Litton Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  August 10.

Orion Environmental Inc. 2017. Offsite Well Installation Summary, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California.  April 12.

Orion Environmental Inc. 2017. Technical Memorandum, Regarding: Offsite Well Installation Work Plan Addendum, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. February 27.

Orion Environmental Inc. 2017. Technical Memorandum, Regarding: Offsite Well Installation Work Plan Second Addendum, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. June 9.

Orion Environmental Inc. 2017. Offsite ZVI Soil Boring Work Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. April 27.

Orion Environmental Inc. 2017. Memorandum from Caryn L. O'Neil and Matthew Nelson, Regarding: Onsite Soil Data Summary, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. June 5. [NGSC_1312145 - NGSC_1312161]

Orion Environmental Inc. 2017. Letter from Matthew Nelson to Raul Lima, Los Angeles Regional Water Quality Control Board, Regarding: Response to RWQCB Comments to Notification and Response Plan, Former Litton Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. November 21.

Orion Environmental Inc. 2017. Letter from Matthew Nelson to Raul Lima, Los Angeles Regional Water Quality Control Board, Regarding: Response to RWQCB Comments to Work Plan for Offsite Indoor Air Sampling Addendum No. 1, Former Litton Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. December 22.

Orion Environmental Inc. 2017. Revised Notification and Response Plan, Former Litton Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. December 12.

Orion Environmental Inc. 2017. Site-Wide Groundwater Remediation Plan, Part Two of Two, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. February 28.

Orion Environmental Inc. 2017. Letter from Matthew Nelson to Current Resident, Regarding: Update to April 2017 Vapor Intrusion Update Fact Sheet. June 2.

Orion Environmental Inc. 2017. Work Plan for Offsite Indoor Air Sampling. Addendum No. 1, Former Litton Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. November 3.

Orion Environmental Inc. 2018. Email from Matthew Nelson to Shantal Der Boghosian and John F. Cermak, Regarding: Canoga Park Onsite Soil Data Summary. February 22. [NGSC_1312144]

Orion Environmental Inc. 2018. Memorandum from Matthew Nelson to Raul Lima, Los Angeles Regional Water Quality Control Board, Regarding: Evaluation of Groundwater Sampling Methods: Low-Flow Purging versus Passive Diffusion Bag Sampling, Former Litton Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. March 6.

Orion Environmental Inc. 2018. Letter from Matthew Nelson to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: Notification of EW-1D Pumping Test, Groundwater Reinjection System, Former Litton Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. August 30.

Orion Environmental Inc. 2018. Project Status and Uncertainties Influencing Future Remediation Costs, 8020 Deering Avenue. Presentation. June 11. [NGSC_0555103 - NGSC_0555121]

Orion Environmental Inc. 2018. Letter from Matthew Nelson to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: Request for Extension, Summer Season Indoor Air Sampling Event Resident Notification Letters, Former Litton Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. August 30.

Orion Environmental Inc. 2018. Letter from Matthew Nelson to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: Summer Season Indoor Air Sample Results Summary, Former Litton Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. August 3.

Orion Environmental Inc. 2018. Supplemental Offsite Vapor Intrusion Assessment Report, Former Litton Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. February.

Orion Environmental Inc. 2019. Letter from Matthew Nelson to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: First Quarter 2019 Site Status Update, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. May 1.

Orion Environmental Inc. 2019. Letter from Matthew Nelson to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: Fourth Quarter 2018 Site Status Update, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. February 28.

Orion Environmental Inc. 2019. Letter from Matthew Nelson to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: Fourth Quarter 2019 Site Status Update, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. December 23.

Orion Environmental Inc. 2019. Letter from Matthew Nelson to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: Notification of Soil Vapor Sampling Event, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. August 19.

Orion Environmental Inc. 2019. Letter from Matthew Nelson to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: Request for Extension, Vapor Intrusion Investigation Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. June 11.

Orion Environmental Inc. 2019. Letter from Matthew Nelson to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: Second Quarter 2019 Site Status Update, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. July 25.

Orion Environmental Inc. 2019. Secondary Source Area Investigation Progress Update, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. December 4.

 **S.S. Papadopulos & Associates, Inc.**

Orion Environmental Inc. 2019. Letter from Matthew Nelson and Caryn L. O'Neil to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: Secondary Source Area Investigation Work Plan Addendum, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. August 8.

Orion Environmental Inc. 2019. Secondary Source Area Investigation Work Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. February 13.

Orion Environmental Inc. 2019. Secondary Source Area Investigation Work Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. February 13. Draft. [NGSC_1308071 - NGSC_1308092]

Orion Environmental Inc. 2019. Letter from Matthew Nelson to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: Third Quarter 2019 Site Status Update, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. December 13.

Orion Environmental Inc. 2020. Letter from Matthew Nelson to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: First Quarter 2020 Site Status Update, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SLIC No. 843, Site ID No. 2044T00. April 17.

Orion Environmental Inc. 2020. Groundwater Recirculation Pilot Test, Status Update Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. February 25.

Orion Environmental Inc. 2020. Letter from Matthew Nelson to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: Second Quarter 2020 Site Status Update, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SCP No. 843, Site ID No. 2044T00. July 24.

Orion Environmental Inc. 2020. Secondary Source Area Investigation, 8000 Deering Avenue, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. September 11.

Orion Environmental Inc. 2020. Letter from Matthew Nelson to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: Third Quarter 2020 Site Status Update, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California, SCP No. 843, Site ID No. 2044T00. October 22.

Orion Environmental Inc. 2020. Letter from Matthew Nelson to Akzayakatl Mexikatzin, Los Angeles Regional Water Quality Control Board, Regarding: Voluntary Sampling of New Monitoring Wells C-80 and C-81, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California. September 11.

Pant, P., and S. Pant. 2010. A Review: Advances in Microbial Remediation of Trichloroethylene (TCE): *Journal of Environmental Sciences* 22, no. 1: 116-126.

PatChem Laboratories. 1989. Letter from Pat Brueckner to Harry Christensen, Martin Industrial Pumping, Regarding: Graphic Technology - Oily Waste Sample. February 20. [NGSC_0083991]

Σ²Π  **S.S. Papadopulos & Associates, Inc.**

Peabodys. 1991. Application for Industrial Waste Permit, City of Los Angeles.   January 30. [NGSC_0077254 - NGSC_0077259]

Reed Industries Inc. 1964 and 1970. Articles of Incorporation and Certificate of Amendment of Articles of Incorporation. [NGSC_0082253 - NGSC_0082261]

Reed Industries Inc. 1972. Representative Needed, Job Ad.  [NGSC_2755188]

Robert Stone & Associates. 1978. Firm Relocates Offices. The Los Angeles Times. [NGSC_2754992]

Robert Stone & Associates. 1978. Secretary Job Posting. The Los Angeles Times. [NGSC_2755002]

Robert Stone & Associates. 1983. Recommendations and Analysis for Drainage Improvements, Abalone Cove Landslide Area, Seaward from Palos Verdes Drive, City of Rancho Palos Verdes, California.  October 7.  [NGSC_2755003 - NGSC_2755018]

Robert Stone & Associates. 1985. Soils Investigation, Workshop Building, L.E.T.F. Expansion, Rockwell International, Santa Susana Field Laboratory.  March 25.  [NGSC_2755028 - NGSC_2755061]

Rosco-Canoga Ind. Pk. 1967. City of Los Angeles, Certificate of Occupancy, 8020 Deering Ave., VN 10972/67.  August 29.  [NGSC_0082210]

Roscoe-Canoga Industrial Park. 1967. Application for Inspection of New Building and for Certificate of Occupancy, 8020 Deering Avenue.  March.  [NGSC_0082205]

Salhotra, A.M., P. Mineart, S. Sharp-Hansen, T. Allison, R. Johns, and W.B. Mills.   1995. Multimedia Exposure Assessment Model (MULTIMED 2.0) for Evaluating the Land Disposal of Wastes--Model Theory.  U.S. EPA, Athens, GA.  Unpublished Report.

Schuster, N.J. 1967. *Multilayer Laminated Wiring. U.S. Patent 3,344,515*. October 3. [NGSC_2755145 - NGSC_2755152]

Schuster, N.J., and C.H. Wolfe. 1965. *Multilayer Printed Circuit Board with Solder Access Apertures. U.S. Patent 3,219,749*. November 23.  [NGSC_2755130 - NGSC_2755137]

Seaver, R.C. 1992. Declaration of R. Carlton Seaver in Support of Defendant Ira J. Seaver's Motion to Strike Complaint for Failure to Comply with California Civil Code Section 1714.10. Department of Water and Power of the City of Los Angeles and the City of Los Angeles vs. Ira J. Seaver, et al. BC-041, 760. Superior Court of the State of California for the County of Los Angeles. January 24. [NGSC_0082264 - NGSC_0082266]

Siirila-Woodburn, E.R., and R.M. Maxwell. 2015. A Heterogeneity Model Comparison of Highly Resolved Statistically Anisotropic Aquifers: *Advances in Water Resources* 75: 53-66.

South Coast Air Quality Management District. Facility Equipment List Report, The Transit Authority, 8020 Deering Ave, Canoga Park 91304.  [NGSC_0083959]

South Coast Air Quality Management District. 1989. Permit to Operate, Graphic Technologies Corporation. Permit #D09982.  September.  [NGSC_0084007 - NGSC_0084008]

South Coast Air Quality Management District. 1991. Permit to Construct/Operate, W CST DRAG RACING SCH, PEABODY'S C.P. & A.B. DBA, 8020 Deering Ave. Permit #D36157. February 14. [NGSC_0076566 - NGSC_0076567]

South Coast Air Quality Management District. 1992. Permit to Construct/Operate, Vito's Auto Body, Robert R. Silver, DBA, 8020 Deering Ave., Canoga Park, California 91304. Permit No. D52841. May 5. [NGSC_0076569 - NGSC_0076570]

South Coast Air Quality Management District. 1992. Permits to Construct/Operate, Vito's Auto Body, Robert R. Silver, DBA, 8020 Deering Ave., Canoga Park, California 91304. Permit Nos. D53802 and D52840. May. [NGSC_0073691 - NGSC_0073693]

South Coast Air Quality Management District. 1994. Letter to Robert R. Silver, Vitos Auto Body, Regarding:  Acknowledgement of Annual Operating Permit Fee Payment. September 19. [NGSC_0072296 - NGSC_0072297]

South Coast Air Quality Management District. 1995. Letter to Robert R. Silver, Vitos Auto Body, Regarding:  Acknowledgement of Annual Operating Permit Fee Payment. November 2. [NGSC_0073689 - NGSC_0073690]

South Coast Air Quality Management District. 2002. Facility Equipment List Report, Vitos Auto Body, 8020 Deering Ave, Canoga Park 91304.  Run Date: January 18. [NGSC_0066664]

South Coast Air Quality Management District. 2002. Facility Equipment List Report, West Coast Draig Racing Sch Inc., Peabody, 8020 Deering Ave.  Run Date: January 22. [NGSC_0066663]

South Coast Air Quality Management District. 2002. Notice of Violation P35670, The Transit Authority, 8020 Deering Ave, Canoga Park, CA 91304.  December 4. [NGSC_0083960]

South Coast Air Quality Management District. 2002. Permits to Operate, The Transit Authority, 8020 Deering Ave., Canoga Park, California 91304. Permit Nos. F55218 and F55217. [NGSC_0068459 - NGSC_0068462]

Stantec. 2020. Email from Kevin Miskin to Maja Ilic and Sarah Gillette, GHD, Regarding: Conceptual Site Model Figures: For Planning Purposes (Privileged and Confidential, Attorney Work Product). August 17.  [NGSC_1312083]

Targhee Environmental Consulting. 2011. Letter from Mark P. Muir to Adnan Siddiqui, Los Angeles Regional Water Quality Control Board, Regarding:  Revisions to Work Plan to Perform Soil Vapor Testing, Former Swiss Cleaners, 19752 Sherman Way, Winnetka, California 91306. March 30.

Tofani, G.D. 2003. Deposition of Glenn D. Tofani. Landowners, Ltd. vs. Litton Industries, et al., and Related Cross-Action. BC 255 187. Superior Court of the State of California for the County of Los Angeles. March 25. [NGSC_0061966 - NGSC_0062112]

Toomey, W.H. 1965. *Printed Circuit with Integral Welding Tubelets. U.S. Patent 3,209,066.* September 28.  [NGSC_2755121 - NGSC_2755127]

Toomey, W.H. 1969. *Circuit Assembly Process. U.S. Patent 3,434,208.* March 25. [NGSC_2754984 - NGSC_2754991]

Transit Authority. Brochure.  [NGSC_0075565 - NGSC_0075566]

U.S. Department of Labor. *Material Safety Data Sheets, Graphic Technologies Corporation, 8022 Deering Avenue*.  [NGSC_0083768 - NGSC_0083779]

U.S. Environmental Protection Agency. 1990. *Guides to Pollution Prevention, The Printed Circuit Board Manufacturing Industry*. EPA/625/7-90/007. June.

U.S. Environmental Protection Agency. 1992. *Estimating Potential for Occurrence of DNAPL at Superfund Sites. Quick Reference Fact Sheet*. January.

U.S. Environmental Protection Agency. 1993. *Evaluation of the Likelihood of DNAPL Presence at NPL Sites, National Results*. EPA 540R-93-073. September.

U.S. Environmental Protection Agency (USEPA). Exposure Assessment Model (MULTIMED 2.0).  U.S. EPA, Athens, GA.  Unpublished Report.

U.S. Environmental Protection Agency (USEPA). 1995.  Revised Verification Testing of the Enhancements, MULTIMED Model (2.0).  U.S. EPA, Athens, GA. Unpublished Report.

Valley Car Colour. Statements and Invoices for The Transit Authority.  [NGSC_0067551 - NGSC_0068376]

Verdict Resources Inc. 2000. Historical Land Use and Operations History for 8020 Deering Avenue, Canoga Park, CA 91304.  May 15.  [NGSC_0348748 - NGSC_0349135]

Vito's Auto Body. Photos.  [NGSC_0073113 - NGSC_0073129]

Vito's Auto Body. 1992. Letter from Robert Mangola to David and Robert Silver, Regarding: Assumption of Lease/Other Obligations, 8020 Deering Avenue, Canoga Park, California. Executed on March 28, 1992. March 25.  [NGSC_0085601 - NGSC_0085660]

Vito's Auto Body. 1994. Industrial User (IU) of City Sewer System: IU No: IU009476, Permit No:491328 Response Form. Completed by: Robert Silver and Submitted to: City of Los Angeles.  August 10.  [NGSC_0073869]

Weaver, J.W., J.T. Wilson, and D.H. Kampbell. 1996. *Extraction of Degradation Rate Constants from the St. Joseph, Michigan Trichloroethene Site*. Extended Abstract to Appear in Symposium on Natural Attenuation of Chlorinated Organics in Groundwater, Dallas, TX. EPA/600/A-96/076. September 11-13.

Young's Disposal Company Inc. 1990. Letter from Michael Young to Darrell Greenwald, Regarding:  Black Copy. October 24. [NGSC_0071943 - NGSC_0071945]

Young's Disposal Company Inc. 1990. Letter from Dennis L. Young to Darrell Greenwald, Regarding:  Landowners Ltd., 8022 Deering Ave., Canoga Park, CA. November 15. [NGSC_0078059 - NGSC_0078063]

Young's Environmental Services Inc. 1992. Letter from Denny Herbold to William Crockett, Greenberg and Bass, Regarding:  Hazardous Waste Removal, Peabody's Auto Body, 8020 Deering Avenue. June 5.  [NGSC_0073554]

 **S.S. Papadopulos & Associates, Inc.**

_Bates-Numbered Listing:_

NGSC_0021189 - NGSC_0021407

NGSC_0034264 - NGSC_0034290

NGSC_0053761 - NGSC_0053821

NGSC_0053905 - NGSC_0053975

NGSC_0054005 - NGSC_0054048

NGSC_0054108 - NGSC_0054167

NGSC_0054358 - NGSC_0054376

NGSC_0056140 - NGSC_0056334

NGSC_0058883 - NGSC_0058968

NGSC_0059130 - NGSC_0059254

NGSC_0059600 - NGSC_0059618

NGSC_0060430 - NGSC_0060499

NGSC_0066687 - NGSC_0066719

NGSC_0066848 - NGSC_0066882

NGSC_0068380 - NGSC_0068681

NGSC_0077067 - NGSC_0077130

NGSC_0083496 - NGSC_0083539

NGSC_0317309 - NGSC_0317315

NGSC_0319837 - NGSC_0319837

NGSC_0348672 - NGSC_0348732

NGSC_0348748 - NGSC_0349135

NGSC_0352585 - NGSC_0352587

NGSC_0352588 - NGSC_0352588

NGSC_0352590 - NGSC_0352590

NGSC_0352593 - NGSC_0352593

NGSC_0352594 - NGSC_0352597

NGSC_0353094 - NGSC_0353095

NGSC_0353096 - NGSC_0353101

NGSC_0362300 - NGSC_0362375

NGSC_0555103 - NGSC_0555121

NGSC_0615394 - NGSC_0615394

 **S.S. Papadopulos & Associates, Inc.**

NGSC_0617814 - NGSC_0617814

NGSC_0617815 - NGSC_0617815

NGSC_0617816 - NGSC_0617827

NGSC_0624731 - NGSC_0624731

NGSC_0624732 - NGSC_0624732

NGSC_0624733 - NGSC_0624736

NGSC_0683505 - NGSC_0683516

NGSC_0683517 - NGSC_0683517

NGSC_0684742 - NGSC_0684742

NGSC_0684763 - NGSC_0684763

NGSC_0684764 - NGSC_0685103

NGSC_0685104 - NGSC_0685104

NGSC_0685105 - NGSC_0685105

NGSC_0685106 - NGSC_0685113

NGSC_0685141 - NGSC_0685141

NGSC_0685142 - NGSC_0685146

NGSC_0685379 - NGSC_0685380

NGSC_0685381 - NGSC_0685381

NGSC_0685382 - NGSC_0685383

NGSC_0685384 - NGSC_0685384

NGSC_0685385 - NGSC_0685385

NGSC_0685386 - NGSC_0685386

NGSC_0685387 - NGSC_0685387

NGSC_0685388 - NGSC_0685388

NGSC_0686760 - NGSC_0686763

NGSC_0686764 - NGSC_0686764

NGSC_0897175 - NGSC_0897208

NGSC_0935095 - NGSC_0935322

NGSC_0935330 - NGSC_0935330

NGSC_0935590 - NGSC_0935597

NGSC_0935619 - NGSC_0935715

NGSC_0936549 - NGSC_0936549

S.S. Papadopulos & Associates, Inc.

NGSC_0936594 - NGSC_0936594

NGSC_0936613 - NGSC_0936632

NGSC_0936636 - NGSC_0936636

NGSC_0936639 - NGSC_0936639

NGSC_0936643 - NGSC_0936643

NGSC_0948011 - NGSC_0948050

NGSC_1152487 - NGSC_1152487

NGSC_1152496 - NGSC_1152496

NGSC_1152510 - NGSC_1152510

NGSC_1152514 - NGSC_1152514

NGSC_1152517 - NGSC_1152517

NGSC_1152518 - NGSC_1152518

NGSC_1152603 - NGSC_1152603

NGSC_1187240 - NGSC_1187240

NGSC_1307719 - NGSC_1307752

NGSC_1307753 - NGSC_1307754

NGSC_1307755 - NGSC_1307781

NGSC_1307782 - NGSC_1307785

NGSC_1308058 - NGSC_1308064

NGSC_1308065 - NGSC_1308070

NGSC_1308071 - NGSC_1308092

NGSC_1308093 - NGSC_1308114

NGSC_1308216 - NGSC_1308216

NGSC_1308217 - NGSC_1308218

NGSC_1308219 - NGSC_1308231

NGSC_1312069 - NGSC_1312069

NGSC_1312070 - NGSC_1312073

NGSC_1312083 - NGSC_1312083

NGSC_1312084 - NGSC_1312084

NGSC_1312085 - NGSC_1312085

NGSC_1312086 - NGSC_1312086

NGSC_1312087 - NGSC_1312087

Σ²Π   S.S. PAPADOPULOS & ASSOCIATES, INC.

NGSC_1312088 - NGSC_1312088

NGSC_1312089 - NGSC_1312089

NGSC_1312090 - NGSC_1312090

NGSC_1312144 - NGSC_1312144

NGSC_1312145 - NGSC_1312161

NGSC_1312162 - NGSC_1312162

NGSC_1334445 - NGSC_1334573

NGSC_1336187 - NGSC_1336194

NGSC_1346728 - NGSC_1346728

NGSC_1346733 - NGSC_1346733

NGSC_1346740 - NGSC_1346740

NGSC_1346750 - NGSC_1346750

NGSC_1346773 - NGSC_1347617

NGSC_1356295 - NGSC_1356326

NGSC_1357825 - NGSC_1357869

NGSC_1446680 - NGSC_1446680

NGSC_2552560 - NGSC_2552570

NGSC_2583680 - NGSC_2583689

NGSC_2583760 - NGSC_2583762

NGSC_2583913 - NGSC_2583916

NGSC_2587168 - NGSC_2587204

NGSC_2604967 - NGSC_2604968

NGSC_2614229 - NGSC_2614241

NGSC_2747476 - NGSC_2747476

NGSC_2755720 - NGSC_2756564

NGSC_2759072 - NGSC_2759132

NGSC_2795105 - NGSC_2795106

NGSC_2796454 - NGSC_2797619

NGSC_2811281 - NGSC_2811291

NGSC_2816798 - NGSC_2816807

NGSC_2885321 - NGSC_2885323

NGSC_2885324 - NGSC_2885329

Case 2:21-cv-03946-HDV-SK   Document 118-5   Filed 12/22/23   Page 60 of 240   Page ID #:2327

S.S. PAPADOPULOS & ASSOCIATES, INC.

NGSC_2885330 - NGSC_2885331

6-35

**FIGURES**



**Figure 2-1.** Study Area Map



**Figure 2-2.** General Study Area Land Surface Elevation Map



Figure 2-3. Example Historical Groundwater Elevation Records



**Figure 2-4.** Example Historical Precipitation Records



**Figure 2-5.** Location of Manufacturing Facilities in Proximity to 8020 Deering Avenue



**Figure 2-6.** Canoga Park Class Action Map and Identified Contaminant Sources



**Figure 2-7a.** Schematic Timeline of Investigation Activities, 8020 Deering Avenue



**Figure 2-7b.** Schematic Timeline of Investigation Activities, 8000 Deering Avenue



**Figure 2-7c.** Schematic Timeline of Investigation Activities, 7950 and 7930 Deering Avenue



Source: Orion, 2017

**Figure 2-8a.** Schematic Geologic Cross-Section, G-G'



Source: Orion, 2017

**Figure 2-8b.** Schematic Geologic Cross-Section, G'-G"



**Figure 3-1a.** Example Groundwater Elevation Contours, San Fernando Valley, circa 1958 (Haley & Aldrich, 2016)



**Figure 3-1b.** Example Groundwater Elevation Contours, Site Scale, Prepared by Others (Haley & Aldrich, 2016)



**Figure 3-1c.** Example Groundwater Elevation Contours, Study-Area Scale, Prepared by Me



**Figure 3-1d.** Example Groundwater Elevation Contours, Study-Area Scale, Prepared by Others (Geosyntec, 2022)



**Figure 3-2.** Example Hydraulic Properties of Subsurface Materials (NGSC_2759091)



**Figure 3-3.** Schematic Timeline of Sampling Infrastructure: 8020 Deering Avenue



**Figure 3-4.** Schematic Timeline of Sampling Activities: 8020 Deering Avenue



**Figure 3-5.** Example TCE Concentration Time-Series: Measured



**Figure 3-6.** Longitudinal Plot Illustrating Vertical Locations of Sampling (a) Source Area, (b) Plume Centerline, and (c) Plume Centerline and Leading Edge Limbs



**Figure 3-7.** Example Interpolated TCE Concentration Contours: (a) Prepared by Me and (b) Prepared by Others



**Figure 4-1.** TCE Percent Solubility Map



**Figure 4-2.** Approximate DNAPL Delineation - Lateral



**Figure 4-3.** Approximate DNAPL Delineation - Vertical

(a)



(b)



**Figure 5-1.** Schematic Illustrations of ATRANS Calculations (a) Box Diagram and (b) Plume Schematic



**Figure 5-2.** Schematic Timeline of Remediation Activities for 8020 Deering Avenue



**Figure 5-3.**  Source Term Loading Curve for 8020 Deering Avenue



**Figure 5-4.** Comparison of TCE Concentration Contours (a) Sample Data, (b) Sample Data and Mapped Contours, and (c) Modeled Contours



**Figure 5-5.** Scatter Plot of Modeled versus Measured TCE Concentrations



**Figure 5-6.** Example TCE Concentrations Timeseries: Measured and Modeled

# Appendix A

## Curriculum Vitae

$\Sigma^2\Pi$  **S.S. PAPADOPULOS & ASSOCIATES, INC.**

# MATTHEW J. TONKIN

Principal Hydrogeologist

## AREAS OF EXPERTISE

- Groundwater Remedy Design
- Groundwater Flow and Contaminant Transport Simulation
- Environmental Data Analysis and Interpretation
- Modeling Project Design and Management
- Water Resource Evaluations
- Model Calibration and Uncertainty Analysis

## SUMMARY OF QUALIFICATIONS

As President, Dr. Tonkin manages or advises on many projects. He specializes in data synthesis and modeling to guide groundwater, surface water, soil and contamination studies, for public, private and legal clients. This includes planning sampling and monitoring programs; collaborating with other experts; developing and applying models; and presenting to stakeholders. He received his PhD on the topic of model calibration and uncertainty analysis under Dr. John Doherty and has instructed on these and other topics.

| YEARS OF EXPERIENCE: 25+ |
| --- |
| **EDUCATION**<br>**PhD,** Civil Engineering, 2009, University of Queensland, Australia<br>**MSc,** Hydrogeology, 1994, University of Birmingham, UK<br>**BSc,** Applied Geology, 1993, University of Birmingham, UK |
| **PROFESSIONAL HISTORY**<br>**S.S. Papadopulos & Associates, Inc.,** 1995 to present<br>**Birmingham University, UK,** Geology Dept., 1993 – 1994 |

## REPRESENTATIVE EXPERIENCE

**S.S. Papadopulos & Associates, Inc.,** Illinois

- **Confidential Client,** California — Assessed the fate and transport of several contaminants including chlorinated solvents (CVOCs), chromium, and 1,4-dioxane in groundwater from numerous sources, as part of a multi-party allocation at a large Superfund site within a mixed residential-/commercial-use area. Undertook multi-constituent fate-and-transport calculations, multi-event data interpolation, trend analysis, and provided technical support to ultimately conclusive mediation proceedings.

- **Private Client,** San Francisco, CA — Led evaluation of risk posed to two high-capacity supply wells by fuel released from a storage facility. Simulated multi-component vadose- and saturated-zone transport of the BTEX compounds, MTBE, TBA, and less soluble components.  Implemented kinetic transport capabilities developed by SSP&A under contract to USEPA as released in the MT3D-USGS transport simulation code.

- **U.S. Navy Red Hill Fuel Storage Facility,** Hawaii — In accordance with an Administrative Order on Consent (AOC), assisted EPA and Hawaii DOH in evaluating the conceptual site model (CSM); interpreting soil, soil vapor, fuel product, and groundwater data; and the development by the Navy and its contractors of saturated and vadose zone flow and transport models for the complex fractured basalt aquifer overlain and intruded by volcanics. Led forensic evaluations of environmental data including analyses of gas chromatograms, and evaluations of PFAS/PFOA compounds associated with AFFF facilities. Undertook spatial and temporal data analyses. Developed model review criteria; presented at multiple in-person and remotely hosted stakeholder meetings; provided written technical comment on Navy deliverables. Provided additional technical support in response to documented releases to the environment that occurred in 2021, and more recently provided technical support in developing monitoring and response strategies for defueling of the facility.

- **Confidential Client,** Maryland — Retained to evaluate the fate of Cr[VI] arising from historical plating at this RCRA corrective action facility, and interpret the effectiveness of various remedies. Delineation comprised vertical delineation borings (VDBs) and nested wells, and Cr[VI] remedies included enhanced fluid recovery (EFR) and in-situ chemical reduction (ISCR). SSP&A evaluated the EFR and ISCR using multi-variate trend analysis, data mapping, and reactive transport modeling. Provided guidance in the delineation and mobility-assessment of light non-aqueous phase



# MATTHEW J. TONKIN

Principal Hydrogeologist

liquid (LNAPL) and its soluble fractions; and evaluated the sources, transport and fate of chlorinated volatile organic compounds (cVOCs). Evaluated the potential for PFAS/PFOA compounds to be presented based on facility manufacturing and material use information. Participated in numerous remotely hosted and in-person meetings with the EPA, including application of the RCRA FIRST (*Facilities Investigation Remedy Selection Track*) toolbox for site evaluation and remedy selection, culminating in SSP&A leading the development of a long-term monitoring (LTM) plan to support a Statement of Basis. The LTM work guided data collection to support MNA as the final groundwater remedy with source removal, natural source zone depletion (NSZD), and a restrictive land use covenant.

- **U.S. EPA Region V** — Provided multi-year technical support to Region V EPA Superfund group evaluating remedy decisions and actions under CERCLA. Scope includes evaluating conceptual site models (CSMs); interpreting regulatory documents focused on remedy decisions; reviewing or developing analyses of groundwater flow, contaminant transport, and the sources, disposition, and remediation of primary and secondary sources; with the overarching objective of evaluating and improving the performance of remedies at >30 Superfund sites. Authored / co-authored reports to support Five-Year Reviews, with recommendations on remedy and monitoring optimization. Remedial technologies evaluated included pump-and-treat (P&T), monitored natural attenuation (MNA), slurry/barrier walls, in-situ reduction/oxidation, and soil vapor extraction (SVE), among others. Oversaw sampling and characterization activities for PFAS/PFOA compounds at two selected sites based on past manufacturing and reporting chemical use histories. Led a rigorous comparative monitoring network evaluation and optimization study using Summit Optimizer, MAROS, VSP, indicator cross-validation, and maximum likelihood methods.

- **U.S. DOE Hanford Site,** Washington State — Over 15 years as part of a multi-firm team addressing radionuclide, organic and inorganic contamination under CERCLA, RCRA, and AEA programs. Developed fate-and-transport models for remedy design and optimization of Central Plateau and River Corridor OUs. Developed and documented methods and guidelines to assess remedy performance and conducted a "needs assessment" for model-based decision support. Developed methods to assess remedy performance and simulated Uranium, Iodine, Sr90, Tc-99, CrVI, TCE, NO3, CCl4 and other constituents, as part of CERCLA and RCRA actions. Developed and published multi-variate trend analyses for MNA remedies. Oversaw sitewide RCRA facility and monitoring network evaluations and the development of monitoring and data analysis strategies during the transition of dozens of RCRA facilities from interim to final monitoring status. Presented findings at numerous multi-stakeholder meetings.

- **New York Department of Environmental Conservation,** New York — Provided hydrogeologic oversight and groundwater flow and fuel-component transport and fate analyses to design and optimize soil and groundwater remedies to protect sole-source municipal supplies from single and multiple UST releases at over 15 facilities. Designed and implemented sentinel monitoring network programs for municipal supplies. Presented results at public/civic meetings, ITRC events, and a remediation charette throughout New York State. Co-recipient of NGWA groundwater remediation award for work at the Hampton Bays site.

- **Delta Consultants (on behalf of BP), Deer Park,** New York — Analyzed the distribution and transport of multiple contaminants arising from a fuel-spill migrating toward a large freshwater body to support investigation efforts and a comparative evaluation of remedial alternatives. Presented results to New York State Department of Environmental Conservation.

- **Otis Air Force Base,** Massachusetts — Designed performance monitoring plans for several pump-and-treat systems under CERCLA including evaluation of the locations and impacts of chlorinated solvents and other constituents discharging to freshwater "kettle ponds". Contributed to assessments of treatment plant design and O&M improvements, and quarterly and annual reports.

 **S.S. Papadopulos & Associates, Inc.**

# Matthew J. Tonkin

Principal Hydrogeologist
<span style="color:gray">Page 3</span>

- **West Lake Superfund Site,** Missouri — Led an assessment of the lateral and vertical extent, disposition, and potential transport and fate of radionuclides within and from solid landfill water materials. Implemented 3D multiple-indicator geo-statistics using a variety of data types to assess radionuclide extent and partial excavation strategies, and managed a project team participating in field work, lab studies and geochemical fate and transport modeling.

## Water Resource Evaluations

- **Goleta Groundwater Basin, California** — Retained to provide hydrogeological and modeling services in legal proceedings as an affirmative and responsive expert establishing quantities of water available for allocation / adjudication as via a Physical Solution.  Developed a detailed understanding of the hydrogeology of the Goleta Groundwater Basin (GGWB) and surrounding and underlying consolidated bedrock units, and conducted simulations using groundwater flow, integrated hydrologic, and land-surface process models constructed with Modflow, Modflow-Surface, ParFlow-CLM, Hydrus, the Soil Water Balance (SWB), INFIL, PRMS, and the Distributed Parameter Watershed Model (DPWM). A major component of the work comprised distinguishing and estimating potential and actual groundwater recharge.

- **Water Resource Assessment,** Minnesota — Retained by MDNR to evaluate groundwater and surface water conditions, including modeling and statistical studies conducted by the USGS and others, and provide expert opinion via deposition and testimony at trial on the impact of groundwater extraction on surface water.

- **Confidential Client,** California — Evaluated groundwater budgets, and the transport, extent, and mixing of produced water in the subsurface using a variety of time-series and geochemical analysis, geo-statistics, and deterministic modeling techniques.

- **Saline Incursion Management,** Washington State — To evaluate the sustainability of a water resources that is subject to salinity incursion and upconing, participated in the development of a variable-density model, and led the design and implementation of a transient calibration strategy that included water levels and salinities.  Used the calibrated model to estimate optimal pumping rates to meet drinking water criterion for chloride at existing and proposed production-well locations.

- **California Department of Water Resources (CA-DWR)** — In collaboration with Woodward & Curran, developed conceptual and numerical modeling bases, calibration approach, and stream-depletion analysis methods, for three Central Valley models – the Sacramento Valley (SVSIM), and the coarse- and fine-grid full Central Valley applications (C2VSIM-CG and C2VSIM-FG). This included developing methods and tools to integrate sediment texture into model development and parameterization (Texture2Par); implementing time-series and correlative analysis for groundwater elevation and streamflow targets; leading calibration of the three models; and preparing methods of historical and predictive streamflow depletion analysis.

- **California Department of Water Resources (CA-DWR)** — In collaboration with CH2M-Hill, created and modified programs to calibrate the IGSM2 code Central Valley application (CVGSM2) during its transition to the IWFM platform.  Reviewed existing USGS and CA-DWR models and reports to support model re-structuring and re-parameterization.  Re-defined aquifer parameters using pilot points; completed sensitivity analyses with the revised model to guide calibration; co-authored reports outlining a stepwise model development and calibration strategy.

- **Spring-water Bottling Company Water Supply Study,** Michigan — Evaluated possible impacts of groundwater pumping on surface water bodies including wetlands.  Following calibration of a groundwater model to baseflow data, and steady state and transient water levels, designed a series of non-linear predictive error analyses to assess uncertainties in predicted depletions. Conducted similar analysis at several potential spring sources over several years.

- **Republican River Basin Interstate Compact** — Provided technical evaluation of the nature, magnitude and timing of streamflow accretions and depletions through the development of a

 **S.S. PAPADOPULOS & ASSOCIATES, INC.**

# MATTHEW J. TONKIN

Principal Hydrogeologist                                               Page 4

calibrated model. Calibration data included transient water-level and stream-flow calibration targets. Implemented pilot points with regularization for aquifer parameters, and evaluated a mixed-model ANOVA applied to power conversion coefficients (PCCs) as a surrogate for metered pumping. Supported testimony before a River Master and in Supreme Court.

## EXAMPLE DATA ANALYSIS PROJECTS

- **Marion Thompson Site,** Indiana — Completed Monte-Carlo analyses of contaminant transport in groundwater combining bootstrap re-sampling, published PDFs, and re-parameterization techniques to represent variables for this probabilistic evaluation of fate-and-transport.

- **PCB-Contaminated Site** — For a confidential private client, reviewed 1100 chromatographs to characterize source area, receptor stream and sediment signatures. Wrote programs to plot, scale, and align chromatographs based on curve area, height and lab spikes. Developed cumulative-area method to identify contributions at receptors as part of an allocation process.

- **Big South Fork National Park,** Kentucky — Assessed contaminant load to a river from 80 mines. Coordinated field sampling tasks. Completed data QA/QC, analyses and interpretation. Simulated mine water mixing using Phreeqe. Prepared STORET database for the National Park Service.

- **Confidential Client,** San Francisco, California — To support soil removal actions, wrote programs to process numerous look-up tables, using varying assumptions for censored data, to calculate, summarize, and compare 95% UCLs for the mean for over 30 analytes.

## PROGRAMMING & SOFTWARE DEVELOPMENT

- **Release of MT3D-USGS** – Contributing developer to MT3D-USGS, incorporating multi-component transport capabilities developed for EPA plus other features (Documented in Bedekar et al, 2016).

- **Expansion of HSSM and MT3DMS to Simulate Multi-Species Reactive Transport** — Contracted by USEPA-ORD to expand HSSM and MT3DMS to simulate kinetic reactive transport of multiple fuel constituents with application to fuels. Capability ultimately released in MT3D-USGS.

- **Linkage of HSSM with MT3DMS** — Contracted by the USEPA-ORD, with Dr. Chunmiao Zheng, to link vadose simulation capabilities of HSSM to MT3DMS and provide calibration support with PEST. Developed software released in 2010 (Documented in Zheng et al., 2010).

- **Data Worth Evaluation Using Models** — Contracted by the U.S. Geological Survey to program OPR-PPR, which uses FOSM methods and the JUPITER API to evaluate the relative importance of observations and information on model parameters to predictions (Detailed in Tonkin et al., 2007).

- **Predictive Analysis with MODFLOW** — Contracted by the USGS to program MOD-PREDICT, which executes MODFLOW-2000 forward, performs sensitivity and calibration runs, and calculates summary statistics focused on predictive error analysis. (Documented in Tonkin et al., 2003).

- **Hydraulic Capture Analysis** — Co-developer of KT3D_H2O programs that combine kriging, analytic elements and particle tracking to map groundwater levels and evaluate hydraulic capture. (Documented in Karanovic et al., 2009; Tonkin et al., 2009; Tonkin and Larson, 2002.)

## TRAINING AND SOFTWARE SUPPORT

- *MODFLOW and More* Conferences — Member of organizing committee, Integrated Groundwater Modeling Center (IGWMC), Colorado School of Mines (2013, 2015, 2017, 2019, 2022).

- **The PEST Conference** — Principal organizer and editor of electronic proceedings for model calibration and uncertainty analysis. Published on-line at LULU.com (November 2009).

- **Collection and Mapping of Water Levels to Assist in Remedy Performance Evaluation** — Organizer, co-instructor. Presented to USDOE and contractors at the Hanford Site (August 2009).

- **PEST Software Support** — Provided technical support for the software PEST through a list-serve hosted by S.S. Papadopulos & Associates, Inc. (2002 to 2012).

 **S.S. Papadopulos & Associates, Inc.**

# MATTHEW J. TONKIN

Principal Hydrogeologist                                                                                          Page 5

- **Organizer and Instructor** (with **Dr. John Doherty**) of model parameterization and uncertainty analysis courses using PEST in the USA and overseas (2002 to present).
- **Instructor** (with **Dr. Mary Hill**) of "UCODE_2005 and Pest: Universal Inversion Codes for Automated Calibration" (2006, 2007, 2009, 2011); "Programming with the JUPITER-API" (2008).
- **ITRC Workshop Instructor** — "*MTBE & TBA Comprehensive Site Assessment and Successful Groundwater Remediation*". New York (2003), Denver (2004), San Francisco (2005).
- **Structural Mapping Supervisor** — Birmingham University, United Kingdom. Assisted professors in developing mapping training for introduction to curriculum (1994).

## PROFESSIONAL SOCIETIES

Association of Ground Water Scientists and Engineers (AGWSE/NGWA)

Geological Society of America (GSA)

Groundwater Resources Association of California (GRAC)

American Geophysical Union (AGU)

## AWARDS AND HONORS

Co-Inventor of U.S. Patent No. 10,371,860 (issued Aug. 6, 2019), entitled "Simultaneous Multi-Event Universal Kriging Methods for Spatio-Temporal Data Analysis and Mapping", 2019

ITRC Industry Recognition Award (co-recipient) – MTBE and other Fuel Oxygenates Team, 2005

NGWA Outstanding Groundwater Remediation Project Award (co-recipient), 2004

ENTEC Award for MS Program and Thesis, 1994

British National Environmental Research Council (NERC) MS scholarship, 1993

Individual Structural Geological Mapping Award, 1993

Royal Air Force Flight Training Scholarship, 1988

## APPOINTMENTS AND COMMITTEES

2021 – present: Groundwater Resources Association of California (GRAC) GRACast Subcommittee

2013 – 2022: MODFLOW-and-More Conference Organizing Committee: CO School of Mines, Princeton

2018, 2019: Groundwater Journal, Guest Editor

2005 – 2010: Interagency Steering Committee on Multimedia Environmental Models (ISCMEM)

2002 – 2006: Interstate Technology and Regulatory Council (ITRC) MTBE Team

## PUBLICATIONS AND PRESENTATIONS

Bedekar, V., C. Neville, M. Tonkin, R.D. Bartlett, and P. Plato, 2023. A Unit-Concentration Method to Quantify Source Contribution. *Ground Water* (*accepted for publication:* June 2023).

DiFilippo, E., M. Tonkin, and W. Huber, 2023. Censored Multiple Regression Analysis for Assessing Environmental Data and Remediation Performance. *Ground Water*, https://doi.org/10.1111/gwat.13315. Online release April.

Wyatt, K., M. Beck, and M. Tonkin, 2022. Advanced Geostatistics to Optimize the Sampling Approach for Contaminated Soil Investigations and Remediations. Platform presentation at Battelle's Twelfth International Conference on Remediation of Chlorinated and Recalcitrant Compounds. May.

Muffels, C., S. Panday, C. Andrews, M.J. Tonkin, and A. Spiliotopoulos, 2022. Simulating Groundwater Interaction within a Surface Water Network using Connected Linear Networks (CLNs). *Ground Water*. https://doi.org/10.1111/gwat.13202. Online release April.

 **S.S. Papadopulos & Associates, Inc.**

# Matthew J. Tonkin

**Principal Hydrogeologist**                                        Page 6

Tonkin, M.J., and M. Chowdhury, 2022. Groundwater Modeling to Support Site Characterization and Remediation *in* Field Sampling Methods for Remedial Investigations. 3rd Edition.

Tonkin, M.J., and Chowdhury, M., 2021. Monitoring Network Analysis for Integrated Central Plateau Decision Making (*at the DOE Hanford Site*). Invited Presentation at REMPLEX, the 2021 Global Summit on Environmental Remediation, November.

Tonkin, M.J., M. Hill, R.M. Maxwell, and C. Zheng, 2020. Groundwater Modeling and Beyond: MODFLOW-and-More-2019 Special Issue. *Ground Water*, v. 58, no. 3, pp. 325-326, doi:10.1111/gwat.12999.

Maxwell, R.M., A. Navarre-Sitchler, and M. Tonkin, 2018. Forward: Modeling for Sustainability and Adaptation. Ground Water, v. 56, no. 4, pp. 515-516, doi:10.1111/gwat.12795.

Bedekar, V., E.D. Morway, C.D. Langevin, and M. Tonkin, 2016. MT3D-USGS Version 1: A U.S. Geological Survey Release of MT3DMS Updated with New and Expanded Transport Capabilities for Use with MODFLOW. U.S. Geological Survey Techniques and Methods Report #6-A53, Reston, VA. 69 p.

Tonkin, M.J., J. Kennel, W. Huber, and J. Lambie, 2015. Multi-Event Universal Kriging (MEUK), *Advances in Water Resources,* v. 87, pp. 92–105, January. doi:10.1016/j.advwatres.2015.11.001.

Royer, P. D., M.J. Tonkin, and T. Hammond, 2014. Conjunctive Water Use in Confined Basalt Aquifers: An Evaluation Using Geochemistry, a Numerical Model, and Historical Water Levels. *Journal of the American Water Resources Association* (JAWRA), v. 50, No. 4, pp. 963–976, August. doi: 10.1111/jawr.12151.

Tonkin, M.J., J. Kennel, W. Huber, and J.A. Lambie, 2013. Hybrid Analytic Element Universal Kriging Interpolation Technique Built in the Open Source R Environment. Presentation at the American Geophysical Union, Fall Meeting 2013, Abstract #H52E-03.

Tonkin, M. and Z. Tajani, 2012. Piecewise-Continuous Boundaries Using the MODFLOW FHB and MT3DMS HSS Packages. *Ground Water*, v. 50, no. 2, pp. 296-300, doi: 10.1111/j.1745-6584.2011.00811.x.

Bedekar, V., C. Neville, and M. Tonkin, 2012. Source Screening Module for Contaminant Transport Analysis Through Vadose and Saturated Zones. *Ground Water*, v. 50, pp. 954–958. doi:10.1111/j.1745-6584.2012.00954.x.

Ma, R., C. Zheng, J. Zachara, and M. Tonkin, 2012. Utility of Bromide and Heat Tracers for Aquifer Characterization Affected by Highly Transient Flow Conditions. *Water Resources Research*, v. 48, #8. Doi: 10.1029/2011WR011281.

Bedekar, V., R.G. Niswonger, K. Kipp, S. Panday, and M. Tonkin, 2011. Approaches to the Simulation of Unconfined Flow and Perched Groundwater Flow in MODFLOW. *Ground Water*, v. 50, no. 2, pp. 187-198. doi: 10.1111/j.1745-6584.2012.00811.x.

Ma, R., C. Zheng, M. Tonkin, and J. Zachara, 2011. Importance of Considering Intraborehole Flow in Solute Transport Modeling under Highly Dynamic Flow Conditions. *Journal of Contaminant Hydrology*, v. 123, Issues 1-2, April 1, 2011, pp. 11-19.

Hunt, R., J. Luchette, W. Schreuder, J. Rumbaugh, J. Doherty, M. Tonkin, and D. Rumbaugh, 2010. Using a Cloud to Replenish Parched Groundwater Modeling Efforts. *Ground Water,* v. 48, no. 3, pp. 360-365.

Shannon, R., M. Karanovic, and M. Tonkin, 2010. Hydraulic Capture Estimated using Universal Kriging with Hydrologic Drift Terms. Presentation at the 19th Annual Maryland Groundwater Symposium, Baltimore, MD, 47.

Tonkin, M.J. (Editor), 2010. *PEST Conference Proceedings*. Potomac, MD, November 2009. Available at www.LULU.com.

# Matthew J. Tonkin

**Principal Hydrogeologist**

Zheng, C., J. Weaver, and M. Tonkin, 2010. MT3DMS, A Modular Three-dimensional Multispecies Transport Model: User Guide to the Hydrocarbon Spill Source (HSS) Package. Prepared for U.S. Environmental Protection Agency, Athens, GA.

Tonkin, M., and J. Doherty, 2010. Citation and Acceptance of the 2009 M. King Hubbert Award. *Ground Water* (*published online*). January 2010.

Tonkin, M., S. Dadi, and R. Shannon, 2009. Collection and Mapping of Water Levels to Assist in the Evaluation of Groundwater Pump-and-Treat Remedy Performance. SGW-42305 (Rev. 0). Prepared for the US Department of Energy, Richland, WA, September 2009.

Karanovic, M., M. Tonkin, and D. Wilson, 2009. KT3D_H20: A Program for Kriging Water-Level Data Using Hydrologic Drift Terms. *Ground Water,* v. 45, no. 4, pp. 580-586, July/August, doi: 10.1111/j.1745-6584.2009.00565.x.

Tonkin, M. J., 2009. Efficient Calibration and Predictive Error Analysis for Highly-Parameterized Models Combining Tikhonov and Subspace Regularization Techniques. Doctoral Thesis, University of Queensland, Australia.

Weaver, J., J. Zhang, M. Tonkin, and R.J. Charbeneau, 2009. Modeling the Transport of Ethanol Fuel Blends with the Combined HSSM and MT3D Models. Presentation at the 21st Annual National Tanks Conference and Expo, Sacramento, CA, March 30 – April 01, 2009.

Tonkin, M., and J. Doherty, 2009. Calibration-Constrained Monte Carlo Analysis of Highly-Parameterized Models Using Subspace Techniques. *Water Resources Research*, v. 45. W00B10, doi: 10.1029/2007WR006678.

Tonkin, M., C. Arola, and D. Miller, 2007. Decision-Level Modeling within a Feasibility-Study Process: An Application at the Hanford Site. Presentation at the Association of Engineering and Environmental Geologists 50th Anniversary, Los Angeles, CA, September 26–28, 2007.

Tonkin, M., and J. Doherty, 2007. An Efficient Calibration-Constrained Monte Carlo Technique for Evaluating Model Predictive Uncertainty. in *Proceedings of an International Conference on Calibration and Reliability in Groundwater Modeling: Credibility of Modeling* (ModelCARE2007), Copenhagen, Denmark, September 2007. IAHS Publication 320.

Hunt, R., J. Doherty, and M. Tonkin, 2007. Are Models Too Simple? Arguments for Increased Parameterization. *Ground Water*, v. 45, no. 3, pp. 254-262.

Tonkin, M., J. Doherty, and C. Moore, 2007. Efficient Non-Linear Predictive Error Variance for Highly Parameterized Models: *Water Resources Research, v.* 43. W07429, doi 10.1029/2006WR005348.

Tonkin, M., C. Tiedeman, D. Ely, and M. Hill, 2007. OPR-PPR, a Computer Program for Assessing Data Importance to Model Predictions Using Linear Statistics, Constructed Using the JUPITER API. Prepared in Cooperation with the U.S. Department of Energy. Techniques and Methods 6-E2. U.S. Geological Survey.

Muffels, C., H. Zhang, J. Doherty, R. Hunt, M. Anderson, and M. Tonkin, 2006. Incorporating PROPACK into PEST to Estimate the Model Resolution Matrix for Large Groundwater Flow Models. Presentation at the American Geophysical Union (AGU) Fall Meeting, Moscone Center, San Francisco, CA, December 2006.

Muffels, C., J. Doherty, M. Anderson, R. Hunt, T. Clemo, and M. Tonkin, 2006. LSQR and Tikhonov Regularization in the Calibration of a Complex MODFLOW Model. Presentation at the Geological Society of America Annual Meeting, Philadelphia, PA, October 2006.

Muffels, C., M. Tonkin, H. Zhang, M. Anderson, and T. Clemo, 2006. Application of LSQR to Calibration of a MODFLOW Model: A Synthetic Study. in *Proceedings of MODFLOW and More 2006, Managing Ground-Water Systems,* International Ground Water Modeling Center, Colorado School of Mines Golden, CO, May 2006, v. 1, pp. 283-287.

$\Sigma^2\Pi$  **S.S. Papadopulos & Associates, Inc.**

# Matthew J. Tonkin

Principal Hydrogeologist                                                          Page 8

Tonkin, M., M. Karanovic, A. Hughes, and C. Jackson, 2006.  New and Contrasting Approaches to Local Grid Refinement.  in *Proceedings of MODFLOW and More 2006, Managing Ground-Water Systems,* International Ground Water Modeling Center, Colorado School of Mines Golden, CO, May 2006, v. 2, pp. 601-605.

Tonkin, M., and J. Doherty, 2005.  A Hybrid Regularized Inversion Methodology for Highly Parameterized Environmental Models.  *Water Resources Research*, v. 41, no. 10, October.  W10412, doi:10.1029/2005WR003995.

Tonkin, M., and M. Becker, 2005.  Environmental Insite:  A Software Package for Ground Water Data Visualization.  *Ground Water,* v. 43, no. 4, pp. 466-470.  Software Spotlight.

Tonkin, M.J., 2005.  Model Analysis Using the JUPITER API.  Presentation at the Annual Public Meeting of the Interagency Steering Committee on Multimedia Environmental Models (ISCMEM), American Geophysical Union (AGU), Washington, DC, August 2005.

Tonkin, M., J. Weaver, C. Zheng, C. Muffels, and J. Rumbaugh, 2005.  Coupled Free and Dissolved Phase Transport: New Simulation Capabilities and Parameter Inversion. in *Proceedings of the 2005 National Ground Water Association (NGWA) Conference on MTBE and Perchlorate, Assessment, Remediation, and Public Policy*, San Francisco, CA, May 2005.

Muffels, C., M. Tonkin, J. Haas, and D. Trego, 2005.  Predictive and Post-Audit Mass Flux Estimates.  in *Proceedings of the National Ground Water Association (NGWA) Ground Water Summit*, San Antonio, TX, April 2005.

Tonkin, M. (as Contributing author to Interstate Technology & Regulatory Council (ITRC)). MTBE and Other Fuel Oxygenates Team), 2005.  Overview of Groundwater Remediation Technologies for MTBE and TBA.  February 2005.

Neville, C. and M. Tonkin, 2004.  Modeling Multi-Aquifer Wells with MODFLOW.  *Ground Water*, v. 42, no. 6, pp. 910-919.

Tonkin, M. and C. Muffels, 2004.  Assessing Hydraulic Capture through Combined Analytic Elements and Interpolation.  EPA Groundwater Forum, Sacramento, CA, October 2004.

Tonkin, M., S. Larson, and C. Muffels, 2004.  Assessment of Hydraulic Capture through Interpolation of Measured Water Level Data.  Presentation at the Conference on Accelerating Site Closeout, Improving Performance, and Reducing Costs through Optimization:  Environmental Protection Agency, Federal Remediation Technology Roundtable, Dallas, TX, June 2004.

Tonkin, M., T. Clemo, and J. Doherty, 2003.  Computationally Efficient Regularized Inversion for Highly Parameterized MODFLOW Models.  in *Proceedings of MODFLOW and More 2003:  Understanding through Modeling,* International Ground Water Modeling Center, Colorado School of Mines, Golden, CO, September 16, 2003, v. 2, pp. 595-599.

Tonkin, M., M. Hill, and J. Doherty, 2003.  Modflow-2000, The U.S. Geological Survey Modular Ground-Water Model − Documentation of Mod-Predict for Predictions, Prediction Sensitivity Analysis, and Enhanced Analysis of Model Fit.  Prepared in Cooperation with the U.S. Department of Energy.  U.S. Geological Survey Open-File Report 03-385.

Lolcama, J., H. Cohen, and M. Tonkin, 2002.  Deep Karst Conduits, Flooding, and Sinkholes:  Lessons for the Aggregates Industry.  *Engineering Geology,* v. 65, no. 2-3, pp.151-157.

Tonkin, M., and S. Larson, 2002.  Kriging Water Levels with a Regional-Linear and Point-Logarithmic Drift.  *Ground Water*, v. 40, no. 2, pp. 185-193.

Neville, C., and M. Tonkin, 2001.  Representation of Multi-Aquifer Wells in MODFLOW. in *Proceedings of MODFLOW 2001 and Other Modeling Odysseys*, International Groundwater Modeling Center, Colorado School of Mines, Golden, CO, September 2001, v. 1, pp. 51-59.

Cohen, H., M. Tonkin, and C. Neville, 2000.  Determination of Hydraulic Conductivity Distribution in a Heterogeneous Glacial Sand Aquifer:  Correlation between Estimates Based on Impeller Flow Meter

$\Sigma^2\Pi$  **S.S. PAPADOPULOS & ASSOCIATES, INC.**

# MATTHEW J. TONKIN

Principal Hydrogeologist                                                    Page 9

Data and Grain Size Distributions.  Society for Sedimentary Geology/International Association of Sedimentologists Research Conference:  *Environmental Sedimentology: Hydrogeology of Sedimentary Aquifers*, Santa Fe, NM, September 24-27, 2000.

## DEPOSITION AND TESTIMONY-AT-TRIAL EXPERIENCE

### DEPOSITIONS

2022    Goleta Water District v. Slippery Rock Ranch, LLC. Superior Court of the State of California. No. 1487005. March 18.

2022    Goleta Water District v. Slippery Rock Ranch, LLC. Superior Court of the State of California. No. 1487005. March 12.

2021    Goleta Water District v. Slippery Rock Ranch, LLC. Superior Court of the State of California. No. 1487005. August 31 - September 1.

2021    Goleta Water District v. Slippery Rock Ranch, LLC. Superior Court of the State of California. No. 1487005. April 28.

2019    Goleta Water District v. Slippery Rock Ranch, LLC. Superior Court of the State of California. No. 1487005. September 16 - 17.

2018    State of New York v. United Gas Corp., *et al.* December 11 - 12.

2016    Waverley View Investors, LLC. vs. United States of America. United States Court of Federal Claims. No. 15-371L. December 15.

2016    Samantha Hall vs. Conoco, Inc. *et al*.  United States District Court for the Western District of Oklahoma. No. 14-CV-670-HE.  March 3.

2014    Jerilyn K. Allen *et al*. vs. ExxonMobil Corporation.  Circuit Court of the State of Maryland, County of Baltimore No. C-11-8536.  April 4.

2011    State of New York vs. 913 Portion Road Realty Corp, *et al.* Supreme Court of the State of New York. No. 26495-M.  July 29.

2008    Jeff Alban et al. vs. ExxonMobil Corporation *et al.*  Circuit Court of the State of Maryland, County of Baltimore.  No. 03-C-06-010932.  February 6.

### TESTIMONY-AT-TRIAL

2017    Waverley View Investors, LLC. vs. United States of America. United States Court of Federal Claims. Case No. 15-371L. May 15.

2017    White Bear Lake Restoration Association, *ex rel*, State of Minnesota vs. Minnesota Department of Natural Resources and Thomas J. Landwehr in his Capacity as Commissioner of the Minnesota Department of Natural Resources. State of Minnesota Second Judicial District Court, County of Ramsey. Case No. 62-CV-13-2414. March 23.

2017    Waverley View Investors, LLC. vs. United States of America. United States Court of Federal Claims. Case No. 15-371L. January 18.

# Appendix B

## Documentation for ATRANS

## ATRANS software overview

Christopher J. Neville
S.S. Papadopulos & Associates, Inc.
Last update: March 30, 2017

Outline

1. Suggested citation for ATRANS
2. ATRANS background
3. ATRANS conceptual model
4. Options for specifying the source history
5. References


## 1.  Suggested citation for ATRANS

Neville, C.J., 2005: ATRANS: Analytical Solutions for Three-Dimensional Solute Transport
   from a Patch Source, Version 2, S.S. Papadopulos & Associates, Inc., Waterloo, Ontario,
   Canada.

The ATRANS software can be downloaded free of charge from the S.S. Papadopulos &
Associates, Inc. software web page:
   http://www.sspa.com/software/atrans.

*D:\D\ATRANS\Overview\ATRANS_Overview.docx*

## 2. ATRANS background

ATRANS is package of 3D analytical solution for transport from a patch boundary condition with time-varying concentration. The solutions consider the following transport processes: advection, dispersion, sorption, and first-order transformation reactions. The solutions assume the groundwater flow field is steady and uniform.

The ATRANS package of solutions can represent four inflow concentration histories:

1. Constant concentration;
2. Exponentially decaying concentration;
3. Arbitrary inflow concentration specified as a set of points; and
4. Arbitrary inflow concentration specified as a set of steps.

ATRANS is available as a executable program that can be run the Command Line (DOS-prompt) prompt program. ATRANS-Excel is designed to be executed within the Microsoft Excel environment.

ATRANS builds upon solutions presented by Cleary and Ungs (1978), Huyakorn et al (1987), Sudicky et al (1988), Salhotra et al (1995), and Wexler (1992). ATRANS provides extensions of the solution for a constant source concentration to several alternative source histories using simplified input and output for a command prompt program and an Excel-based implementation. It has been extensively tested against analytical solutions and compared with existing numerical codes.

ATRANS is well documented (Neville, 2014) and has been cited by various publications. Chunmiao Zheng and Gordon Bennett introduced one of the ATRANS solutions in their textbook, **Applied Contaminant Transport Modeling** (second editions; Zheng and Bennett, 2002). The implementation of the solution was included in the software package that was made freely available with the textbook, ZBSOFT. The Integrated Ground Water Modeling Center (IGWMC) at the Colorado School of Mines distributes ATRANS as part of the ZBSOFT package: http://igwmc.mines.edu/software/igwmcsoft/zbsoft.htm.

West et al. (2007) included ATRANS in a list of software they recommend using as a screening tool. The ATRANS solution is incorporated in the Source Screening Module, SSM (Bedekar et al., 2012).

*D:\D\ATRANS\Overview\ATRANS_Overview.docx*

## 3.  ATRANS conceptual model

The definition sketch for the ATRANS solutions is shown below. Groundwater flow is uniform and parallel to the *x*-direction.



*D:\D\ATRANS\Overview\ATRANS_Overview.docx*

### 4. Options for specifying the source history

The solutions implemented in the ATRANS package incorporate four alternative source histories.

1. Continuous source concentration



2. Exponentially decaying source concentration

$$C_{source}(t) = C_0 \, EXP\{-\gamma t\}$$



3. Arbitrary time-varying source concentration:
   Concentration history specified as a set of points



4. Arbitrary time-varying source concentration:
   Concentration history specified as a set of steps



Specified input:

| Starting time of $i^{th}$ step | Concentration |
|:---:|:---:|
| $ts_1 = 0$ | $C_1$ |
| $ts_2$ | $C_2$ |
| $ts_3$ | $C_3$ |
| $ts_4$ | $C_4$ |
| $ts_5$ | $C_5$ |
| $ts_6$ | $C_6 = 0$ |

*D:\D\ATRANS\Overview\ATRANS_Overview.docx*

## 5. References

Bedekar, V., C. Neville, and M. Tonkin, 2012:  Source Screening Module for contaminant transport analysis through vadose and saturated zones, Ground Water, v. 50, no. 6, pp. 954-958

Cleary, R.W., and M.J. Ungs, 1978: Analytical Models for Groundwater Pollution and Hydrology, Princeton University, Water Resources Program Report 78 WR 15, 165 p.

Huyakorn, P.S., M.J. Ungs, L.A. Mulkey, and E.A. Sudicky, 1987: A three dimensional analytical method for predicting leachate migration, Ground Water, vol. 25, no. 5, pp. 588-598.

Neville, C.J., 2014: ATRANS: Analytical Solutions for Three-Dimensional Solute Transport from a Patch Source, Version 1.08, S.S. Papadopulos & Associates, Inc., Waterloo, Ontario. Available at http://www.sspa.com/software/atrans

Salhotra, A.M., P. Mineart, S. Sharp-Hansen, T. Allison, R. Johns, and W.B. Mills. 1995. Multimedia exposure assessment model (MULTIMED 2.0) for evaluating the land disposal of wastes—Model theory. Final Report. Athens, Georgia: U.S. EPA, Office of Research and Development, Environmental Research Laboratory.

Sudicky, E.A., T.D. Wadsworth, J.B. Kool, and P.S. Huyakorn. 1988. PATCH3D: Three dimensional analytical solution for transport in a finite thickness aquifer with first-type rectangular patch source. Herndon, Virginia: Report prepared for Woodward-Clyde Consultants, HydroGeoLogic Inc.

West, M.R., B.H. Kueper, and M.J. Ungs, 2007: On the use and error of approximation in the Domenico (1987) solution, Ground Water, vol. 45, no. 2, pp. 126-135.

Wexler, E.J., 1992: Analytical Solutions for One-, Two-, and Three Dimensional Solute Transport in Ground Water Systems with Uniform Flow, Techniques of Water Resources Investigations of the United States Geological Survey, Book 3, Chapter B7.

Zheng, C., and G.D. Bennett, 2002, Applied Contaminant Transport Modeling, Second Edition, Wiley, New York, 621 pp.

# ATRANS

## Analytical Solutions for Three-Dimensional Solute Transport from a Patch Source

## Version 2



C.J. Neville
S.S. Papadopulos & Associates, Inc.
Waterloo, Ontario

Last revision of solutions: August 13, 1998
Last revision of documentation: May 13, 2005

# Table of Contents

1.  Conceptual Model
    1.1. Dimensions
    1.2. Flow field
    1.3. Transport processes
    1.4. Initial and boundary conditions

2.  Mathematical Model
    2.1. Governing equation
    2.2. Initial and boundary conditions
    2.3. General solution
    2.4. Particular solutions for specific source concentration histories
        2.4.1   Constant concentration: ATRANS1
        2.4.2   Exponentially-decaying concentration: ATRANS2
        2.4.3   Arbitrary time-varying patch concentration: ATRANS3, ATRANS4

3.  ATRANS User's Guide
    3.1. Installing the ATRANS codes
    3.2. ATRANS files
    3.3. Instructions for running the ATRANS codes
    3.4. ATRANS input file
    3.5. Specifying the inflow concentration history
    3.6. Postprocessing Results
        3.6.1   Plotting breakthrough curves
        3.6.2   Plotting concentration profiles and contour maps

4.  PM User's Guide
    4.1 Introduction
    4.2 PM input
    4.3 Running PM
    4.4 Coordinate systems for ATRANS and PM
    4.5 Output files

5.  Examples
    5.1 Continuous release
    5.2 Finite release
    5.3 Decaying source


Appendix A: Analytical Solutions for $3^D$ Patch Source Problem
Appendix B: Test problems

1

# 1.    Conceptual Model

ATRANS simulates transient, three-dimensional advective-dispersive transport from a patch of specified concentration along the inflow boundary of an aquifer.  The conceptual model is illustrated below.  The assumptions that underlie the analytical solutions are summarized on the next page.



2

## 1.1.  Dimensions

- The aquifer is semi-infinite in the longitudinal direction $\left(0 \leq x < \infty\right)$;
- The aquifer is infinite in the horizontal transverse direction $\left(-\infty < y < \infty\right)$; and
- The aquifer is finite in the vertical direction $\left(0 \leq z \leq B\right)$.

## 1.2.  Flow Field

- Ground water flow is steady; and
- Flow is uniform and one-dimensional along the x-axis.

## 1.3.  Transport processes

- The following transport processes are considered: advection, dispersion, transformation reactions, and sorption;
- Dispersion is assumed to be a Fickian process;
- The principal axes of the dispersion tensor are assumed to coincide with the directions parallel and transverse to ground water flow;
- Transformation reactions are represented by a first-order decay/production reaction; and
- Sorption is assumed to be instantaneous and reversible, governed by a linear isotherm.

## 1.4.  Initial and boundary conditions

- The aquifer is initially devoid of contaminants;
- Contaminants enter the aquifer through a rectangular patch source of specified concentration located on the upstream boundary.  The concentration on the remaining portion of the upstream boundary is zero; and
- The top and bottom boundaries ( $z = 0, z = B$ ) are zero mass flux boundaries.

3

# 2. Mathematical Model

## 2.1. Governing equation

<u>Statement of mass conservation</u>

$$\theta \frac{\partial c}{\partial t} + \rho_b \frac{\partial s}{\partial t} = -q \frac{\partial c}{\partial x} + \theta D_x \frac{\partial^2 c}{\partial x^2} + \theta D_y \frac{\partial^2 c}{\partial y^2} + \theta D_z \frac{\partial^2 c}{\partial z^2} - \theta \lambda c - \rho_b \lambda s$$

$$; \text{over:}\ 0 \le x < \infty,\ -\infty < y < \infty,\ 0 \le z \le B$$

where:

$c$ = dissolved concentration [M solute/ L³ water];
$s$ = sorbed concentration [M solute/ M solids];
$x,y,z$ = spatial coordinates [L]; and
$t$ = time [T].
$\theta$ = saturated water content [L³ water/ L³ porous medium];
$\rho_b$ = bulk density [M solids/ L³ porous medium];
$q$ = Darcy flux [L/ T];
$D_x, D_y, D_z$ = dispersion coefficients [L²/ T]; and
$\lambda$ = first-order decay coefficients [T$^{-1}$].

<u>Dispersion coefficients</u>

The dispersion coefficients are defined as the sum of mechanical dispersion and diffusion coefficients:

$$D_x = \alpha_L \frac{|q|}{\theta} + D^* = \alpha_L v + D^*$$

$$D_y = \alpha_{TH} \frac{|q|}{\theta} + D^* = \alpha_{TH} v + D^*$$

$$D_z = \alpha_{TV} \frac{|q|}{\theta} + D^* = \alpha_{TV} v + D^*$$

where:

$\alpha_L$ = longitudinal dispersivity [L];

$\alpha_{TH}$ = horizontal transverse dispersivity [L];

$\alpha_{TV}$ = vertical transverse dispersivity [L]; and

$D^*$ = effective diffusion coefficient [L²/T].

4

Constitutive relation for sorption

For equilibrium (instantaneous, reversible) sorption governed by a linear sorption isotherm, the relation between the concentration in solution and the concentration sorbed onto the aquifer solids is written as:

$$s = K_d c$$

where $K_d$ is the linear sorption partitioning coefficient [L³/M].

Defining the retardation factor, $R$, as:

$$R = 1 + \frac{\rho_b}{\theta} K_d$$

the governing equation can be written as:

$$\theta R \frac{\partial c}{\partial t} = -q \frac{\partial c}{\partial x} + \theta D_x \frac{\partial^2 c}{\partial x^2} + \theta D_y \frac{\partial^2 c}{\partial y^2} + \theta D_z \frac{\partial^2 c}{\partial z^2} - \theta R \lambda c$$

Here it is assumed that the contaminants in the dissolved and sorbed phases decay at the same rate.

Dividing the statement of mass conservation through by $\theta R$ yields:

$$\frac{\partial c}{\partial t} = -\frac{v}{R} \frac{\partial c}{\partial x} + \frac{D_x}{R} \frac{\partial^2 c}{\partial x^2} + \frac{D_y}{R} \frac{\partial^2 c}{\partial y^2} + \frac{D_z}{R} \frac{\partial^2 c}{\partial z^2} - \lambda c$$

where $v = \frac{q}{\theta}$.

Defining:     $v' = \frac{v}{R}$ ;        $D_x' = \frac{D_x}{R}$ ;        $D_y' = \frac{D_y}{R}$ ;       $D_z' = \frac{D_z}{R}$

The governing equation reduces to:

$$\boxed{\frac{\partial c}{\partial t} = -v' \frac{\partial c}{\partial x} + D_x' \frac{\partial^2 c}{\partial x^2} + D_y' \frac{\partial^2 c}{\partial y^2} + D_z' \frac{\partial^2 c}{\partial z^2} - \lambda c}$$

5

## 2.2.  Initial and boundary conditions

**Initial Conditions**

Aquifer is initial devoid of contaminant

$$c(x, y, z, 0) = 0$$

**Boundary conditions**

x-direction: Aquifer is semi-infinite in extent in the x-direction

- $x = 0$

$$c(0, y, z, t) = c_0(t) \left[ H(y + y_0) - H(y - y_0) \right] \left[ H(z - z_1) - H(z - z_2) \right]$$

where:

$c_0(t) =$ arbitrary time-varying function

$y_0 =$ half-width of source

$z_1 =$ bottom of source

$z_2 =$ top of source

$H(\cdot)$ denotes the Heaviside step function, defined as:

$$H(\xi - \xi_0) = 0 \ \ if \ \ \xi < \xi_0$$
$$= 1 \ \ if \ \ \xi > \xi_0$$



- $x \to \infty$

$$c(\infty, y, z, t) = 0$$

6

*y*-Direction: Aquifer is infinite in extent in the *y*-direction

- $y \to -\infty$ :

$$c(x,-\infty, z,t) = 0$$

- $y \to +\infty$ :

$$c(x,\infty, z,t) = 0$$

*z*-Direction: Aquifer is finite in extent in the *z*-direction

- $z = 0$ :

$$\frac{\partial c}{\partial z}(x, y, 0, t) = 0$$

- $z = B$ :

$$\frac{\partial c}{\partial z}(x, y, B, t) = 0$$

where $B$ is the thickness of the aquifer.

7

## 2.3.    General solution

The general solution is derived using integral transform techniques.  Complete details of the derivation are included in Appendix A.  The solution is:

$$
\begin{aligned}
c = \frac{x}{4B\sqrt{\pi D_x'}} &\int_0^t c_0(\tau) \frac{1}{(t-\tau)^{\frac{3}{2}}} \exp\left\{-\lambda(t-\tau) - \frac{(x-v'(t-\tau))^2}{4D_x'(t-\tau)}\right\} \\
&\cdot\left[\left[erfc\left\{\frac{y-y_0}{2\sqrt{D_y'(t-\tau)}}\right\} - erfc\left\{\frac{y+y_0}{2\sqrt{D_y'(t-\tau)}}\right\}\right]\right. \\
&\left.\cdot\left[(z_2 - z_1) + \frac{2B}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)\exp\left\{-D_z'\frac{n^2\pi^2}{B^2}(t-\tau)\right\}\right]\right] d\tau
\end{aligned}
$$

8

## 2.4    Particular solutions for specific source concentration histories

The ATRANS package of solutions can represent four inflow concentration histories:

- Constant concentration;
- Exponentially-decaying concentration;
- Arbitrary inflow concentration histories represented as a set of points; and
- Arbitrary inflow concentration histories represented as a set of steps.

### 2.4.1  Constant concentration: ATRANS1

For a constant concentration, the boundary condition along $x = 0$ is written as:

$$c(0, y, z, t) = c_0 \left[ H(y + y_0) - H(y - y_0) \right] \left[ H(z - z_1) - H(z - z_2) \right]$$

which is shown as:



The solution is:

$$c = c_0 \frac{x}{4\sqrt{\pi D_x'}} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -\lambda \xi - \frac{(x - v'\xi)^2}{4 D_x' \xi} \right\} \cdot \left[ erfc\left\{ \frac{y - y_0}{2\sqrt{D_y' \xi}} \right\} - erfc\left\{ \frac{y + y_0}{2\sqrt{D_y' \xi}} \right\} \right]$$

$$\cdot \left[ \frac{(z_2 - z_1)}{B} + \frac{2}{\pi} \sum_{n=1}^{\infty} \frac{1}{n} \left[ \sin\left( \frac{n\pi z_2}{B} \right) - \sin\left( \frac{n\pi z_1}{B} \right) \right] \cos\left( \frac{n\pi z}{B} \right) \exp\left\{ -D_z' \frac{n^2 \pi^2}{B^2} t \right\} \right] d\xi$$

9

### 2.4.2 Exponentially-decaying concentration: ATRANS2

For a constant concentration, the boundary condition along $x = 0$ is written as:

$$c(0, y, z, t) = c_0 \, EXP\{-\gamma t\} \left[ H(y + y_0) - H(y - y_0) \right] \left[ H(z - z_1) - H(z - z_2) \right]$$

where:

$\gamma$ = source decay constant [T$^{-1}$]

$$c_0(t) = \frac{c_0}{2} \; at \; t = \frac{\ln 2}{\gamma}$$

The source decay constant should not be confused with the solute decay constant $\lambda$.

The inflow concentration history is illustrated below:



The solution is written as:

$$c = c_0 \frac{x}{4\sqrt{\pi D_x'}} \exp\{-\gamma t\} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ (\gamma - \lambda)\xi - \frac{(x - v'\xi)^2}{4 D_x' \xi} \right\}$$

$$\cdot \left[ erfc\left\{ \frac{y - y_0}{2\sqrt{D_y'\xi}} \right\} - erfc\left\{ \frac{y + y_0}{2\sqrt{D_y'\xi}} \right\} \right]$$

$$\cdot \left[ \frac{(z_2 - z_1)}{B} + \frac{2}{\pi} \sum_{n=1}^{\infty} \frac{1}{n} \left[ \sin\left( \frac{n\pi z_2}{B} \right) - \sin\left( \frac{n\pi z_1}{B} \right) \right] \cos\left( \frac{n\pi z}{B} \right) \exp\left\{ -D_z' \frac{n^2 \pi^2}{B^2} t \right\} \right] d\xi$$

### 2.4.3  Arbitrary time-varying concentration: ATRANS3, ATRANS4

When the inflow concentration varies arbitrarily through time, the concentration history is represented by a set of discrete steps.  The inflow concentration history is written using the notation of the Heaviside step function:

$$c_0(t) = \sum_{i=1}^{NP} \Delta c_i H(t - t_i)$$

where:  $\Delta C_i$  =  concentration change at start of the i[th] step

$\quad\quad t_i$  =  starting time of the i[th] step

The solution for an arbitrary set of steps is given by:

$$c = \frac{x}{4\sqrt{\pi D_x'}} \sum_{i=1}^{NP} \Delta C_i \int_0^{t-t_i} \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-\lambda\xi - \frac{(x-v'\xi)^2}{4D_x'\xi}\right\} \left[ erfc\left\{\frac{y-y_0}{2\sqrt{D_y'\xi}}\right\} - erfc\left\{\frac{y+y_0}{2\sqrt{D_y'\xi}}\right\} \right]$$

$$\cdot \left[ \frac{(z_2 - z_1)}{B} + \frac{2}{\pi} \sum_{n=1}^{\infty} \frac{1}{n} \left[ \sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right) \right] \cos\left(\frac{n\pi z}{B}\right) \exp\left\{-D_z' \frac{n^2\pi^2}{B^2}\xi\right\} \right] d\xi$$

ATRANS supports two alternative approaches for representing these steps:
- Specification of a set of points, with automatic generation of the steps; or
- Direct specification of the steps.

a.  History specified by a set of points: **ATRANS3**



b.  History specified by a set of steps: **ATRANS4**



When the inflow concentration history is specified by a set of points, ATRANS derives internally the discrete set of steps that mimics the continuous history.



The histogram is calculated according to the following rules:

$$t_n = \frac{t^{(n)} + t^{(n-1)}}{2}$$

with:    $t_1 = t^{(1)} = 0$, and $\Delta C_n = c^{(n)} - c^{(n-1)}$; with $\Delta C_1 = c^{(1)}$

When the inflow concentration history is specified by a set of steps, ATRANS reads the starting times of each new concentration and calculates the concentration increment automatically.

12

# 3.    ATRANS User's Guide

## 3.1.    Installing the ATRANS codes

The ATRANS software is distributed in zipped formats (WinZip files).

We recommend that you copy the ATRANS codes and examples to a separate directory on one of your hard drives.  To do this, create a new directory, for example, `C:\ATRANS`.

Extract the files using WinZip.  The model subdirectories will be created automatically when the files are expanded.

If you have copied the ATRANS codes to `C:\ATRANS`, you can set the path to the ATRANS codes temporarily by typing the following from the DOS prompt (i.e., the command line):

```
C:\>set path=c:\atrans
```

You can set the path to the ATRANS codes permanently with the following steps from the Windows Start menu:

- Settings
- Control panel
- System
- Advanced
- Environment variables
- Select PATH from the environment variables
- Click edit
- Add: `;c:\ATRANS`


In order for ATRANS to function properly, QuickEdit mode must be turned off.

- Activate a DOS box (Command Prompt)
- Right click anywhere along the top of the DOX box
- Properties → Options
- Uncheck the box marked "QuickEdit Mode"

If you do not want to do this every time you open a DOS-box, click on the radio button marked "Modify shortcut that started this window" when prompted to do so.

## 3.2.   ATRANS files

ATRANS is a DOS-based program; that is, the program runs the Command Prompt.

The executable program of ATRANS was compiled using the Lahey FORTRAN 90.  The program should execute without modification on IBM-compatible PCs with a 80386 CPU or higher and a math coprocessor under the DOS operating system or in the DOS compatibility mode under Microsoft *Windows*.  The compiled version requires approximately 2MB extended memory to run.  All of the files for ATRANS are listed below:

ATRANS1.EXE:    executable file;
ATRANS1.FOR:    FORTRAN source file;
ATRANS2.EXE:    executable file;
ATRANS2.FOR:    FORTRAN source file;
ATRANS3.EXE:    executable file;
ATRANS3.FOR:    FORTRAN source file;
ATRANS4.EXE:    executable file;
ATRANS4.FOR:    FORTRAN source file;
ATRANS.INC:     an include file for ATRANS.FOR with maximum array
                dimensions; and

Examples:

Example input files, located in the \EXAMPLES subdirectory.

14

## 3.3    Instructions for running the ATRANS codes

To start ATRANS, enter of the name of the program at the DOS prompt,

**ATRANS1** (Constant inflow concentration)

**ATRANS2** (Exponentially-decaying inflow concentration)

**ATRANS3** (Inflow concentration defined by points)

**ATRANS4** (Inflow concentration defined by points)

The program requires an input file to run.  The input file name must have the form of *jobid*.INP  where *jobid* is the base file name given by the user and .INP is the default file extension.  When prompted for "a Job ID for File Specification", enter the base name of the input file.

After the program is executed, it creates several output files with the following names where *jobid* is the same as in the input file name *jobid*.INP:

| | |
|---|---|
| *jobid*.LST: | the echo of input parameters |
| *jobid*.OBS: | the listing of concentration vs. time at specified observation points |
| *jobid*.ASC: | an ASCII file of concentration distribution (x, y, z, c) at specified times |
| *jobid*.UCN: | an unformatted file of concentration distribution at specified times |
| *jobid*.CNF: | the model configuration file defining the computational grid for creating contour plots |

15

## 3.4    ATRANS input file [*.INP file*]

The input file consists of the following records all in free format (the symbols correspond to those used in the text):

1.    TITLE
2.    V
3.    ALX
4.    ALY
5.    ALZ
6.    DSTAR
7.    THICK
8.    CLAMDA
9.    R
10.    NGAUS
11.    NFOUR
12.    SWIDTH
13.    Z1
14.    Z2
15.    **Source history (depends on the approach adopted to represent the source history)**
16.    NOBS
17.    XI(1), YI(1), ZI(1) [SKIP RECORD #18 IF NOBS=0]

    …

    XI(NOBS), YI(NOBS), ZI(NOBS)
18.    TMIN, TMAX, DELT [SKIP RECORD #19 IF NOBS=0]
19.    NTIMES
20.    TIME(1), …, TIME(NTIMES) [SKIP RECORD #21 IF NTIMES=0]
22.    XMIN, XMAX, DELX [SKIP RECORD #22 IF NTIMES=0]
23.    YMIN, YMAX, DELY [SKIP RECORD #23 IF NTIMES=0]
24.    ZMIN, ZMAX, DELZ [SKIP RECORD #24 IF NTIMES=0]

16

### 3.5    Specifying the inflow concentration history

1. **ATRANS1 (Constant)**
   ```
   CO
   ```

2. **ATRANS2 (Exponentially-decaying)**
   ```
   CO
   SLAMDA
   ```

3. **ATRANS3 (Set of points)**
   NP  (NP must be $\geq 1$)
   ```
   TSI(1), CSI(1)
   TSI(2), CSI(2)
   …
   TSI(NP), CSI(NP)
   ```

4. **ATRANS4 (Set of steps)**
   NP  (NP must be $\geq 1$)
   ```
   TSI(1), CSI(1)
   TSI(2), CSI(2)
   …
   TSI(NP), CSI(NP)
   ```

17

### Explanation of the input parameters

TITLE
A character string not to exceed 80 characters long for identification purposes.

V
The average linear groundwater velocity, $v$, dimension $[LT^{-1}]$.

ALX
The longitudinal dispersivity, $\alpha_L$, [L].

ALY
The horizontal transverse dispersivity, $\alpha_{TH}$, [L].

ALZ
The vertical transverse dispersivity, $\alpha_{TV}$, [L].

DSTAR
The effective diffusion coefficient, $D^*$, $[L^2T^{-1}]$.

THICK
The aquifer thickness, $B$, [L].

CLAMDA
The first-order decay rate, $\lambda$, $[T^{-1}]$.  Enter zero for a non-reactive chemical.

R
The retardation factor, $R$, dimensionless.  Enter one for a non-reactive chemical.

NGAUS
An integer specifying the number of Gauss points used in integration (maximum 256).

NFOUR
An integer specifying the number of terms in Fourier series evaluation for partially penetrating sources.  A value of 20 is normally sufficient.

SWIDTH
The total source width along the y-axis, $2y_o$, [L].

Z1
Elevation at the bottom of the source, $z_1$, [L].

Z2
Elevation at the top of the source, $z_2$, [L].

18

```
CO
```
Source concentration $[ML^{-3}]$

```
SLAMDA
```
Source decay coefficient $[T^{-1}]$

```
NP
```
Number of points defining the inflow

```
TSI(NP), CSI(NP)
```
The time and concentration at points along the source loading history profile, [T], $[ML^{-3}]$

```
NOBS
```
The number of observation points for plotting the concentration breakthrough curves.

```
XI(I), YI(I), ZI(I)
```
The x, y and z coordinates of the observation points, [L], [L], [L]. The origin of the coordinate system is at the center of the patch source (see Figure 4.7 of the text).

```
TMIN, TMAX, DELT
```
The starting time, ending time, and time increment for computing concentrations at the specified observation points, [T], [T], [T].

```
NTIMES
```
The number of times at which concentration distributions are generated for the purpose of plotting contour maps.

```
TIME(i)
```
An array specifying the total elapsed times at which concentration distributions are generated. The number of values in the array `TIME` must be equal to `NTIMES`.

```
XMIN, XMAX, DELX
```
The starting coordinate, ending coordinate, and distance increment along the $x$ axis of the computational grid used for computing the concentration distribution, [L], [L], [L],

```
YMIN, YMAX, DELY
```
The starting coordinate, ending coordinate, and distance increment along the $y$ axis of the computational grid used for computing the concentration distribution, [L], [L], [L],

```
ZMIN, ZMAX, DELZ
```
The starting coordinate, ending coordinate, and distance increment along the $z$ axis of the computational grid used for computing the concentration distribution, [L], [L], [L].

19

## 3.6    Postprocessing Results

3.6.1    <u>Plotting Breakthrough Curves</u>

Any commercial graphical package can be used to create x-y plots of concentration vs. time using the data in the *jobid*.OBS file.  In this file, the first column is time, and the rest of the columns are concentrations in different observation wells arranged in order as entered in the input file.

Excerpt from an .OBS file:

```
0.000E+00     0.000E+00
2.500E-01     0.000E+00
5.000E-01     0.000E+00
7.500E-01     0.000E+00
1.000E+00     3.089E-16
1.250E+00     4.993E-11
1.500E+00     1.227E-07
1.750E+00     2.758E-05
2.000E+00     1.390E-03
2.250E+00     2.593E-02
2.500E+00     2.414E-01
2.750E+00     1.359E+00
3.000E+00     5.256E+00

1.450E+01     6.839E+02
1.475E+01     6.839E+02
1.500E+01     6.839E+02
```

20

### 3.6.2   Plotting Contour Maps

Complete concentration distributions at specified times are saved in two formats: large ASCII files listing coordinate-by-coordinate results; and compact binary files (FORTRAN-unformatted) of the same format as MODFLOW and MT3D.

**ASCII Output File**

Complete concentration distributions are saved in the ASCII file *jobid*.ASC, including those in different layers for a three-dimensional problem and at different times if multiple output times are specified in the input.  Concentration records for different times are separated by a line specifying the time for which the following concentrations are computed.  A text editor can be used to select a portion of the *jobid*.ASC file for input to a commercial contouring package such as Golden Software's *SURFER* or Spyglass' *Slicer or Transform.*

Excerpt from an .ASC file:

```
5.000E+00  ← time
0.000E+00       -2.000E+01       0.000E+00       0.000E+00  ← x,y,z,C
0.000E+00       -2.000E+01       2.500E-01       0.000E+00
0.000E+00       -2.000E+01       5.000E-01       0.000E+00
0.000E+00       -2.000E+01       7.500E-01       0.000E+00
0.000E+00       -2.000E+01       1.000E+00       0.000E+00
0.000E+00       -2.000E+01       1.250E+00       0.000E+00
0.000E+00       -2.000E+01       1.500E+00       0.000E+00
0.000E+00       -2.000E+01       1.750E+00       0.000E+00
```

21

**Binary Output File**

The binary output file, .UNC, is written in the following way:

```
C     write out concentration distribution to unformatted file
C     =========================================================
      T2 = REAL(TIME(I))
      Do ilay=nz,1,-1
          LayRev=nz-ilay+1
          WRITE(65) ntrans,kstp,kper,t2,text,nx,ny,LayRev
          Write(65) (( RCONC( jj+(ii-1)*nx+(ilay-1)*nx*ny ),
      &       jj=1,nx),ii=ny,1,-1)
      end do
```

This method of saving the results is consistent with the layer/row/column ordering of MODFLOW and MT3D output.

The output file is compact, but requires some postprocessing before it can be viewed with typical visualization software. Here, the PM postprocessing program is used to select results from any layer or cross section at any particular time.

*PM* reads the *jobid*.UCN and *jobid*.CNF files and saves data files suitable for use as input to contouring packages.

Instructions for using PM are presented in the next section.

22

# 4.    PM User's Guide

## 4.1    Introduction

*PM* is used to extract the calculated concentrations within a user-specified window along a model layer or cross section at any desired time period from the unformatted concentration file saved after running *ATRANS*.  The concentrations within the specified window are saved in such a form that they can be used by any commercially available graphical package to generate contour maps or other types of plots.

To use *PM*, two input files are required.  The first is the unformatted file saved by *ATRANS*.  The second is a text file that contains information on the spatial configuration of the model grid, referred to as the model configuration file.  For output, *PM* generates data files either in the XYZ form where X and Y are the spatial coordinates of a data point and Z is the data value at (X,Y), or in the form that is directly readable by Golden Software's contouring programs *TOPO* and *SURF*.

The executable program of *PM* was compiled using the Lahey FORTRAN 77 compiler to run on IBM-compatible PCs with a 80386 CPU or higher and a math coprocessor under the DOS operating system or in the DOS compatibility mode under Microsoft *Windows*. The compiled version is based on dynamic memory allocation and will use all extended memory that is available.  The executable file, `PM.EXE`, and source code of the program, `PM.FOR`, are included with the *ATRANS* software.

## 4.2    PM input

*PM* requires the existence of two files:
- Fortran unformatted concentration file; and
- Model configuration file.

Fortran unformatted file

An unformatted concentration file saved by *ATRANS* (note that the unformatted concentration file has the extensions of "`.UCN`").  Thus, before using *PM*, a transport simulation must have been carried out and an unformatted file saved in hard drive.  The unformatted file may contain records for multiple time periods.

Model Configuration File

An input file is needed to provide *PM* with information on the spatial configuration of the model grid.  This input file, referred to as **the model configuration file**, is generated automatically if *ATRANS2* has been run.  A model configuration file named `jobid.CNF`, where `jobid` is the project name assigned to the simulation, is generated every time *ATRANS2* is executed.  For the same project, the model configuration files created by the different programs are identical.

In the event that a model configuration file is not available, the user needs to create one manually using a text editor.  The content and structure of the model configuration file is shown below:

- Record 1:   `NLAY, NROW, NCOL`
- Record 2:   `(DELR(J), J=1,NCOL)`
- Record 3:   `(DELC(I),I=1,NROW)`
- Record 4:   `((HTOP(J,I), J=1,NCOL),I=1,NROW)`
- Record 5:   `(((DZ(J,I,K), J=1,NCOL),I=1,NROW),K=1,NLAY)`
- Record 6:   `HNOFLO, [HDRY]`

where

| | |
|---|---|
| `NLAY` | is the total number of layers; |
| `DELR` | is the width of columns (along the row direction); |
| `DELC` | is the width of rows (along the column direction); |
| `HTOP` | is a 2D array defining the top elevation of the first model layer; |
| `DZ` | is a 3D array defining the thickness of each model cell; |
| `HNOFLO` | is the value used in the model for indicating inactive cells; and |
| `HDRY` | is the value used in the model for indicating dry cells (1.E30 by default). |

Input data for the model configuration file are read using list-directed (or free) format. Therefore, each record should begin at a new line and a record can occupy as many lines as needed. Either blank spaces or commas can be used to separate values within a record. In addition, input by free format permits the use of a repeat count in the form, $n*d$, where $n$ is an unsigned-non-zero integer constant, and the input $n*d$ causes n consecutive values of $d$ to be entered. HTOP is a 2D array and its input should be arranged in the order of column first, sweeping from column 1 to column NCOL along the first row; then continuing onto row 2, row 3, ..., until row NROW. DZ is a 3D array and its input for each layer should be arranged similarly to that for HTOP, starting from the first layer, then continuing onto layer 2, layer 3, ..., until layer NLAY. Note that HTOP and DZ are only needed to create data files along cross sections. If one is only interested in creating data files for layers in plan view, then HTOP and DZ are never used and, thus, may be entered as dummy numbers with the use of repeat counts.

## 4.3   Running PM

*PM* can be run in either interactive or batch mode.  To run it interactively, simply type the name of the executable file at the DOS prompt:

```
PM
```

The program will prompt the user for the various input items and the user responds to the input requests directly from the keyboard.  To run *PM* in batch mode, write all responses in the order required by *PM* to a text file and then re-direct *PM* to get responses from the response file instead of the keyboard by issuing a command as follows:

```
PM < response file
```

where `response file` is the name of the text file containing all responses to *PM* which the user would otherwise type in from the keyboard.  Examples of the *PM* response file named `pm.ini` are included with the examples in distribution software.

The user can select the concentrations at a desired time.  A value of $-1$ may be entered to obtain the results at the final time period stored in the unformatted file.

26

## 4.4    Coordinate Systems for ATRANS and PM

*ATRANS*

ATRANS calculates the solution at specified *x, y, z* coordinates. The coordinates are located in a uniform Cartesian grid, defined by the limits $x_{min} \div x_{max}$; $y_{min} \div y_{max}$; and $z_{min} \div z_{max}$.



In addition to specifying the coordinate limits $x_{min}$, $x_{max}$, $y_{min}$, $y_{max}$, $z_{min}$, $z_{max}$, the user specifies the distance increments along each axis; *DELX, DELY, DELZ.*

The *x, y, z* coordinates of the calculation points are calculated according to:

i)    $x(j) = x_{min} + DELX \cdot (j-1)$; $j = 1 \to NX$

   where $NX = IDINT\left(\dfrac{x_{max} - x_{min}}{DELX} + 0.5\right) + 1$

ii)   $y(i) = y_{min} + DELY \cdot (i-1)$; $i = 1 \to NY$

   where $NY = IDINT\left(\dfrac{y_{max} - y_{min}}{DELY} + 0.5\right) + 1$

iii)  $z(k) = z_{min} + DELZ \cdot (k-1)$; $k = 1 \to NZ$

   where $NZ = IDINT\left(\dfrac{z_{max} - z_{min}}{DELZ} + 0.5\right) + 1$

The grid points are located starting from the lower left-hand corner, as shown below:



### *PM*

In contrast, PM assures that the coordinates are associated with a block-centered finite difference grid:



To make the ATRANS and PM coordinates coincide, it is necessary to supply PM with an offset of the coordinate origin.

| Origin coordinate | $x_{\text{ATRANS}}$ | $x_{\text{PM}}$ | Required PM offset |
|---|---|---|---|
| $x$ | $x_{min}$ | $\dfrac{\Delta x}{2}$ | $x_{min} - \dfrac{\Delta x}{2}$ |
| $y$ | $y_{min}$ | $\dfrac{\Delta y}{2}$ | $y_{min} - \dfrac{\Delta y}{2}$ |

A vertical offset is also required because *ATRANS2* creates a model configuration file (`.CNF`) with the following information:

$$HTOP = ZC(NZ) \text{ and } \Delta Z$$



To match the PM interpretation to the actual calculation elevations the following vertical offset must be specified:

$$z_0 = +\frac{\Delta z}{2}$$

## 4.5    Output files

For output, *PM* writes data files in one of the two formats, referred to as the **.GRD** format and the **.DAT** (XYZ) format, using the conventions of Golden Software's *SURFER* graphical contouring package.  The .GRD format as listed below writes the heads, drawdowns, or concentrations within a user-defined window of **regular** model mesh spacing to an output file, directly usable for generating contour maps by a contouring program such as the *TOPO* and *SURF* programs included in *SURFER*.  Note that if heads, drawdowns or concentrations in an **irregular** portion of the model mesh are written to a .GRD file, no interpolation is performed and the contour map is thus deformed.  The .DAT format as listed below writes heads, drawdowns, or concentrations at each nodal point with nodal coordinates within the user-defined window to the output file.  This format is useful for generating data files of irregular model mesh spacing to be used by a gridding program such as the *GRID* program included in *SURFER* or *INTERP* included with this companion disk.  It is also useful for generating plots of heads, drawdowns, or concentrations versus distances along a column, row or layer at a selected time.  The .GRD and .DAT formats are listed below for reference:

(1) The "**.GRD**" file format (saved in free format):

```
DSAA
NX, NY, XMIN, XMAX, YMIN, YMAX, HMIN, HMAX
HWIN(NX,NY)
```

where:

DSAA  is the character string identifying the non-binary .GRD format;
NX    is the number of nodal points in the horizontal direction of the window;
NY    is the number of nodal points in the vertical direction of the window;
XMIN  is the minimum nodal coordinate in the horizontal direction of the window;
XMAX  is the maximum nodal coordinate in the horizontal direction of the window;
YMIN  is the minimum nodal coordinate in the vertical direction of the window;
YMAX  is the maximum nodal coordinate in the vertical direction of the window;
HMIN  is the minimum data value within the window;
HMAX  is the maximum data value within the window; and
HWIN  is a 2D array containing all data values within the window.

30

(2) The "**.DAT**" file format (saved in free format):

For each active cell inside the specified window:
```
X, Y, HXY
```

where:

  X  is the nodal coordinate in the horizontal direction of the window;

  Y  is the nodal coordinate in the vertical direction of the window; and

  HXY is the data value at the nodal point defined by (X,Y).

# 5.    ATRANS Examples

## 5.1    Continuous Release



$$\alpha_L = 1.0 \text{ m} \qquad\qquad D^* = 0$$
$$\alpha_{TH} = 0.05 \text{ m} \qquad\qquad R = 1$$
$$\alpha_{TV} = 0.005 \text{ m} \qquad\qquad \lambda = 0$$

Source History:



<u>Solutions</u>:

The solution can be calculated most simply using the code for a constant source concentration, ATRANS1. However, all four codes can be used for this problem. Example input files for the same problem for all four codes have been included to demonstrate their use.

1. ATRANS1
$$c_0 = 1000.0$$

2. ATRANS2
$$c_0 = 1000.0$$
$$\gamma = 0.0$$

3. ATRANS3, ATRANS4
$$NP = 1$$
$$t^{(1)} = 0.0; \quad c^{(1)} = 1000.0$$

**Example 1 input file: EX_1.INP**

```
EXAMPLE 1
 10.000                                              !V
  1.000                                              !ALX
  0.050                                              !ALY
  0.005                                              !ALZ
  0.000                                              !DSTAR
 10.000                                              !THICK
  0.000                                              !CLAMDA
  1.000                                              !R
 60                                                  !NGAUS
 50                                                  !NFOUR
  5.000                                              !SWIDTH (2yo)
  8.000                                              !Z1
 10.000                                              !Z2
  1                                                  !NP
  0.000   1000.000                                   !TSI(1),CSI(1)
  1                                                  !NOBS
 50.000      0.000     9.000                         !XI(1),YI(1),ZI(1)
  0.000     15.000     0.500                         !TMIN,TMAX,DELT
  3                                                  !NTIMES
  5.000     10.000    15.000                         !TIMES
  0.000    250.000    10.000                         !XMIN,XMAX,DX
-20.000     20.000     2.000                         !YMIN,YMAX,DY
  0.000     10.000     1.000                         !ZMIN,ZMAX,DZ
```

33

**Example 1 listing file: EX_1.LST**

```
ATrans1
          ********
          ANALYTICAL SOLUTION FOR 3-D SOLUTE TRANSPORT
          FROM A PATCH SOURCE WITH CONSTANT CONCENTRATION

          SEMI-INFINITE IN X: X>=0
          INFINITE IN Y
          FINITE IN Z: 0<=Z<=L



          EXAMPLE 1 (ATRANS 1)


          INPUT DATA
          ==========

          TRANSPORT PARAMETERS
          --------------------
          AVERAGE LINEAR GROUNDWATER VELOCITY =    1.000E+01
          LONGITUDINAL DISPERSIVITY           =    1.000E+00
          HORIZONTAL TRANSVERSE DISPERSIVITY  =    5.000E-02
          VERTICAL TRANSVERSE DISPERSIVITY    =    5.000E-03
          EFFECTIVE DIFFUSION COEFFICIENT     =    0.000E+00
          AQUIFER THICKNESS                   =    1.000E+01

          SOLUTE PROPERTIES
          -----------------
          CONTAMINANT DECAY CONSTANT          =    0.000E+00
          RETARDATION FACTOR                  =    1.000E+00

          SOLUTION PARAMETERS
          -------------------
          NUMBER OF GAUSS POINTS              =    60
          NUMBER OF TERMS IN SERIES           =    50

          PATCH DIMENSIONS
          ----------------
          SOURCE WIDTH                        =    5.000E+00
          BOTTOM OF SOURCE LOCATED AT Z1      =    8.000E+00
          TOP OF SOURCE LOCATED AT Z2         =    1.000E+01


          INFLOW CONCENTRATION HISTORY
          ----------------------------
          CONSTANT CONCENTRATION CO           =    1.000E+03
```

34

Breakthrough curve at (x = 50.0 m, y= 0.0 m, z = 9.0 m)



Plan View Concentration Distribution at $z = 9.0$ m

The input file *EX_1*.INP is set up to compute complete concentration distributions at 5, 10 and 15 years. The results are extracted from the binary file of concentrations, *EX_1*.UCN, using the postprocessing program PM. Since the results are computed over a regular grid, PM can be used to generate *SURFER* GRD files directly.

The responses to the PM prompts are given below.

**PM response file: pm.fil**

```
ex_1.ucn                  ! ucn file
ex_1.cnf                  ! cnf file
y                         ! offset?
-2.5,-20.5                ! xo,yo
5.                        ! time
 1, 1, 5                  ! j1,i1,k1
51,41, 5                  ! j2,i2,k2
t5p.grd                   ! output file name
1                         ! GRD format
y                         ! another plot?
y                         ! change time?
10.                       ! time
n                         ! change cell indices?
t10p.grd                  ! output file name
1                         ! GRD format
y                         ! another plot?
y                         ! change time?
15.                       ! time
n                         ! change cell indices?
t15p.grd                  ! output file name
1                         ! GRD format
n                         ! another plot?
```

Plots of the concentration distributions are shown in the next page.

36





## 5.2    Finite Release



$$\alpha_L = 1.0 \text{ m} \qquad\qquad D^* = 0$$
$$\alpha_{TH} = 0.05 \text{ m} \qquad\qquad R = 1$$
$$\alpha_{TV} = 0.005 \text{ m} \qquad\qquad \lambda = 0$$

<u>Source History</u>:



38

<u>Solutions</u>: 2 Alternative approaches, ATRANS3 or ATRANS4

The solution can be calculated most simply using the code for a set of steps, ATRANS4, but it can also be obtained using the code ATRANS3.  Example input files for the same problem with the two codes are included to demonstrate their use.

1.  ATRANS3:

   The discrete points are specified that yield the desired steps.

   NP = 2:

   | $t^{(i)}$ | $c^{(i)}$ |
   |---|---|
   | 0.0 | 1000.0 |
   | 10.0 | 0.0 |

   Note that $t^{(2)}$ is calculated from a knowledge of when the steps are to occur, and the rule for calculating the starting times of the steps.

   i.e.,        $t^{(2)} = 2t_2 - t^{(1)}$                    [from rearranging $t_2 = \dfrac{t^{(1)} + t^{(2)}}{2}$ ]

   with $t^{(1)} = t_1 = 0.0$; the start of the first step and $t_2 = 5.0$; the start of the second step.

2.  ATRANS4

   The discrete steps in the inflow concentration are specified directly:

   NP = 2:

   | $ts_{(i)}$ | $c_{(i)}$ |
   |---|---|
   | 0.0 | 1000.0 |
   | 5.0 | 0.0 |

**Example 2 input file: EX_2.INP**

```
EXAMPLE 2
10.000                                          !V
 1.000                                          !ALX
 0.050                                          !ALY
 0.005                                          !ALZ
 0.000                                          !DSTAR
10.000                                          !THICK
 0.000                                          !CLAMDA
 1.000                                          !R
60                                              !NGAUS
50                                              !NFOUR
 5.000                                          !SWIDTH (2yo)
 8.000                                          !Z1
10.000                                          !Z2
 2                                              !NP
 0.000   1000.000                               !TSI(1),CSI(1)
10.000      0.000
 1                                              !NOBS
50.000      0.000     9.000                     !XI(1),YI(1),ZI(1)
 0.000     15.000     0.250                     !TMIN,TMAX,DELT
 3                                              !NTIMES
 5.000     10.000    15.000                     !TIMES
 0.000    250.000     5.000                     !XMIN,XMAX,DX
-20.000     20.000     1.000                     !YMIN,YMAX,DY
 0.000     10.000     0.250                     !ZMIN,ZMAX,DZ
```

40

**Example 2 listing file: EX_2.LST**

```
ATrans4
********
ANALYTICAL SOLUTION FOR 3-D SOLUTE TRANSPORT
FROM A PATCH SOURCE WITH TIME-VARYING CONCENTRATION

SEMI-INFINITE IN X: X>=0
INFINITE IN Y
FINITE IN Z: 0<=Z<=L




EXAMPLE 2: atrans4


INPUT DATA
==========

TRANSPORT PARAMETERS
--------------------
AVERAGE LINEAR GROUNDWATER VELOCITY =    1.000E+01
LONGITUDINAL DISPERSIVITY            =    1.000E+00
HORIZONTAL TRANSVERSE DISPERSIVITY   =    5.000E-02
VERTICAL TRANSVERSE DISPERSIVITY     =    5.000E-03
EFFECTIVE DIFFUSION COEFFICIENT      =    0.000E+00
AQUIFER THICKNESS                    =    1.000E+01


SOLUTE PROPERTIES
-----------------
CONTAMINANT DECAY CONSTANT           =    0.000E+00
RETARDATION FACTOR                   =    1.000E+00


SOLUTION PARAMETERS
-------------------
NUMBER OF GAUSS POINTS               =    60
NUMBER OF TERMS IN SERIES            =    50


PATCH DIMENSIONS
----------------
SOURCE WIDTH                         =    5.000E+00
BOTTOM OF SOURCE LOCATED AT Z1       =    8.000E+00
TOP OF SOURCE LOCATED AT Z2          =    1.000E+01


SPECIFIED INFLOW CONC. HISTOGRAM
================================
     START OF INTERVAL         CONCENTRATION

         0.000E+00                 1.000E+03
         5.000E+00                 0.000E+00
```

41

Breakthrough curve at (x = 50.0 m, y= 0.0 m, z = 9.0 m)



## 5.3 Decaying source

Parameters:

| | |
|---|---|
| Average linear groundwater velocity, $v$: | 10.0 m/yr |
| Longitudinal dispersivity, $\alpha_L$: | 1.0 m |
| Horizontal transverse dispersivity, $\alpha_{TH}$: | 0.05 m |
| Vertical transverse dispersivity, $\alpha_{TV}$: | 0.005 m |
| Effective molecular diffusion coefficient, $D^*$: | 0.0 |
| First-order decay coefficient, $\lambda$: | 0.0 |
| Retardation factor, $R$: | 1.0 |
| Aquifer thickness, $B$: | 10.0 m |
| Bottom elevation of source top, $z_1$: | 8.0 m |
| Top elevation of source top, $z_2$: | 10.0 m |
| Source width, $2y_0$: | 5.0 m |

Source history:

$$c(0,t) = c_0 \ EXP\{-\gamma t\}$$

| | |
|---|---|
| Initial concentration, $c_0$: | 1.0 |
| Source decay coefficient, $\gamma$: | 0.139 yr$^{-1}$ |

Solutions:

The solution can be calculated most simply using the code for an exponentially decaying source, ATRANS2. However, the solution can also be obtained with discrete representations of the source as a set of steps, ATRANS4, or a set of points, ATRANS3. Example input files for the same problem with the two codes are included to demonstrate their use.

1. ATRANS2
   $c_0 = 1000.0$
   $\gamma = 0.139$

43

2. ATRANS3 – 11 points specified
   ATRANS4 – 11 steps specified



44

**Example 3 input file: EX_3.INP**

```
EXAMPLE 3: atrans3
10.000                                              !V
 1.000                                              !ALX
 0.050                                              !ALY
 0.005                                              !ALZ
 0.000                                              !DSTAR
10.000                                              !THICK
 0.000                                              !LAMDA
 1.000                                              !R
60                                                  !NGAUS
50                                                  !NFOUR
 5.000                                              !SWIDTH (2yo)
 8.000                                              !Z1
10.000                                              !Z2
11                                                  !NP
 0.0    1.0000                                      !TI(1),CI(1)
 2.0    0.7579
 4.0    0.5744
 6.0    0.4354
 8.0    0.3300
10.0    0.2501
12.0    0.1895
14.0    0.1436
16.0    0.1089
18.0    0.0825
20.0    0.0625
 1                                                  !NOBS
50.000     0.000     9.000
 0.000    15.000     0.100
 1                                                  !NTIMES
10.000                                              !TIMES
 0.000   150.000     5.000                          !XMIN,XMAX,DX
 0.000     0.000     1.000                          !YMIN,YMAX,DY
 9.000     9.000     1.000                          !ZMIN,ZMAX,DZ
```

45

**Example 3 listing file: EX_3.LST**

```
ATrans3
********
ANALYTICAL SOLUTION FOR 3-D SOLUTE TRANSPORT
FROM A PATCH SOURCE WITH TIME-VARYING CONCENTRATION

SEMI-INFINITE IN X: X>=0
INFINITE IN Y
FINITE IN Z: 0<=Z<=L




EXAMPLE 3: atrans3


INPUT DATA
==========

TRANSPORT PARAMETERS
--------------------
AVERAGE LINEAR GROUNDWATER VELOCITY =    1.000E+01
LONGITUDINAL DISPERSIVITY           =    1.000E+00
HORIZONTAL TRANSVERSE DISPERSIVITY  =    5.000E-02
VERTICAL TRANSVERSE DISPERSIVITY    =    5.000E-03
EFFECTIVE DIFFUSION COEFFICIENT     =    0.000E+00
AQUIFER THICKNESS                   =    1.000E+01


SOLUTE PROPERTIES
-----------------
CONTAMINANT DECAY CONSTANT          =    0.000E+00
RETARDATION FACTOR                  =    1.000E+00


SOLUTION PARAMETERS
-------------------
NUMBER OF GAUSS POINTS              =    60
NUMBER OF TERMS IN SERIES           =    50


PATCH DIMENSIONS
----------------
SOURCE WIDTH                        =    5.000E+00
BOTTOM OF SOURCE LOCATED AT Z1      =    8.000E+00
TOP OF SOURCE LOCATED AT Z2         =    1.000E+01
```

47

```
INFLOW CONCENTRATION HISTORY
----------------------------
     TIME        CONCENTRATION

  0.000E+00      1.000E+00
  2.000E+00      7.579E-01
  4.000E+00      5.744E-01
  6.000E+00      4.354E-01
  8.000E+00      3.300E-01
  1.000E+01      2.501E-01
  1.200E+01      1.895E-01
  1.400E+01      1.436E-01
  1.600E+01      1.089E-01
  1.800E+01      8.250E-02
  2.000E+01      6.250E-02


CONSTRUCTED INFLOW CONC. HISTOGRAM
==================================
       TIME INTERVAL          CONCENTRATION

  0.000E+00 -     1.000E+00      1.000E+00
  1.000E+00 -     3.000E+00      7.579E-01
  3.000E+00 -     5.000E+00      5.744E-01
  5.000E+00 -     7.000E+00      4.354E-01
  7.000E+00 -     9.000E+00      3.300E-01
  9.000E+00 -     1.100E+01      2.501E-01
  1.100E+01 -     1.300E+01      1.895E-01
  1.300E+01 -     1.500E+01      1.436E-01
  1.500E+01 -     1.700E+01      1.089E-01
  1.700E+01 -     1.900E+01      8.250E-02
  1.900E+01 --> INFINITY        6.250E-02
```

Breakthrough curve at (x = 50.0 m, y= 0.0 m, z = 9.0 m)



**APPENDIX A**

# ATRANS

## Analytical Solutions for Three-Dimensional Solute Transport from a Patch Source

## Appendix A: Derivations of the solutions

## Table of Contents

    **Page**

1. Governing Equation     **2**

   Initial and Boundary Conditions     **2**
   Inflow Boundary Conditions     3

2. Green's Function: Solution for a Point Boundary Condition of Time-Varying Concentration     **4**

3. Solution for a General Time-varying Patch Boundary Condition     **11**

4. Solution for Constant Inflow Concentration     **13**

5. Solution for an Arbitrary Inflow Concentration Defined as a Set of Steps     **15**

6. Solution for an Exponentially Decaying Inflow Concentration     **18**

7. Solutions for Degenerate Cases     **21**

7.1.    $2^D$ Solutions     **21**
7.1.1.   $2^D$ Areal Transport     21
7.1.2.   $2^D$ Cross-sectional Transport     23

7.2.    $1^D$ Transport     **38**

D:\ATRANS\Documentation\ATRANS_Manual_Appendix_A.doc

# 1. Governing Equation

Starting from the statement of mass conservation:

$$\theta R \frac{\partial c}{\partial t} = -q \frac{\partial c}{\partial x} + \theta D_x \frac{\partial^2 c}{\partial x^2} + \theta D_y \frac{\partial^2 c}{\partial y^2} + \theta D_z \frac{\partial^2 c}{\partial z^2} - \theta R \lambda c$$

divide through by $\theta$:

$$R \frac{\partial c}{\partial t} = -v \frac{\partial c}{\partial x} + D_x \frac{\partial^2 c}{\partial x^2} + D_y \frac{\partial^2 c}{\partial y^2} + D_z \frac{\partial^2 c}{\partial z^2} - R \lambda c$$

where: $V = \dfrac{q}{\theta} =$ average linear ground-water velocity

Dividing through by $R$ yields:

$$\boxed{\frac{\partial c}{\partial t} = -v' \frac{\partial c}{\partial x} + D_x' \frac{\partial^2 c}{\partial x^2} + D_y' \frac{\partial^2 c}{\partial y^2} + D_z' \frac{\partial^2 c}{\partial z^2} - \lambda c}$$

where: $v' = \dfrac{v}{R}$ ;     $D_x' = \dfrac{D_x}{R}$ ;     $D_y' = \dfrac{D_y}{R}$ ;     $D_z' = \dfrac{D_z}{R}$

Initial and Boundary Conditions

- Initial conditions: $c(x, y, z, 0) = 0.0$
- Boundary conditions:

  i)      $x:\begin{bmatrix} c(0, y, z, t) = c_0(t) \left[ H(y + y_0) - H(y - y_0) \right] \left[ H(z - z_1) - H(z - z_2) \right] \\ c(\infty, y, z, t) = 0 \end{bmatrix}$

  ii)     $y:\begin{bmatrix} c(x, -\infty, z, t) = 0 \\ c(x, \infty, z, t) = 0 \end{bmatrix}$

  iii)    $z:\begin{bmatrix} \dfrac{\partial c}{\partial z}(x, y, 0, t) = 0 \\ \dfrac{\partial c}{\partial z}(x, y, B, t) = 0 \end{bmatrix}$

2

D:\ATRANS\Documentation\ATRANS_Manual_Appendix_A.doc

Interpretation of the inflow boundary conditions

The function $H(\alpha - \beta)$ is the Heaviside step function, defined as:

$$H(\alpha - \beta) = 0 \ \text{if} \ \alpha < \beta$$
$$= 1 \ \text{if} \ \alpha > \beta$$



The function $c_0(t)$ represent an arbitrary time-varying concentration history at the patch on the inflow boundary.



3

## 2. Green's Function: Solution for a Point Boundary Condition of Time-Varying Concentration

The solution for a general time-varying boundary condition is derived using a Green's function approach.  The general solution is expressed as:

$$c(x, y, z, t) = \int_0^t G(x, y, z, t - \tau) c_0(\tau) d\tau$$

In the general formula, $G$ represents the Green's function, which is the solution for a pulse boundary condition..

The boundary condition for the Green's function solution is:

$$c(0, y, z, t) = c_0(t) \delta(y - y') \delta(z - z')$$

1) Applying the Laplace transform w.r.t. time:

$$\left[ p\overline{c} - \cancel{c(x, y, z, 0)}^{0} \right] + v' \frac{\partial \overline{c}}{\partial x} - D_x' \frac{\partial^2 \overline{c}}{\partial x^2} - D_y' \frac{\partial^2 \overline{c}}{\partial y^2} - D_z' \frac{\partial^2 \overline{c}}{\partial z^2} + \lambda \overline{c} = 0$$

Substituting in the initial conditions:

$$p\overline{c} + v' \frac{\partial \overline{c}}{\partial x} - D_x' \frac{\partial^2 \overline{c}}{\partial x^2} - D_y' \frac{\partial^2 \overline{c}}{\partial y^2} - D_z' \frac{\partial^2 \overline{c}}{\partial z^2} + \lambda \overline{c} = 0$$

The transformed boundary conditions are:

$$\overline{c}(0, y, z, p) = \overline{c}_0(p) \delta(y - y') \delta(z - z')$$
$$\overline{c}(\infty, y, z, p) = 0$$
$$\overline{c}(x, -\infty, z, p) = 0$$
$$\overline{c}(x, \infty, z, p) = 0$$
$$\frac{\partial \overline{c}}{\partial z}(x, y, 0, p) = 0$$
$$\frac{\partial \overline{c}}{\partial z}(x, y, B, p) = 0$$

4

2) Applying the Fourier exponential transform w.r.t. $y$:

$$p\overline{\overline{c}}+v'\frac{\partial \overline{\overline{c}}}{\partial x}-D_x'\frac{\partial^2 \overline{\overline{c}}}{\partial x^2}+D_y\alpha_1^2\overline{\overline{c}}-D_z'\frac{\partial^2 \overline{\overline{c}}}{\partial z^2}+\lambda\overline{\overline{c}}=0$$

The transformed boundary conditions are:

$$\overline{\overline{c}}(0,\alpha,z,p)=\overline{c}_0(p)\exp\{-i\alpha_1 y'\}\delta(z-z')$$
$$\overline{\overline{c}}(\infty,\alpha,z,p)=0$$
$$\frac{\partial \overline{c}}{\partial z}(x,\alpha,0,p)=0$$
$$\frac{\partial \overline{c}}{\partial z}(x,\alpha,B,p)=0$$

3) Applying the finite Fourier cosine transform w.r.t. $z$:

$$p\overline{\overline{\overline{c}}}+v'\frac{\partial \overline{\overline{\overline{c}}}}{\partial x}-D_x'\frac{\partial^2 \overline{\overline{\overline{c}}}}{\partial x^2}+D_y\alpha_1^2\overline{\overline{\overline{c}}}-D_z'\left[(-1)^n\frac{\partial \overline{\overline{c}}}{\partial z}(0)-\frac{\partial \overline{\overline{c}}}{\partial z}(B)-\frac{n^2\pi^2}{B^2}\overline{\overline{\overline{c}}}\right]+\lambda\overline{\overline{\overline{c}}}=0$$

Substituting in the boundary conditions:

$$p\overline{\overline{\overline{c}}}+v'\frac{\partial \overline{\overline{\overline{c}}}}{\partial x}-D_x'\frac{\partial^2 \overline{\overline{\overline{c}}}}{\partial x^2}+D_y'\alpha_1^2\overline{\overline{\overline{c}}}+D_z'\frac{n^2\pi^2}{B^2}\overline{\overline{\overline{c}}}+\lambda\overline{\overline{\overline{c}}}=0$$

The transformed boundary conditions are:

$$\overline{\overline{\overline{c}}}(0,\alpha,n,p)=\overline{c}_0(p)\exp\{-i\alpha_1 y'\}\cos\left(\frac{n\pi z'}{B}\right)$$
$$\overline{\overline{\overline{c}}}(\infty,\alpha,n,p)=0$$

4) The transformed governing equation can be written as:

$$\frac{\partial^2 \overline{\overline{\overline{c}}}}{\partial x^2}-\frac{v'}{D_x'}\frac{\partial \overline{\overline{\overline{c}}}}{\partial x}-\frac{p}{D_x'}\overline{\overline{\overline{c}}}=0$$

where: $P=p+\lambda+D_y'\alpha_1^2+D_z'\frac{n^2\pi^2}{B^2}$

5

The general solution of the transformed governing equation is:

$$\overline{\overline{c}} = A\exp\{r^- x\} + B\exp\{r^+ x\}$$

where: $r^{\pm} = \dfrac{v'}{2D_x'} \pm \sqrt{\left(\dfrac{v'}{2D_x'}\right)^2 + \dfrac{P}{D_x'}} = \dfrac{v'}{2D_x'} \pm \dfrac{1}{\sqrt{D_x'}}\sqrt{\dfrac{v'^2}{4D_x'} + P}$

The coefficients A and B are evaluated by considering the boundary conditions.

 a. $x \to \infty$:

Since the solution is bounded, we must have:

$$B = 0$$

 b. $x = 0$:

The general solution reduces to:

$$\overline{\overline{c}} = A\exp\{r^- x\}$$

Evaluating the boundary condition:

$$\overline{\overline{c}}(x,\alpha,n,p) = A\exp\{r^- x\}\big|_{x=0}$$

$$= \overline{c}_0(p)\exp\{-i\alpha_1 y'\}\cos\left(\dfrac{n\pi z'}{B}\right)$$

$$\therefore \quad A = \overline{c}_0(p)\exp\{-i\alpha_1 y'\}\cos\left(\dfrac{n\pi z'}{B}\right)$$

Therefore, the transformed solution is:

$$\overline{\overline{c}} = \overline{c}_0(p)\exp\{-i\alpha_1 y'\}\cos\left(\dfrac{n\pi z'}{B}\right)\exp\left\{\dfrac{v'x}{2D_x'}\right\}\exp\left\{-\left(\dfrac{v'^2}{4D_x'} + P\right)^{\frac{1}{2}}\dfrac{x}{\sqrt{D_x'}}\right\}$$

6

5) Applying the inverse Laplace transform:

$$\bar{\bar{c}} = L^{-1}\left[\bar{\bar{\bar{c}}}\right]$$

$$= \exp\{-i\alpha_1 y'\}\cos\left(\frac{n\pi z'}{B}\right)\exp\left\{\frac{v'x}{2D_x'}\right\}L^{-1}\left[\bar{c}_0(p)\exp\left\{-\left(\frac{v'^2}{4D_x'}+P\right)^{\frac{1}{2}}\frac{x}{\sqrt{D_x'}}\right\}\right]$$

The inverse Laplace transform is evaluated using the convolution theorem:

$$L^{-1}\left[\bar{f}(p)\cdot\bar{g}(p)\right] = \int_0^t f(\tau)g(t-\tau)d\tau$$

Letting:

$$\bar{f}(p) = \bar{c}_0(p) \rightarrow f(t) = c_0(t)$$

$$\bar{g}(p) = \exp\left\{-\left(\frac{v'^2}{4D_x'}+P\right)^{\frac{1}{2}}\frac{x}{\sqrt{D_x'}}\right\}$$

The second inverse is evaluated using the shift theorem:

$$g(t) = \exp\left\{-\left[\left(\lambda + D_y'\alpha_1^2 + D_z'\frac{n^2\pi^2}{B^2}\right)+\frac{v'^2}{4D_x'}\right]t\right\}L^{-1}\left[\exp\left\{-\sqrt{p}\frac{x}{\sqrt{D_x'}}\right\}\right]$$

The inverse Laplace transform is given by Churchill (1972) A.2 #82:

$$L^{-1}[\cdot] = \frac{x}{2\sqrt{\pi D_x'}}t^{-\frac{3}{2}}\exp\left\{-\frac{x^2}{4D_x't}\right\}$$

$$\therefore \quad g(t) = \frac{x}{2\sqrt{\pi D_x'}}t^{-\frac{3}{2}}\exp\left\{-\left[\left(\lambda + D_y'\alpha_1^2 + D_z'\frac{n^2\pi^2}{B^2}\right)+\frac{v'^2}{4D_x'}\right]t\right\}\exp\left\{-\frac{x^2}{4D_x't}\right\}$$

7

Substituting into the convolution integral yields:

$$\overline{\overline{c}} = \exp\{-i\alpha_1 y'\}\cos\left(\frac{n\pi z'}{B}\right)\exp\left\{\frac{v'x}{2D_x'}\right\}\frac{x}{2\sqrt{\pi D_x'}}\int_0^t c_0(\tau)(t-\tau)^{-\frac{3}{2}}$$

$$\cdot\exp\left\{-\left[\left(\lambda + D_y'\alpha_1^2 + D_z'\frac{n^2\pi^2}{B^2}\right) + \frac{v'^2}{4D_x'}\right](t-\tau) - \frac{x^2}{4D_x'(t-\tau)}\right\}d\tau$$

6) Applying the inverse Fourier exponential transform:

$$\overline{c} = \Im_e^{-1}\left[\overline{\overline{c}}\right]$$

$$= \frac{x}{2\sqrt{\pi D_x'}}\cos\left(\frac{n\pi z'}{B}\right)\exp\left\{\frac{v'x}{2D_x'}\right\}\Im_e^{-1}\left[\exp\{-i\alpha_1 y'\}\int_0^t c_0(t)(t-\tau)^{-\frac{3}{2}}\right.$$

$$\left.\cdot\exp\left\{-\left[\left(\lambda + D_y'\alpha_1^2 + D_z'\frac{n^2\pi^2}{B^2}\right) + \frac{v'^2}{4D_x'}\right](t-\tau) - \frac{x^2}{4D_x'(t-\tau)}\right\}d\tau\right]$$

Re-arranging the order of operations we can write:

$$\overline{c} = \frac{x}{2\sqrt{\pi D_x'}}\cos\left(\frac{n\pi z'}{B}\right)\exp\left\{\frac{v'x}{2D_x'}\right\}\int_0^t c_0(\tau)(t-\tau)^{-\frac{3}{2}}$$

$$\cdot\exp\left\{-\left[\left(\lambda + D_z'\frac{n^2\pi^2}{B^2}\right) + \frac{v'^2}{4D_x'}\right](t-\tau) - \frac{x^2}{4D_x'(t-\tau)}\right\}$$

$$\cdot\Im_e^{-1}\left[\exp\{-i\alpha_1 y'\}\exp\{-D_y'\alpha_1^2(t-\tau)\}\right]d\tau$$

The inverse can be evaluated using the convolution theorem:

$$\Im_e^{-1}\left[\overline{f}(\alpha_1)\cdot\overline{g}(\alpha_1)\right] = \int_{-\infty}^{\infty} f(\xi)g(y-\xi)d\xi$$

Let:

$$\overline{f}(\alpha_1) = \exp\{-i\alpha_1 y'\} \rightarrow f(y) = \delta(y-y')$$

$$\overline{g}(\alpha_1) = \exp\{-\alpha_1^2 D_y'(t-\tau)\} \rightarrow g(y) = \frac{1}{2\sqrt{\pi D_y'(t-\tau)}}\exp\left\{-\frac{y^2}{4D_y'(t-\tau)}\right\}$$

8

Therefore, the inverse is:

$$\mathfrak{I}_e^{-1}[\cdot] = \int_{-\infty}^{\infty} \delta(\xi - y') \frac{1}{2\sqrt{\pi D_y'(t-\tau)}} \exp\left\{-\frac{(y-\xi)^2}{4D_y'(t-\tau)}\right\} d\xi$$

Noting the properties of the Dirac $\delta$ function, the inverse reduces:

$$\mathfrak{I}_e^{-1}[\cdot] = \frac{1}{2\sqrt{\pi D_y'(t-\tau)}} \exp\left\{-\frac{(y-y')^2}{4D_y'(t-\tau)}\right\}$$

Finally, substituting into the solution for $\overline{c}$ yields:

$$\overline{c} = \frac{x}{4\pi\sqrt{D_x'D_y'}}\cos\left(\frac{n\pi z'}{B}\right)\exp\left\{\frac{v'x}{2D_x'}\right\}\int_0^t c_0(\tau)\frac{1}{(t-\tau)^2}$$

$$\cdot\exp\left\{-\left[\left(\lambda + D_z'\frac{n^2\pi^2}{B^2}\right)+\frac{v'^2}{4D_x'}\right](t-\tau)-\frac{x^2}{4D_x'(t-\tau)}-\frac{(y-y')^2}{4D_y'(t-\tau)}\right\}d\tau$$

7) Applying the inverse Fourier cosine transform:

$$c = \mathfrak{I}_c^{-1}[\overline{c}]$$

$$= \frac{\overline{c}(n=0)}{B} + \frac{2}{B}\sum_{n=1}^{\infty}\overline{c}(n)\cos\left(\frac{n\pi z}{B}\right)$$

$$\therefore \qquad c = \frac{x}{4\pi B\sqrt{D_x'D_y'}}\exp\left\{\frac{v'x}{2D_x'}\right\}\int_0^t c_0(\tau)\frac{1}{(t-\tau)^2}$$

$$\cdot\exp\left\{-\lambda(t-\tau)-\frac{v'^2(t-\tau)}{4D_x'}-\frac{x^2}{4D_x'(t-\tau)}-\frac{(y-y')^2}{4D_y'(t-\tau)}\right\}d\tau$$

$$+\frac{x}{2\pi B\sqrt{D_x'D_y'}}\exp\left\{\frac{v'x}{2D_x'}\right\}\int_0^t c_0(\tau)\frac{1}{(t-\tau)^2}$$

$$\cdot\exp\left\{-\lambda(t-\tau)-\frac{v'^2(t-\tau)}{4D_x'}-\frac{x^2}{4D_x'(t-\tau)}-\frac{(y-y')^2}{4D_y'(t-\tau)}\right\}$$

$$\cdot\sum_{n=1}^{\infty}\cos\left(\frac{n\pi z'}{B}\right)\exp\left\{-D_z'\frac{n^2\pi^2}{B^2}(t-\tau)\right\}\cos\left(\frac{n\pi z}{B}\right)d\tau$$

9

The final form of the Green's function solution is obtained by recognizing that:

$$\exp\left\{\frac{v'x}{2D_x'}\right\} \cdot \exp\left\{-\frac{v'^2(t-\tau)}{4D_x'} - \frac{x^2}{4D_x'(t-\tau)}\right\} \equiv \exp\left\{-\frac{(x-v'(t-\tau))^2}{4D_x'(t-\tau)}\right\}$$

Collecting terms and simplifying:

$$c = \frac{x}{4\pi B\sqrt{D_x'D_y'}}\int_0^t c_0(\tau)\frac{1}{(t-\tau)^2}\exp\left\{-\lambda(t-\tau) - \frac{(x-v'(t-\tau))^2}{4D_x'(t-\tau)} - \frac{(y-y')^2}{4D_y'(t-\tau)}\right\}$$
$$\cdot\left[1 + 2\sum_{n=1}^{\infty}\cos\left(\frac{n\pi z'}{B}\right)\exp\left\{-D_z'\frac{n^2\pi^2}{B^2}(t-\tau)\right\}\cos\left(\frac{n\pi z}{B}\right)\right]d\tau$$

10

# 3. Solution for a General Time-varying Patch Boundary Condition

The patch boundary condition is derived by extending the Green's function solution from $-y_0$ to $y_0$, and from $z_1$ to $z_2$.

i.e.,

$$c = \int_{z_1}^{z_2} \int_{-y_0}^{y_0} c_G\left(x, y : y', z : z', t\right) dy' dz'$$

Substituting in the Green's function solution and re-arranging yields:

$$c = \frac{x}{4\pi B\sqrt{D_x' D_y'}} \int_{z_1}^{z_2} \int_{-y_0}^{y_0} \int_0^t c_0\left(\tau\right) \frac{1}{\left(t-\tau\right)^2}$$

$$\cdot \exp\left\{-\lambda\left(t-\tau\right) - \frac{\left(x - v'\left(t-\tau\right)\right)^2}{4 D_x'\left(t-\tau\right)} - \frac{\left(y-y'\right)^2}{4 D_y'\left(t-\tau\right)}\right\}$$

$$\cdot \left[1 + 2\sum_{n=1}^{\infty} \cos\left(\frac{n\pi z'}{B}\right) \exp\left\{-D_z' \frac{n^2\pi^2}{B^2}\left(t-\tau\right)\right\} \cos\left(\frac{n\pi z}{B}\right)\right] d\tau dy' dz'$$

Re-arranging the order of integration:

$$c = \frac{x}{4\pi B\sqrt{D_x' D_y'}} \int_0^t c_0\left(\tau\right) \cdot \frac{1}{\left(t-\tau\right)^2} \exp\left\{-\lambda\left(t-\tau\right) - \frac{\left(x - v'\left(t-\tau\right)\right)^2}{4 D_x'\left(t-\tau\right)}\right\}$$

$$\cdot \int_{-y_0}^{y_0} \exp\left\{-\frac{\left(y-y'\right)^2}{4 D_y'\left(t-\tau\right)}\right\} dy' \int_{z_1}^{z_2}\left[1 + 2\sum_{n=1}^{\infty} \cos\left(\frac{n\pi z'}{B}\right) \exp\left\{-D_z' \frac{n^2\pi^2}{B^2}\left(t-\tau\right)\right\} \cos\left(\frac{n\pi z}{B}\right)\right] dz' d\tau$$

Noting the following integrals:

i)

$$\int_{-y_0}^{y_0} \exp\left\{-\frac{\left(y-y'\right)^2}{4 D_y'\left(t-\tau\right)}\right\} dy' = \sqrt{\pi D_y'} \sqrt{t-\tau}\left[erfc\left\{\frac{y - y_0}{2\sqrt{D_y'\left(t-\tau\right)}}\right\} - erfc\left\{\frac{y + y_0}{2\sqrt{D_y'\left(t-\tau\right)}}\right\}\right]$$

ii)

$$\int_{z_1}^{z_2}\left[1 + 2\sum_{n=1}^{\infty} \cos\left(\frac{n\pi z'}{B}\right) \exp\left\{-D_z' \frac{n^2\pi^2}{B^2}\left(t-\tau\right)\right\} \cos\left(\frac{n\pi z}{B}\right)\right] dz'$$

$$= \left(z_2 - z_1\right) + \frac{2B}{\pi}\sum_{n=1}^{\infty} \frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right] \cos\left(\frac{n\pi z}{B}\right) \exp\left\{-D_z' \frac{n^2\pi^2}{B^2}\left(t-\tau\right)\right\}$$

11

D:\ATRANS\Documentation\ATRANS_Manual_Appendix_A.doc

The final form of the solution becomes:

$$
\begin{aligned}
c = {} & \frac{x}{4\sqrt{\pi}\sqrt{D_x^{'}}} \int_0^t c_0(\tau) \cdot \frac{1}{(t-\tau)^{\frac{3}{2}}} \exp\left\{-\lambda(t-\tau) - \frac{\left(x - v'(t-\tau)\right)^2}{4D_x^{'}(t-\tau)}\right\} \\
& \cdot \left[erfc\left\{\frac{y - y_0}{2\sqrt{D_y^{'}(t-\tau)}}\right\} - erfc\left\{\frac{y + y_0}{2\sqrt{D_y^{'}(t-\tau)}}\right\}\right] \\
& \cdot \left(\frac{(z_2 - z_1)}{B} + \frac{2}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z'}{B}\right)\exp\left\{-D_z^{'}\frac{n^2\pi^2}{B^2}(t-\tau)\right\}\right)d\tau
\end{aligned}
$$

12

D:\ATRANS\Documentation\ATRANS_Manual_Appendix_A.doc

## 4. Solution for Constant Inflow Concentration

A constant inflow concentration is defined as:

$$c_0(t) = C_0$$



Substituting for $C_0(t)$ in the general solution yields:

$$c = C_0 \frac{x}{4\sqrt{\pi D_x'}} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -\lambda\xi - \frac{(x - v'\xi)^2}{4D_x'\xi} \right\} \left[ erfc\left\{ \frac{y - y_0}{2\sqrt{D_y'\xi}} \right\} - erfc\left\{ \frac{y + y_0}{2\sqrt{D_y'\xi}} \right\} \right]$$

$$\cdot \left( \frac{(z_2 - z_1)}{B} + \frac{2}{\pi} \sum_{n=1}^{\infty} \frac{1}{n} \left[ \sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right) \right] \cos\left(\frac{n\pi z}{B}\right) \exp\left\{ -D_z' \frac{n^2\pi^2}{B^2}\xi \right\} \right) d\xi$$

The integral can be accelerated by scaling to the fourth power.

Defining:     $\tau = \xi^{\frac{1}{4}}$

$\rightarrow$  $\xi = \tau^4$ and $d\xi = 4\tau^3 d\tau$

the limits of integration become:

$$\xi = 0 \rightarrow \tau = 0$$

$$\xi = t \rightarrow \tau = t^{\frac{1}{4}}$$

13

Therefore, the solution can be rewritten as:

$$
\begin{aligned}
c = C_0 \frac{x}{4\sqrt{\pi D_x^{'}}} 4 \int_0^{t^{\frac{1}{4}}} \frac{1}{\tau^3} \exp\left\{ -\lambda \tau^4 - \frac{\left(x - v' \tau^4\right)^2}{4 D_x^{'} \tau^4} \right\} \left[ erfc\left\{ \frac{y - y_0}{2\sqrt{D_y^{'} \tau^4}} \right\} - erfc\left\{ \frac{y + y_0}{2\sqrt{D_y^{'} \tau^4}} \right\} \right] \\
\cdot \left( \frac{\left(z_2 - z_1\right)}{B} + \frac{2}{\pi} \sum_{n=1}^{\infty} \frac{1}{n} \left[ \sin\left( \frac{n\pi z_2}{B} \right) - \sin\left( \frac{n\pi z_1}{B} \right) \right] \cos\left( \frac{n\pi z}{B} \right) \exp\left\{ -D_z^{'} \frac{n^2 \pi^2}{B^2} \tau^4 \right\} \right) d\tau
\end{aligned}
$$

14

## 5. Solution for an Arbitrary Inflow Concentration Defined as a Set of Steps

Consider a time-varying inflow concentration defined as a set of *NP* steps:



Denoting $t_i$ as the starting time for the $i^{th}$ step, and $\Delta C_i$ as the concentration change at the start of the $i^{th}$ step, the inflow concentration history is defined as:

$$C_o(t) = \sum_{i=1}^{NP} \Delta C_i H(t - t_i)$$

$H(\cdot)$ is the Heaviside step function:

$$H(t - U) = 0 \ \textit{if} \ t < U$$
$$= 1 \ \ \textit{if} \ t > U$$



Substituting for $C_0(t)$ in the solution for an arbitrary inflow concentration history:

$$c = \frac{x}{4\sqrt{\pi}\sqrt{D_x^{'}}} \int_0^t \sum_{i=1}^{NP} \Delta C_i H(\tau - t_i) \frac{1}{(t-\tau)^{\frac{3}{2}}} \exp\left\{-\lambda(t-\tau) - \frac{(x-v^{'}(t-\tau))^2}{4D_x^{'}(t-\tau)}\right\}$$

$$\cdot \left[erfc\left\{\frac{y-y_0}{2\sqrt{D_y^{'}(t-\tau)}}\right\} - erfc\left\{\frac{y+y_0}{2\sqrt{D_y^{'}(t-\tau)}}\right\}\right]\left(\frac{(z_2-z_1)}{B}\right.$$

$$+\frac{2}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)\exp\left\{-D_z^{'}\frac{n^2\pi^2}{B^2}(t-\tau)\right\}\right) d\tau$$

Making use of the properties of the Heaviside function and re-arranging:

$$c = \frac{x}{4\sqrt{\pi}\sqrt{D_x^{'}}} \sum_{i=1}^{NP} \Delta C_i \int_{t_i}^t \frac{1}{(t-\tau)^{\frac{3}{2}}} \exp\left\{-\lambda(t-\tau) - \frac{(x-v^{'}(t-\tau))^2}{4D_x^{'}(t-\tau)}\right\}$$

$$\cdot \left[erfc\left\{\frac{y-y_0}{2\sqrt{D_y^{'}(t-\tau)}}\right\} - erfc\left\{\frac{y+y_0}{2\sqrt{D_y^{'}(t-\tau)}}\right\}\right]\left(\frac{(z_2-z_1)}{B}\right.$$

$$+\frac{2}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)\exp\left\{-D_z^{'}\frac{n^2\pi^2}{B^2}(t-\tau)\right\}\right) d\tau$$

Make a change of variables:

$$\xi = t - \tau \qquad \rightarrow \qquad \tau = t - \xi$$
$$d\tau = -d\xi$$

$$\tau = t_i \qquad \rightarrow \qquad \xi = t - t_i$$
$$\tau = t \qquad \rightarrow \qquad \xi = 0$$

16

D:\ATRANS\Documentation\ATRANS_Manual_Appendix_A.doc

Therefore the solution becomes:

$$
\begin{aligned}
c = {} & \frac{x}{4\sqrt{\pi}\sqrt{D_x'}} \sum_{i=1}^{NP} \Delta C_i \int_0^{t-t_i} \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -\lambda\xi - \frac{(x-v'\xi)^2}{4D_x'\xi} \right\} \\
& \cdot \left[ erfc\left\{ \frac{y-y_0}{2\sqrt{D_y'\xi}} \right\} - erfc\left\{ \frac{y+y_0}{2\sqrt{D_y'\xi}} \right\} \right] \left( \frac{(z_2-z_1)}{B} \right. \\
& \left. + \frac{2}{\pi} \sum_{n=1}^{\infty} \frac{1}{n} \left[ \sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right) \right] \cos\left(\frac{n\pi z}{B}\right) \exp\left\{ -D_z'\frac{n^2\pi^2}{B^2}\xi \right\} \right) d\xi
\end{aligned}
$$

Note:

If $NP=1$ and $t^{(1)} = 0.0$, the solution collapses to the solution for a constant patch concentration, with $C_0 = \Delta C_1 = C^{(1)}$.

The integration can be accelerated by scaling the variable of integration to the 4th power:

Let:    $\tau = \xi^{\frac{1}{4}}$

$\rightarrow \xi = \tau^4$          ; $d\xi = 4\tau^3 d\tau$

the limits of integration become:

$$
\begin{aligned}
\xi = 0 &\qquad \rightarrow \tau = 0 \\
\xi = t - t_i &\qquad \rightarrow \tau = (t-t_i)^{\frac{1}{4}}
\end{aligned}
$$

and the solution is written as:

$$
\begin{aligned}
c = {} & \frac{x}{4\sqrt{\pi}\sqrt{D_x'}} \sum_{i=1}^{NP} \Delta C_i 4 \int_0^{(t-t_i)^{\frac{1}{4}}} \frac{1}{\tau^3} \exp\left\{ -\lambda\tau^4 - \frac{(x-v'\tau^4)^2}{4D_x'\tau^4} \right\} \\
& \cdot \left[ erfc\left\{ \frac{y-y_0}{2\sqrt{D_y'\tau^4}} \right\} - erfc\left\{ \frac{y+y_0}{2\sqrt{D_y'\tau^4}} \right\} \right] \left( \frac{(z_2-z_1)}{B} \right. \\
& \left. + \frac{2}{\pi} \sum_{n=1}^{\infty} \frac{1}{n} \left[ \sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right) \right] \cos\left(\frac{n\pi z}{B}\right) \exp\left\{ -D_z'\frac{n^2\pi^2}{B^2}\tau^4 \right\} \right) d\tau
\end{aligned}
$$

17

## 6. Solution for an Exponentially Decaying Inflow Concentration

An exponentially-decaying concentration is defined as: $c_0(t) = c_0 \exp\{-\gamma t\}$, where $\gamma$ is the "source decay constant" (units of $T^{-1}$).



Substituting for $c_0(t)$ in the solution for an arbitrary time-varying inflow concentration:

$$c = \frac{x}{4\sqrt{\pi D_x^{'}}} \int_0^t c_0 \exp\{-\gamma\tau\} \frac{1}{(t-\tau)^{\frac{3}{2}}} \exp\left\{-\lambda(t-\tau) - \frac{(x-v'(t-\tau))^2}{4D_x^{'}(t-\tau)}\right\}$$

$$\cdot \left[ erfc\left\{\frac{y-y_0}{2\sqrt{D_y^{'}(t-\tau)}}\right\} - erfc\left\{\frac{y+y_0}{2\sqrt{D_y^{'}(t-\tau)}}\right\} \right] \left[ \frac{(z_2-z_1)}{B} \right.$$

$$\left. + \frac{2}{\pi} \sum_{n=1}^{\infty} \frac{1}{n} \left[ \sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right) \right] \cos\left(\frac{n\pi z}{B}\right) \exp\left\{-D_z^{'} \frac{n^2\pi^2}{B^2}(t-\tau)\right\} \right] d\tau$$

Collecting terms and re-arranging slightly:

$$c = c_0 \frac{x}{4\sqrt{\pi D_x^{'}}} \int_0^t \frac{1}{(t-\tau)^{\frac{3}{2}}} \exp\left\{-\frac{(x-v'(t-\tau))^2}{4D_x^{'}(t-\tau)} - \lambda(t-\tau) - \gamma\tau\right\}$$

$$\cdot \left[ erfc\left\{\frac{y-y_0}{2\sqrt{D_y^{'}(t-\tau)}}\right\} - erfc\left\{\frac{y+y_0}{2\sqrt{D_y^{'}(t-\tau)}}\right\} \right] \left[ \frac{(z_2-z_1)}{B} \right.$$

$$\left. + \frac{2}{\pi} \sum_{n=1}^{\infty} \frac{1}{n} \left[ \sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right) \right] \cos\left(\frac{n\pi z}{B}\right) \exp\left\{-D_z^{'} \frac{n^2\pi^2}{B^2}(t-\tau)\right\} \right] d\tau$$

18

Rearranging, this can be written as:

$$
c = c_0 \frac{x}{4\sqrt{\pi D_x^{'}}} \exp\{-\gamma t\} \int_0^t \frac{1}{(t-\tau)^{\frac{3}{2}}} \exp\left\{-\frac{\left(x-v'(t-\tau)\right)^2}{4D_x^{'}(t-\tau)} + (\gamma-\lambda)(t-\tau)\right\}
$$

$$
\cdot \left[ erfc\left\{\frac{y-y_0}{2\sqrt{D_y^{'}(t-\tau)}}\right\} - erfc\left\{\frac{y+y_0}{2\sqrt{D_y^{'}(t-\tau)}}\right\}\right] \left(\frac{(z_2-z_1)}{B}\right.
$$

$$
\left. + \frac{2}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right)-\sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)\exp\left\{-D_z^{'}\frac{n^2\pi^2}{B^2}(t-\tau)\right\}\right) d\tau
$$

Make a change of variables:

Define:    $\xi = t - \tau$

$\therefore$    $d\tau = -d\xi$

the limits of integration become:

$\tau = 0 \quad \rightarrow \xi = t$

$\tau = t \quad \rightarrow \xi = 0$

and the integral is written as:

$$
c = c_0 \frac{x}{4\sqrt{\pi D_x^{'}}} \exp\{-\gamma t\} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-\frac{\left(x-v'\xi\right)^2}{4D_x^{'}\xi} + (\gamma-\lambda)\xi\right\}
$$

$$
\cdot \left[ erfc\left\{\frac{y-y_0}{2\sqrt{D_y^{'}\xi}}\right\} - erfc\left\{\frac{y+y_0}{2\sqrt{D_y^{'}\xi}}\right\}\right] \left(\frac{(z_2-z_1)}{B}\right.
$$

$$
\left. + \frac{2}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right)-\sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)\exp\left\{-D_z^{'}\frac{n^2\pi^2}{B^2}\xi\right\}\right) d\xi
$$

19

<u>Note</u>:

The integral can be accelerated by scaling the variable of integration to the 4th power.

Letting: $\qquad \tau = \xi^{\frac{1}{4}}$

$\qquad \rightarrow \qquad \xi = \tau^4 \qquad ; \; d\xi = 4\tau^3 d\tau$

the limits of integration become:

$$\xi = 0 \rightarrow \tau = 0$$

$$\xi = t \rightarrow \tau = t^{\frac{1}{4}}$$

The solution is written as:

$$c = c_0 \frac{x}{4\sqrt{\pi D_x'}} \exp\{-\gamma t\} 4 \int_0^{t^{\frac{1}{4}}} \frac{1}{\tau^3} \exp\left\{-\frac{(x-v'\tau^4)^2}{4D_x'\tau^4} + (\gamma-\lambda)\tau^4\right\}$$

$$\cdot\left[erfc\left\{\frac{y-y_0}{2\sqrt{D_y'\tau^4}}\right\} - erfc\left\{\frac{y+y_0}{2\sqrt{D_y'\tau^4}}\right\}\right]\left(\frac{(z_2-z_1)}{B}\right.$$

$$+\frac{2}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right)-\sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)\exp\left\{-D_z'\frac{n^2\pi^2}{B^2}\tau^4\right\}\right)d\tau$$

<u>Check</u>:

The solution for a constant source concentration should be obtained if $\gamma = 0.0$.

Substituting for $\gamma = 0.0$ yields:

$$c = c_0 \frac{x}{4\sqrt{\pi D_x'}} 4 \int_0^{t^{\frac{1}{4}}} \frac{1}{\tau^3} \exp\left\{-\frac{(x-v'\tau^4)^2}{4D_x'\tau^4} + \lambda\tau^4\right\}\left[erfc\left\{\frac{y-y_0}{2\sqrt{D_y'\tau^4}}\right\} - erfc\left\{\frac{y+y_0}{2\sqrt{D_y'\tau^4}}\right\}\right]$$

$$\left(\frac{(z_2-z_1)}{B} + \frac{2}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right)-\sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)\exp\left\{-D_z'\frac{n^2\pi^2}{B^2}\tau^4\right\}\right)d\tau$$

as before.

20

# 7. Solutions for Degenerate Cases

## 7.1.    $2^D$ Solutions

### 7.1.1.  $\underline{2^D \text{ Areal Transport}}$

The solution for $2^D$ areal transport is obtained by specifying that the patch along the inflow boundary extends over the full thickness of the aquifer.

$$\boxed{\begin{aligned} z_1 &= 0 \\ z_2 &= B \end{aligned}}$$

For $z_1 = 0$ and $z_2 = B$, the general solution reduces to:

$$\boxed{\begin{aligned} c &= \frac{x}{4\sqrt{\pi D_x^{'}}} \int_0^t c_0(\tau) \frac{1}{(t-\tau)^{\frac{3}{2}}} \exp\left\{ -\lambda(t-\tau) - \frac{\left(x - v^{'}(t-\tau)\right)^2}{4D_x^{'}(t-\tau)} \right\} \\ &\quad \left[ erfc\left\{ \frac{y - y_0}{2\sqrt{D_y^{'}(t-\tau)}} \right\} - erfc\left\{ \frac{y + y_0}{2\sqrt{D_y^{'}(t-\tau)}} \right\} \right] d\tau \end{aligned}}$$

a.    Solution for a Constant Patch Concentration

$$c_0(t) = c_0$$

Substituting for $c_0(t)$ in the general solution yields:

$$\begin{aligned} c &= c_0 \frac{x}{4\sqrt{\pi D_x^{'}}} \int_0^t \frac{1}{(t-\tau)^{\frac{3}{2}}} \exp\left\{ -\lambda(t-\tau) - \frac{\left(x - v^{'}(t-\tau)\right)^2}{4D_x^{'}(t-\tau)} \right\} \\ &\quad \left[ erfc\left\{ \frac{y - y_0}{2\sqrt{D_y^{'}(t-\tau)}} \right\} - erfc\left\{ \frac{y + y_0}{2\sqrt{D_y^{'}(t-\tau)}} \right\} \right] d\tau \end{aligned}$$

D:\ATRANS\Documentation\ATRANS_Manual_Appendix_A.doc

Letting $\xi = t - \tau$, the integral is written as:

$$c = c_0 \frac{x}{4\sqrt{\pi D_x'}} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-\lambda\xi - \frac{(x - v'\xi)^2}{4D_x'\xi}\right\}\left[ erfc\left\{\frac{y - y_0}{2\sqrt{D_y'\xi}}\right\} \right.$$
$$\left. - erfc\left\{\frac{y + y_0}{2\sqrt{D_y'\xi}}\right\}\right]d\xi$$

b.    Dicretized Inflow Concentration History

$$c = \frac{x}{4\sqrt{\pi D_x'}} \sum_{i=1}^{NP} \Delta C_i \int_0^{t-t_i} \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-\lambda\xi - \frac{(x - v'\xi)^2}{4D_x'\xi}\right\}$$
$$\cdot\left[ erfc\left\{\frac{y - y_0}{2\sqrt{D_y'\xi}}\right\} - erfc\left\{\frac{y + y_0}{2\sqrt{D_y'\xi}}\right\}\right]d\xi$$

c.    Exponentially-decaying Inflow Concentration

$$c = C_0 \frac{x}{4\sqrt{\pi D_x'}} \exp\{-\gamma t\} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-\frac{(x - v'\xi)^2}{4D_x'\xi} + (\gamma - \lambda)\xi\right\}$$
$$\cdot\left[ erfc\left\{\frac{y - y_0}{2\sqrt{D_y'\xi}}\right\} - erfc\left\{\frac{y + y_0}{2\sqrt{D_y'\xi}}\right\}\right]d\xi$$

22

D:\ATRANS\Documentation\ATRANS_Manual_Appendix_A.doc

### 7.1.2. **$2^D$ Cross-sectional Transport**

The solution for $2^D$ cross-sectional transport is obtained by specifying that patch is very extensive along the transverse horizontal.

$$\boxed{y_0 \to \infty}$$

Noting the following limits:

$$erfc(-\infty) = 2$$
$$erfc(\infty) = 0$$

the general solution reduces to:

$$
\begin{aligned}
c = {} & \frac{x}{2\sqrt{\pi D_x'}} \int_0^t c_0(\tau) \frac{1}{(t-\tau)^{\frac{3}{2}}} \exp\left\{-\lambda(t-\tau) - \frac{(x-v'(t-\tau))^2}{4D_x'(t-\tau)}\right\} \left(\frac{(z_2-z_1)}{B}\right. \\
& + \frac{2}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)\exp\left\{-D_z'\frac{n^2\pi^2}{B^2}(t-\tau)\right\}\right) d\tau
\end{aligned}
$$

a.  Constant Patch Concentration

Substituting for $c_0(t) = c_0$ in the general solution yields:

$$
\begin{aligned}
c = c_0 {} & \frac{x}{2\sqrt{\pi D_x'}} \int_0^t \frac{1}{(t-\tau)^{\frac{3}{2}}} \exp\left\{-\lambda(t-\tau) - \frac{(x-v'(t-\tau))^2}{4D_x'(t-\tau)}\right\} \left(\frac{(z_2-z_1)}{B}\right. \\
& + \frac{2}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)\exp\left\{-D_z'\frac{n^2\pi^2}{B^2}(t-\tau)\right\}\right) d\tau
\end{aligned}
$$

Defining $\xi = t - \tau$, the solution can be written as:

$$
\begin{aligned}
c = c_0 {} & \frac{x}{2\sqrt{\pi D_x'}} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-\lambda\xi - \frac{(x-v'\xi)^2}{4D_x'\xi}\right\} \left(\frac{(z_2-z_1)}{B}\right. \\
& + \frac{2}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)\exp\left\{-D_z'\frac{n^2\pi^2}{B^2}\xi\right\}\right) d\xi
\end{aligned}
$$

23

The integral can be evaluated by first splitting it into two parts:

$$I = I_1 + I_2$$

where:

$$I_1 = \frac{(z_2 - z_1)}{B} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -\lambda\xi - \frac{(x - v'\xi)^2}{4D_x'\xi} \right\} d\xi$$

$$I_2 = \frac{2}{\pi} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -\lambda\xi - \frac{(x - v'\xi)^2}{4D_x'\xi} \right\} \sum_{n=1}^{\infty} \frac{1}{n}\left[ \sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right) \right]$$

$$\cdot \cos\left(\frac{n\pi z}{B}\right) \exp\left\{ -D_z' \frac{n^2\pi^2}{B^2}\xi \right\} d\xi$$

(i)    Evaluating the first integral:

$$I_1 = \frac{(z_2 - z_1)}{B} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -\frac{(x - v'\xi)^2}{4D_x'\xi} - \lambda\xi \right\} d\xi$$

Expanding and re-arranging the exponential term:

$$\exp\{\cdot\} = \exp\left\{ \frac{xv'}{2D_x'} \right\} \cdot \exp\left\{ -\left(\frac{v'^2}{4D_x'} + \lambda\right)\xi - \frac{x^2}{4D_x'\xi} \right\}$$

Defining:

$$a^2 = \frac{v'^2}{4D_x'} + \lambda$$

$$b^2 = \frac{x^2}{4D_x'}$$

The integral becomes:

$$I_1 = \frac{(z_2 - z_1)}{B} \exp\left\{\frac{xv'}{2D_x'}\right\} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-a^2\xi - \frac{b^2}{\xi}\right\} d\xi$$

The integral is given in S.H. Cho's table of integrals #2.9.5:

$$\int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-a^2\xi - \frac{b^2}{\xi}\right\} d\xi$$

$$= \frac{\sqrt{\pi}}{2b}\left(\exp\{-2ab\}\, erfc\left\{\frac{b}{\sqrt{t}} - a\sqrt{t}\right\} + \exp\{2ab\}\, erfc\left\{\frac{b}{\sqrt{t}} + a\sqrt{t}\right\}\right)$$

Substituting for $a$ and $b$, $I_1$ becomes:

$$I_1 = \frac{(z_2 - z_1)}{B} \exp\left\{\frac{xv'}{2D_x'}\right\} \frac{\sqrt{\pi D_x'}}{x}\left(\exp\left\{-\frac{x}{\sqrt{D_x'}}\left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}}\right\}\right.$$

$$\cdot erfc\left\{\frac{x}{2\sqrt{D_x't}} - \left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}}\sqrt{t}\right\} + \exp\left\{\frac{x}{\sqrt{D_x'}}\left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}}\right\}$$

$$\left.\cdot erfc\left\{\frac{x}{2\sqrt{D_x't}} + \left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}}\sqrt{t}\right\}\right)$$

(ii)     Evaluating the second integral:

$$I_2 = \frac{2}{\pi} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-\frac{(x - v'\xi)^2}{4D_x'\xi} - \lambda\xi\right\} \sum_{n=1}^{\infty} \frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right]$$

$$\cdot \cos\left(\frac{n\pi z}{B}\right) \exp\left\{-D_z' \frac{n^2\pi^2}{B^2}\xi\right\} d\xi$$

25

Re-arranging the orders of the summation and integration, collecting the exponential terms and expanding, the exponential term becomes:

$$\exp\{\cdot\} = \exp\left\{\frac{xv'}{2D_x'}\right\} \cdot \exp\left\{-\left(\frac{v'^2}{4D_x'} + \lambda + D_z' \frac{n^2\pi^2}{B^2}\right)\xi - \frac{x^2}{4D_x'\xi}\right\}$$

Defining:

$$a^2 = \frac{v'^2}{4D_x'} + \lambda + D_z' \frac{n^2\pi^2}{B^2}$$

$$b^2 = \frac{x^2}{4D_x'}$$

The integral becomes:

$$I_2 = \frac{2}{\pi} \exp\left\{\frac{xv'}{2D_x'}\right\} \sum_{n=1}^{\infty} \frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)$$

$$\int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-a^2\xi - \frac{b^2}{\xi}\right\} d\xi$$

Using the integral given in S.H. Cho's table (#2.9.5) again, and defining:

$$\mu_n = \left[\frac{v'^2}{4D_x'} + \lambda + D_z' \frac{n^2\pi^2}{B^2}\right]^{\frac{1}{2}}$$

and substituting for $a$ and $b$, $I_2$ becomes:

$$I_2 = \frac{2}{\pi} \exp\left\{\frac{xv'}{2D_x'}\right\} \sum_{n=1}^{\infty} \frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)\frac{\sqrt{\pi D_x'}}{x}$$

$$\cdot \left(\exp\left\{-\frac{x}{\sqrt{D_x'}}\mu_n\right\}erfc\left\{\frac{x}{2\sqrt{D_x't}} - \mu_n\sqrt{t}\right\}\right.$$

$$\left. + \exp\left\{\frac{x}{\sqrt{D_x'}}\mu_n\right\}erfc\left\{\frac{x}{2\sqrt{D_x't}} + \mu_n\sqrt{t}\right\}\right)$$

26

Substituting for $I_1$ and $I_2$:

$$c = \frac{x}{2\sqrt{\pi D_x^{'}}} \left[ I_1 + I_2 \right]$$

$$= \frac{x}{2\sqrt{\pi D_x^{'}}} \left[\left[ \frac{(z_2 - z_1)}{B} \exp\left\{ \frac{xv'}{2D_x^{'}} \right\} \frac{\sqrt{\pi D_x^{'}}}{x} \right.\right.$$

$$\left( \exp\left\{ -\frac{x}{\sqrt{D_x^{'}}} \left( \frac{v'^2}{4D_x^{'}} + \lambda \right)^{\frac{1}{2}} \right\} erfc\left\{ \frac{x}{2\sqrt{D_x^{'}t}} - \left( \frac{v'^2}{4D_x^{'}} + \lambda \right)^{\frac{1}{2}} \sqrt{t} \right\} \right.$$

$$\left. + \exp\left\{ \frac{x}{\sqrt{D_x^{'}}} \left( \frac{v'^2}{4D_x^{'}} + \lambda \right)^{\frac{1}{2}} \right\} erfc\left\{ \frac{x}{2\sqrt{D_x^{'}t}} + \left( \frac{v'^2}{4D_x^{'}} + \lambda \right)^{\frac{1}{2}} \sqrt{t} \right\} \right)$$

$$+ \frac{2}{\pi} \exp\left\{ \frac{xv'}{2D_x^{'}} \right\} \sum_{n=1}^{\infty} \frac{1}{n} \left[ \sin\left( \frac{n\pi z_2}{B} \right) - \sin\left( \frac{n\pi z_1}{B} \right) \right] \cos\left( \frac{n\pi z}{B} \right)$$

$$\cdot \frac{\sqrt{\pi D_x^{'}}}{x} \left( \exp\left\{ -\frac{x}{\sqrt{D_x^{'}}} \mu_n \right\} erfc\left\{ \frac{x}{2\sqrt{D_x^{'}t}} - \mu_n \sqrt{t} \right\} \right.$$

$$\left.\left. + \exp\left\{ \frac{x}{\sqrt{D_x^{'}}} \mu_n \right\} erfc\left\{ \frac{x}{2\sqrt{D_x^{'}t}} + \mu_n \sqrt{t} \right\} \right) \right]\right]$$

27

Simplifying:

$$
\begin{aligned}
c = \frac{c_0}{2}\exp\left\{\frac{xv'}{2D_x'}\right\}&\left\|\frac{(z_2 - z_1)}{B}\right. \\
&\cdot\left(\exp\left\{-\frac{x}{\sqrt{D_x'}}\left(\frac{v'^2}{4D_x'}+\lambda\right)^{\frac{1}{2}}\right\}erfc\left\{\frac{x}{2\sqrt{D_x't}}-\left(\frac{v'^2}{4D_x'}+\lambda\right)^{\frac{1}{2}}\sqrt{t}\right\}\right. \\
&\left.+\exp\left\{\frac{x}{\sqrt{D_x'}}\left(\frac{v'^2}{4D_x'}+\lambda\right)^{\frac{1}{2}}\right\}erfc\left\{\frac{x}{2\sqrt{D_x't}}+\left(\frac{v'^2}{4D_x'}+\lambda\right)^{\frac{1}{2}}\sqrt{t}\right\}\right) \\
&+\frac{2}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right)-\sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right) \\
&\cdot\left(\exp\left\{-\frac{x}{\sqrt{D_x'}}\mu_n\right\}erfc\left\{\frac{x}{2\sqrt{D_x't}}-\mu_n\sqrt{t}\right\}\right. \\
&\left.\left.+\exp\left\{\frac{x}{\sqrt{D_x'}}\mu_n\right\}erfc\left\{\frac{x}{2\sqrt{D_x't}}+\mu_n\sqrt{t}\right\}\right)\right\|
\end{aligned}
$$

b.  <u>Discretized Inflow Concentration History</u>

$$
\begin{aligned}
c = \frac{x}{2\sqrt{\pi D_x'}}\sum_{i=1}^{NP}\Delta C_i\int_0^{t-t_i}&\frac{1}{\xi^{\frac{3}{2}}}\exp\left\{-\lambda\xi-\frac{(x-v'\xi)^2}{4D_x'\xi}\right\}\left(\frac{(z_2-z_1)}{B}\right. \\
&\left.+\frac{2}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right)-\sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)\exp\left\{-D_z'\frac{n^2\pi^2}{B^2}\xi\right\}\right)d\xi
\end{aligned}
$$

Defining the integral as:

$$
\begin{aligned}
I = \int_0^{t-t_i}&\left[\frac{(z_2-z_1)}{B}\frac{1}{\xi^{\frac{3}{2}}}\exp\left\{-\lambda\xi-\frac{(x-v'\xi)^2}{4D_x'\xi}\right\}\right]+\left[\frac{2}{\pi}\frac{1}{\xi^{\frac{3}{2}}}\exp\left\{-\lambda\xi-\frac{(x-v'\xi)^2}{4D_x'\xi}\right\}\right. \\
&\left.\cdot\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right)-\sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)\exp\left\{-D_z'\frac{n^2\pi^2}{B^2}\xi\right\}\right]d\xi
\end{aligned}
$$

28

D:\ATRANS\Documentation\ATRANS_Manual_Appendix_A.doc

The integral can be evaluated by first splitting it into two parts:

$$I = I_1 + I_2$$

where:

$$I_1 = \frac{(z_2 - z_1)}{B} \int_0^{t-t_i} \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -\lambda\xi - \frac{(x - v'\xi)^2}{4D_x'\xi} \right\} d\xi$$

$$I_2 = \frac{2}{\pi} \int_0^{t-t_i} \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -\lambda\xi - \frac{(x - v'\xi)^2}{4D_x'\xi} \right\} \sum_{n=1}^{\infty} \frac{1}{n} \left[ \sin\left( \frac{n\pi z_2}{B} \right) - \sin\left( \frac{n\pi z_1}{B} \right) \right]$$

$$\cdot \cos\left( \frac{n\pi z}{B} \right) \exp\left\{ -D_z' \frac{n^2 \pi^2}{B^2} \xi \right\} d\xi$$

(i)    Evaluating the first integral:

$$I_1 = \frac{(z_2 - z_1)}{B} \int_0^{t-t_i} \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -\frac{(x - v'\xi)^2}{4D_x'\xi} - \lambda\xi \right\} d\xi$$

Expanding and re-arranging the exponential term:

$$exp\{\cdot\} = \exp\left\{ \frac{xv'}{2D_x'} \right\} \cdot \exp\left\{ -\left( \frac{v'}{4D_x'} + \lambda \right)\xi - \frac{x^2}{4D_x'\xi} \right\}$$

Defining:

$$a^2 = \frac{v'^2}{4D_x'} + \lambda$$

$$b^2 = \frac{x^2}{4D_x'}$$

The integral becomes:

$$I_1 = \frac{(z_2 - z_1)}{B} \exp\left\{ \frac{xv'}{2D_x'} \right\} \int_0^{t-t_i} \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -a^2\xi - \frac{b^2}{\xi} \right\} d\xi$$

29

The integral is given in S.H. Cho's table of integrals #2.9.5:

$$\int_0^{t-t_i} \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-a^2\xi - \frac{b^2}{\xi}\right\} d\xi = \frac{\sqrt{\pi}}{2b}\left(\exp\{-2ab\}\, erfc\left\{\frac{b}{\sqrt{t-t_i}} - a\sqrt{t-t_i}\right\}\right.$$

$$\left. + \exp\{2ab\}\, erfc\left\{\frac{b}{\sqrt{t-t_i}} + a\sqrt{t-t_i}\right\}\right)$$

Substituting for $a$ and $b$, $I_1$ becomes:

$$I_1 = \frac{(z_2 - z_1)}{B}\exp\left\{\frac{xv'}{2D_x'}\right\}\frac{\sqrt{\pi D_x'}}{x}$$

$$\cdot\left(\exp\left\{-\frac{x}{\sqrt{D_x'}}\left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}}\right\}erfc\left\{\frac{x}{2\sqrt{D_x'(t-t_i)}} - \left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}}\sqrt{t-t_i}\right\}\right.$$

$$\left. + \exp\left\{\frac{x}{\sqrt{D_x'}}\left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}}\right\}erfc\left\{\frac{x}{2\sqrt{D_x'(t-t_i)}} + \left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}}\sqrt{t-t_i}\right\}\right)$$

(ii)    Evaluating the second integral:

$$I_2 = \frac{2}{\pi}\int_0^{t-t_i} \frac{1}{\xi^{\frac{3}{2}}}\exp\left\{-\frac{(x-v'\xi)^2}{4D_x'\xi} - \lambda\xi\right\}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right]$$

$$\cdot\cos\left(\frac{n\pi z}{B}\right)\exp\left\{-D_z'\frac{n^2\pi^2}{B^2}\xi\right\}d\xi$$

Re-arranging the orders of the summation and integration, collecting the exponential terms and expanding, the exponential term becomes:

$$exp\{\cdot\} = \exp\left\{\frac{xv'}{2D_x'}\right\}\cdot\exp\left\{-\left(\frac{v'^2}{4D_x'} + \lambda + D_z'\frac{n^2\pi^2}{B^2}\right)\xi - \frac{x^2}{4D_x'\xi}\right\}$$

30

Defining:

$$a^2 = \frac{v'^2}{4D_x'} + \lambda + D_z' \frac{n^2\pi^2}{B^2}$$

$$b^2 = \frac{x^2}{4D_x'}$$

The integral becomes:

$$I_2 = \frac{2}{\pi} \exp\left\{ \frac{xv'}{2D_x'} \right\} \sum_{n=1}^{\infty} \frac{1}{n} \left[ \sin\left( \frac{n\pi z_2}{B} \right) - \sin\left( \frac{n\pi z_1}{B} \right) \right] \cos\left( \frac{n\pi z}{B} \right)$$

$$\int_0^{t-t_i} \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -a^2\xi - \frac{b^2}{\xi} \right\} d\xi$$

Using the integral given in S.H. Cho's table (#2.9.5) again, and defining:

$$\mu_n = \left[ \frac{v'^2}{4D_x'} + \lambda + D_z' \frac{n^2\pi^2}{B^2} \right]^{\frac{1}{2}}$$

and substituting for $a$ and $b$, $I_2$ becomes:

$$I_2 = \frac{2}{\pi} \exp\left\{ \frac{xv'}{2D_x'} \right\} \sum_{n=1}^{\infty} \frac{1}{n} \left[ \sin\left( \frac{n\pi z_2}{B} \right) - \sin\left( \frac{n\pi z_1}{B} \right) \right] \cos\left( \frac{n\pi z}{B} \right) \frac{\sqrt{\pi D_x'}}{x}$$

$$\cdot \left( \exp\left\{ -\frac{x}{\sqrt{D_x'}} \mu_n \right\} erfc\left\{ \frac{x}{2\sqrt{D_x'(t-t_i)}} - \mu_n\sqrt{t-t_i} \right\} \right.$$

$$\left. + \exp\left\{ \frac{x}{\sqrt{D_x'}} \mu_n \right\} erfc\left\{ \frac{x}{2\sqrt{D_x'(t-t_i)}} + \mu_n\sqrt{t-t_i} \right\} \right)$$

31

Assembling the final solution and simplifying:

$$
\begin{aligned}
c = \frac{1}{2}\exp\left\{\frac{xv'}{2D_x'}\right\}\sum_{n=1}^{NP}\Delta C_i\Bigg[\Bigg[ & \frac{(z_2 - z_1)}{B} \\
\cdot\Bigg(\exp\left\{-\frac{x}{\sqrt{D_x'}}\left(\frac{v'^2}{4D_x'}+\lambda\right)^{\frac{1}{2}}\right\} & erfc\left\{\frac{x}{2\sqrt{D_x'(t-t_i)}}-\left(\frac{v'^2}{4D_x'}+\lambda\right)^{\frac{1}{2}}\sqrt{t-t_i}\right\} \\
+\exp\left\{\frac{x}{\sqrt{D_x'}}\left(\frac{v'^2}{4D_x'}+\lambda\right)^{\frac{1}{2}}\right\} & erfc\left\{\frac{x}{2\sqrt{D_x'(t-t_i)}}+\left(\frac{v'^2}{4D_x'}+\lambda\right)^{\frac{1}{2}}\sqrt{t-t_i}\right\}\Bigg) \\
+\frac{2}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\Bigg[\sin\left(\frac{n\pi z_2}{B}\right)& -\sin\left(\frac{n\pi z_1}{B}\right)\Bigg]\cos\left(\frac{n\pi z}{B}\right) \\
\cdot\Bigg(\exp\left\{-\frac{x}{\sqrt{D_x'}}\mu_n\right\} & erfc\left\{\frac{x}{2\sqrt{D_x'(t-t_i)}}-\mu_n\sqrt{t-t_i}\right\} \\
+\exp\left\{\frac{x}{\sqrt{D_x'}}\mu_n\right\} & erfc\left\{\frac{x}{2\sqrt{D_x'(t-t_i)}}+\mu_n\sqrt{t-t_i}\right\}\Bigg)\Bigg]\Bigg]
\end{aligned}
$$

c. <u>Exponentially-decaying Inflow Concentration</u>

- General solution:

$$
\begin{aligned}
c = c_0\frac{x}{2\sqrt{\pi D_x'}}\exp\{-\gamma t\}\int_0^t\frac{1}{\xi^{\frac{3}{2}}}\exp\left\{-\frac{(x-v'\xi)^2}{4D_x'\xi}+(\gamma-\lambda)\xi\right\}\Bigg(\frac{(z_2-z_1)}{B} \\
+\frac{2}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\Bigg[\sin\left(\frac{n\pi z_2}{B}\right)-\sin\left(\frac{n\pi z_1}{B}\right)\Bigg]\cos\left(\frac{n\pi z}{B}\right)\exp\left\{-D_z'\frac{n^2\pi^2}{B^2}\xi\right\}\Bigg)d\xi
\end{aligned}
$$

32

**Alternative Solution Valid for** $\dfrac{v'^2}{4D'_x} > (\gamma - \lambda)$**:**

The solution can be re-written in an alternative form by splitting the integral into two parts:

$$I = (z_2 - z_1) \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -\frac{(x - v'\xi)^2}{4D'_x \xi} + (\gamma - \lambda)\xi \right\} d\xi + \frac{2B}{\pi} \int_0^t \frac{1}{\xi^{\frac{3}{2}}}$$

$$\cdot \exp\left\{ -\frac{(x - v'\xi)^2}{4D'_x \xi} + (\gamma - \lambda)\xi \right\} \sum_{n=1}^{\infty} \frac{1}{n}\left[ \sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right) \right]$$

$$\cdot \cos\left(\frac{n\pi z}{B}\right) \exp\left\{ -D'_z \frac{n^2\pi^2}{B^2} \xi \right\} d\xi$$

$$= I_1 + I_2$$

where: $I_1 = (z_2 - z_1) \displaystyle\int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -\frac{(x - v'\xi)^2}{4D'_x \xi} + (\gamma - \lambda)\xi \right\} d\xi$

and: $I_2 = \dfrac{2B}{\pi} \displaystyle\int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -\frac{(x - v'\xi)^2}{4D'_x \xi} + (\gamma - \lambda)\xi \right\}$

$$\cdot \sum_{n=1}^{\infty} \frac{1}{n}\left[ \sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right) \right] \cos\left(\frac{n\pi z}{B}\right) \exp\left\{ -D'_z \frac{n^2\pi^2}{B^2} \xi \right\} d\xi$$

    (i)    Evaluating the first integral:

$$I_1 = (z_2 - z_1) \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -\frac{(x - v'\xi)^2}{4D'_x \xi} + (\gamma - \lambda)\xi \right\} d\xi$$

    Expanding and re-arranging the exponential term:

$$\exp\{\cdot\} = \exp\left\{ \frac{xv'}{2D'_x} \right\} \cdot \exp\left\{ -\left( \frac{v'^2}{4D'_x} + (\gamma - \lambda) \right)\xi - \frac{x^2}{4D'_x \xi} \right\}$$

33

Defining:

$$a^2 = \frac{v'^2}{4D_x'} - (\gamma - \lambda) \qquad \text{this is a valid expression if } a^2 > 0$$

$$b^2 = \frac{x^2}{4D_x'}$$

The integral becomes:

$$I_1 = (z_2 - z_1) \exp\left\{\frac{xv'}{2D_x'}\right\} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-a^2\xi - \frac{b^2}{\xi}\right\} d\xi$$

The integral is given in S.H. Cho's table of integrals #2.9.5:

$$\int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-a^2\xi - \frac{b^2}{\xi}\right\} d\xi = \frac{\sqrt{\pi}}{2b}\left(\exp\{-2ab\}\, erfc\left\{\frac{b}{\sqrt{t}} - a\sqrt{t}\right\}\right.$$

$$\left. + \exp\{2ab\}\, erfc\left\{\frac{b}{\sqrt{t}} + a\sqrt{t}\right\}\right)$$

Substituting for $a$ and $b$, $I_1$ becomes:

$$I_1 = (z_2 - z_1)\exp\left\{\frac{xv'}{2D_x'}\right\}\frac{\sqrt{\pi D_x'}}{x}$$

$$\cdot\left(\exp\left\{-\frac{x}{\sqrt{D_x'}}\left(\frac{v'^2}{4D_x'} - (\gamma - \lambda)\right)^{\frac{1}{2}}\right\}\, erfc\left\{\frac{x}{2\sqrt{D_x't}} - \left(\frac{v'^2}{4D_x'} - (\gamma - \lambda)\right)^{\frac{1}{2}}\sqrt{t}\right\}\right.$$

$$\left. + \exp\left\{\frac{x}{\sqrt{D_x'}}\left(\frac{v'^2}{4D_x'} - (\gamma - \lambda)\right)^{\frac{1}{2}}\right\}\, erfc\left\{\frac{x}{2\sqrt{D_x't}} + \left(\frac{v'^2}{4D_x'} - (\gamma - \lambda)\right)^{\frac{1}{2}}\sqrt{t}\right\}\right)$$

(ii)    Evaluating the second integral:

$$I_2 = \frac{2B}{\pi} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-\frac{(x - v'\xi)^2}{4D_x'\xi} + (\gamma - \lambda)\xi\right\}$$

$$\cdot \sum_{n=1}^{\infty} \frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)\exp\left\{-D_z'\frac{n^2\pi^2}{B^2}\xi\right\} d\xi$$

34

Re-arranging the orders of the summation and integration, collecting the exponential terms and expanding, the exponential term becomes:

$$exp\{\cdot\} = \exp\left\{\frac{xv'}{2D_x'}\right\} \cdot \exp\left\{-\left(\frac{v'^2}{4D_x'} - (\gamma - \lambda) + D_z'\frac{n^2\pi^2}{B^2}\right)\xi - \frac{x^2}{4D_x'\xi}\right\}$$

Defining:

$$a^2 = \frac{v'^2}{4D_x'} - (\gamma - \lambda) + D_z'\frac{n^2\pi^2}{B^2}$$

$$b^2 = \frac{x^2}{4D_x'}$$

The integral becomes:

$$I_2 = \frac{2B}{\pi}\exp\left\{\frac{xv'}{2D_x'}\right\}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)$$

$$\int_0^t \frac{1}{\xi^{\frac{3}{2}}}\exp\left\{-a^2\xi - \frac{b^2}{\xi}\right\}d\xi$$

Using the integral given in S.H. Cho's table (#2.9.5) again, and defining:

$$\mu_n = \left[\frac{v'^2}{4D_x'} + (\gamma - \lambda) + D_z'\frac{n^2\pi^2}{B^2}\right]^{\frac{1}{2}}$$

and substituting for $a$ and $b$, $I_2$ becomes:

$$I_2 = \frac{2B}{\pi}\exp\left\{\frac{xv'}{2D_x'}\right\}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right)\frac{\sqrt{\pi D_x'}}{x}$$

$$\cdot\left(\exp\left\{-\frac{x}{\sqrt{D_x'}}\mu_n\right\}erfc\left\{\frac{x}{2\sqrt{D_x't}} - \mu_n\sqrt{t}\right\}\right.$$

$$\left. + \exp\left\{\frac{x}{\sqrt{D_x'}}\mu_n\right\}erfc\left\{\frac{x}{2\sqrt{D_x't}} + \mu_n\sqrt{t}\right\}\right)$$

35

Substituting for $I_1$ and $I_2$:

$$
\begin{aligned}
c = \frac{x}{2\sqrt{\pi D_x^{'}}} \sum_{i=1}^{NP} \Delta c_i & \left[\left[ \frac{(z_2 - z_1)}{B} \exp\left\{\frac{xv^{'}}{2D_x^{'}}\right\} \frac{\sqrt{\pi D_x^{'}}}{x} \right.\right. \\
& \cdot \left( \exp\left\{ -\frac{x}{\sqrt{D_x^{'}}} \left( \frac{v^{'2}}{4D_x^{'}} + \lambda \right)^{\frac{1}{2}} \right\} erfc\left\{ \frac{x}{2\sqrt{D_x^{'}t}} - \left( \frac{v^{'2}}{4D_x^{'}} + \lambda \right)^{\frac{1}{2}} \sqrt{t} \right\} \right. \\
& \left. + \exp\left\{ \frac{x}{\sqrt{D_x^{'}}} \left( \frac{v^{'2}}{4D_x^{'}} + \lambda \right)^{\frac{1}{2}} \right\} erfc\left\{ \frac{x}{2\sqrt{D_x^{'}t}} + \left( \frac{v^{'2}}{4D_x^{'}} + \lambda \right)^{\frac{1}{2}} \sqrt{t} \right\} \right) \\
& + \frac{2}{\pi} \exp\left\{ \frac{xv^{'}}{2D_x^{'}} \right\} \sum_{n=1}^{\infty} \frac{1}{n} \left[ \sin\left( \frac{n\pi z_2}{B} \right) - \sin\left( \frac{n\pi z_1}{B} \right) \right] \cos\left( \frac{n\pi z}{B} \right) \frac{\sqrt{\pi D_x^{'}}}{x} \\
& \cdot \left( \exp\left\{ -\frac{x}{\sqrt{D_x^{'}}} \mu_n \right\} erfc\left\{ \frac{x}{2\sqrt{D_x^{'}t}} - \mu_n \sqrt{t} \right\} \right. \\
& \left.\left.\left. + \exp\left\{ \frac{x}{\sqrt{D_x^{'}}} \mu_n \right\} erfc\left\{ \frac{x}{2\sqrt{D_x^{'}t}} + \mu_n \sqrt{t} \right\} \right) \right]\right]
\end{aligned}
$$

36

Simplifying yields the final form of the solution:

$$
\begin{aligned}
c = \frac{c_0}{2} \exp\left\{-\gamma t + \frac{xv'}{2D_x'}\right\} &\left[\left[\frac{(z_2 - z_1)}{B}\right.\right. \\
&\cdot\left(\exp\left\{-\frac{x}{\sqrt{D_x'}}\left(\frac{v'^2}{4D_x'} - (\gamma - \lambda)\right)^{\frac{1}{2}}\right\} erfc\left\{\frac{x}{2\sqrt{D_x' t}} - \left(\frac{v'^2}{4D_x'} - (\gamma - \lambda)\right)^{\frac{1}{2}}\sqrt{t}\right\}\right. \\
&\left.+\exp\left\{\frac{x}{\sqrt{D_x'}}\left(\frac{v'^2}{4D_x'} - (\gamma - \lambda)\right)^{\frac{1}{2}}\right\} erfc\left\{\frac{x}{2\sqrt{D_x' t}} + \left(\frac{v'^2}{4D_x'} - (\gamma - \lambda)\right)^{\frac{1}{2}}\sqrt{t}\right\}\right) \\
&+\frac{2}{\pi}\sum_{n=1}^{\infty}\frac{1}{n}\left[\sin\left(\frac{n\pi z_2}{B}\right) - \sin\left(\frac{n\pi z_1}{B}\right)\right]\cos\left(\frac{n\pi z}{B}\right) \\
&\cdot\left(\exp\left\{-\frac{x}{\sqrt{D_x'}}\mu_n\right\} erfc\left\{\frac{x}{2\sqrt{D_x' t}} - \mu_n\sqrt{t}\right\}\right. \\
&\left.\left.\left.+\exp\left\{\frac{x}{\sqrt{D_x'}}\mu_n\right\} erfc\left\{\frac{x}{2\sqrt{D_x' t}} + \mu_n\sqrt{t}\right\}\right)\right]\right]
\end{aligned}
$$

37

## 7.2.  $1^D$ Transport

The solution for $1^D$ transport is obtained by specifying that the patch along the inflow boundary both penetrates the aquifer completely, and is laterally extensive:

i.e.,

$$
\begin{array}{|l|}
\hline
z_1 = 0 \\
z_2 = B \\
y_0 \to \infty \\
\hline
\end{array}
$$

For this case the general solution reduces to:

$$
\boxed{c = \frac{x}{2\sqrt{\pi D_x'}} \int_0^t c_0(\tau) \frac{1}{(t-\tau)^{\frac{3}{2}}} \exp\left\{-\lambda(t-\tau) - \frac{\left(x - v'(t-\tau)\right)^2}{4 D_x'(t-\tau)}\right\} d\tau}
$$

a.  <u>Constant Inflow Concentration</u>

Substituting $c_0(t) = c_0$ in the general solution yields:

$$
c = c_0 \frac{x}{2\sqrt{\pi D_x'}} \int_0^t \frac{1}{(t-\tau)^{\frac{3}{2}}} \exp\left\{-\lambda(t-\tau) - \frac{\left(x - v'(t-\tau)\right)^2}{4 D_x'(t-\tau)}\right\} d\tau
$$

Defining $\xi = t - \tau$, the solution is written as:

$$
c = c_0 \frac{x}{2\sqrt{\pi D_x'}} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-\lambda\xi - \frac{\left(x - v'\xi\right)^2}{4 D_x'\xi}\right\} d\xi
$$

Expanding the exponential term in the integrand:

$$
\exp\{\cdot\} = \exp\left\{-\lambda\xi - \frac{x^2 - 2xv'\xi + \left(v'\xi\right)^2}{4 D_x'\xi}\right\}
$$

$$
= \exp\left\{-\frac{xv'}{4 D_x'}\right\} \exp\left\{-\frac{x^2}{4 D_x'\xi} - \left(\frac{v'^2}{4 D_x'} + \lambda\right)\xi\right\}
$$

38

Letting: $\quad a^2 = \dfrac{v'^2}{4D_x'} + \lambda$

$$b^2 = \frac{x^2}{4D_x'}$$

The solution is written as:

$$c = c_0 \frac{x}{2\sqrt{\pi D_x'}} \exp\left\{-\frac{xv'}{4D_x'}\right\} \int_0^t \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-\frac{b^2}{\xi} - a^2\xi\right\} d\xi$$

The integral is given by S.H. Cho #2.9.5:

$$I = \frac{\sqrt{\pi}}{2b}\left(\exp\{-2ab\}\, erfc\left\{\frac{b}{\sqrt{t}} - a\sqrt{t}\right\} + \exp\{2ab\}\, erfc\left\{\frac{b}{\sqrt{t}} + a\sqrt{t}\right\}\right)$$

Substituting for $a$ and $b$:

$$ab = \left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}} \left(\frac{x^2}{4D_x'}\right)^{\frac{1}{2}} = \frac{x}{2\sqrt{D_x'}}\left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}}$$

$$b - at = \left(\frac{x^2}{4D_x'}\right)^{\frac{1}{2}} - \left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}} t$$

$$b + at = \left(\frac{x^2}{4D_x'}\right)^{\frac{1}{2}} + \left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}} t$$

$$\therefore \quad I = \frac{\sqrt{\pi D_x'}}{x}\left(\exp\left\{-\frac{x}{\sqrt{D_x'}}\left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}}\right\} erfc\left\{\frac{1}{\sqrt{t}}\left[\left(\frac{x^2}{4D_x'}\right)^{\frac{1}{2}} - \left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}} t\right]\right\}\right.$$

$$\left. + \exp\left\{\frac{x}{\sqrt{D_x'}}\left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}}\right\} erfc\left\{\frac{1}{\sqrt{t}}\left[\left(\frac{x^2}{4D_x'}\right)^{\frac{1}{2}} + \left(\frac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}} t\right]\right\}\right)$$

39

Defining $\mu = \left( \dfrac{v'^2}{4D_x'} + \lambda \right)^{\frac{1}{2}}$, the solution becomes:

$$c = c_0 \frac{x}{2\sqrt{\pi D_x'}} \exp\left\{ -\frac{xv'}{4D_x'} \right\} \frac{\sqrt{\pi D_x'}}{x}$$

$$\cdot \left( \exp\left\{ -\frac{x\mu}{\sqrt{D_x'}} \right\} erfc\left\{ \frac{x}{2\sqrt{D_x' t}} - \mu\sqrt{t} \right\} + \exp\left\{ \frac{x\mu}{\sqrt{D_x'}} \right\} erfc\left\{ \frac{x}{2\sqrt{D_x' t}} + \mu\sqrt{t} \right\} \right)$$

Simplifying:

$$\boxed{\begin{aligned}
c &= c_0 \frac{1}{2} \exp\left\{ -\frac{xv'}{4D_x'} \right\} \\
&\cdot \left( \exp\left\{ -\frac{x\mu}{\sqrt{D_x'}} \right\} erfc\left\{ \frac{x}{2\sqrt{D_x' t}} - \mu\sqrt{t} \right\} + \exp\left\{ \frac{x\mu}{\sqrt{D_x'}} \right\} erfc\left\{ \frac{x}{2\sqrt{D_x' t}} + \mu\sqrt{t} \right\} \right)
\end{aligned}}$$

b.  Discretized Inflow Concentration History

$$c = \frac{x}{2\sqrt{\pi D_x'}} \sum_{i=1}^{NP} \Delta c_i \int_0^{t-t_i} \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -\lambda\xi - \frac{(x - v'\xi)^2}{4D_x'\xi} \right\} d\xi$$

Making use of the integral:

$$\int_0^U \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{ -a^2\xi - \frac{b^2}{\xi} \right\} d\xi$$

$$= \frac{\sqrt{\pi}}{2b} \left( \exp\{-2ab\} erfc\left\{ \frac{b}{\sqrt{U}} - a\sqrt{U} \right\} + \exp\{2ab\} erfc\left\{ \frac{b}{\sqrt{U}} + a\sqrt{U} \right\} \right)$$

40

the solution becomes:

$$c = \frac{1}{2}\exp\left\{\frac{xv'}{4D_x'}\right\}\sum_{i=1}^{NP}\Delta c_i\left(\exp\left\{-\frac{x\mu}{\sqrt{D_x'}}\right\}erfc\left\{\frac{x}{2\sqrt{D_x'(t-t_i)}} - \mu\sqrt{t-t_i}\right\}\right.$$
$$\left. + \exp\left\{\frac{x\mu}{\sqrt{D_x'}}\right\}erfc\left\{\frac{x}{2\sqrt{D_x'(t-t_i)}} + \mu\sqrt{t-t_i}\right\}\right)$$

where: $\mu = \left(\dfrac{v'^2}{4D_x'} + \lambda\right)^{\frac{1}{2}}$.

c.  <u>Exponentially-decaying Inflow Concentration</u>

- General solution:

$$c = c_0\frac{x}{2\sqrt{\pi D_x'}}\exp\{-\gamma t\}\int_0^t\frac{1}{\xi^{\frac{3}{2}}}\exp\left\{-\frac{(x-v'\xi)^2}{4D_x'\xi} + (\gamma-\lambda)\xi\right\}d\xi$$

An alternative form of this situation is written by expanding the exponential term in the integrand:

$$\exp\left\{-\frac{(x-v'\xi)^2}{4D_x'\xi} + (\gamma-\lambda)\xi\right\}$$
$$= \exp\left\{-\frac{x^2 + 2xv'\xi - v'^2\xi^2}{4D_x'\xi} + (\gamma-\lambda)\xi\right\}$$
$$= \exp\left\{\frac{xv'}{2D_x'}\right\}\exp\left\{-\frac{x^2}{4D_x'\xi} - \left(\frac{v'^2\xi}{4D_x'} - (\gamma-\lambda)\right)\xi\right\}$$

Substituting into the solution yields:

$$c = c_0\frac{x}{2\sqrt{\pi D_x'}}\exp\left\{-\gamma t + \frac{xv'}{2D_x'}\right\}\int_0^t\frac{1}{\xi^{\frac{3}{2}}}\exp\left\{-\frac{x^2}{4D_x'\xi} - \left(\frac{v'^2\xi}{4D_x'} - (\gamma-\lambda)\right)\xi\right\}d\xi$$

41

Alternative solution:

For the case of $\dfrac{v'^2}{4D_x'} \geq \gamma - \lambda$, we can make use of the integral:

$$\int_0^U \frac{1}{\xi^{\frac{3}{2}}} \exp\left\{-a^2\xi - \frac{b^2}{\xi}\right\} d\xi$$

$$= \frac{\sqrt{\pi}}{2b}\left(\exp\{-2ab\}\, erfc\left\{\frac{b}{\sqrt{U}} - a\sqrt{U}\right\} + \exp\{2ab\}\, erfc\left\{\frac{b}{\sqrt{U}} + a\sqrt{U}\right\}\right)$$

and the alternate solution can be written as:

$$\boxed{\begin{aligned} c = \frac{c_0}{2}\exp&\left\{-\gamma t + \frac{xv'}{2D_x'}\right\}\left(\exp\left\{-\frac{x\mu}{\sqrt{D_x'}}\right\}erfc\left\{\frac{x}{2\sqrt{D_x't}} - \mu\sqrt{t}\right\}\right.\\ &\left.+\exp\left\{\frac{x\mu}{\sqrt{D_x'}}\right\}erfc\left\{\frac{x}{2\sqrt{D_x't}} + \mu\sqrt{t}\right\}\right) \end{aligned}}$$

where: $\mu = \left(\dfrac{v'^2}{4D_x'} - (\gamma - \lambda)\right)^{\frac{1}{2}}$.

42

**Exhibit B**

# ATRANS

## Analytical Solutions for Three-Dimensional Solute Transport from a Patch Source

## Testing

Christopher J. Neville
S.S. Papadopulos & Associates, Inc.
Last update: March 30, 2017

Overview

The ATRANS solutions have been checked extensively. The results of six sets of tests are assembled in this supplement to the ATRANS documentation.

| Set | Inflow Concentration History | Solutions |
|:---:|:---:|:---:|
| 1 | Constant | ATRANS1 ATRANS2 ATRANS3 ATRANS4 |
| 2 | Finite duration step | ATRANS3 ATRANS4 |
| 3 | Exponential-decay | ATRANS2 ATRANS3 ATRANS4 |
| 4 | Wexler (1992) | ATRANS1 |
| 5 | West et al. (2007) | ATRANS1 |
| 6 | Batu (1996) | ATRANS1 |

D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc

## 1. Set 1: Continuous Source

- Partially penetrating source
- Constant concentration of patch along influent boundary

Conceptual model



*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

Input parameters:

| | |
|---|---|
| Velocity, $v$ | 10.0 m/yr |
| Longitudinal dispersivity, $\alpha_L$ | 2.5 m |
| Horizontal transverse dispersivity, $\alpha_{TH}$ | 0.25 m |
| Vertical transverse dispersivity, $\alpha_{TV}$ | 0.025 m |
| Effective diffusion coefficient, $D^*$ | 0.0 m²/yr |
| Aquifer thickness, $B$ | 5.0 m |
| Decay coefficient, $\lambda$ | 0.0 yr$^{-1}$ |
| Retardation factor, $R$ | 1.0 |
| Source width, $2\,y_0$ | 25.0 m |
| Bottom of source, $z_1$ | 3.5 m |
| Top of source, $z_2$ | 5.0 m |
| Patch concentration, $c_0$ | 1.0 |

Results:

The ATRANS results are obtained with the four versions of the code, ATRANS1, ATRANS2, ATRANS3 and ATRANS4.

The ATRANS results are compared with results obtained with the analytical solution of Professor E.A. Sudicky, PATCH3D (Sudicky et al., 1099; Salhotra et al., 1995).

*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*



**Figure 1. Breakthrough curves along plume centreline**
**($x$=30,$y$=0,$z$=4.25); ($x$=60,$y$=0,$z$=4.25); ($x$=95,$y$=0,$z$=4.25)**

*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*



**Figure 2. Longitudinal profiles along plume centerline**
$y = 0, z = 4.25$ at times $t = 10, 15, 20$ years

*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

Additional results:

The ATRANS results are compared with results obtained with the numerical simulator MT3DMS. Three MT3DMS solution options are used:

- Finite-difference, upstream weighting; implicit-in-time weighting;
- Finite-difference, centered-in-space weighting; implicit-in-time weighting; and
- TVD (explicit); implicit-in-time weighting of other terms.

Results:

1.  Breakthrough curves along plume centreline:
    at ($x$=30, $y$=0, $z$=4.25); ($x$=60, $y$=0, $z$=4.25); ($x$=95, $y$=0, $z$=4.25)

a.  MT3DMS Finite-difference, upstream weighting; implicit-in-time weighting



*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

b.   MT3DMS Finite-difference, centered-in-space weighting; implicit-in-time weighting



*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

c.  MT3DMS TVD, implicit-in-time weighting of "other" terms



*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

2. Longitudinal profiles along plume centreline:
   $y = 0$, $z = 4.25$ at times $t = 10$, 15, 20 years

a. MT3DMS Finite-difference, upstream weighting; implicit-in-time weighting



*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

b.  MT3DMS Finite-difference, centered-in-space weighting; implicit-in-time weighting



*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

c.  MT3DMS TVD, implicit-in-time weighting of "other" terms



*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

## 2. Set 2: Finite Duration Source

- Partially penetrating source
- Transient concentration of patch along influent boundary

Conceptual model



The ATRANS results are obtained with two versions of the code, ATRANS3 and ATRANS4.

The ATRANS results are compared with results obtained with the numerical solution (MT3D) [MOC advection option, explicit-in-time weighting].

Page 12 of 37

Input parameters:

| | |
|---|---|
| Velocity, $v$ | 10.0 m/yr |
| Longitudinal dispersivity, $\alpha_L$ | 2.5 m |
| Horizontal transverse dispersivity, $\alpha_{TH}$ | 0.25 m |
| Vertical transverse dispersivity, $\alpha_{TV}$ | 0.025 m |
| Effective diffusion coefficient, $D^*$ | 0.0 m²/yr |
| Aquifer thickness, $B$ | 5.0 m |
| Decay coefficient, $\lambda$ | 0.0 yr$^{-1}$ |
| Retardation factor, $R$ | 1.0 |
| Source width, 2 $y_0$ | 25.0 m |
| Bottom of source, $z_1$ | 3.5 m |
| Top of source, $z_2$ | 5.0 m |

Patch concentration history:



*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

Results:



**Figure 3. Breakthrough curves along plume centreline**
**($x$=30,$y$=0,$z$=4.25); ($x$=60,$y$=0,$z$=4.25); ($x$=95,$y$=0,$z$=4.25)**

*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*



**Figure 4. Longitudinal profiles along plume centerline**
**$y = 0$, $z = 4.25$ at times $t = 10, 15, 20$ years**

*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

<u>Additional results</u>:

The ATRANS results are compared with results obtained with the numerical simulator MT3DMS. The MT3DMS results are obtained with the finite-difference advection solution option with centered-in-space weighting and implicit-in-time weighting.

1. Breakthrough curves along plume centreline:
   at ($x$=30, $y$=0, $z$=4.25); ($x$=60, $y$=0, $z$=4.25); ($x$=95, $y$=0, $z$=4.25)



*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

2. Longitudinal profiles along plume centreline:
   $y = 0$, $z = 4.25$ at times $t = 10, 15, 20$ years



### 3. Set 3: Decaying Source

- Partially penetrating source
- Decaying concentration of patch along influent boundary

Conceptual model



*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

Input parameters:

| | |
|---|---|
| Velocity, $v$ | 10.0 m/yr |
| Longitudinal dispersivity, $\alpha_L$ | 1.0 m |
| Horizontal transverse dispersivity, $\alpha_{TH}$ | 0.01 m |
| Vertical transverse dispersivity, $\alpha_{TV}$ | 0.005 m |
| Effective diffusion coefficient, $D*$ | 0.0 m²/yr |
| | |
| Aquifer thickness, $B$ | 7.2 m |
| | |
| Decay coefficient, $\lambda$ | 0.1386 yr$^{-1}$ $\quad \left[ t_{1/2} = 5.0\, yr \right]$ |
| Retardation factor, $R$ | 1.0 |
| | |
| Source width, 2 $y_0$ | 10.0 m |
| Bottom of source, $z_1$ | 5.8 m |
| Top of source, $z_2$ | 6.6 m |

Concentration history of patch:

$$c_0(t) = c_0 \exp\{-\gamma t\}$$

with $c_0 = 1.0$ ; $\gamma = 0.231\ yr^{-1}$ $\left[ t_{1/2} = 30\ yrs \right]$

The ATRANS results are obtained with three versions of the code, ATRANS2, ATRANS3 and ATRANS4. With ATRANS2, the exponentially-decaying concentration is solved analytically. For ATRANS3 and ATRANS4 the time-varying patch concentration is specified explicitly, as shown in the next figure.

The ATRANS results are compared with results obtained with the analytical solution of Professor E.A. Sudicky, PATCH3D (Sudicky et al., 1099; Salhotra et al., 1995).

Page 19 of 37

**Specified inflow concentration history**





**Figure 5. Breakthrough curves along plume centreline**
**($x$=30,$y$=0,$z$=4.25); ($x$=60,$y$=0,$z$=4.25); ($x$=95,$y$=0,$z$=4.25)**

**Figure 6. Longitudinal profile along plume centerline**
$y = 0$, $z = 4.25$ at $t = 10$ years



**Figure 7. Longitudinal profile along plume centerline**
$y = 0$, $z = 4.25$ at $t = 10$ years
**Results re-plotted with log$_{10}$ concentration axis**

*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

## 4. Set 4: Continuous Source
## Wexler (1992) Sample Problem 11

<u>Conceptual model</u>

Wexler (1992) Sample Problem 11 considers the migration of $^{90}$Sr (strontium-90) from a deep radioactive-waste storage facility through a thick, confined aquifer. The conceptual model is shown in Figure 8.



**Figure 8. Conceptual model for Wexler (1992) Sample Problem 11**

*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

Input parameters

The parameters of the problem are listed below.

- Source width = 1200 ft
- Source height = 300 ft
- $y$-Coordinate of lower limit of source = 900 ft
- $y$-Coordinate of upper limit of source = 2100 ft
- $z$-Coordinate of lower limit of source = 1350 ft
- $z$-Coordinate of upper limit of source = 1350 ft
- Groundwater velocity = 1 ft/d
- Longitudinal dispersivity = 100 ft
- Transverse dispersivity = 20 ft
- Source concentration = 100 mg/L
- Half-life of $^{90}$Sr = 28 years.

For the ATRANS input an aquifer porosity of 1.0 is specified. This is not the reflection of the actual aquifer porosity. Normally, the seepage velocity (average linear groundwater velocity) is estimated from the field data, with the groundwater velocity estimated by dividing the Darcy flux by the aquifer porosity. For this example, Wexler (1992) specifies a groundwater velocity of 1.0 ft/d. For the ATRANS-Excel input, specifying a Darcy flux of 1.0 ft/d and an aquifer porosity of 1.0 yields the same average linear groundwater velocity.

Along the $y$-coordinate direction, ATRANS assumes symmetry about the source. A minimum of -1500 ft and maximum of 1500 ft are assigned. The $y$-coordinate will be transfer to a value that is consistent with the Wexler's setup. For instance, the 0 ft value of $y$ coordinate in ATRANS will be equivalent with the $y$=1500 ft in Wexler's setup.

Results

Wexler (1992) simulated the [90]Sr concentration at 150-ft intervals along the *x*-axis for 3900 ft, and at 100-ft intervals along the *y*-axis for 2600 ft. The [90]Sr concentration distribution after 10 years at three different elevations are tabulated in Wexler (1992). The three elevations include: the top of the storage facility ($z = 1650$ ft), 50 ft above the storage facility ($z = 1700$ ft), and 100 ft above the storage facility ($z = 1750$ ft). For this benchmark exercise, [90]Sr concentration profiles along the centerline are compared. The centerline profiles for the three different elevations are shown in Figures 9, 10 and 11. The results obtained with ATRANS are very close to those reported in Wexler (1992). In Figure 12 the plan view concentration contours at the top of the source are superimposed on the results of Wexler (1992). The results match relatively closely.



**Figure 9. Centerline concentration profile at the top of the storage facility ($z = 1650$ ft)**

*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*



**Figure 10. Centerline concentration profile at 50 ft above the storage facility ($z$ = 1700 ft)**

D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc



**Figure 11. Centerline concentration profile at 100 ft above the storage facility ($z$ = 1750 ft)**



**Figure 12. Plan view concentration contours at the top of the storage facility ($z$ = 1650 ft)**

## 5. Set 5: Continuous Source
   ## West et al. (2007)

Conceptual model

West et al. (2007) assessed the Domenico approximate solution with results from the rigorous Wexler (1992) solution. Here we compare the results of ATRANS with their reported results for the Wexler solution, for the case of three-dimensional transport with a constant longitudinal dispersivity. The results of the Wexler solution have been digitized from West et al. (2007) Figure 1. For the West et al. analysis the aquifer is semi-infinite in vertical extent, with the source extending from the top of the aquifer (water table) to a specified penetration depth. For the ATRANS analysis, a relatively large aquifer thickness is specified. To simulate steady-state conditions, the concentrations are plotted for an elapsed time of 1 million years.

Input parameters

The parameters of the problem are listed below.

- Aquifer thickness = 100 m
- Source width = 10 m
- Source penetration depth below the water table = 2.5 m
  Bottom of source, $z_1$ = 97.5 m
  Top of source, $z_1$ = 100 m
- Groundwater velocity = 0.277 m/d (101.2 m/yr)
- Longitudinal dispersivity = 10 m
- Horizontal transverse dispersivity = 1 m
- Vertical transverse dispersivity = 0.1 m
- Source concentration = 11 mg/L
- Non-reactive solute (Retardation factor, $R$ = 1.0, Solute decay rate, $\lambda$ = 0.0)

Page 30 of 37

*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

Results

The steady-state centerline profile digitized from West et al. (2007) is plotted along with the ATRANS results in Figure 13. The ATRANS results match the results from West et al. (2007) relatively closely.



**Figure 13. Steady-state concentration profile along the plume centerline**

## 6. Set 6: Continuous Source
## Batu (1996)

Conceptual model

Batu (1996) checked his general solution for transport from first-type boundary conditions against the analytical solution of Huyakorn et al. (1987). For the checking, Batu considered transport from a single patch along the inflow boundary ($x = 0$). The conceptual model for the Batu analysis is shown in Figure 14. Batu considered both partially and fully penetrating sources. The Batu solution assumes that the aquifer has a finite width; in this particular case a large width is specified such that the aquifer is effectively infinitely wide.



**Figure 14. Conceptual model for Batu (1996) test problem**

*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

Input parameters

The parameters of the problem are indicated in listed below.

- Aquifer thickness = 40 m
- Source width = 243.8 m
- Source thickness = 10 m
- $z$-Coordinate of lower limit of source = 30 m
- $z$-Coordinate of upper limit of source = 40 m
- Groundwater velocity = 30 m/yr
- Longitudinal dispersivity = 15.4 m
- Horizontal transverse dispersivity = 1.54 m
- Vertical transverse dispersivity = 1.54 m
- Source concentration = 1.0 (working in terms of relative concentrations)

*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

Results

The steady-state centerline profile digitized from Batu (1996) is plotted along with the ATRANS results in Figure 15. The ATRANS results match closely the results for the partially penetrating case.



**Figure 15. Steady-state concentration profile along the plume centerline
Partially penetrating source**

*D:\D\ATRANS\Testing\ATRANS_Testing_20170330.doc*

The results for the fully penetrating case of Huyakorn et al. (1987) are shown in Figure 16. The match between ATRANS and the Batu results is close to distances of about 500 m from the source. However, there appears to be a systematic deviation between the two results beyond 500 m.



**Figure 16. Steady-state concentration profile along the plume centerline Fully penetrating source**

It is not clear whether the discrepancy between the results of Batu (1996) and ATRANS is attributable to errors in either one or both of the solutions. To investigate this further, the ATRANS results are plotted against the original results of Huyakorn et al. (1987; digitized from their Figure 9). As shown in Figure 17, the results match more closely for larger distances but this time there are systematic differences closer to the source.



**Figure 17. Steady-state concentration profile along the plume centerline
Fully penetrating source – alternative results**

## References

Batu, V., 1996: A generalized three-dimensional analytical solute transport model for multiple rectangular first-type sources, *Journal of Hydrology*, vol. 174, pp. 57-82.

Huyakorn, P.S., M.J. Ungs, L.A. Mulkey, and E.A. Sudicky, 1987: A three-dimensional analytical method for predicting leachate migration, *Ground Water*, vol. 25, no. 5, pp. 588-598.

Salhotra, A.M., P. Mineart, S. Sharp-Hansen, T. Allison, R. Johns, and W.B. Mills. 1995. Multimedia exposure assessment model (MULTIMED 2.0) for evaluating the land disposal of wastes—Model theory. Final Report. Athens, Georgia: U.S. EPA, Office of Research and Development, Environmental Research Laboratory. [See also Sudicky et al., 1988]

Sudicky, E.A., T.D. Wadsworth, J.B. Kool, and P.S. Huyakorn. 1988. PATCH3D: Three dimensional analytical solution for transport in a finite thickness aquifer with first-type rectangular patch source. Herndon, Virginia: Report prepared by HydroGeoLogic Inc. for Woodward-Clyde Consultants,

West, M.R., B.H. Kueper, and M.J. Ungs, 2007: On the use and error of approximation in the Domenico (1987) solution, *Ground Water*, vol. 45, no. 2, pp. 126-135.

Wexler, E.J., 1992: Analytical Solutions for One-, Two-, and Three Dimensional Solute Transport in Ground Water Systems with Uniform Flow, Techniques of Water Resources Investigations of the United States Geological Survey, Book 3, Chapter B7.