# EXHIBIT 21

Expert Report:

Property Value Damages from Groundwater Contamination

Emanating from the former Northrop Grumman Manufacturing Facility

located at 8020 Deering Avenue, Canoga Park, CA

By:

Dr. Kevin J. Boyle

Behar

v.

Northrop Grumman Corp., et al.

Case No. 2:21-cv-02946

Prepared for:

Plaintiff's Counsel

September 27, 2023

**Summary of Opinion**

- Residential properties in Canoga Park, Winnetka, and Reseda, located in Los Angeles County, CA, are injured by a groundwater contamination plume emanating from the former Northrop Grumman manufacturing site (the "Site") in Canoga Park.

- The groundwater contamination contains volatile organic compounds such as trichloroethylene (TCE) and perchloroethylene (PCE) (documented in the Laton and Kram expert reports).

- Kram and Powder expert reports document the pathway for residential exposure to TCE in homes located over the groundwater contamination plume.

- The California Office of Environmental Health Hazard Assessment[1] and the U.S. Environmental Protection Agency[2] indicate that exposure to TCE can have significant health impacts.

- Environmental contamination, of which groundwater contamination is one example, has been shown to injure residential properties through reduced property values.

- There are 3,787 injured single and two-unit residential properties wholly or partially located over the groundwater contamination plume.

- Public information about the presence and extent of the groundwater contamination plume, the types of contamination and potential effects on human health have not been publicly shared in the community.

- As groundwater contamination is not common knowledge in the communities, injured residential properties have yet to experience the full extent of diminished value.

- As the groundwater contamination plume becomes common knowledge and sellers of properties disclose knowledge of the contamination as required by California law[3], the full extent of the value diminution on injured properties will be realized.

- Residential properties in Canoga Park, Winnetka, and Reseda, located wholly or partially over the groundwater contamination plume, will experience a common property-value diminution of 9.4%.

- Properties located nearer the source of the contamination will have a greater value diminution relative to properties further from the source, with a common gradient of diminution with distance from the Site. Examples are as follows:

---

[1] See: https://oehha.ca.gov/media/downloads/risk-assessment/fact-sheet-california-human-health-screening-levels-chhsls/tceindoorairfactsheet.pdf, accessed August 28, 2022.

[2] See: https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/risk-evaluation-trichloroethylene-tce-0, accessed August 28, 2022.

[3] See: https://leginfo.legislature.ca.gov/faces/codes_displayText.xhtml?lawCode=CIV&division=2.&title=4.&part=4.&chapter=2.&article=1.5., accessed August 28, 2022.

1

- o Properties located 0.1 mile from (adjacent to) the Site will experience an additional 2.0% value diminution and properties located 2.5 miles (at the furthest extent of the plume) from the Site will experience an additional 0.1% value diminution.

- o Example dollar diminutions range from $78,375 (9.5% diminution) at 2.5 miles for a median priced single-family residence in Reseda to $105,165 (11.4%) for a median priced single-family residence in Canoga Park at 0.1 mile.

- o In addition to distance from the Site, value diminutions vary due to differing property values that represent the specific characteristics of each property and different real estate market conditions in the communities.

- The total loss in property values for the 3,787 injured residential properties, located wholly or partially over the groundwater contamination plume, is $259,840,872.

- I reserve the option to revise my opinions if additional information becomes available.

**Qualifications of Dr. Kevin J. Boyle**

Dr. Boyle has a BS in Economics from the University of Maine, MS in Agricultural and Resource Economics from Oregon State University and a PhD in Agricultural Economics with a specialization in Environmental and Resource Economics from the University of Wisconsin.

He is currently the Founding Head (and Blackwood Professor) of the Blackwood Department of Real Estate in the Pamplin College of Business at Virginia Tech[4], which is one of the top undergraduate real estate academic programs in the country:

#1 Best Bachelor's in Real Estate, Bachelor's Degree Center[5]

#3 Best Real Estate Degree Program, Great Business Schools[6]

#5 Best Real Estate Bachelor's Degree, College Factual[7]

#6 Best Real Estate Schools, College Factual[8]

He is recognized as one of the top 100 real estate professional in the United States for 2022.[9]

---

[4] See: https://realestate.vt.edu/.
[5] See: https://www.bachelorsdegreecenter.org/best-real-estate-degrees/, accessed July 16, 2023.
[6] See: https://www.greatbusinessschools.org/best-real-estate-programs/, accessed July 16, 2023.
[7] See: https://www.collegefactual.com/majors/business-management-marketing-sales/real-estate/rankings/top-ranked/bachelors-degrees/, accessed August 17, 2022.
[8] See: https://www.collegefactual.com/majors/business-management-marketing-sales/real-estate/rankings/top-ranked/, accessed July 16, 2023.
[9] See: https://www.thetop100magazine.com/kevin-boyle, accessed August 17, 2022.

2

Dr. Boyle is also a Professor of Agricultural and Applied Economics and a Professor in the Myers-Lawson School of Construction at Virginia Tech.

Dr. Boyle has over 35 years of experience in the economic valuation of environmental amenities and disamenities. One of his specialties is the estimation of property-value models to understand how amenities and disamenities affect real estate market values. Groundwater contamination emanating from a site where hazardous wastes were released, such as the former Northrop Grumman site in Canoga Park, CA, is an example of a disamenity that diminishes property values.

He has studied the property-value impacts of air pollution, forest pest infestations, surface and groundwater quality, urban stormwater infrastructure, tree cover, and other applications on property values. His research on these topics has been published in top peer-reviewed journals (a copy of his current CV is provided herewith). Further he is a co-author on a peer-reviewed journal article documenting the state of the art in the estimation of property-value models (Bishop et al., 2020).

Dr. Boyle has received numerous recognitions for the quality of his research. He received the *Presidential Research and Creative Achievement Award* from the University of Maine in 2001 and was named a *Distinguished Maine* Professor in 2003, which is the highest recognition for faculty at the University of Maine. Most recently, he received the highest research award bestowed by Virginia Tech, *Alumni Award for Research Excellence*.

Dr. Boyle also received the highest recognition from prominent, national professional associations. He is a *Fellow* of the Agricultural and Applied Economics Association and a *Fellow* of the Association of Environmental and Resource Economists, the top professional association of environmental economists in the U.S.

> "*The AERE Fellows Program was instituted in 2005 to recognize individuals who have made outstanding contributions to the advancement of the profession of environmental and resource economics.*"

Since the inception of the AERE Fellow award, only 52 people have been named Fellows.[10]

---

[10] See: https://www.aere.org/aere-fellows-program.

Dr. Boyle has served in several national advisory roles including the External-Environmental Economics Advisory Committee's review of the *Repeal of the Clean Water Rule and its Replacement with the Navigable Waters Protection Rule to Define Waters of the United States (WOTUS)*, the Independent Particulate Matter Review Panel supported by the Union of Concerned Scientists, U.S. Environmental Protection Agency (EPA) Science Advisory Board *Environmental Economics Advisory Committee*, U.S. EPA Clean Air Scientific Advisory *Committee Particulate Matter Review Panel*, and U.S. EPA Science Advisory Board *Advisory Council on Clean Air Compliance Analysis*. Most recently, he advised the White House Office of Science and Technology Policy on best practices for benefit transfers by federal agencies.

Dr. Boyle has served as an economic valuation expert on numerous environmental contamination cases involving surface water, groundwater and other media in Alabama, Ohio, Oklahoma, New Jersey, U.S Virginia Islands, West Virginia, Wisconsin, and other locations. He served as an expert for the National Oceanic and Atmospheric Administration and Department of Justice on the Deepwater Horizon oil spill natural resources damage assessment (Bishop et al., 2017).

**Northrop Grumman Site Contamination**

Past manufacturing operations by Northrop Grumman entities at 8020 Deering Avenue, Canoga Park, California (the "Site") resulted in a groundwater contamination plume that is migrating in a southeasterly direction as shown in Figure 1. The groundwater contamination contains volatile organic compounds such as trichloroethylene (TCE) and perchloroethylene (PCE) (documented in Laton and Kram expert reports). The California Office of Environmental Health Hazard Assessment[11] and the U.S. Environmental Protection Agency[12] indicate that exposure to TCE can have significant health impacts, and expert reports by Kram and Powder document the pathway for residential exposure in homes located over the contamination plume.

---

[11] See: https://oehha.ca.gov/media/downloads/risk-assessment/fact-sheet-california-human-health-screening-levels-chhsls/tceindoorairfactsheet.pdf, accessed August 28, 2022.

[12] See: https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/risk-evaluation-trichloroethylene-tce-0, accessed August 28, 2022.

4

The red line in Figure 1 denotes the groundwater contamination plume. The plume begins in the upper left in Canoga Park and proceeds in a south easterly direction and passes through the community  of Winnetka, and the very southeast tip of the plume enters Reseda. The pink box in the northwest extent of the plume is the Northrop Grumman site that is the origin of the contamination.



**Figure 1. Northrop Grumman Groundwater Contamination Plume Originating from 8020 Deering Avenue, Canoga Park, CA.**
Source: earthforensics, inc.

**Understanding Property Values and the Effects of Environmental Contamination**

Residential and commercial properties are commodities that are differentiated by their characteristics or attributes (Rosen, 1974; Bishop et al., 2020). In the very simplest case, two properties that are identical in all ways except one is zoned commercial and the other is zoned residential will have different market values because the zoning defines how the properties can be used. Another obvious example is two identical residential lots in a subdivision where one has a house built and one that does not; these two properties will have different market values because the former includes the value of the land and the built structure whereas the latter is

5

just the land value. Thus, the market value of any property is a function of the attributes that enhance or diminish value. The approach economists use to quantify the effects of positive and negative attributes on market values is called a hedonic property-value model. This is a statistical method that uses fair market values (arms-length sales) of properties to quantify the amount that property values increase or decrease due to the presence or absence of property attributes. The term hedonic arises from buyers (sellers) acting in their own best interests, paying (asking) more for properties with desirable attributes and paying (asking) less for properties with undesirable attributes.

Hedonic property-value models are a well-accepted method to statistically understand how characteristics affect property values, the relationships between sale prices of properties and their characteristics (Bishop et al., 2020). Specifically, property sale prices are a function of their characteristics that include:

- land features (LF) such as acreage, location, etc.,
- community features (CF) such as zoning, school quality, etc.,
- characteristics of the structures (SC) on the property such as square feet of built area, age of structure, etc., and
- proximity to amenities and disamenities (A/DC) such as open space or pollution.

This relationship is represented in an equation such as the following:

$$sp = \beta_0 + \beta_{LF}LF + \beta_{CF}CF + \beta_{SC}SC + \beta_{A/DC}A/DC + e.$$

Here, *sp* is the sale prices of properties, *LF*, *CF*, *SC* and *A/DC* include property characteristics as described above and *e* is an error term. It is never possible to include all characteristics in an equation due to data limitations; the effects of omitted characteristics are captured in the error term (*e*). The *sp, LF, CF, SC* and */ADC* are data obtained from observed property transactions.

The $\beta_s$ are estimated effects of each characteristic on sale price. If a $\beta$ for a characteristic is positive, this is evidence that the characteristics increases property values and is a measure of the amount the characteristic contributes to the total value of a property. On the other hand, a negative $\beta$ is evidence that the characteristic decreases property values and is a measure of the amount the characteristic diminishes the total value of a property. Whether a $\beta$ is statistically

6

different from zero or not, it is the best estimate of the influence of a property characteristic on property values. The $\beta_s$ are common to all properties within a market and reveal how property values vary for properties with distinct characteristics within the defined market.

Contaminated groundwater is a disamenity that leads to a negative $\beta_{A/DC}$, indicating a diminishment of property values. There are numerous hedonic property-value studies in the peer-reviewed literature showing the value-diminution effects of hazardous contamination sites (e.g., Greenstone and Gallagher, 2008; McCluskey and Rausser, 2003; Thayer et al., 1992). Boyle and Kiel (2001) reviewed studies that measured the effects of pollution on values of properties and, collectively, these studies show that value diminutions from pollution are common and are not unique to specific case studies. They identified 12 studies where property values were diminished by air pollution around properties, with the earliest study dating back to 1967. They cite seven studies, dating back to 1968, where reduced surface-water quality diminished property values. They reference 16 studies where undesirable land uses (including those that lead to groundwater contamination) diminished property values; the earliest of these studies was 1974.

Reviewing the content of Exhibit 3 in Boyle and Kiel, Michaels and Smith (1990) found that property values increased by $190 (1982-84$s) per mile of distance from a hazardous site ($568/mile, January 2023$s).[13] The table shows Kohlhase (1991) found that property values increased by $2,197 (1982-84$s) at one mile from a Superfund site ($6,569 at one mile, January 2023$s). In addition, Smollen, Moore & Conway (1992) found that houses at 2.6 miles from a hazardous waste site increased in value between $8,187 and $11,452 (1982-84$s) ($24,479-$34,241 at 2.6 miles, January 2023$s). Finally, a study by Kiel (1995) found that properties at one mile from a Superfund site increased by $1,377 to $4,610 (1982-84$s) ($4,117-$13,784 at one mile, January 2023$s). The studies reviewed by Boyle and Kiel show that homes located at the same distance from a hazardous waste site experience a common level of diminution with values increasing with distance from the hazardous waste site.

---

[13] Computed using the consumer price index for all urban consumers: https://www.bls.gov/regions/mid-atlantic/data/consumerpriceindexhistorical_us_table.htm, accessed February 26, 2023.

Boyle et al. (2010) and Guignet et al. (2016) both find that groundwater contamination decreases property values.

Thus, the peer-reviewed economics literature that dates to the late 1960s and early 1970s, continuing with more contemporary studies, demonstrates that the presence of pollution reduces the value of residential real estate. These studies show that physical proximity to contamination is an important driver of the diminution of property values so that the closer a property is to the source of the contamination the more its value is diminished.

The effect of contamination on property values can follow multiple pathways. It could be that the contamination has a direct impact on soil, drinking water, in-door air quality or other media directly on a property. Property values can also be impacted by contamination that is migrating toward the property, e.g., a groundwater plume. In addition, even when there are actions to stem the spatial spread of the contamination or remediate the contamination, people may fear the actions were incomplete or imperfect or that the safety threshold may not be sufficiently protective. In addition, people may not desire to live over or near an area that has a known history of contamination. These pathways of exposure to environmental contamination and concern about proximity to the contamination all can result in reduced property values.

**Estimating Impacts of Contamination on Property Values.** There are two common approaches used in the published literature to estimate the environmental amenity/disamenity impacts on property values. The first is to estimate a hedonic model as described in the preceding paragraph. The impact ($\beta_{A/DC}$) is estimated by including variables in the equation that measure the extent of contamination or proximity of a property to the contamination. The other variables in the equation, *LF*, *CF* and *SC*, control for differences in characteristics of properties that can also affect value.

A condition for this estimation is that people in the community are aware of the contamination and the real estate market has adjusted to the information. However, in the case of the Northrop Grumman site, knowledge of groundwater contamination is not common knowledge to home sellers and home buyers. Public information has not been released regarding the presence and extent of the groundwater contamination plume, the types of contaminates

8

nor the potential human health effects of the contaminates. Thus, market values of injured residential properties have not experienced the full extent of diminished value. As the groundwater contamination plume becomes common knowledge and sellers of properties disclose knowledge of the contamination to buyers, as required by California law[14], the full extent of the value diminution from the environmental contamination will the realized. This condition precludes the ability to estimate a hedonic model to identify the magnitude of property value diminution.

The second approach to estimating property-value diminution, meta-analysis[15], is uniquely designed to compute the full extent of the groundwater contamination plume on property values once the injury is known by sellers and revealed to buyers. This is because a meta-analysis supports computing property-value diminutions based on information provided, collectively, by hedonic property-value studies of the effects of environmental contamination on property values that were conducted in locations where the contamination was common public knowledge.  Thus, a meta-analysis is a statistical summary of the results from many hedonic studies (Nelson and Kennedy, 2009; Stanley, 2001).  The multiple hedonic studies collectively present variation in site-specific characteristics such that is possible to compute property-value diminutions customized to sites where a hedonic study has not or cannot (case with the current Site) be estimated.  Stanley (2001) states that:

> "(i)*f a number of independent studies have been conducted on a particular subject, using different data sets and methods, then combining their results can furnish more insight and greater explanatory power than the mere listing of individual results*" (p. 131).

In the current instance, a meta-analysis can be applied to compute the common property-value diminution calibrated to properties and contamination conditions in Canoga Park, Winnetka, and Reseda. Meta-analysis, using multiple hedonic studies, exploits variation in application

---

[14] See:
https://leginfo.legislature.ca.gov/faces/codes_displayText.xhtml?lawCode=CIV&division=2.&title=4.&part=4.&chapter=2.&article=1.5., accessed August 28, 2022.
[15] Meta-analysis is a procedure that is widely used in economics and other fields of study to statistically summarize results from multiple empirical studies; economic applications for environmental disamenities include Braden et al. (2011), Kiel and Williams (2007), Ready (2010) and Simons and Saginor (2006).

characteristics across the multiple hedonic studies to develop customized predictions.  Stanley (2001) states that

> "(i)*f a number of independent studies have been conducted on a particular subject, using different data sets and methods, then combining their results can furnish more insight and greater explanatory power than the mere listing of individual results*" (p. 131).

Based on the statistical summary of results from multiple studies, a meta-analysis equation can be used to make customized predictions of diminutions in property values.

**Meta-analysis of Property-value Diminutions.** Meta-analysis is like hedonic property-value models but applied to different data. Where a hedonic model explains variation in property sale prices, a meta-analysis, as applied here, explains how estimated property-value diminutions from hedonic studies vary in terms of characteristics of the studies.

A meta-analysis takes observations on a variable of interest (sale-price diminution as used here) and estimates an equation that explains variation in this variable across studies as a function of key study characteristics. A general meta-equation can be written as:

$$\beta_{spd} = \gamma_0 + \gamma_1 S + \gamma_2 M + \gamma_3 D + \gamma_4 E + \varepsilon.$$

Here, $\beta_{spd}$ is the estimated value diminution from original hedonic studies, $S$ is study-site conditions of the hedonic studies (e.g., the type and extent of contamination), $M$ are market conditions (e.g., unemployment rate), $D$ are population demographics (e.g., suburban/rural), $E$ are study estimation procedures characteristics (e.g., sample size), and $\varepsilon$ is an error term to account for hedonic study characteristics where the data are not available.  In this manner, a meta-analysis can inform what is learned collectively from a set of hedonic property-value studies while controlling for differences across studies.

**Approach Used to Compute Property-Value Diminution**

A two-step approach will be used to compute value diminutions for injured properties.  In the first step, I will record the market values of properties. These market values consider differences in property values due to unique characteristics of individual properties and differences in market conditions across the three communities. As the property transactions will

have occurred through time, I will use the Federal Reserve Bank of St. Louis All-Transactions House Price Index[16] to update sale prices to August 2023 dollars for Los Angeles County.[17] This approach provides property-specific baseline values for injured properties.

The second step will be the application of a percentage property-value diminution customized to the properties injured by groundwater contamination from the Northrop Grumman site. A meta-equation of property-value diminution, estimated by Simons and Saginor (2006) (S&S hereafter), will be used to compute the customized property-value diminution common to injured properties. The S&S meta-analysis is based on many hedonic property-value studies that were estimated using thousands of actual property sale prices.

As the full extent of property-value diminutions have not been realized at this time, applying the common property value diminution from the meta-analysis to current market values of properties allows the computation of property-value losses specific to each property once the contamination plume becomes common knowledge to buyers and sellers of properties.

It should be noted that it is not necessary for property values to decline in the face of environmental contamination as other market conditions may cause market values to rise. The appropriate question, whether market values decline, remain unchanged or increase, is to ask what the market values would be in the absence of contamination.

Notably, when appraisers use the "sales comparison approach" they are conducting a very simple meta-analysis, and when they apply the outcome of their analysis to a property, they are transferring the outcome to estimate the property value. The approach here is similar, except statistical analyses with much more data are used to compute more reliable property-value diminutions due to environmental contamination.

**Meta-Analysis of Property-value Diminutions.** The S&S meta-equation explains differences in percentage decreases in property values. S&S identified 58 studies where the impacts of disamenities (negative amenities) were valued, which generated 184 observations. I use the equation where outlier observations have been removed from the data (S&S, Exhibit 3,

---

[16] See: https://fred.stlouisfed.org/series/USSTHPI, accessed September 15, 2023.
[17] See: https://fred.stlouisfed.org/series/ATNHPIUS06037A, accessed September 15, 2023.

**Table 1. Meta Equation Variable Definitions**
**(Source: Simons and Saginor, 2006)**

| Variables | Definitions |
|---|---|
| **Dependent Variable** | |
| DIMPERC | Percent loss in property Value |
| **Independent Variables** | |
| Constant | Residual effect after all variables defined below are accounted for |
| Real 2003$ value | Average sale price in 2003 dollars for each study |
| Northeast | =1 if study conducted in the Northeast region, 0 otherwise |
| Industrial Midwest | =1 if study conducted in the Industrial Midwest region, 0 otherwise |
| South | =1 if study conducted in the South region, 0 otherwise |
| Farmland | =1 if study conducted in the Farmland region, 0 otherwise |
| Mineral Extraction | =1 if study conducted in the Mineral Extraction region, 0 otherwise |
| Southern Calif. | =1 if study conducted in Southern California, 0 otherwise |
| Northern Calif. | =1 if study conducted in the Northern California, 0 otherwise |
| U.S. | =1 if a national study, 0 otherwise |
| Sudden | =1 if contamination from a sudden event, 0 otherwise |
| NFA Postrem | =1 if remediation completed, 0 otherwise |
| Log of distance | Natural log of the average property distance from border of contamination site |
| Nukemanf | =1 if nuclear facility, 0 otherwise |
| Superfill | =1 if hazardous waste site, 0 otherwise |
| Groundwater | =1 if groundwater contamination, 0 otherwise |
| AirCAFO | =1 if air pollution from a confined animal feeding operation (CAFO) |
| Urban disamenity | =1 if an urban disamenity, 0 otherwise |
| Litigation dummy | =1 if litigation filed, 0 otherwise |
| Announcement of a bad thing | =1 if public announcement of contamination, 0 otherwise |
| Announcement of closing | =1 if announcement of closing contamination site, 0 otherwise |
| Suburban | =1 if study conducted in an urban market, 0 otherwise |
| Rural | =1 if study conducted in a rural market, 0 otherwise |
| Mix | =1 if study conducted in a mixed market, 0 otherwise |
| Unemployment | Unemployment rate in county from the 2000 Census |
| 30yrrt | Conventional 30-year mortgage rate |
| Log of sample size | Natural log of the number of properties in hedonic analyses |
| Case | =1 if case study, 0 otherwise |
| Survey | =1 if survey-based study, 0 otherwise |
| Other | =1 of other study method, 0 otherwise. |

12

page 85). The 184 observations were used to estimate the effects of each of the variables listed in Table 1 on the percent loss in property values. I use this equation to compute the likely percent property-value diminutions of properties injured by groundwater contamination emanating from the Site.

The independent variables in Table 1 that S&S used to explain changes in the percentage decrease in property values include average sale prices of properties in each study area, geographic location of each study, type of pollution, community characteristics, etc. These variables are explained starting on page 74 of S&S. The meta-analysis equation is used to compute property-value diminution by setting the value of the explanatory variables (S, M, D and E, above) to customize the calculation to conditions commonly experienced by the injured properties.

Notable variables that apply to the injured properties include "Southern Calif." (identifies the region of the country where Canoga Park, Winnetka and Reseda are located), "Log of distance" (distance from the Site to properties), "Superfill" (hazardous waste disposed at Site), "Groundwater" (identifies groundwater contamination), "Litigation dummy" (litigation has been initiated), "Announcement of a bad thing" (public announcements of the contamination), "Suburban" (properties are located in a suburban area),  and "Unemployment", "30yrrt" and "Log of sample size".

I do not use the variables for Case and Survey studies when computing the percentage property-value diminutions. Thus, the percentage diminution is based on hedonic studies of actual market transactions of residential properties faced with environmental contamination.

**Benefit Transfer.** Using the S&S meta-equation to compute the value diminutions for the injured properties is referred to as a benefit transfer. Benefit transfer is a widely used method to calculate natural resource values, both enhancements and diminutions, using existing value data (see *Ecological Economics*, Vol. 60 (2), 2006).  "Value transfer" is a more appropriate label because the procedure is used to transfer values for situations that constitute an increase in value (benefit) or a decrease in value (cost).  I will follow the common language in the peer-reviewed economics literature and refer to this approach as a "benefit transfer".

13

Bergstrom and De Civita (1999) state that benefit transfer is an analysis procedure that is widely used by government agencies for computing benefits and costs of changes in natural resources. There have been many peer-reviewed applications of benefit transfer including health benefits from improved air quality (Krupnick et al., 1996), clean water and ecological benefits (Iovanna and Griffiths, 2006), and improved water quality (Barton, 2002).  In addition to the resource applications, many studies have also investigated methodological improvements in benefit transfers (Johnston et al., 2021).

The U.S. EPA *Guidelines for Preparing Economic Analyses* (2010) recognize benefit transfer as an accepted method of economic analysis and recommends the following "steps for conducting a benefit transfer" (p. 7-45 – 7-49):

1.  Develop the policy case.
2.  Select study cases.
3.  Transfer values.

In the current application, the "policy case" is the contamination of groundwater and the effect of this contamination on property values.  The study cases have already been selected and they are the studies that S&S selected for their meta-analysis.  I will use the estimated S&S meta-equation to transfer property-value diminutions calibrated to injured properties in Canoga Park, Winnetka, and Reseda. The meta-equation percentage property-value diminution is transferred by multiplying current market values for each property by the percentage value diminution.

The EPA guidance states that:

"*benefit function transfers are preferable to unit value transfers as they incorporate information relevant to the policy scenario*" (p. 7-47).

A meta-equation transfer is such a function, and the relevant information, variables in the meta-equation, allows for computing transferred value diminutions that are calibrated to injured properties.  A unit-value transfer would take a percentage diminution in value from a single hedonic study to support the transfer. The EPA guidance suggests that meta-function is an appealing transfer approach because the variables in the equation allow the analyst to control "*confounding variables*" (p. 7-48).

14

A function transfer has a direct advantage over a unit-value transfer because matching (or fit) of an individual study to current conditions is not necessary. The collective variation in the study cases used in the meta-analysis allows the function to predict a value that is calibrated to policy-site conditions. The S&S estimated meta-equation allows just such a calibrated calculation of the percentage reduction in residential property values injured by the groundwater contamination plume emanating from the Site.

Using the S&S meta-analysis equation to compute residential property-value diminutions, variables in the equation are coded to calibrate a customized property-value diminution estimate for conditions in Canoga Park, Winnetka, and Reseda. The variables selected and the assigned values are:

- Constant – This represents all factors that influence property-value diminutions that are not controlled by the variables in the equation. This variable is multiplied by "1" to include it in the property-value diminution calculation.

- Real 2003$ value – This represents the market value of properties in the area affected by the contamination. While this variable is relevant, the parameter estimate on this variable is so small (<0.000) that it does not influence the property-value diminution calculation.

- Southern Calif. – This identifies the region of the country where Canoga Park, Winnetka, and Reseda are located. This variable is multiplied by "1" to include it in the property-value diminution calculation.

- Log of distance – This uses the centroid of the Site to the centroid of the location of injured properties (*propdist*). The maximum distance is set at three miles (*maxdist*); the distance from the Site to the furthest extent of the groundwater contamination plume. The calculation is as follows:

$$0.006 x [\ln(\max dist) - \ln(propdist)] \, x100 x(-1)$$

  where 0.006 is the coefficient estimated by S&S and the product is multiplied by -1 as more distant properties are valued more highly than properties located near the Site; the value diminution increases for properties closer to the Site.

- Superfill – This variable indicates the presence of a property with hazardous waste, which is the condition of the Site. This variable is multiplied by "1" to include it in the property-value diminution calculation.

- Groundwater – This variable indicates that groundwater contamination has occurred. This variable is multiplied by "1" to include it in the property-value diminution calculation.

15

- Litigation dummy – This variable indicates ongoing litigation related to the contamination. This variable is multiplied by "1" to include it in the property-value diminution calculation.

- Announcement of a bad thing – This variable indicates a public announcement that contamination is present, which will be the case when property owners must reveal the contamination when they sell their properties.  This variable is multiplied by "1" to include it in the property-value diminution calculation.

- Suburban – This variable indicates that the contamination occurred in a suburban area. This variable is multiplied by "1" to include it in the property-value diminution calculation.

- Unemployment rate – This variable indicates the unemployment rate in the area where the contamination is located.  I used the August 2023 unemployment data for Los Angeles County (5%).[18]

- 30yrrt – This variable is the mortgage rate for a 30-year conventional mortgage.  I used the loan rate for a conventional 30-year mortgage as of February 26, 2023, provided by *Realtor.com for* Los Angeles (7.77%).[19]

- Log of sample size – This is the log of the sample size used to estimate the hedonic equations that were the basis of the meta-equation data.  S&S did not report his information, but Ready (2010) did include sample sizes for hedonic studies of proximity to landfills that supported his meta-analysis. Given the data Ready provides in his Exhibit 3 (p. 331), sample sizes for specific landfills are used to compute an average of 1,612 properties. This is a plausible and conservative number as sample sizes for hedonic equations can range from less than a hundred to tens of thousands.

The results of the calculated property-value diminution effects are summarized in Table 2.  The first column repeats the variable names from Table 1.  The second column presents the effects of each variable on property-value diminutions as estimated by S&S (see Exhibit 3, p. 85 in their report).  The third column is the coding for relevant variables as discussed in the bullets immediately above.  The fourth column presents the calibrated predictions of property-value diminution effects common to all injured properties.  The common property-value diminution is a reduction of 9.4% without factoring distance from the Site. The effect of distance on the total property-value diminution is discussed below.

---

[18] See: https://www.labormarketinfo.edd.ca.gov/file/lfmonth/la$pds.pdf, rates change monthly, accessed September 24, 2023.

[19] See: https://www.realtor.com/mortgage/rates/Los-Angeles_CA, rates change daily, accessed September 24, 2023.

**Table 2. Meta-equations and Percentage Changes in Property Values**
**(Source: Simons and Saginor, 2006)**

| Estimated Meta-equation | | Predicted Losses in Property Values | |
|---|---|---|---|
| Independent Variables | Coefficient Estimates (CE) | Coding | Percent Effects (CE x Coding x 100) |
| Constant | -0.043 | 1 | -4.3 |
| Real 2003$ value | 0.000 | 1 | 0 |
| Northeast | -0.041 | 0 | 0 |
| Industrial Midwest | -0.087*[a] | 0 | 0 |
| South | -0.074* | 0 | 0 |
| Farmland | -0.101* | 0 | 0 |
| Mineral Extraction | 0.021 | 0 | 0 |
| Southern Calif. | 0.023 | 1 | 2.3 |
| Northern Calif. | 0.041 | 0 | 0 |
| U.S. | 0.007 | 0 | 0 |
| Sudden | 0.064 | 0 | 0 |
| NFA Postrem | 0.115 | 0 | 0 |
| Log of distance | 0.006* | -{ln($maxdist$)-ln($propdist$)} | See Table 3 |
| Nukemanf | -0.097* | 0 | 0 |
| Superfill | -0.048 | 1 | -4.8 |
| Groundwater | -0.085 | 1 | -8.5 |
| AirCAFO | -0.091* | 0 | 0 |
| Urban disamenity | -0.043 | 0 | 0 |
| Litigation dummy | -0.061* | 1 | -6.1 |
| Announcement of a bad thing | 0.012 | 1 | 1.2 |
| Announcement of closing | 0.128* | 0 | 0 |
| Suburban | 0.001 | 1 | 0.1 |
| Rural | -0.102* | 0 | 0 |
| Mix | -0.013 | 0 | 0 |
| 2000 unemployment rate | 0.004 | 5 | 2.0 |
| 30yrrt | 0.014* | 7.77 | 10.9 |
| Log of sample size | -0.003 | ln(1,612) | -2.2 |
| Case | -0.116* | 0 | 0 |
| Survey | -0.063* | 0 | 0 |
| Other | 0.083 | 0 | 0 |
| Total Effect | | | -9.4% |

[a] Indicates coefficient estimates are significant at the 10% level.

17

Some but not all variables used to predict the calibrated property-value diminution of approximately 9.4% are statistically significant (denoted by asterisks in Table 2) in S&S's estimated meta-equation.  The estimated coefficients, however, are the best estimates of the variable effects and all relevant variables that increase and decrease the predicted property-value diminution are included whether they are statistically significant or not.

**Factoring in Distance from Northrop Grumman Site.** All injured properties share the common value diminution of 9.4% as shown in Table 2. Injured properties also share a common distance effect of a 0.6% increase (0.006x100) in property values with each mile of distance from the Site (Table 2). Thus, the full diminution of value for any specific property is 9.4% plus the diminution for being located closer to the source of the contamination.

I use three distances from the Site and median sale prices of single-family homes in Canoga Park, Winnetka, and Reseda to demonstrate the likely property-value diminutions of the groundwater contamination on single-family residences. I use these examples because the plume originates in Canoga Park that has properties located closest to the source of the contamination, passes through Winnetka, and then the tip of the plume enters Reseda (see Figure 1). The distances used are:

- Canoga Park – 0.1 miles (adjacent to the source of the contamination),
- Winnetka – 1.0 mile, and
- Reseda – 2.5 miles (approximately the furthest extent of the contamination plume).

Following the S&S equation, the value diminution due to proximity to the source of the contamination is computed for each distance using the following equation:

$$0.006x[\ln(maxdist) - ln(propdist)]x100x(-1)$$

The 0.006 is the estimated distance coefficient from S&S as shown in Table 2. I set *maxdist* at a range where property values beyond that point are may not be injured by the contamination; three miles. Property values diminish from this point with closer proximity to the source of the contamination. The current contamination plume has extended about 2.5 miles from the Site; properties located beyond 3 miles from the site are 0.5 miles or more from the perimeter of the

18

groundwater contamination plume. The variable *propdist* is a property-specific distance from the Site, one example distance for each community, as denoted in the bullets immediately above.

The property-value diminution with proximity to the Site ranges from 0.1% to 2.0%, and the total diminution, when the common and distance diminutions are summed, ranges from 9.5% to 11.4% (Table 3). The total diminutions in Table 3, divided by 100, is multiplied by the median sales price for each community (see Appendix) to compute example property-value diminutions. The example property-value diminutions range from $83,325 at 2.5 miles in Reseda to $106,425 in Canoga Park at 0.1 miles. While all properties experience a common diminution in value and a common diminution effect with distance, the dollar diminutions vary because the diminutions diminish with distance and the median selling prices differ across communities. These are example are property-value diminutions that will be realized losses when knowledge of the groundwater contamination within the communities is known, and homeowners are required to disclose the contamination when selling properties.

**Table 3. Example Property-value diminutions**

| Community | *propdist* (miles) | Common Diminution | Distance Diminution | Total Diminution | Median Sale Price (Sept. 24, 2023) | Value Diminution |
|---|---|---|---|---|---|---|
| Canoga Park | 0.1 | 9.4% | 2.0% | 11.4% | $922,500[a] | $105,165 |
| Winnetka | 1.0 | 9.4% | 0.7% | 10.1% | $820,000[b] | $82,820 |
| Reseda | 2.5 | 9.4% | 0.1% | 9.5% | $825,000[c] | $78,375 |

[a] Source: https://www.realtor.com/realestateandhomes-search/Canoga-Park_CA/overview, accessed September 24, 2023.
[b] Source: https://www.realtor.com/realestateandhomes-search/Winnetka_CA/overview, accessed September 24, 2023.
[c] Source: https://www.realtor.com/realestateandhomes-search/Reseda_CA/overview,  accessed September 24, 2023.

**Value Diminutions of Injured Properties**

Property value diminutions, using the above procedure, are computed for each of the 3,814 residential properties located wholly or partially over the contamination. These properties included single family and duplex residences. The number of injured properties is less than the number indicated in Figure 1 of 3,858. The reason for this difference is that the 3,858 count includes all properties that have a GIS locater, but some properties did not have street addresses

or residences listed, which precludes computing property-value diminutions, and are not included in the final list of injured properties.

The property-value diminution calculations for injured properties are calculated using the most recent sale price of each injured property. Sale prices represent the market value of properties and differences in sale prices across properties reflect differences in property characteristics (e.g., square footage of living area and age of the structure). In addition, the sale prices account for differences in the market conditions across the three communities. As the sale prices occur through time, they are updated to August 2023 values using the Federal Reserve Bank of St. Louis *All-Transactions House Price Index for Los Angeles County, CA*.[20] These current property values are then multiplied by the sum of the common property-value diminution of 9.4% and plus property-specific distance diminution factors.

The following protocol was followed to obtain property-values for computing individual property damages:

1st.  Data from the Los Angeles County Assessor's office provides the base property data.

2nd.  The groundwater contamination plume is overlaid to identify injured properties located fully or partially over the plume.

3rd.  Injured properties are those in the Assessor data that are coded "single family" or "two unit". Properties with other designations, "five of more apartments" or have designations that are not residential, are excluded. In addition, properties without street addresses are excluded.

4th.  This results in 3,787 injured properties.

5th.  Sale prices of injured properties are obtained using the following protocol.

    a.  If sale-price data were available from Zillow, these sale prices are used in the damage calculations. The sale price for one property was obtained from Redfin.

    b.  If Zillow (or Redfin) sale-price data were not available, the current assessed value was discounted back to the county base year[21] for property-tax assessments using a 2% annual rate[22].

6th.  The property values were then updated to August 2023 values using the Federal Reserve price index.

---

[20] See: https://fred.stlouisfed.org/series/ATNHPIUS06037A, accessed September 15, 2023.
[21] See: https://www.sccassessor.org/faq/understanding-proposition-13, accessed September 26, 2023.
[22] See: https://assessor.lacounty.gov/real-estate-toolkit/proposition-13, accessed September 25, 2023.

Applying the percentage property value diminutions, the aggregate diminution in value, resulting from the groundwater contamination plume emanating from the former Northrop Grumman manufacturing facility at 8020 Derring Avenue in Canoga Park, is $259,840,872. Individual property-value diminutions are reported in the accompanying excel spreadsheet that is provided as a separate document because it is too large to incorporate in this report.

**Reliability of Methods**

The methods relied upon in my expert report are accepted by the economics and real estate professions, published in peer-reviewed scientific journals, and have peer-reviewed guidance for implementation. Google Scholar searches of the scientific literature result in:

- 133,000 citations for "hedonic property-value models"[23],

- 3,690,000 citations for "economic meta-analysis"[24], and

- 3,560,000 citations for "economic benefit transfers"[25].

These levels of citations indicate each of the methods are well accepted by economists, real estate professionals and individuals in other disciplines.[26]

*Hedonic Property-value models* are accepted and published in peer-reviewed journals in the fields of environmental economics (Gopalakrishnan et al., 2011; Kim et al., 2003; Landry and Hindsley, 2011; Nelson, 1978; Siriwardena, 2016), real estate (Chamblee et al., 2015; Lipscomb et al., 2013; Reichert et al., 1992; Sirmans et al., 2005), and appraisal (Bible and Hsieh, 2001; Laurice and Bhattacharya, 2005; Leopoldsberger et al., 2011; Wyman and Sperry, 2010).

Hedonic models have been widely applied to estimate  diminutions in property values from environmental contamination, including several contemporary applications (Chamblee et al., 2015; Guignet et al., 2016; Kim et al., 2020; Walsh and Mui, 2017) and a summary of early studies is provided in Boyle and Kiel (2001). It is this type of analysis, based on actual sale prices of residential properties, which is the basis of the S&S meta-analysis that is relied on in this expert report.

Bishop et al. (2020) provides best-practice guidance for the estimation of hedonic property-value models.

---

[23] See: https://scholar.google.com/scholar?hl=en&as_sdt=0%2C47&q=hedonic+property+value+models&btnG=. Accessed August 22, 2022.

[24] See: https://scholar.google.com/scholar?hl=en&as_sdt=0%2C47&q=economic+meta-analysis&btnG=, accessed August 22, 2022.

[25] See: https://scholar.google.com/scholar?hl=en&as_sdt=0%2C47&q=economic+benefit+transfer&btnG=, accessed August 22, 2022.

[26] The citation counts increase as additional documents are identified.

Chapter 7 of the U.S. EPA Guidelines for Preparing Economic Analyses recognizes hedonic property-value models for measuring losses from environmental contamination.[27]

***Meta-analysis*** is accepted and published in peer-reviewed journals in the fields of environmental economics (Barrio and Loureiro, 2010; Brander et al., 2006; Newbold and Johnston, 2020; Smith and Huang, 1995) and real estate (Debrezion et al., 2007; Devaux and Dubé, 2016; Flage, 2018; Flower and Ragas, 1994; Saginor et al., 2011; Sirmans et al., 2005; Turnbull and Zheng, 2021).

Meta analysis is also widely used in disciplines beyond economics and real estate such as education (Hedges, 1992), epidemiology (Stroup et al., 2000), medicine (Glantz, 2008) and psychology (Sedlmeier, 2012).

The S&S meta-analysis relies on the results from studies, like those cited in the preceding paragraph, which provide investigations of property-value diminutions based on results from multiple hedonic property-value studies that rely on thousands of property transactions.

Nelson and Kennedy (2009) provide best-practice guidance for the estimation of meta equations.

The U.S. EPA Guidelines for Preparing Economic Analyses present meta-analysis as an accepted procedure for supporting a benefit transfer.  The guidance states:

> "(t)*here are several approaches for transferring values from study cases to the policy case. These include unit value transfers, value function transfers, and non-structural or structural meta-analysis. … As a general rule, the more related case study estimates involved in a benefit transfer, the more reliable the estimate.*"[28] (p. 7-46, 2nd  col., 2nd para.).

Meta-analyses, based on original studies, provide the most information to support a calibrated benefit-transfer estimate.

---

[27] See: p. 7-9, Table 7.1 and p. 7-17, https://www.epa.gov/sites/default/files/2017-09/documents/ee-0568-07.pdf.
[28] See: p. 7-46, 2nd  col., 2nd para.,  https://www.epa.gov/sites/default/files/2017-09/documents/ee-0568-07.pdf.

*Benefit Transfer* is an accepted procedure published in peer-reviewed environmental economics journals (Moeltner and Woodward, 2009; Richardson et al., 2015; Smith et al., 2002; Wilson and Hoehn, 2006).

Johnston et al. (2021) provide best-practice guidance for the conduct of benefit transfers.

The USEPA guidance on estimating values for pollution includes benefit transfers as an accepted approach.[29] U.S. EPA economists present examples of where the agency used benefit transfers to estimate the benefits of major U.S. environmental policies (Griffiths and Wheeler, 2005; Newbold et al., 2018; Wheeler, 2015).

**Testimony Last Four Years**

Rosalie Romano, et al. v. Northrop Grumman Corporation, et al., United States District Court, Eastern District of New York, Civil Division, No. 16-CV-5760 (Deposition - February 24, 2022)

Lazy S Ranch Properties, LLC, an Oklahoma Limited Liability Company v. Valero Terminaling and Distribution Company, Valero Partners Operating Co. LLC, and Valero Partners Wynnewood, LLC. United States District Court Eastern District of Oklahoma, Case No. 19-cv-425-JWB (Deposition - September 20, 2022)

Distribution of Cable Royalty Funds, Consolidated Docket Number No. 16-crb-0009 cd (2014-17), Copyright Royalty Judges, Library of Congress, Washington, D.C. (Testimony - March 2023)

**Consulting Rate**

- $450/hour for analysis and report preparation

- $900/hour for deposition and testimony

September 27, 2023

---

[29] See: Section 7.4, page 7-44, https://www.epa.gov/sites/default/files/2017-09/documents/ee-0568-07.pdf.

24

## References

Barrio, M. and Loureiro, M.L. 2010. A meta-analysis of contingent valuation forest studies. *Ecological Economics*, 69 (5), 1023-1030.

Barton, D.N. 2002. The Transferability of Benefit Transfer: Contingent valuation of water quality improvements in Costa Rica. *Ecological Economics*, 42 (1-2), 147-164.

Bergstrom, J.C. and De Civita, P. 1999. Status of benefits transfer in the United States and Canada: a review. *Canadian Journal of Agricultural Economics*, 47( 1): 79-87.

Bible, D.S. and Hsieh, C. 2001. Gated communities and residential property values. *The Appraisal Journal*, 69 (2), 140-145.

Bishop, K.C., N.V. Kuminoff, H.S. Banzhaf, K.J. Boyle, K. von Gravenitz, J.C. Pope, V.K. Smith, and C.D. Timmins. 2020. Best Practices in Using Hedonic Property-value models to Measure Willingness to Pay for Environmental Quality. *Review of Environmental Economics and Policy*, 14 (2), 260–281.

Bishop, Richard C., Kevin J. Boyle, Richard T. Carson, David Chapman, W. Michael Hanemann, Barbara Kanninen, Raymond J. Kopp, Jon A. Krosnick, John List, Norman Meade, Robert Paterson, Stanley Presser, V. Kerry Smith, Roger Tourangeau, Michael Welsh, Jeffrey M. Wooldridge, Matthew DeBell, Colleen Donovan, Matthew Konopka, Nora Scherer. 2017. Putting a value on injuries to natural assets: The BP oil spill. *Science*, 356 (6335), 253-254.

Boyle, M., and K. Kiel. 2001. A Survey of House Price Hedonic Studies of the Impact of Environmental Externalities. *Journal of Real Estate Literature*, 9 (2), 117-143.

Boyle, K.J., N.V. Kuminoff, C.F. Parmeter and J.C. Pope. 2010a. The Benefit Transfer Challenges. *Annual Review of Resource Economics*, 2, 161-182.

Braden, J.B., Feng, X. and Won, D. 2011. Waste sites and property values: a meta-analysis. *Environmental and Resource Economics*, Vol. 50 (2), 175-201.

Brander, L.M., Florax, R.J. and Vermaat, J.E. 2006. The empirics of wetland valuation: a comprehensive summary and a meta-analysis of the literature. *Environmental and Resource Economics*, 33 (2), 223-250.

Chamblee, J.F., Dehring, C.A., Depken, C.A. and Nicholson, J.R. 2015. Water Contamination, Land Prices, and the Statute of Repose. *The Journal of Real Estate Finance and Economics*, 51 (3), 398-414.

Debrezion, G., Pels, E., and Rietveld, P. 2007. The impact of railway stations on residential and commercial property value: A meta-analysis. *Journal of Real Estate Finance and Economics*, 35, 161-180.

Devaux, N. and Dubé, J. 2016. About the influence of time on spatial dependence: A meta-analysis using real estate hedonic pricing models. *Journal of Real Estate Literature*, 24 (1), 31-66.

Flage, A. 2018. Ethnic and gender discrimination in the rental housing market: Evidence from a meta-analysis of correspondence tests, 2006–2017. *Journal of Housing Economics*, 41,251-273.

Flower, P., and Ragas, W. 1994. The effects of refineries on neighborhood property values. *Journal of Real Estate Research*, 9 (3), 319-338.

Glantz, S.A. 2008. Meta-analysis of the effects of smokefree laws on acute myocardial infarction: an update. *Preventive Medicine*, 47 (4), 452-453.

Gopalakrishnan, S., Smith, M.D., Slott, J.M. and Murray, A.B. 2011. The value of disappearing beaches: a hedonic pricing model with endogenous beach width. *Journal of Environmental Economics and Management*, 61 (3), 297-310.

Greenstone, M., and J. Gallagher. 2008. Does hazardous waste matter? Evidence from the housing market and the superfund program. *The Quarterly Journal of Economics*, 123 (3), 951-1003.

Griffiths, C. and Wheeler, W. 2005. Benefit–cost analysis of regulations affecting surface water quality in the United States. In *Cost–benefit Analysis and Water Resources Management* (223-250). Edward Elgar.

Guignet, D., Walsh, P.J. and Northcutt, R. 2016. Impacts of ground water contamination on property values: Agricultural run-off and private wells. *Agricultural and Resource Economics Review*, 45 (2), 293-318.

Hedges, L.V. 1992. Meta-analysis. *Journal of Educational Statistics*, 7 (4), 279-296.

Iovanna, R., and C. Griffiths. Clean water, ecological benefits, and benefits transfer: a work in progress at the US EPA. *Ecological Economics*, 60 (2), 473-482.

Johnston, R.J., Boyle, K.J., Loureiro, M.L., Navrud, S. and Rolfe, J. 2021. Guidance to Enhance the Validity and Credibility of Environmental Benefit Transfers. *Environmental and Resource Economics*, 79, 575-623.

Kiel, K. A. 1995. Measuring the Impact of the Discovery and Cleaning of Identified Hazardous Waste Sites on House Values. *Land Economics*, 71 (4), 428-35.

Kiel, K. A., and M. Williams. 2007. The impact of Superfund sites on local property values: Are all sites the same? *Journal of Urban Economics*, 61 (1), 170-192.

Kim, C.W., Phipps, T.T. and Anselin, L. 2003. Measuring the benefits of air quality improvement: a spatial hedonic approach. *Journal of Environmental Economics and Management*, 45 (1), 24-39.

Kim, G., Schieffer, J. and Mark, T. 2020. Do superfund sites affect local property values? Evidence from a spatial hedonic approach. *Economic Analysis and Policy*, 67, 15-28.

Kohlhase, J. E. 1991. The Impact of Toxic Waste Sites on Housing Values. *Journal of Urban Economics*, 30 (1), 1-26.

Krupnick, A., K. Harrison, E. Nickell, and M. Toman. 1996. The Value of health Benefits from Ambient Air Quality Improvements in Central and Eastern Europe: An exercise in benefits transfer. *Environmental and Resource Economics*, 7 (4), 307-332.

Landry, C.E. and Hindsley, P. 2011. Valuing beach quality with hedonic property models. *Land Economics*, 87 (1), 92-108.

Laurice, J., and Bhattacharya, R. 2005. Prediction performance of a hedonic pricing model for housing. *The Appraisal Journal*, 73 (2), 198-209.

Leopoldsberger, G., Bienert, S., Brunauer, W., Bobsin, K. and Schützenhofer, C. 2011. Energising Property Valuation: Putting a Value on Energy-Efficient Buildings. *Appraisal Journal*, 79 (2).

Lipscomb, C., Mooney, A. and Kilpatrick, J. 2013. Do survey results systematically differ from hedonic regression results? Evidence from a residential property meta-analysis. *Journal of Real Estate Literature*, 21 (2), 233-253.

McCluskey, J.J., and G.C. Rausser. 2003. Hazardous waste sites and housing appreciation rates. *Journal of Environmental Economics and Management*, 45 (2), 166-176.

Michaels, R.G., and V. K. Smith. 1990. Market Segmentation and Valuing Amenities with Hedonic Models: The Case of Hazardous Waste Sites. *Journal of Urban Economics*, 28 (2), 223-242.

Moeltner, K. and Woodward, R. 2009. Meta-functional benefit transfer for wetland valuation: Making the most of small samples. *Environmental and Resource Economics*, 42 (1), 89-108.

Nelson, J.P. 1978. Residential choice, hedonic prices, and the demand for urban air quality. *Journal of Urban Economics*, 5 (3), 357-369.

Nelson, J.P., and P.E. Kennedy. 2009. The Use (and Abuse) of Meta-Analysis in Environmental and Natural Resource Economics: An Assessment. *Environmental and Resource Economics*, 42 (3), 345-377.

Newbold, S.C. and Johnston, R.J. 2020. Valuing non-market valuation studies using meta-analysis: A demonstration using estimates of willingness-to-pay for water quality improvements. *Journal of Environmental Economics and Management*, 104.

Newbold, S., David Simpson, R., Matthew Massey, D., Heberling, M.T., Wheeler, W., Corona, J. and Hewitt, J. 2018. Benefit transfer challenges: perspectives from US practitioners. *Environmental and Resource Economics*, 69 (3), 467-481.

Ready, R. 2010. Do landfills always depress nearby property values? *Journal of Real Estate Research*, 32 (3), 321-340.

Reichert, A., Small, M. and Mohanty, S. 1992. The impact of landfills on residential property values. *Journal of Real Estate Research*, 7 (3), 297-314.

Richardson, L., Loomis, J., Kroeger, T. and Casey, F. 2015. The role of benefit transfer in ecosystem service valuation. *Ecological Economics*, 115, 51-58.

Rosen, S. 1974. Hedonic Prices and Implicit Markets: Product Differentiation in Pure Competition. *Journal of Political Economy*, 8 (1), 34-55.

Saginor, J., Simons, R. and Throupe, R. 2011. A meta-analysis of the effect of environmental contamination on non-residential real estate values. *Journal of Property Investment & Finance*, Vol. 29 (4/5), 460-478.

Sedlmeier, P., Eberth, J., Schwarz, M., Zimmermann, D., Haarig, F., Jaeger, S., and Kunze, S. 2012. The psychological effects of meditation: a meta-analysis. *Psychological Bulletin*, 138 (6), 1139-1171.

Simons, R.A., and J.D. Saginor. 2006. A Meta-Analysis of the Effect of Environmental Contamination and Positive Amenities on residential Real Estate Values. *Journal of Real Estate Research*, 28 (1), 71-104.

Siriwardena, S.D., Boyle, K.J., Holmes, T.P. and Wiseman, P.E. 2016. The implicit value of tree cover in the US: A meta-analysis of hedonic property-value studies. *Ecological Economics*, 128, 68-76.

Sirmans, S., Macpherson, D. and Zietz, E. 2005. The composition of hedonic pricing models. *Journal of Real Estate Literature*, 13 (1), 1-44.

Smith, V.K. and Huang, J.C. 1995. Can markets value air quality? A meta-analysis of hedonic property-value models. *Journal of Political Economy*, 103 (1), 209-227.

Smith, V.K., Van Houtven, G. and Pattanayak, S.K. 2002. Benefit transfer via preference calibration: "Prudential algebra" for policy. *Land Economics*, 78 (1), 132-152.

Smolen, G., Moore, G. and Conway, L. 1992. Economic effects of hazardous chemical and proposed radioactive waste landfills on surrounding real estate values. *Journal of Real Estate Research*, 7 (3): 283-295.

Stanley, T.D. 2001. Wheat from Chaff: Meta-Analysis as Quantitative Literature Review. *Journal of Economic Perspectives*, 15 (3), 131-150.

Stroup, D.F., Berlin, J.A., Morton, S.C., Olkin, I., Williamson, G.D., Rennie, D., Moher, D., Becker, B.J., Sipe, T.A., and Thacker, S.B. 2000. Meta-analysis of observational studies in epidemiology: a proposal for reporting. *Jama*, 283 (15), 2008-2012.

Thayer, M., Albers, H. and Rahmatian, M., 1992. The benefits of reducing exposure to waste disposal sites: a hedonic housing value approach. *Journal of Real Estate Research*, 7 (3), 265-282.

Turnbull, G.K. and Zheng, M. 2021. A meta-analysis of school quality capitalization in US house prices. *Real Estate Economics*, 49 (4), 1120-1171.

Walsh, P. and Mui, P. 2017. Contaminated sites and information in hedonic models: An analysis of a NJ property disclosure law. *Resource and Energy Economics*, 50, 1-14.

Wheeler, W.J. 2015. Benefit transfer for water quality regulatory rulemaking in the United States. In *Benefit Transfer of Environmental and Resource Values* (101-115). Springer, Dordrecht.

Wilson, M.A. and Hoehn, J.P., 2006. Valuing environmental goods and services using benefit transfer: the state-of-the art and science. *Ecological Economics*, 60 (2), 335-342.

Wyman, D. and Sperry, S. 2010. The Million Dollar View: A Study of Golf Course, Mountain, and Lake Lots. *Appraisal Journal*, 78 (2), 159-168.

**APPENDIX**

**Unemployment Source**

> **LOS ANGELES-LONG BEACH-GLENDALE METROPOLITAN DIVISION**
> **(LOS ANGELES COUNTY)**
> *Nonfarm jobs gain 8,600 over the month and 99,700 over the year*
>
> The seasonally adjusted unemployment rate in Los Angeles County increased over the mont[h] to 5.0 percent in August 2023, from a revised 4.9 percent in July 2023, and was above the ra[te] of 4.2 percent one year ago. Civilian employment was unchanged at 4,775,000 in August 202[3] while unemployment increased by 4,000 to 250,000. The civilian labor force increased by 4,0[00] over the month to 5,025,000 in August 2023. (All of the above figures are seasonally adjuste[d.] The unadjusted unemployment rate for the county was 5.8 percent in August 2023.

Source: https://www.labormarketinfo.edd.ca.gov/file/lfmonth/la$pds.pdf, rates change monthly, accessed February 26, 2023.

**Mortgage Rate Source**

# Los Angeles, CA Mortgage Rates

Current rates in Los Angeles, California are 7.77% for a 30 year fixed loan, 6.94% for 15 year fixed loan and 7.10% for a 5 year ARM.

Source: https://www.realtor.com/mortgage/rates/Los-Angeles_CA, rates change daily, accessed February 26, 2023.

**Median Property Sale Price Sources (September 24, 2023)**

# Canoga Park, CA

## How do I find the perfect home in Canoga Park?

To find the perfect home in Canoga Park, you can research the current market trends and home values, what schools and school districts are in the area, and what homes are on the market all on realtor.com®.

**139 Homes for sale**    **234 Homes for rent**

## Home values in Canoga Park, CA ⓘ

Canoga Park is a city in California. There are 139 homes for sale, ranging from $2.7K to $16.5M. Canoga Park have affordable condo/townhomes, and affordable 2 bedroom listings.

| $899K | $500 | $922.5K |
|---|---|---|
| Median listing home price | Median listing home price/Sq ft | Median sold home price |

Source: https://www.realtor.com/realestateandhomes-search/Canoga-Park_CA/overview, accessed September 24, 2023.

31

# Winnetka, CA

## How do I find the perfect home in Winnetka?

To find the perfect home in Winnetka, you can research the current market trends and home values, what schools and school districts are in the area, and what homes are on the market all on realtor.com®.

**57 Homes for sale**    51 Homes for rent

## Home values in Winnetka, CA ⓘ

Winnetka is a city in California. There are 57 homes for sale, ranging from $278.8K to $4.5M. Winnetka have affordable condo/townhomes, and affordable 2 bedroom listings.

| $799.5K | $477 | $820K |
|---|---|---|
| Median listing home price | Median listing home price/Sq ft | Median sold home price |

Source: https://www.realtor.com/realestateandhomes-search/Winnetka_CA/overview, accessed September 24, 2023.

Source: https://www.realtor.com/realestateandhomes-search/Reseda_CA/overview, accessed September 24, 2023.

# VITAE

## KEVIN J. BOYLE

**(August 2023)**

**OFFICE:**
880 West Campus Drive
2010 Pamplin Hall (0715)
Blacksburg, VA  24061-0401
(540) 231-2907
kjboyle@vt.edu

**HOME:**
1508 Howardsville Road
Staunton, VA  24401

(540) 357-2501

**PRESENT POSITIONS:**

Willis Blackwood Head, Blackwood Department of Real Estate, Pamplin College of Business, Virginia Tech, November 2022 to present.

Professor, Agricultural and Applied Economics, Virginia Tech, September 2005 to Present.

Principal Faculty, Myers-Lawson School of Construction, Virginia Tech, November 2013 to present.

**EDUCATION:**

Ph.D.  Agricultural Economics, University of Wisconsin

M.S.    Agricultural and Resource Economics, Oregon State University

B.A.    Economics, Distinction, University of Maine

**PREVIOUS PROFESSIONAL POSITIONS:**

Founding Head, Blackwood Department of Real Estate, Pamplin College of Business, Virginia Tech, November 2022 to present.

Founding Director, Blackwood Program in Real Estate, Pamplin College of Business, Virginia Tech, April 2012 to October 2022.

Professor and Head, Department of Agricultural and Applied Economics, Virginia Tech, September 2005 to March 2012.

Chair, Department of Resource Economics and Policy, University of Maine, June 2003 to August 2005.

Founding Director, Center for Tourism Research and Outreach (CenTRO), University of Maine, September 2004 to August 2005.

Distinguished Maine Professor, Department of Resource Economics and Policy, Department of Wildlife Ecology, and Ecology and Environmental Sciences Program, University of Maine, September 2002 to August 2005

**KEVIN J. BOYLE**                                                                 2
_____

Libra Professor of Environmental Economics, Department of Resource Economics and Policy, Department of Wildlife Ecology, and Ecology and Environmental Sciences Program, University of Maine.  September 1997 to August 2002.

Visiting Scientist, Rocky Mountain Experiment Station, USDA Forest Service, Fort Collins, CO.  August 1999 to August 2000.

Associate Professor, Department of Resource Economics and Policy and Department of Wildlife, University of Maine.  September 1991 to August 1997.

Faculty Associate, Center for Economics Research, Research Triangle Institute.  September 1992 to August 1994.

Visiting Scholar, Resource and Environmental Economics Program, Department of Agricultural and Resource Economics, North Carolina State University.  September 1992 to July 1993.

Assistant Professor, Department of Agricultural and Resource Economics and Department of Wildlife, University of Maine.  November 1986 to August 1991.

Resource Economist, HBRS, Madison, WI.  June 1984 to May 1987.

Research Associate, Department of Agricultural Economics, University of Wisconsin, Madison, WI.  January 1986 to November 1986.

Graduate Research Assistant, Department of Agricultural Economics, University of Wisconsin, Madison, WI.  January 1982 to December 1985.

Economist, Land Management Planning, Siuslaw National Forest, Corvallis, OR.  February 1981 to December 1981.

Graduate Research Assistant, Department of Agricultural and Resource Economics, Oregon State University, Corvallis, OR.  September 1979 to January 1981.

Director of Animal Operations, Northeast Biomedical Laboratories, South Windham, ME.  February 1979 to August 1979.

Research Assistant, University of Maine, Orono, ME.  October 1975 to May 1978.


**SELECTED PUBLIC SERVICE:**

Delegate, National Economic Education Delegation, 2021- (https://needelegation.org/).

Review Committee, Repeal of the Clean Water Rule and its Replacement with the Navigable Waters Protection Rule to Define Waters of the United States (WOTUS) of the External-Environmental Economics Advisory Committee (https://www.e-eeac.org/#:~:text=The%20External%20Environmental%20Economics%20Advisory,U.S.%20Environmental%20Protection%20Agency's%20programs), 2020.

Independent Particulate Matter Review Panel, Union of Concerned Scientists, 2019.

U.S. EPA Science Advisory Board Environmental Economics Advisory Committee, 2013-2016, 2017-2018.

U.S. EPA Clean Air Scientific Advisory Committee Particulate Matter Review Panel, 2015-

**KEVIN J. BOYLE** 3
___

2018.

Economics Panel, Workshop to Inform EPA's Review of the PM NAAQS", 2015.

Review Panel, U.S. EPA Star Grant proposals, "Water Quality Benefits" program, 2015.

Reviewer, "Meta-analysis of Willingness-to-Pay for Water Quality Improvements', U.S. Environmental Protection Agency, 2015.

Review Panel, U.S. Department of Transportation, "Standards and Guidelines in Estimating Livability Benefits of Transit Projects", 2014/15.

Review, "Chesapeake Bay TMDL Hedonic Analysis", U.S. Environmental Protection Agency, 2013.

Early Career Professional Mentor, American Agricultural Economics Association, 2012-13.

U.S. EPA Science Advisory Board Advisory Council on Clean Air Compliance Analysis, 2011-2013.

"Valuation of Ecosystem Health Due to Drought and Climate Change in Australia." Commonwealth Scientific and Industrial Research Organization (CISRO), Adelaide, AU, 2008-2013.

Expert Panel, Valuation of Groundwater Effects from Stormwater Infiltration Policies," U.S. Environmental Protection Agency, 2012.

Panel, "Social, Psychological, and Economic Impacts of Superfund and Other Contaminated Sites." Brown University Superfund Research Program and National Institute of Environmental Health Sciences, 2012.

Panel, "Potential Effects of Stormwater Management Measures on Property Values and Developer Opportunity Costs," U.S. Environmental Protection Agency, 2012.

Site Review Team, "Making Do with What We Have," Alberta Water Resources Institute, 2010.

Rosenberg Forum on Water Resources Management, Northwest Territories, Canada, 2009.

"Non-market Ecological Valuation of Coastal Marine Resources in California." National Center for Ecological Analysis and Synthesis, University of California, Santa Barbara, 2007-2009.

Scientific Review Panel, "Nonuse Benefits Analysis for 316b Phase II Rule," Office of Water, U.S. Environmental Protection Agency, 2005.

"Committee on Assessing and Valuing Services of Aquatic and Related Terrestrial Ecosystems," National Research Council, 2002-04.

Resource Expert, "Governor's Blaine House Conference on Natural Resource-based Industries: Charting a New Course", State of Maine, 2003.

Reviewer, "Willingness to Pay for Coastal Water Quality Improvements." U.S. Environmental Protection Agency, Office of Water, 2000-01.

**KEVIN J. BOYLE** 4

Reviewer, "Assessing Benefits of Drinking Water Regulations: A Guidance Manual." U.S. Environmental Protection Agency, Office of Policy and Office of Ground Water and Drinking Water, 1999.

"Groundwater Disinfection Regulations Benefits Group," U.S. EPA and National Water Research Institute. 1997.

"Interagency Work Group on Ecosystem Valuation," Economic Research Service, U.S. Department of Agriculture, 1997.

Reviewer, "National Benefit Estimates for 25 Years of the Clean Water Act." U.S. EPA, 1997.

Reviewer, "Ecosystem Valuation Framework." U.S. EPA, 1997.

Technical Advisor, "Study Commission on Property Rights and the Public Health, Safety and Welfare", Maine Legislature 1995.

"Recreational Fishing License Task Force," Maine Department of Marine Resources 1993-94.

"Interoffice Groundwater Valuation Group," U.S. Environmental Protection Agency 1993.

Expert Testimony, "National Estimates of Values for Protecting Groundwater Resources," U.S. Environmental Protection Agency, Economics Science Advisory Board, 1993.

Design Team, "Maine Conservation Fund License Plate," Department of Inland Fisheries, 1992-93.

Technical Advisor, "Subcommittee on National Survey of Fishing, Hunting and Wildlife-Associated Recreation regarding continuation of their National Survey of Hunting, Fishing and Wildlife Associated Recreation," U.S. Fish and Wildlife Service, 1992.

Technical Advisor, "Commission to Study the Impact of Game and Nongame Species on Maine's Economy," Maine Legislature 1988-90.


**SELECTED PROFESSIONAL SERVICE:**

Founding Chair, Council on Food Agriculture and Resource Economics (C-FARE) Blue Ribbon Panel on Natural Resources and Environmental Issues, 2011 to 2014.

Founding Chair, Land, Water and Environmental Economics Section (ENV), American Agricultural Economics Association, 2013/14.

Editorial Board, *Economics Research International*, 2010-2012.

Program Committee, Inaugural Summer Conference, Association of Environmental and Resource Economists, 2010-2011.

Board Member, Association of Environmental and Resource Economists, 2004-2006.

Chair, First offering of the "NAREA Award for Outstanding Public Service through Economics," 2002.

Organizing Committee and Host, Association of Environmental and Resource Economists Workshop, "Assessing and Managing Environmental and Public Health Risks," 2001.

**KEVIN J. BOYLE**                                                                                         5

Past President (1999/00), President (1998/99), President Elect (1997/98), Northeastern Agricultural and Resource Economics Association.

Associate Editor, *Journal of Environmental Economics and Management,* 1996-1999.

Associate Editor, *Marine Resource Economics*, 1997-99.

Board of Directors, Northeastern Agricultural and Resource Economics Association, 1992-1996.

Editorial Council, *Journal of Environmental Economics and Management*, 1989-91, 1994-95.

Nominating Committee, Association of Environmental and Resource Economists, 1992-93.

Chair, Recharter Committee, Western Regional Project W-133 (Benefits and Costs in Natural Resources Planning), 1991-92.

President 1989, Secretary 1988 Western Regional Project W-133, "Benefits and Costs in Natural Resource Planning".

Research Participant, National Academy of Sciences Review of the Glen Canyon Environmental Studies, November 1986.


**AWARDS:**

"Top 100 in Real Estate." 2022. (https://www.thetop100magazine.com/kevin-boyle)

"Alumni Award for Research Excellence." Virginia Tech, 2021. (https://www.research.vt.edu/news/2021/kevin-boyle-honored-with-alumni-award-for-research-excellence.html)

"Fellow." Agricultural and Applied Economics Association, 2019. (https://www.aaea.org/about-aaea/awards-and-honors/aaea-fellows/previous-aaea-fellows/kevin-boyle)

"Alumni Engagement Award." College of Agricultural and Life Sciences, Virginia Tech, 2019. (https://www.cals.vt.edu/alumni/awards/2019-awards.html)

"Fellow." Association of Environmental and Resource Economists, 2018. (https://vtx.vt.edu/articles/2018/08/cals-boyle-aere-fellow.html)

"Academy of Faculty Leadership." Virginia Tech, 2018. (https://faculty.vt.edu/faculty-recognition/academy-faculty-leadership-members.html)

"Service Award." Land, Water and Environmental Economics Section, Agricultural and Applied Economics Association, 2015.

Publication of Merit, *Environmental and Resource Economics,* 2014. Boyle, Kevin J., Christopher C. Parmeter, Bent Boehlert, and Robert Paterson. 2013. "Due Diligence in Meta-Analyses to Support Benefit Transfers." *Environmental and Resource Economics*, Vol. 55 (3): 357-386. (http://link.springer.com/article/10.1007/s10640-012-9630-y/fulltext.html)

Carnegie Foundation for the Advancement of Teaching and Council for Advancement and Support of Education, "U.S. Professor of the Year, Maine," 2004

"Distinguished Maine Professor." University of Maine, 2003.

ESCOP/ACOP Leadership Development Program Certificate, 2003.

**KEVIN J. BOYLE** 6

_____

"Distinguished Member," Northeastern Agricultural and Resource Economics Association, 2002.

"2001 Presidential Research and Creative Achievement Award." University of Maine.

"Post-Tenure Merit Award." University of Maine, 2001.

"Outstanding Research Award." College of Natural Sciences, Forestry and Agriculture, University of Maine, 1999.

Research Publication Award for Best Academic Publication, James Madison University, 1993/94. Milliman, Scott R., Barry L. Johnson, Richard C. Bishop, James Kitchell, and Kevin J. Boyle. 1992. "The Bioeconomics of Resource Rehabilitation: A Commercial-Sport Analysis for a Great Lakes Fishery." *Land Economics*, Vol. 68 (2):191-210.

U.S.D.A. Certificate of Merit as an Economist, Land Management Planning Department, Siuslaw National Forest, U.S. Forest Service, 1981.

Best Master's Thesis, Department of Agricultural and Resource Economics, Oregon State University, 1981.

Savery Master's Student of Excellence as the Outstanding Master's Student in the School of Agriculture, Oregon State University, 1980/81.

Carlton E. Crossland Scholarship for Outstanding Academic Achievement in Economics, College of Liberal Arts, University of Maine, 1976.

**HONORARY SOCIETIES& RECONITIONS:**

Gamma Sigma Delta, Phi Kappa Phi, AND Sigma Xi


**SELECTED CONSULTING:**
Association for the Environmental Health of Soils, Bangor Hydro Electric Company, Central Maine Power Company, Exxon USA, First Wind, Harvard Institute of International Development, Health Canada, Illinois Department of Conservation, Industrial Economics, Inter-American Development Bank, Maine Audubon, Maine Department of Inland Fisheries and Wildlife, Maine Paper Industry Information Office, Minnesota Forest Resources Council, National Oceanic and Atmospheric Administration, National Park Service, New Jersey Attorney General, New Jersey Department of Environmental Protection, New York Attorney General, New York Department of Environmental Conservation, Oak Ridge National Laboratory, Ohio Chapter Nature Conservancy, Oklahoma Attorney General, Pacific Gas and Electric, Triangle Economic Research, U.S. Bureau of Reclamation, U. S. Department of Justice, U. S. Department of the Interior, U.S. Environmental Protection Agency, U. S. Fish and Wildlife Service, Vermont Attorney General, Vermont Department of Fish and Wildlife, Wyoming Fish and Game Department.


**GRANTS** (total ~$12.3 million)**:**
"Quantifying Benefits of Using Satellite Derived Early Warning System to Predict Cholera in Bangladesh." Investigators: Sonia Aziz, Emily Pakhtigian, Ali Akanda and Kevin Boyle. Sponsor: Resources for the Future, Grants for Assessing the Benefits of Satellites. Amount: $100,000.

**KEVIN J. BOYLE**                                                              7

_____

"Linking land use decision-making, water quality, and lake associations to understand human-natural feedbacks in lake catchments." Investigators: Kelly Coburn, Kevin J. Boyle, Cayelan Carey, Christopher J. Duffy, and Paul C. Hanson. Sponsor: National Science Foundation. Amount: $1,799,931.

"A National Study of the Effects of Tree Canopy, Diversity and Health on Property Values." Investigators: Kevin J. Boyle, Kelly Coburn, Andrew McCoy, Eric Wiseman and Thomas Holmes. Sponsor: U.S. Forest Service. Amount: $84,593.

"Modeling Sociobehavioral Resilience during Epidemics to Reduce Health Disparities." Investigators: Achla Marathe, Kaja M. Abbas, Kevin J. Boyle, Jiangzhou Chen, Stephen G. Eubank, Bryan L. Lewis, Pamela M. Murray-Tuite, Hazhir Rahmandad and Samarath Swarup. Sponsor: National Institutes of Health. Amount: $1,032,334.

"A National Study of the Effects of Tree Canopy, Diversity and Health on Property Values." Investigators: Kevin J. Boyle, Kelly Coburn, Eric P. Wiseman and Andrew P. McCoy. Sponsor: U.S. Forest Service. Amount: $44,593.

"Customary and Reasonable Fees for Real Estate Appraisals in the Commonwealth of Virginia." Investigators: Drew Sanderford, Kevin J. Boyle and Andrew P. McCoy. Sponsor: Virginia Coalition of Appraisal Professionals. Amount: $10,000.

"Primer Workshop." Investigator: Kevin J. Boyle. Sponsor: U. S. Forest Service. Duration: 2012-2017. Amount: $20,000.

"Large-scale Hedonic Property Value Analysis of Forest Pest Impacts Related to Climate Change, Phase II." Investigators: Kevin J. Boyle, Klaus Moeltner, Randolph Wynne and Christine Blinn. Sponsor: U. S. Forest Service. Duration: 2012-2013. Amount: $140,000.

"Large-scale Hedonic Property Value Analysis of Forest Pest Impacts Related to Climate Change, Phase I." Investigators: Kevin J. Boyle, Klaus Moeltner, Randolph Wynne and Eric Wiseman. Sponsor: U. S. Forest Service. Duration: 2011-2012. Amount: $79,085.

"Meta-analysis of Forest-Based Hedonic Property Value Studies: Implications for Economic Valuation of Climate Change Impacts." Investigators: Kevin J. Boyle, Klaus Moeltner, Randolph Wynne and Eric Wiseman. U. S. Forest Service. Duration: 2011-2012. Amount: $38,472.

"Institute for Critical Technology and Applied Science Doctoral Fellow." Fellow: Yuan "Clara" Yuan. Duration: 2011-2015. Amount: $142,448.

"Dynamic Interactions of Monetary and Non-monetary Incentives in Weight Loss Interventions." Investigators: You, Wendy, Kevin J. Boyle and Christopher Parameter. Sponsor: NIH. Duration: 2010-2012. Amount: $407,586.

"Integrated Management of Zoosporic Pathogens and Irrigation Water Quality for a Sustainable Green Industry." Investigators: Hong, Chuanxue, Kevin Boyle, and Gary Moorman. Sponsor: USDA-Specialty Crops. Duration: 2010-2015. Amount: $2,729,649.

"Virginia Tech AEEMS for Success." Investigators: Dixie W. Reaves, Kevin J. Boyle and Rick Rudd. Sponsor: USDA-CSREES. Amount: $116,000.

**KEVIN J. BOYLE** 8

_____

"Farm Credit of Armenia."  Investigators: Boyle, Kevin and Douglas Flory. Sponsor: USDA, Foreign Agricultural Service.  Duration: 2007-2009.  Amount: $437,118.

"Validation of Benefit-Transfer Functions."  Investigators: Boyle, Kevin, Christopher Parmeter, Nicolai Kuminoff, and Jaren Pope. Sponsor: U. S. Environmental Protection Agency, EPA-G2006-STAR-G-1.  Duration: 2007-2009.  Amount: $199,986.

"Assessing the Regional Economic Impact of Protected Lands Adjacent to the 100 Mile Wilderness Section of the Appalachian Trail."  Investigators: Kevin J. Boyle and Kathleen P. Bell.  Sponsor:  Maine Department of Conservation.  Duration: 2004-05.  Amount: $35,547.

"Risk Assessment of Fish Consumption by Pregnant Women."  Investigator: Kevin J. Boyle, Sponsor: Maine Department of Human Services.  Duration: 2003-04.  Amount: $12,650.

"GK12 Sensors."  Investigators: John Vetelino, Kevin J. Boyle, and Constance Holden.  Sponsor: National Science Foundation.  Duration: 2004-05.  Amount: $536,566.

"Economic Valuation of Avoiding Arsenic Exposure in Drinking Water."  Investigators: Kevin J. Boyle, and Kathleen P. Bell.  Sponsor: U.S. EPA.  Duration: 2002-04.  Amount: $259,825.

"Measuring the Economic Damages from Oil Spills to Maine's Marine Economy."  Investigators: Jonathan Rubin, Kevin J. Boyle, and Deirdre Mageean.  Sponsor: Maine/New Hampshire Sea Grant Program.  Duration: 2003-05.  Amount: $149,514.

"Experimental Tests of Provision Rules in Conjoint Analysis for Environmental Valuation."  Investigators: Laura Taylor, and Kevin J. Boyle.  Sponsor: U.S. EPA.  Duration: 2002-03.  Amount: $120,479.

"Economic Impacts of Hemlock Woolly Adelgid on Residential Forest Landscapes."  Investigators: Kathleen P. Bell, and Kevin J. Boyle.  Sponsor: USDA Forest Service.  Duration: 2002-03.  Amount: $75,024.

"Urban Regeneration through Environmental Remediation: Valuing Market-Based Incentives for Brownfields Development."  Investigators: Peter Meyer, Kris Wernstedt, Anna Alberini, and Kevin J. Boyle.  Sponsor: U.S. EPA.  Duration: 2002-04.  Amount: $277,388.

"Understanding Public Values Produced by Private Forests in the Southern U.S."  Investigator: Kevin J. Boyle.  Sponsor: Forest Service, U.S. Department of Agriculture.  Duration: 2001-03.  Amount: $57,350.

"National Policy Implications of the Demand for Open Space."  Investigator: Kevin J. Boyle.  Sponsor: Economic Research Service, U.S. Department of Agriculture.  Duration: 1999-04.  Amount: $105,445.

"Formulation Non-market Research Objective."  Investigator: Kevin J. Boyle.  Sponsor: Rocky Mountain Research Station, U.S. Forest Service.  Duration: 2000-01.  Amount: $19,110.

"Improved Information in Support of a National Strategy for Open Land Policies."  Investigators: Kevin J. Boyle, Larry Libby, Mary Ahearn, Anna Alberini, and John Bergstrom.  Sponsor: National Research Initiative Competitive Grants Program, U.S. Department of Agriculture.  Duration: 1999-2001.  Amount: $207,000.

**KEVIN J. BOYLE** 9

_____

"Cooperative Agreement to Study the Demand for Food Safety."  Investigators: Nancy Bockstael, Kevin Boyle, Alan Levy, Mario Teisl (Principal), Alan Randall, and Brian Roe.  Sponsor: Center for Disease Control and Prevention.  Duration: 1998-03.  Amount: $946,447.

"Ice Fishing and Open Water Fishing Survey of Angler Effort and Preferences."  Investigator: Kevin J. Boyle.  Sponsor: Maine Department of Inland Fisheries and Wildlife.  Duration: 1999-00.  Amount: $107,861.

"The Effect of National Wildlife Refuge Proximity on Property Prices."  Investigator: Kevin J. Boyle.  Sponsor: U.S. Fish and Wildlife Service.  Duration: 1998-00.  Amount: $145,770.

"Assessing Public Perceptions and Evaluating Public Preferences for Ecosystem Management and Forest Health."  Investigators: Kevin J. Boyle, and Daniel McCollum.  Sponsor: U.S. Forest Service, Rocky Mountain Research Station.  Duration: 1998-00.  Amount: $59,400.

"The Economic Impacts of Hunting, Fishing and Wildlife-Watching in Maine." Investigators: Mario F. Teisl and Kevin J. Boyle. Sponsor: Maine Department of Inland Fisheries and Wildlife. Duration: 1998. Amount: $7,724.

"A Study of the Effect of Lake-Water Quality on the Prices of Lake-Front Property in Maine, New Hampshire and Vermont."  Investigators: Kevin J. Boyle, and John Halstead.  Sponsor:  U.S. Geological Service.  Duration: 1997-99.  Amount: $182,471.

"1998 Wildlife Survey."  Investigators: Kevin J. Boyle, Brian Roach, and Mario F. Teisl.  Sponsor: Maine Department of Inland Fisheries and Wildlife.  Duration: 1997-98.  Amount: $122,462.

"An Investigation of the Economic Value of Maine's Great Ponds."  Investigator: Kevin J. Boyle.  Sponsor: Maine Department of Environmental Protection.  Duration: 1997.  Amount: $32,872.

"Do Interest Group Preferences Differ from Preferences of the General Public for Managed and Unmanaged Forest Ecosystems?"  Investigators: Kevin J. Boyle, and Thomas P. Holmes.  Sponsor: U.S. Forest Service, Southeastern Forest Experiment Station.  Duration: 1996-98.  Amount" $17,000.

"1996 Survey of Hunter Effort and Preferences."  Investigator: Kevin J. Boyle.  Sponsor: Maine Department of Inland Fisheries and Wildlife.  Duration: 1996-97.  Amount: $105,899.

"The Effects of Agriculture on Wildlife: A Study of Nonuse Values."  Investigators: Kevin J. Boyle, and Richard C. Bishop.  Sponsor: U.S. Department of Agriculture, Economic Research Service.  Duration: 1995-97.  Amount: $280,000.

"Public Preferences for Managed and Unmanaged Forest Ecosystems."  Investigators: Kevin J. Boyle, and Thomas P. Holmes.  Sponsor: U.S. Forest Service, Southeastern Forest Experiment Station.  Duration: 1995-97.  Amount: $9,000.

"A Hedonic Property Value Study of the Economic Value of Protecting Water Quality in Maine Lakes."  Investigator: Kevin J. Boyle.  Sponsor: U.S. Geological Service.  Duration: 1995-96.  Amount: $57,120.

"Open Water Fishing Survey of Angler Effort and Preferences."  Investigator: Kevin J. Boyle.  Sponsor: Maine Department of Inland Fisheries and Wildlife.  Duration: 1994-95.  Amount: $83,322.

**KEVIN J. BOYLE**                                                                                                    10

_____

"Hedonic-Price Study of Water Quality in Maine's Lakes."  Investigator: Kevin J. Boyle.  Sponsor: Maine Department of Environmental Protection and Water Resources Institute, University of Maine.  Duration 1994-95.  Amount: $25,093.

"Meta-Analysis of Response Rates to Contingent-Valuation Surveys."  Investigators: Kevin J. Boyle, V. Kerry Smith, and Donald Epp.  Sponsor: U.S. Forest Service, Rocky Mountain Forest and Range Experiment Station.  Duration: 1994-95.  Amount: $39,000.

"The Effects of Substitutes on Economic Value Estimates of Forest Ecosystem Health."  Investigators: Kevin J. Boyle, and Thomas P. Holmes.  Sponsor: U.S. Forest Service, Southeastern Forest Experiment Station.  Duration: 1993-95.  Amount: $25,000.

"Ice Fishing Survey of Angler Effort and Preferences."  Investigator: Kevin J. Boyle.  Sponsor: Maine Department of Inland Fisheries and Wildlife.  Duration: 1994.  Amount: $86,485.

"Economic Valuation of Groundwater Resources by the U.S. Environmental Protection Agency."  Investigators: Kevin J. Boyle, and John C. Bergstrom.  Sponsor: U.S. Environmental Protection Agency, Cooperative Agreement CR818760-01-0.  Duration: 1993-94.  Amount: $24,637.

"Review of Contingent-Valuation Studies of the Benefits of Groundwater Protection."  Investigator: Kevin J. Boyle.  Sponsor: U.S. Environmental Protection Agency, Cooperative Agreement CR818760-01-0.  Duration: 1993-94. Amount: $7,550.

"Analysis of Contingent-Valuation Data from the 1991/92 National Survey of Hunting, Fishing and Wildlife Associated Recreation."  Investigator:  Kevin J. Boyle.  Sponsor:  U.S. Fish and Wildlife Service.  Duration:  1992-94.  Amount:  $25,000.

"Benefit-Cost Analysis of Atlantic Salmon Restoration on the Penobscot River."  Investigators: Kevin J. Boyle, Stephen D. Reiling, and Mario F. Teisl.  Sponsor:  Bangor Hydro-Electric, Co. Duration 1991-92.  Amount:  $98,378.

"An Economic Evaluation of Consumptive and Nonconsumptive Uses of Maine's Fish and Wildlife Resources: Addendum."  Investigators: Kevin J. Boyle, Stephen D. Reiling, and Mario Teisl.  Sponsor: Maine Department of Inland Fisheries and Wildlife.  Duration: 1990-1991.  Amount: $46,666.

"Developing Statistical Models to Update State Level Data Collected by the National Survey of Fishing, Hunting and Wildlife-Associated Recreation.  Investigator: Kevin J. Boyle.  Sponsor: U.S. Fish and Wildlife Service.  Duration: 1990-1991.  Amount: $7,000.

"Economic Impacts of Improved Sport Fisheries on the Lower Kennebec River Watershed."  Investigators: Kevin J. Boyle, John R. Moring, and Stephen D. Reiling.  Sponsor:  Maine Department of Marine Resources.  Duration: 1989-1991.  Amount:  $46,000.

"Economic Benefits of Big-Game Hunting."  Investigators:  Kevin J. Boyle, and Stephen D. Reiling.  Sponsor:  U.S. Forest Service, Rocky Mountain Forest and Range Experiment Station.  Duration: 1989-91.  Amount: $22,660.

**KEVIN J. BOYLE**                                                                                     11
_____

"Sustainable Crop and Livestock Production."  Investigators:  Faculty of Sustainable Agriculture, University of Maine.  Sponsor:  Jessie Smith Noyes Foundation.  Duration: 1988-1991. Amount:  $60,000.

"Analysis and Reporting of Data from a Comprehensive Survey of Marine, Sport Fishing in Maine."  Investigators: Kevin J. Boyle, and Stephen D. Reiling.  Sponsor: University of Maine Sea Grant Program.  Duration: 1990.  Amount: $9,950.

"An Economic Evaluation of Consumptive and Nonconsumptive Uses of Maine's Fish and Wildlife Resources."  Investigators:  Kevin J. Boyle, and Stephen D. Reiling.  Sponsors: Maine Legislative Commission to Study the Impact of Game and Nongame Species on Maine's Economy, Maine Department of Inland Fisheries and Wildlife, and Maine Department of Marine Resources.  Duration:  1988-1990.  Amount:  $396,267.

"Design of Contingent-Valuation Questions for the 1990 National Survey of Fishing, Hunting, and Wildlife-Associated Recreation."  Investigator: Kevin J. Boyle.  Sponsor:  U.S. Fish and Wildlife Service.  Duration: 1989-90.  Amount:  $9,272.

"An Examination of the Economic Value and Use of Maine's Fish and Wildlife Resources." Investigator:  Kevin J. Boyle.  Sponsors:  Maine Department of Inland Fisheries and Wildlife, and Forests for the Future Program, Maine Department of Conservation.  Duration:  1987. Amount:  $16,060.

**PUBLICATIONS:**
(h-index = 55, http://scholar.google.com/citations?user=m3NjIDUAAAAJ&hl=en&oi=ao)

**A.  Journal Articles**

1. Siriwardena, Shyamani, Kevin J. Boyle and Thomas P. Holmes. "Implicit value of urban tree cover: an internal meta-analysis across multiple cities in the U.S." (in preparation)

2. Cao, Xiang, Kevin J. Boyle and Thomas P. Holmes. "Estimating the Demand for Urban Tree Cover Using a Residential Sorting Model: The Case of Milwaukee, Wisconsin." (in preparation)

3. Paterson, Robert, Kevin J. Boyle, Matthew Schmidt, Bryan Hubbell and Daniel Phaneuf. "Property Value Impacts of Air-pollution on Visibility." (in preparation)

4. Thomy, Buyani, Rosalind Bark, Mark Morrison, Phillip Birtles, Kevin Boyle and Roderick Duncan. "Incorporating ecosystem attributes in hedonic models to estimate implicit prices for socio-ecological services." Ecological Economics (revise and resubmit).

5. Weng, Weizhe, Lingxiao Yan, Kevin J. Boyle and George Parsons. 2023. "COVID-19 and visitation to Central Park, New York City" PLOS ONE (https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0290713).

6. Weizhe Weng, Kelly M. Cobourn, Armen R. Kemanian, Kevin J. Boyle, Yuning Shi, Joseph Stachelek and Charles White. 2023. "Quantifying Co-Benefits of Water Quality Policies: An Integrated Assessment Model of Land and Nitrogen Management." *American Journal of Agricultural Economics* (http://doi.org/10.1111/ajae.12423).

7. Nolte, Christoph, Kevin J. Boyle, Anita Chaudhry, Christopher Clapp, Dennis Guignet, Hannah

Hennighausen, Ido Kushner, Yanjun Liao, Saleh Mamun, Adam Pollack, Jesse Richardson, Shelby Sundquist, Kristen Swedberg and Johannes H. Uhl. 2023. "Data Practices for Studying the Impacts of Environmental Amenities and Hazards with Nationwide Property Data." Land Economics (forthcoming) (https://doi.org/10.3368/le.100.1.102122-0090R )

8. Swedberg, Kristen, Diego S. Cardoso, Adriana Castillo-Castillo, Saleh Mamun, Kevin J. Boyle, Christoph Nolte, Michael Papenfus and Stephen Polasky. 2023. Spatial Heterogeneity in Hedonic Price Effects for Lake Water Quality. Land Economics (https://doi.org/10.3368/le.100.1.102122-0086R).

9. Mamun, Saleh, Adriana Castillo-Castillo, Kristen Swedberg, Jiarui Zhang, Kevin J. Boyle, Diego Cardoso, Catherine L. Kling, Christoph Nolte, Michael Papenfus, Daniel Phaneuf, and Stephen Polasky. 2023. "Valuing water quality in the United States using a national dataset on property values." *Proceedings of the National Academies of Sciences*, Vol. 120 (15) (https://www.pnas.org/doi/abs/10.1073/pnas.2210417120)

10. Swedberg, Kristen, Kevin J. Boyle, Jemma Stachelek, Nicole K. Ward, Weizhe Weng, and Kelly M. Cobourn. 2022. Examining Implicit Price Variation for Lake Water Quality. *Water Economics and Policy*. (https://doi.org/10.1142/S2382624X22400057)

11. Mark Morrison Kevin J Boyle, Buyani Thomy, Michael Burton, and Weibin Xu. 2022. "Enhancing Urban Stream Values: The Case of the Cooks and Georges River Catchments." *Journal of Water Resources Planning and Management,* Vol. 148 (11). (https://doi.org/10.1061/(ASCE)WR.1943-5452.0001577)

12. Li, Xiaoshu, Kevin J. Boyle, Evan L. Preisser, Thomas P. Holmes and David Orwig. 2022. "Property Value Effects of the Spatial Expansion of the Hemlock Wooly Adelgid in New England, U.S." *Ecological Economics*, Vol. 194 (https://doi.org/10.1016/j.ecolecon.2022.107354).

13. You, W., Yuan, Y., Boyle, K.J., Michaud, T., Parmeter, C., Seidel, R.W., Estabrooks, P.A. 2022. "Examining Ways to Improve Weight Control Programs' Population Reach and Representativeness: A Discrete Choice Experiment of Financial Incentives." *Pharmacoeconomics Open*, Vol. 6: 193-210. (https://doi.org/10.1007/s41669-021-00310-6).

14. Keiser, David A., Sheila M. Olmstead, Kevin J. Boyle, Victor B. Flatt, Bonnie L. Keeler, Daniel J. Phaneuf, Joseph S. Shapiro, and Jay P. Shimshack. 2022. "The Evolution of WOTUS and the Role of Economics." *Review of Environmental Economics and Policy*, Vol 16 (1): 146-152. (https://www.journals.uchicago.edu/doi/10.1086/717917).

15. Bishop, Richard C., and Kevin J. Boyle. 2021. "On Adding-Up as a Validity Criterion for Stated-preference Studies." *Environmental and Resource Economics,* Vol. 80: 587-601. (https://doi.org/10.1007/s10640-021-00599-1)

16. Keiser, David, Sheila Olmstead, Kevin Boyle, Victor Flatt, Bonnie Keeler, Cathy Kling, Daniel Phaneuf, Joseph S. Shapiro and Jay Shimshack. 2021. "A water rule that turns a blind eye to transboundary pollution." *Science,* Vol. 372 (6539): 241-243. (https://doi.org/10.1126/science.abf8885)

17. Johnston, Robert J., Kevin J. Boyle, Maria Loureiro, Ståle Navrd, John Rolfe. 2021. "Guidance

to Enhance the Validity and Credibility of Environmental Benefit Transfers." *Environmental and Resource Economics*, Vol. 79: 575-624. (https://doi.org/10.1007/s10640-021-00574-w)

18. Weng, Weizhe, Mark D. Morrison, Kevin J. Boyle, Peter C. Boxall and John Rose. 2021. "Effects of the Number of Alternatives in Public Good Discrete Choice Experiments." *Ecological Economics,* Vol. 182. (https://www.sciencedirect.com/science/article/abs/pii/S0921800920321959).

19. Parsons, George, Chris Leggett, Joe Herriges, Kevin J. Boyle, Nancy Bockstael and Zoe Chen. 2021. "A Site-Portfolio Model for Multiple-Destination Recreation Trips: Valuing Trips to National Parks in the Southwestern USA." *Journal of the Association of Environmental and Resource Economists*, Vol. 8 (1): 1-25 (https://www.journals.uchicago.edu/doi/10.1086/710714).

20. Frey, Henry Christopher, Peter J. Adams, John L. Adgate, George A. Allen, John Balmes, Kevin Boyle, Judith C. Chow, Douglas W. Dockery, Henry Dirk Felton, Terry Gordon, Jack R. Harkema, Kinney, Michael T. Kleinman, Rob McConnell, Richard L. Poirot, Jeremy A. Sarnat, Lianne Sheppard, Barbara Turpin, and Ron Wyzga. 2020. "The Need for A Tighter Particulate Matter Air Quality Standard: Independent Particulate Matter Review Panel." *The New England Journal of Medicine,* 383:680-683. (https://www.nejm.org/doi/full/10.1056/NEJMsb2011009 )

21. Fitchett, Leah, Michael Sorice, Kevin Boyle, Kelly Cobourn, Kathleen Weathers and Jen Klug. 2020. "Pathways to enhanced lake integrity: A framework to assess effectiveness of local lake associations." *Lakes & Reservoirs: Science, Policy and Management for Sustainable Use,* Vol. 25 (2): 258-268. (https://onlinelibrary.wiley.com/doi/abs/10.1111/lre.12308)

22. Bishop, Kelly C., Nicolai V. Kuminoff, H. Spencer Banzhaf, Kevin J. Boyle, Kathrine von Gravenitz, Jaren C. Pope, V. Kerry Smith, and Christopher D. Timmins. 2020. "Best Practices in Using Hedonic Property Value Models to Measure Willingness to Pay for Environmental Quality." *Review of Environmental Economics and Policy*, Vol. 14 (2): 260–281. (https://academic.oup.com/reep/article-abstract/14/2/260/5894759)

23. Weng, Weizhe, Kevin J. Boyle, Kaitlin J. Farrell, Cayelan C. Carey, Kelly M. Cobourn, Hilary A. Dugan, Paul C. Hanson, Nicole K. Ward, Kathleen C. Weathers. 2020. "Coupling Natural and Human Models in the Context of a Lake Ecosystem: Lake Mendota, Wisconsin, USA." *Ecological Economics*, Vol. 169. (https://doi.org/10.1016/j.ecolecon.2019.106556)

24. Henson, V. Reilly, Kelly M. Cobourn, Cayelan C. Carey, Kevin J. Boyle, Michael G. Sorice, Nicole K. Ward and Kathleen C. Weathers. 2019. "Closing the Human-Nature Feedback Loop: Understanding People's Responses to Changing Lakes." *Lakeline*, Vol. 39 (3): 35-38. (https://www.nalms.org/product/lakeline-39-3-source-water-protection/)

25. Li, Xiaoshu, Thomas P. Holmes, Kevin J. Boyle, Ellen V. Crocker and C. Dana Nelson. 2019. Hedonic Analysis of Forest Pest Invasion: The Case of Emerald Ash Borer. *Forests*, Vol. 10 (9), 820. (https://doi.org/10.3390/f10090820)

26. Boyle, Kevin J., and Matthew J. Kotchen. 2019. The Need for More (Not Less) External Review of Economic Analysis at the U.S. EPA. *Review of Environmental Economics and Policy,* Vol. 13 (2): 308–316. (https://doi.org/10.1093/reep/rez006)

**KEVIN J. BOYLE**                                                                                          14

_____

27. Boyle, Kevin J., Jessica A. Boatwright, Sreeya Brahma and Weibin Xu. 2019. "NIMBY, not, in Siting Community Wind Farms." *Resource and Energy Economics*, Vol. 57: 85-104. (https://doi.org/10.1016/j.reseneeco.2019.04.004)

28. Singh, Meghendra, Prasenjit Sarkhel, Gloria J Kang, Achla Marathe, Kevin Boyle, Pam Murray-Tuite, Kaja M Abbas and Samarth Swarup. 2019. "Impact of Demographic Disparities in Social Distancing and Vaccination on Influenza Epidemics in Urban and Rural Regions of the United States." *BMC Infectious Diseases*, Vol. 19 (1), 221. (https://bmcinfectdis.biomedcentral.com/articles/10.1186/s12879-019-3703-2)

29. Bishop, Richard C., and Kevin J. Boyle. 2019. "Reliability and Validity in Nonmarket Valuation." *Environmental and Resource Economics,* Vol. 72 (2): 559-582. (https://link.springer.com/article/10.1007/s10640-017-0215-7)

30. Ward, Nicole K., Leah Fitchett, Julia A. Hart, Lele Shu, Joe Stachelek, Weizhe Weng, Yu Zhang, Hilary Dugan, Amy Hetherington, Kevin Boyle, Cayelan C. Carey, Kelly M. Cobourn, Paul C. Hanson, Armen R. Kemanian, Michael G. Sorice and Kathleen C. Weathers. 2019. "Integrating fast and slow processes is essential for simulating human-freshwater interactions." *Ambio* Vol. 48 (10): 1169-1182. (https://doi.org/10.1007/s13280-018-1136-6).

31. Cobourn, K.M., C.C. Carey, K.J. Boyle, C. Duffy, H.A. Dugan, K.J. Farrell, L. Fitchett, P.C. Hanson, J.A. Hart, V.R. Henson, A.L. Hetherington, A.R. Kemanian, L.G. Rudstam, L. Shu, P.A. Soranno, M.G. Sorice, J. Stachelek, N.K. Ward, K.C. Weathers, W. Weng, Y. Zhang. 2018. "From concept to practice to policy: modeling coupled natural and human systems in lake catchments." *Ecosphere,* Vol. 9 (5), e02209. (https://doi.org/10.1002/ecs2.2209)

32. Sorice, Michael G., C. Josh Donlan, Kevin J. Boyle, Weibin Xu, and Stefan Gelcich. 2018. "Scaling Participation in Payments for Ecosystem Services Programs." *Plos One,* Vol. 13 (3): e0192211. (https://doi.org/10.1371/journal.pone.0192211).

33. Banerjee, Onil, Kevin J. Boyle, Cassandra T. Rogers, Janice Cumberbatch, Barbara Kanninen, Michele Lemay, and Maja Schiling.  2018. "Estimating benefits of investing in resilience of coastal infrastructure in small island developing states: An application to Barbados." *Marine Policy,* Vol. 90: 78-87. (https://doi.org/10.1016/j.marpol.2018.01.004)

34. Boyle, Kevin J., and Jeffrey M. Wooldridge.  2018. "Understanding Error Structures and Exploiting Panel Data in Meta-Analytic Benefit Transfers." *Environmental and Resource Economics,* Vol. 69 (3): 609-635. (http://www.springer.com/home?SGWID=0-0-1003-0-0&aqId=3433489&download=1&checkval=2d095ee14e8aebd4ccc8be252ef2e204)

35. Boyle, Kevin J., Matthew J. Kotchen, and V. Kerry Smith. 2017. "Deciphering dueling analyses of clean water regulations." *Science*, Vol. 358 (6359): 49-50. (http://science.sciencemag.org/content/358/6359/49.summary)

36. Bishop, Richard C., Kevin J. Boyle, Richard T. Carson, David Chapman, W. Michael Hanemann, Barbara Kanninen, Raymond J. Kopp, Jon A. Krosnick, John List, Norman Meade, Robert Paterson, Stanley Presser, V. Kerry Smith, Roger Tourangeau, Michael Welsh, Jeffrey M. Wooldridge, Matthew DeBell, Colleen Donovan, Matthew Konopka, Nora Scherer.  2017. "Contingent valuation: Flawed logic? Response." *Science*, Vol. 357 (6349): 363-364. (http://science.sciencemag.org/content/357/6349/363.2)

**KEVIN J. BOYLE**                                                                                          15

_____

37. Bishop, Richard C., Kevin J. Boyle, Richard T. Carson, David Chapman, W. Michael Hanemann, Barbara Kanninen, Raymond J. Kopp, Jon A. Krosnick, John List, Norman Meade, Robert Paterson, Stanley Presser, V. Kerry Smith, Roger Tourangeau, Michael Welsh, Jeffrey M. Wooldridge, Matthew DeBell, Colleen Donovan, Matthew Konopka, Nora Scherer. 2017. "Putting a value on injuries to natural assets: The BP oil spill." *Science*, Vol. 356 (6335): 253-254. (http://science.sciencemag.org/content/356/6335/253.summary)

38. Johnston, Robert J., Kevin J. Boyle, Wiktor Adamowicz, Jeff Bennett, Roy Brouwer, Trudy Ann Cameron, W. Michael Hanemann, Nick Hanley, Mandy Ryan, Riccardo Scarpa, Roger Tourangeau, Christian A. Vossler. 2017. "Contemporary Guidance for Stated Preference Studies." *Journal of the Association of Environmental and Resource Economists,* Vol. 4 (2): 319-405. (http://www.journals.uchicago.edu/doi/abs/10.1086/691697?journalCode=jaere)

39. Sanderford, A.R., Read, D.C., Xu, W. and Boyle, K.J., 2017. "Obtaining Differentiation Premiums in the Presence of Fee Regulation in the Residential Real Estate Appraisal Industry." *Housing Policy Debate,* Vol. 27, (5): 698-711. (http://www.tandfonline.com/doi/abs/10.1080/10511482.2017.1305979)

40. Kaul, Sapna, Rochelle R. Smits-Seeman, Eduardo R. Zamora, Holly Spraker-Perlman, Kevin J. Boyle and Anne C. Kirchhoff. 2017. "Adolescent and Young Adult Cancer Survivors' Valuation of Post-Treatment Recommended Care." *Journal of Adolescent and Young Adult Oncology*, Vol 6 (1): 127-133. (doi:10.1089/jayao.2016.0054). (http://online.liebertpub.com/doi/abs/10.1089/jayao.2016.0054)

41. Rothwell, Erin, Sapna Kaul, Kevin Boyle, and Bob Wong. 2016. "Value of Genetic Incidental Findings Related to Cancer Causing Genes." *American Journal of Cancer Prevention*, Vol. 4 (3): 44-50. (http://pubs.sciepub.com/ajcp/4/3/3/index.html)

42. Siriwardena, Shyamani, Kevin J. Boyle, Thomas P. Holmes and P. Eric Wiseman. 2016. "The implicit value of tree cover in the U.S.: A meta-analysis of hedonic property value studies." *Ecological Economics*, Vol. 128: 68-76. (http://www.sciencedirect.com/science/article/pii/S0921800916304293)

43. Cultice, Alyssa, Darrell J. Bosch, James W. Pease and Kevin J. Boyle. 2016. "Horticultural Growers' Willingness to Adopt Recycling of Irrigation Water". *Journal of Agricultural and Applied Economics*, Vol. 48 (1): 99–118. (https://www.cambridge.org/core/journals/journal-of-agricultural-and-applied-economics/article/horticultural-growers-willingness-to-adopt-recycling-of-irrigation-water/E0BF70D9DA31B4F339BB0E8E30F25320)

44. Boyle, K.J., R.W. Paterson, R.T. Carson, Christopher Leggett, B. Kanninen, John Molenar, and J. Neumann. 2016. "Valuing Shifts in the Distribution of Visibility in National Parks and Wilderness Areas in the United States." *Journal of Environmental Management,* Vol. 173: 10-22. (http://www.sciencedirect.com/science/article/pii/S0301479716300391)

45. Cohen, Jed, Klaus Moeltner, Christine Blinn, Kevin J. Boyle and Thomas P. Holmes. 2016. "Hedonic Valuation with Translating Amenities: Mountain Pine Beetles and Host Trees in the Colorado Front Range." *Environmental and Resource Economics,* Vol. 65 (3): 613-642. (http://link.springer.com/article/10.1007/s10640-014-9856-y)

46. Boyle, Kevin J., Mark Morrison, Darla Hatton MacDonald, and Roderick Duncan. 2016.

_____

"Investigating Internet and Mail Implementation of Stated-Preference Surveys While Controlling for Differences in Sample Frames". *Environmental and Resource Economics,* Vol. 64 (3):401-419. (http://link.springer.com/article/10.1007/s10640-015-9876-2)

47. Yuan, Yuan, Kevin J. Boyle and Wen You.  2015. "Sample Selection, Individual Heterogeneity and Regional Heterogeneity in Valuing Farmland Conservation Easements." *Land Economics*, Vol. 91 (4): 627-649.  (http://le.uwpress.org/content/91/4/627.short)

48. Dymond, Randy, Kevin J. Boyle, Yvan J. Beliveau, Rosemary Carucci Goss, Raman Kumar and P. Eric Wiseman.  2015. "Development of an Interdisciplinary Undergraduate Program in Real Estate: Breaking Down University Silos."  *Journal of Real Estate Practice and Education*, Vol. 18 (2):141-162. (http://aresjournals.org/doi/abs/10.5555/1521-4842.18.2.141)

49. Tanellari, Eftila, Darrell Bosch, Kevin Boyle and Elton Mykerezi.  2015. "On consumers' attitudes and willingness to pay for improved drinking water quality and infrastructure." *Water Resources Research*, Vol. 51 91): 47-57. (http://onlinelibrary.wiley.com/doi/10.1002/2013WR014934/full)

50. Hashemi, Ali, Wen You, Kevin J. Boyle, Christopher F. Parmeter, Barbara Kanninen and Paul A. Estabrooks.  2015. "Identifying Financial Incentive Designs to Enhance Participation in Weight Loss Programs." *Journal of Obesity & Weight Loss Therapy,* Vol. 5 (247):2. (http://www.omicsgroup.org/journals/identifying-financial-incentive-designs-to-enhance-participation-in-weight-loss-programs-2165-7904-5-247.pdf)

51. Zhang, Congwen, Kevin J. Boyle and Nicolai V. Kuminoff.  2015. "Partial Identification of Hedonic Demand Functions." *Journal of Environmental Economics and Management*, Vol. 71:180-197.  (http://www.sciencedirect.com/science/article/pii/S0095069615000170)

52. Aziz, Sonia, Kevin J. Boyle and Thomas Crocker.  2015. "Parental Decisions, Child Health and Valuation of Avoiding Arsenic in Drinking Water in Rural Bangladesh." *Journal of Water and Health,* Vol. 13 (1): 152-167. (http://jwh.iwaponline.com/content/13/1/152)

53. Li, Xiaoshu, K. J. Boyle, Thomas P. Holmes, and Genevieve Pullis-LaRouche.  2014.  The effect of on-site forest experience on stated preferences for low impact timber harvesting programs.  *Journal of Forest Economics,* Vol. 20 (4): 348-362. (http://www.sciencedirect.com/science/article/pii/S110468991400035X )

54. Li, Xiaoshu, Evan L. Preisser, Kevin J. Boyle, Thomas P. Holmes, Andrew Liebhold and David Orwig.  2014. "Potential social and economic impacts of the hemlock woolly adelgid in Southern New England." *Southern Naturalist/Northeastern Naturalist,* Vol. 13 (6): 130-146. (http://www.bioone.org/doi/pdf/10.1656/058.013.s609)

55. Aziz, Sonia, Khwaja M. Sultanul Aziz and Kevin J. Boyle.  2014.  "Arsenic in drinking water in Bangladesh: factors affecting child health." *Frontiers in Public Health*, Volume 2, Article 57: 1-6.  (http://journal.frontiersin.org/Journal/10.3389/fpubh.2014.00057/abstract)

56. Tobias Börger, Nicola J. Beaumont, Linwood Pendleton, Kevin J. Boyle, Philip Cooper, Stephen Fletcher, Tim Haab, Michael Hanemann, Tara L. Hooper, S. Salman Hussain, Rosimeiry Portela, Mavra Stithou, Joanna Stockill, Tim Taylor and Melanie C. Austen.  2014. "Incorporating Ecosystem Services in Marine Planning: The Role of Valuation." *Marine*

**KEVIN J. BOYLE**                                                                                         17

_____

*Policy*, Vol. 46:161-170. (http://www.sciencedirect.com/science/article/pii/S0308597X14000311)

57. Boatwright, Jessica, Kurt Stephenson, Kevin Boyle, and Sara Nienow.  2014. "Stormwater Control Infrastructure and Residential Property Values." *Journal of Water Resources Planning and Management*, Vol. 140 (4): 524-532. (http://ascelibrary.org/doi/abs/10.1061/(ASCE)WR.1943-5452.0000356)

58. Kaul, Sapna, Kevin J. Boyle, Nicolai V. Kuminoff, Christopher F. Parmeter and Jaren C. Pope. 2013. "What Can We Learn from Benefit Transfer Errors?  Evidence from 20 Years of Research on Convergent Validity." *Journal of Environmental Economics and Management*, Vol. 66 (1): 90-104. (http://www.sciencedirect.com/science/article/pii/S0095069613000168)

59. Boyle, Kevin J., Christopher C. Parmeter, Bent Boehlert, and Robert Paterson.  2013. "Due Diligence in Meta-Analyses to Support Benefit Transfers." *Environmental and Resource Economics*, Vol. 55 (3): 357-386.  (http://link.springer.com/article/10.1007/s10640-012-9630-y/fulltext.html)

60. Kotchen, Matthew J., Kevin J. Boyle and Anthony A. Leiserowitz. 2013.  "Policy-Instrument Choice and Benefit Estimates for Climate-Change Policy in the United States." *Energy Policy*, Vol. 55: 617-625.  (http://www.sciencedirect.com/science/article/pii/S0301421512011111)

61. Raheem, N., S. Colt, E. Fleishman, J. Talberth, P. Swedeen, K. J. Boyle, M. Rudd, R.D. Lopez, D. Crocker, D. Bohan, T. O'Higgins, C. Willer, and Rulof. Boumans.  2012. "Applications of Non-Market Valuation to California's Coastal Policy Decisions." *Marine Policy,* Vol. 36 (5): 1166-1171. (http://www.sciencedirect.com/science/article/pii/S0308597X12000061).

62. Teisl, Mario F., Eric Fromberg, Andrew E. Smith, Kevin J. Boyle and Haley M. Engelberth. 2011. "Awake at the Switch: Improving Fish Consumption Advisories for At-risk Women." *Science of the Total Environment*, Vol. 409 (18):3257-3266. (http://www.sciencedirect.com/science/article/pii/S0048969711004803)

63. Hatton-MacDonald, Darla, Mark Morrison, John Rose and Kevin J. Boyle.  2011. "Valuing a Multi-State River: The Case of the River Murray." *The Australian Journal of Agricultural and Resource Economics,* Vol. 55 (3): 373-391. (http://onlinelibrary.wiley.com/doi/10.1111/j.1467-8489.2011.00551.x/full)

64. Zhang, Congwen, and Kevin J. Boyle.  2010. "The Effect of an Aquatic Invasive Species (Eurasian Watermilfoil) on Lakefront Property Values." *Ecological Economics,* Vol. 70 (2): 394-404.  (http://www.sciencedirect.com/science/article/pii/S0921800910003708)

65. Boyle, Kevin J., Nicolai V. Kuminoff, Christopher F. Parmeter and Jaren C. Pope.  2010. "The Benefit Transfer Challenges." *Annual Review of Resource Economics*, Vol. 2: 161-182. (http://www.annualreviews.org/doi/abs/10.1146/annurev.resource.012809.103933?journalCode=resource)

66. Taylor, Laura, Mark Morrison and Kevin J. Boyle.  2010.  "Exchange Rules and the Incentive Compatibility of Choice Experiments." *Environmental and Resource Economics,* Vol. 47 (2): 197-220. (http://www.springerlink.com/content/d3018w8424u18mh2/)

**KEVIN J. BOYLE**                                                                                    18

_____

67. Boyle, Kevin J., Nicolai Kuminoff, Congwen Zhang, Michael Devanney, and Kathleen P. Bell. 2010.  "Does a Property-Specific Environmental Health Risk Create a 'Neighborhood' Housing-Price Stigma? Arsenic in Private Well Water." *Water Resources Research*, Vol. 46: W03507.  (http://onlinelibrary.wiley.com/doi/10.1029/2009WR008074/full)

68. Scrogin, David, Richard Hofler, Kevin J. Boyle and J. Walter Milon. 2010. "An Efficiency Approach to Choice set Formation: Theory and Application to Recreational Destination Choice." *Applied Economics*, Vol. 42 (3): 333-350. (http://www.tandfonline.com/doi/abs/10.1080/00036840701604438)

69. Boyle, Kevin J., Nicolai V. Kuminoff, Christopher F. Parmeter and Jaen C. Pope.  2009. "Necessary Conditions for Valid Benefit Transfers." *American Journal of Agricultural Economics*, Vol. 91 (5): 1328-1334.

70. Neumann, Bradley C., Kevin J Boyle and Kathleen P. Bell.  2009. "Property Price Effects of a National Wildlife Refuge: Great Meadows National Wildlife Refuge in Massachusetts." *Land Use Policy*, Vol. 26 (4): 1011-1019.

71. Özdemir, Semra, and Kevin J. Boyle.  2009. "Convergent Validity of Attribute-Based, Choice Questions in Stated-Preference Studies." *Environmental and Resource Economics*, Vol. 42 (2): 247-264.

72. Parson, George, Ami Kang, Christopher Leggett and Kevin J. Boyle.  2009.  "Valuing Beach Closures on the Padre Island National Seashore." *Marine Resource Economics*, Vol. 24 (3): 213-235.

73. Paterson, Robert W., Kevin J. Boyle, Christopher F. Parmeter, James E. Neuman and Paul De Civita.  2008. "Heterogeneity in Preferences for Smoking Cessation." *Health Economics,* Vol. 17 (12): 1363-1377).

74. Nquyen, N., W. Douglass Shaw, Richard T. Woodward, Robert Paterson and Kevin J. Boyle. 2007. "An Empirical Study at Option Prices for Hunting Permits." *Ecological Economics*, Vol. 63 (2&3): 476-484.

75. Moeltner, Klaus, Kevin J. Boyle and Robert W. Paterson. 2007. "Meta-Analysis and Benefit Transfer for Resource Valuation: Addressing Classical Challenges with Bayesian Modeling." *Journal of Environmental Economics and Management*, Vol. 53 (2): 250-269.

76. Nelson, Marcy L., James R. Gilbert and Kevin J. Boyle.  2006. "The Influence of Siting and Deterrence Methods on Seal predation at Atlantic Salmon (Salmo salar) Farms in Maine, 2001-2003." *Canadian Journal of Fisheries and Aquatic Sciences*, Vol. 63 (July): 1710-1721.

77. Aziz Sonia N., Kevin J. Boyle, and Mahfuzar Rahman. 2006. "Knowledge of Arsenic in Drinking-water: Risks and Avoidance in Matlab, Bangladesh." *Journal of Health, Population and Nutrition*, Vol. 24 (3): 327-335.

78. Sargent-Michaud, Jessica, Kevin J. Boyle, and Andrew E. Smith. 2006. "Cost Effective Arsenic Reductions in Private Wells." *Water Resources Bulletin*. Vol. 42 (5): 237-245.

_____

79. Holmes, Thomas D., and Kevin J. Boyle.  2005. "Dynamic Learning and Context-Dependence in Sequential, Attribute-Based, Stated-Preference Valuation Questions." *Land Economics*, Vol. 81 (1): 114-126.

80. McCollum, Daniel W., and Kevin J. Boyle.  2005. "The Effect of Respondent Experience/Knowledge in the Elicitation of Contingent Values: An Investigation of Convergent Validity, Procedural Invariance and Reliability." *Environmental and Resource Economics*, Vol. 30 (1): 23-33.

81. Scrogin, David, Kevin Boyle, George Parsons, and Andrew Plantinga.  2004. "Effects of Regulations on Expected Catch, Expected Harvest, and Site Choice of Recreational Anglers." *American Journal of Agricultural Economics*, Vol. 86 (4): 963-974.

82. Bergstrom, John C., Kevin J. Boyle, and Mitsuyasu Yabe.  2004. "Trading Taxes vs. Paying Taxes to Value and Finance Public Environmental Goods." *Environmental and Resource Economics*, Vol. 28 (4): 533-549.

83. Boyle, Kevin, and Roy Bouchard.  2003. "Water Quality Effects on Property Prices in Northern New England." *Lakelines,* Vol. 23 (3): 24-27.

84. Evans, Mary F., Nicholas E. Flores, and Kevin J. Boyle.  2003. "Multiple Bounded Uncertainty Choice Data as Probabilistic Intentions." *Land Economics*, Vol. 79 (4): 549-560.

85. Leggett, Christopher G., Naomi S. Kleckner, Kevin J. Boyle, John W. Duffield, and Robert Cameron Mitchell.  2003. "Social Desirability Bias in Contingent Valuation Surveys Administered Through In-Person Interviews." *Land Economics,* Vol. 79 (4): 561-575.

86. Alberini, Anna, Kevin Boyle, and Michael Welsh.  2003. "Analysis of Contingent Valuation Data with Multiple Bids and Response Options Allowing Respondents to Express Uncertainty." *Journal of Environmental Economics and Management*, Vol. 45 (1): 40-62.

87. Sargent-Michaud, Jessica, and Kevin J. Boyle.  2002. "Public Perceptions of Wildlife Management in Maine." *Human Dimensions of Wildlife*, Vol. 7: 163-178.

88. Holmes, Thomas P., Kevin J. Boyle, Mario F. Teisl, and Brian Roe.  2002. "A Comparison of Conjoint Analysis Response Formats: Reply." *American Journal of Agricultural Economics*, Vol. 84 (4): 1172-1175.

89. Paterson, Robert W., and Kevin J. Boyle.  2002. "Out of Sight, Out of Mind? Using GIS to Incorporate Visibility in Hedonic Property Value Models." *Land Economics*, Vol. 78 (3): 417-425.

90. Gibbs, Julie P., John M. Halstead, Kevin J. Boyle, and Ju-Chin Huang. 2002. "A Hedonic Analysis of the Effects of Lake Water Clarity on New Hampshire Lakefront Properties." *Agricultural and Resource Economics Review*, Vol. 31 (11): 39-46.

91. Roach, Brian, Kevin J. Boyle, and Michael Welsh.  2002. "Testing Bid Design Effects in Multiple Bounded, Contingent-Valuation Questions." *Land Economics*, Vol. 78 (1): 121-131.

92. Poor, P. Joan, Kevin J. Boyle, Laura O. Taylor, and Roy Bouchard.  2001. "Objective versus Subjective Measures of Water Clarity in Hedonic Property Value Models." *Land Economics*, Vol. 77 (4): 482-493.

93. Roe, Brian, Mario F. Teisl, Alan S. Levy, Kevin Boyle, Mark L. Messonier, T. Lynn Riggs, Melissa J. Herrmann, and Felicia M. Newman.  2001. "Consumers' Assessment of the Food Safety Problem for Meals Prepared at Home and Reactions to Food Safety Labeling." *Journal of Food Product Retailing*, Vol. 6 (4): 9-26.

94. Boyle, Kevin J., and Laura O. Taylor.  2001. "Does the Measurement of Property and Structural Characteristics Affect Estimated Implicit Prices for Environmental Amenities in a Hedonic Model?"  *Journal of Real Estate Finance and Economics*, Vol. 23 (2/3): 303-318.

95. Boyle, Kevin J., Thomas P. Holmes, Mario F. Teisl, and Brian Roe.  2001. "A Comparison of Conjoint Analysis Response Formats." *American Journal of Agricultural Economics*, Vol. 83 (2): 441-454.

96. Michael, Holly, J., Kevin J. Boyle, and Roy Bouchard.  2000. "Does the Measurement of Environmental Quality Affect Implicit Prices Estimated from Hedonic Models?" *Land Economics*, Vol. 76 (2): 283-298.

97. Parsons, George R., Andrew J. Plantinga, and Kevin J. Boyle.  2000. "Narrow Choice Sets in a Random Utility Model of Recreation Demand." *Land Economics*, Vol. 76 (1): 86-99.

98. Boyle, Kevin J., P. Joan Poor, and Laura O. Taylor.  1999. "Estimating the Demand for Protecting Freshwater Lakes from Eutrophication." *American Journal of Agricultural Economics* Vol. 81 (5): 1118-1122.

99. Teisl, Mario F., Kevin J. Boyle, and Richard E. Record, Jr.  1999. "License-Sales Revenues: Understanding Angler and Hunter Reactions to Changes in License Prices." *Human Dimensions of Wildlife*, Vol. 4 (4): 1-17.

100. Roach, Brian, Kevin Boyle, John Bergstrom, and Stephen Reiling.  1999. "The Effect of Instream Flows on Whitewater Visitation and Consumer Surplus: A Contingent Valuation Application to the Dead River, Maine." *Rivers*, Vol. 7 (1): 11-20.

101. Roach, Brian, Joan Trail, and Kevin Boyle.  1999. "Comparing 1994 Angler Catch and Harvest Rates from On-Site and Mail Surveys on Selected Maine Lakes." *North American Journal of Fisheries Management*, Vol. 19 (1): 203-208.

102. Phillips, Marcia L., Kevin J. Boyle, and Alan G. Clark.  1998. "A Comparison of Opinions of Wildlife Managers and the Public on Endangered Species Management." *Wildlife Society Bulletin*, Vol. 26 (3): 605-613.

103. Phillips, Marcia L., Kevin J. Boyle, and Alan G. Clark.  1998. "Are There Differences Between Subgroups of Wildlife Managers?  Ask the Right Whales." *Human Dimensions of Wildlife*, Vol. 3 (4): 18-28.

104. Yabe, Mitsyasu, John C. Bergstrom, and Kevin J. Boyle.  1998. "Comparison of Economic Value Using Tax Reallocation and Special Tax Payment Vehicles: Applying CVM to Protecting Groundwater Quality in the USA." *Quarterly Journal of Agricultural Economy*, Vol. 52 (2): 1-36.

**KEVIN J. BOYLE**                                                                                    21

105. Boyle, Kevin J., Hugh F. MacDonald, Hsiang-tai Cheng, and Daniel W. McCollum.  1998.  "Bid Design and Yea Saying in Single-Bounded, Dichotomous-Choice Questions." *Land Economics*, Vol. 74 (1): 49-64.

106. Boyle, Kevin J., F. Reed Johnson, and Daniel W. McCollum.  1997. "Anchor and Adjustment in Single-Bounded, Dichotomous-Choice Questions." *American Journal of Agricultural Economics* Vol. 79 (5): 1495-1500.

107. MacDonald, Hugh F., and Kevin J. Boyle.  1997. "The Effect of a Statewide Sportfish Consumption Advisory on Open Water Fishing in Maine." *North American Journal of Fisheries Management*, Vol. 17 (3): 687-695.

108. Teisl, Mario, F., and Kevin J. Boyle.  1997. "Needles in a Haystack: Cost-Effective Sampling of Marine Sport Anglers." *Marine Resource Economics*, Vol.12 (1): 1-10.

109. Teisl, Mario F., Kevin J. Boyle, and Brian Roe.  1996. "Conjoint Analysis of Angler Evaluations of Atlantic Salmon Restoration on the Penobscot River, Maine." *North American Journal of Fisheries Management*, Vol. 16 (4): 861-871.

110. Boyle, Kevin J., F. Reed Johnson, Daniel W. McCollum, William H. Desvousges, Richard W. Dunford, and Sara P. Hudson.  1996. "Valuing Public Goods: Discrete Versus Continuous Contingent-Valuation Responses." *Land Economics*, Vol. 72 (3): 381-396.

111. Bergstrom, John C., Kevin J. Boyle, Charles A. Job, and Mary Jo Kealy.  1996. "Assessing the Economic Benefits of Ground Water for Environmental Policy Decisions." *Journal of the American Water Resources Association*, Vol. 32 (2): 279-291.

112. Roe, Brian, Kevin J. Boyle, and Mario F. Teisl.  1996. "Using Conjoint Analysis to Derive Estimates of Compensating Variation." *Journal of Environmental Economics and Management*, Vol. 31 (2): 145-159.

113. Mazurkiewicz, Stuart M., Kevin J. Boyle, Mario F. Teisl, Karen I. Morris, and Alan G. Clark.  1996. "Recall Bias and Reliability in Survey Data: Moose Hunting in Maine." *Wildlife Society Bulletin*, Vol. 24 (1): 140-148.

114. Boyle, Kevin J., Michael P. Welsh, Richard C. Bishop, and Robert M. Baumgartner. 1995. "Validating Contingent Valuation Estimates with Surveys of Experts." *Agricultural and Resource Economics Review*, Vol. 24 (2): 247-254.

115. Teisl, Mario F, Kevin J. Boyle, Daniel W. McCollum, and Stephen D. Reiling.  1995. "Test-Retest Reliability of Contingent Valuation with Independent Sample Pretest and Post-Test Control Groups." *American Journal of Agricultural Economics*, Vol. 77 (3): 613-619.

116. Westra, John V., Kevin J. Boyle, and Gregory L. Porter.  1995. "Net Revenues of Potatoes Rotated with Alternative Crops." *American Potato Journal*, Vol. 72: 99-117.

117. Boyle, Kevin J., Gregory L. Poe, and John C. Bergstrom.  1994. "What Do We Know About Groundwater Values? Preliminary Implications from a Meta-Analysis of Contingent-Valuation Studies." *American Journal of Agricultural Economics*, Vol. 76 (5): 1055-1061.

118. Boyle, Kevin J.  1994. "Fish Consumption, Exposure to Dioxin, and Risk Assessments." *Maine Policy Review*, Vol. 3: 27-36.

**KEVIN J. BOYLE**                                                                                    22

119. Boyle, Kevin J., William H. Desvousges, F. Reed Johnson, Richard W. Dunford, and Sara P. Hudson.  1994. "An Investigation of Part-Whole Biases in Contingent-Valuation Studies." *Journal of Environmental Economics and Management*, Vol. 27 (1): 64-83.

120. Boyle, Kevin J., and Alan G. Clark.  1993. "Does Getting a Bull Significantly Increase Value? The Net Economic Value of Moose Hunting in Maine." *Alces*, Vol. 29: 201-211.

121. Boyle, Kevin J., Richard L. Dressler, Alan G. Clark, and Mario F. Teisl.  1993. "Moose Hunter Preferences and Setting Season Timing." *Wildlife Society Bulletin,* Vol. 21 (4): 498-504.

122. Ebert, Ellen S., Natalie W. Harrington, Kevin J. Boyle, James W. Knight, and Russell E. Keenan.  1993. "Estimating Consumption of Freshwater Fish among Maine Anglers." *North American Journal of Fisheries Management*, Vol. 13 (4): 737-745.

123. Teisl, Mario F., Kevin J. Boyle, and Owen Fenderson.  1993. "Angler Opinions Regarding Management Options to Balance Open-Water and Ice Fishing Effort in Maine." *North American Journal of Fisheries Management*, Vol. 13 (3): 353-359.

124. Boyle, Kevin J.  1993. "Ecosystem Valuation as an Approach to Valuing Biological Diversity." *Scandinavian Forest Economics*, No. 34: 18-37.

125. Boyle, Kevin J., Michael P. Welsh, and Richard C. Bishop.  1993. "The Role of Question Order and Respondent Experience in Contingent-Valuation Studies." *Journal of Environmental Economics and Management*, Vol. 25 (1): S80-S99.

126. Milliman, Scott R., Barry L. Johnson, Richard C. Bishop, and Kevin J. Boyle.  1992. "The Bioeconomics of Resource Rehabilitation:  A Commercial-Sport Analysis for a Great Lakes Fishery." *Land Economics*, Vol. 68 (2): 191-210.

127. Boyle, Kevin J., and John C. Bergstrom.  1992. "Benefit Transfer Studies: Myths, Pragmatism and Idealism." *Water Resources Research*, Vol. 28 (3): 657-663.

128. Boyle, Kevin J.  1990. "Dichotomous-Choice, Contingent-Valuation Questions: Functional Form is Important." *Northeastern Journal of Agricultural and Resource Economics*, Vol. 19 (2): 125-131.

129. Boyle, Kevin J., Stephen D. Reiling, and Marcia L. Phillips.  1990. "Species Substitution and Question Sequencing in Contingent-Valuation Surveys Evaluating the Hunting of Several Types of Wildlife." *Leisure Sciences,* 12 (1): 103-118.

130. Reiling, Stephen D., Kevin J. Boyle, Marcia L. Phillips, and Mark W. Anderson.  1990. "Temporal Reliability of Contingent Values." *Land Economics*, Vol. 66 (2): 128-134.

131. Bishop, Richard C., Scott R. Milliman, Kevin J. Boyle, and Barry L. Johnson. 1990. "Benefit-Cost Analysis of Fishery Rehabilitation Projects: A Great Lakes Case Study." *Ocean and Shoreline Management*, Vol.13 (3& 4): 253-74.

132. Reiling, Stephen D., Kevin J. Boyle, Hsiang-tai Cheng, and Marcia L. Phillips.  1989. "Contingent Valuation of a Public Program to Control Black Flies." *Northeastern Journal of Agricultural and Resource Economics*, Vol. 18 (2): 126-134.

_____

133. Boyle, Kevin J.  1989. "Commodity Specification and the Framing of Contingent-Valuation Questions." *Land Economics*, Vol. 65 (1): 57-63.

134. Boyle, Kevin J., and Richard C. Bishop.  1988. "Welfare Measurements Using Contingent Valuation: A Comparison of Techniques." *American Journal of Agricultural Economics*, Vol. 70 (1): 20-28.

135. Boyle, Kevin J., Michael P. Welsh, and Richard C. Bishop.  1988. "Validation of Empirical Measures of Welfare Change: Comment." *Land Economics*, Vol. 64 (1): 94-98.

136. Boyle, Kevin J., and Richard C. Bishop.  1987. "Valuing Wildlife in Benefit-Cost Analyses: A Case Study Involving Endangered Species." *Water Resources Research*, Vol. 23 (5): 943-950.

137. Bishop, Richard C., Kevin J. Boyle, and Michael P. Welsh.  1987. "Toward Total Economic Valuation of Great Lakes Fishery Resources." *Transactions of the American Fisheries Society*, Vol. 116 (2): 339-345.

138. Boyle, Kevin J., and Richard C. Bishop.  1986. "The Economic Value of Endangered Species of Wildlife." *Transactions of the 51st North American Wildlife and Natural Resources Conference*, pp. 153-160.

139. Boyle, Kevin J., Richard C. Bishop, and Michael P. Welsh.  1985. "Starting Point Bias in Contingent Valuation Bidding Games." *Land Economics*, Vol. 61 (2): 188-194.


**B.  Books and Monographs**

140. Champ, Patricia A., Kevin J. Boyle, and Tom C. Brown (eds.).  2017 (2nd edition).  A Primer on Nonmarket Valuation.  Springer.

141. Bell, Kathleen P., Kevin J. Boyle and Jonathan R. Rubin, (eds.).  2006.  *Economics of Rural Land-Use Change*.  Ashgate Publishers: UK.

142. Heal, Geoffrey M., Edward B. Barbiere, Kevin J. Boyle, Alan P. Covich, Steven P. Gloss, Carlton H. Hershner, John P. Hoehn, Catherine M. Pringle, Stephen Polasky, Kathleen Segerson, and Kristin Schrader-Frechette. 2005. *Valuing Ecosystem Services: Toward Better Environmental Decision-Making*.  The National Academies Press: Washington, DC.

143. Bergstrom, John C., Kevin J. Boyle, and Gregory L. Poe (eds.).  2001.  *The Economic Value of Water Quality*.  Edward Elgar Publishing, Inc.: Cheltenham, UK.

144. Desvousges, William H., F. Reed Johnson, Richard W. Dunford, Kevin J. Boyle, Sara P. Hudson, and K. Nicole Wilson.  1992 (reprinted 2010). *Measuring Nonuse Damages Using Contingent Valuation: An Experimental Evaluation of Accuracy*.  Research Triangle Institute Monograph 92-1, Research Triangle Institute, Research Triangle Park, NC.

145. Boyle, Kevin J., and Trish Heekin (eds.). 1989. *Benefits and Costs in Natural Resources Planning: Interim Report 2*. Research publication of Western Regional Project W-133, University of Maine, 490 pp.

**C.  Book Chapters**

146. Boyle, Kevin J., and Christopher F. Parmeter. (forthcoming) "Benefit Transfer for Ecosystem

Services." In *Oxford Encyclopedia of Environmental Economics,* J. Kahn, D. Biller and J. Whitehead (eds). Oxford University Press.

147. Boyle, Kevin J. 2017. "Contingent Valuation in Practice." Chapter 4 in "A Primer on Nonmarket Valuation, P.A. Champ. K.J. Boyle and T.C. Champ. Springer.

148. Bishop, Richard C., and Kevin J. Boyle.  2017. "Reliability and Validity in Nonmarket Valuation." Chapter 12 in "A Primer on Nonmarket Valuation, P.A. Champ. K.J. Boyle and T.C. Champ. Springer.

149. Boyle, Kevin J., Sapna Kaul and Christopher F. Parmeter.  2014. "Meta-analysis: Econometric Advances and New perspectives toward Data Synthesis and Robustness." Chapter 20 in  *Benefit Transfer of Environmental and Resource Values:  A Handbook for Researchers and Practitioners,* R Johnston, J. Rolfe, R. Rosenberger and R. Brouwer (eds). Springer. (http://download.springer.com/static/pdf/785/bok%253A978-94-017-9930-0.pdf?originUrl=http%3A%2F%2Flink.springer.com%2Fbook%2F10.1007%2F978-94-017-9930-0&token2=exp=1452197890~acl=%2Fstatic%2Fpdf%2F785%2Fbok%25253A978-94-017-9930-0.pdf%3ForiginUrl%3Dhttp%253A%252F%252Flink.springer.com%252Fbook%252F10.1007%252F978-94-017-9930-0*~hmac=2b36cef65d0cda46452029c01acce57d8a6e2277c33a36eda4bb999ed029d95e)

150. Boyle, Kevin J., and Thomas P. Holmes.  2014. "Choice Experiments and Valuing Forest Attributes."  Chapter 9 in *Handbook of Forest Resource Economics*, S. Kant and J. Alavalapati (eds).  Routledge: Florence, KY.  (http://www.routledge.com/books/details/9780415623247/)

151. Boyle, Kevin J., Sapna Kaul, Ali Hashemi and Xiaoshu Li.  2015. "Applicability of Benefit Transfers for Evaluation of Homeland Security Counterterrorism Measures."  In *Estimating the Benefits of Homeland Security Policies*, C. Mansfield and V.K. Smith (eds.).

152. Poor, P. Joan, Kevin J. Boyle, Laura O. Taylor, and Roy Bouchard.  2008. "Objective versus Subjective Measures of Water Clarity in Hedonic Property Value Models."  In *Revealed Copy Approaches to Environmental Valuation: Volume II*, J. Herriges and C. Kling (eds.).  Ashgate Publishing: Aldershot, UK.  (Reprinted from *Land Economics*, Vol. 77 (4): 482-493.)

153. Boyle, Kevin J., P. Joan Poor, and Laura O. Taylor.  2008. "Estimating the Demand for Protecting Freshwater Lakes from Eutrophication."  In *Revealed Preference Approaches to Environmental Valuation: Volume II*, J. Herriges and C. Kling (eds.).  Ashgate Publishing: Aldershot, UK.  (Reprinted from *American Journal of Agricultural Economics* Vol. 81 (5): 1118-1122.)

154. Boyle, Kevin J., Gregory L. Poe, and John C. Bergstrom.  2007. "What Do We Know About Groundwater Values? Preliminary Implications from a Meta-Analysis of Contingent-Valuation Studies."  Chapter 11 in *The Stated Preference Approach to Environmental Valuation, Volume III,* R. T. Carson (ed.).  Ashgate Publishing: Aldershot, UK.  (Reprinted from *American Journal of Agricultural Economics*, Vol. 76 (5): 1055-1061.)

155. Boyle, Kevin J., Michael P. Welsh, and Richard C. Bishop.  2007. "The Role of Question Order and Respondent Experience in Contingent-Valuation Studies."  Chapter 2 in *The Stated Preference Approach to Environmental Valuation, Volume III,* R. T. Carson (ed.).  Ashgate

Publishing: Aldershot, UK.  (Reprinted from *Journal of Environmental Economics and Management*, Vol. 25 (1): S80-S99.)

156. Bell, Kathleen P., Kevin J. Boyle, Andrew Plantinga, Jonathan Rubin, and Mario F. Teisl. 2006. "Objectives and Perspectives." Chapter 1 in *Economics of Rural Land-Use Change*, K.P. Bell, K.J. Boyle and J.R. Rubin (eds.).  Ashgate:  UK.

157. Boyle, Kevin J., and Kathleen P. Bell. 2006. "Valuation and Land-Use Change." Chapter 13 in *Economics of Rural Land-Use Change*, K.P. Bell, K.J. Boyle and J.R. Rubin (eds.). Ashgate: UK.

158. Teisl, Mario F., and Kevin J. Boyle. 2006. "Valuing Changes in Rural Land Uses: Measuring the Willingness to Pat for Changes in Forest Management Practices." Chapter 14 in *Economics of Rural Land-Use Change*, K.P. Bell, K.J. Boyle and J.R. Rubin (eds.).  Ashgate: UK.

159. Bell, Kathleen P., Kevin J. Boyle and Jonathan R. Rubin. 2006. "Summary and Conclusions." Chapter 16 in *Economics of Rural Land-Use Change*, K.P. Bell, K.J. Boyle and J.R. Rubin (eds.).  Ashgate: UK.

160. Paterson, Robert W., Kevin J. Boyle, Mary C. Ahearn, Anna Alberini, John C. Bergstrom, Lawrence W. Libby, and Michael P. Welsh.  2005. "Public Preferences for Farmland Attributes of Conservation Easement Programs."  Chapter 12 in *Land Use Problems and Conflicts: Causes, Consequences and Solutions*.  S.J. Goetz, J.S. Shortle and J.C. Bergstrom (eds.).  Routledge: London.

161. Ahearn, Mary Claire, Kevin J. Boyle, and Daniel R. Hellerstein.  2004. "Designing a Contingent-Valuation Study to Estimate the Benefits of the Conservation Reserve Program on Grassland Bird Populations." Chapter 9 in *The Contingent-Valuation Handbook*. A. Alberini and J. Kahn (eds.).  Edward Elger: Cheltenhan, UK.

162. Holmes, Thomas P., and Kevin J. Boyle.  2003. "Stated Preference Methods for Valuing Forest Attributes." Chapter 18 in *Forests in a Market Economy*.  E. Sill and K. Abt (eds.). Kluwer Academic Publishers: Derdrecht.

163. Boyle, Kevin J.  2003. "Contingent Valuation in Practice."  Chapter 5 in *A Primer on Nonmarket Valuation,* P. A. Champ, K. J. Boyle and T. C. Brown (eds.).  Kluwer: UK.

164. Boyle, Kevin J. 2003.  "Introduction to Revealed Preference Methods."  Chapter 8 in *A Primer on Nonmarket Valuation*, P. A. Champ, K. J. Boyle and T. C. Brown (eds.).  Kluwer: UK.

165. Bergstrom, John C., Kevin J. Boyle, and Gregory L. Poe.  2001. "Economic Value of Water Quality: Introduction and Conceptual Background."  Chapter 1 in *The Economic Value of Water Quality*, J.C. Bergstrom, K.J. Boyle and G.L. Poe (eds.). Edward Elger Publishing Limited: Cheltenham, UK.

166. Bergstrom, John C., Kevin J. Boyle, and Mitsyasu Yabe.  2001. "Determinants of Ground Water Quality Values: Georgia and Maine Case Studies."  Chapter 3 in *The Economic Value of Water Quality*, J.C. Bergstrom, K.J. Boyle and G.L. Poe (eds.). Edward Elger Publishing Limited: Cheltenham, UK.

167. Poe, Gregory L., Kevin J. Boyle, and John C. Bergstrom.  2001. "Meta-Analysis of Ground Water Values."  Chapter 8 in *The Economic Value of Water Quality,* J.C. Bergstrom, K.J. Boyle and G.L. Poe (eds.). Edward Elger Publishing Limited: Cheltenham, UK.

168. Boyle, Kevin J., John C. Bergstrom, and Gregory L. Poe.  2001. "Concluding Thoughts on Valuing Ground Water Quality."  Chapter 9 in *The Economic Value of Water Quality*, J.C. Bergstrom, K.J. Boyle and G.L. Poe (eds.). Edward Elger Publishing Limited: Cheltenham, UK.

169. Roe, Brian, Kevin J. Boyle, and Mario F. Teisl.  1998. "Using Conjoint Analysis to Derive Estimates of Compensating Variation."  In*, Environmental Valuation*, K.G. Willis, K.J. Button, and P. Nijkamp (eds.).  Edward Elgar Publishing Limited: UK.  (Reprinted from *Journal of Environmental Economics and Management*, Vol. 31 (2): 145-159.)

170. Boyle, Kevin J., and John C. Bergstrom.  1996. "Doubt, Doubts and Doubters: The Genesis of a New Research Agenda."  Chapter 7 in *Valuing Environmental Preferences: Theory and Practice of the Contingent Valuation Method in the US, EU and Developing Countries*, I. Bateman and K. Willis (eds.).  Oxford University Press: London, UK.

171. Boyle, Kevin J.  1995. "Using Contingent Valuation to Value Elements of Biodiversity."  In *Fundamentals of Conservation Biology*, M.L. Hunter Jr.  Blackwell Scientific Publications: Boston.

172. Desvousges, William H., F. Reed Johnson, Richard W. Dunford, Sara P. Hudson, K. Nicole Wilson and Kevin J. Boyle.  1992. "Measuring Natural Resource Damages with Contingent Valuation: Tests of Validity and Reliability."  Chapter III in *Contingent Valuation: A Critical Assessment*, J.A. Hausman (ed.) North Holland: Amsterdam.


**D.  Proceedings**

173. Boyle, Kevin J.  2009.  "Globalization, International Trade and Food Safety."  *Food and Agriculture Extension Magazine*, Vol. 5.  (Arabic) (http://cfa.uaeu.ac.ae/docs/Copy_of_last_-vol.0552-.pdf )

174. Boyle Kevin J., 2008.  "Meta-analysis of Response Rates to Contingent-Valuation Surveys Conducted by Mail."  In, Sample Representativeness:  Implications for Administration and Testing of Stated Preference Surveys, A Krupnick and D. A. Evans (eds.), Resources for the Future. (http://www.rff.org/rff/Events/loader.cfm?url=/commonspot/security/getfile.cfm&PageID=32432)

175. Mario F. Teisl, Brian Roe, Kevin Boyle, T. Lynn Riggs, Mark L. Messonnier, Melissa J. Herrmann. 2001. "Understanding how respondents view food safety risks: Implications to the design of willingness-to-pay experiments."  Proceedings, AERE Workshop.  "Assessing and Managing Environmental and Public Health Risks."

176. Boyle, Kevin J. 1995. "Substitution Between Natural Spawning and Hatchery Stocking in the Restoration of Atlantic Salmon." In Integrated Water Resources Planning for the 21st Century.

_____

M. F. Damenica (ed.). American Society of Civil Engineers, Water Resources Planning and Management Division, Cambridge, Massachusetts.

177. Bergstrom, John C., and Kevin J. Boyle. 1992. "Benefit Transfer Case Study: Benefits of Groundwater Protection in Dougherty County, Georgia." In, Proceedings of the AERE Workshop on Benefits Transfer.

178. Boyle, Kevin J., Daniel W. McCollum, and Mario F. Teisl. 1992. "Evidence on the Size and Sign of Option Value." In Benefits and Costs in Natural Resources Planning: Interim Report 5, R.B. Rettig (ed.), Oregon State University.

179. Bishop, Richard C., Curtis A. Brown, Michael P. Welsh, and Kevin J. Boyle. 1992. "Contingent Valuation of Changes in Recreational Quality: Glen Canyon Dam Operations and Grand Canyon Recreation." In Management of Public Resources, D. Hoag (ed.), Resources Policy Consortium, North Carolina State University.

180. Boyle, Kevin J. 1989. "The Role of Property Rights in Creating Economic Incentives for Wildlife Management on Private Timberland." In Forest and Wildlife Management in New England: What Can We Afford? R.D. Briggs, W.B. Krohn, J.G. Trial, W.A. Ostrofsky and D.B. Field (eds.), Maine Agricultural Experiment Station, Miscellaneous Report No. 336, University of Maine, pp. 11-20.

181. Reiling, Stephen D., Kevin J. Boyle, and Marcia L. Phillips. 1989. "Consumer Surplus Values and Economic Impacts of Hunting and Fishing." In Proceedings of the 1989 Northeastern Recreation Research Symposium, Edited by T.A. More, M.P. Donnelly, A.R. Graefe, and J.J. Vaske, General Technical Report NE-132, Northeastern Forest Experiment Station, U.S. Forest Service, pp. 95-99.

182. Boyle, Kevin J., Stephen D. Reiling, and Marcia L. Phillips. 1989. "Prices of Substitutes: Implicit vs. Explicit Assumptions in Contingent-Valuation Questions." In Benefits and Costs in Natural Resources Planning: Interim Report 2, K.J. Boyle, and T. Heekin (eds.), University of Maine, pp. 285-303.

183. Bishop, Richard C., Curtis Brown, Michael P. Welsh, and Kevin J. Boyle.  1989. "Grand Canyon Recreation and Glen Canyon Dam Operations: An Economic Evaluation."  In Benefits and Costs in Natural Resources Planning: Interim Report 2, K.J. Boyle, and T. Heekin (eds.), University of Maine, pp. 407-435.

184. Boyle, Kevin J., Michael P. Welsh, Richard C. Bishop, and Robert M. Baumgartner.  1988. "Analyzing the Effects of Glen Canyon Dam Releases on Colorado River Recreation Using Scenarios of Unexperienced Flow Conditions."  In Benefits and Costs in Natural Resources Planning: Interim Report, J.B. Loomis (ed.), University of California-Davis, pp. 111-130.

**E. Peer Reviewed Reports**

185. Banerjee, Onil, Kevin J. Boyle, Cassandra Rogers, Janice Cumberbatch, Barbara Kanninen, Michele Lemay, and Maja Schiling.  2016.  A retrospective Stated Preference Approach to Assessment of Coastal Infrastructure Investments: An application to Barbados, Inter-American Development Bank, IDB Working Paper Series N° 727.

**KEVIN J. BOYLE**                                                                                  28

_____

186. Schuetz, Jennifer F., Kevin J. Boyle, and Roy Bouchard.  2001. "The Effects of Water Clarity on Economic Values and Economic Impacts of Recreational Uses of Maine's Great Ponds." Miscellaneous Report 421.  Maine Agricultural and Forest Experiment Station, University of Maine.

187. Allen, Thomas G., and Kevin J. Boyle.  2000. "Farm Property Taxes in Maine." Miscellaneous Report 418.  Maine Agricultural and Forest Experiment Station, University of Maine.

188. Boyle, Kevin J., and Mario F. Teisl.  1999. "Public Preferences for Timber Harvesting on Private Forest Land Purchased for Public Ownership in Maine."  Miscellaneous Report 414. Maine Agricultural and Forest Experiment Station, University of Maine.

189. Boyle, Kevin J., Brian Roach, and David G. Wadington.  1998. "1996 Net Economic Values for Bass, Trout and Walleye Fishing, Deer, Elk and Moose Hunting, and Wildlife Watching." Report 96-2, Division of Federal Aid, U.S. Fish and Wildlife Service.

190. Boyle, Kevin J., Steven R. Lawson, Holly J. Michael, and Roy Bouchard.  1998. "Lakefront Property Owners' Economic Demand for Water Clarity in Maine Lakes."  Miscellaneous Report 410, Maine Agricultural and Forest Experiment Station, University of Maine.

191. Michael, Holly J., Kevin J. Boyle, and Roy Bouchard.  1996. "Water Quality Affects Property Prices: A Case Study of Selected Maine Lakes."  Miscellaneous Report 398, Maine Agricultural and Forest Experiment Station, University of Maine.

192. Waddington, David G., Kevin J. Boyle, and Joseph Cooper.  1994. "1991 Net Economic Values for Bass and Trout Fishing, Deer Hunting, and Wildlife Watching."  Report 91-1, Division of Federal Aid, U.S. Fish and Wildlife Service.

193. ElHamzaoui, Ramona, Kevin J. Boyle, Craig McLaughlin, and Jim Sherburne.  1994. "Black Bear Hunting in Maine: Do Hunter Characteristics Affect Hunter Opinions Regarding Hunting Regulations?"  Bulletin 839, Maine Agricultural and Forest Experiment Station, University of Maine, 29pp.

194. Westra, John V., and Kevin J. Boyle.  1991. "An Economic Analysis of Crops Grown in Rotation with Potatoes in Aroostook County, Maine."  Bulletin 834, Maine Agricultural Experiment Station, University of Maine, 39pp.

195. Reiling, Stephen D., Kevin J. Boyle, Marcia L. Phillips, Vicki A. Trefts, and Mark Anderson. 1988. "The Economic Benefits of Late-Season Black Fly Control."  Bulletin 822, Maine Agricultural Experiment Station University of Maine, 1988.

196. Boyle, Kevin J., Vicki A. Trefts, and Parnel S. Hesketh.  1988. "Economic Values for and Uses of Maine's Inland Fish and Wildlife Resources."  Miscellaneous Publication 698, Maine Agricultural Experiment Station University of Maine.

**F.  Popular Publications (Editor Review Only)**:

197. Boyle, Kevin, and Matthew Kotchen, M., 2018. "Retreat on economics at the EPA." *Science*, Vol. 361 (6404): 729. (http://science.sciencemag.org/content/361/6404/729/tab-pdf)

**KEVIN J. BOYLE**                                                                                                29

_____

198. Rees, G., A. Cultice, J. Pease, D. Bosch, and K.J. Boyle.  2015. "Disease management issues and practices in mid-Atlantic nurseries." *American Nurseryman* (March): 20-23.

199. Rees, G., A. Cultice, J. Pease, D. Bosch, and K.J. Boyle.  2015. "Irrigation systems and practices in mid-Atlantic nurseries." *American Nurseryman* (February):14-16, 18-19.

200. D'Alessio, N., K.J. Boyle, D. Bosch, D. Harter, and J. Pease.  2015. "Adding Value to ornamental plants." *American Nurseryman* (January):16-18.

201. Braden, John B., and Kevin J. Boyle.  2013. "Theme Overview:  Innovations in Nonpoint Source Pollution Policy." *Choices*, 3rd Quarter.  (http://www.choicesmagazine.org/choices-magazine/theme-articles/innovations-in-nonpoint-source-pollution-policy/theme-overview-innovations-in-nonpoint-source-pollution-policy)

202. Braden, John B., and Kevin J. Boyle.  2013. "Innovations in Nonpoint Source Pollution Policy." *Farm Foundation AgChallenge2050*  (http://www.agchallenge2050.org/adaptability-resilience/2013/11/innovative-options-for-addressing-nonpoint-source-pollution/)

203. Boyle, Kevin, Lynne Lewis, Jaren Pope, and Jeffrey Zabel.  2012. "Valuation in a Bubble: Hedonic Modeling Pre- and Post-Housing Market Collapse*". AERE Newsletter*, Vol. 32 (2): 24-31. (http://www.aere.org/newsletters/documents/AERENewsletterFall2012_001.pdf)

204. Kotchen, Matthew J., Kevin J. Boyle and Anthony A. Leiserowitz.  2011. "Are Americans Willing to Pay for Climate Change Mitigation? *RFF Policy Commentary Series*, http://www.rff.org/Publications/WPC/Pages/Are-Americans-Willing-to-Pay-for-Climate-Change-Mitigation.aspx.

205. Boyle, Kevin J., George Davis, Paul A. Estabrooks, Deborah J. Good, Brooks King-Casas, Achla Marathe and Wen You.  2011. "Translational Economic Research: Integrating Genetics, Neurosciences and Behavioral Sciences." *AERE Newsletter*, Vol. 31 (1): 15-25.

206. Boyle, Kevin J. 2005. *"Groundwater Valuation, Benefits Transfers and Daubert."* Superfund and Natural Resource Damages Litigation Committee Newsletter, American Bar Association Vol. 1 (2): 13-16.

207. Boyle, Kevin J., and David F. Wihry. 2004. *"Tax Cap, Wrong Fix, Wrong Solution."* Editorial, Bangor Daily News, October 16-17.

208. Teisl, Mario F., and Kevin J. Boyle.  1998. "*Hunting: A Boon to the Maine Economy."* Maine Fish and Wildlife.

209. Michael, Holly J., Kevin J.  Boyle and Roy Bouchard.  1996. "*Protecting Lake Water Quality Means Protecting Your Property Value."* For the Sake of Maine Lakes: The Newsletter of the CONGRESS OF LAKES ASSOCIATIONS Winter/Spring.

210. Michael, Holly J., Kevin J.  Boyle and Roy Bouchard.  1996. "*Protecting Lake Water Quality Means Protecting Your Property Value."* Lakeside: Newsletter of the New Hampshire Lakes Association Vol. IV (5): 1.

211. Roper, Robert K., Kevin J. Boyle, Steven Deller, and Stephen D. Reiling.  1992. "*The Economic Impact of Fishing, Hunting, and Wildlife Observation on Maine's Economy.*" Maine Business Indicators, Vol. 37 (3): 1-4.

_____

212. Fenderson, Owen C., and Kevin J. Boyle.  1992. "*Fishing Quality on Maine's Inland Waters: For Better or Worse."*  Maine Fish and Wildlife, Vol. 34 (2): 24-29.

213. Boyle, Kevin J., Marcia L. Phillips, and Alan G. Clark.  1992*. "Nonconsumptive Uses of Maine's Wildlife: What is it? Who Participates? Why do they do it?"*  Maine Fish and Wildlife, Vol. 34 (1): 2-7, 26-28.

214. Boyle, Kevin J., and Alan G. Clark.  1992. "*Trapping in Maine: Recreation or Business?"*  Maine Fish and Wildlife, Vol. 33 (4): 2-9.

215. Boyle, Kevin J., Mario F. Teisl, and Stephen D. Reiling.  1991. "*Hunting for Hunter Facts."*  Maine Fish and Wildlife, Vol. 33 (3): 2-6, 20.

216. Reiling, Stephen D., Mario F. Teisl, and Kevin J. Boyle.  1991. "*Baiting Maine Bears: How the Hunters Feel."*  Maine Fish and Wildlife, Vol. 33 (2): 7-8, 21.

217. Anderson, James E., Kevin J. Boyle, and Alan G. Clark.  1991. "*Public Opinion: Deer/Moose Management Tradeoffs."*  Maine Fish and Wildlife, Vol. 33 (3): 10-12, 23.

218. Teisl, Mario F., Alan G. Clark, and Kevin J. Boyle.  1991. "*Season Timing: When to Hunt."*  Maine Fish and Wildlife, Vol. 33 (3): 13-15, 24-27.

219. Boyle, Kevin J., Mario F. Teisl, Stephen D. Reiling, and Owen Fenderson.  1991. "*Fishing for Angler Facts."*  Maine Fish and Wildlife, Vol. 33 (2): 2-7.

220. Boyle, Kevin J., Stephen D. Reiling, Mario Teisl, and Marcia L. Phillips.  1991. "*Maine's Fish and Wildlife: How Valuable?"*  Maine Fish and Wildlife, Vol. 33 (1): 3-6.

**G.  Research Reports and Other Publications:**

221. Hong, C., G.W. Moorman, J.D. Lea-Cox, K.J. Boyle, D. Bosch, J. Pease, W.E. Copes, P. Kong, A. Ristvey, B. Carroll, D. Ross, M.E. Stanghellini, B.A. Vinatzer, and E. Weiss.  2015. "Integrated Management of Zoosporic Pathogens and Irrigation Water Quality for a Sustainable Green Industry: Final Report."  SCRI Project (Agreement #: 2010-51181-21140) 43 pp.

222. Sanderford, Andrew R., Kevin J. Boyle, Andrew P. McCoy, Weibin Xu and Melissa Jones.  2014. "2013 Virginia Residential Real Estate Appraiser Remuneration: Survey and Report."  Virginia Center for Housing Research and Virginia Tech Program in Real Estate.

223. Tobias Börger, Nicola J. Beaumont, Linwood Pendleton, Kevin J. Boyle, Philip Cooper, Stephen Fletcher, Tim Haab, Michael Hanemann, Tara L. Hooper, S. Salman Hussain, Rosimeiry Portela, Mavra Stithou, Joanna Stockill, Tim Taylor and Melanie C. Austen.  2013. "Incorporating Ecosystem Services in Marine Planning: The Role of Valuation."  Duke University, Nicholas Institute for Environmental Policy Solutions, Working Paper NI WP 13-08 (http://www.nicholasinstitute.duke.edu/ocean/publications/incorporating-ecosystem-services-marine-planning-role-valuation#.UtVozV8o720).

224. Paterson, Robert, Kevin J. Boyle, Richard T. Carson, Barbara Kanninen, Christopher Leggett and John Molenar.  2013. "National Park Service Visibility Valuation Study: Pilot Survey

Results." Report to Policy, Planning and Permit Review Branch, Air Resources Division, National park Service.

225. Kotchen, Matthew J., Kevin J. Boyle and Anthony A. Leiserowitz. 2011. "Policy-Instrument Choice and Benefit Estimates for Climate-Change Policy in the United States." NBER Working Paper 17539 (http://www.nber.org/papers/w17539).

226. Boyle, Kevin J., Nicolai Kuminoff, Christopher Parmeter and Jaren C. Pope. 2010. "Validation of Benefit Function Transfers." Final Report submitted to U.S. Environmental Protection Agency, STAR Grant.

227. Raheem, N., J. Talberth, S. Colt, E. Fleishman. P. Swedeen, K.J. Boyle, M. Rudd, R.D. Lopez, T. O'Higgins, C. Willer and R.M. Bourmans. 2009. "The Economic Value of Coastal Ecosystems in California." U.S. EPA, Landscape Ecology Publications, EPA/600/F-09/046 (http://www.nceas.ucsb.edu/files/news/Raheemreport.pdf ).

228. Mario F. Teisl, Brian Roe, Caroline Noblet, Kevin J. Boyle, Nancy E. Bockstael, Alan S. Levy, Gerald Mumma, Tamera Riggs and Mark Messonnier. 2007. *Can Survey-based Scenarios Measure Consumer Values for Improved Food Safety?* Final Report submitted to the National Center for Infectious Diseases, U.S. Centers for Disease Control and Prevention, Atlanta, GA.

229. Baker, Tanya, Kevin Boyle, Deirdre Mageean, Neal Pettigrew, Jonathan Rubin and Jennifer Ward. 2005. "Maine's Recovery of Recreational Damages Due to Coastal Oil Spills." University of Maine, report to the Maine Oil Spill Advisory Committee.

230. Anderson, Mark, Kevin J. Boyle and Kathleen P. Bell. 2005. "Procedures for Evaluating the Regional Economic Impacts of Conservation Lands in the 100-mile Wilderness Region." Report to the Maine Department of Conservation.

231. Reed, Alison, Semra Ozdemir, and Kevin J. Boyle. 2003. "Public Support for Farmland Conservation Easements in Maine." Department of Resource Economics and Policy, University of Maine.

232. Boyle, Kevin J., Robert Paterson and Joan P. Poor. 2002. "The Effects of National Wildlife Refuge Proximity on Selling Prices of nearby Residential Properties." Staff Paper REP507, Department of Resources Economics and Policy, University of Maine.

233. Sargent-Michaud, Jessica, and Kevin J. Boyle. 2002. "Cost Comparisons for Arsenic Contamination Avoidance Alternatives for Maine Households on Private Wells." Staff Paper REP 506, Department of Resource Economics and Policy, University of Maine.

234. Paterson, Robert W., Kevin J. Boyle, Mary Ahearn, Anna Alberini, John Bergstrom, Larry Libby, and Michael P. Welsh. 2001. "Improved Information in Support of a National Strategy for Open Land Policies: Summary of Focus Group Findings Summer, 2000." Staff Paper REP 495, Department of Resource Economics and Policy, University of Maine.

235. Paterson, Robert W., David O. Scrogin, Kevin J. Boyle, and Dennis McNeish. 2001. "Maine Open Water Fishing Survey Summer, 1999." Staff Paper REP 493, Department of Resource Economics and Policy, University of Maine.

**KEVIN J. BOYLE**                                                                                    32

_____

236. Sargent-Michaud, Jessica, and Kevin J. Boyle.  2000. "Maine Residents' Opinions of Wolves in Maine."  Staff Paper REP 490, Department of Resource Economics and Policy, University of Maine.

237. Sargent-Michaud, Jessica, and Kevin J. Boyle.  2000. "Will the Introduction of the Chickadee License Plate Impact Revenues from the Loon License Plate Dedicated to Nongame Management?" Staff Paper REP 489, Department of Resource Economics and Policy, University of Maine.

238. Scrogin, David O., Kevin J. Boyle, and Dennis McNeish.   2000. "Maine Ice Fishing Survey, Winter, 1998-1999."  Staff Paper REP 486, Department of Resource Economics and Policy, University of Maine.

239. Boyle, Kevin J., Mario Teisl and Robert Paterson. 2000. "2000/2001 Revenue Forecasts." Report to the Vermont Department of Fish and Wildlife.

240. Teisl, Mario, and Kevin J. Boyle.  2000. "FY 2000/01 and FY 2002/03 Revenue Forecasts: Maine Department of Inland Fisheries and Wildlife."  Report to the Maine Department of Inland Fisheries and Wildlife.

241. Boyle, Kevin J., Brian Roach, and Henry Hilton.  1999. "Maine Residents Opinions on Wildlife Management, Funding and Policy Issues."  Staff Paper REP 484, Department of Resource Economics and Policy, University of Maine.

242. Boyle, Kevin J. and Mario F. Teisl. 1999. "Fiscal Year 2000 and 2001 Revenue Forecasts." Report to the Maine Department of Inland Fisheries and Wildlife, Bureau of Administrative Services.

243. Boyle, Kevin J., and Brian Roach.  1999. "Replication of Industrial Economics' Meta-Analysis of Sport Fishing Value Estimates."  Report to the Division of Economics, U.S. Fish and Wildlife Service.

244. Boyle, Kevin J., Richard Bishop, Jim Caudill, John Charbonneau, Doug Larson, Marla A. Markowski, Robert E. Unsworth, and Robert W. Paterson.  1998. "A Database of Sportfishing Values."  Report to the Division of Economics, U.S. Department of the Interior, Fish and Wildlife Service.

245. Boyle, Kevin J., Richard Bishop, Jim Caudill, John Charbonneau, Doug Larson, Marla A. Markowski, Robert E. Unsworth, and Robert W. Paterson.  1998. "A Meta-Analysis of Sportfishing Values."  Report to the Division of Economics, U.S. Department of the Interior, Fish and Wildlife Service.

246. Boyle, Kevin J., and Mario F. Teisl.  1998. "Calendar Years 2000 and 2001 License Revenue Forecasts: Maine Department of Inland Fisheries and Wildlife."  Report to the Department of Inland Fisheries and Wildlife, Bureau of Administrative Services, Augusta, Maine.

247. Harris, Brian L., and Kevin J. Boyle. 1998. "Highlights from the 1996 Maine Ice Fishing Follow-up Survey." Staff Paper REP474, Department of Resource Economics and Policy, University of Maine.

**KEVIN J. BOYLE**  33

_____

248. Teisl, Mario F., and Kevin J. Boyle.  1998. "The Economic Impacts of Hunting, Inland Fishing and Wildlife-Associated Recreation in Maine." Staff Paper REP 479, Department of Inland Fisheries and Wildlife, Augusta Maine.

249. Boyle, Kevin J.  1997. "Lifetime License Sales Revenue Predictions."  Report to the Maine Department of Inland Fisheries and Wildlife.

250. Boyle, Kevin J., Jennifer Schuetz, and J. Steve Kahl.  1997. "Great Ponds Play an Integral Role in Maine's Economy."  Water Research Institute, University of Maine.

251. MacDonald, Hugh F., Kevin J. Boyle, and Owen C. Fenderson.  1996. "A Comparison of 1994 Open-Water Fishing Survey Data and 1993-94 Ice Fishing Data."  Staff Paper REP 472, Department of Resource Economics and Policy, University of Maine.

252. Braley, Mark, Kevin J. Boyle, and Roy Bouchard.  1996. "Lake Recreational and Economic Activity Survey Report."  Staff Paper REP 471, Department of Resource Economics and Policy, University of Maine.

253. Boyle, Kevin J., and Alan G. Clark.  1996. "Hunting Data Documentation Report."  Staff Paper REP 468, Department of Resource Economics and Policy, University of Maine.

254. Boyle, Kevin J.  1996. "Design of Dichotomous-Choice, Contingent-Valuation Questions for the 1996 National Survey of Fishing, Hunting and Wildlife-Associated Recreation." Report to the U.S. Fish and Wildlife Service, Division of Federal Aid, Arlington, VA.

255. MacDonald, Hugh F., Kevin J. Boyle, and Owen C. Fenderson.  1996. "Maine Open Water Fishing Survey: Summer, 1994."  Staff Paper, REP 470, Department of Resource Economics and Policy, University of Maine.

256. Reiling, Stephen D., John C. Bergstrom, and Kevin J. Boyle.  1995. "Economic Evaluation of Recreation on Flagstaff Lake."  Report to Central Maine Power Company.

257. Boyle, Kevin J., John C. Bergstrom, and Stephen D. Reiling.  1995. "Qualitative and Economic Evaluations of White-Water Boating on the Dead River."  Report to Central Maine Power Company.

258. MacDonald, Hugh F., Kevin J. Boyle, and Owen C. Fenderson.  1995. "Ice Fishing Survey: Winter, 1993-94."  Staff Paper REP 461, Department of Resource Economics and Policy, University of Maine.

259. MacDonald, Hugh F., Kevin J. Boyle, Alan G. Clark, Alan E. Hutchinson, and James E. Anderson.  1994. "Highlights from the 1991 Survey of Maine Residents' Opinions Regarding Bald Eagle Restoration in Maine."  Staff Paper REP 458, Department of Resource Economics and Policy, University of Maine.

260. Boyle, Kevin J., and John C. Bergstrom.  1994. "A Framework for Measuring Economic Benefits of Ground Water."  Report to the U.S. Environmental Protection Agency, Office of Ground Water and Office of Policy Analysis.

261. Boyle, Kevin J., and Owen Fenderson.  1994. "Sport Fishing Data Documentation Report." Staff Paper REP 457, Department of Resource Economics and Policy, University of Maine.

**KEVIN J. BOYLE**                                                                                        34

_____

262. Boyle, Kevin J. 1994. "A Comparison of Contingent-Valuation Studies of Ground Water Protection." Staff Paper REP 456, Department of Resource Economics and Policy, University of Maine.

263. Boyle, Kevin J., Alan G. Clark, and Gerald R. Lavigne. 1994. "Highlights from the 1988 Survey of Deer Hunters." Staff Paper REP 454, Department of Resource Economics and Policy, University of Maine.

264. Boyle Kevin J. 1993. "A Review of Contingent-Valuation Studies of the Benefits of Groundwater Protection." Report to the U.S. Environmental Protection Agency, Cooperative Agreement CR818760-01-0, Research Triangle Institute.

265. Mario F. Teisl, Kevin J. Boyle and Stephen D. Reiling. 1992. "Highlights from the 1988 Survey of Upland Bird Hunters in Maine." Staff Paper ARE 444, Department of Agricultural and Resource Economics, University of Maine.

266. Boyle, Kevin J., Mario F. Teisl, and Stephen D. Reiling. 1992. "Benefit-Cost Analyses of Atlantic Salmon Restoration on the Penobscot River." Report to Bangor Hydro-Electric Co.

267. Boyle, Kevin J., and Mario Teisl. 1992. "Angler Evaluations of Potential Management Programs for Atlantic Salmon on the Penobscot River." Staff Paper ARE 438, Department of Agricultural and Resource Economics, University of Maine.

268. Mario F. Teisl, Kevin J. Boyle and Owen Fenderson, 1992. "Angler Opinions Regarding Management Options to Balance Open-Water and Ice Fishing Effort in Maine." Maine Agricultural Experiment Station Publication 1648.

269. Boyle, Kevin J., Mario F. Teisl, and Stephen D. Reiling. 1992. "Qualitative and Economic Evaluations of Atlantic Salmon Fishing on the Penobscot River." Staff Paper ARE 436, Department of Agricultural and Resource Economics, University of Maine.

270. Ebert, Ellen, and Kevin J. Boyle. 1992. "Consumption of Freshwater Fish by Maine Anglers." ChemRisk, Division of McLaren/Hart. Report to Maine Paper Industry Information Office.

271. Teisl, Mario F., Kevin J. Boyle, and Stephen D. Reiling. 1991. "Highlights from the 1988 Survey of Migratory Waterfowl Hunters in Maine." Staff Paper ARE 434, Department of Agricultural and Resource Economics, University of Maine.

272. Teisl, Mario F., Kevin J. Boyle, and Stephen D. Reiling. 1991. "Highlights from the 1988 Survey of Ice Fishing in Maine." Staff Paper ARE 431, Department of Agricultural and Resource Economics, University of Maine.

273. Reiling, Stephen D., Mario F. Teisl, and Kevin J. Boyle. 1991. "Highlights from the 1988 Survey of Bear Hunting in Maine." Staff Paper ARE 430, Department of Agricultural and Resource Economics, University of Maine.

274. Boyle, Kevin J., Teisl, Mario F., Moring, John R., and Reiling, Stephen D. 1991. "Economic Benefits Accruing to Sport Fisheries on the Lower Kennebec River from the Provision of Fish Passage at Edwards Dam or from the Removal of Edwards Dam." Staff Paper ARE 429, Department of Agricultural and Resource Economics, University of Maine.

_____

275. Boyle, Kevin J., Marcia L. Phillips, and Stephen D. Reiling.  1991. "Highlights from the 1989 Maine Wildlife Survey."  Staff Paper 425, Department of Agricultural and Resource Economics, University of Maine.

276. Teisl, Mario, Kevin J. Boyle, and Stephen D. Reiling.  1990. "Highlights from the Survey of Hunters Holding a 1988 Maine Hunting License."  Staff Paper ARE 424, Department of Agricultural and Resource Economics, University of Maine.

277. Boyle, Kevin J., Stephen D. Reiling, Mario Teisl, and Marcia L. Phillips.   1990. "A Study of the Impact of Game and Nongame Species on Maine's Economy."  Staff Paper ARE 423, Department of Agricultural and Resource Economics, University of Maine.

278. Boyle, Kevin J.  1990. "Design of Contingent-Valuation Questions for the 1991 National Survey of Fishing, Hunting and Wildlife-Associated Recreation."  Final report to the Federal Aid Division, U.S. Fish and Wildlife Service, Washington, D.C.

279. Boyle, Kevin J., Robert K. Roper, and Stephen D. Reiling.  1990. "Highlights from the 1988 Survey of Open Water Fishing in Maine."  Staff Paper ARE 416, Department of Agricultural and Resource Economics, University of Maine.

280. Phillips, Marcia L., Kevin J. Boyle, and Stephen D. Reiling.  1990. "Highlights from the Survey of Anglers Holding a 1988 Maine Fishing License."  Staff Paper ARE 415, Department of Agricultural and Resource Economics, University of Maine.

281. Potter, Deanna M., Kevin J. Boyle, and Stephen D. Reiling.  1990. "Highlights from the 1989 Survey of Maine Turkey Hunters."  Staff Paper ARE 413, Department of Agricultural and Resource Economics, University of Maine.

282. Boyle, Kevin J., Mario Teisl, Marcia L. Phillips, Stephen D. Reiling, and Lauri A. Fagerquist.  1990. "Economic Values and Economic Impacts Associated with Consumptive and Nonconsumptive Uses of Maine's Fish and Wildlife Resources."  Staff Paper ARE 410, Department of Agricultural and Resource Economics, University of Maine.

283. Boyle, Kevin J., Marcia L. Phillips, and Stephen D. Reiling.  1989. "Highlights from the 1988 Survey of Maine Trappers."  Staff Paper ARE 396, Department of Agricultural and Resource Economics, University of Maine.

284. Boyle, Kevin J., Marcia L. Phillips, and Stephen D. Reiling.  1989. "Highlights from the Survey of Anglers Holding a 1987 Maine Fishing License."  Staff Paper ARE 398, Department of Agricultural and Resource Economics, University of Maine.

285. Phillips, Marcia L., Kevin J. Boyle, and Stephen D. Reiling.  1989. "Highlights from the Survey of Hunters Holding a 1987 Maine Hunting License."  Staff Paper ARE 397, Department of Agricultural and Resource Economics, University of Maine.

286. Boyle, Kevin J., Stephen D. Reiling, and Marcia L. Phillips.  1989. "Highlights from the Survey of 1988 Moose Hunters."  Staff Paper ARE 392, Department of Agricultural and Resource Economics, University of Maine.

287. Boyle, Kevin J., Marcia L. Phillips, Stephen D. Reiling, and Lawrence K. Demirelli.  1989. "Economic Values and Economic Impacts Associated with Consumptive Uses of Maine's Fish

and Wildlife Resources." Staff Paper ARE 391, Department of Agricultural and Resource Economics, University of Maine.

288. Baumgartner, Robert M., and Kevin J. Boyle.  1987. "Customer Acceptance of the Cycle-to-Shed Conversion for PG&E's Residential Peak Load Reduction Program."  Report to Pacific Gas and Electric Company, HBRS.

289. Bishop, Richard C., Kevin J. Boyle, Michael P. Welsh, Robert M. Baumgartner, and Pamela R. Rathbun.  1987. "Glen Canyon Dam Releases and Downstream Recreation: An Analysis of User Preferences and Economic Values."  Report to the U.S. Bureau of Reclamation.

290. Bishop, Richard C., and Kevin J. Boyle.  1985. "The Economic Value of Illinois Beach State Nature Preserve."  Final report to the Illinois Department of Conservation.

291. Boyle, Kevin J., and Richard C. Bishop.  1984. "A Comparison of Contingent Valuation Techniques." Staff Paper No. 222, Department of Agricultural Economics, University of Wisconsin-Madison.

292. Boyle, Kevin J., and Richard C. Bishop.  1984. "Lower Wisconsin River Recreation: Economic Impacts and Scenic Values."  Staff Paper 216, Department of Agricultural Economics, University of Wisconsin.

293. Boyle, Kevin J., and Richard C. Bishop.  1984. "Economic Benefits Associated with Boating and Canoeing on the Lower Wisconsin River."  Economic Issues, No. 84, Department of Agricultural Economics, University of Wisconsin.

294. Boyle, Kevin J., Ronald A. Oliveira, and James K. Whittaker.  1982. "An Econometric Model of Barley Acreage Response to Changes in Prices and Wheat Acreage in the Northwest." Special Report No. 647, Agricultural Experiment Station, Oregon State University.

295. Boyle, Kevin J., and Frederick W. Obermiller.  1982. "Modifying Static Input-Output Models to Incorporate New Sectors."  Technical Paper No. 6444, Agricultural Experiment Station, Oregon State University.

296. Obermiller, Frederick W., Kevin J. Boyle, and David Lambert.  1981. "Final Report: Morrow County Input-Output Model."  Department of Agricultural and Resource Economics, Oregon State University.

297. Wilson, James A., Wayne Meserve, Everett Maxim, and Kevin J. Boyle.  1977. "The Economic Feasibility of the Installation of Chilled and Refrigerated Seawater Systems in New England (Herring) Carrier Vessels." Social Science Research Institute, University of Maine.

**PRESENTATIONS:**

1. Dodson, Laura L., Kevin J. Boyle and Cayelan Carey, 2019. "Statistical Relationships Between Water Quality and Agricultural Intensity in Maine, USA," 2019 Annual Meeting, July 21-23, Atlanta, Georgia 291125, Agricultural and Applied Economics Association.

2. Boyle, Kevin J., and Jeffrey M. Wooldridge. 2018. "Meta-analysis Prediction - Understanding Error Structures." Agricultural and Applied Economics Association Annual Meeting, Washington, DC.

3. Weng, Weizhe, Kevin Boyle, Kaitlin Farrell, Cayelan Carey, Kelly Cobourn, Sreeya Brahma,

**KEVIN J. BOYLE**                                                                         37

_____

Hilary Dugan, Paul Hanson, Nicole Ward and Kathleen Weathers. 2018. "Coupling Lake Water Quality and Hedonic Price Models to Evaluate the Effects of Nutrient Loading." Agricultural and Applied Economics Association Annual Meeting, Washington, DC.

4. Cao, Xiang, Kevin J. Boyle, Shyamani D. Siriwardena and Thomas P. Holmes. 2018. "Estimating Demand for Urban Tree Cover Using a Residential Sorting Model." Agricultural and Applied Economics Association Annual Meeting, Washington, DC.

5. Boyle, Kevin J., Robert Johnston, V. Kerry Smith, Maria Loureiro, Ståle Navrud and John Rolfe. 2018. "Contemporary Guidance for Benefit Transfers." Agricultural and Applied Economics Association Annual Meeting, Washington, DC.

6. Bockstael, Nancy, Kevin Boyle, Zoe Chen, Joe Herriges, Chris Leggett and George Parsons. 2018. "A Site-Portfolio Model for Multiple-Destination Recreation Trips: Valuing Trips to National Parks in the Southwestern USA." World Congress of Environmental and Resource Economists. Gothenburg, Sweden.

7. Xu, Weibin, Kevin J. Boyle, George Parsons and Mark Morrison. 2018. "Attribute Non-Attendance in a Revealed Preference Study." World Congress of Environmental and Resource Economists. Gothenburg, Sweden.

8. Weng, Weizhe, Mark Morrison, Kevin Boyle, Peter Boxall and John Rose. 2018. "Effects of the Number of Alternatives in a Public Good Choice Experiment." World Congress of Environmental and Resource Economists. Gothenburg, Sweden.

9. Weng, Weizhe, Kevin J. Boyle, Cayelan C. Carey, Kelly M. Cobourn, Hilary A. Dugan, Kaitlin J. Farrell, Paul C. Hanson, Sreeya Brahma, Nicole K. Ward, Kathleen C. Weathers. 2018. "Coupling Lake Water Quality Numerical Simulations and a Hedonic Model to Evaluate the Impacts of Changes in Nutrient Loading." UCOWR Conference, Pittsburg, PA.

10. Boyle, Kevin J. 2018. "The Reluctant Stated-preference Expert and Water Over the Dam." Tom Brownfest, Fort Collins, CO.

11. Boyle, Kevin J., Jessica A. Boatwright, Sreeya Brahma, and Weibin Xu. 2018. "NIMBYism (Not?) in Siting Wind Farms." Special Symposium in Honor of Gregory Poe, Cornell University.

12. Boyle, Kevin J. 2018. "Exxon Valdez to the BP Deep Water Horizon: economic assessments of major contamination events." Charles Sturt University, Bathurst, AU.

13. Boyle, Kevin J. 2017. "Exxon Valdez to the BP Deep Water Horizon: economic assessments of major contamination events." University of Waterloo, Waterloo, Canada.

14. Weng, Weizhe, Mark Morrison, Kevin Boyle, Peter Boxall and John Rose. 2017. "The Effects of the Number of Alternatives in Choice Experiment Questions." Camp Resources, Wilmington, NC.

15. Weng, Weizhe, Mark Morrison, Kevin Boyle, Peter Boxall and John Rose. 2017. "The Effects of the Number of Alternatives in Choice Experiment Questions." Agricultural and Applied Economics Association Annual Meeting, Chicago, IL.

16. Carson, Richard C., Kevin J. Boyle, and W. Michael Hanemann. 2017. "What Are U.S. Households Willing to Pay to Avoid the Harm to the Environment from The Deepwater Horizon Oil Spill?" Annual Meeting, European Association of Environmental and Resource Economics, Athens, Greece.

17. Boyle, Kevin J. 2017. "Contemporary Standards and Stated-preference Validity." Annual Meeting, Association of Environmental and Resource Economics, Pittsburg, PA.

_____

18. Boyle, Kevin J., Weizhe Weng, and Cayelan Carey. 2017. "Lake Mendota water quality effects on property values." CNH Workshop, University of Wisconsin.

19. Boyle, Kevin J.  2017. "John Loomis' Extraordinary Career Exploring the Jungle of Nonmarket Valuation." Annual Meeting, W3133: Benefits and Costs of Natural Resources Policies Affecting Ecosystem Services on Public and Private Lands, Carlsbad, CA.

20. Xu, W, Boyle, K, Parsons, G, Morrison, M, and Thomy, B. 2016. "Recreation Value of Riparian Vegetation in the Georges and Cooks River Catchments in Sydney, Australia." Poster, ASSA Annual Meeting, Chicago, Il.

21. Boyle, Kevin J. 2016. "John Loomis' Extraordinary Career Exploring the Jungle of Nonmarket Valuation." Colorado State university.

22. Siriwardena S., K. Boyle, T. Holmes, and P. Wiseman. 2016. "The Implicit Value of Residential Tree Cover in the U.S." 41st IAHS World Congress on Housing, Albufeira, Portugal.

23. Xu, W, Boyle, K, Parsons, G, Morrison, M, and Thomy, B. 2016. "Recreation Value of Riparian Vegetation in the Georges and Cooks River Catchments in Sydney, Australia." Ecostream Conference, Asheville, NC.

24. Boyle, Kevin J. 2016. "Total Economic Value for Avoiding Injuries Due to Release of Oil from Macondo Well into the Gulf of Mexico in 2010: Best Practices in Assessing Validity." Law Seminars International, Natural Resource Damages Conference, Santa Fe, New Mexico.

25. Boyle, Kevin J. 2016. "The 2010 Gulf of Mexico Oil Spill: Estimating the Economic Losses." Association of Environmental and Resource Economics Summer Conference, Breckenridge.

26. Li, X., Boyle, K., Pressier, E., Holmes, T., Orwig, D., and Liebhold, A. 2016. "The Effect of Adjustment on Spatial Interpolation Errors on the Hedonic Model. International Society of Forest Resource Economics, Raleigh, NC.

27. Boyle, Kevin J. 2016.  "Contemporary Guidance for Stated Preference Studies." U.S. EPA, Washington, DC.

28. Li, X., Boyle, K., Preisser, E., Holmes, T., Orwig, D., and Liebhold, A. 2016. "Spatial Interpolation, Hedonic Model Estimation and Forest Pest Damages." School of Sustainability, Arizona State University

29. Boyle, Kevin J., and Jeffrey Wooldridge. 2016. "Understanding Error Structures and Exploiting Panel Data in Meta-Analytic Benefit Transfers." U.S. EPA benefits-Transfer Workshop, George Washington University.

30. Xu, W, Boyle, K, Parsons, G, Morrison, M, and Thomy, B. 2016. "Recreation Value of Riparian Vegetation in the Georges and Cooks River Catchments in Sydney, Australia." Sydney, AU.

31. Yuan, Yuan, Wen You, Kevin Boyle, and Christopher Parmeter.  2015. "Evaluation of an Alternative Attribute Non-attendance Elicitation Format."  Selected poster, Annual Meeting, Agricultural and Applied Economics Association, San Francisco, CA.

32. Boyle, Kevin J.  2015. "Analysis and Reporting of SP Surveys."  Invited policy session,

**KEVIN J. BOYLE** 39

_____

Annual Meeting of the European Association of Environmental and Resource Economists.

33. Boyle, Kevin J.  2015. "Guidelines for the Reporting and Use of Stated-Preference Estimates." Invited paper, Annual Meeting of the Association of Environmental and Resource Economists, San Diego, CA.

34. Boyle, Kevin J. 2015. "National Real Estate Trends and Implications." RE?MAX Regional Conference, Roanoke, VA.

35. Boyle, Kevin J. October 2015. "Consumer Preferences for Ornamental Plants Grown with Water Conservation Practices." Department of Rural Economy, University of Alberta.

36. Boyle, Kevin J. 2015. "Addressing Major Issues Confronting Colleges of Agriculture and Natural Resources." College of Agriculture and Natural Resources, Michigan State University.

37. Boyle, Kevin J.  2015. "What Happens When the Bugs Come to Town?  NUMBY – Not Until My Backyard."  School of Public and Environmental Affairs, Indiana University.

38. Boyle, Kevin J.  2015. "What Happens When the Bugs Come to Town?  NUMBY – Not Until My Backyard."  Department of Applied Economics, University of Georgia.

39. Boyle, Kevin J.  2015. "What Happens When the Bugs Come to Town?  NUMBY – Not Until My Backyard."  Department of Biological Sciences, Dartmouth College.

40. Boyle Kevin J.  2015.  "A Vision for Leadership." Department of Economics, Iowa State University.

41. Boyle, Kevin, David Hartter, James Pease, Darrell Bosch, and Weibin Xu. 2014. "Consumer Preferences for Ornamental Plants Grown with Water Conservation Practices."  Invited paper, Annual Meeting, Agricultural and Applied Economics Association, Minneapolis, MN.

42. Pease, J., D. Harter, K. Boyle, D. Bosch, and N. D'Alessio.  2014. "Understanding consumer preferences for ornamental plants with disease-free and water conservation labels."  Webinar: http://www.irrigation-pathogens.ppws.vt.edu/webinar/november-2014.php

43. Li, Xiaoshu, Kevin Boyle, Thomas Holmes, Evan Pressier, Andrew Liebhold, and David Orwig.  2014. "The Effect of Spatial Interpolation on the Hedonic Model: A Case of Forest Damages." Selected paper, Annual Meeting, Agricultural and Applied Economics Association, Minneapolis, MN.

44. Yuan, Yuan, Wen You, Kevin Boyle, and Barbara Kanninen.  2014. "Designing Financial Incentives to Maximize Participation of Target Populations in Weight Loss Programs." Selected poster, Annual Meeting, Agricultural and Applied Economics Association, Minneapolis, MN.

45. Li, Xiaoshu, Kevin J. Boyle, Evan Preisser, Thomas P. Holmes, David A. Orwig and Andrew Liebhold.  2014. "The Effect of Spatial Interpolation on the Hedonic Model: A Case of Forest Pest Damages." Invited Policy Presentation, World Congress of Environmental and Resource Economists, Istanbul, Turkey.

46. Boatwright, Jessica, and Kevin J. Boyle.  2014. "Is NIMBY a Factor in Siting Community Wind Farms?"  Invited Policy Presentation, World Congress of Environmental and Resource Economists, Istanbul, Turkey.

**KEVIN J. BOYLE**                                                                                                40

47. Boyle, Kevin J.  2014. "Developing Contemporary Standards for Stated-Preference Valuation: The need for updated protocols."  Invited Policy Presentation, World Congress of Environmental and Resource Economists, Istanbul, Turkey.

48. Boyle, Kevin J.  2014. "Developing Contemporary Standards for Stated-Preference Valuation." Invited Policy Presentation, World Congress of Environmental and Resource Economists, Istanbul, Turkey.

49. Kaul, Sapna, and Kevin J. Boyle.  2013. "Benefit Transfer method … The Good, the Bad and the Ugly."  Integrating Biodiversity and Ecosystem Services into Project Appraisal, Inter-American Development Bank, Washington, DC.

50. Paterson, Robert, Kevin J. Boyle, Richard T. Carson, Barbara Kanninen and Christopher Leggett.  2013. "Valuing Changes in Visibility in National Parks and Wilderness Areas: Shifting Distributions."  Selected paper, Annual Meeting of the Association of Environmental and Resource Economists, Banff, Canada.

51. Cohen, Jed, Klaus Moeltner, Christine Blinn, Kevin J. Boyle and Thomas P. Holmes.  2013. "Exploiting Weak Complementarity in Property Value Models: The Case of the Mountain Pine Beetle in the Colorado Front Range."  Selected paper, Annual Meeting of the Association of Environmental and Resource Economists, Banff, Canada.

52. Xiaoshu Li, Kevin J. Boyle, Evan Preisser, Thomas P. Holmes, Klaus Moeltner, and David A. Orwig.  2013. "Is the Hemlock Woolly Adelgid Impact on Property Values: a 'Canary of Global Warming'?" Selected paper, Annual Meeting of the Association of Environmental and Resource Economists, Banff, Canada.

53. Cultice, Alyssa K., Darrell J. Bosch, James W. Pease and Kevin J. Boyle.  2013. "Horticultural producers' willingness to adopt water recirculation technology in the Mid-Atlantic region." Selected Paper, Agricultural and Applied Economics Association Annual Meeting, Washington, DC.

54. You, Wen, Yuan Yuan and Kevin J. Boyle.  2013. "Decision frame heterogeneity in Choice Experiment Analysis: A case study in weight loss."  Selected Paper, Agricultural and Applied Economics Association Annual Meeting, Washington, DC.

55. Boyle, Kevin J.  2013. "Thoughts on Ocean Ecosystem Valuation." A workshop to build a common UK-US perspective on marine ecosystem economics to support marine spatial planning, Plymouth Marine Laboratory, Plymouth, England.

56. Boyle, Kevin J., Jed Cohen, Sapna Kaul, Klaus Moeltner, Christopher Parmeter.  2012. "Are Hedonic Estimates Reliable During a Real Estate Bubble?"  Invited presentation, Annual meeting of the Association of Environmental and Resource Economists, Asheville, NC.

57. Kaul, Sapna, Kevin J. Boyle, Nicolai V. Kuminoff, Christopher F. Parmeter and Jaren C. Pope. 2012. "What Can We Learn from Benefit Transfer Errors?  Evidence from 20 Years of Research on Convergent Validity."  Selected Paper, Annual Meeting of the European Association of Environmental and Resource Economists, Prague, Czech Republic.

**KEVIN J. BOYLE**                                                                                           41

_____

58. Yuan, Yuan, Kevin J. Boyle, Wen You and Harry M Fuller.  2012. "A Nationwide Comparison of Farmland Conservation Easement Valuation." Selected Paper, Agricultural and Applied Economics Association Annual Meeting, Seattle, WA.

59. Li, Xiaoshu, Kevin j. Boyle and Genevieve LaRouche.  2012. "Does On-site Experience Affect Responses to Stated Preference Questions? Selected Paper, Agricultural and Applied Economics Association Annual Meeting, Seattle, WA.

60. Kaul, Sapna, Wen You and Kevin J. Boyle.  2012. "Delivery at Home versus Delivery at a Health Care Facility – A Case Study of Bihar, India."  Selected Paper, Agricultural and Applied Economics Association Annual Meeting, Seattle, WA.

61. Boyle, Kevin J.  2012. "Successful Participation in Interdisciplinary Grants."  National Institute of Food and Agriculture webinar.

62. Kaul, Sapna, Kevin J. Boyle, Nicolai V. Kuminoff, Christopher F. Parmeter and Jaren C. Pope. 2012. "What Can We Learn from Benefit Transfer Errors?  Evidence from 20 Years of Research on Convergent Validity."  Appstate Environmental and Resource Economics Workshop, Walker College of Business and the Center for Economic Research and Policy Analysis, Appalachian State University, Boone, NC.

63. Kaul, Sapna, Kevin J. Boyle, Nicolai V. Kuminoff, Christopher F. Parmeter and Jaren C. Pope. 2011. "What Can We Learn from Benefit Transfer Errors?  Evidence from 20 Years of Research on Convergent Validity."  Invited presentation, Society for Risk Analysis Annual Meeting, Charleston, SC.

64. Zhang, Congwen, Nicolai Kuminoff and Kevin J. Boyle.  2011. "Partial Identification of hedonic Demand Functions."  Invited presentation, *The Economics of Water Quality Improvement in Chesapeake Bay*, Workshop sponsored by U.S EPA and Resources for the Future, Washington, DC.

65. Boyle, Kevin J. 2011. "What Can We Learn from Benefit Transfer Errors?  Evidence from 20 Years of Research on Convergent Validity."  Invited presentation, *Theory, Science, and Statistics in the Use of Benefit Cost Analysis,* Benefit Cost Center, Evans School of Public Affairs, University of Washington, Washington, DC.

66. Boyle, Kevin J., Nicolai V. Kuminoff, Congwen Zhang and Kathleen P. Bell.  2011. "Does a Property-Specific Environmental health Risk Create a 'Neighborhood' Housing-Price Stigma?"  Invited presentation, *Ground Water Summit*, National Ground Water Association, Baltimore, MD.

67. Boyle, Kevin J.  2011. "Thoughts on Water/Site Contamination." Invited presentation, Vision 2025, E.I. du Pont de Nemours and Company.

68. Boyle, Kevin J., Richard T. Carson, Robert Paterson and Michael P. Welsh.  2011. "Valuation of Visibility in Class I Visibility Regions."  Invited presentation, U.S. EPA, Office of Water, Research Triangle Park, NC.

69. Boyle, Kevin J., 2011.  "Informing Participants in Stated Preference Studies."  Invited presentation, U.S. EPA, Office of Water, Research Triangle Park, NC.

_____

70. Boyle, Kevin J., 2011.  "Policy Question for Valuation."  Invited presentation, U.S. EPA, Office of Water, Research Triangle Park, NC.

71. Kaul, Sapna, Kevin J. Boyle, Jaren C. Pope, Christopher F. Parmeter and Nicolai V. Kuminoff. 2011. "Are Benefit-Transfer Errors Explainable or are Benefit Transfers Just a Shot in the Dark."  Invited seminar, Department of Economics and School of Sustainability, Arizona State University.

72. Kevin J. Boyle. 2010. "Benefit-Transfer Validity."  Stratus Consulting, Boulder, CO.

73. Boyle, Kevin J.  2011. "20 Years of Stated Preference Research."  Invited presentation, Allied Social Science Meetings, Denver, CO.

74. Boyle, Kevin J., Sapna Kaul, Ali Hashemi and Xiaoshu Li.  2010. "Applicability of Benefit Transfers for Evaluation of Homeland Security Counterterrorism Measures."  Invited, *Estimating the Benefits of Homeland Security Policies*, workshop sponsored by RTI International and Department of Homeland Security, Washington, DC. (http://create.usc.edu/2010/09/estimating_the_benefits_of_hom.html, Session 2)

75. Boyle, Kevin J., Nicolai V. Kuminoff, Congwen Zhang and Kathleen P. Bell.  2010. "Does a Property-Specific Environmental health Risk Create a 'Neighborhood' Housing-Price Stigma?"  Invited webinar, National Ground Water Association.

76. Boyle, Kevin J., Nicolai V. Kuminoff, Congwen Zhang and Kathleen P. Bell.  2010. "Does a Property-Specific Environmental health Risk Create a 'Neighborhood' Housing-Price Stigma?"  Stratus Consulting, Boulder, CO.

77.  Kevin J. Boyle. 2010. "Benefit-Transfer Validity."  Keynote, 5th Annual Choice Modeling Workshop, University of South Australia.

78. Kevin J. Boyle.  2010. "Voices of Reason and Sober Second Thoughts."  Keynote, 5th Annual Choice Modeling Workshop, University of South Australia.

79. Boyle, Kevin J., Christopher Parmater, Brent Boehlert and Robert Paterson.  2010. "Sample Selection and Robust Meta-Analysis Based Benefit Transfers." Selected, 4th World Congress of Environmental and Resource Economists, Montreal, Canada.

80. Hatton McDonald, Darla, Kevin J. Boyle, Mark Morrison and John Rose.  2010. "Untangling Differences in Values from Internet and Mail Stated Preference Studies." Selected, 4th World Congress of Environmental and Resource Economists, Montreal, Canada. "Untangling Differences in Values from Internet and Mail Stated Preference Studies."  Invited, Annual Meeting, W2133, Tucson, AZ.

81. Boyle, Kevin J.  2009.  "Frontiers in Nonmarket Valuation." Keynote presentation, E-CReW 2009, Charles Sturt University, AU.  (http://www.ecrew.org.au/ )

82. Azziz, Sonia, Kevin J. Boyle and Thomas Crocker.  2009. "Valuation of Avoiding Arsenic in Rural Bangladesh: An Averting behavior Analysis."  Selected paper, World Congress of Health Economists, Beijing, China.

83. Boyle, Kevin J.  2009. "Globalization, International Trade and Food Safety."  Keynote address, 2nd Food and Agriculture update 2009: "Toward Agro-Health."  United Arab Emirates

**KEVIN J. BOYLE**                                                                                                    43

_____

University. ([http://cfa.uaeu.ac.ae/college_news.shtml](http://cfa.uaeu.ac.ae/college_news.shtml) )

84. Azziz, Sonia, Kevin J. Boyle and Thomas Crocker.  2009. "Valuation of Avoiding Arsenic in Rural Bangladesh: An Averting behavior Analysis."  Invited Presentation, Department of Agribusiness and Consumer Science, United Arab Emirates University.

85. Boyle, Kevin J., Nicolai V. Kuminoff, Congwen Zhang and Kathleen P. Bell.  2009. "Does a Property-Specific Environmental health Risk Create a 'Neighborhood' Housing-Price Stigma?"  Invited Presentation, Department of Agribusiness and Consumer Science, United Arab Emirates University.

86. Azziz, Sonia, Kevin J. Boyle and Thomas Crocker.  2008. "Valuation of Avoiding Arsenic in Rural Bangladesh: An Averting behavior Analysis."  Invited Presentation, *Camp Resources*, North Carolina State University.

87. Özdemir, Semra, and Kevin J. Boyle.  2008. "Convergent Validity of Attribute-Based, Choice Questions in Stated-Preference Studies."  University of Sydney, Sydney, AU.

88. Bell, Kathleen, Shan Huang and Kevin J. Boyle. 2008. "Arsenic Contamination of Groundwater, Health Risks and Public Responses top Mass media Coverage."  Commonwealth Scientific and Industrial Research Organization, Adelaide (CISRO), AU.

89. Boyle, Kevin J., Nicolai V. Kuminoff, Congwen Zhang and Kathleen P. Bell.  2008. "Does a Property-Specific Environmental health Risk Create a 'Neighborhood' Housing-Price Stigma?"  Commonwealth Scientific and Industrial Research Organization, Adelaide (CISRO), AU.

90. Azziz, Sonia, Kevin J. Boyle and Thomas Crocker.  2008. "Valuation of Avoiding Arsenic in Rural Bangladesh: An Averting behavior Analysis."  Centers for Disease Control, Atlanta, GA.

91. Paterson, Robert W., Kevin J. Boyle, Christopher F. Parmeter, James E. Neuman and Paul De Civita.  2008. "Heterogeneity in Preferences for Smoking Cessation."  Centers for Disease Control, Atlanta, GA.

92. Paterson, Robert W., Kevin J. Boyle, Christopher F. Parmeter, James E. Neuman and Paul De Civita.  2008. "Heterogeneity in Preferences for Smoking Cessation."  Virginia Bioinformatics Institute, Virginia Tech.

93. Boyle, Kevin J. 2006. "Economics of Emerging Diseases." Keynote Presentation, *Bangladesh Society of Microbiologists 22nd Annual Conference*. Dhaka, Bangladesh.

94. Boyle, Kevin J. 2006. "The Economist as the Voice of Biological and Physical Systems in Natural Resource Damage Assessments." Invited Lecture, Department of Economics and Department of Costal and Marine Studies, East Carolina University.

95. Taylor, Laura O., Mark M. Morrison, and Kevin J. Boyle. 2006. "Provision Rules and the Incentive Compatibility of Choice Surveys." Invited Lecture, Department of Economics, East Carolina University.

96. Boyle, Kevin J., Sonia Aziz, and V. Kerry Smith. 2006. "Meta-analysis of Response Rates to Contingent-Valuation Studies Conducted by Mail." Keynote Presentation. Resources for the

Future, Washington, DC. *Implications for Administering and Testing Representativeness Workshop*.

97. Boyle, Kevin J. 2006. "Negotiation Talking Points: Seeking Your First Academic Position." Invited Lecture, *Transforming the Professoriate: Preparing Women for careers in Science and Engineering*, Advance Virginia Tech.

98. Taylor, Laura O., Mark M. Morrison, and Kevin J. Boyle. 2006. "Provision Rules and the Incentive Compatibility of Choice Surveys." Invited Presentation, *Third World Congress of Environmental and Resource Economist*. Kyoto, Japan.

99. Boyle, Kevin J. 2006. "Economic Benefit Estimation of Health Outcomes." Invited Presentation, International Center for Diarrheal Research. Dhaka, Bangladesh.

100. Taylor, Laura O., Mark M. Morrison, and Kevin J. Boyle. 2006. "Provision Rules and the Incentive Compatibility of Choice Surveys." Invited Lecture, School of Marine Resources and Department of Food and Resource Economics, University of Delaware.

101. Boyle, Kevin J. and Kathleen P. Bell. 2006. "Economic Valuation of Avoiding Exposure to Arsenic in Drinking Water." Invited Presentation, U.S. EPA NCER/NCEE Workshop, *Morbidity and Mortality: How Do We Value Risk of Illness and Death*.

102. Boyle, Kevin J. 2006. "Chaos or Organized Confusion: Structural Models, Policy Relevance and Validity in Nonmarket Valuation." Keynote lecture, *Frontiers in Natural Resource Economics: A Symposium Honoring the Career of Richard C. Bishop*, University of Wisconsin.

103. Boyle, Kevin J. 2005. "Economic Modeling of Natural Resource Damages." Invited presentation, Natural Resource Damages Litigation, Law Seminars International, Newark, New Jersey.

104. Holmes, Thomas P. and Kevin J. Boyle. 2003. "Dynamic Bid Anchoring in Sequential, Attribute-Based Contingent Valuation." Selected paper, European Association of Environmental and Resource Economists, Twelfth Annual Conference, Bilbao, Spain.

105. Boyle, Kevin J., Mark M. Morrison, and Laura O. Taylor. 2003. "Provision Rules and the Incentive Compatibility of Conjoint Surveys." Selected paper, European Association of Environmental and Resource Economists, Twelfth Annual Conference, Bilbao, Spain.

106. Teisl, Mario F., Kevin J. Boyle, Richard Record, and Rob Southwick. 2001. "Optimizing License Revenues." CMBA conference, New Orleans, Aug. 28th.

107. Teisl, Mario F., Brian Roe, Kevin Boyle, T. Lynn Riggs, Mark L. Messonnier, Melissa J. Herrmann. 2001. "Understanding how respondents view food safety risks: Implications to the design of willingness-to-pay experiments." Annual Workshop, Association of Environmental and Resource Economists, Bar Harbor, ME.

108. Boyle, Kevin J., and Tommy Hsu. 2001. "Effect of Aquatic Weeds on Lakefront Property Values." Maine Water Conference. Augusta, Maine.

109. Boyle, Kevin J. 2001. "Stated Preference Estimation of Hicksian Surplus Using Conjoint Analysis." Department of Economics. University of Colorado, Boulder, CO.

**KEVIN J. BOYLE**                                                                                          45

110. Boyle, Kevin J.  2001. "Including Regulations and Angler Characteristics in RUM Models: Preliminary Thoughts and Estimates."  Benefit Transfer workshop, North Carolina.

111. Boyle, Kevin J.  2001. "Meta Analysis of Sport Fishing Values."  Benefit Transfer workshop, North Carolina.

112. Boyle, Kevin J.  2001. "A Comparison of Rank and Choice Data in Eliciting Stated Preferences: An Application to the Maquarie Marshes, NSW, AU," Department of Economics, University of Central, Orlando, Florida.

113. Boyle, Kevin J.  2001. "Stated Preference Estimation of Hicksian Surplus Using Conjoint Analysis."  Department of Economics.  University of New Hampshire, Durham, New Hampshire.

114. Paterson, Robert, and Kevin J. Boyle.  2001. "Out of Sight, Out of Mind?  Using GIS to Incorporate Topography in Hedonic Property Value Models."  Northeastern Agricultural and Resource Economics Association annual meetings, Bar Harbor, Maine.

115. Scrogin, David, Kevin J. Boyle, Andrew Plantinga, and George Parsons.  2001. "Regulated Recreationists: Case and Angler Catch, Harvest and Destination Choice."  Northeastern Agricultural and Resource Economics Association annual meetings, Bar Harbor, Maine.

116. Paterson, Robert, Kevin J. Boyle, Mary Ahearn, Anna Alberini, John Bergstrom, Larry Libby, and Michael P. Welsh.  2001. "Attributes of Farmland in the Provision of Open Space: It is Not a Black and White Issue."  Northeastern Agricultural and Resource Economics Association annual meetings, Bar Harbor, Maine.

117. Boyle, Kevin J.  2001. "Stated Preference Estimation of Hicksian Surplus Using Conjoint Analysis."  University of New Hampshire, Durham, NH.

118. Boyle, Kevin J., and Thomas P. Holmes.  2001. "Anchoring in Conjoint Choice Experiments."  Selected paper, European Association of Environmental and Resource Economists, Eleventh Annual Conference, South Hampton, England.

119. Poor, P. Joan, and Kevin J. Boyle.  2000. "The Value of Publicly protected National Wildlife Refuges, Using a Hedonic Property-Value Model."  Annual meeting of the American Agricultural Economics Association, Tampa, Florida.

120. Alberini, Anna, Kevin J. Boyle, and Michael P. Welsh.  2000. "Analysis of Contingent Valuation Data with Multiple Bids and Response Options Allowing Respondents to Express Uncertainty."  Selected paper, European Association of Environmental and Resource Economists, Tenth Annual Conference, Crete, Greece.

121. Poe, Gregory L., Kevin J. Boyle, and John C. Bergstrom.   2000. "A Meta Analysis of Contingent Values for Groundwater Quality in the United States."  Selected paper, European Association of Environmental and Resource Economists, Tenth Annual Conference, Crete, Greece.

122. Poor, P. Joan, and Kevin J. Boyle.  2000. "A Hedonic Property-Value Model of the Value of Open Space Provided by the Great Meadows National Wildlife Refuge." Northeastern Agricultural and Resource Economics Association annual meeting, Rhode Island.

**KEVIN J. BOYLE**                                                                                          46

_____

123. Boyle, Kevin J., and Laura O. Taylor.  2000. "Estimating the Demand for Lake Water Quality with a Hedonic Property-Value Model: Objective versus Subjective Measures of Quality." Department of Economics, University of New Mexico.

124. Boyle, Kevin J.  2000. "New Frontiers in Environmental Policy in the United States." Department of Environmental Protection, New South Wales, Australia.

125. Boyle, Kevin J., and Laura O. Taylor.  2000. "Estimating the Demand for Lake Water Quality with a Hedonic Property-Value Model: Objective versus Subjective Measures of Quality." Department of Environmental Protection, New South Wales, Australia.

126. Boyle, Kevin J., Thomas P. Holmes, Mario F. Teisl, and Brian Roe.  2000. "Assessing Public Preferences for Timber Harvesting Using Conjoint Analysis: A Comparison of Response Formats."  Charles Stuart University, Bathurst, Australia.

127. Boyle, Kevin J., Daniel Hellerstein, Richard C. Bishop, Michael P. Welsh, Mary Ahearn, Andrew Laughland, and John Charbonneau.  2000. "Tests of Scope in Contingent-Valuation Studies: Are the Numbers for the Birds?"  Australian National University and the Australian Agricultural Economics Association, Canberra, Australia.

128. Poor, P. Joan, Kevin J. Boyle, and Laura Taylor.  2000. "Objective Verses Subjective Measures of Environmental Quality in Hedonic Property-Value Models."  Annual meeting of Regional Project W-133, Benefits and Costs Transfer in Natural Resources Planning, Kauai, Hawaii.

129. Boyle, Kevin J., Thomas P. Holmes, Mario F. Teisl, and Brian Roe.  2000. "Assessing Public Preferences for Timber Harvesting Using Conjoint Analysis: A Comparison of Response Formats." Department of Agricultural and Resource Economics, Colorado State University, Fort Collins, CO.

130. Boyle, Kevin J., Daniel Hellerstein, Richard C. Bishop, Michael P. Welsh, Mary Ahearn, Andrew Laughland, and John Charbonneau.  2000. "Tests of Scope in Contingent-Valuation Studies: Are the Numbers for the Birds?"  Selected paper, Association of Environmental and Resource Economists' session on "Advances in Valuation Methods," Allied Social Science Meetings, Boston, MA.

131. Alberini, Anna, Kevin J. Boyle, and Michael P. Welsh.  1999. "Analysis of Non-Market Valuation Data with Multiple Bids and Response Options that Allow Respondents to Indicate They Are Uncertain."  Department of Agricultural and Resource Economics, Colorado State University, Fort Collins, CO.

132. Boyle, Kevin J.  1999. "Estimating the Demand for Lake Water Quality with a Hedonic, Property-Value Model: Objective versus Subjective Measures of Quality."  Department of Economics, University of Wyoming, Laramie, Wyoming.

133. Taylor, Laura O., Kevin J. Boyle, and P. Joan Poor.  1999. "Subjective versus Objective Quality Measures in Hedonic Demand Models: Implication for Valuing Water Quality."  Selected paper, annual meeting of the Southern Economic Association, New Orleans, LA.

134. Holmes, Thomas P., and Kevin J. Boyle.  1999. "Response Bias in Conjoint Analysis." Selected paper, annual meeting of the Southern Economic Association, New Orleans, LA.

135. Taylor, Laura O., Kevin J. Boyle, and P. Joan Poor.  1999. "Subjective versus Objective Quality Measures in Hedonic Demand Models: Implication for Valuing Water Quality."  7th Annual Triangle Camp Resources, Wilmington, NC.

136. Boyle, Kevin J., P. Joan Poor, and Laura O. Taylor.  1999. "Estimating the Demand for Protecting Freshwater Lakes from Eutrophication."  Invited paper, Association of Environmental and Resource Economics session on "Frontiers of Applications of Hedonics to Environmental Issues," annual meeting of the American Agricultural Economics Association. Nashville, TN.

137. Poor, P. Joan, Kevin J. Boyle, and Laura O. Taylor.  1999. "Objective versus Subjective Measures of Environmental Quality in Hedonic Property Value Models."  Selected paper, annual meeting of the Northeastern Agricultural and Resource Economics Association, Morgantown, WV.

138. Boyle, Kevin J., Roy Bouchard, and Jennifer Schuetz.  1999. "Economic Values and Economic Impacts of Nonresidential Users of Maine's Lakes."  12th Annual National Conference Enhancing the States' Lake Management Programs, Chicago, Illinois.

139. Boyle, Kevin J.  1999. "The Effect of Lake Water Clarity on Recreational Uses of Maine's Lakes."  Annual New England Lakes Conference "Promoting Awareness & Action for our Lakes' Future," Auburn, Maine.

140. Boyle, Kevin J., Thomas P. Holmes, Mario F. Teisl, and Brian Roe.  1999. "Assessing Public Preferences for Timber Harvesting Using Conjoint Analysis: A Comparison of Response Formats."  Department of Agricultural and Resource Economics, University of Georgia.

141. Boyle, Kevin J., Richard C. Bishop, Daniel Hellerstein, Michael P. Welsh, Mary C. Ahearn, Andrew Laughland, John Charbonneau, Raymond O'Connor, and Anna Alberini.  1999. "Tests of Scope in Contingent-Valuation Studies: Are the Numbers for the Birds?"  Department of Economics, Georgia State University, Atlanta, GA.

142. Boyle, Kevin.  1998. "Experimental Designs Affect Preference Measures."  National Science Foundation Workshop on Alternatives to Traditional Contingent Valuation Techniques, Nashville, TN.

143. Boyle, Kevin J. 1998.  "Valuation of Ecosystems and Biological Diversity."  The Nature Conservancy, International Leadership Council, Emerging Issues Forum, Charleston, SC.

144. Yabe, Mitsuyasu, John C. Bergstrom, and Kevin J. Boyle.  1998. "Political Meaning of Contingent Valuation Estimates: Comparison of Economic Value Between Tax Reallocation and Special Tax."  Annual meeting of the Society for Environmental Economics and Policy Studies, Tokyo, Japan.

145. Boyle, Kevin J., Richard C. Bishop, Daniel Hellerstein, Michael P. Welsh, Mary C. Ahearn, Andrew Laughland, John Charbonneau, and Raymond O'Connor.  1998. "Tests of Scope in Contingent-Valuation Studies: Are the Numbers for the Birds?"  World Congress of Environmental and Resource Economists, Venice, Italy.

146. Boyle, Kevin J., Thomas P. Holmes, Mario F. Teisl, Brian Roe, Shelley Phillips, and Genevieve Pullis.  1998. "Assessing Public Preferences for Timber Harvesting Using Conjoint

_____

Analysis: A Comparison of Response Formats."  World congress of Environmental Economists, Venice, Italy.

147. Boyle, Kevin J., Thomas P. Holmes, Mario F. Teisl, Brian Roe, Shelley Phillips, and Genevieve Pullis.  1998. "Assessing Public Preferences for Timber Harvesting Using Conjoint Analysis."  Annual meeting of the Northeastern Forest Economics Association, Fredericton, New Brunswick, Canada.

148. Schuetz, Jennifer, and Kevin J. Boyle.  1998. "The Effects of Water Quality on Recreational Benefits of Maine's Great Ponds."  Presented at Our New England Waters: Watershed Stewardship for the Next Millennium, Durham, New Hampshire.  Hosted by the New Hampshire Lakes Lay Monitoring Program, New Hampshire Lakes Association and the New England Chapter of the North American Lake Management Society.

149. Boyle, Kevin J.  1998. "Biodiversity, Valuation and Trade-Offs."  Social Science Research Needs in Forestry: The Human Dimensions of Forest Management, Montreal, Canada. Sponsored by the Canadian Forest Service.

150. Boyle, Kevin J., and Steven R. Lawson.  1998. "Hedonic Demand for Lake Water Clarity." Annual meeting of Regional Project W-133, Benefits and Costs Transfer in Natural Resources Planning, Colorado Springs, CO.

151. Boyle, Kevin J., and Steven R. Lawson.  1998. "Hedonic Demand for Lake Water Clarity." Invited Alumni Lecture, Department of Agricultural Economics, University of Wisconsin.

152. Boyle, Kevin J., Jennifer Schuetz, and Jeffrey S. Kahl.  1997. "Great Ponds Play an Integral Role in Maine's Economy."  17th International Symposium of the North American Lake Management Society, Houston, TX.

153. Boyle, Kevin J.  1997. "Protecting Water Quality Makes Sense for Maine Businesses." Keynote address, Maine Water Conference, Augusta, ME.  Hosted by the Water Research Institute, University of Maine.

154. Bergstrom, John C., Kevin J. Boyle, and M. Yabe. 1997. "Comparison of Economic Value for Protecting Ground Water Quality in Maine and Georgia Using Tax Reallocation and Special Tax Payment Vehicles".  Annual meeting of Regional Project W-133, Benefits and Costs Transfer in Natural Resources Planning.

155. Alberini, Anna, Kevin J. Boyle, and M.P. Welsh. 1997. "Using Multiple-Bounded Questions to Incorporate Preference Uncertainty in Non-Market Valuation".  Annual meeting of Regional Project W-133, Benefits and Costs Transfer in Natural Resources Planning.

156. Boyle, Kevin J., Margaret Schneemann, V.K. Smith, and Donald Epp. 1997. "Meta Analysis of Response Rates to Contingent-Valuation Studies Conducted by Mail".  Annual meeting of Regional Project W-133, Benefits and Costs Transfer in Natural Resources Planning.

157. Boyle, Kevin J., Jennifer Schuetz, and J. Steve Kahl. 1997. "Great Ponds Plan an Integral Role in Maine's Economy.  National Conference on Enhancing the States' Lake Management Programs".  U.S. Environmental Protection Agency and the Northeastern Illinois Planning Commission.

158. Boyle, Kevin J., Jennifer Schuetz, and J. Steve Kahl. 1997. "Great Ponds Play an Integral Role in Maine's Economy.  Maine Water Conference".  Augusta, ME.  Hosted by the Water Research Institute, University of Maine.

159. Boyle, Kevin J., Jennifer Schuetz, and J. Steve Kahl. 1997. "Great Ponds Play an Integral Role in Maine's Economy".  Our New England Waters Conference.  Kingston, RI.  Hosted by University of Rhode Island (URI) cooperative Extension Water Quality Programs; US EPA, New England Region; RI Department of Environmental Management; New England Chapter of the North American Lake Management Society; URI Department of Natural Resources.

160. Boyle, Kevin J.  1996. "Valuing the Invaluable: Economic Values for Natural Resources." Invited plenary presentation, International Conference on Integrated Management and Sustainable Development in Coastal Zones, Rimouski, Quebec, Canada.

161. James, Holly L., Kevin J. Boyle, Roy Bouchard, and Steven Lawson.  1996. "The Relationship between Lake Water Quality and Property Values."  Invited presentation, Bridging the Gulf of Maine: A Watershed of Watersheds, sponsored by the Collaboration of Community Foundations for the Gulf of Maine, Portland, ME.

162. James, Holly L., Kevin J. Boyle, Roy Bouchard, and Steven Lawson.  1996. "The Relationship Between Lake Water Quality and Property Values."  Invited presentation, New England Lake Conference, Ashland, MA.

163. Boyle, Kevin J., Hugh F. MacDonald, Hsiang-tai Cheng, and Daniel W. McCollum.  1996. "Bid Design and Yea Saying in Single-Bounded, Dichotomous-Choice Questions."  Selected paper, annual meeting of the Northeastern Agricultural and Resource Economics Association, Atlantic City, N.J.

164. Boyle, Kevin J.  1996. "Water Quality and Property Values."  Invited presentation, Maine Lakes Conference, Auburn, ME.

165. Boyle, Kevin J., Hugh F. MacDonald, Hsiang-tai Cheng, and Daniel W. McCollum.  1996. "Bid Design and Yea Saying in Single-Bounded, Dichotomous-Choice Questions."  Selected paper, annual meeting of Regional Project W-133 (Benefits and Costs in Natural Resources Planning), Jekyl Island, GA.

166. James, Holly L., Kevin J. Boyle, Roy Bouchard, and Steven Lawson.  1995. "The Relationship Between Lake Water Quality and Property Values."  Invited presentation, Fish River Lakes Water Quality Association Annual Conference, Sinclair, ME.

167. James, Holly L., Kevin J. Boyle, and Roy Bouchard.  1995. "The Relationship Between Lake Water Quality and Property Values."  Invited paper, North American Lake Society Annual Symposium, Toronto, Canada.

168. Boyle, Kevin J., Holly L. James, and Roy Bouchard.  1995. "The Economic Value of Maine's Great Ponds."  Invited paper, Maine Coalition of Lake Associations, Maine Lake Conference, Colby College, Waterville, Maine.

169. James, Holly L., Kevin J. Boyle, and Roy Bouchard.  1995. "A Hedonic Property Value Study of Water Quality in Maine's Lakes."  Selected paper, annual meeting of the Northeastern Agricultural and Resource Economics Association.

**KEVIN J. BOYLE**                                                                                      50
_____

170. MacDonald, Hugh F., and Kevin J. Boyle.  1995. "Zero Bidders and Payment Vehicles in Dichotomous-Choice, Contingent-Valuation Studies: A Bivariate Probit Analysis."  Selected paper annual meeting of the Northeastern Agricultural and Resource Economics Association.

171. James, Holly L., Kevin J. Boyle, and Roy Bouchard.  1995. "Measuring the Economic Benefits to Property Owners of Lake Water Quality Protection."  Selected paper, annual conference of The Universities Council on Water Resources.

172. Boyle, Kevin J.  1995. "Substitution Between Natural Spawning and Hatchery Stocking in the Value of Atlantic Salmon Fishing: Implications for Restoration Efforts."  Invited paper, 22nd Annual Conference of the Water Resources Planning and Management Division, American Society of Civil Engineers.

173. Bergstrom, John C., and Kevin J. Boyle.  1995. "How Do People Perceive Ground Water Resources and Problems? Recent Focus Group Results."  Presentation, annual meeting of Regional Project W-133 (Benefits and Costs in Natural Resources Planning).

174. Boyle, Kevin J., Gregory Poe, and John C. Bergstrom.  1995. "What We Know About Ground Water Valuation: Results and Implications from Contingent-Valuation Studies."  Selected paper, annual meeting of Regional Project W-133 (Benefits and Costs in Natural Resources Planning).

175. James, Holly L., Kevin J. Boyle, and Roy Bouchard.  1995. "The Effect of Lake Water Quality on Property Values."  Keynote address, A National Conference on Enhancing the States' Lake Management Programs, U.S. Environmental Protection Agency and the Northeastern Illinois Planning Commission.

176. Teisl, Mario F., Kevin J. Boyle, and Brian Roe.  1994. "Conflicts Between Atlantic Salmon Restoration and Recreational Angling."  Invited paper, 1994 meeting of the American Fisheries Society.

177. Boyle, Kevin J., Gregory Poe, and John C. Bergstrom.  1994. "What We Know About Ground Water Valuation: Results and Implications from Contingent-Valuation Studies."  Invited paper, joint meetings of the Association of Environmental and Resource Economists and the American Agricultural Economics Association.

178. Roe, Brian, Kevin J. Boyle, and Mario F. Teisl.  1994. "Deriving Compensating Variation from Conjoint Data Sets: A Theoretical Model and Empirical Issues."  Submitted paper, annual meeting of the American Agricultural Economics Association.

179. Boyle, Kevin J. 1994.  "The Practical Implications of Accomplishing an Ideal Benefits Transfer with Limited Data Availability."  Invited paper, Workshop on Valuation of Environmental Damages, Bialowieza, Poland.

180. Boyle, Kevin J., V. Kerry Smith, and Donald Epp.  1994. "Do Contingent-Valuation Survey Response Rates Have a Story to Tell?"  Selected paper, annual meeting of Regional Project W-133. (Benefits and Costs Transfer in Natural Resources Planning.)

181. Boyle, Kevin J., F. Reed Johnson, Daniel W. McCollum, William H. Desvousges, Richard W. Dunford, and Sara P. Hudson.  1993. "Valuing Public Goods: Discrete Versus Continuous

_____

Contingent-Valuation Responses." Invited seminar, Department of Agricultural Economics, Colorado State University.

182. Bergstrom, John C., and Kevin J. Boyle. 1993. "Benefit Transfer Case Study: Benefits of Groundwater Protection in Dougherty County, Georgia." Invited paper, annual meetings of the American Agricultural Economics Association July.

183. Boyle, Kevin J. et al. "Valuing Public Goods: Discrete versus Continuous Contingent-Valuation Responses." Selected paper, annual meetings of the American Agricultural Economics Association, July 1993.

184. Teisl, Mario, Kevin J. Boyle, Daniel W. McCollum, and Stephen D. Reiling. "Reliability of Dichotomous Choice Contingent Valuation: An Application of Full Panel Design." Selected paper, annual meeting of the Northeastern Agricultural and Resource Economics Association, June 1993.

185. Boyle, Kevin J., and Alan G. Clark. "The Economic Value of Moose Hunting: Does Getting a Bull Significantly Increase Value?" Selected paper, 29th North American Moose Conference, May 1993.

186. Boyle, Kevin J. "Review of Contingent-Valuation Studies of Groundwater Protection." Invited presentation, U.S. Environmental Protection Agency's Science Advisory Board, Environmental Economics Advisory Committee, April 1993.

187. Boyle, Kevin J. "Are Economic Values Sensitive to Changes in Environmental Conditions?" Invited seminar, University of Quebec at Rimouski, April 1993.

188. Boyle, Kevin J. et al. "Valuing Public Goods: Discrete versus Continuous Contingent-Valuation Responses." Selected paper, annual meeting of Regional Project W-133 (Benefits and Costs in Natural Resources Planning), March 1993.

189. Boyle, Kevin J. "Freshwater Fish Consumption and Dioxin Rule Making for Maine Rivers." Seminar, Resource and Environmental Economics Program, Department of Economics, North Carolina State University, October 1992.

190. Boyle, Kevin J. 1992. "Economic Research of Fish and Wildlife Resources." Invited paper, Maine Agricultural and Forest Experiment Station Research Conference, University of Maine.

191. Boyle, Kevin J. "Total Valuation of Complex Ecosystems." Keynote address, Scandinavian Society of Forest Economics Workshop on "Valuing Biodiversity." Helsinki, Finland. October 1992.

192. Boyle, Kevin J. "Benefits and Costs of Atlantic Salmon Restoration." Keynote address, Scandinavian Society of Forest Economics Workshop on "Valuing Biodiversity." Helsinki, Finland. October 1992.

193. Boyle, Kevin J. "Natural Resource Damage Assessments and The Cambridge Economics Symposium on Nonuse Values." Invited seminar, joint with Alan Randall of Ohio State University, Stockholm School of Economics, Stockholm, Sweden. October 1992.

194. Johnson, F. Reed, William H. Desvousges, Richard W. Dunford, Kevin J. Boyle, and Sara P. Hudson. "The Validity of Expressed Nonuse Values for Environmental Commodities."

**KEVIN J. BOYLE**                                                                                    52

---

Invited paper, annual meeting of the American Agricultural Economics Association and the Association of Environmental and Resource Economists, August 1992.

195. Bergstrom, John C., and Kevin J. Boyle.  "Benefit Transfer Case Study:  Benefits of Groundwater Protection in Dougherty County, Georgia."  AERE workshop on Benefit Transfer:  Procedures, Problems and Research Needs, June 1992.

196. Desvousges, William H., F. Reed Johnson, Richard W. Dunford, Kevin J. Boyle, Sara P. Hudson, and K. Nicole Wilson.  "Measuring Natural Resource Damages with Contingent Valuation: Tests of Validity and Reliability."  Cambridge Economics Symposium on Contingent Valuation:  A Critical Assessment, April 1992.

197. Boyle, Kevin J., Daniel McCollum, and Mario F. Teisl.  1992. "The Sign and Size of Option Value."  Invited seminar, Resource and Environmental Economics Program, Department of Economics, North Carolina State University, March 1992.

198. Boyle, Kevin J., Daniel McCollum, and Mario F. Teisl.  1992. "Empirical Evidence on the Sign and Size of Option Value."  Invited paper, Thirty-First Annual Meeting of the Western Regional Science Association, February 1992.

199. Boyle, Kevin J., and Marcia L. Phillips.  "Contingent Valuation of Endangered Species: How Should Valuation Estimates be Interpreted?"  Invited seminar, Department of Resource Economics, University of Rhode Island, November 1991.

200. Boyle, Kevin J., Mario F. Teisl, and Stephen D. Reiling.  "Managing Maine's Atlantic Salmon Resource: Qualitative and Economic Evaluations of Atlantic Salmon Fishing on the Penobscot River."  Selected paper, Northeast Fish and Wildlife Conference, May 1991.

201. Teisl, Mario F., Kevin J. Boyle, Stephen D. Reiling, and Owen Fenderson.  "Angler Opinions Regarding the Allocation of Harvest Between Open Water Fishing and Ice Fishing."  Selected paper, Northeast Fish and Wildlife Conference, May 1991.

202. Boyle, Kevin J., Daniel W. McCollum, Mario F. Teisl, and Stephen D. Reiling.  "Test-Retest Reliability of Contingent Values Using a Complete, Experimental Panel Design."  Selected paper, annual meeting of Regional Project W-133 (Benefits and Costs in Natural Resources Planning), February 1991.

203. Boyle, Kevin J., and Stephen D. Reiling.  1989. "Economic Benefits of Fishing, Hunting, and Wildlife-Associated Recreation."  Invited seminar, Rocky Mountain Range and Forest Experiment Station, U.S. Forest Service, Fort Collins, CO.

204. Reiling, Stephen D., Kevin J. Boyle, Hsiang-Tai Cheng, and Marcia L. Phillips.  "Contingent Valuation of a Public Program to Control Black Flies."  Selected paper, annual meeting of the Northeastern Agricultural and Resource Economics Association, June 1989.

205. Boyle, Kevin J., Marcia L. Phillips, and Stephen D. Reiling.  "Comprehensive Evaluation of a State's Fishing and Hunting Resources: A Case Study of Maine."  Invited paper, annual meeting of the Western Forest Economists Association, May 1989.

206. Boyle, Kevin J.  "The Role of Property Rights in Creating Economic Incentives for Wildlife Management on Private Timberland."  Invited paper, joint meeting of the New England

**KEVIN J. BOYLE** 53

_____

Society of American Foresters, Maine Chapter of the Wildlife Society, and Atlantic International Chapter of the American Fisheries Society, March 1989.

207. Bishop, Richard C., Curtis Brown, Michael P. Welsh, and Kevin J. Boyle. "Grand Canyon Recreation and Glen Canyon Dam Operations: An Economic Evaluation." Invited paper, Twenty-Eighth Annual Meeting of the Western Regional Science Association, February 1989.

208. Boyle, Kevin J., Stephen D. Reiling, and Marcia L. Phillips. "Prices of Substitutes: Implicit vs. Explicit Assumptions in Contingent-Valuation Questions." Invited paper, annual meeting of Regional Project W-133, February 1989.

209. Boyle, Kevin J. "Commodity Specification and the Framing of Contingent-Valuation Questions." Selected paper, annual meeting of the Northeastern Agricultural and Resource Economics Association, June 1988.

210. Bishop, Richard C., Scott R. Milliman, Barry L. Johnson, and Kevin J. Boyle. "Economic Evaluation of Fishery Rehabilitation Projects: Theoretical Principles and a Case Study." Invited paper, The Second Symposium on Social Science in Resource Management, June 1988.

211. Boyle, Kevin J., Michael P. Welsh, Richard C. Bishop, and Robert M. Baumgartner. "Contingent Valuation of Unexperienced Environmental Conditions." Invited paper, annual meeting of Regional Project W-133, January 1988.

212. Boyle, Kevin J. 1987. "Economic Valuation of Endangered Species of Wildlife." Invited seminar, Unity College, Unity, ME.

213. Boyle, Kevin J. 1987. "Welfare Measurements Using Contingent Valuation: A Comparison of Techniques." Invited presentation, Department of Agricultural Economics, Stillwater, OK.

214. Boyle, Kevin J., Michael P. Welsh, Richard C. Bishop, and Robert M. Baumgartner. "Analyzing the Effects of Glen Canyon Dam Releases on Colorado River Recreation Using Scenarios of Unexperienced Flow Conditions." Selected paper, annual meeting of the American Agricultural Economics Association, August 1987.

215. Boyle, Kevin J., and Richard C. Bishop. "The Economic Value of Endangered Species of Wildlife." Selected paper, 51st North American Wildlife and Natural Resources Conferences, March 1986.

216. Bishop, Richard C., Kevin J. Boyle, and Michael P. Welsh. "Toward Total Valuation of Great Lakes Fishery Resources." Invited paper, Symposium on Social Assessment of Fishery Resources, September 1985. Conference sponsored by the Great Lakes Fishery Commission.

217. Boyle, Kevin J., and Richard C. Bishop. "The Total Value of Wildlife: A Case Study Involving Endangered Species." Selected paper, annual meeting of the American Agricultural Economics Association, August 1985.

218. Boyle, Kevin J., and Richard C. Bishop. "The Total Value of Wildlife Resources: Conceptual and Empirical Issues." Invited paper, Association of Environmental and Resource Economists Workshop on Recreational Demand Modeling, May 1985.

**KEVIN J. BOYLE**                                                                54

_____

219. Boyle, Kevin J., Richard C. Bishop, and Michael P. Welsh.  "Testing for Starting Point Bias in the Iterative Bidding Format of Contingent Valuation Studies."  Selected paper, annual meeting of the American Agricultural Economics Association, August 1984.

220. Obermiller, Frederick W., and Kevin J. Boyle.  "The Local Economic Effects of Wilderness Area Additions: Distributive Equity Implications."  Discussion paper presented at the 1981 Western Forest Economists Meeting, May 1981.

221. Boyle, Kevin J.  "Subsidies to the New England Fishing Industry."  In Harold J. Kyte and Wayne H. Meserve, "The Impact of Subsidies on Canadian-American Fisheries: An Obstacle to Joint Management."  A paper presented at the Conference on Canadian-American Relations, April 1976.


**TEACHING ACTIVITIES:**

Careers in Real Estate, REAL 2014 (Fall 2014/15/16/17/18, Spring 2013/14/15/16/17/18)

Professional Development in Real Estate, REAL 3014 (Fall 2013/14)

Real Estate Data Analysis, REAL 2984 (Fall 2015/16/18, Spring 2015/16/17/18)

Real Estate Financial and Market Analysis, REAL 4984 (Winter 2015/17)

Real Estate Studio REAL 4075/4076 (Fall 2016/17/18, Spring 2017/18)

Advanced Environmental Economics, REP 471. (Spring 1987/88, Fall 01/02/03)

Senior Seminar, REP 489. (Spring 03)

Research Methods in Agricultural and Resource Economics, ARE 517. (Fall 1987/88/89/90/94/95/96/97/98)

Advanced Resource Economics, ARE 571. (Fall 1987/88/89/90/91/94/96/97/98, Spring 01/03/05)

Sophomore Seminar in Natural Resources, NRC 200. (Fall 1990/91/93)

Junior Seminar in Natural Resources, NRC 300. (Fall 1994/95/96)

Critical Issues in Natural Resources, NRC 489. (Fall 97/98/00)

Mathematical Economics Short Course. (Fall 1989)


**GRADUATE STUDENTS:**

**A.      Post-doctoral:**

Siriwardena, Shyamani D. Project: "A National Study of the Effects of Tree Canopy, Diversity and Health on Property Values." 2016-present.

Sarkhel, Prasenjit. Project: "Does In-premise Water Reduce Open Defecation in India?"  2016-17. Current Position: Assistant Professor, Department of Economics, Kalyani University, Nadia, West Bengal, India.

**KEVIN J. BOYLE**                                                                                          55

---

Scrogin, David O.  Project: Random utility modeling of sport fishing with varying regulations. 1999-00. Current position: Associate Professor, Department of Economics, University of Central Florida.

Poor, P. Joan.  Project: Hedonic modeling of the effects of National Wildlife Refuges on property prices in urban and rural areas. 1998-00. Current position: Provost and Vice President for Academic Affairs, Truman State University.

Roach, Brian.  Project: Issues in the management of nongame wildlife.  1996-98. Current position: Senior Research Associate, Global Development and Environment Institute, Tufts University.


**B.  PH.D.:**

Agnew, Jessica. 2020. "Buying to Thrive: Exploring the Potential for Market-Based Approaches to Contribute to Increases in Diet Diversity in Mozambique" Assistant Director of Research, Operations, & Program Management, Center for International Research, Education and Development, School of Public and International Affairs, Virginia Tech. (Zody Best Dissertation Award, Urban Affairs and Planning, Virginia Tech.

Weng, Weizhe. 2019. **"**Essays on Non-market Valuation and Coupled Natural and Human Systems." Assistant Professor, School of Business, SUNY Geneseo.

Cao, Xiang. 2019. 2019. "Essays on Environmental Economics with a Focus on Non-market Valuation." Assistant Professor, Department of Economics, Sichuan University.

Xu, Weibin. 2016. "Attribute Non-attendance in Random Utility Models: Evidence from Urban Public Green Spaces in Sydney, Australia." Senior Analyst-Enterprise Optimization, United Airlines.

Siriwardena, Shyamani D. 2016. Essays on the Non-market Valuation and Optimal Control of Bio-invasions in Urban Forest Resources." Post-doctoral Researcher, Virginia Tech.

Yuan, Yuan. 2015. "Conditional, Structural and Unobserved Heterogeneity: three essays on preference heterogeneity in the design of financial incentives to increase weight loss program reach." Data Scientist, MAANA, Bellevue, WA.

Li, Xiaoshu.  2014. "Stated and Revealed Preference Valuation of Forest Ecosystems." Research Associate Senior, Center for Health Services Research, University of Kentucky College of Medicine.

Kaul, Sapna.  2013. "Exploring Alternative Methodologies for Robust Inferences: Applications in Environmental and Health Economics."  (http://vtechworks.lib.vt.edu/handle/10919/23925) Assistant Professor, Department of Preventive Medicine and Community Health, University of Texas Medical Branch at Galveston.

Zhang, Congwen.  2012. "Essays on the Application and Estimation of Hedonic Models." (http://vtechworks.lib.vt.edu/handle/10919/37788)

Tanellari, Eftila. 2010. "Essays on the Economics of Drinking Water Quality and Infrastructure." Assistant Professor, Department of Economics, Radford University.

**KEVIN J. BOYLE**                                                                                          56

_____

Kleczyk, Ewa.  2008. "Incidence and Costs of Pinhole Leak Corrosion and Corporate Cost of Capital Borrowing."  (http://vtechworks.lib.vt.edu/handle/10919/29901) Vice President, Client Analytics, Symphony Health, PRA Health Sciences Company.

Aziz, Sonia. 2006. "Valuation of Avoiding Arsenic in Drinking Water in Rural Bangladesh: An Averting Behavior Analysis."  Associate Professor, Moravian College.


**B.  M.S.:**

Vannoy, Mallory. 2021. "Hedonic Valuation of Forested Riparian Buffers Along Rivers in Northwestern North Carolina."

Swedberg, Kristen. 2020. "Examining Implicit Price Variation for Lake Water Quality." PhD student, Virginia Tech.

Stump, Katie. 2019. "Impact of Oyster Aquaculture in Virginia on Waterfront Property Values." Manager, Science Policy, CropLife America.

Brahma, Sreeya. 2019. "NIMBY, Not, in Siting Community Wind Farms." PhD student, Architecture, Virginia Tech.

Johnson, Wesley. 2017. "Understanding Willingness to Pay for Pollination and Sense of Place Connections on the Eastern Shore." Forest Planning Analyst, American Forest Management, Charlotte, NC.

Dodson, Laura. 2016. "Statistical Relationships Between Observational Water Quality and Catchment Agricultural Intensity in Rural Maine."  Agricultural Economist, US Department of Agriculture, Washington, DC.

D'Alessio, Nicole M.  2015. "Segmentation of the market for labeled ornamental plants by environmental preferences: A latent class model. Senior Marketing Analyst, BFG Agency, Atlanta, GA.

Boatwright, Jessica.  2013. "Siting Community Wind Farms: An Investigation of NIMBY." (http://vtechworks.lib.vt.edu/handle/10919/23750) First position: Cost Analyst, Technomics, Inc.

Heier, Elizabeth N. 2012. "The Amenity Value of Trees: A meta-analysis of Hedonic, Property-value Studies."  First position: Loan Administrator, Bank of America.

Hartter, David L. 2012. "Understanding Consumers' Ornamental Plant Preferences for Disease-free and Water Conservation Labels."  First position: Sustainability Analyst, EarthShift, Charlotte, NC.

Fuller, Harry M.  2011. "Farmland Conservation Easement Valuation Using an Attribute-based Choice Survey:  Comparing Preferences within the United States, Georgia, Ohio and Maine." First position: Economist, U.S. Fish and Wildlife Service.

Prasai, Nilam.  2008. "Testing Criterion Validity of Benefit Transfers Using Simulated Data." First position: Research Analyst, International Food Policy Research Institute.

Reed, Scott. 2006. "Perception and Preference in Random Utility Models: An Applied Analysis of Lake Water Quality and Site Choice."

**KEVIN J. BOYLE**                                                                                         57
_____

Ozdemir, Semra.  2003. "Convergent Validity of Conjoint Values for Farmland Conservation Easement Programs."  Current position: Duke-NUS Graduate Medical School, Singapore. (The Norris Charles Clements Graduate Award for outstanding graduate student research, Maine Agricultural and Forest Experiment Station Research Council, 2003.)

Sargent-Michaud, Jessica.  2002. "Arsenic in Drinking Water and Public Opinion on Wildlife Management as Case Studies of Natural Resource Policy."  Current position: Senior Research Associate, The Trust for Public Land, Boston, MA

Paterson, Robert.  2001. "Nonmarket Valuation and Land Use: Two Essays."  Current position: Partner, Industrial Economics, Cambridge, MA

Hsu, Tommy I.  2000. "A Hedonic Study of the Effects of Lake-Water Clarity and Aquatic Plants on Lakefront Property Prices in Vermont."  Current position: Environmental Planner, California Department of Transportation, Los Angeles, CA.

La Rouch, Genevieve Pullis.  1998. "Public Perceptions of Forest Ecosystem Attributes and Economic Values for Small, Private Woodlots With and Without Alternative Timber Harvesting."  Current position: U.S. Fish and Wildlife Service, Washington, DC.

Schuetz, Jennifer.  1998. "Economic Values and Impacts Associated with Access Users' Recreational Use of Maine's Great Ponds."  Current position: Field Coordinator, Bosque School, Albuquerque, New Mexico.

Harris, Brian.  1998. "Highlights from the 1996 Maine Ice Fishing Follow-Up Survey." (Nonthesis) First position: Analyst, University of Kansas.

Phillips, Shelley.  1997. "Public Preferences for Timber Harvesting."  (Nonthesis) First position: Manager, MBNA, Belfast, ME.

Lawson, Steven R.  1997. "Estimating the Benefits of Water Quality in Maine's Lakes: A Hedonic Property Value Model."  Current position: Director, Public Lands Planning and Management, RSG, Inc.

Schneemann, Margaret.  1997. "A Meta-Analysis of Response Rates to Contingent Valuation Studies Conducted by Mail."  Current position: Water Resource Economist, Illinois-Indiana Sea grant program.

James, Holly L.  1995. "A Hedonic Property Value Study of Water Quality in Maine Lakes." Current position: Senior Economist, W.H Desvousges & Associates.  (Dow-Griffee Award for the best graduate student research, Maine Agricultural and Forest Experiment Station, 1994. Thesis nominated for the NEARA Best Masters Thesis award.)

Phillips, Marcia L.  1994. "Understanding Users' and Wildlife Managers Perceptions of Wildlife Management."  Current position: Senior Recreation Resource Economist, Kleinschmidt Associates, Pittsfield, Maine.  (Thesis nominated for the NEARA Best Masters Thesis award.)

James E. Anderson.  1994. "Who Contributes to the Chickadee Checkoff?"  First position: Policy Analyst, National Center for Food and Agricultural Policy, Washington, DC.

**KEVIN J. BOYLE** 58

Ramona ElHamzoui.  1993. "Black Bear Hunting in Maine: Do Hunter Characteristics Affect Opinions Regarding Hunting Regulations?"  Current position: Program Officer, USAID. Morocco.

Deanna Potter.  1991. "Benefit-Cost Analysis for Wildlife Reintroductions."  Current position: Extension Educator, University of Maine Cooperative Extension, Fort Kent, ME.

John V. Westra.  1991. "Net Revenue Maximizing Crop Rotations for Maine's Potato Farmers." Current position: Associate Professor, Louisiana State University.  (Thesis nominated for the NEARA Best Masters Thesis award.)