# EXHIBIT 27



1220 19th St NW, Suite 210
Washington, D.C. 20036
PH 202.370.4347
www.geosyntec.com

16 July 2020

Akzayakatl Mexikatzin
Los Angeles Regional Water Quality Control Board
320 West 4th Street, Suite 200
Los Angeles, CA 90013

Subject:    **Revised Off-Property Vapor Intrusion Investigation Summary Report and Off-Property Vapor Intrusion Long Term Monitoring Plan (LTMP)**
**Canoga Park Site**
**8020 Deering Avenue**
**Canoga Park, California**
**SLIC No. 843, Site ID No. 2044T00**

Dear Mr. Mexikatzin:

Geosyntec Consultants, Inc. (Geosyntec) is pleased to present revised versions of the Off-Property Vapor Intrusion Investigation Summary Report (VI Report) and Off-Property Vapor Intrusion Long Term Monitoring Plan (LTMP) prepared on behalf of the Respondents (which includes Landowners Ltd., a California Limited Partnership [Landowners] and Northrop Grumman Guidance and Electronics Company, Inc. [Northrop Grumman]) for the Canoga Park Site.

These documents were originally submitted for Los Angeles Regional Water Quality Control Board (LARWQCB) review in December 2019. The Office of Environmental Health Hazard Assessment (OEHHA) provided comments on both documents to LARWQCB in a memorandum dated 21 February 2020, which LARWQCB transmitted to the Respondents in a letter dated 13 March 2020. Geosyntec uploaded to GeoTracker a response to OEHHA comments in a letter dated 27 April 2020 and e-mailed for review and discussion revised versions of the VI Report and LTMP, both dated 30 April 2020, in Microsoft Word documents with tracking enabled.

On 18 May 2020, Northrop Grumman and its consultants participated in a teleconference with LARWQCB and OEHHA to resolve outstanding questions regarding the responses to OEHHA comments. Geosyntec provided clarification that although the VI Report and LTMP didn't explicitly state so, the intention of the LTMP is to replace the current semi-annual soil vapor sampling requirements included in the LARWQCB Letter "Review of Supplemental Offsite Vapor Intrusion Assessment Report and Request For Soil Vapor Monitoring" issued on 17 April 2019. All parties agreed that the provided responses and 30 April 2020 revisions to the documents were sufficient to address OEHHA's comments. Geosyntec e-mailed meeting minutes for review, and once approved by all parties, uploaded the meeting minutes to the GeoTracker on 21 May 2020.

engineers | scientists | innovators

NGSC_0017354

16 July 2020
Page 2



On 6 July 2020, LARWQCB requested clarification in the text of the VI Report and LTMP to explicitly state that that Vapor Intrusion LTMP is intended to replace the semi-annual soil vapor sampling. The revised documents transmitted with this letter address this request for clarification.

If you have any questions regarding these deliverables, please feel free to contact me at 202-370-4351 or Shantal Der Boghosian at 310-332-7612.

Sincerely,

Helen Dawson, Ph.D.
Senior Principal

Attachments

- Off-Property Vapor Intrusion Investigation Summary Report
- Off-Property Vapor Intrusion Long Term Monitoring Plan

cc: Shantal Der Boghosian, Northrop Grumman Corporation
Lauren Baerg, Landowners Limited Partnership
Darrell Greenwald, Landowners Limited Partnership
William Giamela, Coast United Advertising, Canoga Park
Matthew Nelson, Orion Environmental Inc.

engineers | scientists | innovators

NGSC_0017355



**Geosyntec**▷

consultants

engineers | scientists | innovators

# OFF-PROPERTY VAPOR INTRUSION INVESTIGATION SUMMARY REPORT

**Canoga Park Site**

**8020 Deering Avenue**

**Canoga Park, California**

**SLIC No. 843, Site ID No. 2044T00**

*Prepared for*

**Northrop Grumman Guidance and
Electronics Company, Inc., and Landowners Ltd.**
One Space Park
Mail Stop: NGC CER - XE6D21
Redondo Beach, California 90278

*Prepared by*

Geosyntec Consultants, Inc.
1220 19th Street N.W., Suite 210
Washington, District of Columbia 20036

Project MEM1491

*In conjunction with*

Orion Environmental Inc.
2955 Redondo Avenue
Long Beach, California 90806

April 30, 2020 (Revised July 16, 2020)

NGSC_0017356



# OFF-PROPERTY VAPOR INTRUSION INVESTIGATION SUMMARY REPORT

**Canoga Park Site,**
**8020 Deering Avenue,**
**Canoga Park, California**
**SLIC No. 843, Site ID No. 2044T00**

*Prepared for*

**Northrop Grumman Guidance and**
**Electronics Company, Inc., and Landowners Ltd.**
One Space Park
Mail Stop: NGC CER - XE6D21
Redondo Beach, California 90278

*Prepared by*

Geosyntec Consultants, Inc.
1220 19th Street N.W., Suite 201
Washington, DC 20036



_____
Helen E. Dawson, Ph.D.
Senior Principal

_____
Matt Thomas, Ph.D., PE (CA)
Senior Engineer

Project Number: MEM1491

April 30, 2020 (Revised July 16, 2020)

April 30, 2020 (Revised July 16, 2020)

NGSC_0017357



# TABLE OF CONTENTS

1. INTRODUCTION ...................................................................................................1
   1.1   Site Background.............................................................................................1
   1.2   Site Hydrogeology ........................................................................................2
   1.3   Off-Property Vapor Source Evaluation........................................................2
   1.4   Delineation of Off-Property Vapor Intrusion Investigation Area...............4
   1.5   Objectives and Scope of Work .....................................................................4

2. COMMUNITY OUTREACH AND NOTIFICATION ..........................................6
   2.1   Notification and Updates to Public Officials and Stakeholders .................6
   2.2   Fact Sheet Preparation.................................................................................7
   2.3   Access Request Packages .............................................................................7
   2.4   Door-to-Door Canvassing.............................................................................7
   2.5   Participating Properties ...............................................................................8
   2.6   Notification and Response Plan ...................................................................9

3. VAPOR INTRUSION INVESTIGATION PROGRAM .......................................9
   3.1   Participating Property Layouts ....................................................................9
   3.2   Building Surveys..........................................................................................10
   3.3   Preliminary Building Inspections...............................................................11
   3.4   Sampling Locations and Procedures ..........................................................11
       3.4.1   Indoor Air Samples...........................................................................11
       3.4.2   Crawl Space Air Samples .................................................................14
       3.4.3   Sub-Slab Soil Gas Samples..............................................................15
       3.4.4   Outdoor Air Samples ........................................................................15
   3.5   Passive Soil Gas Samples...........................................................................15
   3.6   Sampling Deviations ...................................................................................16
   3.7   Field QA/QC Program.................................................................................17
   3.8   Sample Analysis..........................................................................................17

4. DATA EVALUATION PROCESS ........................................................................19
   4.1   Data Validation ..........................................................................................19
   4.2   Results Notification Letters ........................................................................20
   4.3   Tier 1 Screening..........................................................................................20
   4.4   Tier 2 Screening..........................................................................................20
   4.5   Tier 3 Screening..........................................................................................20
   4.6   Confirmation Sampling Process .................................................................24

NGSC_0017358

Geosyntec ▷
consultants

5.   RESULTS ........................................................................................... 24
     5.1   Summary of Sampling Results .......................................................... 25
     5.2   Summary of Individual Property Sampling Results ............................... 27
           5.2.1   Tier 1 Screening Results ......................................................... 28
           5.2.2   Tier 2 Screening Results ......................................................... 29
           5.2.3   Tier 3 Screening Results ......................................................... 29

6.   DISCUSSION OF RESULTS ................................................................... 32
     6.1   Vapor Intrusion Pathway Evaluation at Individual Properties. ............... 32
     6.2   Site-Specific Soil Gas Screening Levels ............................................ 37
     6.3   Updated Vapor Intrusion Conceptual Site Model ................................ 40
           6.3.1   Groundwater Data .................................................................. 40
           6.3.2   Vapor Probe Data .................................................................. 40
           6.3.3   Passive Soil Gas or Sub-Slab Soil Gas .................................... 41
           6.3.4   Indoor Air and Crawl Space Air ............................................... 41

7.   CONCLUSIONS ................................................................................... 42

8.   RECOMMENDATIONS .......................................................................... 44

9.   REFERENCES .................................................................................... 45

NGSC_0017359



## LIST OF TABLES

Table 1:   Summary of Participation Levels in Canoga Park Off-Property Vapor Intrusion Investigation

Table 2:   Summary of Participating Property ID Numbers, Building Attributes and Indoor Air Sampling Locations

Table 3:   Summary of the Sampling Devices, Sample Methodology and Analytical Methods

Table 4:   Tier 2 Screening Levels, Interim TCE Indoor Air Response Actions Levels

Table 5:   Tier 3 Screening Levels, Risk Based Screening Levels for COCs

Table 6:   Summary of Off-Property Vapor Intrusion Sampling Results, Percent Detections, Minimum and Maximum Values by Sample Type

Table 7:   Maximum of Measured PCE Concentrations by Sample Type

Table 8:   Maximum of Measured TCE Concentrations by Sample Type

Table 9:   Vapor Intrusion Pathway Evaluation for Participating Properties

Table 10:  Average of Measured PCE Concentrations by Sample Type

Table 11:  Average of Measured TCE Concentrations by Sample Type

## LIST OF FIGURES

Figure 1:   Site Location Map

Figure 2:   Vapor Intrusion Investigation Areas

Figure 3:   Participating Property Locations

Figure 4.   Correlation Between Indoor Air PCE Concentrations Measured in Radiello® Passive Samplers and Summa® Canisters.

Figure 5.   Correlation Between Indoor Air TCE Concentrations Measured in Radiello® Passive Samplers and Summa® Canisters.

Figure 6.   Average and Maximum PCE Concentrations for Indoor Air (IA), Crawl Space Air (CS), and Passive Soil Gas (PSG) or Sub-slab Soil Gas (SG) in the Properties that Participated in the Vapor Intrusion Investigation Program.

Figure 7.   Average and Maximum TCE Concentrations for Indoor Air (IA), Crawl Space Air (CS), and Passive Soil Gas (PSG) or Sub-slab Soil Gas (SG) in the Properties that Participated in the Vapor Intrusion Investigation Program.

Figure 8.   Maximum TCE Concentrations in Shallow Groundwater (2018)

Figure 9.   Maximum TCE Concentrations in 5-Foot Vapor Probes (2017-2019)

Figure 10.  TCE Concentrations versus Time in Vapor Probes (2014-2019)

Figure 11.  Maximum TCE Concentrations in Passive/Sub-Slab Soil Gas

NGSC_0017360



Figure 12. Maximum TCE Concentrations in Indoor Air/Crawl Space Air

## LIST OF APPENDICES

Appendix A:   RWQCB, Los Angeles Region, Fact Sheets

Appendix B:   Access Request Package

Appendix C:   Property Layouts and Sampling Locations

Appendix D:   Sampling Equipment, Procedures, and Quality Assurance/Quality Control

Appendix E:   Field Logs

Appendix F:   Data Validation Memoranda

Appendix G:   RWQCB Resident Notification Cover Letters

Appendix H:   Air and Soil Gas Sampling Results

Appendix I:   Laboratory Analytical Reports and Chain-of-Custody Forms

Appendix J:   Comparison of Radiello® Passive Sampler and Summa® Canister Results

NGSC_0017361



## ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| 11DCE | 1,1-dichloroethene |
| 111TCA | 1,1,1-trichloroethane |
| ARAL | Accelerated Response Action Level |
| CalEPA | California Environmental Protection Agency |
| CLP | Contract Laboratory Program |
| COCs | chemicals of concern |
| c-DCE | *cis*-1,2-dichloroethene |
| DTSC | California Department of Toxic Substances Control [DTSC] |
| HERO | Human and Ecological Risk Office |
| NRP | Notification and Response Plan |
| OEHHA | Office of Environmental Health Hazard Assessment |
| PCE | tetrachloroethene |
| PSG | passive soil gas |
| QA/QC | quality assurance/quality control |
| RL | reporting limit |
| RSLs | US EPA's Regional Screening Levels |
| RWQCB | California Regional Water Quality Control Board, Los Angeles Region |
| SIM | Selective Ion Monitoring |
| TCE | trichloroethene |
| t-DCE | *trans*-1,2-dichloroethene |
| URAL | Urgent Response Action Level |
| US EPA | U.S. Environmental Protection Agency |
| VI CSM | vapor intrusion conceptual site model |
| VOCs | volatile organic compounds |

NGSC_0017362

Geosyntec▷
consultants

## EXECUTIVE SUMMARY

### Introduction

Geosyntec Consultants Inc. and Orion Environmental Inc. (Orion) have prepared this off-property vapor intrusion investigation summary report for the Canoga Park Site on behalf of the Respondents (which includes Landowners Ltd., a California Limited Partnership [Landowners Ltd.], and Northrop Grumman Guidance and Electronics Company, Inc. [Northrop Grumman]). The Canoga Park Site includes the property addressed as 8020 Deering Avenue, Canoga Park, California (the property), and the footprint of impacted media (e.g., groundwater, soil, and soil vapor) resulting from releases at this property.

The primary chemicals of concern (COCs) for the off-property vapor intrusion investigation, based on historical site operations and their presence in groundwater, are: tetrachloroethene (PCE), trichloroethene (TCE) and their degradation products *cis*-1,2-dichloroethene (c-DCE), *trans*-1,2-dichloroethene (t-DCE), as well as 1,1,1-trichloroethane (111TCA) and its degradation product 1,1-dichloroethene (11DCE) (Orion, 2016b).

### Off-Property Investigation

The off-property vapor intrusion investigation included sampling events during Winter 2017/2018, Summer 2018, and Winter 2019 conducted in accordance with a 2016 work plan and a 2017 work plan addendum (Orion, 2016b and 2017a). The California Regional Water Quality Control Board, Los Angeles Region, (RWQCB) approved the work plan and work plan addendum in letters dated November 3, 2016 and December 12, 2017, respectively (RWQCB, 2016 and 2017).

Samples were collected from a total of 27 private properties: 26 properties (25 residential and 1 commercial) during the Winter 2017/2018 event, 22 properties (21 residential and 1 commercial) during the Summer 2018 event, and 1 property (residential) during the Winter 2019 event. A total of 434 samples were collected and analyzed: 160 indoor air samples collected in Summa® canisters over 24-hour time periods; 34 outdoor air samples collected in Summa® canisters over the same 24-hour time periods as the indoor air samples; 49 indoor air samples collected using Radiello® passive samplers deployed over 7 days; 46 crawl space air samples; 4 sub-slab soil gas samples; and 141 passive soil gas samples collected using low-uptake Waterloo Membrane Samplers (WMS-LU) samplers deployed adjacent to the exterior of each building at a depth of 3 feet.

NGSC_0017363

Geosyntec▷
consultants

**Results and Conclusions**

PCE, TCE and 111TCA were detected in most crawl space air and sub-slab soil gas samples, but only PCE and TCE were detected in the passive soil gas samples. The majority of the participating properties had indoor air concentrations with PCE or TCE levels above crawl space air concentrations, indicating that background sources were prevalent contributors to the indoor air concentrations.

The sampling results were evaluated in the context of an updated vapor intrusion conceptual site model (VI CSM) and a tiered screening process was used to determine whether and where the vapor intrusion pathway may be complete and, where complete, whether potential public health impacts due to vapor intrusion may exist. The results of this evaluation were as follows:

1.  TCE concentrations in indoor and crawl space air did not exceed the Tier 2 Accelerated Response Action Levels (ARALs) or Urgent Response Action Levels (URALs) in any of the samples collected. These results indicate that a short-term (or acute) exposure risk is not present at any of the 27 properties sampled.

2.  Tier 3 indoor air screening levels (based on chronic exposures) were not exceeded in indoor air or crawl space air samples collected at 16 properties (ARM-4, DES-1, DES-2, ELK-2, ELK-3, ELK-4, IND-1, IND-2, KES-3, LOM-1, LOM-5, LUL-1, LUL-3, VAR-3, VAR-4 and VAR-5). Evaluation of multiple lines of evidence indicate that vapor intrusion is not a pathway of concern at these properties.

3.  Indoor air PCE concentrations exceeded the Tier 3 residential screening level at 7 properties (ARM-1, ARM-2, ARM-5, HEM-1, HEM-2, KES-2, and LUL-2), but crawl space air PCE concentrations exceeded the Tier 3 screening level at only one of these properties (ARM-2). Evaluation of multiple lines of evidence indicated that all PCE exceedances were due to background indoor air sources and not vapor intrusion..

4.  Indoor air TCE concentrations exceeded the Tier 3 residential screening levels at 4 properties (ARM-2, ARM-6, KES-6, and LUL-2) and crawl space air TCE concentrations exceeded the Tier 3 screening level at 5 properties (ARM-2, HEM-1, ELK-1, ELK-7 and KES-6). Evaluation of multiple lines of evidence indicate that 5 of these 7 properties (ARM-2, ELK-1, ELK-7, KES-6 and LUL-2) exhibit moderate vapor intrusion potential. Each of these properties is discussed below.

    a.  At ARM-6 and HEM-1, multiple lines of evidence indicate background sources may be contributing to the exceedances, particularly since these properties fall outside the area

Page vii    April 30, 2020 (Revised July 16, 2020)



Geosyntec▷
consultants

of highest groundwater and vapor probe concentrations and, therefore, and are likely to have low potential for vapor intrusion impacts.

b.    At ARM-2 and LUL-2, background sources appear to be contributing to the indoor air or crawl space air exceedances, but these properties may also be impacted by vapor intrusion; both properties fall within the area of highest groundwater and vapor probe concentrations.

c.    At ELK-1 and ELK-7, TCE concentrations were above Tier 3 residential screening levels for soil gas and crawl space air, suggesting vapor intrusion has the potential to pose a concern, but indoor air concentrations did not exceed screening levels. These data indicate that the vapor intrusion pathway, although complete, does not appear to result in indoor air concentrations of concern.

d.    KES-6 is the only private property at which the vapor intrusion pathway appears complete and resulted in indoor air concentrations above screening levels; however, even at this property, lines of evidence also point to contributions from background sources.

5.    The 5 properties (ARM-2, ELK-1, ELK-7, KES-6 and LUL-2) found to exhibit moderate vapor intrusion potential all fall within the area of highest groundwater TCE concentrations (greater than 500 µg/L) and highest vapor probe concentrations (greater than the site-specific soil gas screening level of 240 µg/m³). These properties are bound by other properties where vapor intrusion does not appear to be a pathway of concern. Therefore, additional step-out sampling beyond Area 1 into Area 2 is not warranted (Figure 2).

6.    Analysis of the sampling results indicates that a site-specific residential soil gas TCE screening level of 240 µg/m³, which is equal to the California Department of Toxic Substances Control (DTSC 2011, 2019) residential soil gas screening based on an attenuation factor of 0.002, is a conservative and appropriate site-specific screening level. Analysis of the sampling results also showed that U.S. Environmental Protection Agency (US EPA)'s (2015) soil gas screening level (which is based on an attenuation factor of 0.03), which has no correlation to exceedances of TCE screening levels for crawl space or indoor air, is overly conservative and inappropriate for the site.

7.    The strong correlation between private property sampling results, vapor probe concentrations and groundwater concentrations supports a combination of limited groundwater and shallow soil vapor probe sampling in the area of the 5 properties (ARM-2, ELK-1, ELK-7, KES-6 and LUL-2) with moderate vapor intrusion potential as appropriate for long term monitoring in

NGSC_0017365

Geosyntec▷
consultants

the off-property area. The vapor probe locations closest to these properties are VP-2, VP-6, VP-10, and VP-13 and the shallow groundwater monitoring wells closest to the properties are C-9 and C-10. The 2 (ARM-6 and HEM-1) properties with low vapor intrusion potential also are near these vapor probes and groundwater monitoring wells.

An Off-Property Vapor Intrusion Long Term Monitoring Plan (Off-Property VI LTMP) based on the evaluations provided in this report will be submitted to RWQCB in Q2 2020 and is meant to replace the RWQCB semiannual soil vapor sampling requirements included in the RWQCB Letter "*Review of Supplemental Offsite Vapor Intrusion Assessment Report and Request For Soil Vapor Monitoring*" issued to the Respondents on 17 April 2019. Future vapor intrusion potential and the need for additional investigation actions will be evaluated based on the results of the long-term soil vapor and groundwater monitoring described in the Off-Property VI LTMP and an Annual Vapor Intrusion Long-Term Monitoring Report summarizing the Off-Property VI LTMP monitoring activities and evaluations will be prepared and submitted to the Respondents and RWQCB during the first quarter of each year.

NGSC_0017366



## 1.  INTRODUCTION

Geosyntec Consultants Inc. and Orion Environmental Inc. (Orion) have prepared this off-property vapor intrusion investigation summary report for the Canoga Park Site on behalf of the Respondents (which includes Landowners Ltd., a California Limited Partnership [Landowners Ltd.], and Northrop Grumman Guidance and Electronics Company, Inc. [Northrop Grumman]). The Canoga Park Site includes the property addressed as 8020 Deering Avenue, Canoga Park, California (the property), and the footprint of impacted media (e.g., groundwater, soil, and soil vapor) resulting from releases at this property (Figure 1). The scope of work for the vapor intrusion investigation was implemented in accordance with a 2016 work plan and a 2017 work plan addendum (Orion, 2016b and 2017a). The California Regional Water Quality Control Board, Los Angeles Region, (RWQCB) approved the work plan and work plan addendum in letters dated November 3, 2016 and December 12, 2017, respectively (RWQCB, 2016 and 2017).

The vapor intrusion investigation included two private property sampling events, one during Winter 2017/2018 and the other during Summer 2018, as proposed in the work plans, to assess seasonal variation in indoor air vapor concentrations due to vapor intrusion. In addition to these two sampling events, a third sampling event was conducted in Winter 2019 at select properties to further assess the vapor intrusion pathway.

This report describes the community outreach and notification effort (Section 2), the implementation of the vapor intrusion investigation program (Section 3), the data evaluation process (Section 4) and the results of the private property sampling (Section 5). The results are discussed and interpreted in the context of an updated vapor intrusion conceptual site model (VI CSM) in Section 6. Conclusions are summarized in Section 7 and recommendations are provided in Section 8.

### 1.1  Site Background

The property is located in an industrial and residential area of Canoga Park, a community within the City of Los Angeles (Figure 1). The property was first developed in the 1960s, and the present manufacturing building was constructed in 1967. Past manufacturing operations at the property included circuit board production, copper plating, silk screening, photo printing, and chemical stripping. The property was previously owned by Litton Industries, Inc., Landowners Ltd., and others.

NGSC_0017367



An advertising and printing company currently operates on the property, which includes a 29,000-square-foot building and an asphalt-paved parking area on a 1.75-acre lot. A description of the site (including the property) and historical environmental activities is included in the Conceptual Site Model Report (Haley & Aldrich, Inc. [H&A], 2016).

The property is surrounded by light industrial and manufacturing facilities to the north, south, and west and residential properties to the east (Figure 2). The investigations described in this report focus on the residential area east of the property.

## 1.2  Site Hydrogeology

The site is underlain by approximately 325 feet of Quaternary-age alluvium (unconsolidated non-marine sediment and soil) as indicated by Geologic Cross Section A–A' of the San Fernando Valley Groundwater Basin Report of the Referee (California State Water Rights Board Referee, 1962). Underlying the alluvial deposits is the non-water-bearing rock of the Tertiary-age Pico formation.

The alluvial deposits, which comprise both the saturated and unsaturated (vadose) zone, consist predominantly of sandy silt and silty sand interbedded with layers of sand and clayey silt. Groundwater flows in a southeasterly direction at an approximate horizontal gradient of 0.003 foot per foot (Arcadis U.S., Inc. [Arcadis], 2019a). Historical depths of groundwater on the property have varied from 32 feet to 48 feet below grade; groundwater levels measured during the fourth quarter 2018 were generally at or near historical lows, i.e., 46 feet to 48 feet below grade. Depths to groundwater gradually decrease to approximately 18 feet below grade two miles southeast of the property (Arcadis, 2019).

## 1.3  Off-Property Vapor Source Evaluation

The following volatile organic compounds (VOCs) were identified as the primary chemicals of concern (COCs) for the off-property vapor intrusion investigation based on historical site operations and their presence in groundwater: tetrachloroethene (PCE), trichloroethene (TCE) and their degradation products *cis*-1,2-dichloroethene (c-DCE), *trans*-1,2-dichloroethene (t-DCE), as well as 1,1,1-trichloroethane (111TCA) and its degradation product 1,1-dichloroethene (11DCE) (Orion, 2016b).

NGSC_0017368

Geosyntec▷
consultants

In the off-property groundwater plume, TCE is the primary COC for the vapor intrusion exposure pathway, as it has the highest concentrations relative to vapor intrusion screening levels. All other COCs generally are present at lower levels.

The Respondents evaluated the potential risk from vapor intrusion to off-property commercial and residential occupants of buildings overlying the groundwater VOC plume southeast of the property and submitted the results of the evaluation to the RWQCB in a June 2007 soil vapor intrusion assessment report (Orion, 2007). The assessment used the Johnson and Ettinger model to estimate potential indoor air inhalation risks due to volatilization of VOCs from the groundwater plume. Modifications and responses to agency comments associated with the above risk projections were conducted and submitted from 2007 through 2013.

In response to the uncertainties raised by the RWQCB and review comments issued by the California Office of Environmental Health Hazard Assessment (OEHHA) in 2013 regarding the vapor intrusion pathway assessment conducted by the Respondents, an off-property soil vapor assessment was voluntarily conducted in accordance with a RWQCB-approved scope of work and associated work plan. Data were collected by Orion in 2014 and 2015 to evaluate the vertical and lateral distribution of COCs in soil vapor above the groundwater plume, temporal variability in soil vapor COC concentrations, and Johnson and Ettinger modeling assumptions.

Orion installed 12 multi-depth soil vapor probes (Figure 2) above the groundwater TCE plume downgradient of the property and conducted four quarters of sampling at these probes. The soil vapor monitoring points were installed along and cross-gradient to the centerline of the TCE groundwater plume (VP-1 through VP-12). The results and conclusions of the supplemental assessment were presented in a March 2016 vapor intrusion report (Orion, 2016a).

In February 2017, 12 additional multi-nested soil vapor monitoring points were installed (VP-13 through VP-24) to further assess the vapor plume within the area of the initial vapor probe sampling and to characterize the soil vapor plume over the groundwater plume further downgradient (Figure 2). Comprehensive soil vapor sampling at all 24 vapor sampling locations was conducted between March and October 2017. The results and conclusions of the supplemental assessment were presented in a February 2018 supplemental vapor intrusion assessment report (Orion, 2018).

The vertical soil vapor concentration profiles showed increasing concentrations with depth at locations overlying the groundwater plume. The soil vapor sampling results were used to update the VI CSM and identify areas for further vapor intrusion investigation, as described below.

Page 3       April 30, 2020 (Revised July 16, 2020)

NGSC_0017369



Geosyntec▷
consultants

Consistent with the groundwater sampling results, TCE concentrations measured in the vapor probe samples were considerably higher than PCE concentrations, with the majority (75%) of the samples exhibiting TCE concentrations ranging from 6- to 700-fold higher than PCE concentrations.

## 1.4    Delineation of Off-Property Vapor Intrusion Investigation Area

The limits of the vapor intrusion study area were defined based on the results of the off-property vapor source evaluation. Soil vapor sampling and modeling results suggested that indoor air concentrations could potentially exceed regulatory action levels at four of the 24 vapor probe sampling locations (VP-6, VP-10, VP-13 and VP 14), indicating sampling of off-property locations in the vicinity of these vapor probes was warranted to further evaluate the vapor intrusion pathway. As presented in the work plan addendum, the vapor intrusion study area was divided into two areas (Figure 2):

- Area 1 - the Priority Study Area: This area was identified as the focus of the vapor investigation and coincides with the area where conservative vapor intrusion pathway modeling suggested that indoor air concentrations of VOCs could potentially exceed regulatory action levels.

- Area 2 - Contingency Area: This area was identified for potential expansion of the vapor intrusion investigation, if needed. The limits of this area included laterally adjacent neighborhood blocks that intersect the boundary of the shallow TCE groundwater plume (defined as 5 micrograms per liter ($\mu$g/l)) (Figure 2).

The majority of the properties in these two areas are residential. In a meeting on May 11, 2017, the RWQCB concurred with the identified private property sampling areas and with the approach to focus initial sampling within Area 1. Meeting notes documenting RWQCB's concurrence with the vapor intrusion study areas were emailed on May 12, 2017, to Akzayakatl Mexikatzin (formerly known as Raul Lima) and Su Han, RWQCB, by Matthew Nelson, Orion. Mr. Mexikatzin, RWQCB, responded in an email dated May 15, 2017, that the RWQCB had no further comments or edits to the meeting notes.

## 1.5    Objectives and Scope of Work

The objectives of the off-property vapor intrusion investigation were to (1) collect additional empirical data to reduce uncertainties in the preliminary VI CSM and (2) evaluate whether

NGSC_0017370



intrusion of COC vapors migrating from groundwater towards off-property buildings is an exposure pathway of concern to building occupants. To meet these objectives, the following scope of work was conducted:

- Community outreach

    - Representatives of the respondents and RWQCB met with public officials to inform them of the proposed vapor intrusion investigation

    - Mailed vapor intrusion and project update fact sheets to residents and property owners within Areas 1 and 2 (Figure 2)

    - Prepared and distributed access request packages to residents and property owners within Area 1

    - Performed door-to-door canvassing in Area 1 to improve public participation

    - Obtained access agreements from property owners participating in the vapor intrusion study

    - Met with study participants to discuss vapor intrusion results upon request

- Developed Notification and Response Plan (NRP)

    - Developed notification procedures

    - Developed potential response actions

- Conducted three seasonal vapor intrusion sampling events

    - Performed building inspections

    - Collected indoor air, crawl space air or sub-slab soil gas, and outdoor air samples

    - Collected passive soil gas (PSG) samples in the approximate area of observed utility corridors near homes and at various locations surrounding the homes/buildings

    - Conducted confirmation sampling, as necessary

    - Collected quality assurance/quality control (QA/QC) samples

    - Submitted samples to a State-certified laboratory for VOC analyses

- Conducted preliminary data screening and prepared property owner notification letters

Page 5        April 30, 2020 (Revised July 16, 2020)

NGSC_0017371



- Reviewed, screened, and validated sampling results

- Notified the RWQCB and concurrently prepared notification letters

- Notified residents and property owners by mailing notification letters along with RWQCB concurrence cover letters

- Conducted a comprehensive evaluation of vapor intrusion data

- Prepared this summary report.

## 2.    COMMUNITY OUTREACH AND NOTIFICATION

Consensus, Inc. (Consensus), a public relations firm hired by the Respondents, led the community involvement effort and proactively engaged with the local community and public officials throughout the vapor intrusion investigation. Community outreach efforts included the following, among other things:

- Providing notification and updates to public officials

- Maintaining a telephone hot-line to answer public questions

- Notifying and corresponding with the public via mail, email, telephone, and social media

- Developing procedures to distribute information and data collected during the vapor intrusion investigation

- Facilitating communication between the Respondents, stakeholders and the RWQCB

- Preparing and distributing fact sheets to residents within Areas 1 and 2

- Conducting door-to-door canvasing within Area 1.

The following subsections describe components of the community outreach efforts.

## 2.1    Notification and Updates to Public Officials and Stakeholders

The Respondents notified local public officials, police, and community representatives of the plans to conduct a vapor intrusion investigation in the community prior to initiating the door-to-door canvassing efforts. The local police posted a notice on the private community Facebook group.

NGSC_0017372



## 2.2  Fact Sheet Preparation

Fact sheets describing vapor intrusion investigation activities to be performed at structures were prepared in coordination with the RWQCB. The fact sheets provided site background and history as well as information on ongoing investigation and remediation activities. The RWQCB fact sheets were mailed to the 783 residents and property owners in Areas 1 (355) and 2 (428) in May 2016 and April 2017. A copy of the fact sheet is provided in Appendix A.

## 2.3  Access Request Packages

In June 2017, access request packages (ARPs) were mailed to 355 residents and property owners within Area 1 (Figure 2). Each ARP provided background information for the site and a summary of the vapor intrusion sampling program. The ARP also requested that the property owners return executed access requests within 30 days to participate in the vapor intrusion study.

The ARP included the following documents (Appendix B):

- Access request letter

- RWQCB update to off-property vapor intrusion investigation fact sheet (April 2017)

- Update to the April 2017 RWQCB vapor intrusion fact sheet (June 2017)

- Access agreement.

Only 13 of the 355 residents/owners receiving an ARP responded to the request to participate in the vapor intrusion sampling program.

## 2.4  Door-to-Door Canvassing

From October 10 to October 14, 2017, field teams, comprising representatives from Consensus and Orion, performed door-to-door canvassing in Area 1. This effort resulted in the identification of 7 additional properties in Area 1, bringing the total to 362 properties. Out of the 362 canvassed properties, only 81 occupants spoke to the field teams. The field teams provided occupants of the 81 homes with general information concerning the purpose of the investigation, the proposed sampling scope of work, and the investigation procedures as described in the work plan. The field teams also provided occupants with a building survey form, which included a chemical inventory, and provided guidance on how to complete the form. The residential survey forms are further discussed in Section 3.2.

NGSC_0017373



If occupants were not home or unable to talk, the field teams left bilingual (English and Spanish) door hangers with community outreach information including (1) a community contact card, (2) a "Dear Neighbor" letter of introduction, (3) a vapor intrusion information sheet, (4) an access agreement, and (5) the April 2017 RWQCB vapor intrusion fact sheet. A total of 281 door hanger packages were distributed during canvassing.

Field teams observed and documented general home layout and construction characteristics during door-to-door canvassing. Observations included attributes that could potentially impact or bias the concentration of indoor air samples. Examples include whether structures were constructed with a crawl space or slab-on-grade foundation and whether they had an attached or detached garage. Utility locations (based on cleanouts, bungs, valves, etc.) were also identified on each property for the placement of passive soil gas samples. The information was used to develop building type classifications for planning sampling locations, discussed further in Section 3.1.

## 2.5    Participating Properties

Participating properties are properties where an executed access agreement was obtained and at least one sampling event was conducted. The participation achieved as a result of community outreach activities is summarized in Table 1.

**Table 1**

**Summary of Participation Levels in
Canoga Park Off-Property Vapor Intrusion Investigation**

| Outreach Action / Event | No. of Properties | | |
| --- | --- | --- | --- |
| | Outreach | Agreed to Participate | Non-Responsive or Declined to Participate |
| Access Request Packages | 355 | 13 | 342 |
| Door-to-Door Canvassing | 362 | 30 | 319 |
| Winter 2017/18 Sampling Event | 43 | 26 | 17 |
| Summer 2018 Sampling Event | 27 | 22 | 5 |
| Winter 2019 Sampling Event | 4 | 1 | 3 |
| Total Unique Properties Sampled | 27 | | |

NGSC_0017374



As a result of the initial ARP mailings and door-to-door canvassing, 43 properties initially agreed to participate in the vapor intrusion study. However, 17 of those either declined to participate or did not respond to subsequent efforts to schedule sampling on their properties. A total of 26 properties were sampled during the initial Winter 2017/2018 sampling event. During the Summer 2018 sampling event, five of the original participants declined to participate further or did not respond to efforts to schedule additional sampling, and one additional property was added to the Summer 2018 sampling event. A total of 22 properties participated in the Summer 2018 sampling event. Four properties were identified for additional sampling during the Winter 2019 sampling event. Of these only one property agreed to participate. The other three either declined further sampling or did not respond to further attempts to schedule the sampling event. A contact log was maintained to document efforts to contact property owners/tenants and schedule sampling events, but the log is not included in the report to preserve resident privacy. The locations of the participating properties are shown in Figure 3.

## 2.6    Notification and Response Plan

An NRP was prepared to provide communication protocols and procedures to distribute information and data collected during the vapor intrusion investigation. The NRP also presented potential response actions should indoor air concentrations resulting from vapor intrusion exceed screening and action levels (Orion, 2017b).

The NRP was submitted to the RWQCB in August 2017. On September 28, 2017, the RWQCB issued comments to the NRP and Orion provided responses to the comments on November 21, 2017. The NRP was finalized on December 12, 2017 (Orion, 2017b).

## 3.    VAPOR INTRUSION INVESTIGATION PROGRAM

The vapor intrusion investigation program was implemented in accordance with the 2016 work plan and 2017 work plan addendum (Orion, 2016 and 2017a). This section discusses the vapor intrusion investigation methods and procedures performed during the Winter 2017/2018, Summer 2018, and Winter 2019 sampling events.

## 3.1    Participating Property Layouts

To preserve resident privacy, specific layouts were not developed for each property, rather Orion developed standard building layouts within Area 1 from the following sources:

NGSC_0017375

Geosyntec▷
consultants

- Permits from the City of Los Angeles Department of Building and Safety

- Parcel information from the County of Los Angeles Office of the Assessor

- Property information from Zillow.com, an online real estate and rental marketplace

- Google® Earth satellite maps

- Property inspections.

Information collected included the property zoning (e.g., commercial vs. residential), year built, building area (square footage), garage construction (attached or detached), number of stories, number of bedrooms, number of bathrooms, additions, among other features. The information was used to categorize the properties into six representative general building layouts that were included in the work plan addendum (Orion, 2017a) along with preliminary sampling locations as described below in Section 3.4.

## 3.2  Building Surveys

Participants that signed access agreements were provided a building survey form, which included a chemical inventory, and were asked to complete it to the best of their knowledge. The form was included as an attachment to the 2017 work plan addendum (Orion, 2017a).

The survey form included questions about the building construction, utilities, heating, ventilation and air conditioning, and chemical products used inside the building. The survey form also required the participants to identify household products that may contain VOCs. The participants were instructed to place potential VOC-containing products in provided plastic container(s) and store them outside of their structure at least 48 hours before each sampling event began. The field team attempted to confirm that the tote container(s) was placed outside the house 24 hours before each sampling event. Participants admitting to not following these instructions were asked to reschedule their sampling event. If rescheduling was not an option, sampling was conducted, and it was noted in the field notes that household chemicals were not removed as requested. The team had no way of determining the degree to which chemicals were removed from the home, other than to rely on the word of the participants.

NGSC_0017376

Geosyntec▷
consultants

## 3.3    Preliminary Building Inspections

Preliminary building inspections were conducted at each participating private property (Figure 3) at least one week before each sampling event began, with either an owner, tenant, or landlord present.

The field team reviewed the building surveys with the tenants and/or property owners to confirm the information provided and identify household products that could potentially bias the indoor air sampling results. Any products identified during the inspection that were not included on the survey form were added to the survey at that time.

A sketch of the residential construction and layout, including the location of utility chases outside the home, were made during the owner/tenant-escorted walkthroughs. The field sketches were then used to prepare sample location figures for each property, presented in Appendix C of this report. Proposed sample locations and initial building layouts were adjusted, as needed, based on field observations during the walkthroughs.

## 3.4    Sampling Locations and Procedures

The vapor intrusion investigation program included the collection of indoor air, outdoor air, crawl space air, and sub-slab soil gas samples as well as shallow soil gas samples from locations adjacent to the structure at each of the participating properties (Figure 3). Each sample type is described below. The general sampling strategy for the sampling program was described in the work plan and work plan addendum (Orion 2016 and 2017a). The sample locations within each building were described in the work plan addendum (Orion 2017a) based on the six general residential building layouts. Sampling equipment, step-by-step procedures, and QA/QC samples are summarized in Appendix D. The following sections describe the selection of sampling locations and procedures for collecting samples during each sampling event.

### 3.4.1    Indoor Air Samples

Private properties at which indoor air samples were collected are listed in Table 2 and are shown on Figure 3 (site-wide). Sample locations for individual properties are shown on the diagrams included in Appendix C. Each participating property was assigned a unique property ID number to maintain confidentiality. Sampling procedures for the collection of indoor air samples are included in Appendix D. Sample collection at each property was documented in the field logs included in Appendix E.

NGSC_0017377



Geosyntec▷
consultants

Indoor air sampling locations were selected to adequately characterize ambient living conditions and were subject to approval by the tenants/owners. In general, samples were collected in a kitchen or bathroom where floor penetrations are likely to exist, a bedroom, and a living area. The work plan addendum originally proposed the collection of two 24-hour time integrated samples, one in a bedroom and one in the living room for each property. In a December 12, 2017 letter, the RWQCB requested that additional 24-hour time integrated samples be collected from the bathroom and kitchen of each building. Based on discussions between Stantec and the RWQCB, the Respondents responded to the RWQCB in a letter dated December 22, 2017 stating that a third 24-hour time integrated indoor air sample would be collected from the kitchen. In the event the kitchen was not available for sampling or was connected to a living room area already being sampled, a sample would be collected from the bathroom. The collection of additional kitchen or bathroom samples was contingent upon approval from the tenants/owner.

Three 24-hour time integrated samples were collected from each building using passivated 6-liter Summa® canisters. Samplers were placed in a bedroom, living room, kitchen, bathroom, den, office, or second bedroom based on occupancy reported by the resident. In addition, one 7-day Radiello® passive sampler (RAD130) was co-located in a living area (den, office, or living room).

One participant was a slab-on-grade commercial property. The sampling strategy for the commercial building included indoor air samples in a common area and office, and passive soil vapor sampling in the planters outside of the building. At the request of the owners, no sub-slab soil gas samples were collected.

Table 2 summarizes the building layouts, sample locations, and ID numbers for each property.

**Table 2**

**Summary of Participating Property ID Numbers,
Building Attributes and Indoor Air Sampling Locations**

| General Building Layout | Property ID Number | Building Attributes | Indoor Air Sample Location and Number[a] |
|---|---|---|---|
| 1 | ARM-4, ELK-1, ELK-3, LOM-1, LUL-2 | Crawl space, attached garage, kitchen in rear of house, living room and bedrooms separated, and bedroom adjoining the garage | Bedroom furthest from garage (1) Living room furthest from bedroom (1) Kitchen or bathroom (1) |

NGSC_0017378



| | | | |
|---|---|---|---|
| 2 | ARM-2, ARM-5, ARM-6, ELK-2, ELK-4, ELK-7, VAR-3, VAR-5 | Crawl space, garage attached to living space by converted breezeway, bedrooms spilt on both sides of house, and kitchen in front of the house | Living room furthest from garage (1)<br><br>Bedroom furthest from Living Room (1)<br><br>Kitchen or bathroom (1) |
| 3 | IND-2, LUL-1, VAR-4 | Crawl space, attached garage, and bedrooms adjoining garage | Living room furthest from bedrooms (1)<br>Bedroom furthest from garage (1)<br>Kitchen or bathroom (1) |
| 4 | KES-2[b], KES-3, KES-6[c] | Crawl space, attached garage, living areas adjoining garage, and bedrooms in the rear of the house | Living room furthest from garage (1)<br><br>Bedroom furthest from garage (1)<br><br>Kitchen or bathroom (1) |
| 5 | HEM-1, HEM-2, IND-1 | Crawl space, attached garage, bedroom adjoining garage, living room in rear of the house | Living Room furthest from garage (1) and bedroom furthest from garage (1)<br><br>Kitchen or bathroom (1) |
| 6 | ARM-1 DES-2 | Detached garage and bedrooms separated by living room | Living room near front of the house (1)<br><br>Bedroom furthest from living room (1)<br><br>Kitchen or bathroom (1) |
| Misc. | LOM-5[d] | Crawl space, detached garage, bedrooms across middle of house separated by a bathroom, kitchen, den, and living room in front of house, game room in back of house (second story present but access was denied) | Den in front of house (1)<br><br>Game room in back of house (1)<br><br>Office adjacent to bathroom and bedroom (1) |
| | LUL-3[d] | Crawl space, garage converted to den, living room in front of house, kitchen and bathroom on east side of house, bedrooms on west and rear sides of house | Living room (1)<br><br>Northwest bedroom (1)<br><br>Kitchen (1) |

Page 13     April 30, 2020 (Revised July 16, 2020)


Geosyntec▷
consultants

| Commer-cial | DES-1 | Large common area with offices attached | North end of common area (1) South end of common area (1) Office (1) |
|---|---|---|---|

(a) For actual sample locations see Appendix C.
(b) Second story with bedroom and bathroom added.
(c) Property built partially on a slab foundation and contains a crawl space.
(d) The floor plan for LOM-5 and LUL-3 did not fit into any of the general building layouts.

Indoor air samples were intended to be representative of inhalation exposure point concentrations for the building occupants. Therefore, samples were collected under normal occupational conditions including the operation of the heating, ventilation, and air conditioning (HVAC) system.

The building owners and occupants were advised to temporarily cease activities involving the use of products that may contain chlorinated VOCs (e.g., painting, waxing, polishing floors, etc.) at least 72 hours before any indoor air sampling event.

Where possible, samples were located at least 6 feet from an exterior wall or window, not directly under a vent or register, and within the breathing zone of 3 feet to 5 feet from the floor. Any deviations, based on the request of the occupant, were noted in the field logs and are explained in Section 3.6 below.

### 3.4.2   Crawl Space Air Samples

All of the participating residential properties were constructed on raised foundations with a crawl space. Crawl space air samples were collected from each location, except for LUL-2 as explained below. A portion of one residential property (the bedroom and attached garage at KES-6) was constructed on a concrete floor slab. The commercial property (DES-1) did not have a crawl space; it was entirely constructed on a concrete floor slab.

One 24-hour time integrated Summa® canister sample was collected from the crawl space. Crawl space air samples were collected from as close to the center of the building as possible, and a minimum of 6 feet from an exterior wall. If access to the crawl space was limited, a sample was collected by inserting a tube connected to the inlet of the Summa® canister into the crawl space. The inlet of the tube was suspended at least 10 inches from the ground. Each location was

NGSC_0017380



documented in the site maps (Appendix C) and the field logs (Appendix E). Sampling procedures for the collection of ambient air samples are included in Appendix D.

### 3.4.3    Sub-Slab Soil Gas Samples

One sub-slab sample was collected over approximately 10 minutes or less from residence KES-6, in addition to the crawl space air sample collected as described above. The sub-slab sample was collected from the garage adjacent to the wall between the garage and the bedroom. A sub-slab soil gas sample was not collected at the commercial property (DES-1) at the occupant's request. Sampling procedures for the collection of sub-slab samples are included in Appendix D.

### 3.4.4    Outdoor Air Samples

Outdoor air sample locations generally were within the participating properties boundaries and, where possible, placed at least 15 feet from buildings and away from any features such as trees or walls. Outdoor air samples that were placed in locations accessible to the public were locked to a fixed feature such as a tree or post. Each location was documented in the site maps (Appendix C) and the field logs (Appendix E). Sampling procedures for the collection of outdoor air samples are included in Appendix D.

Depending on how the properties were arranged, outdoor air samples were deployed adjacent to individual properties or among a group of residences. The following outdoor air samples were collected using 24-hour time integrated Summa® canisters:

- 15 locations during the Winter 2017/2018 event

- 17 locations during the Summer 2018 event

- 1 location during the Winter 2019 event.

### 3.5    Passive Soil Gas Samples

PSG samples were collected using low-uptake Waterloo Membrane Samplers (WMS-LU). The passive soil gas samplers were installed at the base of a 1-inch diameter borehole manually advanced to an approximate depth of 3 feet below ground surface at up to three locations within a few feet of each building, in planter, grass, or dirt areas with at least one sample location along the utility corridor to the building. The passive soil gas samplers remained in-place for 7 days and the results represent the average concentration present in the vapor-phase over the 7-day sampling

NGSC_0017381

Geosyntec▷
consultants

period. The following describes the total number of time-integrated WMS-LU samples collected during each event:

- 76 samples during the Winter 2017/2018 event (26 properties)

- 63 samples during the Summer 2018 event (22 properties)

- 3 samples during the Winter 2019 event (1 property).

Each passive soil gas sample location was documented in the site maps (Appendix C) and the field logs (Appendix E). Sampling procedures for the collection of passive soil gas samples are included in Appendix D.

## 3.6    Sampling Deviations

Samples were placed in accordance with the work plan and work plan addendum where possible. For three properties (DES-1, LOM-5, and LUL-3), the actual building plan differed from the information collected during the preliminary research. The building layout differences for each property are described below:

- DES-1: This is a commercial property and does not conform to any of the general residential building layouts. The site map for DES-1 (Appendix C) represents the general building layout based on field observations.

- LOM-5: This property contains a two-story home with living room, kitchen and den in the front of house and bedrooms, a bathroom, and a game room in back of the first story. The owner did not allow access to the upper story. The site map for LOM-5 (Appendix C) represents the general building layout based on field observations.

- LUL-3: A den is located to the west of the living room (not to the east of the kitchen), and three bedrooms are located north of the living room (not two). The site map for LUL-3 (Appendix C) represents the general building layout based on field observations.

Deviations in sampling protocols/locations are described below.

- ARM-1: A crawl space air sample could not be collected during the Winter 2017/2018 event due to flooding near the exterior crawl space access.

Page 16        April 30, 2020 (Revised July 16, 2020)

NGSC_0017382

Geosyntec▷
consultants

- ELK-4: An indoor air sample was collected from the den during the Winter 2017/2018 event. During the Summer 2018 event, the indoor air sample was collected from the living room adjacent to the den.

- KES-6: Indoor air and sub-slab soil gas samples were collected from the garage immediately adjacent to a slab-on-grade bedroom addition during the winter 2017/2018 and summer 2018 events. The sub-slab sample was collected from the garage as a surrogate for the bedroom to avoid damaging the finished bedroom floor.

- LOM-5: Building is two stories and resident did not allow access to second story. Resident did not allow access to bedrooms, bathroom, or kitchen; the den adjacent to kitchen was sampled instead of the kitchen.

- LUL-2: Crawl space air sample could not be collected because an aggressive dog was living in the crawl space.

- VAR-5: The kitchen, living room, and dining room were all connected in one large open space, so an indoor air sample was collected from a bathroom instead of the kitchen.

As described in Section 3.4.1 above, the following five properties participated in the Winter 2017/2018 sampling event but declined to participate in the Summer 2018 sampling event: ELK-1, IND-2, LOM-1, LOM-5, and LUL 2. The following properties participated in the Summer 2018 event but declined to participate in the Winter 2019 event: ELK-7, KES-2, and KES-6.

## 3.7  Field QA/QC Program

Field QA/QC procedures followed during the investigation are described in Appendix D. Two co-located duplicate Summa® canister samples of indoor air and one co-located Radiello® passive sample of indoor air were collected during both the Winter 2017/2018 and Summer 2018 sampling events. An additional duplicate Summa® canister sample of indoor air was collected in ARM-2 when it was sampled in Winter 2019.

## 3.8  Sample Analysis

Samples were submitted to a California State Water Resources Control Board Environmental Laboratory Accreditation Program (ELAP) certified fixed-location analytical laboratory and analyzed for the "Primary Target Compounds" identified in the Advisory - Active Soil Gas

Page 17        April 30, 2020 (Revised July 16, 2020)

NGSC_0017383



Geosyntec▷
consultants

Investigations as published by California Environmental Protection Agency (CalEPA, 2015). Based on historical site operations and groundwater VOC constituents, laboratory analysis was limited to the following primary COCs: PCE, TCE, 111TCA, and their degradation by products including c-DCE, t-DCE, and 11DCE.

Indoor air samples collected using passive Radiello® samplers and soil gas collected with the passive WMS-LU samplers were analyzed using US EPA Method TO-17. Summa® canister samples were analyzed using Method TO-15 Selective Ion Monitoring (SIM) mode. All analyses were conducted by the following ELAP certified laboratory:

Eurofins Air Toxics, Inc. (Eurofins)
180 Blue Ravine Road, Suite B
Folsom, California 95630
(916) 985-1000

Laboratory QA/QC data were reported with the sample data. Table 3 summarizes the sampling and analytical program.

## Table 3

### Summary of the Sampling Devices, Sample Methodology and Analytical Methods

| Sample Type | Sampling Device | Sample Methodology | Analytical Method |
|---|---|---|---|
| Indoor Air, Crawl Space Air, Outdoor Air | 6-L Summa® canister | Time-Integrated (24 hours) | US EPA Method TO-15 SIM |
| Indoor Air | Radiello® radial passive samplers (RAD130) | Passive (7 day) | US EPA Method TO-17 |
| Sub-Slab | 1-L Summa® canister | Active (Approx. 10 minutes) | US EPA Method TO-15 SIM |
| Passive Soil Gas | Waterloo Membrane Sampler Vial (WMS-LU sampler) | Passive (7 day) | US EPA Method TO-17 |

NGSC_0017384

Geosyntec▷
consultants

## 4. DATA EVALUATION PROCESS

The following sections describe the data validation process and the tiered screening process used to evaluate the potential public health impacts associated with measured levels of COCs in indoor air.

### 4.1 Data Validation

Data validation for the vapor intrusion investigation was performed by GHD of Niagara Falls, New York. Full Contract Laboratory Program (CLP) equivalent raw data deliverables were provided to GHD by Eurofins. Data evaluation conducted by GHD was based on the following information:

- Finished data sheets

- Raw data

- Chain-of-custody forms

- Calibration data

- Blank data

- Duplicate data

- Recovery data from:

  - Surrogate spikes;

  - Laboratory control samples (LCS);

  - Matrix spike (MS) samples; and

  - Field QA/QC samples.

GHD assessed the data for (1) data consistency, (2) adherence to accuracy and precision criteria, and (3) transmittal errors. The data were validated in accordance with guidance described in the *US EPA Contract Laboratory Program National Functional Guidelines for Superfund Organic Methods Data Review* (US EPA, 2008). GHD's laboratory data validation memoranda are provided in Appendix F. Data validation findings and qualifications are summarized in tables in the data validation memoranda.

The data were found to exhibit acceptable levels of accuracy and precision for use with the qualifications noted on the analytical tables. No systematic laboratory errors or significant data

NGSC_0017385

Geosyntec▷
consultants

biases were observed based on this data validation. Based on their assessment of the information and data provided, GHD concluded that the data were acceptable with the specific qualifications noted in the data validation memoranda.

## 4.2  Results Notification Letters

After the laboratory results were validated, notification letters were sent to residents/owners in accordance with the NRP. The letters include a summary of samples collected, results specific to the property, and recommended future actions if necessary. The RWQCB reviewed the notification letters and, upon concurrence with the letter content, provided a cover letter for each notification letter. The RWQCB cover letters are included in Appendix G.

## 4.3  Tier 1 Screening

The concentrations of COCs measured in indoor air were compared with the concentrations measured in outdoor air, crawl space air, and sub-slab soil gas or exterior soil gas at each private property in order to identify those properties most likely reflecting a completed vapor intrusion pathway or, alternatively, those showing strong evidence of the influence of background sources. A complete vapor intrusion pathway is characterized by COC detections in each of the media, with COC vapor concentrations decreasing from the subsurface to the building interior. Indoor air concentrations that were within or below the range of outdoor concentrations were considered to be consistent with ambient air quality and not due to vapor intrusion. Properties where indoor air concentrations were greater-than crawl space air concentrations, particularly where soil gas concentrations were at or below detection levels or screening levels, were considered to be influenced by background indoor sources and not due to vapor intrusion.

## 4.4  Tier 2 Screening

The indoor and crawlspace air concentrations were compared with the short-term action levels for TCE in Human and Ecological Risk Office (HERO) Human Health Risk Assessment Note 5 (Note 5; DTSC, 2014). Table 4 identifies the HERO Note 5 Interim TCE Indoor Air Response Action Levels for short term residential and commercial/industrial exposure scenarios.

## 4.5  Tier 3 Screening

Indoor air, outdoor air, and crawl space air concentrations were compared to CalEPA and US EPA ambient air risk-based screening levels for long term exposures. The April 2019 update to HERO

Page 20        April 30, 2020 (Revised July 16, 2020)



Geosyntec▷
consultants

Human Health Risk Assessment Note 3 (Note 3; DTSC, 2019) provides ambient air screening levels based on OEHHA toxicity values (Table 3 of Note 3; DTSC, 2019) for PCE, 111TCA, c-DCE, t-DCE, and 11DCE, and specifies that US EPA's Regional Screening Levels (RSLs) should be used for compounds without a DTSC screening level, i.e., for TCE. These ambient air screening levels are included in Table 5.

**Table 4**

**Tier 2 Screening Levels**
**Interim TCE Indoor Air Response Actions Levels**

| Exposure Scenario | Accelerated Response Action Level (ARAL; HQ=1)[a] ($\mu g/m^3$)[b] | Urgent Response Action Level (URAL; HQ=3) ($\mu g/m^3$) |
|---|---|---|
| Residential[c] | 2 | 6 |
| Commercial/Industrial[d] (8-hour workday) | 8 | 24 |

(a)  HQ - Hazard quotient.

(b)  $\mu g/m^3$ - micrograms per meter cubed.

(c)  The residential HQ=1 ARAL is equivalent to the inhalation reference concentration (RfC) since exposure is assumed to occur continuously (DTSC, 2014).

(d)  Commercial/Industrial ARALs are calculated as a time-weighted average from the RfC, based on the length of a workday and rounding to one significant digit (e.g., for an 8-hour workday:  ARAL=[168 hours per week/40 hours per week] x 2 $\mu g/m^3$= 8.4 $\mu g/m^3$). Time-weighted adjustments can be made as needed for workplaces with longer work schedules. Note: Indoor air TCE exposures corresponding to these accelerated response action levels would pose cancer risks near the lower end of the Superfund target cancer risk range, considering the IRIS toxicity assessment; thus, the health protective risk range for both accelerated response actions and long-term exposures becomes truncated to: 0.48 - 2 $\mu g/m^3$ for residential exposures and 3 - 8 $\mu g/m^3$ for 8-hour/day commercial/industrial exposures (DTSC, 2014).

The DTSC (2019) HERO Note 3 update further states that the ambient air screening levels in combination with an appropriate subsurface soil gas to indoor air attenuation factor, as described in DTSC's 2011 *Guidance for the Evaluation and Mitigation of Subsurface Vapor Intrusion to Indoor Air* (DTSC 2011 VIG; DTSC 2011), may be used to calculate screening levels for contaminants in soil gas. DTSC's recommended default attenuation factors for preliminary screening evaluations are in Table 2 of DTSC's 2011 VIG, which specifies an attenuation factor

NGSC_0017387

Geosyntec▷
consultants

of 0.05 for sub-slab soil gas, 0.002 for screening soil gas in residential settings, and 0.001 for screening soil gas in commercial settings. The April 2019 update to HERO HHRA Note 3 also recommended that screening assessments evaluate the default attenuation factor of 0.03 for sub-slab soil gas and "near-source" exterior soil gas, released in 2015 by US EPA. These attenuation factors were used to calculate the US EPA sub-slab and soil gas screening levels listed in Table 5.

It is important to note that the screening criteria are not intended to identify "unsafe" conditions, but rather to identify residential properties that warrant further evaluation. However, if the seasonal results are lower than Tier 3 (long-term) screening levels, then no further indoor air sampling is anticipated.

NGSC_0017388

Geosyntec▷
consultants

## Table 5

### Tier 3 Screening Levels
### Risk-based Screening Levels for COCs

| Residential Screening Levels | PCE (µg/m³) | TCE (µg/m³) | c-DCE (µg/m³) | t-DCE (µg/m³) | 111TCA (µg/m³) | 11DCE (µg/m³) | Note |
|---|---|---|---|---|---|---|---|
| Based on DTSC (2011, 2019) | | | | | | | |
| Ambient air screening level | 0.46 | | 8.3 | 83 | 1,000 | 73 | (1) |
| Ambient air screening level (US EPA RSL) | | 0.48 | | | | | (2) |
| Sub-slab screening level (AF=0.05) | 9.2 | 9.6 | 166 | 1,660 | 20,000 | 1,460 | (3) |
| Soil gas screening level (AF=0.002) | 230 | 240 | 4,150 | 41,500 | 500,000 | 36,500 | (3) |
| Based on US EPA (2015) | | | | | | | |
| Sub-slab and soil gas screening level (AF=0.03) | 15 | 16 | 280 | 2,800 | 33,000 | 2,400 | (4) |

| Commercial Screening Levels | PCE (µg/m³) | TCE (µg/m³) | c-DCE (µg/m³) | t-DCE (µg/m³) | 111TCA (µg/m³) | 11DCE (µg/m³) | Note |
|---|---|---|---|---|---|---|---|
| Based on DTSC (2011, 2019) | | | | | | | |
| Ambient air screening level | 2 | | 35 | 350 | 4,400 | 310 | (1) |
| Ambient air screening level (US EPA RSL) | | 3 | | | | | (2) |
| Sub-slab screening level (AF=0.05) | 40 | 60 | 700 | 7,000 | 88,000 | 6,200 | (3) |
| Soil gas screening level (AF=0.001) | 2,000 | 3,000 | 35,000 | 350,000 | 4,400,000 | 310,000 | (3) |
| Screening levels (µg/m³) Based on US EPA (2015) | | | | | | | |
| Sub-slab and soil gas screening level (AF=0.03) | 67 | 100 | 1,200 | 12,000 | 150,000 | 10,000 | (4) |

(1): The lesser of the cancer and non-cancer screening levels in DTSC HERO HHRA Note 3, Table 3. April 2019.
   link: https://dtsc.ca.gov/wp-content/uploads/sites/31/2019/04/HHRA-Note-3-2019-04.pdf

(2): The lesser of the cancer and non-cancer screening levels in US EPA Regional Screening Level Resident Air and Industrial Air Tables.
   link: https://www.epa.gov/risk/regional-screening-levels-rsls-generic-tables (updated May 2019)

(3): Sub-slab and soil gas screening levels calculated by dividing the indoor air screening levels by the DTSC (2011) attenuation factors:
   0.05 for residential and commercial sub-slab, and 0.002 (residential) and 0.001 (commercial) for soil gas near contaminant sources.
   link: https://dtsc.ca.gov/wp-content/uploads/sites/31/2016/01/VIMA_Final_Oct_20111.pdf

(4): Sub-slab screening levels calculated by dividing the indoor air screening levels by the default sub-slab attenuation factor of 0.03 in US EPA
   (2015) Technical Guide for Assessing and Mitigating the Vapor Intrusion Pathway.
   link: https://www.epa.gov/sites/production/files/2015-09/documents/oswer-vapor-intrusion-technical-guide-final.pdf

As will be described in Section 6, consideration of the US EPA screening levels based on a default attenuation factor of 0.03 does not change the interpretation of the vapor intrusion data because the site-specific data delineate the worst-case areas, i.e., the areas within which some properties exhibit potential for VI impacts, occur only in areas where TCE soil gas concentrations exceed 240 µg/m³, a value equal to the screening level based on DTSC's attenuation factor of 0.002 for residentials settings.

Page 23        April 30, 2020 (Revised July 16, 2020)

NGSC_0017389



## 4.6    Confirmation Sampling Process

In addition to the scheduled sampling events, confirmation samples were collected at properties where Tier 3 screening levels were exceeded during the initial sampling event. Outreach for confirmation sampling was conducted in accordance with the NRP (Orion, 2017b) and a thorough inspection of the residential property was conducted to identify potential indoor air sources before collecting the confirmation samples. The confirmation samples were collected following the procedures described in Section 3.4. Confirmation sample data were evaluated using the tiered screening process described above.

## 5.    RESULTS

This section presents the analytical results of samples collected during the Winter 2017/2018 (including follow up confirmation sample events), Summer 2018, and Winter 2019 sampling events. Samples were collected from private 26 properties (25 residential and 1 commercial) during the Winter 2017/2018 event, 22 properties (21 residential and 1 commercial) during the Summer 2018 event, and 1 property (residential) during the Winter 2019 event. The total number of properties sampled was 27. The results for each of these samples are listed by property and sample type in Appendix H. Laboratory reports and chain-of-custody forms are in Appendix I.

The following samples were collected during each sampling event:

- Winter 2017/2018: 16 outdoor air, 82 indoor air, 26 Radiello®, 24 crawl space, 1 sub-slab, and 76 passive soil gas

- Summer 2018: 17 outdoor air, 68 indoor air, 22 Radiello®, 21 crawl space, 1 sub-slab, and 63 passive soil gas

- Winter 2019: 1 outdoor air, 3 indoor air, 1 Radiello®, 1 crawl space, and 3 passive soil gas.

A total of 435 samples were collected, of which 7 were indoor air duplicates (2 Radiello® duplicates and 5 Summa® duplicates). One of the passive soil gas samplers arrived at the laboratory broken and empty and, therefore, was not analyzed. The largest proportion of samples collected was of indoor air collected in Summa® canisters over 24-hour time periods (160). An additional 49 indoor air samples were collected using Radiello® passive samplers deployed over 7 days.

NGSC_0017390



Subgrade samples included 46 crawl space air samples, 4 sub-slab soil gas samples from residence KES-6, and 141 passive soil gas samples collected using WMS-LU samplers deployed adjacent to the exterior of each building at a depth of 3 feet. PCE, TCE and 111TCA were detected in most crawl space air and sub-slab soil gas samples, but only PCE and TCE were detected in the passive soil gas samples.

A total of 34 outdoor air samples were collected. COCs generally were not detected or, if detected, were at concentrations well below screening levels.

## 5.1    Summary of Sampling Results

A summary of the analytical results from the off-property vapor intrusion investigation is presented in Table 6. The statistics tabulated include the percent detections, minimum and maximum values of the COCs reported in outdoor air, indoor air, crawl space air, sub-slab soil gas, and exterior passive soil gas analytical results over all sampling events.

The data in Table 6 indicate that PCE, TCE, and 111TCA were detected in the majority of indoor air samples (> 50% detection frequency); the other COCs were either not detected or detected at very low frequencies in indoor air samples. Table 6 also shows that only PCE and TCE exceeded any of DTSC's or US EPA's residential screening levels (bold/underline font indicates exceedance of a DTSC screening level; bold font indicate exceedance of a US EPA's screening level). All other COCs were below both DTSC's and US EPA's residential screening levels.

Table 6 includes J-flagged values and reporting limit values (in the case of non-detect data) as "true values". In the majority of samples, the reporting limits for non-detect results were at or below screening levels, the exception being a few sampling results from three properties (IND-1, LUL-1 and VAR-4). At these three properties, elevated reporting limits for the COCs were associated with high concentrations of non-COC VOCs from indoor sources, such as propanol or ethanol. These samples were counted as non-detects, but the elevated values were omitted from the statistical summaries and the evaluation and interpretation of results, as described below:

- IND-1: Elevated reporting limits above the chronic screening levels were reported for PCE and TCE during the December 2017 sampling event in the kitchen and living room samples and for c-DCE in the kitchen sample. The elevated reporting limits were due to the presence of ethanol in indoor air. Many household products contain ethanol, including, but not limited to, alcoholic beverages, air fresheners, cleaning products, and laundry detergents. Collocated passive samplers, deployed over seven

NGSC_0017391



days, reported much lower PCE and TCE concentrations—well below the chronic screening levels. Further, the reporting limits for subsequent testing during the June 2018 sampling event were well below the chronic screening level. For these reasons, the elevated PCE and TCE reporting limits from the December 2017 kitchen and living room samples were omitted subsequent statistical summaries and the evaluation and interpretation of results.

- LUL-1: Elevated reporting limits above the chronic screening levels were reported for PCE and TCE during the December 2017 sampling event in the living room sample. The elevated reporting limits were due to the presence of ethanol in indoor air. Many household products contain ethanol, including, but not limited to, alcoholic beverages, air fresheners, cleaning products, and laundry detergents. Collocated passive samplers reported much lower PCE and TCE concentrations—well below the chronic screening levels. Further, the reporting limits from subsequent testing during the June 2018 sampling event were well below the chronic screening level. For these reasons, the elevated PCE and TCE reporting limits in the December 2017 living room sample were omitted from subsequent statistical summaries and the evaluation and interpretation of results.

- VAR-4: Elevated reporting limits above the chronic screening and accelerated response action levels were reported for PCE and TCE during the December 2017 sampling event in the living room and kitchen samples. The elevated reporting limits were due to the presence of 2-propanol in indoor air. Many household products contain 2-propanol including, but not limited to, cleaning products, liquid soaps, and arts and crafts products. The collocated Radiello® sample indicated that PCE and TCE were less than their respective screening levels, with reporting limits also below screening levels. Further, the reporting limits from subsequent testing during the June 2018 sampling event were well below the screening levels. For these reasons, the elevated PCE and TCE reporting limits in the December 2017 living room and kitchen samples were omitted from subsequent statistical summaries and the evaluation and interpretation of results.

NGSC_0017392

Geosyntec▷
consultants

## Table 6

### Summary of Off-Property Vapor Intrusion Sampling Results
### Percent Detection, Minimum and Maximum Values by Sample Type

| Sample Type | N | PCE % Detect | PCE Min | PCE Max | TCE % Detect | TCE Min | TCE Max |
|---|---|---|---|---|---|---|---|
| Outdoor Air | 34 | 85% | 0.020 J | <0.24 | 21% | 0.019 J | <0.27 |
| Indoor Air - Radiello | 49 | 98% | 0.042 J | **2.0** | 39% | 0.044 J | **1.0** |
| Indoor Air - Summa | 160 | 94% | 0.030 J | **6.8** | 56% | 0.018 J | **1.4** |
| Crawl Space | 46 | 96% | 0.026 J | **0.49** | 54% | 0.028 J | **1.7** |
| Passive Soil Gas | 141 | 53% | 0.92 J | **50** | 44% | 1.9 J | **1200** |
| Sub-Slab | 4 | 100% | 64 | **170** | 100% | 620 | **1100** |

| Sample Type | N | c-DCE % Detect | c-DCE Min | c-DCE Max | t-DCE % Detect | t-DCE Min | t-DCE Max |
|---|---|---|---|---|---|---|---|
| Outdoor Air | 34 | 3% | 0.10 J | <0.2 | 3% | 0.095 J | <1.0 |
| Indoor Air - Radiello | 49 | 0% | <0.16 | <0.16 | 0% | <0.32 | <0.33 |
| Indoor Air - Summa | 160 | 0% | <0.11 | <0.74 | 3% | 0.056 J | <3.7 |
| Crawl Space | 46 | 2% | <0.11 | <0.22 | 7% | 0.065 J | <1.1 |
| Passive Soil Gas | 141 | 0% | <7.6 | <7.8 | 0% | <18 | <19 |
| Sub-Slab | 4 | 0% | <0.58 | <1.8 | 0% | <2.9 | <9 |

| Sample Type | N | 111TCA % Detect | 111TCA Min | 111TCA Max | 11DCE % Detect | 11DCE Min | 11DCE Max |
|---|---|---|---|---|---|---|---|
| Outdoor Air | 34 | 65% | 0.012 J | <0.20 | 0% | <0.054 | <0.1 |
| Indoor Air - Radiello | 49 | 14% | 0.10 J | 1.6 | 6% | 0.064 J | <0.53 |
| Indoor Air - Summa | 160 | 68% | 0.012 J | 2.6 | 0% | <0.054 | <0.52 |
| Crawl Space | 46 | 74% | 0.013 J | <0.28 | 0% | <0.054 | <0.11 |
| Passive Soil Gas | 141 | 5% | 6.4 J | 10 | 1% | 6.2 J | <44 |
| Sub-Slab | 4 | 100% | 17 | 32 | 0% | <0.29 | <0.9 |

Notes:

All concentrations reported in $\mu g/m^3$.

N    Number of samples, including duplicates

**2.0**    Bold and underline font indicates value exceeds DTSC (2011, 2019) Tier 3 screening level.

**50**    Bold font indicates value exceeds US EPA (2015) Tier 3 screening level.

J    Reported concentration is estimated at a level between the laboratory reporting and method detection limits.

## 5.2    Summary of Individual Property Sampling Results

Analytical results for individual properties are summarized in Tables 7 and 8, which list the maximum PCE and TCE concentrations reported in the indoor air, crawlspace air, passive soil gas

NGSC_0017393


Geosyntec▷
consultants

and sub-slab soil gas (available only at one property) samples collected at each property. Bold/underline font indicates the maximum reported concentration over all sampling events exceeded DTSC (2011, 2019) chronic screening levels; bold font (no underline) indicates exceedances of US EPA (2015) chronic screening levels; normal font indicates the maximum reported concentration over all events was a detected value that did not exceed either DTSC or US EPA screening levels; and light grey italic font indicates the maximum reported concentration was non-detect and the highest reporting did not exceed either DTSC or US EPA screening levels.

The summary tables include only TCE and PCE because, as described above, these are the only two COCs that exceeded either DTSC or US EPA screening levels in any medium at any of the sampled properties. Note that the results of the Radiello® passive indoor air samplers and Summa® canister indoor air samplers have been combined to generate the statistics in Tables 7 and 8 because of the close correlation between the two indoor air sampling methods (illustrated in Figures 4 and 5 and discussed in Appendix J). Section 6 discusses the analytical results for each sampling event in each property and interprets the results in the context of the updated VI CSM.

### 5.2.1    Tier 1 Screening Results

The concentrations of COCs measured in indoor air were compared with the concentrations measured in outdoor air, crawl space air, and sub-slab soil gad or exterior soil gas at each private property in order to identify those properties most likely reflecting a complete vapor intrusion pathway or, alternatively, those showing strong evidence of the influence of background sources.

Table 7 shows PCE concentrations in crawlspace air were in the range of outdoor air concentrations (non-detect or $<0.24$ $\mu g/m^3$) at 17 of the 27 properties sampled and that concentrations in indoor air were greater than in crawlspace air at 12 properties. Additionally, PCE concentrations in passive soil gas were below detection in all sampling events at 13 of the 27 properties sampled.

Table 8 shows that TCE concentrations in both crawlspace and indoor air were in the range of outdoor air concentrations (non-detect or $<0.27$ $\mu g/m^3$) or below screening level of 0.48 $\mu g/m^3$ at 19 of the 27 properties sampled, and TCE concentrations in indoor air were greater than in crawlspace air at two properties. Additionally, TCE concentrations in passive soil gas were below detection in all sampling events at 11 of the 27 properties sampled.

NGSC_0017394



These results indicate that the majority of properties sampled exhibit little or no potential for vapor intrusion of PCE or TCE, and many properties showed strong evidence of the influence of background sources of PCE or TCE.

### 5.2.2   Tier 2 Screening Results

None of the indoor air or crawl space air samples exceeded the HERO Note 5 Interim TCE Indoor ARALs and URALs listed as Tier 2 screening levels (Table 4).

### 5.2.3   Tier 3 Screening Results

Table 7 shows that maximum reported PCE concentration in crawl space air exceeded the Tier 3 screening level of 0.46 $\mu g/m^3$ only at one property (ARM-2) yet exceeded the screening level in indoor air at 8 properties. This is strong evidence of the influence of background sources of PCE on indoor air. Additionally, Table 7 shows that PCE concentrations in passive soil gas were at or below US EPA's soil gas screening level of 15 $\mu g/m^3$ at 19 of the 27 properties sampled, including 3 of the properties with indoor air exceedances. All passive soil gas concentrations were below DTSC's residential screening level 230 $\mu g/m^3$.

Table 8 shows that the maximum reported TCE concentrations in crawl space air exceeded the Tier 3 screening level of 0.46 $\mu g/m^3$ at 5 properties, but indoor air concentrations were below screening levels at 3 of these properties. TCE concentrations in indoor air were above screening levels at 4 properties, but TCE was not detected in crawlspace air or passive soil gas at one of these properties and detected in crawlspace air at less than half the indoor air concentration at another property. These concentration patterns are indicative of the influence of background sources on indoor air concentrations. TCE in passive soil gas was below US EPA's soil gas screening level of 16 $\mu g/m^3$ at 11 properties and below the DTSC (2011, 2019) screening level 240 $\mu g/m^3$ at 24 properties. Only 3 properties reported soil gas samples that exceeded the DTSC (2011, 2019) soil gas screening level.

As concluded above, these results indicate that the majority of properties sampled exhibit little or no potential for vapor intrusion of PCE or TCE or show strong evidence of the influence of background sources of PCE or TCE.

NGSC_0017395

Geosyntec▷
consultants

## Table 7

### Maximum of Measured PCE Concentrations by Sample Type

| Loc_ID | Maximum of PCE Concentrations | | | |
|---|---|---|---|---|
| | Indoor Air (μg/m³) | Crawl Space Air (μg/m³) | Passive Soil Gas (μg/m³) | Sub-Slab Soil Gas (μg/m³) |
| ARM-1 | **6.8** | 0.11 | 3.8 | |
| ARM-2 | **0.49** | **0.49** | **50** | |
| ARM-4 | 0.44 | 0.1 | 15 | |
| ARM-5 | **1.4** | 0.16 | 7.9 | |
| ARM-6 | 0.093 | 0.08 | 3.8 | |
| DES-1 | 0.12 | NS | 8.7 | |
| DES-2 | 0.17 | *0.081* | 3.8 | |
| ELK-1 | 0.054 | 0.061 | **26** | |
| ELK-2 | *0.095* | 0.23 | 3.8 | |
| ELK-3 | 0.18 | 0.091 | 3.8 | |
| ELK-4 | 0.096 | 0.081 | *3.8* | |
| ELK-7 | 0.35 | *0.15* | **22** | |
| HEM-1 | **0.82** | 0.28 | **22** | |
| HEM-2 | **1.3** | 0.16 | **23** | |
| IND-1 | 0.42 | *0.35* | 12 | |
| IND-2 | 0.22 | 0.37 | 3.8 | |
| KES-2 | **0.88** | 0.097 | *3.8* | |
| KES-3 | *0.24* | *0.22* | 3.8 | |
| KES-6 | 0.27 | 0.42 | **33** | 170 |
| LOM-1 | 0.075 | 0.32 | *3.8* | |
| LOM-5 | 0.094 | 0.034 | *3.8* | |
| LUL-1 | 0.22 | *0.25* | *3.8* | |
| LUL-2 | **1.4** | NS | **41** | |
| LUL-3 | 0.46 | *0.28* | **35** | |
| VAR-3 | 0.27 | 0.23 | 7.5 | |
| VAR-4 | 0.12 | *0.088* | *3.8* | |
| VAR-5 | 0.32 | 0.095 | 6 | |

Notes:
**0.86**    Bold underline font indicates the value exceeds the DTSC (2011, 2019) Tier 3 screening level
**16.5**    Bold font indicates the value exceeds the US EPA (2015) Tier 3 screening level
0.32    Normal font indicates the maximum value is a detected value
*0.16*    Light grey italic font indicates the maximum value is the highest reporting limit of non-detect or J-qualified samples.
NS    Crawl space not sampled due to aggressive dog living in the crawl space.

Page 30    April 30, 2020 (Revised July 16, 2020)

NGSC_0017396



Geosyntec▷
consultants

## Table 8

## Maximum of Measured TCE Concentrations by Sample Type

| | Maximum of TCE | | | |
|---|---|---|---|---|
| Loc_ID | Indoor Air (µg/m³) | Crawl Space Air (µg/m³) | Passive Soil Gas (µg/m³) | Sub-Slab Soil Gas (µg/m³) |
| ARM-1 | 0.26 | 0.03 | 5.7 | |
| ARM-2 | **1.40** | **0.62** | 160 | |
| ARM-4 | 0.38 | 0.18 | 150 | |
| ARM-5 | 0.40 | 0.18 | 19 | |
| ARM-6 | **0.60** | 0.20 | 5.6 | |
| DES-1 | 0.20 | NS | 83 | |
| DES-2 | 0.35 | 0.16 | 33 | |
| ELK-1 | 0.28 | **0.58** | 760 | |
| ELK-2 | 0.18 | 0.07 | 23 | |
| ELK-3 | 0.18 | 0.18 | 5.6 | |
| ELK-4 | 0.20 | 0.18 | 5.6 | |
| ELK-7 | 0.32 | **0.61** | **1200** | |
| HEM-1 | 0.28 | **0.49** | 51 | |
| HEM-2 | 0.44 | 0.19 | 99 | |
| IND-1 | 0.34 | 0.17 | 26 | |
| IND-2 | 0.36 | 0.17 | 5.6 | |
| KES-2 | 0.15 | 0.28 | 5.6 | |
| KES-3 | 0.25 | 0.18 | 21 | |
| KES-6 | **0.86** | **1.70** | 120 | **1100** |
| LOM-1 | 0.20 | 0.04 | 5.6 | |
| LOM-5 | 0.19 | 0.18 | 5.6 | |
| LUL-1 | 0.18 | 0.18 | 5.6 | |
| LUL-2 | **0.81** | NS | 130 | |
| LUL-3 | 0.16 | 0.16 | 120 | |
| VAR-3 | 0.22 | 0.27 | 62 | |
| VAR-4 | 0.20 | 0.20 | 5.6 | |
| VAR-5 | 0.20 | 0.19 | 5.6 | |

Notes:

**0.86**    Bold underline font indicates the value exceeds the DTSC (2011, 2019) Tier 3 screening level
**16.5**    Bold font indicates the value exceeds the US EPA (2015) Tier 3 screening level
0.32    Normal font indicates the maximum value is a detected value
*0.16*    Light grey italic font indicates the maximum value is the highest reporting limit of non-detect or J-qualified samples.
NS    Crawl space not sampled due to aggressive dog living in the crawl space.

NGSC_0017397

Geosyntec▷
consultants

## 6.  DISCUSSION OF RESULTS

The results of the off-property vapor intrusion investigation program are evaluated in this section using a multiple lines of evidence evaluation, including consideration of an updated VI CSM to determine whether and where the vapor intrusion pathway may be complete and, where complete, whether potential public health impacts due to vapor intrusion may exist. The evaluation of the data focuses on TCE and PCE because, as described above, these are the only two COCs that exceeded Tier 3 screening levels in any medium at any private property. Both statistical and graphical methods are used to assess the vapor intrusion potential in the context of the vapor intrusion pathway (Section 6.1); and identify site-specific screening levels based on the evaluation of the sampling results (Section 6.2).

### 6.1  Vapor Intrusion Pathway Evaluation at Individual Properties.

In general, if vapor intrusion is the primary contributor to indoor air concentrations, concentrations should be higher in passive soil gas and sub-slab soil gas than in crawl space air, and higher in crawl space air than in indoor air. Comparison of sample concentrations measured at different points along the vapor intrusion pathway (e.g., sub-surface soil gas, crawl space air and indoor air) at individual properties was used to differentiate properties with vapor intrusion impacts from those impacted by background indoor air sources (Tier 1 screening). Tier 3 screening levels were then used to evaluate potential public health impacts due to vapor intrusion. The results of this evaluation are summarized in Table 11, which compares the maximum TCE and PCE concentrations measured in each sample medium for each sampling event at each property (Tier 1 screening) and, additionally, compares the concentrations measured in each medium to Tier 3 screening levels. As described in Section 5.2, none of the indoor air or crawl space air samples exceeded the Tier 2 screening levels (Table 4).

*PCE:*

PCE was detected in indoor air or crawl space air at concentrations exceeding chronic screening levels at 7 of the 27 properties (ARM-1, ARM-2, ARM-5, HEM-1, HEM-2, KES-2 and LUL-2) (Table 11). However, at 5 of these properties (ARM-1, ARM-5, HEM-1, HEM-2 and KES-2) the indoor air PCE concentrations were consistently greater than the crawl space air concentrations, which indicates indoor sources of PCE likely were present. Additionally, PCE concentrations in indoor air at these 5 properties and LUL-2 were greater than TCE concentrations, which is inconsistent with the relative concentration ratios of PCE to TCE in groundwater and also indicates the presence of indoor sources of PCE.

Page 32        April 30, 2020 (Revised July 16, 2020)

NGSC_0017398

NGSC_0017399

**Table 9**
**Vapor Intrusion Pathway Evaluation of Participating Properties**

| LOC_ID | Max. TCE Conc. | | | Max. PCE Conc. | | | TCE Tier 1 Screening | | | TCE Tier 3 Screening | | | | PCE Tier 1 Screening | | | | | PCE Tier 3 Screening | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IA | CS | SG | IA | CS | SG | SG <= RL? | IA>CS? | BKGD LOE | SG>DTSC_SL? | SG>EPA_SL? | CS>SL? | IA>SL? | SG <= RL? | IA>CS? | IA PCE>=TCE? | CS PCE>=TCE? | BKGD LOE | SG>DTSC_SL? | SG>EPA_SL? | CS>SL? | IA>SL? |
| **ARM-1** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.17 | | 5.6 | 2 | | 3.8 | Y | Y | 2 | | | | | Y | Y | Y | Y | 4 | | | | Y |
| E2 | 0.26 | 0.034 | 5.7 | 6.8 | 0.11 | 3.8 | Y | Y | 2 | | | | | Y | Y | Y | Y | 4 | | | | Y |
| **ARM-2** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.31 | 0.064 | 160 | 0.16 | 0.42 | 50 | | Y | 1 | | Y | | | | | | Y | 1 | | Y | | |
| E2 | 0.84 | 0.28 | 130 | 0.49 | 0.24 | 42 | | Y | 1 | | Y | | Y | | Y | | | 1 | | Y | | Y |
| E3 | 1.4 | 0.62 | 27 | 0.43 | 0.49 | 14 | | Y | 1 | | Y | Y | Y | | | | | 0 | | | Y | |
| **ARM-4** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.2 | 0.18 | 150 | 0.24 | 0.036 | 15 | | Y | 1 | | Y | | | | Y | Y | | 2 | | | | |
| E2 | 0.38 | 0.16 | 5.6 | 0.44 | 0.1 | 3.8 | Y | Y | 2 | | | | | Y | Y | Y | | 3 | | | | |
| **ARM-5** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.18 | 0.18 | 19 | 1.4 | 0.049 | 7.9 | | | 0 | | Y | | | | Y | Y | | 2 | | | | Y |
| E2 | 0.4 | 0.18 | 11 | 1.4 | 0.16 | 3.8 | | Y | 1 | | | | | Y | Y | Y | | 3 | | | | Y |
| **ARM-6** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.6 | 0.2 | 5.6 | 0.081 | 0.026 | 3.8 | Y | Y | 2 | | | | Y | Y | Y | | | 2 | | | | |
| E2 | 0.21 | 0.2 | 5.6 | 0.093 | 0.08 | 3.8 | Y | Y | 2 | | | | | Y | Y | | | 2 | | | | |
| **DES-1** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.18 | | 83 | 0.046 | | 8.7 | | Y | 1 | | Y | | | | Y | | | 2 | | Y | | |
| E2 | 0.2 | | 18 | 0.12 | | 6.2 | | Y | 1 | | Y | | | | Y | | | 2 | | Y | | |
| **DES-2** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.35 | 0.037 | 33 | 0.17 | 0.062 | 3.8 | | Y | 1 | | Y | | | Y | Y | | | 3 | | Y | | |
| E2 | 0.2 | 0.16 | 26 | 0.11 | 0.081 | 3.8 | | Y | 1 | | Y | | | Y | Y | | | 2 | | | | |
| **ELK-1** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.28 | 0.58 | 760 | 0.054 | 0.061 | 26 | | | 0 | Y | Y | Y | | | | | | 0 | | Y | | |
| **ELK-2** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.18 | 0.052 | 6.2 | 0.095 | 0.23 | 3.8 | | Y | 1 | | | | | Y | | | | 2 | | Y | | |
| E2 | 0.14 | 0.074 | 23 | 0.095 | 0.081 | 3.8 | | Y | 1 | | Y | | | Y | Y | | | 3 | | Y | | |
| **ELK-3** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.18 | 0.18 | 5.6 | 0.18 | 0.036 | 0 | Y | | 1 | | | | | Y | Y | Y | | 3 | | | | |
| E2 | 0.14 | 0.066 | 5.6 | 0.16 | 0.091 | 0 | Y | Y | 2 | | | | | Y | Y | Y | Y | 4 | | | | |
| **ELK-4** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.19 | 0.18 | 5.6 | 0.053 | 0.039 | 0 | Y | Y | 2 | | | | | Y | Y | | | 2 | | | | |
| E2 | 0.2 | 0.18 | 5.6 | 0.096 | 0.081 | 0 | Y | Y | 2 | | | | | Y | Y | | | 2 | | | | |
| **ELK-7** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.32 | 0.54 | 1200 | 0.35 | 0.033 | 22 | | | 0 | Y | Y | Y | | | Y | Y | | 2 | | Y | | |
| E2 | 0.3 | 0.61 | 60 | 0.18 | 0.15 | 3.9 | | | 0 | | Y | Y | | | Y | | | 1 | | | | |
| **HEM-1** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.28 | 0.4 | 51 | 0.82 | 0.26 | 22 | | | 0 | | Y | | | | Y | Y | | 2 | | Y | | Y |
| E2 | 0.08 | 0.49 | 18 | 0.41 | 0.28 | 11 | | | 0 | | Y | Y | | | Y | Y | | 2 | | | | |
| **HEM-2** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.44 | 0.19 | 99 | 0.18 | 0.097 | 23 | | Y | 1 | | Y | | | | Y | | | 1 | | Y | | |
| E2 | 0.14 | 0.16 | 40 | 1.3 | 0.16 | 10 | | | 0 | | Y | | | | Y | Y | Y | 3 | | | | Y |
| **IND-1** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.34 | 0.043 | 14 | 0.42 | 0.35 | 7.5 | | Y | 1 | | | | | | Y | Y | Y | 3 | | | | |
| E2 | 0.19 | 0.17 | 26 | 0.088 | 0.33 | 12 | | Y | 1 | | Y | | | | | | Y | 1 | | | | |
| **IND-2** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.36 | 0.17 | 5.6 | 0.22 | 0.37 | 0 | Y | Y | 2 | | | | | Y | | | | 2 | | | | |
| **KES-2** | | | | | | | | | | | | | | | | | | | | | | |
| E2 | 0.15 | 0.28 | 5.6 | 0.88 | 0.097 | 0 | Y | | 1 | | | | | Y | Y | Y | | 3 | | | | Y |
| **KES-3** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.25 | 0.18 | 5.6 | 0.24 | 0.22 | 0 | Y | Y | 2 | | | | | Y | Y | | Y | 3 | | | | |
| E2 | 0.2 | 0.15 | 21 | 0.087 | 0.12 | 0 | | Y | 1 | | Y | | | Y | | | | 1 | | | | |

Table 9
**Vapor Intrusion Evaluation of Participating Properties**

| LOC_ID | Max. TCE Conc. | | | Max. PCE Conc. | | | TCE Tier 1 Screening | | | TCE Tier 3 Screening | | | | PCE Tier 1 Screening | | | | | PCE Tier 3 Screening | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IA | CS | SG | IA | CS | SG | SG <= RL? | IA>CS? | BKGD LOE | SG>DTSC_SL? | SG>EPA_SL? | CS>SL? | IA>SL? | SG <= RL? | IA>CS? | IA PCE>=TCE? | CS PCE>=TCE? | BKGD LOE | SG>DTSC_SL? | SG>EPA_SL? | CS>SL? | IA>SL? |
| **KES-6** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.73 | 0.46 | 700 | 0.21 | 0.42 | 77 | | Y | 1 | Y | Y | | Y | | | | | 0 | | Y | | |
| E2 | 0.86 | 1.7 | 1100 | 0.27 | 0.29 | 170 | | | 0 | Y | Y | Y | Y | | | | | 0 | | Y | | |
| **LOM-1** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.2 | 0.041 | 5.6 | 0.075 | 0.32 | 0 | Y | Y | 2 | | | | | Y | | | Y | 2 | | | | |
| **LOM-5** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.19 | 0.18 | 5.6 | 0.094 | 0.034 | 0 | Y | Y | 2 | | | | | Y | Y | | | 2 | | | | |
| **LUL-1** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.18 | 0.18 | 5.6 | 0.22 | 0.25 | 0 | Y | | 1 | | | | | Y | | Y | Y | 3 | | | | |
| E2 | 0.14 | 0.028 | 5.6 | 0.1 | 0.1 | 0 | Y | Y | 2 | | | | | Y | | | Y | 2 | | | | |
| **LUL-2** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.81 | | 130 | 1.4 | | 41 | | | 0 | | Y | | Y | | Y | Y | Y | 3 | | Y | | Y |
| **LUL-3** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.096 | 0.16 | 120 | 0.46 | 0.28 | 35 | | | 0 | | Y | | | | | Y | Y | 3 | | Y | | |
| E2 | 0.16 | 0.12 | 78 | 0.14 | 0.28 | 25 | | Y | 1 | | Y | | | | | | Y | 1 | | Y | | |
| **VAR-3** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.069 | 0.11 | 62 | 0.19 | 0.058 | 7.5 | | | 0 | | Y | | | | Y | Y | | 2 | | | | |
| E2 | 0.22 | 0.27 | 5.7 | 0.27 | 0.23 | 0 | Y | | 1 | | | | | Y | Y | Y | | 3 | | | | |
| **VAR-4** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.17 | 0.18 | 5.6 | 0.07 | 0.04 | 0 | Y | | 1 | | | | | Y | Y | | | 2 | | | | |
| E2 | 0.2 | 0.2 | 5.6 | 0.12 | 0.088 | 0 | Y | | 1 | | | | | Y | Y | | | 2 | | | | |
| **VAR-5** | | | | | | | | | | | | | | | | | | | | | | |
| E1 | 0.14 | 0.17 | 5.6 | 0.32 | 0.095 | 6 | Y | | 1 | | | | | | Y | Y | | 2 | | | | |
| E2 | 0.2 | 0.19 | 5.6 | 0.3 | 0.093 | 0 | Y | Y | 2 | | | | | Y | Y | Y | | 3 | | | | |

**Notes:**

LOC_ID = off-property location identification

TCE = trichloroethene

PCE = tetrachloroethene

Tier 1 Screening compares concentrations across sample media and chemicals to determine whether background indoor air sources are present. Cell contains Y if Yes. Cell is blank if not.

Tier 3 Screening compares the concentrations in each sample media to the Tier 3 screening levels identified in Table 5. Y (=Yes) if there is an exceedance. Cell is blank if not.

IA = indoor air

CS = crawl space air

SG = soil gas (sub-slab soil gas or exterior passive soil gas)

RL = reporting limit

SL = screening level

BKGD = background

LOE = lines of evidence; the value in the column titled BKGD LOE represents the number of lines of evidence indicating the presence of background indoor air sources.

DTSC = California Department of Toxic Substances Control

EPA = U.S. Environmental Protection Agency

E1 = Winter 2017/2018 sampling event

E2 = Summer 2018 sampling event

E3 = Winter 2019 sampling event

Green shading indicates no exceedance of either IA or CS screening level.

Blue shading indicates exceedance of either IA and/or CS screening level can be attributed to background based on the LOEs shown in the table.

Tan shading indicates exceedance of CS screening level cannot be attributed to background; i.e., VI pathway is potentially complete, but IA does not exceed screening level.

Orange shading indicates exceedance of IA screening level cannot be attributed to background; i.e., VI pathway appears to be complete. Reported concentration is above
    the chronic screening level, but below the accelerated response action level.

NGSC_0017400

Geosyntec▷
consultants

At ARM-2, Table 11 shows that background indoor sources likely were present during each of the three sampling events: in 2017, PCE exceeded TCE in crawlspace air; in 2018, PCE in indoor air exceeded PCE in crawl space air; and in 2019, PCE in crawlspace air exceed the screening level when no there was no exceedance of any soil gas screening level. In 2017, both indoor air and crawl space air were below the screening level while the passive soil gas concentrations were at the highest levels measured at ARM-2. In 2018, the maximum indoor air concentration of PCE was 0.49 μg/m³ while the maximum crawl space air concentration was less than half that value, indicating indoor sources of PCE likely were present. In 2019, PCE in crawl space air was at its maximum value of 0.49 μg/m³ while the passive soil gas PCE concentrations were at their lowest values. Additionally, as will be described below, TCE concentrations were greater in indoor air than in crawl space air in every sampling event. These data indicate that background sources are likely responsible for the indoor air concentrations greater than screening levels in ARM-2. This conclusion is corroborated by a follow-up indoor source investigation conducted in ARM-2, which indicated the presence of several household products that may be responsible for the elevated PCE indoor air levels measured at ARM-2.

As discussed in Section 5.1, there were 3 properties (IND-1, LUL-1 and VAR-4) at which PCE was reported as non-detect but the reporting limits exceeded the indoor air screening level. These values were not included in the statistical analysis because the elevated reporting limits were due to the presence of high concentrations of non-COC VOCs. Additionally, Table 11 shows that PCE concentrations in crawl space air in these three properties were all below the residential PCE indoor air screening level and the passive soil gas results were all below both the DTSC (2011, 2019) and US EPA (2015) residential PCE soil gas screening levels.

The data collected during this vapor intrusion investigation indicate that the concentrations of PCE detected in indoor air samples above screening levels do not appear to be attributable to vapor intrusion. Notably, none of the PCE passive soil gas or sub-slab samples exceed the DTSC (2011, 2019) soil gas screening level for PCE. There are 8 properties at which the US EPA (2015) soil gas screening level was exceeded (ARM-2, ELK-1, ELK-&, HEM-1, HEM-2, KES-6, LUL-2, and LUL-3), but only 4 properties (ARM-2, HEM-1, HEM-2, and LUL-2) had indoor air or crawl space air concentrations that exceeded the indoor screening level and multiple lines of evidence for each of these 4 properties indicated the exceedances were due to background indoor sources. These results indicate that US EPA's (2015) soil gas screening level (which is based on an attenuation factor of 0.03 [Table 5]) is overly conservative for the site.

NGSC_0017401

Geosyntec▷
consultants

*TCE:*

TCE was detected in indoor air or crawl space air at concentrations exceeding chronic screening levels at 7 of the 27 properties (ARM-2, ARM-6, ELK-1, ELK-7, HEM-1, KES-6 and LUL-2) (Table 11). However, none of the reported concentrations exceeded the ARAL of 2 µg/m³.

As discussed in Section 5.1, there were 3 properties (IND-1, LUL-1 and VAR-4) at which TCE was reported as non-detect but the reporting limit exceeded the indoor air screening level. These values were not included in the statistical analysis because the elevated reporting limits were due to the presence of high levels of non-COC VOCs. Additionally, Table 11 shows the crawl space air and passive soil gas results at IND-1, LUL-1 and VAR-4 were below screening levels, which supports the conclusion that indoor sources of other compounds were influencing the reporting limits at these locations.

At ARM-2 and ARM-6, indoor air concentrations were greater than crawl space air concentrations in every sampling event when indoor air concentrations exceeded the screening level (Table 11), indicating background indoor sources are likely the primary contributor to the elevated TCE concentrations detected in indoor air. As described above, the follow-up indoor source investigation conducted at ARM-2 provided corroborating evidence that household products were present indoors in ARM-2 during the sampling period. However, because passive soil gas concentrations were slightly elevated on one side of the property during the first two sampling events, potential contributions from vapor intrusion to indoor air—although at levels below health concern—cannot be ruled out in ARM-2.

Potential vapor intrusion contributions to indoor air cannot be ruled out for HEM-1 and LUL-2 based on the pattern of concentrations; however, the passive soil gas concentrations were generally low and the presence of elevated levels of PCE in indoor air at concentrations higher than TCE concentrations (which is inconsistent with the ratio of PCE to TCE in groundwater) indicates that background sources likely were present.

ELK-1, ELK-7 and KES-6 exhibit concentration patterns most consistent with the conceptual model of a completed vapor intrusion pathway; concentrations are highest in passive soil gas and sub-slab soil gas, lower in crawl space air, and lowest in indoor air. Of these three properties, only KES-6 had indoor air TCE concentrations above the 0.48 µg/m³ screening level. These properties also are the only properties at which the passive soil gas or sub-slab soil gas exceeded the DTSC residential TCE soil gas screening level of 240 µg/m³ (Table 11).

NGSC_0017402



There is no correlation between passive soil gas exceedances of US EPA's residential TCE soil gas screening level and indoor air or crawl space air concentrations. There were 16 properties at which US EPA's soil gas screening level of 16 µg/m³ was exceeded (ARM-2, ARM-4, ARM-5, DES-1, DES-2, ELK-1, ELK-2, ELK-7, HEM-1, HEM-2, IND-1, KES-3, KES-6, LUL-2, LUL-3, and VAR-3). Crawl space air was greater than indoor air in only 7 of these properties (ELK-1, ELK-7, HEM-1, KES-6, LUL-2, LUL-3, and VAR-3), and exceeded screening levels in only 5 of these properties (ELK-1, ELK-7, HEM-1, KES-6, and LUL-2). At 2 of these properties (HEM-1 and LUL-2), as described above, background indoor sources appear to be present. The remaining 3 properties (ELK-1, ELK-7 and KES-6) that exceeded US EPA's TCE residential soil gas screening levels also exceeded DTSC's TCE residential soil gas screening level. These results indicate that US EPA's (2015) soil gas screening level (which is based on an attenuation factor of 0.03 (Table 5)) is overly conservative for the site and that DTSC's residential screening level, based on an attenuation factor of 0.002, is an appropriate site-specific screening level.

## 6.2    Site-Specific Soil Gas Screening Levels

The concentration patterns described above are illustrated in Figures 6 and 7, which plot the maximum PCE and TCE values from Tables 7 and 8, respectively, for each medium at each private property on a log scale. For illustration purposes, Figures 6 and 7 also plot the average PCE and TCE values presented in Tables 10 and 11, respectively. Figure 6 shows that none of the properties had PCE soil gas concentrations that exceeded the DTSC (2011, 2015) screening level and none of the properties exhibited the expected vapor intrusion pattern for PCE concentrations. These results indicate vapor intrusion was not contributing substantially to indoor air PCE concentrations. Figure 7 shows that only three properties (ELK-1, ELK-7 and KES-6) had TCE concentrations exceeding the DTSC (2011, 2019) screening level, and those three properties are the only properties that showed the expected vapor intrusion pattern of concentration attenuation from the subsurface to indoor air. Figures 6 and 7 further show that there is no correlation between passive soil gas exceedances of US EPA's residential PCE or TCE soil gas screening level and indoor air or crawl space air concentrations. These results indicate that US EPA's (2015) soil gas screening level (which is based on an attenuation factor of 0.03 (Table 5)) is overly conservative for the site and that DTSC's residential soil gas screening level (which is based on an attenuation factor of 0.002) is an appropriate site-specific soil gas screening level for the site.

NGSC_0017403


Geosyntec▷
consultants

## Table 10

### Average of Measured PCE Concentrations by Sample Type

| Loc_ID | Average of PCE Concentrations | | | |
| | Indoor Air (µg/m³) | Crawl Space Air (µg/m³) | Passive Soil Gas (µg/m³) | Sub-Slab Soil Gas (µg/m³) |
|---|---|---|---|---|
| ARM-1 | **1.65** | 0.11 | 2.9 | |
| ARM-2 | 0.31 | 0.38 | 14.0 | |
| ARM-4 | 0.30 | 0.07 | 4.8 | |
| ARM-5 | **0.92** | 0.10 | 3.9 | |
| ARM-6 | 0.07 | 0.05 | 3.4 | |
| DES-1 | 0.07 | NS | 4.6 | |
| DES-2 | 0.08 | 0.07 | 3.3 | |
| ELK-1 | 0.04 | 0.06 | 12 | |
| ELK-2 | 0.06 | 0.16 | 3.6 | |
| ELK-3 | 0.15 | 0.06 | 3.3 | |
| ELK-4 | 0.07 | 0.06 | *3.8* | |
| ELK-7 | 0.14 | 0.09 | 7.7 | |
| HEM-1 | 0.39 | 0.27 | 9.1 | |
| HEM-2 | 0.31 | 0.13 | 7.8 | |
| IND-1 | 0.13 | 0.34 | 5.8 | |
| IND-2 | 0.11 | 0.37 | 2.6 | |
| KES-2 | **0.59** | 0.10 | *3.8* | |
| KES-3 | 0.08 | 0.17 | 3.6 | |
| KES-6 | 0.16 | 0.29 | **16.5** | 113 |
| LOM-1 | 0.05 | 0.32 | *3.8* | |
| LOM-5 | 0.08 | 0.03 | *3.8* | |
| LUL-1 | 0.10 | 0.18 | *3.8* | |
| LUL-2 | **1.02** | NS | **36.0** | |
| LUL-3 | 0.13 | 0.28 | **21.0** | |
| VAR-3 | 0.19 | 0.14 | 3.3 | |
| VAR-4 | 0.09 | 0.06 | 3.4 | |
| VAR-5 | 0.25 | 0.09 | 3.8 | |

Notes:
**0.86**   Bold underline font indicates the value exceeds the DTSC (2011, 2019) Tier 3 screening level
**16.5**   Bold font indicates the value exceeds the US EPA (2015) Tier 3 screening level
0.32   Normal font indicates the maximum value is a detected value
*0.16*   Light grey italic font indicates the maximum value is the highest reporting limit of non-detect or J-qualified samples.
NS   Crawl space not sampled due to aggressive dog living in the crawl space.

NGSC_0017404


Geosyntec▷
consultants

**Table 11**

**Average of Measured TCE Concentrations by Sample Type**

| | Average of TCE Concentrations | | | |
|---|---|---|---|---|
| Loc_ID | Indoor Air (µg/m³) | Crawl Space Air (µg/m³) | Passive Soil Gas (µg/m³) | Sub-Slab Soil Gas (µg/m³) |
| ARM-1 | 0.13 | 0.03 | *5.7* | |
| ARM-2 | **0.80** | 0.32 | **40** | |
| ARM-4 | 0.19 | *0.17* | **31** | |
| ARM-5 | 0.22 | *0.18* | 8.2 | |
| ARM-6 | 0.22 | 0.20 | *5.6* | |
| DES-1 | 0.12 | NS | 21 | |
| DES-2 | 0.18 | 0.10 | 13 | |
| ELK-1 | 0.24 | **0.58** | **290** | |
| ELK-2 | 0.10 | 0.06 | 8.6 | |
| ELK-3 | 0.11 | 0.12 | *5.6* | |
| ELK-4 | *0.17* | *0.18* | *5.6* | |
| ELK-7 | 0.27 | **0.58** | **320** | |
| HEM-1 | 0.15 | 0.45 | 16 | |
| HEM-2 | 0.15 | 0.18 | 27 | |
| IND-1 | *0.20* | 0.11 | 10 | |
| IND-2 | 0.24 | *0.17* | 5.5 | |
| KES-2 | 0.06 | *0.28* | *5.6* | |
| KES-3 | *0.19* | *0.17* | 8.2 | |
| KES-6 | **0.48** | **0.86** | **60** | **845** |
| LOM-1 | *0.14* | 0.04 | *5.6* | |
| LOM-5 | *0.16* | *0.18* | *5.6* | |
| LUL-1 | *0.10* | *0.10* | *5.6* | |
| LUL-2 | **0.66** | NS | 112 | |
| LUL-3 | 0.09 | 0.14 | 64 | |
| VAR-3 | 0.13 | 0.19 | 16 | |
| VAR-4 | *0.17* | *0.19* | *5.6* | |
| VAR-5 | 0.12 | *0.18* | 5.2 | |

Notes:
**0.86**    Bold underline font indicates the value exceeds the DTSC (2011, 2019) Tier 3 screening level
**16.5**    Bold font indicates the value exceeds the US EPA (2015) Tier 3 screening level
0.32    Normal font indicates the maximum value is a detected value
*0.16*    Light grey italic font indicates the maximum value is the highest reporting limit of non-detect or J-qualified samples.
NS    Crawl space not sampled due to aggressive dog living in the crawl space.

NGSC_0017405

Geosyntec▷
consultants

### 6.3    Updated Vapor Intrusion Conceptual Site Model

This section integrates the available groundwater, vapor probe, and private property sampling data and evaluates their spatial correlation to develop an updated VI CSM that can be used to develop and support a long-term monitoring plan.

### 6.3.1    Groundwater Data

Figure 8 presents contours of the maximum TCE concentrations measured in shallow groundwater wells (water table is within the well screened interval or within 10 feet of the top of screen) during 2018 in the area of the off-property vapor intrusion investigation. The locations of the shallow wells are indicated with colored dots, with different colors representing factors of ten relative to the drinking water standard for TCE (5 μg/L). Isoconcentration contours at multiples of 10 starting from 5 μg/L were developed from these data using Golden Software Surfer kriging routines to provide a conservative estimate of the shallow groundwater concentrations during the time period of the vapor intrusion investigation at the participating properties.

### 6.3.2    Vapor Probe Data

The results of all rounds of sampling (four quarterly events in 2015; March, April and October 2017; and the two additional rounds of sampling in February and September 2019) are considered in this section.

Figure 9 presents the maximum TCE concentrations measured at 5 feet below grade during the 2017 and 2019 vapor probe sampling events in the area of the off-property vapor intrusion investigation. The vapor probe locations are superimposed on the groundwater contours shown in Figure 8 and the concentrations in the shallow probes (at 5 feet below grade) are indicated by colored dots with different colors representing factors of ten relative to the site-specific soil gas screening level of 240 μg/m³ (equivalent to DTSC's residential screening level based on an attenuation factor of 0.002), which as described in Section 6.2 was shown to be appropriate for the site based on analysis of the off-property sampling results. The spatial distribution of vapor probe concentrations is well correlated with the distribution of groundwater concentrations. All vapor probe locations at 5 feet below grade with TCE concentrations above the site-specific soil gas screening level of 240 μg/m³ are located within the area of groundwater concentrations greater than 500 μg/L. All vapor probe 5 feet below grade at locations outside this central area of the groundwater plume, including all vapor probe locations downgradient of the areas shown on Figure 9, have TCE concentrations well below 240 μg/m³ (the maximum concentration measured

Page 40          April 30, 2020 (Revised July 16, 2020)

NGSC_0017406



Geosyntec▷
consultants

in 2019 was 12 µg/m³), and all TCE concentrations in shallow groundwater wells downgradient of the 500 µg/L contour shown on Figure 8 are below 500 µg/L.

Figure 10 shows TCE concentration versus time plots for three ranges of vapor probe depths: 5 feet below grade, 10 – 15 feet below grade, and > 15 feet below grade. Concentrations of TCE in the vapor probes decrease from the deep to shallow zone and have stayed relatively stable over the time period of sampling (2014 – 2019). These data indicate that groundwater is the primary source of the TCE in soil gas and that concentrations of COCs in groundwater can, therefore, be used to define the potential for vapor transport upwards from groundwater through the vadose zone to buildings.

### 6.3.3    Passive Soil Gas or Sub-Slab Soil Gas

The maximum TCE concentrations measured in passive soil gas or sub-slab samples collected as part of the vapor intrusion investigation at properties that agreed to participate in the sampling program are presented on Figure 11. The locations of the sampled properties are indicated by colored squares with different colors representing factors of ten relative to the site-specific soil gas screening level of 240 µg/m³, which as described in Section 6.2 is appropriate for the site based on analysis of the sampling results. The passive soil gas samples were collected at approximately 3 feet below ground surface and the sub-slab sample was collected below a slab-on-grade garage foundation at KES-6. The location of the properties with passive soil gas or sub-slab concentrations above the site-specific TCE soil gas screening level of 240 µg/m³ all fall within the area of shallow groundwater concentrations greater than 500 µg/L and 5-ft depth vapor probes with soil gas concentrations greater than of 240 µg/m³ (Figure 11).

### 6.3.4    Indoor Air and Crawl Space Air

The maximum TCE concentrations measured in indoor air and/or crawl space air at the properties sampled as part of the vapor intrusion investigation program are presented on Figure 12. As with the passive soil gas samples, the locations of the sampled properties are shown with colored squares and the colors indicate whether locations exceeded US EPA's indoor air TCE chronic screening level of 0.48 µg/m³. As previously noted, TCE exceeded screening levels in indoor air or crawl space air at 7 of the 27 properties (ARM-2, ARM-6, ELK-1, ELK-7, HEM-1, KES-6 and LUL-2). Also, none of the indoor air or crawl space air samples collected during the vapor intrusion investigation exceeded the HERO Note 5 Interim TCE Indoor ARALs and URALs listed as Tier 2 screening levels (Table 4).

Page 41        April 30, 2020 (Revised July 16, 2020)

NGSC_0017407

Geosyntec▷
consultants

The properties considered to exhibit media concentration patterns consistent with vapor intrusion contributions to indoor air (ELK-1, ELK-7 and KES-6) fall within the central portion of the shallow groundwater plume where concentrations exceed 500 µg/L and only in areas where the 5-ft depth vapor probe concentrations and passive soil gas or sub-slab soil gas concentrations exceed the site-specific screening level of 240 µg/m³. ARM-2 and LUL-2 also fall within the central portion of the plume, but their potential for vapor intrusion impacts were confounded by evidence of background sources. HEM-1 and ARM-6 showed strong evidence of background sources and fall in areas of lower groundwater and vapor probe concentrations.

The multiple lines of evidence gathered for the vapor intrusion investigation of the site area indicate that the standard VI CSM (i.e., COC volatilization from a groundwater source, diffusion-controlled vapor migration through the vadose zone, and intrusion into buildings where shallow vapor concentrations exceed screening levels) applies at the site. Based on the analysis presented above, the use of soil gas screening levels derived from target indoor air concentrations using a conservative site-specific attenuation factor of 0.002 (equal to DTSC's default attenuation factor for residential settings) is appropriate for the site because it adequately identifies buildings where the VI pathway is most likely to present a measurable impact to buildings.

## 7. CONCLUSIONS

This section presents the conclusions developed from the off-property vapor intrusion field investigation, sampling, and laboratory testing results. The results of this vapor intrusion investigation support the following observations and conclusions:

1.  TCE concentrations in indoor and crawl space air did not exceed the Tier 2 ARALs or URALs in any of the samples collected. These results indicate that a short-term (or acute) exposure risk is not present at any of the 27 properties sampled.

2.  Tier 3 indoor air screening levels (based on chronic exposures) were not exceeded in indoor air or crawl space air samples collected at 16 properties (ARM-4, DES-1, DES-2, ELK-2, ELK-3, ELK-4, IND-1, IND-2, KES-3, LOM-1, LOM-5, LUL-1, LUL-3, VAR-3, VAR-4 and VAR-5). Evaluation of multiple lines of evidence indicate that vapor intrusion is not a pathway of concern at these properties.

3.  Indoor air PCE concentrations exceeded the Tier 3 residential screening level at 7 properties (ARM-1, ARM-2, ARM-5, HEM-1, HEM-2, KES-2, and LUL-2), but crawl space air PCE concentrations exceeded the Tier 3 screening level at only one of these properties (ARM-2).

NGSC_0017408



Evaluation of multiple lines of evidence indicated that all PCE exceedances were due to background indoor air sources and not vapor intrusion.

4.  Indoor air TCE concentrations exceeded the Tier 3 residential screening levels at 4 properties (ARM-2, ARM-6, KES-6, and LUL-2) and crawl space air TCE concentrations exceeded the Tier 3 screening level at 5 properties (ARM-2, HEM-1, ELK-1, ELK-7 and KES-6). Evaluation of multiple lines of evidence indicate that 5 of these 7 properties (ARM-2, ELK-1, ELK-7, KES-6 and LUL-2) exhibit moderate vapor intrusion potential. Each of these properties is discussed below.

    a.  At ARM-6 and HEM-6, multiple lines of evidence indicate background sources may be contributing to the exceedances, particularly since these properties fall outside the area of highest groundwater and vapor probe concentrations and, therefore, and are likely to have low potential for vapor intrusion impacts.

    b.  At ARM-2 and LUL-2, background sources appear to be contributing to the indoor air or crawl space air exceedances, but these properties may also be impacted by vapor intrusion; both properties fall within the area of highest groundwater and vapor probe concentrations.

    c.  At ELK-1 and ELK-7, TCE concentrations were above Tier 3 residential screening levels for soil gas and crawl space air, suggesting vapor intrusion has the potential to pose a concern, but indoor air concentrations did not exceed screening levels. These data indicate that the vapor intrusion pathway, although potentially complete, does not appear to result in indoor air concentrations of concern.

    d.  KES-6 is the only property at which the vapor intrusion pathway appears complete and resulted in indoor air TCE concentrations above screening levels; however, even at this property, lines of evidence also point to contributions from background sources.

5.  The 5 properties (ARM-2, ELK-1, ELK-7, KES-6 and LUL-2) found to exhibit moderate vapor intrusion potential all fall within the area of highest groundwater TCE concentrations (greater than 500 µg/L) and highest vapor probe concentrations (greater than the site-specific soil gas screening level of 240 µg/m³). These properties are bound by other properties where vapor intrusion does not appear to be a pathway of concern. Therefore, additional step-out sampling beyond Area 1 into Area 2 is not warranted (Figure 2).

6.  Analysis of the sampling results indicates that a site-specific residential soil gas TCE screening level of 240 µg/m³, which is equal to the DTSC (2011, 2019) residential soil gas

NGSC_0017409



screening based on an attenuation factor of 0.002, is a conservative and appropriate site-specific screening level. Analysis of the sampling results also showed that US EPA's (2015) soil gas screening level (which is based on an attenuation factor of 0.03), which has no correlation to exceedances of TCE screening levels for crawl space or indoor air, is overly conservative and inappropriate for the site.

7. The strong correlation between private property sampling results, vapor probe concentrations and groundwater concentrations supports a combination of limited groundwater and shallow soil vapor probe sampling in the area of the 5 properties (ARM-2, ELK-1, ELK-7, KES-6 and LUL-2) with moderate vapor intrusion potential as appropriate for long term monitoring in the off-property area. The vapor probe locations closest to these properties are VP-2, VP-6, VP-10, and VP-13 and the shallow groundwater monitoring wells closest to the properties are C-9 and C-10. The 2 properties (ARM-6 and HEM-1) with low vapor intrusion potential also are near these vapor probes and groundwater monitoring wells.

## 8.  RECOMMENDATIONS

### *Properties Where No Further Action is Recommended*

No further action is recommended for the 16 properties (ARM-4, DES-1, DES-2, ELK-2, ELK-3, ELK-4, IND-1, IND-2, KES-3, LOM-1, LOM-5, LUL-1, LUL-3, VAR-3, VAR-4 and VAR-5) where screening levels were not exceeded in indoor air or crawl space air samples. No further action also is recommended for five (ARM-1, ARM-5, ARM-6, HEM-2 and KES-2) out of 11 properties with Tier 3 screening level exceedances, because the exceedances appear to be attributable to of indoor sources.

### *Recommended Actions*

Based on the updated VI CSM incorporating all lines of evidence collected at the site to date, the Respondents recommend long-term monitoring and analysis of concentration trends in select soil vapor probes near the 5 properties (ARM-2, ELK-1, ELK-7, LUL-2 and KES-6) identified above as having moderate vapor intrusion potential, coupled with ongoing monitoring and analysis of concentration trends in select nearby shallow groundwater wells to evaluate the need for additional indoor air sampling.

An Off-Property Vapor Intrusion Long Term Monitoring Plan (Off-Property VI LTMP) based on the comprehensive evaluation of the VI pathway provided in this report will be submitted to RWQCB in Q2 2020 and is meant to replace the RWQCB semiannual soil vapor sampling

NGSC_0017410


Geosyntec▷
consultants

requirements included in the RWQCB Letter *"Review of Supplemental Offsite Vapor Intrusion Assessment Report and Request For Soil Vapor Monitoring"* issued to the Respondents on 17 April 2019. The Off-Property VI LTMP proposes reducing the number of soil vapor locations from 24 to 9 (VP-1, VP-2, VP-6, VP-10, VP-11, VP-12, VP-13, VP-14 and VP-15) and includes evaluation of the results of ongoing groundwater monitoring at 6 shallow wells (C-7, C-9, C-10, C-43, C-48 and C-78). The reasoning for the selection of each monitoring location, and the approach for evaluating the long-term soil gas and shallow groundwater monitoring results are described in the Off-Property VI LTMP. Future vapor intrusion potential and the need for additional investigation actions will be evaluated based on the results of the long-term soil vapor and groundwater monitoring described in the Off-Property VI LTMP and an Annual Vapor Intrusion Long-Term Monitoring Report summarizing the Off-Property VI LTMP monitoring activities and evaluations will be prepared and submitted to the Respondents and RWQCB during the first quarter of each year.

## 9.    REFERENCES

Arcadis U.S., Inc., 2019a. *"Fourth Quarter 2018 Groundwater Monitoring Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California* (SCP No. 0843)," prepared on behalf of Landowners, Ltd. and Northrop Grumman Guidance and Electronics Company, Inc., 30 January.

Arcadis U.S., Inc., 2019b. *"First Quarter 2019 Groundwater Monitoring Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California* (SCP No. 0843)," prepared on behalf of Landowners, Ltd. and Northrop Grumman Guidance and Electronics Company, Inc., 19 April.

California Department of Toxic Substances Control Human and Ecological Risk Office, 2011. *"Guidance for the Evaluation and Mitigation of Subsurface Vapor Intrusion to Indoor Air"* October.

California Department of Toxic Substances Control Human and Ecological Risk Office, 2014. *"Human Health Risk Assessment HERO Note 5 - Health-Based Indoor Air Screening Criteria for Trichloroethylene (TCE),"* 23 August.

California Department of Toxic Substances Control Human and Ecological Risk Office, 2019. "Human Health Risk Assessment HERO Note 3 - Health-Based Indoor Air Screening Criteria for Trichloroethylene (TCE)," April.

NGSC_0017411

Geosyntec▷
consultants

California Environmental Protection Agency, 2015. "Advisory – Active Soil Gas Investigations," Department of Toxic Substances Control, Los Angeles Regional Water Quality Control Board, and San Francisco Regional Water Quality Control Board, July.

California State Water Rights Board Referee, 1962. Report of Referee, Volume I, Text and Plates, Plate 5A, In the Superior Court of the State of California, No. 650079, July.

Haley & Aldrich Inc., 2016. "*Site-Wide Groundwater Remediation Plan 2016 Revision, Part One of Two, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California,*" 29 July.

Orion Environmental Inc., 2016a. "*Offsite Vapor Intrusion Assessment Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California,*" prepared on behalf of Northrop Grumman Guidance and Electronics Company, Inc., 14 March.

Orion Environmental Inc., 2016b. "*Work Plan for Offsite Indoor Air Sampling, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California,*" prepared on behalf of Northrop Grumman Guidance and Electronics Company, Inc., 14 June.

Orion Environmental Inc., 2017a. "*Work Plan for Offsite Indoor Air Sampling, Addendum No. 1, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California,*" prepared on behalf of Northrop Grumman Guidance and Electronics Company, Inc., 3 November.

Orion Environmental Inc., 2017b. "*Revised Notification and Response Plan, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California,*" prepared on behalf of Northrop Grumman Guidance and Electronics Company, Inc., 12 December.

Orion Environmental Inc., 2018. "*Supplemental Offsite Vapor Intrusion Assessment Report, Canoga Park Site, 8020 Deering Avenue, Canoga Park, California,*" prepared on behalf of Northrop Grumman Guidance and Electronics Company, Inc., 21 February.

Regional Water Quality Control Board, 2016. Letter from Peter Raftery to Richie Hodges, "RE: Approval of Work Plan for Off-Site Indoor Air, Commercial Property Located at 8020 Deering Avenue, Canoga Park, California (SCP No. 0843, Site ID No. 2044T00," 3 November.

Regional Water Quality Control Board, 2017. Letter from Raul Lima to Shantal Der Boghosian, "RE: Review of Work Plan for Offsite Indoor Air Sampling Addendum No. 1, Commercial Property Located at 8020 Deering Avenue, Canoga Park, California (SCP No. 0843, Site ID No. 2044T00," 12 December.

NGSC_0017412

Geosyntec▷
consultants

Regional Water Quality Control Board, 2019. Letter from Deborah Smith to Shantal Der Boghosian, "RE: Review of Supplemental Offsite Vapor Intrusion Assessment Report and Request For Soil Vapor Monitoring, Commercial Property Located at 8020 Deering Avenue, Canoga Park, California (SCP No. 0843, Site ID No. 2044T00,"17 April.

U.S. Environmental Protection Agency, 2008. "*US EPA Contract Laboratory Program National Functional Guidelines for Superfund Organic Methods Data Review.*"

US EPA (2015). OSWER Technical Guide for Assessing and Mitigating the Vapor Intrusion Pathway from Subsurface Vapor Sources to Indoor Air. Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency Washington, DC 20460. OSWER 9200.2-154. June 2015.

U.S. Environmental Protection Agency, 2018. "Regional Screening Levels (RSL) Resident Ambient Air Table (TR=1E-06, HQ=1)," May.

NGSC_0017413

# APPENDIX C:

# Property Layouts and Sampling Locations

NGSC_0017444





Legend

△ — Crawl Space Sample Location

○ — Indoor Air Sample Location

⊠ — Outdoor Air Sample Location

□ — Passive Soil Gas Sample Location

···········  Utility Corridor

IA-57  Winter 2017 Sample Location

IA-86  Summer 2018 Sample Location

IA-159  Winter 2019 Sample Location

— — — —  Property Boundary

Disclamer: Figure is general building layout used to identify approximate sample locations. Actual building layout may differ.

Notes:
1. On floor between television and fireplace, usng a candy cane extension.
2. Kitchen counter next to stove top.
3. Samples IA-57 and IA-86 on dresser. Sample IA-159 on top of ironing board.

Figure not to Scale

02CAN20C43200.dwg

4/19/2019    4:22PM

| REVISION | REVISIONS | | | | ORION ENVIRONMENTAL INC. |
|---|---|---|---|---|---|
| | NO. | BY | DATE | DESCRIPTION | CANOGA PARK SITE |
| △0 | 0 | MY | 6/1/19 | Vapor Intrusion Investigation Summary Report | ARM-2 SAMPLE LOCATIONS |

| PROJECT NO. | DRAWN BY | CHECKED BY | APPROVED BY |
|---|---|---|---|
| 02CAN | MY | OC | MN |

| FILE NO. | |
|---|---|
| 02CAN20C43200.DWG | FIGURE 5 |

NGSC_0017446



NGSC_0017447



NGSC_0017448







Legend

— – – — Property Boundary

△ Crawl Space Sample Location

○ Indoor Air Sample Location

⋈ Outdoor Air Sample Location

□ Passive Soil Gas Sample Location

IA-36 Winter 2017 Sample Location

IA-48 Summer 2018 Sample Location

Disclamer: Figure is general building layout used to identify approximate sample locations. Actual building layout may differ.

Notes:
1. On counter to the left of the sink.
2. On side table to the right of couch.
3. On dresser to the right of the door.

Figure Not to Scale

| ORION ENVIRONMENTAL INC. | | | |
|---|---|---|---|
| CANOGA PARK SITE | | | |
| DES-2 SAMPLE LOCATIONS | | | |
| PROJECT NO. 02CAN | DRAWN BY MY | CHECKED BY OC | APPROVED BY MN |
| FILE NO. 02CAN20C42400.DWG | | | FIGURE 10 |

REVISIONS

| REVISION | NO. | BY | DATE | DESCRIPTION |
|---|---|---|---|---|
| /0\ | 0 | MY | 6/1/19 | Vapor Intrusion Investigation Summary Report |

02CAN20C42400.dwg   11:42AM   2/28/2019

NGSC_0017451



NGSC_0017452



NGSC_0017453



NGSC_0017454



NGSC_0017455



NGSC_0017456



NGSC_0017457



NGSC_0017458





NGSC_0017460





NGSC_0017462







NGSC_0017465



PSG-71/PSG-126

Note 3
O IA-69/RAD-24
IA-133/RAD-43

Bedroom

Living Room

Bath

Storage

O Note 2
IA-70/IA-134

Bedroom

Laundry

Garage

Bath

Bedroom

Den

IA-71/IA-135 O Note 1

△ CS-20/CS-40

Kitchen

PSG-70/PSG-125

X OA-13/OA-27
△ Note 4

**Legend**

— - — - — Property Boundary

△  Crawl Space Sample Location

O  Indoor Air Sample Location

X  Outdoor Air Sample Location

□  Passive Soil Gas Sample Location

------------ Utility Corridor

IA-69  Winter 2017 Sample Location

IA-133  Summer 2018 Sample Location

Disclamer: Figure is general building layout used to identify approximate sample locations. Actual building layout may differ.

Figure not to Scale

02CAN20C44800.dwg

2/28/2019  12:12PM

**Notes:**
1. On counter to left of cooktop.
2. On dresser against northern wall.
3. On desk in Northwest corner.
4. Secured to a tree in the front yard.

| REVISION | REVISIONS | | | |
|---|---|---|---|---|
| | NO. | BY | DATE | DESCRIPTION |
| △ 0 | 0 | MY | 6/1/19 | Vapor Intrusion Investigation Summary Report |

ORION ENVIRONMENTAL INC.

CANOGA PARK SITE

**LUL-1 SAMPLE LOCATIONS**

| PROJECT NO. | DRAWN BY | CHECKED BY | APPROVED BY |
|---|---|---|---|
| 02CAN | MY | OC | MN |

FILE NO.
02CAN20C44800.DWG

FIGURE 25

NGSC_0017466



NGSC_0017467

