# EXHIBIT 7

# EXPERT REPORT OF

## JENNIFER N. PITTS, CRE and THOMAS G. STEVENS, MAI, SRA

### July 16, 2018

We, Jennifer N. Pitts, CRE, and Thomas G. Stevens, MAI, SRA, submit this report at the request of Davis Graham & Stubbs LLP with respect to the matter of *Gregory A. Christian, et al. v. Atlantic Richfield Company,* in the Montana Second Judicial District Court, Silver Bow County.

**PURPOSE OF ASSIGNMENT:** The primary purpose of our assignment was to update a previous analysis performed by Dr. Thomas O. Jackson to estimate and analyze the effects, if any, of alleged environmental contamination on the market value of Plaintiffs' properties in Opportunity, Deer Lodge County, Montana. Plaintiffs allege that their real property values are impacted by air, groundwater, surface water, and soil contamination from the mining and smelting operations of Atlantic Richfield Company and its predecessors.

The previous report issued by Dr. Thomas O. Jackson, dated April 15, 2013 (the Jackson report), presented a detailed analysis of potential property value diminution in the area and found no evidence of any discounts or diminution in value attributable to the influence of the former Anaconda smelter or to location within the related Superfund site. Dr. Jackson's supplemental report (the Jackson supplemental report), dated May 10, 2016, presented information on the sale of several Plaintiffs' properties, as well as an update of general market trends in the state of Montana. The data, analysis and conclusions presented in Dr. Jackson's two previous reports are fully incorporated herein by reference. Both Ms. Pitts and Mr. Stevens assisted with the preparation of the previous opinions offered by Dr. Jackson.

This report updates the original analysis and includes an analysis of the market value of Plaintiffs' properties as of May 26, 2018, as well as data on sales that have occurred since the issuance of the Jackson reports.

In addition, Mr. Stevens and others at his direction performed appraisals of the market value of Plaintiff Properties as of May 26, 2018, using the assumption that the market value of those properties was not impacted by environmental contamination. Mr. Stevens also evaluated the sales prices of properties in the Opportunity/Anaconda market, along with similar properties in Western Montana not located in Superfund or environmental clean-up areas impacted by environmental contamination. Mr. Stevens compared these sales prices and other sales characteristics, and based on that comparison, as well as his experience with real estate values in Western Montana, concludes that the market value of the Plaintiff Properties was not impacted by alleged environmental conditions or their presence in a clean-up area. This conclusion is further supported by the regression analysis and paired sales analysis previously completed by Dr. Jackson, and updated as of May 26, 2018, by Ms. Pitts as described elsewhere in this report.

*Expert Report of Jennifer N. Pitts, CRE and Thomas G. Stevens, MAI, SRA*
*In the matter of Gregory A. Christian, et al. v. Atlantic Richfield Company, in the Montana Second Judicial Court,*
*Silver Bow County.*
*July 16, 2018*

**CONCLUSION:** In sum, none of the analyses performed provide any evidence that individual Plaintiff Properties, nor the subject area as a whole, have suffered any diminution in value that could be attributable to environmental conditions from the Anaconda smelter and Superfund site. Prices in Opportunity have generally trended together with prices in unimpaired control areas over time, with slight fluctuations that are typical in any real estate market. Days on market, proportion of lender sales, and ratio of sales to total number of parcels for the subject area all fall within the normal range as exhibited in the control areas. The sale price of each individual Plaintiff Property analyzed also fell within the market range as exhibited by the prices of unimpaired comparable sales. All of these analyses are consistent with the opinions of the buyers and real estate agents interviewed, who all stated that the environmental issues surrounding the Anaconda smelter and Superfund site have not negatively impacted sale prices in the area.

Based on all of our analyses, taken separately and together, we conclude that the market value of Plaintiffs' properties are not negatively impacted by their location near the Anaconda smelter, by metals or other contaminants on those properties, or by their location in a Superfund or clean-up area. The market value of those properties as of May 26, 2018, shown in the appraisals of Plaintiffs' properties conducted by Mr. Stevens and his associates, represents the market value of those properties at the current time. The value of these individual properties is shown in Exhibit 2. The total market value of all of Plaintiffs' properties together is $9,443,000.

While the foregoing represents our opinions and conclusions in this matter to date, we reserve the right to supplement or modify the opinions and conclusions expressed herein should we become aware of additional information or data in the future that warrants such modifications or supplements.

Jennifer N. Pitts, CRE
July 16, 2018
Montana Temporary Certified General Appraiser License #REA-TPG-LIC-10513

Thomas G. Stevens, MAI, SRA
July 16, 2018
Montana General Certification REA-RAG-LIC-151

38