# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-03946-HDV-SKx | Date | March 30, 2026 |
| Title: | Jed Behar et al v. Northrup Grumman Corporation et al | | |

**Present: The Honorable**    Hernán D. Vera, United States District Court Judge

| Daniel Torrez | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Christopher Nidel/ Ryan Ellis/ Thomas Sims/ Megan Waida/ David Page | Marcellus McRae/ Daniel Adler/ Abbey Hudson/ Hannah Bloink/ Arthur Halliday |

**Day Court Trial**    5th    **Day Jury Trial**

____ One day trial: ____ Begun (1st day); **X** Held & Continued; ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by

____ Witnesses called, sworn and testified. ____ Exhibits identified. ____ Exhibits admitted.

____ Plaintiff(s) rest. ____ Defendant(s) rest.

____ Closing arguments made by ____ plaintiff(s) ____ defendant(s). ____ Court instructs jury.

____ Bailiff(s) sworn. ____ Jury retires to deliberate. ____ Jury resumes deliberations.

____ Jury Verdict in favor of ____ plaintiff(s) ____ defendant(s) is read and filed.

____ Jury polled. ____ Polling waived.

____ Filed Witness & Exhibit Lists ____ Filed jury notes. ____ Filed jury instructions.

____ Judgment by Court for ____ plaintiff(s) ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).

____ Case submitted. ____ Briefs to be filed by

____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.

____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.

____ Motion for Judgment/Directed Verdict by ____ is ____ granted. ____ denied. ____ submitted.

____ Motion for a Judgment as a Matter of Law (FRCP 50(a) is ____ granted. ____ denied. ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

____ Counsel for ** to submit a proposed judgment consistent with today's verdict within ** days/ by next week.

**X** Case continued to **04/02/26 at 8:00AM** for further trial/further jury deliberation.

**X** Other:    Counsel to meet and confer outside the presence of the jury

| | 00 | : | 22 |
|---|---|---|---|
| Initials of Deputy Clerk | | DT | |