# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-03946-HDV-SKx | Date | April 2, 2026 |
| Title: | Jed Behar et al v. Northrup Grumman Corporation et al | | |

**Present: The Honorable**    Hernán D. Vera, United States District Court Judge

| Daniel Torrez | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Christopher Nidel/ Ryan Ellis/ Thomas Sims/ Megan Waida/ David Page | Marcellus McRae/ Daniel Adler/ Abbey Hudson/ Hannah Bloink/ Arthur Halliday |

**Day Court Trial**          6th          **Day Jury Trial**

____ One day trial:  ____ Begun (1st day);  ____ Held & Continued;  ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by

____ Witnesses called, sworn and testified.    ____ Exhibits identified.    ____ Exhibits admitted.

____ Plaintiff(s) rest.    ____ Defendant(s) rest.

____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court instructs jury.

____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    ____ Jury resumes deliberations.

____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.

____ Jury polled.    ____ Polling waived.

____ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.

____ Judgment by Court for    ____ plaintiff(s)    ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).

____ Case submitted.    ____ Briefs to be filed by

____ Motion to dismiss by _____ is ____ granted.  ____ denied.  ____ submitted.

____ Motion for mistrial by _____ is ____ granted.  ____ denied.  ____ submitted.

____ Motion for Judgment/Directed Verdict by _____ is ____ granted.  ____ denied.  ____ submitted.

____ Motion for a Judgment as a Matter of Law (FRCP 50(a) is ____ granted.  ____ denied.  ____ submitted.

X    Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

X    Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

____ Counsel for ** to submit a proposed judgment consistent with today's verdict within ** days/ by next week.

____ Case continued to _____ for further trial/further jury deliberation.

X    Other:    Counsel to meet and confer outside the presence of the jury

| | 00 | : | 26 |
|---|---|---|---|
| Initials of Deputy Clerk | | DT | |